Scott J. Street (SBN 258962)
JW HOWARD/ATTORNEYS, LTD.
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

John W. Howard (SBN 80200)
Andrew G. Nagurney (SBN 301894)
JW HOWARD/ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 234-2842
Email: johnh@jwhowardattorneys.com

Attorneys for Plaintiff,
ROBERT F. KENNEDY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. KENNEDY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, a Delaware corporation, and YOUTUBE, LLC, a Delaware corporation, <br><br> Defendants. | Case No. 5:23-cv-03880-NC <br><br> [Assigned to the Honorable Nathanael Cousins] <br><br> **DECLARATION OF ROBERT F. KENNEDY, JR.** |

///

///

///

///

///

///

1

# DECLARATION OF ROBERT F. KENNEDY, JR.

I, Robert F. Kennedy, Jr. declare as follows:

1. I am the plaintiff in this matter, a member of the Democratic Party and a candidate for President of the United States. I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called to do so.

2. I am submitting this declaration in support of my application for a temporary restraining order or, in the alternative, an order to show cause regarding the issuance of a preliminary injunction, prohibiting Defendants Google LLC and YouTube, LLC, from using its COVID-19 and vaccine misinformation policies to censor videos of me speaking on matters of public concern during my campaign.

3. I have spoken regularly about the safety and efficacy of vaccines over the past decade. Videos of my comments were often posted on YouTube. To my knowledge, none of those videos were removed from YouTube until the COVID-19 pandemic. Indeed, to my knowledge, I was not censored on YouTube until 2021, after Joe Biden took office and after Google adopted a new policy, dubbed the "vaccine misinformation policy." That is the policy that Google has cited most frequently during the past two years when removing videos of my speech on matters of public concern.

4. Facebook and Twitter stopped censoring me after I declared my presidential candidacy. Google did not. Although Google does not censor all videos of me, it has removed several high-profile speeches and interviews I gave, including my pre-announcement speech at the New Hampshire Institute of Politics and interviews I gave to Joe Rogan and Jordan Peterson.

5. Google's actions have created a chilling effect surrounding my campaign. I often hear from people who say they posted a video of me speaking that Google then removed from YouTube. Although some wear that as a badge of honor, others say that Google's actions have deterred them from posting other content related to me.

6. This censorship, and the chilling effect it creates, have created hurdles for my campaign. Those hurdles would be great under ordinary circumstances, but they are even greater given that I am challenging an incumbent president whose administration, according to evidence gathered in other cases, targeted me specifically. I believe this censorship will increase as the primaries get closer and that injunctive relief is the only thing that will prevent voters from having an unfettered chance to hear my views before they cast their ballots.

Under penalty of perjury, under the laws of the United States of America, I declare that the foregoing is true and correct. Executed this 8th day of August 2023, at North Sandwich, New Hampshire.

_____
Robert F. Kennedy, Jr.