Scott J. Street (SBN 258962)
JW HOWARD/ATTORNEYS, LTD.
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

John W. Howard (SBN 80200)
Andrew G. Nagurney (SBN 301894)
JW HOWARD/ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 234-2842
Email: johnh@jwhowardattorneys.com

Attorneys for Plaintiff,
ROBERT F. KENNEDY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. KENNEDY, JR.,<br><br>  Plaintiff,<br><br>  vs.<br><br>GOOGLE LLC, a Delaware corporation, and YOUTUBE, LLC, a Delaware corporation,<br><br>  Defendants. | Case No. 5:23-cv-03880-NC<br><br>[Assigned to the Hon. Nathanael Cousins]<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION** |

///
///
///
///
///

# **ORDER**

Having considered the application for a temporary restraining order filed by Plaintiff Robert F. Kennedy, Jr., and all related documents and argument, and good cause appearing, the Court orders as follows:

1. The application is granted.

2. Defendants Google LLC and YouTube, LLC, and all their agents and employees are temporarily enjoined from using either the "Vaccine misinformation policy" or the "COVID-19 medical misinformation policy" to remove videos of Mr. Kennedy's speech from YouTube.

3. The Court also orders Defendants to show cause why a preliminary injunction should not be issued enjoining them and their agents and employees from using either the "Vaccine misinformation policy" or the "COVID-19 medical misinformation policy" to remove videos of Mr. Kennedy's speech from YouTube while he is a candidate for president of the United States and pending a trial on the merits in this action.

4. Mr. Kennedy shall serve a copy of this Order plus all supporting pleadings and papers on Defendants by _____, 2023.

5. The hearing on the OSC re issuance of a preliminary injunction shall be scheduled for _____, 2023, at _____. It will be held at _____. Defendants shall file their opposition papers by _____, 2023. Mr. Kennedy shall file his reply papers by _____, 2023.

IT IS SO ORDERED.

Dated: _____          _____
                                       U.S. MAGISTRATE JUDGE

2
TRO AND OSC RE ISSUANCE OF PRELIMINARY INJUNCTION          CASE NO. 5:23-cv-03880-NC