Scott J. Street (SBN 258962)
JW HOWARD/ATTORNEYS, LTD.
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

John W. Howard (SBN 80200)
Andrew G. Nagurney (SBN 301894)
JW HOWARD/ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 234-2842
Email: johnh@jwhowardattorneys.com

Attorneys for Plaintiff,
ROBERT F. KENNEDY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. KENNEDY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, a Delaware corporation, and YOUTUBE, LLC, a Delaware corporation, <br><br> Defendants. | Case No. 5:23-cv-03880-NC <br><br> [Assigned to the Hon. Nathanael Cousins] <br><br> **CERTIFICATE OF SERVICE** <br><br> [Filed concurrently with Application for TRO; MP&A, Dec. of Robert F. Kennedy, Jr., Dec. of Amaryllis Kennedy and Dec. of Scott J. Street; [Proposed] TRO and [Proposed] OSC lodged concurrently] |

///

///

///

## **CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On August 9, 2023, I caused the:

1. APPLICATION FOR TEMPORARY RESTRAININGN ORDER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
2. DEC. OF SCOTT J. STREET
3. DEC. OF ROBERT F. KENNEDY, JR.
4. DEC. OF AMARYLLIS KENNEDY
5. [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

to be filed and served via personal service by Knox Attorney Service upon BECKY DEGEORGE, the agent for service for Google LLC and YouTube LLC, located at 2710 Gateway Oaks Drive, Sacramento, CA 95833.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on August 9, 2023 at San Diego, California.

*/s/ Dayna Dang*                      _
Dayna Dang, Paralegal
dayna@jwhowardattorneys.com