Scott J. Street (SBN 258962)
**JW HOWARD/ATTORNEYS, LTD.**
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

John W. Howard (SBN 80200)
Andrew G. Nagurney (SBN 301894)
**JW HOWARD/ATTORNEYS, LTD.**
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 234-2842
Email: johnh@jwhowardattorneys.com

Attorneys for Plaintiff,
ROBERT F. KENNEDY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. KENNEDY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, a Delaware corporation, and YOUTUBE, LLC, a Delaware corporation, <br><br> Defendants. | Case No. 5:23-cv-03880-NC <br><br> [Assigned to the Hon. Nathanael Cousins] <br><br> **NOTICE OF HEARING ON APPLICATION FOR TEMPORARY RESTRAINING ORDER** <br><br> Date: August 16, 2023 <br> Time: 11:00 a.m. <br> Crtrm.: 5 |

///
///
///
///
///

1
NOTICE OF HEARING ON APPL. FOR TRO AND OSC RE PI                    CASE NO. 5:23-cv-03880-NC

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that the Court has set a hearing on Plaintiff Robert F. Kennedy, Jr.'s application for an order temporarily restraining Defendants Google LLC and YouTube, LLC, from using their "medical misinformation" policies to remove videos of Mr. Kennedy's speech on matters of public concern from YouTube during the 2024 presidential campaign. The hearing will be held at 11:00 a.m. on August 16, 2023, in Courtroom 5 (Fourth Floor) of the United States District Court for the Northern District of California located at 280 South 1st Street, Room 2112, San Jose, CA 95113, before the Honorable Nathanael Cousins.

Pursuant to the Court's order: "Defendants are ordered to file a consent or declination to proceed before a magistrate judge by 8/15/2023. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences."

A copy of the ECF entry showing the Court's order is attached as **Exhibit "A."** Copies of the complaint, the application for a temporary restraining order and all supporting papers have already been served on Defendants' registered agent.

DATED:  August 9, 2023            JW HOWARD/ATTORNEYS, LTD.

By:  */s Scott J. Street*
   John W. Howard
   Scott J. Street
   Andrew G. Nagurney
   Attorneys for Plaintiff
   ROBERT F. KENNEDY, JR.

# **CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On August 10, 2023, I caused the **NOTICE OF HEARING ON APPLICATION FOR TEMPORARY RESTRAINING ORDER** to be filed and served via personal service by Knox Attorney Service upon BECKY DEGEORGE, the agent for service for Google LLC and YouTube LLC, located at 2710 Gateway Oaks Drive, Sacramento, CA 95833.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on August 10, 2023 at San Diego, California.

*/s/ Dayna Dang*
Dayna Dang, Paralegal
dayna@jwhowardattorneys.com

# EXHIBIT "A"

# Dayna Dang

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Wednesday, August 9, 2023 3:46 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 5:23-cv-03880-NC Kennedy, JR. v. Google LLC  et al |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### California Northern District

## Notice of Electronic Filing

The following transaction was entered on 8/9/2023 at 3:45 PM and filed on 8/9/2023
**Case Name:**     Kennedy, JR. v. Google LLC et al
**Case Number:**   5:23-cv-03880-NC
**Filer:**
**Document Number:** 8(No document attached)

**Docket Text:**
**CLERK'S NOTICE SETTING IN PERSON HEARING. Please take notice the Motion for Temporary Restraining Order, Dkt. [7], is set for 8/16/2023, at 11:00 AM in San Jose, Courtroom 5, 4th Floor before Magistrate Judge Nathanael M. Cousins.**

**Plaintiff is ordered to serve defendants with the motion and notice of the hearing by 8/11/2023.**

**Defendants are ordered to file a consent or declination to proceed before a magistrate judge by 8/15/2023. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms.**

**(This is a text-only entry generated by the court. There is no document associated with this entry.)(lmh, COURT STAFF) (Filed on 8/9/2023)**


**5:23-cv-03880-NC Notice has been electronically mailed to:**

Andrew G. Nagurney     drew@jwhowardattorneys.com

John W. Howard     johnh@jwhowardattorneys.com, dayna@jwhowardattorneys.com, drew@jwhowardattorneys.com, michelle@jwhowardattorneys.com, sstreet@jwhowardattorneys.com

Scott James Street     sstreet@jwhowardattorneys.com, dayna@jwhowardattorneys.com, drew@jwhowardattorneys.com, michelle@jwhowardattorneys.com

**5:23-cv-03880-NC Please see [Local Rule 5-5](); Notice has NOT been electronically mailed to:**