J.W. HOWARD / ATTORNEYS   (29317)
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CA  92101
619-234-2842
Atty. File No.:  5:23-CV-03880-NC

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| PLAINTIFF   : ROBERT F. KENNEDY, JR. | | Case No. :  5:23-CV-03880-NC |
| DEFENDANT   : GOOGLE LLC, A DELAWARE ET AL. | | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the   DECLARATION OF AMARYLLIS KENNEDY; DECLARATION OF ROBERT F. KENNEDY, JR.; [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION; DECLARATION OF SCOTT J. STREET; APPLICATION FOR TEMPORARY RESTRAINING ORDER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; CERTIFICATE OF SERVICE

3. a. Party Served   : YOUTUBE, LLC, A DELAWARE CORPORATION
                        AUTHORIZED AGENT FOR SERVICE: CSC-LAWYERS INCORPORATING SERVICE
   b. Person Served : JENN BAUTISTA, CUSTOMER SERVICE ASSOCIATE
                        (AUTHORIZED TO ACCEPT FOR CSC-LAWYERS INCORPORATING SERVICE)

4. Address where the party was served:  2710 GATEWAY OAKS DRIVE    SUITE 150N
                                          SACRAMENTO, CA  95833   (Business)

5. I served the party
   a. **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on  August 10, 2023  (2) at: 09:25 AM

6. Witness fees were not demanded and were not paid.

7. **Person who served papers**
   a. DENNIS E. LARKIN
   b. KNOX ATTORNEY SERVICE
      1550 HOTEL CIRCLE NORTH SUITE 440
      SAN DIEGO, CA 92108
   c. 619-233-9700
   d. Fee For Service : $ 85.35
   e. I am
      (3) a registered California process server
         (i) an independent contractor
         (ii) Registration No.: PS-508
         (iii) County: YOLO, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date :  August 10, 2023                    Signature: _____
                                                       DENNIS E. LARKIN