J.W. HOWARD / ATTORNEYS   (29317)
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CA  92101
619-234-2842
Attorney for:  ROBERT F. KENNEDY, JR.
Atty. File No.: 5:23-CV-03880-NC

UNITED STATES DISTRICT COURT

| | |
|---|---|
| PLAINTIFF     : ROBERT F. KENNEDY, JR. | Case No. :  5:23-CV-03880-NC |
| DEFENDANT   : GOOGLE LLC, A DELAWARE ET AL. | **PROOF OF SERVICE** |

Hearing date:  August 16, 2023      Time :  11:00 AM

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the  NOTICE OF HEARING ON APPLICATION FOR TEMPORARY RESTRAINING ORDER

3. a. Party Served    :  YOUTUBE, LLC, A DELAWARE CORPORATION
                                    AUTHORIZED AGENT FOR SERVICE: CSC-LAWYERS INCORPORATING SERVICE
   b. Person Served  :  JENN BAUTISTA, CUSTOMER SERVICE ASSOCIATE
                                    (AUTHORIZED TO ACCEPT FOR CSC-LAWYERS INCORPORATING SERVICE)

4. Address where the party was served:  2710 GATEWAY OAKS DRIVE     SUITE 150N
                                                                   SACRAMENTO, CA  95833   (Business)

5. I served the party
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1)  on  August  10,  2023  (2) at: 09:25 AM

6. Witness fees were not demanded and were not paid.

7. **Person who served papers**
   a. DENNIS E. LARKIN
   b. KNOX ATTORNEY SERVICE
      1550 HOTEL CIRCLE NORTH SUITE 440
      SAN DIEGO, CA 92108
   c. 619-233-9700

   d. Fee For Service :  $ 49.75
   e. I am
      (3)  a registered California process server
         (i)   an independent contractor
         (ii)  Registration No.:  PS-508
         (iii) County:  YOLO, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date :  August  10,  2023          Signature: _____
                                                            DENNIS E. LARKIN

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**                                  Ref. No. :  0782370-02