J.W. HOWARD / ATTORNEYS  (29317)
600 WEST BROADWAY,  SUITE 1400
SAN DIEGO,  CA  92101
619-234-2842
Attorney for:  ROBERT F. KENNEDY, JR.
Atty. File No.:  5:23-CV-03880-NC

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| PLAINTIFF | : ROBERT F. KENNEDY, JR. | Case No. :  5:23-CV-03880-NC |
| DEFENDANT | : GOOGLE LLC, A DELAWARE ET AL. | **PROOF OF SERVICE** |

Hearing date: August 16,2023     Time : 11:00 AM

1.    At the time of service I was at least 18 years of age and not a party to this action.

2.    I served copies of the  NOTICE OF HEARING ON APPLICATION FOR TEMPORARY
                                            RESTRAINING ORDER

3.    a.  Party Served    :   GOOGLE LLC, A DELAWARE CORPORATION
                                          AUTHORIZED AGENT FOR SERVICE: CSC-LAWYERS INCORPORATING SERVICE
       b.  Person Served  :   JENN BAUTISTA, CUSTOMER SERVICE ASSOCIATE
                                          (AUTHORIZED TO ACCEPT FOR CSC-LAWYERS INCORPORATING SERVICE)

4.    Address where the party was served:  2710 GATEWAY OAKS DRIVE       SUITE 150N
                                                                SACRAMENTO, CA  95833   (Business)

5.    I served the party
       a.  **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to
            receive service of process for the party  (1)  on  August 10, 2023  (2) at: 09:25 AM

6.    Witness fees were not demanded and were not paid.

7.    **Person who served papers**
       a.  DENNIS E. LARKIN                              d.   Fee For Service :  $ 49.75
       b.  KNOX ATTORNEY SERVICE                   e.   I am
            1550 HOTEL CIRCLE NORTH SUITE 440             (3)   a registered California process server
            SAN DIEGO, CA 92108                                      (i)   an independent contractor
       c.  619-233-9700                                                     (ii)  Registration No.:  PS-508
                                                                                    (iii) County:  YOLO, CA

8.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date :  August 10,  2023                      Signature: _____
                                                                                              DENNIS E. LARKIN