AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| ROBERT F. KENNEDY, JR., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:23-cv-03880 |
| GOOGLE LLC and YOUTUBE LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC and YouTube LLC.

Date:  08/14/2023

/s/ Juliana M. Yee
*Attorney's signature*

Juliana M. Yee (304564)
*Printed name and bar number*

560 Mission Street 27th Floor
San Francisco, CA 94105
Telephone 415-512-4000

*Address*

juliana.yee@mto.com
*E-mail address*

(415) 512-4000
*Telephone number*

(415) 512-4001
*FAX number*