UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. KENNEDY, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-03880-TLT<br><br>**ORDER REGARDING TRO BRIEFING SCHEDULE**<br><br>Re: ECF No. 7 |

　　　　Plaintiff Robert F. Kennedy, Jr. filed a complaint for declaratory and injunctive relief against defendants Google LLC and YouTube, LLC on August 2, 2023.  ECF No. 1.  Subsequently, on August 9, 2023, plaintiff filed a motion for a temporary restraining order ("TRO") and served defendants the same day.  ECF No. 7.  A hearing on the motion was set before Judge Nathanael Cousins.  ECF No. 8.  Defendants declined magistrate judge jurisdiction pursuant to 28 U.S.C. section 636(c), and the case was randomly reassigned to Judge Trina L. Thompson today, August 14, 2023.  The Court now sets the briefing and hearing schedule for plaintiff's TRO motion as follows:

　　　　Defendants shall file their opposition to the motion by 5 p.m. on Wednesday, August 16, 2023.  Plaintiff shall file his reply by 12 p.m. on Friday, August 18, 2023.  The hearing is set for Monday, August 21, 2023 at 10 a.m.  If the parties would prefer to conduct the hearing via Zoom, they shall email the Courtroom Deputy no later than 5 p.m. on Tuesday, August 15, 2023, at tltcrd@cand.uscourts.gov.

　　　　**IT IS SO ORDERED.**

Dated: August 14, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　TRINA L. THOMPSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge