# EXHIBIT B

**CAROL CRAWFORD  11/15/2022**

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF LOUISIANA
 2                      MONROE DIVISION

 3    STATE OF MISSOURI ex
      rel. ERIC S. SCHMITT,
 4    Attorney General,
      et al.,
 5                              No. 3:22-cv-01213-TAD-KDM
          Plaintiffs,
 6
      vs.
 7
      JOSEPH R. BIDEN, JR.,
 8    in his official capacity

 9    as President of the United

10    States, et al.,

11        Defendants.

12

13      THE VIDEOTAPED DEPOSITION OF CAROL CRAWFORD

14                 November 15, 2022

15               9:24 a.m. to 5:33 p.m.

16

17              Office of General Counsel
          Centers for Disease Control and Prevention
18                 1600 Clifton Road NE
                     Atlanta, Georgia

19

      Reporter:
20          Maureen S. Kreimer, CCR-B-1379, CRR

21

22

23

24

25
```

**CAROL CRAWFORD  11/15/2022**

Page 2

```
 1                 INDEX TO EXAMINATIONS

 2   Examination                                 PAGE

 3   CAROL CRAWFORD

 4   Cross-Examination by Mr. Vecchione            9

 5               DESCRIPTION OF EXHIBITS
     Plaintiffs'
 6    EXHIBIT              DESCRIPTION            PAGE

 7   Exhibit 1    Deposition Notice for Carol     21
                  Crawford
 8
     Exhibit 2    Emails ending 2/7/20 Subject FB  22
 9                Coordination
                  MOLA_DEFSPROD_00004442-4445
10
     Exhibit 3    Emails ending 3/5/20 Facebook's  33
11                COVID-19 Response Efforts
                  MOLA_DEFSPROD_0004060-4061
12
     Exhibit 4    Emails ending 3/31/20 CDC brief on  38
13                ways to reach high-risk and
                  frequent travelers
14                MOLA_DEFSPROD_00003872 and
                  MOLA_DEFSPROD00015014-15017
15
     Exhibit 5    Emails ending 3/30/20 CDC brief on  43
16                ways to reach high-risk and
                  frequent travelers
17                MOLA_DEFSPROD_00015018--19
     Exhibit 6    Emails ending 1/26/21 CrowdTangle  49
18                COVID-19 reports for WHO
                  MOLA_DEFSPRDO_00002595-96
19   Exhibit 7    Emails ending 5/26/21 CrowdTangle  60

20                COVID-19 reports

21                MOLA_DEFSPROD_00002591-94

22   Exhibit 8    Emails ending 3/31/21 re: This     67

23                week's meeting

24                MOLA-DEFSPROD-00003031-33

25   (CONTINUED NEXT PAGE)
```

**CAROL CRAWFORD  11/15/2022**

```
 1    Exhibit 9    Emails ending 5/6/21 Misinfo on two      85
                   issues MOLA_DEFSPROD_00002686-2688
 2
      Exhibit 10   emails ending 5/10/21 CV19 misinfo       91
 3                 reporting channel
                   MOLA_DEFSPROD002684-2685
 4
      Exhibit 11   Emails ending 5/20/21 Agenda item       102
 5                 for CDC call this week
                   MOLA-DEFSPROD_00002659-2660
 6
      Exhibit 12   Lancet April 2021 article.  Bell's      112
 7                 palsy and SARS-CoV-2 vaccines
      Exhibit 13   Lancet September 2021 article           112
 8                 Bell's palsy and SARS-CoV-2
                   vaccines - an unfolding story
 9    Exhibit 14   Document titled Infection fatality       113
                   rate of COVID-19 in
10                 community-dwelling populations with
                   emphasis on the elderly:  An
11                 overview
      Exhibit 15   Emails ending 6/2/21 RE It was this      118
12                 list sorry!
                   MOLA-DEFSPROD_00002538-2541
13    Exhibit 16   Emails ending 6/3/21 RE It was this      126
                   list, sorry!
14                 MOLA-DEFSPROD_00002532-33
      Exhibit 17   Emails 7/26/21 FB Misinformation         138
15                 Claims_Help Debunking
                   MOLA_DEFSPROD_00002478
16    Exhibit 18   Emails ending 7/20/21 CrowdTangle        141

17                 COVID-19 reports

18                 MOLA-DEFSPROD_00002487-2489

19    Exhibit 19   emails ending 8/18/21 CrowdTangle        145

20                 COVID-19 reports

21                 MOLA-DEFSPROD-00002438-440

22    Exhibit 20   Emails ending 8/19/21 VAERS talking      150

23                 points 8.15_AH_PM_CLEAN COPY.docx

24                 MOLA-DEFSPROD_00002434-435

25    (CONTINUED NEXT PAGE)
```

| 1 | Exhibit 21 | 9/1/21 Email BOLO: CDC lab alert & misinformation | 152 |
| 2 | | MOLA-DEFSPROD_00002249 | |
| | Exhibit 22 | Emails ending 11/2/21 New Claims & Policy updates following EAU | 155 |
| 3 | | authorization for 5-11 year olds | |
| 4 | | MOLA-DEFSPROD_000011778-779 | |
| 5 | Exhibit 23 | Emails ending 11/8/21 New Claims & Policy updates following EAU | 163 |
| 6 | | authorization for 5-11 year olds | |
| | | MOLA_DEFSPROD_00001774-775 | |
| 7 | Exhibit 24 | Bloomberg article Frequent Boosters Spur Warning on Immune Response | 164 |
| 8 | | | |
| | Exhibit 26 | Emails ending 2/3/22 Vaccine Misinformation Questions for CDC | 166 |
| 9 | | MOLA_DEFSPROD_00001683-1686 | |
| 10 | | | |
| | Exhibit 27 | Emails ending 2/4/22 Have 5 minutes to chat?  MOLA_DEFSPROD_00001677 | 171 |
| 11 | Exhibit 28 | Emails ending 3/23/21 COVID misinfo project MOLA_DEFSPROD_00003130-31 | 173 |
| 12 | | | |
| 13 | Exhibit 29 | Emails ending 4/5/21 Followup on mis-info conversation | 179 |
| 14 | | MOLA_DEFSPROD_00003024-25 | |
| 15 | Exhibit 30 | Emails ending 4/12/21 Followup on mis-info conversation | 187 |
| 16 | | MOLA_DEFSPROD_00002936 | |
| 17 | Exhibit 31 | Emails ending 12/21/21 Omicron page MOLA_DEFSPROD_00001719-21 | 188 |
| 18 | Exhibit 32 | Emails ending 4/9/21 Request for problem accounts | 196 |
| 19 | | MOLA_DEFSPROD_00002971 | |
| 20 | Exhibit 33 | Emails ending 4/14/21 Request for | 200 |
| 21 | | problem accounts | |
| 22 | | MOLA_DEFSPROD_00002807 | |
| 23 | | | |

24  (CONTINUED NEXT PAGE)
25

**CAROL CRAWFORD  11/15/2022**

```
 1    Exhibit 34    Emails ending 6/30/21 COVID        205
               Misinformation
 2             MOLA_DEFSPROD_00002496-500
      Exhibit 35    9/3/21 Email BOLO:  CDC lab alert &  219
 3             misinformation
               MOLA-DEFSPROD_00002200
 4    Exhibit 36    Emails ending 4/15/21 Call or VC -  221
               Facebook weekly sync with CDC
 5             MOLA_DEFSPROD_00002806
      Exhibit 37    Emails ending 4/29/21 CDC Guides    226
 6             and this week's meeting
               MOLA_DEFSPROD_00002694-95
 7    Exhibit 38    Emails ending 4/30/21 WY issue      237
               MOLA_DEFSPROD_00002690-91
 8
      Exhibit 39    Emails ending 5/6/21 Join with New  239
 9             Info E call or VC
               MOLA_DEFSPROD_00002689
10
      Exhibit 40    5/10/21 Email COVID BOLO meetings   241
11             on misinformation
               MOLA_DEFSPROD_00002683-2682
12
      Exhibit 41    Emails ending 6/10/21 CDC COVID_19  247
13             BOLO Meeting
               MOLA_DEFSPROD_00002521-22
14
      Exhibit 42    Emails ending 10/28/21 Booster      249
15             Shots MOLA_DEFSPROD_00001827-29
      Exhibit 43    6/29/22 email Claims review         254
16             MOLA_DEFSPROD_00001556

17    Exhibit 44    Emails ending 3/10/21 Themes that   257

18             have been removed for misinform

19             MOLA_DEFSPROD_00003159-161

20

21    (REPORTER'S NOTE:  Original Plaintiffs' Exhibits 1

22    through 24 and 26 through 44 have been attached to

23    the original deposition transcript.)

24

25
```

```
 1   APPEARANCES OF COUNSEL:
     On behalf of the Plaintiff State of Missouri:
 2        D. JOHN SAUER, ESQ.
          Missouri Attorney General's Office
 3        Supreme Court Building
          221 W. High Street
 4        P.O. Box 899
          Jefferson City, Missouri 65101
 5        John.sauer@ago.mo.gov
          (877) 696-6775
 6   On behalf of the Plaintiffs Dr. Jayanta Bhattacharya,
     Dr. Martin Kulldorff, Dr. Aaron Kheriaty, and Jill
 7   Hines:

 8        JOHN J. VECCHIONE, ESQ.

 9        New Civil Liberties Alliance

10        1225 19th Street N.W.

11        Suite 450

12        Washington, DC  20036

13        John.vecchione@ncla.legal

14        (202) 869-5210

15   On behalf of Centers for Disease Control and

16   Prevention:

17        JAMES GILLIGAN, ESQ.

18        KYLA SNOW, ESQ.

19        U.S. Department of Justice

20        1100 L Street N.W.

21        Washington, DC 29530

22        202-353-3098

23        James.gilligan@usdoj.gov

24        Kyla.snow@usdoj.gov

25   (Continued next page)
```

**CAROL CRAWFORD  11/15/2022**

Page 7

```
 1    On behalf of U.S. Department of Health & Human
      Services:
 2         ANANT KUMAR, ESQ.
           U.S. Department of Health & Human Services
 3         200 Independence Avenue S.W.
           Washington, DC 20201
 4         Anant.kumar@hhs.gov

 5    Also Present:
                Kenya S. Ford, Esq.
 6              Sudevi N. Ghosh, Esq.
                Centers for Disease Control & Prevention
 7
                Melissa Thombley, Esq (via Zoom)
 8              U.S. Department of Health and Human

 9              Services

10

11              Joseph Foster, Esq.  (via Zoom)

12              Centers for Disease Control & Prevention

13

14    Legal videographer:  Jason Silling, Lexitas Legal

15

16                       - - -

17

18

19     (Pursuant to Article 10(B) of the Rules and

20    Regulations of the Georgia Board of Court Reporting,

21    disclosure was presented to all counsel present at

22    the proceeding and a written copy is attached

23    hereto.)

24

25
```

```
 1              THE VIDEOGRAPHER: We are on the record.
 2   Today's date is November 15, 2022.  The time is
 3   9:24.  This is the video-recorded deposition of
 4   Carol Crawford in the matter of the State of
 5   Missouri versus Joseph R. Biden in the U.S. District
 6   Court for the Western District of Louisiana.
 7              This deposition is being held at the CDC.
 8   The reporter's name is Maureen Kreimer.  My name is
 9   Jason Silling.  I am the legal videographer.  We are
10   with Lexitas Legal.  Would the attorneys present
11   please introduce themselves and the parties they
12   represent.
13              MR. VECCHIONE:  I am John Vecchione.  I
14   represent the individual plaintiffs Jay
15   Bhattacharya, Aaron Kheriaty, and Jill Hines and
16   Martin Kulldorff.
17              MS. SNOW: My name is Kyla Snow.  I'm with
18   the Department of Justice representing the
19   defendants in this case.  And defendants reserve
20   their right to review, read, review and sign the
21   transcript.
22              MR. GILLIGAN:  James Gilligan, also with
23   the Department of Justice representing the
24   defendants.
25              MR. KUMAR:  Anant Kumar with the Office of
```

**CAROL CRAWFORD  11/15/2022**

```
 1   General Counsel in HHS, and I also represent the

 2   defendant.  I represent the HHS defendants.

 3           THE VIDEOGRAPHER:  Would the court

 4   reporter please swear in the witness.

 5                   CAROL CRAWFORD,

 6   having been first duly sworn, was examined and

 7   testified as follows:

 8           REPORTER:  You can begin, Counsel.

 9           THE VIDEOGRAPHER:  You may proceed.

10                   EXAMINATION

11   BY MR. VECCHIONE:

12       Q.  Good morning, Ms. Crawford.  Have you ever

13   been deposed before?

14       A.  No, I have not.

15       Q.  All right.  So I'm going to lay out some

16   ground rules.  We have to -- the court reporter and

17   everything else can only pick up verbal cues.  In

18   normal conversation, we nod our heads like you're

19   doing now and all that, but for the record we have

20   to say things out loud.  And that also, to keep a

21   clear record, we have to try not to talk over each

22   other.  And that's really something the lawyers, we

23   say to the lawyers, because they're the ones who

24   interrupt, not the witness.  But keep that in mind.

25           If you don't -- I will be asking
```

1   questions.  If you don't understand the question,

2   you can ask me to rephrase, or say you don't

3   understand.  Don't answer a question that you think

4   you don't understand.  If during the course of this,

5   your counsel -- which of you is defending this one?

6   You're going to defend it?

7            MS. SNOW:  Yes.

8   BY MR. VECCHIOINE:

9        Q.  So your counsel will make objections.

10  Wait for the objections to fade, and then answer the

11  question unless I rephrase or something like that,

12  unless she instructs you not to answer.

13           Let's see.  So do you agree with all that?

14  Do you understand the process?

15       A.  I understand.  Could you speak up a

16  little, though?  It's hard for me to hear you.

17       Q.  I can.  You know what, I didn't turn on

18  this.  I was dealing with the other mic that I have

19  on my tie.

20       A.  Thank you.

21       Q.  But in any event, so.

22           All right.  Are you taking any

23  medications, or do you have any condition that would

24  impact your ability to testify truthfully today?

25       A.  No.

**CAROL CRAWFORD 11/15/2022**

```
1              Q.  All right.  For the record please state
2     your name.
3              A.  Carol Young Crawford.
4              Q.  And what's your current employment?
5              A.  I work for the CDC.
6              Q.  What's your title?
7              A.  I am the division director for the
8     division of Digital Media within the CDC Office of
9     the Associate Director for Communication, which we
10    call OADC.
11             Q.  Give me the term again.  Office of?
12             A.  The Associate Director for Communication.
13             Q.  And what are your duties in that role?
14             A.  Our division provides leadership for CDC's
15    web presence.  We provide leadership for CDC's
16    social media presence.  We have -- we lead the
17    development operations of CDC's 800-number, which is
18    our Contact Center.  We also provide graphics and
19    visual design services for the Agency.
20             Q.  And what do you do?
21             A.  I'm the director of that work.  I
22    determine strategy, objectives, oversee work.
23             Q.  Do you have any -- well, why don't we
24    start.  Go back a little bit.
25                 Could you briefly outline your education
```

```
 1   and employment history up until now?
 2        A.  Yes.  I started work at CDC when I was 18.
 3   So I have been here 34 years.  I went to school -- I
 4   have a bachelor's in business and a master's in
 5   public administration, and I have been working at
 6   CDC within digital communications, web, social
 7   media, for really as long as those things existed at
 8   CDC.
 9        Q.  And where are your degrees from?
10        A.  University of -- the University of Georgia
11   for the master's, Georgia State for the bachelor.
12        Q.  Okay.  So have you always been at CDC here
13   in Atlanta?
14        A.  Yes.
15        Q.  Did you have any back- -- do you have any
16   background in medicine, sciences, or epidemiology?
17        A.  No.
18        Q.  And is there anything else about the role
19   of the division of Public Affairs' place within CDC
20   that you haven't told me?  Is there anything --
21        A.  Can you repeat?
22        Q.  Yeah.  You have told me a little bit about
23   what the division of Public Affairs does, I believe,
24   or was that only what OADC does?
25        A.  I was referring to the division of Digital
```

```
 1   Media.
 2          Q.  Okay.
 3          A.  Which was created in April of 2022.  Or
 4   maybe March 2022.  Sorry.
 5          Q.  On or about, as we say.
 6          A.  Yes.
 7          Q.  Now -- well, let's go back to that, the
 8   division.  The division of Public Affairs, you're
 9   within that at the CDC?
10          A.  There is no division of Public Affairs in
11   OADC any longer.
12          Q.  What happened there?
13          A.  The reorganization of OADC occurred in
14   March or April of 2022, and there's -- that division
15   does not exist anymore.
16          Q.  Prior to this changeover what did that
17   division do?
18          A.  The division had three branches.  The
19   division -- I mean, the branch of Digital Media,
20   where I was, the branch for News Media, and a branch
21   for Employee Communications.
22          Q.  And then what did the reorganization do
23   with each of those three?  Where did they go?
24          A.  The -- well, Digital Media became the
25   division of Digital Media, and parts from other
```

```
 1    divisions came to join the work that we were already
 2    doing such as the Contact Center, and the Graphics,
 3    and that was new to my organization.  The News Media
 4    group is now a branch in the division of News Media,
 5    I believe.  I'm sorry.
 6         Q.  That's your understanding?
 7         A.  Yes.  And then they have a Broadcast group
 8    with them.  And the Employee Communication group is
 9    now an office in the OD of the OADC.  That was the
10    other component of the Public Affairs group that you
11    asked about.
12         Q.  Okay.  So the Digital Media branch now --
13    so I understand.  I'm not sure I got all that.  Who
14    did that before?  Was that only in the Digital Media
15    section of the three you've told me, or was there
16    overlap?
17         A.  Well, there is no Digital Media branch
18    now.
19         Q.  Okay.
20         A.  There is now a division of Digital Media.
21         Q.  Okay.
22         A.  You may have to reask the second part of
23    your question.
24         Q.  Okay.  Now it's the division of Digital
25    Media.  Who had that -- what was the name of the
```

**CAROL CRAWFORD  11/15/2022**

```
 1    organization that had that role before April of

 2    March of 2022?

 3         A.  I was the branch chief of the Digital

 4    Media Branch within the Division of Public Affairs,

 5    and most of the roles that our division currently

 6    performs, web and social media, were in that branch.

 7         Q.  Thank you.  Did anyone else have overlap

 8    before?

 9         A.  No.

10         Q.  All right.  So what is the current duty of

11    the Division of Digital Media?

12         A.  The current?

13         Q.  Duties?

14         A.  Of the division of Digital Media?  We

15    provide leadership for CDC's website.  We provide

16    leadership for CDC's social media efforts.  We

17    provide graphic support for the entire agency, and

18    we manage the 800-number, the Contact Center.

19         Q.  Okay.  And what's -- what is leadership;

20    when you use that word, what do you mean?

21         A.  We, for web, for example, we convene a web

22    council with people across CDC to manage the

23    governance of the website.  We manage the web

24    content management system.  We draft policies and

25    guidelines around it.
```

```
 1          Q.  In your current role since April or March
 2    of 2022 --
 3          A.  Mm-hmm (affirmative).
 4          Q.  --  have you had any contact with major
 5    technology companies such as Twitter, Facebook,
 6    LinkedIn, Microsoft or Google?
 7          A.  Yes.
 8          Q.  In your previous role before the
 9    reorganization, did you have such contacts?
10          A.  Yes.
11          Q.  Generally what type of contacts are those
12    when you started them?
13          A.  We started regular contact with the groups
14    at the beginning of the COVID outbreak to exchange
15    information about COVID, and most of the contact
16    since then has been around COVID or other
17    high-priority things, but mostly COVID.
18          Q.  Okay.  Let's get some timeline down.  Is
19    the beginning of COVID, would you think, February or
20    March of 2019?
21          A.  2020.
22          Q.  2020.  Excuse me.
23          A.  Yes.
24          Q.  Okay.  For our purposes.  All right.
25          A.  Mm-hmm (affirmative).
```

```
 1          Q.  So before that, social media had been
 2   around for a while, I mean, but did -- you didn't
 3   have contact with them before COVID?
 4          A.  I had periodic occasional contact with the
 5   platforms, depending on maybe they would reach out
 6   to CDC for something, or we would be trying to reach
 7   out to them for assistance with something.  I didn't
 8   have regular meetings.  They were -- they were very
 9   occasional.
10          Q.  All right.  COVID hits, let's say, early
11   spring of 2020.
12          A.  Mm-hmm (affirmative).
13          Q.  How did you instigate contact with these
14   systems?  Generally, I'm speaking.  I know there may
15   be some differences, but generally how did you
16   initially instigate contacts with them?
17          A.  I don't recall who initiated contact.
18          Q.  Does that mean you don't know who within
19   CDC, or does that mean you don't know if they called
20   you?
21          A.  I don't recall if they called us first, or
22   we called them first.  It could have differed also
23   depending on the platform.
24          Q.  From media company to media company?
25          A.  There was a lot going on at that time, so.
```

1       **Q.  Do you have a present recollection of when**

2       **you first spoke to any media platform about COVID,**

3       **or email, when I say -- had communications with?**

4            A.  I believe, my recollection is, is that we

5       started talking to some of them in February and

6       March of 2020.

7            **Q.  And what was the nature of the**

8       **discussions?**

9            A.  My memory of our first interactions were

10      around getting out CDC-credible information.  For

11      instance, I know Facebook was looking at making it

12      easier to find COVID information from the CDC and

13      WHO on a platform, and they wanted to use our public

14      domain content and they were similar in

15      conversations with platforms.

16           **Q.  Got it.  And did you take the initiative**

17      **in these meetings, or did someone direct you to go**

18      **do these meetings, or contacts?**

19           A.  I would say I took initiative on the

20      meetings.  But there were a lot of people asking

21      staff, or other staff, are we -- were we in contact

22      with the groups, and do we have any arrangements.

23           **Q.  In your current role who do you report to?**

24           A.  In my current role I report to the

25      director of OADC, which is Kevin Griffis.

```
 1              Q.  And who did you report to prior to the
 2    reorganization?  That a good word.
 3              A.  Yes.
 4              Q.  Can I call it a "reorg"?
 5              A.  Yes, you can.
 6              Q.  Prior to the reoorg, who did you report
 7    to?
 8              A.  I reported to the division director for
 9    the division of Public Affairs, who was Michelle
10    Bonds.
11              Q.  All right.  So during the beginning of the
12    pandemic your direct report would be Michelle Barnes
13    [sic]?
14              A.  I was her direct report.
15              Q.  Yes, that's what I meant.
16              A.  Yes.
17              Q.  You would directly report to her?
18              A.  Mm-hmm (affirmative).
19              Q.  All right.  So do you recall her talking
20    to you about what to do with the social media
21    companies early on?
22              A.  I don't believe we discussed it.
23              Q.  And why don't you believe that?
24              A.  It was an extremely busy time, and it was
25    within the scope of work I would normally handle.
```

```
 1        Q.  All right.  Let's look at the early spring
 2   of 2020.  What were the types of contacts you had
 3   with the social media companies?  And I'm going to
 4   go through some, and you tell me if you had them.
 5            Electronic email, or other communications
 6   that are electronic?
 7        A.  Yes.
 8        Q.  Telephonic?
 9        A.  Yes.
10        Q.  And in person?
11        A.  No.
12        Q.  Okay.  Who did -- if they're telephonic,
13   who were you speaking to?  I have a hard time
14   getting any of these people on the phone.  How did
15   you get -- who did you telephonically speak to at
16   any of these social media companies?
17        A.  I had points of contact at several of
18   them, and we would have meetings when we needed to
19   talk.  So we arranged calls.
20        Q.  Do you recall any particular points of
21   contact?
22        A.  Yes.
23        Q.  Who are they?
24        A.  At Facebook my primary point of contact
25   was Payton Iheme.  I-H-E-M-E.  At Google my two
```

1  points of contact were Jan Antonaros, and -- forgive

2  me.  I'm blanking on this.

3      Q.  We'll be looking at emails.  If you see

4  the name, will you --

5      A.  Yes, mm-hmm.

6      Q.  Who else?

7      A.  A contact we had at Twitter was Todd

8  O'Brien [sic], though I spoke to him very rarely.

9  We had other contacts at Twitter, but I don't know

10  their names too.  I don't recall the names of other

11  platforms.  I didn't talk to them as regularly.

12          (Plaintiffs' Exhibit 1 marked.)

13  BY MR. VECCHIONE:

14      Q.  Okay.  Can you take a look at Exhibit 1.

15  If counsel would hand it to her, please.

16          And have you seen this document before?

17      A.  Yes, I think I did.

18      Q.  So this is the Notice of Video Deposition

19  to be here today; right?

20      A.  Yes.

21      Q.  You're here pursuant to this notice?

22      A.  Yes.

23      Q.  All right.  And I'll just make one

24  correction.  We're not at Building 21.  We're in

25  Building 19?

```
 1          A.  That's correct.
 2          Q.  All right.  Thank you.  You can put that
 3    aside.
 4              MR. VECCHIONE:  I'm going to hand to
 5    counsel a packet of Exhibit 2, if I might.  And if
 6    you could give -- and if you could give the witness
 7    an original, and there are two for your purposes.
 8              (Plaintiffs' Exhibit 2 marked.)
 9    BY MR. VECCHIONE:
10          Q.  I'll give you a moment to read through it.
11    Do you recognize this?
12          A.  Yes.
13          Q.  All right.  What is it?
14          A.  An email chain with Facebook around COVID.
15          Q.  Yeah.  Early February 2020?
16          A.  Yes.
17          Q.  Let's get -- just so we can get onto the
18    same page, the way this email chain works is the
19    oldest part is in the back; right?  And then it
20    reads up.
21          A.  Yes.
22          Q.  And let's go to the back.  In the first
23    part of the chain, as far as I can see, it says from
24    Carol Y. Crawford?
25          A.  Yes.
```

```
 1          Q.  All right.  And there is a -- there is an
 2   email there.  Well, could you read that for me, your
 3   email?
 4          A.  "Payton, just looping you in on
 5   something."
 6          Q.  Oh.  No, no, no.  I mean, I want to get
 7   the email down.  I think it's C -- because of
 8   your -- I think it's ████@CDC.gov?
 9          A.  Mm-hmm (affirmative).
10          Q.  Am I correct about that?
11          A.  That's mine, yes.
12          Q.  Okay.  And is that the only email,
13   government email, you used over this whole period,
14   or is there a different one?
15          A.  There is a -- it's the same email box, but
16   there is also ████████@CDC.gov.  It's like an alias
17   for ████@CDC.gov.  It's the same box.
18          Q.  They all go to the same place?
19          A.  Yes.
20          Q.  It's just how the computer reads it, or?
21          A.  It's just an easier email address for
22   someone to give people --
23          Q.  Quicker to write?
24          A.  -- than ████.
25          Q.  Do you have any other government --
```

```
 1          A.  No.

 2          Q.  And how about have you contacted any of

 3    the social media companies with a personal email?

 4          A.  Never.

 5          Q.  Okay.  So and then this is -- I believe

 6    this is a fellow we identified earlier; right?

 7    Who's Payton Iheme?

 8          A.  Yes.

 9          Q.  And if I see ███████@fb.com, that's your

10    understanding that's Payton Iheme --

11          A.  Yes.

12          Q.  -- that's his email?  And then it says cc

13    ██████, and then there is an ████ Facebook [sic]

14    ███@CDC.gov".  Who is that?

15          A.  Jay Dempsey worked -- works now and within

16    my branch as the social media lead, and he reported

17    to me.

18          Q.  Okay.  And his ████ has nothing to do with

19    Facebook as in Payton's email; right --

20          A.  No.

21          Q.  -- it's just a coincidence?

22          A.  It's his user ID, yes.

23          Q.  All right.  Thank you.  And what was his

24    role?

25          A.  He was the social media lead within my
```

1   branch.

2        **Q.  Okay.  And what do you state here in this**
3   **email to Payton?**

4        A.  (As read) Just looping you in on something
5   Jay and I had awareness of.  Are you in the loop
6   with this.

7        **Q.  All right.  And what is this?  What have**
8   **you attached here?**

9        A.  I don't remember this part of the chain at
10  all, but it appears to be a note from Facebook to
11  someone at the State Department outlining some
12  Facebook work on COVID.

13       **Q.  And let's get some terms down here.  The**
14  **reason you believe that, is that just from your**
15  **memory, or is that because it's Shelley Thakral --**
16  **it's from them to a person in the State Department?**

17       A.  I don't know any of the names on the
18  email.

19       **Q.  Okay.**

20       A.  I read this.  This is the first thing I
21  read when you handed --

22       **Q.  Yeah.**

23       A.  -- me the document.

24       **Q.  Got it.**

25       A.  I started at the back.

 1          Q.  So I'm just trying to be clear.  You don't
 2    have a present recollection of what this is --
 3          A.  No.
 4          Q.  -- what you just told me you got because
 5    that's what it says; right?
 6          A.  No.  I don't remember that part of the
 7    chain, no.  No.
 8          Q.  And were you asking Mr. Iheme whether he
 9    knew about this, or was he responsible for it?
10    Which what does it mean "in the loop about it"?
11          A.  As a note, Payton is female.
12          Q.  Okay.
13          A.  I mean, I'm reading what I wrote:  Just
14    looping you on something Jay and I had awareness on.
15    Are you in the loop with this?
16              That's all I know.  It's what I typed.
17          Q.  You don't have any other understanding
18    than that?
19          A.  No.
20          Q.  All right.  Let's move to the next part of
21    the chain.
22              (REPORTER'S NOTE:  Mr. Sauer enters
23          deposition.)
24    BY MR. VECCHIONE:
25          Q.  I see it's from Payton, from Ms. Iheme, to

1   **you and cc'ing Dempsey; right?**

2        A.  Yes.

3        **Q.  And he's responding to your request about**

4   **the loop.  What does he say there?**

5        A.  At 3:35 for Payton is what you're asking

6   me?

7        **Q.  Yes, I am.  Thank you.**

8        A.  Okay.  (As read) Let me know if you're --

9   you would like to speak to our teams working on

10  these items.

11       Do you want me to read the whole email?

12       **Q.  Yes, please.**

13       A.  Okay.  (As read)  Our teams at Facebook

14  have been working to identify how we can support

15  efforts to provide users with accurate and timely

16  information about coronavirus.  We would like to get

17  CDC's feedback on a few key initiatives that we are

18  considering launching in the coming days, weeks.  I

19  have outlined the specifics below, and would greatly

20  appreciate your thoughts on the tactics and proposed

21  design/content.  We would be happy to jump on a

22  quick call today or tomorrow if that would be easier

23  as well."

24       **Q.  All right.  That's great.  That's -- okay.**

25  **And then he has a bunch of proposals, like three**

```
 1   proposals; correct?

 2        A.  Yes.

 3        Q.  All right.  And you respond to him the

 4   next day?

 5        A.  Yes.

 6        Q.  All right.  And you say "sorry for the

 7   delay."

 8             Were you in the habit of responding to him

 9   faster than less than 24 hours on these matters at

10   that point in time?

11        A.  Payton is female.

12        Q.  Yeah, I heard.  Thank you.

13        A.  It's okay.

14        Q.  You know what Payton I'm thinking of?

15        A.  No.

16        Q.  The football player.

17        A.  Oh, sorry.

18             I don't know.  At this time I believe we

19   were working a lot of hours, and a few hours seemed

20   like a long time.  I don't think I -- I don't think

21   Payton and I had known each other via email very

22   long at this point, so I can't speculate on how

23   quick I normally email her.

24        Q.  Okay.  And you say in here in item one:

25   As well, if can rotate messages, there might be
```

1  times we might want to address widespread myths like

2  mask use or new issues.

3          At this time what was the myth of mask

4  use?

5      A.  My general memory of mask use was that

6  there was confusion about whether people should wear

7  masks or not.

8      Q.  And what was CDC's view at that time?

9      A.  I really can't speak to our

10  recommendations.  I probably don't have the specific

11  recall of the timelines.

12     Q.  Okay.  And then your next sentence:  "This

13  could and should replace flu shot messaging."

14          And was that messaging that the platforms

15  were already doing about flu prior to COVID?

16     A.  This was one of the occasional

17  interactions that I recall having with Facebook.

18  They had -- I believe -- I believe they approached

19  CDC about flu messaging that prior flu season, and

20  we had had a few phone calls with them and our flu

21  division.  And my recollection is that we provided

22  them with some public domain content for them to

23  highlight.

24     Q.  Okay.  And then the next one is you're

25  still trying to get this phone call together.  And

```
1    eventually you get a phone call together; right?

2         A.  It looks like it from this chain, yes.

3         Q.  Okay.  Can you tell us who was on that

4    call besides Payton and you?

5         A.  I don't recall the specific calls from

6    that time period.

7         Q.  Okay.  And do you know what was said on

8    the call at all, what you discussed?

9         A.  On that specific call, I do not.

10        Q.  Do you have any notes, calendars, or other

11   records what was said on the call?

12        A.  I don't believe -- I mean, the calendar

13   appointment's probably in my Outlook.  I don't

14   recall us taking notes, much notes, from any of the

15   meetings.  Occasional followup items.  But I don't

16   know if we took any for this.  If we did, it would

17   have been in my email, or my record, the electronic

18   records.

19             MR. VECCHIONE:  All right.  Mr. Sauer has

20   joined us.  Can we take a five-minute break while I

21   put things in order?  And I will give you the next

22   exhibit.

23             MS. SNOW:  Okay.

24             THE VIDEOGRAPHER:  We are off record at

25   9:57.
```

```
 1                 (Recess 9:57 a.m.  - 10:09 a.m.)

 2                 THE VIDEOGRAPHER:  We are back on the

 3      record at 10:09.

 4                 MS. SNOW:  If I could just --

 5                 MR. VECCHIONE:  Go ahead.

 6                 MS. SNOW:  Defendants just wanted to note

 7      that at the request of plaintiffs' counsel we've

 8      forwarded a Zoom link with a call-in number for

 9      counsel, for plaintiffs' counsel, who could not be

10      here at the deposition to listen in.  And with the

11      agreement of the parties, the Zoom link will not be

12      shared with others beyond the three plaintiffs'

13      counsel who are listening in and the Zoom, the

14      deposition will not be recorded using the phone, the

15      call-in number.

16                 MR. VECCHIONE:  Remotely by them.  Just by

17      him.  (Indicating videographer.)

18                 MS. SNOW:  Yes, yes.  Exactly, yes.  Thank

19      you.  And then we also just wanted to -- the witness

20      wanted to clarify a point during the last round of

21      questioning.

22      BY MR. VECCHIONE:

23           Q.  Go right ahead.

24           A.  In reviewing this email, it refreshed my

25      memory about roles.
```

1          Q.  Are you looking at Exhibit 3 or 2, for my

2   purposes?

3          A.  2.

4          Q.  Thank you.

5          A.  I recalled that during the time of these

6   emails, I was actually serving as the acting

7   director for the division of Public Affairs.  I

8   served in that role for, I think, five or six

9   months.

10         Q.  Was that an add-on to your other duties,

11  or instead of, or like was it -- how did that come

12  about?

13         A.  Michelle Bonds had gone on a detail

14  somewhere else.  I don't recall where.  Sorry.  But

15  I was still really -- especially when COVID hit, I

16  really started also focusing on digital in-depth.

17  So that's why I was still involved.  I mean, digital

18  was still part of the division of Public Affairs, so

19  it was still part of my portfolio, but I had the

20  expertise on it, so.

21         Q.  All right.  Thank you for that.  And

22  during the day if there is any -- you have further

23  recollection as further documents get put in front

24  of you, feel free to interrupt me and tell me that.

25         A.  Okay.

```
 1            MR. VECCHIONE:  Does the witness have
 2    Exhibit 3 in front of her?
 3            MS. SNOW:  There you go.
 4            (Plaintiffs' Exhibit 3 marked.)
 5            MR. VECCHIONE:  This is a short one.  Take
 6    a second to take a look at it.
 7    BY MR. VECCHIONE:
 8        Q.  Do you recognize this document?
 9        A.  No.
10        Q.  Can you tell me what the subject line is
11    of the first email on the chain?
12        A.  Facebook COVID-19 Response Efforts.
13        Q.  All right.  And it's from Ms. Iheme that
14    we've spoken about before to you; correct?
15        A.  Yes.
16        Q.  And it says:  "Apologies for the late
17    note," she says to you.  I want to ensure you -- "I
18    want to ensure you are aware that Mark just shared
19    our ongoing work to support government."
20            Who's Mark?
21        A.  I don't know for sure, but I'm assuming
22    this was Mark Zuckerberg.
23        Q.  And she says to you:  "Our goal is to help
24    organizations to get their safety message out to the
25    public, remove misinformation, and support overall
```

Page 34

1   community efforts in areas where we can be of help;"

2   right?

3        A.  Yes.

4        Q.  Now, the next thing I see is above that it

5   says on "March 5, 2020, at 8:55 a.m. Crawford, Carol

6   Y...wrote," is that an email, is that a reply email

7   from you to her?

8        A.  Yes.

9        Q.  You say there:  "We want to do a very

10  controlled Q&A and would like to know our best

11  options."

12            What are you referring to there, what's

13  going on?

14       A.  I believe this is in reference to a

15  Facebook Live event that we were trying to plan, and

16  it was going to be -- we expected it to be pretty

17  big, and we were asking for help in setting it up in

18  the best practices.

19       Q.  Was that from a technological standpoint,

20  like, how it was going to work, or did you need

21  their input on information?

22       A.  My memory is that it was mostly about how

23  it would work.  We had not done many big Facebook

24  Lives before then, and we were worried about having,

25  like, thousands of Q&A that we couldn't possibly

**CAROL CRAWFORD  11/15/2022**

 1   answer.

 2        Q.  All right.  And the next thing you say

 3   there is:  "Our lead POC" -- is that point of

 4   contact, when I see POC?

 5        A.  Yes.

 6        Q.  Is Kat Turner at █████ -- I'll say █████?

 7        A.  █.

 8        Q.  █@CDC.gov.  So who is that?

 9        A.  Kat was a social media coordinator in one

10   of our centers that was willing to help manage this

11   effort.

12        Q.  In the original email from Payton Iheme

13   what was your understanding of why she was sending

14   you this information?

15        A.  I don't recall the specific email, or --

16   there looks like there is a link -- or what it said,

17   or what it was about.  But they would often forward

18   posts from their corporations for awareness for us.

19   So I assume that was probably what this was about.

20        Q.  Okay.  And then your final email on the

21   chain you send your -- that's your phone number at

22   work, I take it?

23        A.  It's actually my personal cell that I use

24   as a what CDC calls "bring your own device."

25        Q.  Got it.

```
 1          A.  Yes, but it was the cell phone.

 2          Q.  It's your cell number you use?

 3          A.  Yes.

 4          Q.  Did you message through that cell to any

 5     of the social media companies?

 6          A.  The only time I recall using my cell phone

 7     to message anyone was like we're late for the

 8     meeting, or the contact number didn't work or

 9     something like that.  We didn't have any kind of

10     conversations on texting.

11          Q.  Do you recall whether you spoke to Payton

12     Iheme at this time?

13          A.  No.

14          Q.  Now, this is -- from my understanding is

15     this call that you're referring at the top, your

16     last part, is that to arrange the Facebook meeting,

17     or is that the Facebook meeting, the Q&A?

18              MS. SNOW:  Objection.  Vague.

19     BY MR. VECCHIONE:

20          Q.  Okay.  So let me tell you -- the reason

21     it's vague is because I don't understand something.

22              Here's what I'm trying to understand from

23     information.  Originally Ms. Iheme writes to you

24     about this information.  And then you say you want a

25     controlled Q&A; right?  On Facebook.  And then
```

1    somehow you're going to -- you're going to arrange

2    that with them and Kat Turner.

3            And then you say I'll -- here's my number,

4    and Kat knows it, I have an appointment.

5            Did you have a conversation is what I'm

6    getting about besides the Facebook Q&A?

7        A.   I don't know.  But we talked pretty

8    regularly around this time, so I imagine we probably

9    did talk.  But I don't know that for sure.

10       Q.   All right.  What was your understanding of

11   Ms. Iheme's statement that the -- Facebook was going

12   to help organizations remove misinformation?

13       A.   I don't recall a recollection of

14   discussing misinformation with Payton around this

15   time, so I can't speculate.

16       Q.   You don't have a present recollection of

17   what that meant?

18       A.   No.

19       Q.   All right.  And once again for this call

20   that you had, and maybe Kat Turner was on it, maybe

21   she wasn't, do you have any record of that call, or

22   what might have been said?

23       A.   It doesn't look like this had an

24   appointment associated with it, so I don't think

25   there's an appointment, and I don't know -- I don't

CAROL CRAWFORD  11/15/2022

1  remember the call, so I don't recall if there were

2  notes.  But I know in general very little notes were

3  kept.

4      Q.  Now, you said you don't recall many

5  conversations about removing misinformation at that

6  time.  When do you recall such conversations?

7      A.  I remember it becoming occasionally

8  discussed in the fall of 2020 perhaps.

9      Q.  Okay.  And what do you recall being

10  discussed at that time?

11      A.  I can recall us generally saying things to

12  the effect of -- I don't remember any specifics, but

13  misinformation is really growing, or, you know, what

14  do you think we could be doing to address it?  That

15  kind of conversation.

16      Q.  All right.

17      A.  Very general.

18          (Plaintiffs' Exhibit 4 marked.)

19  BY MR. VECCHIONE:

20      Q.  Fair enough.  Let's move on to Exhibit 4.

21      A.  Okay.

22      Q.  All right.  And I'll give you a moment to

23  take a look at that.

24          All right.  Have you had a chance to

25  review?

```
 1          A.  Yes.

 2          Q.  Do you recall this email?

 3          A.  No.

 4          Q.  All right.  Well, let's talk about it and

 5     who these people are because I think we have some

 6     new folks.

 7              So what's the subject line of the first,

 8     the email there at the top?

 9          A.  CDC brief on ways to reach high-risk and

10     frequent travelers.

11          Q.  All right.  And what is the CDC brief?

12     What does that refer to?

13          A.  I don't -- I don't recall what the brief

14     was.

15          Q.  Okay.  But as -- my question is a little

16     broader than that.  We're lawyers.

17          A.  Mm-hmm (affirmative).

18          Q.  We write briefs all the time; right?  They

19     are actually physical pieces of a paper that we put

20     forth our arguments for.  Sometimes people use that

21     term as bullet points, or sometimes their positions,

22     even just orally stated.

23              What I'm trying to get at is what does

24     "brief" mean in this context?

25          A.  To me, a brief probably was a one- or
```

```
 1   two-page summary of something that we, or they, were
 2   trying to do.
 3        Q.  Now, this email exchange I think occurred
 4   sometime at the end of March 31st; is that correct?
 5        A.  Yes.
 6        Q.  All right.  And it was between you and
 7   Kevin Hatcher, and his email is ██████@fb.com?
 8        A.  That's what the email says.
 9        Q.  All right.  Who is Kevin Hatcher?
10        A.  Oh.  That says -- I don't have a clear
11   recollection.  There was a lot going on during this
12   time beyond any of this work.  But I think that
13   Kevin Hatcher might have been some type of
14   instructional designer with Facebook that I --
15   looking at the units and the Unit 1 and Unit 2,
16   there was an effort to put together like learning
17   modules that communities could use.  I think that
18   that might have been what this was about, and that
19   that was Kevin's role.
20        Q.  All right.
21        A.  I cannot be sure, though.
22        Q.  All right.  But from your understanding of
23   what this says --
24        A.  Mm-hmm (affirmative).
25        Q.  -- and how it worked, that is your best
```

```
 1    understanding right now; whether it's right or wrong
 2    that's what you understand?
 3         A.  Yes, I remember that activity, and this
 4    seems to match that activity.
 5         Q.  All right.  Then at the top you say:
 6    "Kevin, I realized others made comments on the pdfs
 7    after I sent you the previous one.  So, this
 8    answered your Q."
 9              Is that question?
10         A.  Yes.
11         Q.  -- "on breathing.  I hate to ask but can
12    your team check the other comments here?  I
13    apologize."
14              What are the other comments?
15         A.  I don't know what the other comments were.
16    But it appears to me that we sent to a group of
17    people the drafts, and CDC folks commented and I
18    forwarded it back.
19         Q.  All right.
20         A.  But I don't remember the comments.
21         Q.  All right.  Can you go to the end page of
22    this document?
23         A.  Mm-hmm (affirmative).
24         Q.  It says:  "Recommend breaking this
25    sentence up as it's linking stress to severe illness
```

Page 42

```
 1   in a way I we don't.  If ARTF doesn't suggest an
 2   edit, we can."
 3            Do you know who ARTF is?
 4        A.  I don't.  But I believe it's probably a
 5   CDC task force.  TF would be task force.  I don't
 6   know what AR is.
 7        Q.  Got it.  Do you know what Mr. Hatcher was
 8   referring to where it says:  "Emergency warning
 9   signs include difficulty breathing"?  Do you know
10   what that was referring to?
11        A.  I only know what I'm reading here.
12        Q.  Right.
13        A.  The unit that he was developing must have
14   had this wording, and he was asking for
15   clarification on what the wording should be.
16        Q.  All right.  And do you have an
17   understanding, or do you know, why Mr. Hatcher was
18   asking whether Facebook should add extreme before
19   emergency warning signs?
20        A.  I have no recollection of it.
21        Q.  Okay.  Do you know why Mr. Hatcher asked
22   whether he should replace:  Older people are at high
23   risk from severe illness from COVID to people over
24   65?  Do you know if there was any messaging from CDC
25   at that time?
```

```
 1          A.  I do not know.

 2          Q.  All right.  Do you know now sitting here

 3    whether there is any preference by digital media at

 4    CDC's digital output right now, for either of those

 5    terms?

 6          A.  I do not know because our office does not

 7    write the content.

 8          Q.  Okay.  You can put that aside.

 9          A.  Okay.

10          (Plaintiffs' Exhibit 5 marked.)

11    BY MR. VECCHIONE:

12          Q.  Take a minute, take a look at that.

13          A.  Okay.

14          Q.  You've got it?

15          A.  Mm-hmm (affirmative).

16          Q.  So I think we don't have any new players;

17    right?  These are all the same people we talked

18    about before, you and Ms. Iheme and Mr. Hatcher.

19              Can you tell me what the subject of this

20    email string was?

21          A.  CDC brief on ways to reach high-risk and

22    frequent travelers.

23          Q.  Okay.  And I think this is March 30th?

24          A.  2020, yes.

25          Q.  And so I guess it's before the one I
```

1  showed you that was March 31st, Exhibit 4?

2      A.  I don't have that exhibit, but I assume

3  that's correct.

4      Q.  Okay.  We can compare it.

5          Can you go to the very beginning of the

6  string on this?

7      A.  Mm-hmm (affirmative).

8      Q.  There is a blacked out "from," and then it

9  says:  "When:  3:30-4:30, Subject:  CDC brief on

10  ways to reach high-risk and frequent travelers."

11          Do you see that?

12     A.  Yes.

13     Q.  What is that?

14     A.  It looks like an appointment for a phone

15  call.

16     Q.  Okay.

17     A.  But I'm not -- it's not fully there.

18     Q.  Yeah.  Would Facebook be sending that to

19  you, or is that just at the bottom of his email?  Do

20  you have any understanding of how it works?

21     A.  They have a different email system than we

22  have, but it looks similar to someone forwarding on

23  an appointment and using the chain as an email,

24  though I don't know that for sure.

25     Q.  Got it.  And this starts at a March 27th

1    email from him to him -- or from her to herself and

2    you; correct?

3         A.  Yes.

4         Q.  And then there is a Margaret E. Silver.

5    Who is that?

6         A.  She was with our Travelers Health group.

7    I believe that's where she was.

8         Q.  And what was the Travelers Health group?

9         A.  We have a unit at CDC that focuses on

10   traveler's health.  There is a website on traveler's

11   health.

12        Q.  And who's Caroline Seman?

13        A.  I believe she was also with Travelers

14   Health.

15        Q.  All right.  And then I see Dempsey.  Is

16   that the same Dempsey we saw before?

17        A.  Yes, yes.

18        Q.  Does that -- and then ███?

19        A.  That's still Jay Dempsey.

20        Q.  Still Dempsey, it's just split; right?

21        A.  Mm-hmm (affirmative).

22        Q.  So Ms. Iheme says to you:  "Hi, Carol and

23   team.  As relayed on the call, we're happy to target

24   additional populations such as youth as the content

25   becomes available.  Just let us know.  For the first

```
 1   wave, we'd like to move forward with launching this
 2   next week," I think it's "ideally April 3rd to the
 3   groups for which you already produced content (older
 4   adults, HIV plus, asthma and pregnant women)."
 5           Do you know whether that's for travelers,
 6   or just general populations?
 7       A.  That was for general populations.
 8       Q.  All right.  And how do you know that?
 9       A.  I have some recollection of this project.
10       Q.  Okay.
11       A.  It was like units of information on COVID
12   that Facebook communities could attach to their
13   groups.  And I'm not 100 percent sure about this,
14   but I think we asked about travel, and then they
15   mentioned the idea of this project and said if you
16   have content for -- that would help other groups, we
17   could do similar things.
18       Q.  Okay.  And then he then asks how you want
19   this to read on the Facebook's sites, whether
20   sourced from CDC, or authored by CDC?
21       A.  Yes, I see that.
22       Q.  Do you know what the answer was to that?
23       A.  I don't recall which one we picked, but
24   I'm pretty sure it was one of the sources.
25       Q.  Okay.  Let's go up to the next, the March
```

1  27th, 3:01 p.m.

2      A.  Okay.

3      Q.  **There is some more people here, I just**

4  **want to -- I don't know that we've seen.  Well, we**

5  **have seen her.  Okay.  Never mind.  You described**

6  **it.**

7          **And then at the very top, March 30, he**

8  **says they are going to have their content**

9  **strategists make the changes you'd agreed to that**

10 **day.**

11     A.  That's what I'm reading as well.

12     Q.  **Okay.  Now, why was the CDC editing this**

13 **content?**

14         MS. SNOW:  Objection.  Mischaracterizes

15 testimony and the document.

16 BY MR. VECCHIONE:

17     Q.  **Okay.  You can answer.**

18     A.  I don't have the attachments or the

19 documents, so I don't know what we were editing or

20 not editing.  But we had content on the website, but

21 the format of the units was slightly different.  So

22 we had to take the content from our website and have

23 it fit in the units.

24     Q.  **Okay.**

25     A.  And they requested CDC's review of that.

```
 1          Q.  All right.  Do you know why in the part
 2     where he says:  "If we don't launch next week we'll
 3     be pulled onto other COVID-19 projects, hence the
 4     urgency," do you know why he's asking you about when
 5     they should launch?
 6          A.  I don't think he was asking me about when
 7     we should launch.  I think he's letting us know if
 8     we don't launch they may not get to it.
 9          Q.  All right.  And do you know if those, if
10     he's referring to other COVID projects he has with
11     CDC, or just generally?
12          A.  I don't know for sure.
13          Q.  You can put that aside.
14          A.  Okay.
15          Q.  Just one more question about that.  Is he
16     creating a Facebook page for CDC, or just for
17     Facebook, do you know?
18          A.  My recollection of what this project was,
19     it was like units that would exist in Facebook that
20     like if you're in a group on travel that the group
21     administrator could provide a link to these units if
22     people wanted additional COVID information.  They
23     are not up any longer and my memory is vague on
24     them.
25               MR. VECCHIONE:  Got it.  Thank you.
```

```
 1                   (Plaintiffs' Exhibit 6 marked.)
 2   BY MR. VECCHIONE:
 3        Q.  Take a moment to look at this.  This is
 4   Exhibit 6.  The mark may look like a 4, but I assure
 5   you it's Exhibit 6.
 6             All right.  Do you recognize this
 7   document?
 8        A.  No.
 9        Q.  But do you know what it is?
10        A.  Yes.
11        Q.  What is it?
12        A.  It's a discussion about access to or for
13   Facebook giving us CrowdTangle COVID reports.
14        Q.  All right.  And let's talk about this a
15   little bit.  We're more forward in time; right?
16   This is sometime in January 2021?
17        A.  Correct.
18        Q.  And I think both dates say January 26,
19   2021.  Would you agree with me there?
20        A.  Yes.  Well no, the first one is
21   January 25th.
22        Q.  All right.  See, that's why we have
23   witnesses.
24             All right.  The first thing is what's
25   CrowdTangle?
```

```
 1         A.  I have not used CrowdTangle personally,
 2   but I've seen it demonstrated.  But it is to my --
 3   my description of it is it's a social media
 4   listening tool for Meta properties.
 5         Q.  What are Meta properties?
 6         A.  Like Instagram and Facebook.
 7         Q.  Okay.  So by Meta properties you mean
 8   properties of the company Meta, not on some other
 9   level of?
10         A.  No.
11         Q.  Okay.
12         A.  Their platforms.
13         Q.  Got it.  Thank you.
14             Let's look at that January 25th email,
15   because I think we have some new people here.
16             There is Payton Iheme, and you.  It's from
17   her to you.  And you cc Lauren Balog Wright at
18   Facebook.  Do you know who that is?
19         A.  I think that Lauren, just from reading
20   this, she was the person that was the CrowdTangle
21   expert and was going to provide the reports.
22         Q.  Okay.  And Priya Gangolly?
23         A.  Priya Gangolly I interpreted to be like an
24   assistant to Payton.
25         Q.  And Kelly Perron?
```

CAROL CRAWFORD 11/15/2022

 1      A.  And from this email I believe Kelly was

 2  also going to provide the CrowdTangle reports.

 3      **Q.  And it says:  Subject CrowdTangle COVID-19**

 4  **reports for WHO.**

 5          **Not to channel Abbott and Costello, but**

 6  **who is that?**

 7      A.  World Health Organization.

 8      **Q.  And why were they asking you about**

 9  **information to WHO?**

10      A.  Well, I do have -- after reading this I do

11  recall the conversation a bit.  But what they are

12  saying in this email is we provide this report to

13  WHO, and we can provide it to you as well.

14      **Q.  Okay.  What do you remember of the**

15  **conversation?**

16      A.  Just that they -- I believe they mentioned

17  on a call that they could possibly do this, and this

18  is a followup email.  And they shared the reports

19  and occasionally they would ask me on the call if

20  these reports were helpful.

21      **Q.  And let's see what he says here, what she**

22  **says here.  "Hi, Carol, I am following up on our**

23  **conversation several weeks ago about providing more**

24  **detailed reporting from our CrowdTangle team.  I**

25  **wanted to share our first CrowdTangle COVID content**

1    report with you courtesy of Lauren and Kelly on this

2    cc.  They are providing these to WHO, thought it

3    helpful for CDC's teams as well."  And then she says

4    what the time period of it is, and that these are

5    going to be biweekly.

6              What kind of information was in the

7    CrowdTangle?  What did it provide you?

8         A.  Well, I don't have a clear recollection of

9    the reports because I sent the reports to other

10   teams.  But typically social media listening reports

11   show themes and -- of discussion on social media

12   channels.

13        Q.  Okay.  And so if you look down further

14   I'll just ask you again some words that I think I

15   know what they mean, but we might as well put on the

16   record.

17              (As read) Lauren, can you -- can do that

18   "distro."

19              That's distribution?

20        A.  Yes.

21        Q.  And "the full report is attached but some

22   highlights the CrowdTangle team would like to call

23   to your attention are:  Top engaged COVID and

24   vaccine-related content overall across Pages and

25   Groups."  And it says "largely a mix of educational

```
 1    posts, reports of successful vaccinations," and it
 2    goes on.  And then "news/commentary on COVID and
 3    vaccination rollout."
 4             So does this -- is this like an algorithm
 5    that shows you where -- what people are talking
 6    about?
 7        A.  I wouldn't characterize it as an
 8    algorithm.  But it's a search of content on social
 9    media, and a summary of the higher volume
10    conversations.  It's helpful for communicators to
11    know what is being discussed because it helps
12    improve our communication materials.
13        Q.  All right.  And then he says:  "However,
14    posts falling into the following themes, all of
15    which have potential risks, also garnered high
16    engagement."  And then he has reports of healthcare
17    workers refusing the vaccine; right?
18        A.  Yes.
19        Q.  And he says there was an article in Forbes
20    about it?
21        A.  Yes.
22        Q.  Posts about alleged vaccine-related
23    deaths?
24        A.  Yes, I see that, too.
25        Q.  And:  "News and reports of severe vaccine
```

1    side effects included both first- and secondhand

2    reports in Groups, with users sharing photos and

3    video."

4              Do you see that?

5         A.  Yes.

6         Q.  Why are these of concern to the CDC, if at

7    all?

8              MS. SNOW:  Objection.  Mischaracterizes

9    testimony, and the document.

10   BY MR. VECCHIONE:

11        Q.  You can answer.

12        A.  Well, this doesn't say that they were a

13   concern to CDC.  They are providing a report of the

14   most talked about topics on social media during this

15   time period.  But in general, as I mentioned before,

16   it does help for people to -- for communicators to

17   know what conversations occurs on social media

18   because it helps us identify gaps in knowledge, or

19   confusion, or things that we're not communicating

20   effectively that we need to adjust.

21        Q.  All right.  Again, pardon me -- but

22   secondhand reports and groups, groups are like the

23   travelers information groups; if I'm on Facebook I

24   can belong to various groups, and I get information

25   on that feed?

CAROL CRAWFORD  11/15/2022

```
 1          A.  Can you clarify what you're referring to
 2   with groups?
 3          Q.  He says number 3 -- number -- well, in 1,
 4   2 and 3 he uses the words "groups."  In 1 he says:
 5   Worker-centric groups, groups especially
 6   anti-vaccination groups.  And then in 3 he has
 7   secondhand reports in groups.  So I'm just asking
 8   for the record --
 9          A.  Yeah.
10          Q.  -- that if I am on Facebook I can belong
11   to various groups and get information that that
12   group gets?
13          A.  I cannot -- I can't say for sure that this
14   report was about the Facebook groups, but it seems
15   likely that that's what that is reference to and you
16   are describing them correctly.
17          Q.  Thank you.  And then he tells -- you tell
18   in the next -- in January 26th you write to
19   Ms. Iheme and you say -- you say:  "It looks
20   wonderful and much appreciated," and then send, send
21   them to you.  It says:  "One group we'll be adding
22   is the Census group who hopefully will soon start
23   their project."
24              "Also, the wide group of those looking at
25   misinfo will want this."
```

CAROL CRAWFORD  11/15/2022

Page 56

1          First, what's the Census group within CDC?
2     Or is that not within CDC?  What is that, Census
3     group?
4          A.  This is the Census Bureau.
5          Q.  Okay.  And they would be on this CDC list?
6          A.  It appears I was suggesting that, yes.
7          Q.  Okay.  And then who's the wide group of
8     those looking at -- well, first let's go back.
9     Misinfo is misinformation?
10         A.  Yes.
11         Q.  Who's the wide group of those looking at
12    misinformation?
13         A.  I don't know specifically what I was
14    referring to there.
15         Q.  Do you know generally?
16         A.  I suspect that it was probably people
17    working on communication materials or developing
18    reports about gaps and areas of confusion.
19         Q.  Okay.  Do you have notes or other records
20    of the phone call he refers -- she refers to:  "I'm
21    following up on our conversation several weeks ago"?
22         A.  I doubt I have notes.
23         Q.  Okay.
24         A.  If I did, they would have been electronic.
25         Q.  Do you know who took part in the

 1    conversation?

 2        A.  I don't know.  But typically I was on the

 3    call, sometimes Jay was as well, Jay Dempsey.  But I

 4    don't recall the specific meeting.

 5        **Q.  Did you instruct Ms. Iheme or anyone else**

 6    **at Facebook to do anything with the biweekly reports**

 7    **other than send them to you?**

 8            MS. SNOW:  Objection.  Mischaracterizes

 9    testimony.

10    BY MR. VECCHIONE:

11        **Q.  You did ask Ms. Iheme to send you the**

12    **biweekly reports, didn't you?**

13        A.  She offered to send me the biweekly

14    reports, and I agreed that would be good.

15        **Q.  Did you instruct her to do anything else**

16    **regarding the biweekly reports?**

17        A.  Not that I recall.

18        **Q.  Do you know who decided the reports would**

19    **be developed biweekly?**

20        A.  I don't recall.  But this email seems to

21    suggest that they were already doing biweekly ones.

22        **Q.  For the -- for your purposes, what was the**

23    **purpose of the reports, receiving them?**

24        A.  They would help us understand what was

25    being discussed on social media about COVID, which

CAROL CRAWFORD  11/15/2022

Page 58

```
 1   helps us look for gaps in information, confusion
 2   about facts, things that we might need to adjust our
 3   communication materials for.
 4        Q.  Had you prior to this email discussed with
 5   Ms. Iheme such items as reports of healthcare
 6   workers refusing the vaccine, posts about alleged
 7   vaccine-related deaths, and news and reports of
 8   severe vaccine side effects?  Did you ever report to
 9   her that those would be of interest to the CDC?
10        A.  I don't recall reporting or discussing
11   these with them specifically.  I do recall generally
12   discussing misinformation with Facebook around this
13   time and --
14        Q.  And those could have been included within
15   that discussion?
16        A.  Possibly.
17        Q.  Why did you add Census to the distribution
18   of this?
19        A.  They were going to start working with the
20   CDC regarding misinformation.
21        Q.  So what did -- what did the wide group of
22   those looking at misinformation do with the reports?
23        A.  I don't know what they did with the
24   reports.  However, I do know two things that were
25   likely done with the reports.  We had -- we have
```

```
 1    part of our Joint Information Center in the

 2    Emergency Response a research team that compiles all

 3    the themes of discussion on news and social media.

 4    And I know that they received these reports, and

 5    they use a lot of sources to develop a summary for

 6    the response for all the reasons I just described

 7    about why this is helpful.

 8              I believe at this time it was also part of

 9    a publicly-available vaccine confidence report that

10    also looked across themes, what was being discussed,

11    and where areas of confusion were so that they could

12    update vaccine communication and other issues.

13    Those are posted on CDC's website.

14         Q.  Did you do anything with the reports

15    besides forward them on to Census and to this wide

16    group?

17         A.  Anything with the CrowdTangle reports, I

18    didn't personally do anything else with the

19    CrowdTangle reports.

20         Q.  Do you know if anyone else did anything

21    besides what you've described with the CrowdTangle

22    reports?

23         A.  I would assume that it was used by people

24    to look in background of conversations similar to

25    what I have described.
```

```
 1          MR. VECCHIONE:  All right.  You can put
 2    that aside.
 3          (Plaintiffs' Exhibit 7 marked.)
 4    BY MR. VECCHIONE:
 5        Q.  All right.  So what is the subject line of
 6    this email chain?
 7        A.  "Crowd Tangle COVID-19 Reports."
 8        Q.  All right.  Let's take a look at the
 9    February 21, 2021, 8:39.  Who is this from and who's
10    the recipient?
11        A.  Kelly Perron at Facebook, and I'm the
12    recipient.
13        Q.  All right.  And we've discussed her
14    before.  She was going to be one of the contacts
15    with CrowdTangle; right?
16        A.  Yes.
17        Q.  And what is the summary that Perron
18    reports?
19        A.  She attached the report, which is not
20    here, but and then summarized the high points.
21        Q.  Okay.  And why is she reporting this to
22    you?  Is this part of the biweekly report that you
23    agreed to earlier?
24        A.  Yes.
25        Q.  And this would be a summary of a report
```

1     that's probably attached, but it's not here?

2          A.   Correct.

3          Q.   All right.  And what did you do with this

4     information?

5          A.   We created a mail group, and this was

6     forwarded on by -- I either forwarded it, or over

7     time I had an assistant that started forwarding

8     them.

9          Q.   All right.  So the same groups within the

10    CDC and the Census we talked about before?

11         A.   At some point I recall adding Census to

12    the distro.  I am sure by May or March there were

13    several time periods they were probably included.

14    The distribution list likely changed a bit because

15    people deployed into the response and out of the

16    response, but, yes.

17         Q.   Okay.  Can you take a look at the emails

18    dated Tuesday, February 16 and 17th, 2021 at

19    9:00 p.m.?

20         A.   Yes.

21         Q.   So who is that from, and who is that to?

22         A.   That's Kelly Perron at Facebook to me.

23         Q.   And what is she summarizing here?  What is

24    the summary that she reports?

25         A.   It's the -- it looks like the next

```
 1   biweekly report.  And it looks attached, but it's
 2   not in the exhibit.  And she summarized it in the
 3   body of the email.
 4        Q.  All right.  And she's highlighted, some
 5   things are highlighted, right, in dark black?
 6        A.  Some things are bolded.
 7        Q.  Bolded.  That's right.  Reports of deaths
 8   post-vaccination?
 9        A.  Yes, that's in bold.
10        Q.  Double masking?
11        A.  Yes, that's bold.
12        Q.  And personal reports of vaccination?
13        A.  Yes, that's bold.
14        Q.  Why did she report this to you, those
15   highlights?
16        A.  There again, they are using CrowdTangle to
17   do a summary of the themes that are being discussed
18   on Facebook and Instagram channels, and this is a
19   summary of that.
20        Q.  Okay.  And what did you do with this
21   information?
22        A.  As mentioned, we had a distribution list
23   that this was forwarded to.
24        Q.  You just sent it on?
25        A.  Mm-hmm (affirmative).
```

CAROL CRAWFORD  11/15/2022

Page 63

```
 1              Q.  Can you look at the email dated Monday
 2     March 1st?  And who is this to?
 3              A.  Kelly at Facebook to me.
 4              Q.  All right.  And she added someone.  She
 5     says she added Chelsey Lepage at Facebook.  Who is
 6     that?
 7              A.  I think that she may have been --
 8              Q.  I'm cheating a little.  I went above what
 9     I told you to look at.
10              A.  Yes.  I'm sorry.  I see that now.  But I
11     believe Chelsey was another assistant to Payton, I
12     think.
13              Q.  Okay.  And then on the one I did direct
14     your attention to, March 1st at 5:47, again she says
15     Hi -- Kelly Perron says:  Hi, Carol.  And she
16     attached the latest CrowdTangle insights report for
17     February 10th to 24, and she says it's attached.
18              A.  Mm-hmm.
19              Q.  And then she does a summary.  And there
20     again there are certain points she's bolded:
21     COVID-19 and mental health, vaccine refusal, testing
22     positive post-vaccination.
23              Do you know whether those were bolded
24     because those were of particular concern to the CDC?
25              A.  No.  That's the format of all the reports.
```

Page 64

```
 1          Q.   Okay.  So bolding them was -- your
 2    testimony is bolding them is not because they were
 3    of particular interest to the CDC, that's just how
 4    she did it?
 5          A.   I really couldn't say what her thinking
 6    was when she bolded them.
 7          Q.   Okay.  When you received it did you have
 8    any understanding about the bolded portions?
 9          A.   No.
10          Q.   Were the bolded portions things that you
11    had particularly spoken with Facebook before in your
12    telephone conversations?
13          A.   I don't believe so.
14          Q.   All right.
15          A.   Well, can I clarify that a little bit?
16          Q.   Yes, please.
17          A.   I'm sure -- I don't remember discussing
18    these in terms of the CrowdTangle report or the
19    things in bold.  I am sure that general discussions
20    that there was a lot of information on vaccines,
21    which is one of the bolded words, for example.  I am
22    sure that did occur.
23          Q.   Thank you.  On March 15 Kelly sends you at
24    6:19 p.m.
25          A.   Yes.
```

```
 1          Q.  Sort of goes over, she keeps Chelsey
 2     Lepage in there, and then she -- this time she
 3     summarizes slightly different items:
 4     Post-vaccination guidelines and protocols, vaccine
 5     ingredients and vaccine side effects.
 6          A.  I see that.
 7          Q.  And your testimony is the same as to why
 8     they are bolded as before, as far as you know?
 9          A.  Correct.
10          Q.  And you did the same thing with them as
11     you did before that you've testified?
12          A.  I believe so, yes.
13          Q.  Let's see.  And then at the bottom of that
14     March 15, she says:  This week we also are including
15     a one off content insights report we did looking at
16     Spanish language content relative to the U.S. we
17     thought might be interesting for you.
18               She asks you not to share it externally.
19               Do you recall any other times you got
20     Spanish language-specific material?
21          A.  No.  But I didn't recall this time either
22     until I read it.
23          Q.  Okay.  And then I'll just -- to finish up,
24     March -- May 25th.  Now, there doesn't seem to be
25     something for April.  Do you know why there would be
```

1    a break in the two-week reporting?

2         A.  No.  I don't recall unless she just sent

3    it separate from the chain.

4         Q.  And then here she's bolded vaccination in

5    children, healthcare workers and masks and

6    vaccination; right?

7         A.  I see that, too.

8         Q.  And do you recall whether you spoke to her

9    about those things, or that was just her choice to

10   highlight those?

11        A.  We did not discuss with them the issues we

12   wanted in the CrowdTangle report.

13        Q.  All right.  And then you say "thanks" in

14   response to this on 5:26.  But we've got a new

15   person here.  Tyler Woods.  Who is that?

16        A.  I think, but I'm not positive, that he

17   took over the reports later, so perhaps he was

18   starting to come in on their team.

19        Q.  Okay.  We've been going about an hour.  I

20   always give the witness a chance to break if she

21   wants.

22        A.  I'm okay.

23        Q.  Okay.

24        A.  Thank you for checking.

25             MR. GILLIGAN:  Can I ask one question,

```
 1   John?

 2           MR. VECCHIONE:  Yeah.

 3           MR. GILLIGAN:  What is the number of your

 4   last exhibit?

 5           MR. VECCHIONE:  42.

 6           MR. GILLIGAN:  Thank you.

 7           And I actually -- that was -- I do have

 8   one that's unmarked that I may use.

 9           MR. GILLIGAN:  Okay.  Just to add a little

10   suspense.  Thank you.

11           MR. VECCHIONE:  Mm-hmm (affirmative).

12           (Plaintiffs' Exhibit 8 marked.)

13   BY MR. VECCHIONE:

14       Q.  All right.  Do you recognize Exhibit 8?

15       A.  I haven't finished reading it.

16       Q.  Okay.  Go ahead.

17       A.  Sorry.  Okay.  Sorry.

18       Q.  It's all right.

19       A.  Can you repeat the question?

20       Q.  Can you identify this document?

21       A.  I recognize the first page chain of

22   emails, but not the previous chain.

23       Q.  So you don't -- tell me where -- the first

24   page at the back?

25       A.  Oh, I'm sorry.  No, the first page of the
```

CAROL CRAWFORD  11/15/2022

```
 1   packet.
 2         Q.  Got it.
 3         A.  I remembered this email more -- I don't
 4   have a recollection of this previous back and forth.
 5         Q.  Got it.  Well, what's the subject line?
 6         A.  "This week's meeting."
 7         Q.  Okay.  And by this time were you meeting
 8   with them every week?
 9         A.  We were -- we were meeting weekly during
10   parts, so I imagine we were.
11         Q.  All right.  And can you read the email
12   from Ms. Iheme to you about the meeting on
13   March 30th, 2021, 2:42 p.m.?
14         A.  Yes.  "Hi, Carol, hope all is well as it
15   can be.  At least spring is making an appearance.  I
16   wanted to surface any misinfo questions your team
17   may have for the team that I had briefing last time.
18   They are available to attend again, but also want to
19   make sure that we are answering any of your team's
20   questions."
21         Q.  All right.  What's the briefing she refers
22   to?
23         A.  I don't recall the briefing specifically,
24   but I do recall her bringing in people from their
25   Trust and Safety or Misinformation teams -- I'm not
```

1   sure what they called the team -- to talk to us

2   about misinformation at some weekly meetings.  I

3   think that's probably what this is in reference to.

4         **Q.  Why is she offering to surface misinfo**

5   **questions and to answer your team's questions?**

6         A.  Because I think -- I can't say for sure

7   what she was thinking.

8         **Q.  What's your understanding?**

9         A.  But I think it was because we -- we had

10  asked questions about what they were seeing in terms

11  of misinformation and inquired about any activities

12  they were undertaking.  And I believe this was an

13  offer to sort of get back to us on any of those

14  questions.

15        **Q.  All right.  That you had?**

16        A.  Yes.

17        **Q.  Given her.  Thank you.**

18        A.  Yes.

19        **Q.  Let's clean up the record a little.  That**

20  **you had -- the questions that you had proposed to**

21  **her?**

22        A.  I think it was questions asked within the

23  meeting, but.

24        **Q.  Got it.**

25        A.  I'm not 100 percent sure because I don't

```
 1   know the timing of that meeting, but I believe
 2   that's what this is in reference to.
 3           Q.  And can you read your response at
 4   3:08 p.m.?
 5           A.  "Hope all is well, too.  I plan to join
 6   and listen to the 3:30 meeting, FYI.  I added this
 7   part in yellow to our chain on turn.io so you
 8   probably missed it.  Did you have thoughts on how we
 9   can regularly meet with Census?  I will also check
10   back with others to see if they have other Qs that
11   went unanswered and get back to you."
12           Do you want me to keep reading?
13           Q.  No, you can stop.
14           A.  Okay.
15           Q.  But what is "turn.io"?
16           A.  This was another project that we were
17   working on with WhatsApp.
18           Q.  And what was that project?
19           A.  I believe this was using WhatsApp to -- so
20   people could use it, they could look up ZIP codes to
21   find vaccines.
22           Q.  Okay.
23           A.  And maybe, I'm speculating, there was also
24   a Spanish offering for vaccine information on
25   WhatsApp.  It was one of those.
```

1          Q.   Got it.  Why is Census involved in your

2     coordination with Facebook at this time?

3          A.   We had entered an IAA with Census to help

4     advise on misinformation.

5          Q.   And an IAA is?

6          A.   Interagency agreement.

7          Q.   All right.  Did the CDC ever use any

8     software programs developed by Census that enabled

9     the CDC to track the viewpoints of U.S. citizens?

10          A.   No.

11          Q.   Did the CDC ever gain access to or in any

12     way receive information about the viewpoint of U.S.

13     citizens on COVID masking or vaccination from

14     Census?

15          A.   We likely did because they provided

16     reports on misinformation that they were seeing to

17     us.

18          Q.   Did the CDC ever share data on the

19     viewpoints of U.S. citizens with the Census?

20          A.   I don't recall if we did.

21          Q.   You did share the CrowdTangle with them?

22          A.   Yes.  Can you reask the question?

23          Q.   I will.  Did the CDC ever share the data

24     on the viewpoint of -- the viewpoints of U.S.

25     citizens that CDC was seeing with the Census?

CAROL CRAWFORD  11/15/2022

Page 72

```
 1        A.  You refer to it as data.  I don't recall
 2   sharing data.  I do recall sharing social media
 3   listening reports such as this, or the publicly
 4   available vaccine confidence reports that talk about
 5   what people are talking about, and probably the
 6   JIC's research, you know.  They had a standing
 7   summary of what was being discussed.  I suspect I
 8   shared that, too, with Census.
 9        Q.  The JIC?  What kind of research, the?
10        A.  I mentioned the JIC research team that
11   looked at what the conversations were on news,
12   social media and did summaries of that for everyone
13   in the response.
14        Q.  All right.  And did information come back
15   from the Census to CDC about what they were finding?
16        A.  My recollection is that the Census did
17   provide us with the key themes they were seeing
18   around misinformation during the times that they
19   were looking at it.
20        Q.  Who was at the meeting that Ms. Iheme
21   references and that you refer to in the next email?
22        A.  The next email, which email?
23        Q.  So above it.  It says -- oh, hang on.
24   I'll tell you in a second.
25            "Yes, I did see and will know in a few
```

 1    hours."

 2             Hang on for a second.

 3             So I took it to mean that this March 30th,

 4    3:16 email that she says:  "Hi, Carol, Yes, I did

 5    see and will know in a few hours, I'm told if we

 6    plan to present for Census Thursday or if it needs

 7    more work."

 8             And then you say that "I didn't ask Census

 9    if they had questions."

10             Do you know if there was a meeting with

11    Census on or about that time?

12        A.  I don't --

13        Q.  Okay.

14        A.  -- remember enough detail to answer the

15    question.  Sorry.

16        Q.  So in this March 30th, 2021 at 7:38.

17        A.  Yes.

18        Q.  There you say:  "I didn't ask Census if

19    they had questions, but I know they were hoping to

20    go over the deck they had."

21             And is that the one you sent them or

22    Facebook sent them, or did they create that

23    themselves?

24        A.  I don't know for sure.  I'm interpreting

25    from this email that the Census created it, but I do

Case 3:22-cv-01213-TAD-KDM Document 2026-3 Filed 03/03/23 Page 75 of 335 PageID #: 11018

```
 1   not know.

 2        Q.  All right.  "And discuss how to engage on

 3   a more regular basis."

 4             Do you know if they ever decided to engage

 5   on a more regular basis?

 6        A.  With -- about their activity, or about

 7   CDC?

 8        Q.  Yeah, with Facebook.

 9        A.  I don't know what Census did directly with

10   Facebook.

11        Q.  And then I'll ask you to take a look at

12   the 3:16 again.  She says:  It would be great to

13   have questions that may not have been answered from

14   your team on misinformation.  She says "misinfo",

15   but I'm using the full word.

16             And is she looking -- is it your

17   understanding she's looking for those answers from

18   Census that you didn't have, CDC?

19        A.  Let me reread this chain.

20        Q.  Go ahead.

21        A.  Sorry.  Can you repeat the question?

22        Q.  I will withdraw the question for a moment.

23        A.  Okay.

24        Q.  Just take a look at March 30th, 7:46 as

25   well.  She writes to you, Carol:  "Hi, Carol.  Yes,
```

**CAROL CRAWFORD  11/15/2022**

1    **I think it's good to have questions from Census to**

2    **make sure we have the right person.  I can ask Liz**

3    **to join again so she can be asked questions/provide**

4    **more information about influencers and I have noted**

5    **your question about removals and will tee that up as**

6    **well."**

7            **What was your question about removals?**

8        A.  I -- reading in this email?

9        **Q.  Yeah.**

10       A.  I'm saying -- the email before this I'm

11   saying the team is still interested in more info

12   about how you analyze the data on removals.  And my

13   general recollection where this question came from

14   was that we -- the -- that I think there was

15   wondering if they delete the info will we know those

16   myths or information so we could update

17   communication activity.  So if they were deleting

18   content would we know what the themes were.

19       **Q.  And did you ask them to remove any**

20   **content?**

21       A.  No.  This was -- this was when -- this was

22   a meeting where we were just asking what -- how that

23   worked and would there be data, would we be able to

24   see in CrowdTangle or other reports like what kind

25   of themes were removed so we would still have the

1  full picture of areas of confusion.

2      **Q.  All right.  And if you look at your March**

3  **31st, 2:07 p.m., and you say what "Census mentioned**

4  **they'd like to discuss."  "It looks like the post**

5  **from last week's deck about infertility and side**

6  **effects have all been removed.  Were those**

7  **re-evaluated by the moderation team or taken down**

8  **for another reason?"**

9          **What are you saying there?**

10     A.  It looks to me like I cut and pasted this

11  from something that Census had said, and I don't

12  have good recollection of what this was on

13  March 31st.

14     **Q.  Then you've also cut and pasted:  "One of**

15  **the main themes we're seeing and from the**

16  **CrowdTangle report is local news coverage of deaths**

17  **after receiving the vaccine.  What's the approach**

18  **for adding labels to those stories?"**

19          **Why would you or Census want them to add**

20  **labels to those stories?**

21          MS. SNOW:  Objection.  Calls for

22  speculation and mischaracterizes the testimony -- or

23  the document.

24  BY MR. VECCHIONE:

25      **Q.  You can answer.**

**CAROL CRAWFORD  11/15/2022**

1       A.  I don't think we were asking them to add

2  labels, from what I'm reading here.  We were asking

3  them what their approach for labels were.

4       Q.  Then they have asked:  "Can we add the

5  Census team to CrowdTangle?"

6            Hadn't it already been added to

7  CrowdTangle by this time?  Haven't we established

8  that?

9       A.  There were two different offerings for

10  CrowdTangle.  They had allowed us to directly log

11  into CrowdTangle and run our own reports or

12  searches.  I believe that started back in, you know,

13  March or April 2020.  Then they sent the reports.

14  So this appears to be to log in to CrowdTangle.

15       Q.  Then what did you mean by your team is

16  going to consider how you might want to engage with

17  CDC Census team routinely and get back to us?

18       A.  I don't know specifically this day this

19  email what I meant.  But I do know that we generally

20  discussed, you know, how we should talk about

21  misinformation because they had already been working

22  with Census, on their own Census misinformation, and

23  I wanted to know what was best for them for engaging

24  on any topics that we might want to discuss.

25       Q.  All right.  Do you know what Facebook was

```
 1    told previously about engaging with CDC and Census
 2    on this?
 3               MS. SNOW:  Objection.  Vague, calls for
 4    speculation.
 5    BY MR. VECCHIONE:
 6         Q.  You can answer.
 7         A.  Can you rephrase the question?
 8         Q.  Yeah.  They were already engaging, it
 9    seems to me, with CDC and Census at this time.  Do
10    you know if there was anything additional from what
11    we've discussed about such engagement that's causing
12    them to ask this question?
13         A.  Causing them to ask what question?
14         Q.  About closer engagement with the Census,
15    and you asking to have -- "can we add the Census
16    team to CrowdTangle?"  Do you know what --
17               MS. SNOW:  Objection.  Mischaracterizes
18    the document.
19    BY MR. VECCHIONE:
20         Q.  It's okay.  You can answer if you
21    understand.  I'm trying to understand.  It seems
22    that Facebook has been talking to CDC and Census
23    throughout for a while now.  And yet here is a
24    request that they want a different CrowdTangle, as
25    you've explained.
```

```
 1            MS. SNOW:  Objection.  It assumes facts
 2   not in evidence.
 3   BY MR. VECCHIONE:
 4       Q.  You can still answer.  I'm trying to
 5   understand what is happening in this series of
 6   emails, since they have already been sending you the
 7   CrowdTangle information.  You've explained that
 8   there was a different CrowdTangle information that
 9   Census might want; right?  That is --
10       A.  I think it was the log-in to the
11   CrowdTangle.
12       Q.  Okay.  Well, I'll give you an example.  So
13   Ms. Iheme asks:  Yes, I think it's good -- this is
14   at 7:46 on March 30th, said:  "I think good to have
15   question from Census so we make sure we have the
16   right person."
17            So my question is, is that the right
18   person to answer those questions to the Census from
19   Facebook?  What's your understanding?
20       A.  I don't know this chain of emails
21   specifically, but I believe it was likely in
22   reference to just me mentioning to Payton that we
23   were partnering with the Census to learn more.  We
24   had been discussing things, and we were going to
25   have some collective questions that we would like to
```

1    discuss at a future meeting.

2         **Q.  Okay.  What's the amplification side at**

3    **March 30th at 7:38?  You are going to ask Liz about**

4    **what is being done on the amplification side.  What**

5    **does that mean?**

6         A.  I don't know why I was asking that.

7         **Q.  And why did you want to get a better**

8    **understanding of how Facebook was working with**

9    **influencers?**

10        A.  I don't remember the meeting before that,

11   so I'm not sure what that is in reference to.

12        **Q.  And it says the team's interested in more**

13   **info on how you analyze the data on removals.**

14             **Why are you asking about how Facebook**

15   **operates on removals?**

16             MS. SNOW:  Objection.  Asked and answered.

17        A.  I did answer it previously.

18   BY MR. VECCHIONE:

19        **Q.  I don't believe I have directed you to**

20   **that exact portion of this, and I would ask the**

21   **witness to answer unless she's being instructed not**

22   **to.**

23             MS. SNOW:  No, you may answer.

24        A.  Okay.  What I think this was about was I

25   believe the teams that were looking at, like, our

```
 1   research reports, or our vaccine confidence report
 2   were wondering if the data was removed if it would
 3   show up in the report, so would they be missing gaps
 4   or information because the posts were removed.
 5   That's what I believe that this question is about.
 6   BY MR. VECCHIONE:
 7        Q.  All right.  CDC wasn't concerned that they
 8   weren't removing materials fast enough?
 9        A.  That's not what I believe was being
10   discussed here.  This was about the data that we
11   could get so we had a full picture on confusion so
12   that we could adjust communication materials, or
13   ways that we were communicating.  That's what I
14   believe that that's in reference to.
15            And you know what, I have a clarification.
16        Q.  Go right ahead.
17        A.  You asked me what the amplification
18   side --
19        Q.  Yes.
20        A.  -- and the influencers.  Now that I'm
21   remembering this, I think that it it was likely
22   about how to promote how to get a vaccine, or where
23   to get a vaccine and I think that was all part of
24   that conversation.
25        Q.  All right.  Let's go to the March 31st,
```

CAROL CRAWFORD  11/15/2022

Page 82

```
 1    2021 at 2:07, the one you've told me you've cut and
 2    pasted from Census, at least those bullet points.
 3         A.  You mean March 31st?
 4         Q.  March 31st at 2:07.
 5         A.  Yes.
 6         Q.  It says:  "Were those reevaluated by the
 7    moderation team or taken down for another reason?"
 8             Do you know if that refers to a moderation
 9    team at CDC or Facebook?
10         A.  It must have been Facebook because we
11    don't have a moderation team at CDC.
12             I'd also like to clarify that I think I
13    probably cut and pasted it.  I don't know for sure
14    that I did.
15         Q.  That's fine.  Got it.  I follow you.
16             Why do you -- do you know why you wanted
17    to know what the approach for adding labels to the
18    stories about deaths after receiving the vaccine
19    was?
20             MS. SNOW:  Objection.  Asked and answered.
21         A.  I don't remember this specific set of
22    conversation, or why we were asking about that any
23    longer.
24    BY MR. VECCHIONE:
25         Q.  Okay.  Do you know -- so you're discussing
```

CAROL CRAWFORD  11/15/2022

Page 83

1    talking to Census at some point.  Do you know

2    whether that conversation ever happened, a

3    conversation with -- regarding this string of emails

4    with Census, CDC and at Facebook?

5         A.  I don't know that we were discussing the

6    string of emails, but there were meetings where

7    Census, myself and Facebook were on calls.

8         Q.  Okay.  And do you recall what you

9    discussed?

10        A.  My memory is we had general conversations

11   about what were opportunities to address

12   misinformation.  And things like in this chain I

13   believe were probably discussed, but I don't have

14   specific memory of it.

15        Q.  Do you know who your contact was at

16   Census, like who was the main person at Census on

17   this aspect of the CrowdTangle and dealing with

18   Facebook?

19        A.  There were a couple of people from Census

20   that we were talking with.  I only remember two of

21   the names.  One was Christopher Lewitzke, who I

22   believe was a contractor for them.  And then Jen

23   Shopkorn, I think I'm saying it correctly.  I

24   believe she was their director for digital.

25        Q.  Thank you.

CAROL CRAWFORD  11/15/2022

Page 84

```
 1        A.  But there were a couple of others that
 2   typically participated.
 3        Q.  And then March 31st at 2:18 Ms.  Iheme
 4   writes you:  "Hi, Carol we are working on a proposal
 5   how set up sharing partnership on the misinformation
 6   items, what would it look like, so we can discuss
 7   Thursday.  Lots of team members out the last two
 8   weeks due to all the holidays, but that is the plan
 9   so we can discuss on the Thursday call."
10        Do you know whether that meeting, the
11   Thursday meeting, to set up sharing partnerships on
12   misinformation occurred?
13        A.  I don't remember if this specific meeting
14   occurred.
15        Q.  Would you have a calendar that would tell
16   you?
17        A.  Yes.
18        MR. VECCHIONE:  I would ask counsel to
19   produce that calendar of the date of that meeting.
20        MR. GILLIGAN:  We'll take your request
21   under advisement.
22        MR. VECCHIONE:  Thank you.
23   BY MR. VECCHIONE:
24        Q.  And once again would you have notes or
25   recordings of that conversation?
```

**CAROL CRAWFORD  11/15/2022**

```
 1          A.   We never recorded the calls.  If I had --
 2   I didn't take many notes, but if there was anything
 3   it would be in Word or email.
 4          MR. VECCHIONE:  You can put 8 aside,
 5   Exhibit 8 aside.
 6          (Plaintiffs' Exhibit 9 marked.)
 7   BY MR. VECCHIONE:
 8      Q.  In this, if you'll just an initial look at
 9   it you can tell me.  I just ask you to -- I'd like
10   you to identify it and tell me the date of the
11   email.
12          A.   The subject is Misinfo on two issues.  And
13   the date of the email is May 6, 2021.
14      Q.  All right.  You can continue to read it.
15          A.   Read the email?
16      Q.  Yeah.
17          A.   "Payton, Genelle" --
18      Q.  No, no.  I mean, to yourself.
19          A.   Oh.
20      Q.  Just scan through it.
21          A.   Sorry.  Thank you.
22      Q.  I want you to be a little familiar with
23   it.
24          MR. GILLIGAN:  Good clarification.
25          A.   Okay.
```

```
 1   BY MR. VECCHIONE:

 2        Q.  All right.  So can you tell us why you

 3   were flagging misinformation about the vaccines for

 4   Facebook?

 5             MS. SNOW:  Objection.  Mischaracterizes

 6   the document.

 7   BY MR. VECCHIONE:

 8        Q.  Well, let's take a look at it for a

 9   moment.  It's from you; right?

10        A.  Yes.

11        Q.  And then it's to Ms. Iheme under a new

12   name Gennelle Adrien.  Do you know her and what her

13   role was?

14        A.  I think she was one of Payton's

15   assistants.

16        Q.  All right.  And then you're cc'ing Sam

17   Huxley at ███████@Reingold.com.  Do you know who that

18   is?

19        A.  Yeah, now that I see the name.  Sam was a

20   contractor for Census that was often on our phone

21   calls with Christopher and Jen.

22        Q.  And that's Christopher Lewitzke; right?

23        A.  Yes.

24        Q.  And then Jennifer Shopkorn, I apologize if

25   you told me who that was, but who was that?
```

1      A.   She's with Census, and I believe she's the

2   director for their digital team.

3      **Q.   And Lynn Sokler?**

4      A.   Lynn Sokler is a counterpart of mine in

5   OADC who was working on this partnership with Census

6   along with myself.

7      **Q.   All right.  And then it says:**

8   **"Payton/Genelle.  As mentioned, here are two issues**

9   **we are seeing a great deal of misinfo on that we**

10  **wanted to flag for you all -- vaccine shedding and**

11  **microchips"; right?  You wrote that?**

12     A.   Yes.

13     **Q.   Can you tell us why you were flagging**

14  **misinformation about the vaccines for Facebook?**

15     A.   Because we had had conversations with

16  Facebook about ways that we could address

17  misinformation, and my recollection is that one

18  suggestion that was -- that came up in that

19  conversation was to let them know if we were seeing

20  major themes that CDC had scientific information on,

21  or had web content that would address.

22          I believe that is why I was sending these,

23  because these were two large areas of

24  misinformation.

25     **Q.   What did you mean by the term "flag" or**

1    flagging?

2         A.  Pointing out.

3         Q.  **What was the expectation of what Facebook**

4    **would do when something was flagged?**

5         A.  I don't recall having a specific

6    recollection of what I thought that they would do.

7              I do know that the platforms have a

8    variety of ways to address misinformation.  They

9    might tag it as something that people should look

10   more into.  I think that they have the -- I think,

11   but I do not know, that they have the ability to

12   control how often some of these things show up in

13   peoples' feeds.  And I do know that removing them is

14   an option that they could consider.

15             So I didn't know exactly what they might

16   do with it, but I felt like it was worth pointing

17   out what we knew, that we had seen these myths and

18   that we were going to have information up soon.

19        Q.  **All right.  And what was the consequence**

20   **to Facebook if they didn't do anything with your**

21   **flagging of these items?**

22        A.  Nothing.

23        Q.  **All right.  What were you hoping to**

24   **accomplish by flagging these items for Facebook?**

25        A.  I mean, our goal always is to be sure that

1    people have credible health information so that they

2    can make the correct health decisions for

3    themselves.  There were a lot of things circulating

4    that were not accurate information about COVID.  And

5    so we were trying to point out and make the credible

6    information more available to users.

7        **Q.  How did you decide on these particular**

8    **posts?**

9        A.  I don't remember specifically this

10   conversation, or what made us decide.  But I do know

11   generally that these were two very high-volume

12   misconceptions online at the time about vaccines.

13       **Q.  All right.  Do you recall whether you had**

14   **any criteria in determining which posts to flag?**

15       A.  I don't recall that we had any criteria on

16   what we pointed out to Facebook other than it had to

17   be something that was in CDC's lane that we had

18   information for, you know, to offer about it, and

19   something that had been -- you know, was high

20   volume, that was worth pointing out to this entity.

21       **Q.  Did you or anyone at CDC have concerns**

22   **about the government working with Facebook and**

23   **telling them what should be flagged or not?**

24           MS. SNOW:  Objection.  Mischaracterizes

25   testimony, calls for speculation.

```
 1   BY MR. VECCHIONE:
 2        Q.  You can answer.
 3        A.  Can you rephrase the question again, or
 4   say it again?
 5        Q.  Yeah.  Did you or anyone at CDC have any
 6   concerns about CDC or the government flagging
 7   materials for Facebook when you knew they took some
 8   things down?
 9        A.  I can't speculate what others at CDC might
10   have thought about it.  Personally, because I didn't
11   believe we were asking them to remove content
12   specifically, I did think getting credible
13   information out was important.
14        Q.  Where did this information about
15   microchips and the shedding, what kind of
16   information did the Census team have on those posts
17   at that time?
18        A.  My recollection is that we were pointing
19   out to Facebook that there were these themes going
20   around pretty heavily, and these probably came from
21   the social listening tools, you know, that can
22   consolidate examples.  And we provided some examples
23   of what we meant.
24        Q.  Okay.  You can put that aside.
25        A.  Thank you.
```

```
 1              (Plaintiffs' Exhibit 10 marked.)
 2  BY MR. VECCHIONE:
 3       Q.  And, again, I'll give you a chance to read
 4  it, but if you could just identify the document and
 5  the subject line?
 6              MR. GILLIGAN:  The document being
 7  Exhibit 10?
 8              MR. VECCHIONE:  Exhibit 10.
 9       A.  It says:  Subject CV19 misinfo reporting
10  channel.  May 10, 2021.
11  BY MR. VECCHIONE:
12       Q.  All right.  What is -- I presume CV19 is
13  COVID-19?
14       A.  Yes.
15       Q.  "Misinfo" is misinformation?
16       A.  Yes.
17       Q.  All right.  What is the COVID-19
18  misinformation channel?
19       A.  Well, I don't think I -- just rereading
20  this email, I don't think I understood this at
21  first, what she was referring to.  I think I thought
22  that this was CrowdTangle, just by reading the
23  chain, but I now know what it was was Facebook
24  apparently has a portal or reporting channel where
25  you can report misinformation or threats or things
```

CAROL CRAWFORD  11/15/2022

Page 92

1    from a specific log-in that I believe they only

2    provide to like federal agencies.

3         **Q.   All right.   And who used it at the CDC?**

4         A.   To my recollection, the only person that

5    ever logged in at CDC was Brook Aspinall.

6         **Q.   Who was that?**

7         A.   She was part of our social media team.

8         **Q.   For what?**

9         A.   For COVID.

10        **Q.   For what did she log on?**

11        A.   Oh.   Why did she log on?

12        **Q.   Yeah.**

13        A.   My memory is that we log on one time to

14   see what it was -- what the system was and

15   understand what we could do in it.   And she logged

16   on one time, and I think reported two or three -- I

17   don't remember what they were -- two or three posts

18   or threats or one or the other.

19        **Q.   All right.   Would you have a record of**

20   **what she put on there?**

21        A.   I believe so.   But I only really remember

22   this from pulling documents at some point related to

23   this litigation earlier in the process.   I recall

24   there was an email that listed it, but I don't

25   remember what they said.   But I believe that there

1   is a record of it because I recall seeing it during
2   that process.
3       **Q.  All right.**
4           MR. VECCHIONE:  I would request that as
5   well, Counsel.  But I'll put it in writing.
6   BY MR. VECCHIONE:
7       **Q.  Well, I'll just ask this question.  I**
8   **usually ask this question earlier, but I might as**
9   **well.  In preparation for your deposition today, did**
10  **you review any documents?**
11      A.  No.  Well, we -- the only one I reviewed
12  happened to be one of the ones you had during our
13  practice.
14      **Q.  Good.  All right.  That's fine.  Do you**
15  **know which one it was?**
16          MS. SNOW:  Objection.
17      A.  Oh, sorry.
18          MS. SNOW:  To the extent this calls for --
19          MR. GILLIGAN:  Does call for.
20          MS. SNOW:  The question calls for
21  information that's covered by the attorney-client
22  privilege.  So I direct the witness not to answer.
23          MR. VECCHIONE:  No, it doesn't.  What
24  she's reviewed I'm allowed to know.  That's --
25          MR. GILLIGAN:  Not if it didn't refresh

**CAROL CRAWFORD  11/15/2022**

1    her recollection.

2              MS. SNOW:  Yeah.

3              MR. VECCHIONE:  Doesn't matter.  She

4    reviewed it.  I'm allowed to know it.

5              MR. GILLIGAN:  No, you're not.

6              MS. SNOW:  Not if it did not refresh her

7    recollection about the facts.

8              MR. VECCHIONE:  She's been shown the

9    document today.  I'm allowed to know which one she

10   reviewed if she's been shown it today.

11             MS. SNOW:  You're asking about documents

12   that --

13             MR. VECCHIONE:  That she saw today.

14             MS. SNOW:  -- she reviewed in

15   preparation --

16             MR. VECCHIONE:  Yeah.

17             MS. SNOW:  -- for the deposition?

18             MR. VECCHIONE:  Yes.

19             MS. SNOW:  Yes, that is covered by

20   attorney-client.

21             MR. VECCHIONE:  She said she's been shown

22   it today.  There is no attorney-client privilege for

23   that.

24             MR. GILLIGAN:  I don't know that -- I

25   don't know that she said that she was shown it

 1    today.

 2    BY MR. VECCHIONE:

 3         **Q.  I'll ask.  Were you shown it today?**

 4         A.  One of them, yes.

 5              MR. GILLIGAN:  It's still --

 6              MR. VECCHIONE:  It's an improper

 7    objection, but it's not that important, so I'm going

 8    to let it go for now.

 9              MR. GILLIGAN:  All right.  Well, if you

10    care to raise the issue again later, we'll be happy

11    to discuss it later.

12    BY MR. VECCHIONE:

13         **Q.  All right.  So who's responsible for**

14    **creating this channel, this COVID-19 channel?**

15         A.  Well, I have a small recollection of this

16    channel, and I never looked at it myself to my

17    memory.  But it's, to my understanding, you log onto

18    Facebook as an administrator, and it's something

19    that they make available to you as a federal agency.

20         **Q.  Okay.  So Facebook made it?**

21         A.  Yeah.  It's like a place you can go and

22    report something.  I -- "channel" does feel like an

23    odd description of it to me.

24         **Q.  Okay.  How do you know that it was made**

25    **available to, like, law enforcement?  Do you know**

```
 1    that from this document, or do you know that from
 2    your own memory?
 3             MS. SNOW:  Objection.  Facts not in
 4    evidence.
 5             MR. VECCHIONE:  She testified to it a
 6    minute ago.
 7             MS. SNOW:  Okay.  Sorry.  My apologies.  I
 8    missed that.  Sorry.
 9    BY MR. VECCHIONE:
10        Q.  So how do you know that?  Like, why is
11    that your understanding?
12        A.  I guess I can't say I know that.  I have a
13    vague recollection of it being described to me as
14    something that other, like, official groups could
15    use to report, that it wasn't something that was
16    generally available.  But I might be wrong.
17        Q.  Okay.
18        A.  I don't know for sure.
19        Q.  That's fine.  Now, at the end of this
20    email there is a list of other email lists; right?
21    She says:  Thank you, Genelle.  And then she lists
22    some government people and some Census people and
23    CDC people and Reingold again.
24        A.  I see it.
25        Q.  So those -- and she asks you to confirm if
```

```
 1    the below emails are correct for onboarding to the
 2    reporting channel; right?
 3         A.  Yes.
 4         Q.  All right.  Are any of those people the
 5    Ms. Aspinall I think you told me before?
 6         A.  Those emails are so difficult, I don't
 7    know.  Perhaps it's ███ or ███ or ███, but I don't
 8    know peoples' user IDs, so I can't answer.
 9              I would also like to clarify that when I
10    was reviewing this based on this chain, I thought
11    this was about CrowdTangle access.
12         Q.  Okay.  At that time?
13         A.  At this -- yes, so.
14         Q.  You don't believe that now, but that's
15    what you thought when you received it?
16         A.  Yes.  I can see in this chain that that's
17    what I thought was happening with this.
18         Q.  All right.  Do you know how this list of
19    employees, whether you recognize them or not, do you
20    know how the people for access were selected,
21    like --
22              (REPORTER'S NOTE:  Loud audio noise heard
23              over loud speakers in room.)
24              (Comments off the record.)
25              MR. VECCHIONE:  Let's go off record.
```

```
 1              THE VIDEOGRAPHER:  Off record at 11:51.

 2              (Comments off the record.)

 3              THE VIDEOGRAPHER:  Back on record at

 4    11:53.

 5    BY MR. VECCHIONE:

 6         Q.  All right.  So the question is, the

 7    question on the floor, before we were so rudely

 8    interrupted, was how was this list of employees or

 9    contractors selected?

10         A.  I don't know.  Maybe from a meeting

11    invite.  Maybe people that were on a meeting, but I

12    don't know.

13         Q.  Do you know whether there was any training

14    involved in using this COVID-19 misinformation

15    channel?

16         A.  I don't remember any training.  The email

17    looks like perhaps there was.

18         Q.  Do you know whether CDC employees or

19    contractors asked to flag or report certain kinds of

20    information to Facebook?

21         A.  Yes.  On occasion there were people saying

22    "we saw this."  Usually they were around threats

23    that they wanted us to report, which you can do as

24    an administrator for Facebook now.

25              In terms of this, I only remember the one
```

```
 1    occasion that I mentioned a minute ago.

 2         Q.  Was Facebook asked to flag certain types

 3    of material to report to CDC or to Census?

 4              MS. SNOW:  Objection.  Vague.

 5    BY MR. VECCHIONE:

 6         Q.  I mean, I have asked whether or not CDC

 7    asked to flag things to Facebook, and you've

 8    answered that question.  Did Facebook ask CDC to

 9    flag things to them?

10         A.  Well, the way I have been using "flag" in

11    these emails is to point out.

12         Q.  Right.

13         A.  I don't recall asking them to point

14    anything out to us, but I can maybe recall us saying

15    something are you seeing this too, are y'all

16    considering this too?

17         Q.  Do you know whether or not we have any

18    documents that were given to CDC staff or

19    contractors regarding the training on this COVID-19

20    channel?

21         A.  I don't recall.

22         Q.  Okay.  Did the meeting -- I think it was

23    from May 18th.  Let me look at the document for a

24    second.

25              Okay.  You had a meeting that she -- that
```

**CAROL CRAWFORD  11/15/2022**

1    **Genelle Adrienne refers to on May 7, 2021, 11:27**

2    **a.m.  "Hi, Carol following up from our meeting**

3    **yesterday it looks like Monday May 17th at 12 will**

4    **work for onboarding meeting."**

5            **Do you know whether that onboarding**

6    **meeting ever occurred for this channel?**

7        A.  I don't have any recollection of the

8    onboarding meeting.

9        **Q.  And once again would you have a calendar**

10   **mark for that onboarding meeting, if it occurred?**

11       A.  If I was invited I would.

12           MR. VECCHIONE:  And once again, I'll put

13   that in a letter to you, Counsel.

14           MS. SNOW:  We'll note that document

15   discovery has closed, but we'll take it under

16   advisement.

17           MR. VECCHIONE:  I got you.

18   BY MR. VECCHIONE:

19       **Q.  And you can put Exhibit 10 aside.**

20           **Oh, you know, might need it for this, but**

21   **I don't know if you do.**

22           **The Reingold contractors.  Why did CDC**

23   **need contractors?  What were they doing?  Did they**

24   **have concern -- let me withdraw the question.**

25           **Why did CDC have the contractors, the**

**CAROL CRAWFORD  11/15/2022**

```
 1    Reingold contractors, involved in this?
 2              MS. SNOW:  Objection.  Mischaracterizes
 3    testimony.
 4    BY MR. VECCHIONE:
 5         Q.  Was it Census?
 6              MS. SNOW:  Objection.  Vague.
 7    BY MR. VECCHIONE:
 8         Q.  Why were the Reingold contractors involved
 9    in all this?
10         A.  They were contractors working with Census.
11         Q.  Okay.  Did you know why they were
12    contractors and not Census directly?
13         A.  No.
14         Q.  Do you know if their duties involve
15    content moderation?
16         A.  I don't.
17         Q.  Do you know whether their duties involve
18    flagging or reporting on certain kinds of opinions
19    expressed by U.S. citizens?
20              MS. SNOW:  Objection.  Vague, calls for
21    speculation.
22    BY MR. VECCHIONE:
23         Q.  You can answer.
24         A.  I really don't know.  I wouldn't know what
25    they had them do.
```

CAROL CRAWFORD  11/15/2022

```
 1              MR. VECCHIONE:  All right.  That's it for

 2    10.  I could go on to 11, and or we could break here

 3    and fix the sound.  You go -- you could have lunch.

 4    Decide what the witness --

 5              MR. GILLIGAN:  It's up to the witness to

 6    break.

 7              THE WITNESS:  Let's break.  Let's break.

 8              MR. VECCHIONE:  There you go.

 9              THE VIDEOGRAPHER:  Off record at 11:59.

10              (Lunch recess 11:59 a.m. - 12:51 p.m.)

11              THE VIDEOGRAPHER:  Back on record at

12    12:51.

13              MS. SNOW:  And, defense counsel, just like

14    to note that we've reestablished the Zoom connection

15    and shared a call-in phone number again, which is

16    being forwarded to plaintiffs' counsel pursuant to

17    the previous agreement that it not be shared, the

18    Zoom link not be shared beyond plaintiffs' counsel

19    or the Zoom, or the call recorded using the Zoom

20    call-in number.

21              MR. VECCHIONE:  That's fine.

22              (Plaintiffs' Exhibit 11 marked.)

23    BY MR. VECCHIONE:

24         Q.  All right.  Ms. Crawford, I have handed

25    you -- once again can you identify Exhibit 11 and
```

1    then tell me what the subject matter of the -- what

2    the subject line is, and then you can continue to

3    read it.

4         A.   Agenda item for CDC call this week.

5    May 20th, '21.

6              Okay.

7         Q.   Can you tell me who Liz Lagone is?

8         A.   My understanding is that Liz is on their

9    Trust and Safety team, or the Misinformation team,

10   which I don't know what the official name of it is.

11        Q.   Meaning Facebook's?

12        A.   Yes, Facebook's.  Sorry.

13        Q.   And in these emails Ms. Lagone identified

14   the, quote, "Content Policies" of Facebook as

15   guiding which posts get removed; right?

16        A.   It says "we may reduce, remove or inform."

17        Q.   And I think she describes these policies

18   as evolving?

19        A.   Yes, I see that.

20        Q.   Okay.  Did you or anyone at the CDC

21   participate in the crafting of the content policy of

22   Facebook?

23        A.   No.

24        Q.   Did you or anyone at CDC contribute to the

25   terms of service or community standards of Facebook?

CAROL CRAWFORD  11/15/2022

```
 1        A.  No.
 2        Q.  Any other policy at Facebook that they
 3   contributed to?
 4        A.  No.
 5        Q.  Did you do so at any other social media
 6   company?
 7        A.  No.
 8        Q.  Did you or anyone at CDC ever give input
 9   on what such a policy should look like?
10        A.  No.
11        Q.  Did you, or --
12        A.  I should clarify.
13        Q.  Go ahead.
14        A.  I'm speaking from my -- no one in my group
15   or my office.  I can't imagine anyone else did.
16        Q.  To your knowledge?
17        A.  Yes, yes.
18        Q.  You're only testifying to your knowledge.
19   I understand that.
20        A.  Yes.
21        Q.  Thank you.
22            Did you or anyone at the CDC either advise
23   or help Facebook on how to enforce or apply their
24   policies to any particular social media post?
25        A.  Not that I recall.
```

CAROL CRAWFORD  11/15/2022

Page 105

```
 1          Q.  Same question for other social media.  Did
 2   you ever -- did you or anyone at CDC help any other
 3   social media company on how they should apply their
 4   policies to -- toward a particular post?
 5          A.  No.  We didn't -- I have never seen their
 6   policies.
 7          Q.  Did you or anyone at CDC ever discuss with
 8   Ms. Lagone any manner relating to any enforcement of
 9   the policies that she's discussing here?
10          MS. SNOW:  Objection.  Vague.
11   BY MR. VECCHIONE:
12          Q.  Well, she's discussing these policies
13   here.  Did you ever discuss with her their
14   development and enforcement?
15          A.  No.  We did not discuss the development of
16   their policies, or the enforcement of their
17   policies.  What we did provide was scientific
18   information that I did assume that they might use to
19   do those things.
20          Q.  Okay.  I'd like you to take a look at one
21   of -- she -- Payton Iheme lays out a number of items
22   that I think she says at May 19th, 4:19:  To help
23   with scoping on your end for Thursday, here's some
24   of the COVID content items that Liz will be flagging
25   for you the CDC team.
```

**CAROL CRAWFORD 11/15/2022**

1           And here she seems to be flagging items

2    for you at CDC.  And then she goes through them.

3    And what did you do when they flagged some of these

4    to you?  What -- why was she flagging those to you,

5    and then what did you do in response?

6           MS. SNOW:  Objection.  Compound.

7    BY MR. VECCHIONE:

8        Q.  You can answer.

9        A.  So why were they flagging this to us?

10   First part.  They were wanting our feedback on

11   whether these things were true or false statements

12   that they were seeing.  Did the CDC have science

13   around this, did we have content on our website.

14          Can you refresh me on the second part of

15   the question?

16       Q.  And what did you do in response to the

17   flagging?

18       A.  Typically what we would do is try to

19   let -- if we knew, if we had something or we had

20   science on these items, we would point to it or

21   provide them an answer.  If we didn't, we wouldn't

22   provide it.

23          My recollection, this might have been one

24   of the first times they asked in this type of

25   format.  And I think we talked about that on the

```
 1   call, like, who knew -- some of these people, I
 2   thought, could help answer whether -- what we had on
 3   these topics.
 4        Q.  All right.  And you had -- and let's,
 5   since you just pointed out, we'll just say --
 6        A.  Mm-hmm (affirmative).
 7        Q.  -- your response was:  Thanks for the
 8   additional info.  And then you say you're going to
 9   have these folks joining.
10            And you've got the Census team members
11   joining this.  Cynthia Jorgensen, director of Comms
12   for NCIRD.  What's that?
13        A.  National Center for Immunization and
14   Respiratory Diseases at CDC.
15        Q.  "And our joint information center
16   co-lead."  So is she that as well?  She's the joint
17   information center co-lead, or is that a different
18   person?
19        A.  She was serving both roles.  She -- we
20   deployed to the response, and she was -- at this
21   point in time was deployed as the co-lead for the
22   joint information center, but her regular job is the
23   ADCS.  So she had a lot of knowledge regarding this
24   topic.
25        Q.  And then you've got Rosie
```

```
 1    Bretthauer-Mueller and Demi Haynes.  And they are
 2    co-leads for consumer vaccine content development.
 3              Is that content development on your
 4    website at CDC?
 5         A.  Yes.
 6         Q.  Okay.  And they say:  "I'm not going to
 7    have SME join."
 8              Is that subject matter experts?
 9         A.  Yes.
10         Q.  What are those?
11         A.  That would have been like an actual
12    scientist that studied these issues, or knew what
13    the science was on it.  When I -- I believe when I
14    scanned this I thought we probably had readily
15    answered -- we probably had a lot of this already
16    addressed on the website, and the content folks
17    would be able to point that out.  We didn't have to
18    have the expert on the call.
19         Q.  I have -- if you look at 11.
20         A.  Mm-hmm (affirmative).
21         Q.  "Is the claim 'COVID-19 manmade' false,
22    unproven, unsupported by evidence, or true?"
23              Do you know whether or not CDC ever
24    responded to that inquiry?
25         A.  I don't know for sure, but I doubt we
```

CAROL CRAWFORD  11/15/2022

Page 109

```
 1   would have.
 2        Q.  And why do you think that?
 3        A.  I don't recall us having any information
 4   on this posted on our website.  I know it came up a
 5   lot, but I don't remember us having it like an FAQ
 6   on it.
 7        Q.  All right.
 8        A.  But I'm not an expert on all the content
 9   we had on the web.  I don't develop the content.
10        Q.  I understand.
11        A.  Okay.
12        Q.  I'm just -- I appreciate the information
13   and why you thought it.
14            I have a -- so this -- Census is now in.
15   Is this after the IAA you mentioned to me yesterday?
16   Earlier today.  It's not yesterday yet.  Before
17   lunch?
18        A.  Yes.
19        Q.  Okay.  So what is the -- what's your
20   understanding of what an interagency memo is, or an
21   interagency agreement is?
22        A.  I'm definitely not an expert on IAAs.  But
23   it's an agreement between two agencies to conduct
24   some kind of work between them.  Sometimes you're
25   given fundings to do it.  Usually you are.  I
```

```
 1    don't -- I wasn't -- I didn't create the IAA, so I
 2    don't have a lot of details on what was in it.
 3            Q.  Have you seen it?
 4            A.  I do believe I saw it.
 5            Q.  Is it related just to COVID, or is it
 6    broader than that?
 7            MS. SNOW:  Objection.  Assumes facts not
 8    in evidence.
 9    BY MR. VECCHIONE:
10            Q.  Okay.  Is it related to COVID?
11            A.  I cannot say for sure what was stated in
12    the IAA, but we were only engaging on COVID
13    misinformation.  But we were learning about how they
14    operated a general misinformation team along the way
15    to --
16            Q.  How Census did?
17            A.  How Census did it, yes.
18            Q.  And did you -- was part of the IAA --
19    well, I'll ask it in two parts first.  Was part
20    of -- was the purpose of the IAA so that CDC could
21    learn what they did and perhaps replicate it?
22            A.  Was that the purpose of the IAA?  No, I
23    wouldn't say it.  I think that we were learning from
24    it to determine if we needed to do it.  I really
25    don't recall the wording in the IAA.
```

CAROL CRAWFORD  11/15/2022

Page 111

1          Q.  Okay.  What was your understanding of what
2     the AII was about?
3          A.  To let us partner with the Census to learn
4     how they handled misinformation and help us with the
5     COVID misinformation.  We were shorthanded.  They
6     seemed to have more knowledge than we did.
7          Q.  All right.  And do you know if the IAA is
8     still in place?
9          A.  Well, we haven't been working with Census
10     in quite some time.  I don't know the actual date on
11     the end of the IAA, though.
12          Q.  All right.  If you look at item eight of
13     the items flagged:  "COVID-19 vaccine cause bell's
14     palsy."  Do you see that?
15          A.  Yes.
16          Q.  Do you know whether you gave any input on
17     that question?
18          A.  I don't recall.
19          Q.  And how about item number nine:  "COVID-19
20     has 99.96% survival rate"?
21          A.  I don't remember what we said about that
22     one.
23          Q.  All right.
24          MR. VECCHIONE:  I will hand over these all
25     at once because I'm going to ask the same question

```
 1   about them.

 2            MR. GILLIGAN:  31?

 3            MR. VECCHIONE:  12.  No, no, no, 12

 4   through 14, how about that?

 5            (Plaintiffs' Exhibit 12 and Exhibit 13

 6            marked.)

 7   BY MR. VECCHIONE:

 8       Q.  And you don't have to read through these.

 9   You can just look at them all at once.  I'll let

10   counsel look at them for a second, and then I'll ask

11   the question.

12            Now, I'll just represent to you what these

13   are, unless you can tell me you've seen them before.

14       A.  I haven't seen them before.

15       Q.  All right.  So Exhibit 12 is a scientific

16   paper on the relationship between Bell's palsy and

17   SARS CoV-2, as is 13.

18            Do you know whether or not in relationship

19   to Exhibit 11 and Bell's palsy, that whether or not

20   any of these scientific articles or others on Bell's

21   palsy were flagged by CDC to Facebook?

22            MS. SNOW:  Objection.  Calls for

23   speculation.  Lack of foundation.

24   BY MR. VECCHIONE:

25       Q.  You can answer, if you know.
```

```
 1          A.  I wouldn't know.  I mean, I didn't flag
 2     them.
 3               (Plaintiffs' Exhibit 14 marked.)
 4     BY MR. VECCHIONE:
 5          Q.  Okay.  And then on 14, Plaintiffs'
 6     Exhibit 14, have you seen this before?
 7          A.  No.
 8          Q.  And this is another scientific paper on
 9     the percentage survival rate of COVID patients.
10               Do you know whether this was flagged by
11     CDC to Facebook or other social media?
12          A.  We didn't flag this, or specific things.
13     We provided CDC content.
14          Q.  All right.  And that means things that
15     either CDC had on its website, or it knew
16     internally?
17          A.  I think primarily it was things that were
18     on CDC's site, but I can't say that for sure.  I did
19     not, not -- none of the communicators answered the
20     questions directly.
21          Q.  Okay.
22          A.  Unless we had it on our website.
23          Q.  So what you do is would you refer them to
24     subject matter experts?
25          A.  Those questions would -- if they were on
```

 1   an email, they would go, you know, we would -- I
 2   didn't.
 3           Q.  Right.
 4           A.  People in the response would ask the SMEs
 5   about them.  That's my understanding of what
 6   happened when they were circulated.
 7           **Q.  So I'm trying to get the trail of how they**
 8   **get -- how Facebook or the other social media get**
 9   **information.  You're the contact point oftentimes.**
10   **They send you things like this?**
11           A.  Mm-hmm (affirmative).
12           **Q.  Then somebody -- and we've already**
13   **determined, you're not -- you don't do science,**
14   **you're a communicator, right?  And a tech person?**
15   **So where do you send this material to get those**
16   **answers if it's not on the website?  Because you've**
17   **told me if it's on the website we just send it over**
18   **to them.**
19           A.  I didn't even always check to see if it
20   was on the website myself or in my office.  I would
21   let the communicator that was assigned to whatever
22   the area was.  For instance, Rosie on the Exhibit 11
23   was working with this area, and she would have the
24   contacts with the experts.
25           **Q.  Okay.**

CAROL CRAWFORD  11/15/2022

```
 1        A.  I don't know what they -- how they got the
 2   answers back in every instance.
 3        Q.  Because you weren't always the person to
 4   send the answer back?
 5        A.  I sent the answers back, but I didn't
 6   collect them.  Usually they required multiple
 7   experts.
 8        Q.  Okay.  All right.  And in Exhibit 11
 9   again -- you can put 12 to 14 aside.  Do you know if
10   Cynthia Jorgensen and Rosie Bretthauer-Mueller and
11   Demi Haynes joined the meeting, as indicated?
12             MS. SNOW:  Objection.  Vague.
13             MR. VECCHIONE:  They're the people she's
14   going to bring in for the meeting.
15        A.  I think they probably did.  I don't know
16   if all three of them did.
17   BY MR. VECCHIONE:
18        Q.  And what is -- do you know what the role
19   is of a co-lead for consumer vaccine content
20   development is?
21        A.  She would help write all the materials on
22   vaccines that were on the website, or in a fact
23   sheet.
24        Q.  And do you recall this meeting taking
25   place?
```

**CAROL CRAWFORD 11/15/2022**

```
 1       A.   I don't recall the specific meeting.  I do
 2  recall meetings such as -- like this.  I mean, maybe
 3  it's this one I have in my mind.  I don't know for
 4  sure.
 5       Q.  Well, if it's -- what was discussed at the
 6  meeting, to the best of your recollection?
 7       A.   Sometimes in these meetings they would ask
 8  do we know if this is true or false, which is what
 9  they were doing.  And then if we knew, the
10  communicators knew the answer, we would provide it.
11  If not, I would say, we would say, I'll have to get
12  back to you later, we'll talk to our SMEs.
13            And then that's why I was referring to not
14  going to have an SME going, but we can go back to
15  the group after the meeting if needed was the gist.
16       Q.  Do you have notes or other records of what
17  was said on the call?
18       A.   I didn't take notes.  I don't believe
19  notes were taken.
20       Q.  But once again, on a calendar you might
21  have that calendared?
22       A.   I would have -- the appointment would be
23  there, but it wouldn't necessarily say if Cynthia
24  joined or not.  She would have been invited.
25       Q.  All right.  And we discussed earlier today
```

**CAROL CRAWFORD  11/15/2022**

 1   your conversations with at least Facebook, but some

 2   social media on misinformation.  And you said it was

 3   on -- I think you said it was on a general level,

 4   you couldn't remember anything specific.

 5          After looking at these documents, has

 6   anything changed in your response?  Do you remember

 7   any specific misinformation you discussed with the

 8   social media organizations around here, around 2021?

 9       A.  I mean, I remember seeing this list before

10   now that you've showed it, but I don't remember what

11   we sent back, or what we said on the phone

12   specifically about each of these items.

13       Q.  And did you -- did CDC -- when I say "you"

14   here I mean you or anyone you know at CDC.

15       A.  Mm-hmm (affirmative).

16       Q.  Ever monitor whether Facebook or other

17   social media company took down material that you

18   have indicated was false?

19       A.  I do think that Census was at least

20   periodically checking on things that they had

21   flagged, or they had seen come up.

22       Q.  Okay.  Thank you.  And why do you believe

23   that?

24       A.  Because I have vague recollections of them

25   mentioning it or asking it in the meetings, and I

 1   believe that was in one of these exhibits.

 2        Q.  Got it.  That you reviewed during this

 3   deposition, or before?

 4        A.  In this one.

 5        Q.  Okay.  You can put Exhibit 11 aside.

 6        A.  Okay.

 7            (Plaintiffs' Exhibit 15 marked.)

 8   BY MR. VECCHIONE:

 9        Q.  And let's go to Exhibit 15.

10            MR. GILLIGAN:  Just a moment, Counsel,

11   before you ask your next question.

12            (REPORTER'S NOTE:  Mr. Gilligan conferring

13        with witness.)

14            MR. VECCHIONE:  The witness has conferred

15   with counsel.

16   BY MR. VECCHIONE:

17        Q.  And, again, I'd just ask you to identify

18   it by the subject of the re:  line and the date, and

19   then continue reviewing it.

20            MR. GILLIGAN:  Referring to Exhibit 15?

21   BY MR. VECCHIONE:

22        Q.  Referring to Exhibit 15.

23        A.  "It was this list, sorry.  Agenda item for

24   CDC call this week."  It was June 2nd, 2021.

25        Q.  Now, please take a look.

CAROL CRAWFORD  11/15/2022

Page 119

```
 1         A.  Okay.

 2         Q.  All right.  Now, I think the end of this

 3    email is pretty much the same as the one that was

 4    Exhibit 14; right?

 5         A.  It is.

 6         Q.  So let's just start with the email that's

 7    from Liz Lagone to you on May 24 at 1:57 p.m., and

 8    she ccs Carrie Adams at Facebook, it looks like,

 9    from the email.  Who's Carrie Adams?

10         A.  She was part of Liz -- of Payton's team,

11    now Carrie is my main point of contact at Facebook,

12    Payton has since left.

13         Q.  And can you tell me -- so she says on this

14    email:  "Thanks so much again for you and team's

15    help in debunking a few COVID-19 and vaccine

16    misinformation claims for us.  As a followup to our

17    meeting, please see the list of claims below with

18    notes from our conversation last Thursday morning."

19              So if this is Monday May 24th, is it fair

20    to say that the meeting was Thursday May 20th, if

21    that's the Thursday of the previous week?

22         A.  It appears that way to me too.

23         Q.  Okay.  So do you recall who met at that

24    meeting, and where it was?

25         A.  Well, as we were discussing on the other
```

Case 3:22-cv-01213-TAD-KDM Document 206-3 Filed 03/06/23 Page 121 of 335 PageID #: 11064

1  exhibit, it was a phone conference, and I think that
2  Cynthia and Rosie and Demi may have attended.  I
3  can't say for sure all three of them attended, but I
4  know that they were at least two of them were
5  probably on the line.
6        **Q.  All right.  And she's listed a number of**
7  **those items that we saw before that they had**
8  **questions about.  And the first one that she lists,**
9  **although it's not in the same order, she sent it to**
10 **you earlier; right?**
11       A.  It does appear in a different order, yes.
12       **Q.  But, she says:  "Is the claim, quote,**
13 **'COVID-19 is manmade' false, unproven, unsupported**
14 **by evidence or true?"  And the answer's:**
15 **Inclusive [sic] -- inconclusive; right?**
16            **And then she also goes on to say:  It's**
17 **probably from animals jumping to humans.**
18            **And my question here is she says:  The CDC**
19 **director in her testimony yesterday said being**
20 **manmade was technically possible because we did not**
21 **know the origin still.**
22            **And was that the CDC dir- --  I think I**
23 **saw Walensky in this email beforehand.  Is that your**
24 **understanding of who that is?**
25       A.  In May that would be Walensky.

**CAROL CRAWFORD  11/15/2022**

```
 1          Q.  Okay.  Now, why is Liz Lagone sending this
 2   email to you about -- why is she sending this email
 3   to you to confirm the conclusions below about the
 4   COVID vaccine?
 5          MS. SNOW:  Objection.  Calls for
 6   speculation.
 7   BY MR. VECCHIONE:
 8          Q.  You can answer.
 9          A.  I don't know why Liz specifically sent it
10   for sure.  But I -- because I just mentioned -- when
11   we were talking about the other exhibit -- that we
12   were communicators and not experts, there were
13   probably -- I'm sure we were saying we're pretty
14   sure this is correct.  We might have to go back and
15   check on stuff.  And I think she was trying to give
16   us something to go and follow up.
17          And I can see I said let's -- I'd like to
18   note that we have no scientific experts on the call
19   so these are our thoughts, but we'll definitely
20   check on this on our end.
21          Q.  Okay.  So you didn't -- but you didn't
22   respond that she had misheard anything on the
23   conversation; right?  You just said you needed to
24   check with scientists; right?
25          A.  Correct.  That's what I said in the email.
```

CAROL CRAWFORD  11/15/2022

Page 122

```
 1          Q.  Okay.  And then I will just to -- later on
 2   the COVID-19 vaccine causes various things, these
 3   things had been proposed:  Alzheimer's, Prion's,
 4   cytokine storm.  And you respond inconclusive.  We
 5   don't know right now; right?  You just didn't have
 6   anything at hand?
 7          A.  That appears to be what we said on the
 8   call, and that Liz, in theory, wrote down what we
 9   said correctly.
10          Q.  Right.
11          A.  That's not clear from this chain.
12          Q.  And then --
13          A.  But how I'm interpreting it.
14          Q.  And then once again the survival rate,
15   they say it's inconclusive but it's a hard number to
16   prove, and -- correct, that's what she says?
17          A.  "Not able to debunk now, inconclusive.
18   Scientists would be hesitant to attach a correct
19   number to the survival rates," so.
20          Q.  Okay.  Yes.  And then it says "Note, this
21   claim is tied to the VAERS issue."
22              What's VAERS?
23          A.  VAERS is a Vaccine Adverse Events
24   Reporting system.
25          Q.  And is it your understanding that doctors
```

```
 1    around the country report adverse events for

 2    patients as a matter of course?

 3              MS. SNOW:  Objection.  Calls for

 4    speculation.

 5         A.  I'm not an expert on the system.

 6    BY MR. VECCHIONE:

 7         Q.  But the system, who puts the information

 8    there, do you know?

 9         A.  I actually believe anyone is able to

10    report an adverse event.  It doesn't have to only be

11    physicians.  It can be any of us that wanted to.

12         Q.  Okay.

13         A.  I believe.

14         Q.  Right.  And so it could be someone who

15    doesn't know whether it's connected to the vaccine,

16    or someone else?

17         A.  I think any kind of -- any kind of thing

18    can be reported.

19         Q.  Okay.  In this email do you know who the

20    science experts, the subject matter experts you

21    mention in your email, do you know who they were, or

22    who you checked with?

23         A.  No.  Because people deployed in and out of

24    the response, and I was not usually the person

25    asking the SMEs directly.  It was the communicators
```

**CAROL CRAWFORD 11/15/2022**

1   assigned to the topic group such as Rosie who was

2   the communicator for vaccines.  She was talking to

3   the SMEs.

4       Q.  All right.  And then would she talk --

5   could she talk directly to Facebook or the other

6   social media after that?

7       A.  Almost always she'd send back to me, and I

8   would consolidate responses and send them back.

9   Sometimes if I was out, Rosie would respond directly

10  with a copy to me or something.  I don't know that

11  that happened ever, but it might have.

12      Q.  All right.  Now, on May 24 at 1:57 she

13  does thank you for your and your team's help in

14  debunking a few COVID-19 and vaccine misinformation

15  claims; correct?

16      A.  Where do you see the thank you?

17      Q.  On May 24th, 2021 at 1:57.  The Bates

18  stamp at the bottom ends in 539.

19      A.  Sorry.  I'm on the wrong --

20      Q.  Yeah.

21      A.  Yeah, she does say that.  But then I note

22  that we haven't had scientific experts review this

23  yet right after she sent that to clarify.

24      Q.  All right.  But you were going to check

25  with them so that it could be debunked; correct?

```
 1        A.  Correct.  If it was supposed to be
 2   debunked.
 3        Q.  If it --
 4        A.  Yes.
 5        Q.  Yes, if it was.  I thought -- I'm not
 6   seeing it now.  One second.
 7            Ah, here it is on the very first page of
 8   Exhibit 15.  Liz Lagone refers to a Sam.  "Also I
 9   meant to ask in my email earlier but I recall it was
10   either you or Sam mentioning that you could share a
11   transcript."  Who's Sam?
12        A.  I assume that was Sam with the Census
13   team.
14        Q.  Got it.  And have we talked about him
15   before?  Is he --
16        A.  We mentioned that he was one of the Census
17   folks.  I didn't remember his name until the
18   exhibits, but yes.
19        Q.  And do you know if the transcript of
20   Dr. Walensky was just her testimony to Congress, or
21   something else?
22        A.  In re-reading this, my recollection is is
23   that they asked about this, and several of us said I
24   think we heard her address this in the press event,
25   or maybe it was the testimony.  I'm not sure.  I
```

```
 1    guess it was the testimony because I was looking for

 2    the transcript, and we mentioned it.  And we were

 3    looking for it because that was the only thing that

 4    we knew of that might exist to help them with their

 5    question.

 6              MR. VECCHIONE:  All right.  You can put

 7    that aside.

 8              (Plaintiffs' Exhibit 16 marked.)

 9    BY MR. VECCHIONE:

10        Q.  And once again if you could just tell me

11    the subject line and the date, and then --

12              MS. SNOW:  And this is Exhibit 16?

13    BY MR. VECCHIONE:

14        Q.  Exhibit 16.

15        A.  "It was this list, sorry.  Agenda item for

16    the CDC call this week."  June 3rd.

17        Q.  Okay.  Now, let's go to the back again.

18    And Liz Lagone writes to you on June 1st, 2021,

19    8:49 p.m.:  "Hi, Carol, I hope you're well and had a

20    restful long weekend.  I want to follow up on my

21    below email and see if you needed any further

22    information or context about COVID-19 vaccine claims

23    below.  We'd love CDC's help in debunking."

24              And the next one from June 2nd, 2021 at

25    6:58, that's from you; right?
```

CAROL CRAWFORD  11/15/2022

Page 127

```
 1        A.  Yes.
 2        Q.  And that's to Liz Lagone; right?
 3        A.  Yes.
 4        Q.  And what -- could you read what you say to
 5   her?
 6        A.  "Notes below on some.  I hope this helps.
 7   I will let you know when we have cleared points."
 8        Q.  And then stop there.
 9        A.  Okay.
10        Q.  Then "COVID-19 vaccines causing
11   magnetism."  And, surprisingly, "debunked."
12            Then you'll say "will have cleared TP
13   soon."  What's TP?
14        A.  Talking point.
15        Q.  How does a talking point get cleared?
16   Well, I'll withdraw that.  What is a talking point?
17        A.  Usually it's a bullet or a paragraph on
18   whatever the subject is that one could refer to.
19        Q.  And how does it get cleared?  What's the
20   process?
21        A.  I mean, I'm not sure why I was looking for
22   TP instead of web content.  I don't know if that was
23   just a mistype or not, but -- or maybe -- maybe it
24   was going to be a talking point.  But usually any
25   content that's going outside of the agency goes
```

1   through a very specific clearance process.  There

2   was a clearance process for COVID.  I wasn't -- I

3   rarely cleared things myself, but there -- many

4   people have to sign off on content before it leaves

5   the Agency.

6        **Q.  Got it.  And I'll just notice -- I'll just**

7   **point out that the bottom about the COVID-19**

8   **vaccines causing erectile dysfunction, again, you**

9   **say "will have a cleared TP soon"; right?**

10       A.  Yeah.  I believe thinking more about why I

11  said TP, we often provide media with talking points

12  when they ask questions.  And that was -- we were

13  also looking at things that we were providing to

14  media in addition to web content because that was

15  similar, there were similar questions coming.  So

16  perhaps that's why this says TP instead of web

17  content.

18       **Q.  All right.**

19       A.  I can't say for 100 percent sure, but I

20  think that might be likely.

21       **Q.  And you use web content in other -- in**

22  **other of these points.  So my question there is with**

23  **respect to items 3, 4 and 6, which, I think if you**

24  **look at it, that's what they are.**

25       A.  Mm-hmm (affirmative).

```
 1          Q.  What does it mean that, quote, "web

 2     content to debunk is in clearance"?

 3          A.  Well, I think what we were referring to is

 4     posting a more specific kind of FAQ or myth.  We had

 5     a myths page where we would more directly address

 6     the myth.  You know, sometimes answers to things

 7     were buried in guidance or scientific papers, and we

 8     were trying to make it easier for people to

 9     understand the myths.  So I think this is in

10     reference to adding a myth or an FAQ to the site.

11          Q.  All right.  And then you said -- well, my

12     next question:  So what does CDC do to debunk the

13     claims that -- I'll make it more specific here.

14     What did CDC do to debunk each of these claims?

15     What process does it go through to debunk them?

16          A.  I can't -- I can't answer what the --

17     because that's a scientific process that I'm not

18     part of.

19          Q.  Okay.  So they give these questions to

20     you, and you send it out to a scientist or a subject

21     matter expert, let's call them.

22          A.  Mm-hmm (affirmative).

23          Q.  I take it -- I take it from the responses

24     there is a number of different CDC answers.  One is

25     inconclusive.  You say that a number of times.  They
```

1    didn't have the information at that time, is that
2    fair?
3            A.   That's my assumption of what was meant by
4    that.
5            Q.   Okay.  And sometimes they'd say
6    inconclusive, but give here's what we know now?
7            A.   Mm-hmm (affirmative).
8            Q.   And then in other times it's just
9    debunked.
10               What did you get from the subject matter
11   experts when they send that back?  Did they just
12   send back "debunked," or do they have some reference
13   or explanatory note?
14           A.   On -- I think it varied.  For this one I'm
15   not sure.  I don't remember if I saw all the
16   explanations, or if they were discussed in meetings
17   with the experts.  I've seen some that seemed to
18   have a little more description when I have asked it,
19   but -- or well, maybe when I was asking the SME they
20   might have given me, but I was really the one
21   discussing it directly with the SME.
22           Q.   Now you've also described already some
23   things they'd already done and put on your website?
24           A.   Yes.
25           Q.   All right.  So do you know if CDC

1  conducted any experiment or processes to debunk any

2  of these items?

3      A.  I wouldn't know.

4      Q.  Do you know whether they did surveys of

5  the medical literature of the vaccines?

6          MS. SNOW:  Objection.  Vague.

7  BY MR. VECCHIONE:

8      Q.  In order to debunk claims do you know

9  whether they checked medical literature, or what

10 they reviewed?

11     A.  I wasn't part of the scientific process,

12 so I wouldn't even want to speculate.

13     Q.  So I think if you look at Exhibit 15.

14     A.  Yes.

15     Q.  Do you have it?  If you go to the

16 second-to-last page it's where they start.  And

17 Payton Iheme sends you this list of a number of

18 claims.  And the date of that is May 19th; right?

19     A.  Yes.

20     Q.  And then if you look at 16 by June 3rd at

21 2021, 2:57 you write about the last ones that you

22 hadn't told her about:  "Yes, they are debunked and

23 we will also have content on it soon"; correct?

24     A.  I see that, yes.

25     Q.  All right.  So that is about two weeks'

**CAROL CRAWFORD  11/15/2022**

```
 1   time to debunk these claims that?

 2        A.   That seems like the dates, yes.

 3        Q.   So given that short time frame, would you

 4   agree with me that CDC didn't do any experiment to

 5   debunk these proposals?

 6             MS. SNOW:  Objection.  Mischaracterizes

 7   the documents and the testimony.

 8        A.   I feel like it took us two weeks to

 9   respond back to Facebook.  I don't think it was fair

10   to characterize it as the time it took CDC to

11   potentially collect science on this.

12   BY MR. VECCHIONE:

13        Q.   Thank you.  Do you know who -- when you

14   give your initial proposals to Facebook, when --

15   like the discussions we saw earlier where you said

16   those were our discussions but we have to check with

17   the subject matter experts, who in that

18   conversation, when you're meeting with them, who

19   makes those proposals?  Is that you, or is that one

20   of the co-chairs we mentioned?

21             MS. SNOW:  Objection.  Vague.

22        A.   What do you mean by proposals?

23   BY MR. VECCHIONE:

24        Q.   Well, they put together these matters to

25   be debunked; right?  And we saw -- and you can put
```

CAROL CRAWFORD  11/15/2022

Page 133

```
 1    15 next to 16.  And if you look at 15, as we
 2    discussed earlier, Liz Lagone sends you:  This is
 3    the conversation we had.  It's kind of --
 4              MR. GILLIGAN:  Which page?
 5              MR. VECCHIONE:  Page -- on page 15 [sic],
 6    second page.
 7              MR. GILLIGAN:  Thank you.
 8              MR. VECCHIONE:  Exhibit 15.
 9    BY MR. VECCHIONE:
10        Q.  So she says, and we've discussed this
11    before:  "Please confirm the conclusions I have
12    noted below based on our discussion."
13              So you had a discussion and she got these
14    impressions.  But who gave her these impressions?
15    In other words, who was the person in the room who
16    could say, nah, I don't think that's right, but
17    we'll get back to you with the subject matter
18    expert?
19        A.  I don't remember this call specifically in
20    any kind of detail, but I do believe it was one of
21    the first times they had sent us a list, and I think
22    that Cynthia and Rosie or Demi, who had a lot more
23    knowledge of the content, piped in mostly on what
24    they thought was available.
25        Q.  Okay.
```

**CAROL CRAWFORD  11/15/2022**

```
 1        A.  But I believe we characterized it during
 2   the call that we would need the expert, and I
 3   followed up that way at the end.
 4        Q.  In the subsequent emails?
 5        A.  Yes.
 6        Q.  And then -- so then finally there is at
 7   the end:  "Yes, these are debunked" --
 8        A.  Mm-hmm (affirmative).
 9        Q.  -- and you'll "have content on it soon."
10            And that content, is that talking points,
11   or is that web content when you use that term?
12        A.  When I use what term?
13        Q.  Content.
14        A.  Web content, it could have been a FAQ on
15   the web, it could have been a myth, it could have
16   been a fact sheet on the web.  Anything on the
17   web --
18        Q.  All right.
19        A.  -- that was for consumers.
20        Q.  But you considered that debunked by the
21   CDC by June 3rd, 2021?
22            MS. SNOW:  Objection.  Vague.
23   BY MR. VECCHIONE:
24        Q.  Well, she says:  "Yes, they are debunked
25   and we will also have content on it soon" in
```

Case 3:22-cv-01213-TAD-KDM Document 206-3 Filed 03/03/23 Page 136 of 335 PageID #: 11079

 1   **Plaintiffs' Exhibit 16, June 3rd, 2021.**

 2        A.  We reported to Facebook that they were

 3   debunked at this time.

 4           MR. VECCHIONE:  Thank you.  Exhibit 17.

 5   You know what, take this one, too, because it will

 6   be real quick, I hope.

 7   BY MR. VECCHIONE:

 8        **Q.  So I'll -- one more question on 16.  On**

 9   **that June 3rd date where you said these are**

10   **debunked, who makes the final calls that they are**

11   **debunked before you send it Facebook?**

12        A.  The communicators or the SME that I'm

13   working with would decide if it was okay to send it

14   back to Facebook.  The communicator would get that

15   from the SME that they were working with.

16           For instance, my team posts the web, but I

17   don't know how every piece is exactly cleared, but

18   yet when they send it to us to post it there were

19   trusted people that send it to me, and we assume

20   that it's cleared and we post it.

21           It's very similar.  Rosie was also in

22   charge of clearing other things, and so she would

23   assure to me that she had discussed it with the SMEs

24   of authority.

25        **Q.  Okay.  And do you know of any, the names**

1    of any of these SMEs?

2         A.  No, not off the top of my head.  I mean,

3    people were in and out of the response, and I don't

4    recall.

5         **Q.  All right.  I'll ask you to take a look at**

6    **Plaintiffs' Exhibit 16 again.**

7         A.  Okay.

8         **Q.  Can you read item seven, and the answer on**

9    **-- it's Bates stamped 533.  It's on the second page.**

10        A.  Of which exhibit?

11        **Q.  Exhibit 16.**

12        A.  Of 533.

13        **Q.  The bottom at the number is called a Bates**

14   **stamp.**

15        A.  Oh, sorry.

16        **Q.  That page, if you go up -- yeah, not**

17   **everybody knows that and I have to say that --**

18             MR. GILLIGAN:  Nobody actually uses a

19   Bates stamp any more either.

20             MR. VECCHIONE:  What do they do?

21             MR. GILLIGAN:  They're all electronically

22   applied.

23             MR. VECCHIONE:  I gotcha.  I remember.

24   BY MR. VECCHIONE:

25        **Q.  In any event, could you read item 7 from**

```
 1   the email that you sent?

 2        A.  "People who are receiving COVID-19

 3   vaccines are subject to medical experiments."

 4        Q.  And then the answer at 7(a)?

 5        A.  "Debunked.  CDC notes this likely stems

 6   from the vaccines only having EUA now and equating

 7   lack of full authorization as being involuntary part

 8   of a medical experiment."

 9        Q.  And WhatsApp EUA?

10        A.  Emergency use authorization.

11        Q.  All right.  And that's when the FTC -- FDA

12   has given an emergency use authorization for certain

13   medicines?

14        A.  This is not my area of expertise, but yes,

15   I believe that's --

16        Q.  That's your understanding?

17        A.  Yes.

18        Q.  So were you aware at this time that

19   vaccine mandates had been employed by governments,

20   employers and colleges as a condition of maintaining

21   employment or enrollment?

22             MS. SNOW:  Objection.  Assumes facts not

23   in evidence.

24   BY MR. VECCHIONE:

25        Q.  Have you ever heard of such a thing?
```

```
 1          A.  Yes.  I don't know --
 2          Q.  Does getting a vaccine as a requirement of
 3   maintaining employment or enrollment affect
 4   voluntariness?
 5          MS. SNOW:  Objection.  Calls for
 6   speculation, assumes facts not in evidence,
 7   argumentative.
 8          A.  This is really not my area of expertise of
 9   any account.  I don't have anything really to
10   provide on that.
11   BY MR. VECCHIONE:
12          Q.  Did you instruct Facebook to do anything
13   with debunked claims?
14          A.  No.
15          Q.  Did you have an understanding of what they
16   were going to do with any claims that the CDC said
17   were debunked?
18          A.  I knew that they had options, but I think
19   we also discussed on a previous exhibit, which is to
20   inform people, to maybe reduce it in the algorithm,
21   or to remove it.  I -- they probably had other
22   options, but I knew of at least those.
23          (Plaintiffs' Exhibit 17 presented.)
24          Q.  Thank you.  Exhibit 17.  And, again, just
25   tell me the subject line and the date.
```

CAROL CRAWFORD  11/15/2022

```
 1        A.  "FB misinformation claims help debunking,"
 2   misspelled.  The date is 7/26/2021.
 3        Q.  So on July 26, 2021 it's Liz Langone to
 4   you again; right?
 5        A.  Yes.
 6        Q.  And she says:  "Our Misinformation Policy
 7   Team," meaning Facebook's do you believe?
 8        A.  Yes.
 9        Q.  "Has identified some claims that we were
10   hoping your team could help us understand if they
11   are false and can lead to harm"; right?
12        A.  Yes.
13        Q.  And she has spike proteins in COVID-19
14   vaccines, Guillain-Barre syndrome -- which I will
15   use GBS from now on as well -- is possible side
16   effect, and heart inflammation as a possible side
17   effect of all COVID-19 vaccines.
18            Those were the questions that she sent
19   you; right?
20        A.  Yes.
21        Q.  Do you know why she's asking you, or do
22   you have an understanding?  I'll withdraw it.
23            Do you have an understanding of why she's
24   asking you at CDC whether the claims are true or
25   false?
```

**CAROL CRAWFORD  11/15/2022**

```
 1        A.   Because CDC would have credible health
 2   information about the claims or scientific
 3   information that would benefit their policy making
 4   is the way I understood it.
 5        Q.   Okay.  And she then asks you she was
 6   "wondering if your team was aware of any global
 7   source of truth/database for vaccine adverse effects
 8   including possibly vaccine-related deaths."
 9             Do you see that?
10        A.   Yes.
11        Q.   Did there ever come a time when WHO or
12   some foreign medical health agency differed with the
13   CDC on any of these vaccine topics that you recall?
14        A.   That's not my area of expertise, and I
15   don't recall any specifics.
16        Q.   Do you know whether on these three
17   requests that you did another response on debunking,
18   inconclusive, or not known like you did in the
19   previous one, exhibits we looked at?
20        A.   I don't remember what I specifically
21   answered with this.
22        Q.   Okay.
23        A.   I know generally what I -- how I handled
24   them, but not what I did with this.
25        Q.   Okay.  And generally how you handled them
```

1    we've already discussed?

2         A.   Yes.

3         Q.   And you have nothing different to add on

4    this particular request?

5         A.   No.

6              (Plaintiffs' Exhibit 18 presented.)

7         Q.   Okay.  You can go to Exhibit 18.  And once

8    again could you please give me the subject line and

9    the date of Exhibit 18?

10        A.   Yes.  CrowdTangle COVID-19 reports.

11   7/20/21.

12        Q.   Okay.  And please take a look at it.

13        A.   I've scanned this one.

14        Q.   Who's -- at the top, at the very end, I

15   guess I should say the end, the very top?

16        A.   Mm-hmm (affirmative).

17        Q.   It's Carol Crawford to Tyler Woods.  Who

18   is that?

19        A.   Tyler Woods was a name on another exhibit.

20   I mentioned at that time I'm pretty sure that Tyler

21   Woods took over the reporting from Kelly Perron, and

22   that appears to be the case here.  There is a

23   transfer on the first page saying -- from Kelly

24   saying Tyler is going to be sending the reports in

25   the future.

CAROL CRAWFORD  11/15/2022

```
 1          Q.  Okay.  And once again these are the
 2    CrowdTangle reports that I think we discussed at one
 3    point you were receiving biweekly?
 4          A.  Yes.
 5          Q.  And were you doing anything different with
 6    this information at this time than you've described
 7    to me earlier?
 8          A.  Not that I recall.
 9          Q.  Okay.  And at this time, June 9th, 2021,
10    are they reporting this to you for the same reasons
11    as you've described previously when we first
12    mentioned CrowdTangle?
13          A.  That's my recollection of it.
14          Q.  On the very last page, which is the
15    beginning of it, June 8th, 2021, 8:13 p.m.,
16    "vaccination lawsuits" --
17          A.  I see it.
18          Q.  -- highlighted.  Do you know what they are
19    referring to there?
20          A.  Sounds like the lawsuits around the
21    mandates that you mentioned previously.
22          Q.  Okay.  Like the OSHA mandate or CMS
23    mandates?
24               MS. SNOW:  Objection.  Assumes facts not
25    in evidence.  Calls for speculation.
```

CAROL CRAWFORD  11/15/2022

Page 143

```
 1          A.  I really am speculating.

 2   BY MR. VECCHIONE:

 3          Q.  You're not sure?

 4          A.  I don't know.  This is not really an area

 5   of my expertise.  This is simply a report of

 6   conversations that are occurring on social media.

 7          Q.  All right.  When you received it, did you

 8   have an understanding of what the vaccine lawsuits

 9   they were referring to were?

10          A.  I had a recollection of that from watching

11   the news in my personal life.

12          Q.  Okay.  On that same page "Deciding to Get

13   Vaccinated" she's highlighted.

14              Why does the CDC need to be updated on the

15   statements of public physicians?

16          MS. SNOW:  Objection.  Mischaracterizes

17   testimony and the document.

18   BY MR. VECCHIONE:

19          Q.  Why were you updated on those statements?

20          A.  Again, these are reports that characterize

21   the overall conversation of social media.  They are

22   not -- I don't believe these were picked out

23   specifically for CDC.  I think these are a report of

24   the trends of conversation on social media.

25          Q.  And I'd like you to turn to the next page
```

CAROL CRAWFORD  11/15/2022

```
 1   where Tyler Woods takes over and he sends a June
 2   22nd, 4:43 p.m. summary to you.
 3       A.  Okay.
 4       Q.  At the end of it it says:  "Let us know if
 5   you have any questions or specific keywords/topics
 6   you'd like us to explore in the next report.  As
 7   always, please do not share."
 8           Did there come a time that you shared
 9   keywords or topics with Facebook that you wanted
10   them to check in?
11       A.  I don't recall doing it.
12       Q.  All right.  Turn to the first page of
13   Exhibit 18.  Once again, this is Tyler Woods to you?
14       A.  Yes.  Sorry.
15       Q.  Thank you.  The very, very mistake on my
16   instructions at the beginning.  You're to be
17   commended, because it usually happens a lot more
18   until now.
19           So the last, the last item that's
20   highlighted:  Door-to-door vaccines.  Do you know
21   whether he's referring to any public statements made
22   on this topic by any plaintiff in this case,
23   including Governor Mike Parson?
24       A.  I wouldn't know.
25           MR. VECCHIONE:  You can put that aside.
```

CAROL CRAWFORD  11/15/2022

```
 1              (Plaintiffs' Exhibit 19 marked.)
 2   BY MR. VECCHIONE:
 3        Q.  And once again please identify it to me by
 4   subject matter and date of Exhibit 19, and then
 5   please read it to yourself.
 6        A.  CrowdTangle COVID-19 reports, 8/18/21.  I
 7   didn't hear your last part of to yourself, what.
 8        Q.  Just read it to yourself.  In other words,
 9   you get to review the document but you don't have to
10   read it out loud?
11        A.  I'm sorry about that.  Okay.
12        Q.  I'm not caught up to you.
13            Okay.  So as we've discussed, this, once
14   again, is one of the CrowdTangle reports but that
15   Tyler Woods is now sending; correct?
16        A.  Yes.
17        Q.  Let's go back to the August 3rd exchange
18   on this.  So on August 3rd Tyler Woods writes to you
19   at 6:16 p.m.?
20        A.  Yes.
21        Q.  And once again the purpose of this you've
22   already testified to; it hasn't changed, why you're
23   getting these?
24        A.  Correct.
25        Q.  All right.  So did the CDC at this time
```

CAROL CRAWFORD  11/15/2022

 1    have proof that, quote, "the recent uptick in

 2    hospitalizations and deaths is being driven by

 3    unvaccinated individuals"?

 4         A.   I'm not an expert in that area and I

 5    wouldn't be able to answer that question.

 6         Q.   All right.  Do you know whether subsequent

 7    evidence the CDC had supported that view?

 8         A.   I'm not an expert in this area, and I

 9    don't feel comfortable.  I don't know.

10         Q.   The email exchange that Tyler would send

11    you on July 20th, 2021, the Bates stamp number at

12    the bottom is 2440 of this document.

13         A.   I see it.

14         Q.   You there?  So, once again, when he sends

15    you material from CrowdTangle concerning allowing

16    people to return to religious services, that's

17    because it's appearing on CrowdTangle and not

18    because you asked for it?

19         A.   Correct.

20         Q.   And let's go to the first page here, but

21    I'll ask you to take a look at the August 17th

22    exchange.  Once again, Tyler Woods sending you the

23    CrowdTangle reports?

24         A.   Yes.

25         Q.   Now, by August 17th, 2021 are you still

CAROL CRAWFORD  11/15/2022

Page 147

```
 1    using CrowdTangle for the same purposes you
 2    discussed earlier?
 3         A.  Yes.  But this isn't about us using
 4    CrowdTangle.  This is about them sending us
 5    CrowdTangle reports.
 6         Q.  Okay.
 7         A.  But either way it's all the same purpose.
 8    I just wanted to clarify that.
 9         Q.  Okay.  Because by now you may be using
10    CrowdTangle in a different way.  You might be
11    getting the summaries and going in directly?
12         A.  Well, we had access to go in directly to
13    CrowdTangle and run in reports I think from early
14    2020.
15         Q.  Okay.
16         A.  And I mentioned that our research team, I
17    think, searched in it and looked in it to create
18    their reports, and I believe other teams did too.  I
19    did not personally.  These are reports that were
20    sent to us.  So that's different than the way you
21    stated it.
22         Q.  I see.
23         A.  I did not use these reports in any
24    different way than I have been saying in previous.
25         Q.  But just to clarify.
```

Case 3:22-cv-01213-TAD-KDM Document 20-3 Filed 03/03/23 Page 149 of 335 PageID #: 11092

```
 1          A.   Yes.

 2          Q.   So these are reports from Facebook to you?

 3          A.   Yes.

 4          Q.   As we've discussed?

 5          A.   Yes.

 6          Q.   I might ask you if something's changed,

 7     but you've already testified to that.  But within

 8     CDC you had access to CrowdTangle, and created your

 9     own reports?

10          A.   That we could -- I don't know that we

11     created reports.  I know that we did searches in

12     CrowdTangle, the same way we do searches in other

13     social media and listening tools that we have to

14     create, to understand what's being discussed in the

15     environment, to update our communication material,

16     as I was explaining this morning.

17          Q.   Okay.  So on this particular one that

18     we're discussing, once again Facebook has sent you

19     their CrowdTangle summary.  And I-- the COVID 19

20     mandates at the bottom there that's highlighted.  It

21     says:  "On the other hand, many conservative

22     politicians are calling for an end to government

23     mandated restrictions and vaccinations."

24               And my question is do you know whether or

25     not there was any CrowdTangle information about
```

1   **either Attorney General Schmitt or Attorney General**

2   **Landry in these CrowdTangle briefings?**

3        A.  I'm not -- I wouldn't even say I flipped

4   open this -- every report.  I don't know.  I

5   couldn't remember any of the details.

6            They did often put pictures of the posts,

7   of a post as examples.

8        **Q.  Oh, okay.**

9        A.  But I don't know.

10       **Q.  That they're finding?  Sort of like that**

11   **that attachment we saw earlier where they were**

12   **asking you about the wording?  Like, in other words,**

13   **it wouldn't look like this.  It would be some**

14   **something they had taken off Facebook?**

15       A.  Yeah.  But that was -- those samples I

16   feel like you're referencing are different.  This

17   would just be like they are saying a lot of people

18   are talking about COVID-19 mandates; they might put

19   a few example posts someone put in the slide deck to

20   show what they were talking about.

21       **Q.  Got it.  Thank you.**

22           MR. VECCHIONE:  Exhibit 20.

23           THE WITNESS:  After Exhibit 20, could we

24   take a short break?

25           MR. VECCHIONE:  Let's take one now.

**CAROL CRAWFORD  11/15/2022**

1            THE WITNESS:  Could we take one now?

2            THE VIDEOGRAPHER:  Off record at 2:06.

3            (Recess 2:06 p.m. - 2:19 p.m.)

4            THE VIDEOGRAPHER:  We are back on the

5    record at 2:19.

6            (Plaintiffs' Exhibit 20 marked.)

7    BY MR. VECCHIONE:

8       **Q.  Okay.  Ms. Crawford, have you had a chance**

9    **to look at Plaintiffs' Exhibit 20?**

10      A.  I did.

11      **Q.  All right.  And could you tell me the**

12   **subject line and who's it from, who's it to and what**

13   **the date is?**

14      A.  Yes.  The subject is VAERS policy

15   consultation on 8/19, 2021.  The first email is from

16   me to Carrie Adams at Facebook.

17      **Q.  All right.  What's your understanding of**

18   **why the CDC was asking to meet with the VAERS**

19   **experts for consultation about misinformation?**

20      A.  I don't recall a lot of the details, but

21   VAERS, the topic of VAERS was an area that was

22   widely discussed on social media, and there was a

23   lot of areas of confusion about what VAERS data was.

24   There was myths about VAERS data, and there was

25   misinformation about VAERS data.  So it was always

CAROL CRAWFORD  11/15/2022

Page 151

1  one of the things that rose to the top in terms of
2  volume of discussion of people were very confused
3  about VAERS.
4      **Q.  And do you know whether this meeting ever**
5  **took place?**
6      A.  I don't remember if the one we were
7  discussing at this time took place and the Singapore
8  team attended for sure.  But we did have a session
9  with the VAERS experts with Facebook.
10     **Q.  Okay.**
11     A.  Probably as a result of this, I feel like
12  it might have dragged out a little bit after this
13  for a few weeks.
14     **Q.  And do you know what was discussed at that**
15  **meeting?  First, did you attend it?**
16     A.  I did attend it.
17     **Q.  And do you recall what was discussed at**
18  **that meeting?**
19     A.  We had one of the experts for VAERS,
20  and -- maybe it was two experts for VAERS and a
21  couple of their communication experts on the line
22  with Facebook's team.  I believe it was like their
23  misinformation and policy type team like that Liz
24  was part of, but I don't know who -- I don't
25  remember specifically who was on there.  And we

CAROL CRAWFORD  11/15/2022

Page 152

```
 1   offered the SME just to answer their questions about
 2   what VAERS was and what it wasn't.
 3           And my recollection is they asked a lot of
 4   questions like, you know, what does -- what does --
 5   who can report something on VAERS and things like
 6   that during the session.
 7       Q.  Okay.  Do you know who the subject matter
 8   experts on VAERS were at CDC?
 9       A.  Goodness.  I'm just totally blanking on
10   their names.  I'm sorry.
11       Q.  If you recall during the course of this
12   deposition, please let me know.
13       A.  Okay.
14           MR. VECCHIONE:  We can move on to the next
15   document.
16           (Plaintiffs' Exhibit 21 marked.)
17       A.  Thank you.
18   BY MR. VECCHIONE:
19       Q.  And once again if you could just read the
20   subject line, and then who -- what the date was and
21   then read it to yourself.
22           MS. SNOW:  Is this for Exhibit 21?
23           MR. VECCHIONE:  21.
24       A.  Subject BOLO, CDC lab alert and
25   misinformation.  September 1st.  It's from me to
```

 1   Carrie Adams at Facebook.

 2          I have read it.

 3   BY MR. VECCHIONE:

 4       Q.  Okay.  So do you recall this email?

 5       A.  I do now that I'm seeing it, yes.

 6       Q.  What are you telling Adams in this email?

 7       A.  I can't see the attachment.  But there was

 8   a misinterpretation of a lab alert that we issued,

 9   and so I think we put together a deck -- a power

10   point or a two-page just saying what the facts were

11   about this lab alert.

12       Q.  Okay.  What is a lab alert?

13       A.  I don't know if this was a HAN alert or if

14   was some other kind of alert they sent straight to

15   laboratory.  So I don't remember the details.

16       Q.  What is a HAN alert?

17       A.  A health advisory alert.  We send it --

18   no, Network.  Health Advisory Network alert.  Sorry.

19       Q.  And you have:  "Carrie - BOLO."

20           What's BOLO?

21       A.  Be on the lookout.

22       Q.  Why were you concerned about this?

23       A.  Similar to all the other BOLOs, we still

24   thought it was good to point out if we had facts

25   around something that was widely circulating as a

CAROL CRAWFORD  11/15/2022

Page 154

1    cause of misinformation to the platforms to assist

2    them in whatever they were going to do with their

3    policy or not do.  And this was one that was kind of

4    growing, and we had a lot of facts about it, and the

5    team was concerned about this, this

6    misunderstanding.

7          **Q.  Do you recall whether Facebook did**

8    **anything upon receiving this information from you?**

9          A.  I don't recall.

10         **Q.  How did you know that it was a small but**

11   **growing area of misinformation?**

12         A.  I vaguely recall that we ran some

13   Meltwater reports, and that people -- that

14   conversation regarding this topic -- Meltwater is

15   sort of like CrowdTangle but for all the

16   platforms -- and that the conversation around this

17   was growing.

18         **Q.  Got it.  Now, tell me about Meltwater.**

19   **Does it aggregate all the platforms and you search**

20   **across them?**

21         A.  Yes.  And social media listening tools are

22   used by every social media team, I believe.  I mean,

23   it's widely common practice, and, yes, it will

24   search.  The CrowdTangle can see more on the Meta

25   properties.  So it's nicer if you're just looking at

Case 3:22-cv-01213-TAD-KDM Document 2026-3 Filed 03/03/23 Page 156 of 345 PageID #: 11099

 1   Meta properties.  Meltwater gives you social media

 2   at large.  The Meta platforms, to clarify.

 3        **Q.  Do you know what the nature of the**

 4   **misinterpretation was?  I know we don't have the**

 5   **attachment, but do you know?**

 6        A.  I don't recall any longer.

 7             (Plaintiffs' Exhibit 22 marked.)

 8   BY MR. VECCHIONE:

 9        **Q.  Go to Exhibit 22.  So what -- before we**

10   **look at that exhibit --**

11        A.  Mm-hmm (affirmative).

12        **Q.  -- when you said "be on the lookout," what**

13   **did you expect them to do once they were on the**

14   **lookout for Facebook?**

15        A.  The same thing I have been describing.  I

16   knew that they had various options.  They could have

17   just used it to inform people.  They could have

18   considered it in their algorithm, I believe.  I did

19   understand that potentially removing posts was

20   something that they might do.

21        **Q.  So if you could, just please identify**

22   **Exhibit 22 to me the same way by its re: line --**

23        A.  Okay.

24        **Q.  -- and its date and then read it to**

25   **yourself.**

CAROL CRAWFORD 11/15/2022

```
 1        A.   November 2nd, 2021.  Subject New Claims
 2   and Policy Updates Following EUA Authorization for 5
 3   to 11-year-olds.
 4             It's from me to a group, but I think
 5   primarily it was to Facebook.  Also -- never mind.
 6   I thought I missed part of the subject.  Sorry.
 7   Okay.
 8        Q.   All right.  So this is the first one
 9   that -- she actually signs off with Meta this time;
10   right?  So I guess whatever he did took place --
11        A.   I see that.
12        Q.   -- changed over by then.
13             All right.  The -- can you read the first
14   two paragraphs she writes to you on November 2nd,
15   1:22 p.m. into the record?
16        A.   Yes.  "Kristen, thanks so much for
17   confirming the ability for the claims in question
18   last week having the risk of causing vaccine
19   refusals.  And thank you all so much for your input
20   over the last week on our many questions about
21   vaccine misinformation relative to the EUA."
22        Q.   And second paragraph?
23        A.   (As read)  I wanted to share that as a
24   result of our work together, when the FDA give
25   emergency use authorization to the Pfizer vaccine
```

CAROL CRAWFORD  11/15/2022

```
 1    for children last week, we immediately updated our

 2    policies globally to remove false claims about the

 3    COVID-19 vaccine for children, e.g., the COVID

 4    vaccine is not safe for kids, we also launched a new

 5    feature on Instagram where accounts that repeatedly

 6    post content that violates our polices on COVID-19

 7    or vaccine misinformation may now lose the ability

 8    to be tagged or mentioned or may see pop-ups asking

 9    if they'd like to delete certain posts that violate

10    our policies.

11         Q.  And then she goes on to say:  Now we've

12    identified new claims; right?  And then she lists

13    them?

14         A.  Yes.

15         Q.  And she asks you could you tell her

16    whether the claim is false, and if believed this

17    claim could contribute to vaccine refusals; right?

18         A.  Yes.

19         Q.  All right.  And this is similar to the

20    other lists she had sent you earlier that we looked

21    at to be debunked or not?

22         A.  This is similar.  This time, though,

23    they -- I think -- I don't know if this is the first

24    time, but this added the whole "could this

25    contribute to vaccine refusals" element that I don't
```

**CAROL CRAWFORD  11/15/2022**

```
 1   think we had on the last one.
 2        Q.  Okay.  What was your understanding of why
 3   she was reporting to you Meta's policies on
 4   childhood vaccines?
 5           MS. SNOW:  Objection.  Mischaracterizes
 6   the document.
 7   BY MR. VECCHIONE:
 8        Q.  You can answer.
 9        A.  Would you reask the question?
10        Q.  Yeah.  What was your understanding of why
11   she was telling you what Meta's policy was on
12   pediatric vaccines?
13        A.  Well, I don't know what -- why she was
14   doing it specifically because I can't speculate on
15   that, but I received it as a thank you for assisting
16   with the claims or the facts about this that we
17   could provide.
18        Q.  And then why did you think she was asking
19   you to tell her which claims were true and which
20   were false on that further list?
21           MS. SNOW:  Objection.
22        A.  Sorry?
23           MS. SNOW:  Mischaracterizes the document.
24   BY MR. VECCHIONE:
25        Q.  Okay.  You can answer.
```

**CAROL CRAWFORD  11/15/2022**

```
 1          A.  Ask the question again.

 2          Q.  Yeah.  What was your understanding of what

 3     Langone was asking -- why she was asking you to tell

 4     her which of these claims were true and which were

 5     false, and, as you said, which would lead to vaccine

 6     hesitancy?

 7          A.  It was still my interpretation that she

 8     was asking to inform their policies.  They were

 9     looking for CDC, who would have the scientific

10     facts, to provide them with scientific facts.

11          Q.  And didn't this email give you a pretty

12     good idea that when CDC said something was false

13     that Meta was going to take it down?

14               MS. SNOW:  Objection.  Calls for

15     speculation.

16     BY MR. VECCHIONE:

17          Q.  You can answer.

18          A.  I did not have a recollection of this

19     email, and -- when I think about the work we did,

20     but it definitely says here that they updated the

21     policy globally to remove additional false claims.

22          Q.  All right.  Upon getting your information;

23     correct?

24          A.  It doesn't say upon getting our

25     information.  It just says that when the FDA gave
```

**CAROL CRAWFORD  11/15/2022**

1   the emergency use authorization we immediately

2   updated our policies.  It doesn't say upon getting

3   our information.

4       **Q.  She goes on to say:  I wanted to share**

5   **that as a result of our work together; right?**

6       A.  Yes.  But I assume this was -- I mean, I

7   don't -- I'm reading it now.  I don't have memory of

8   this email.  I'm interpreting it more of like the

9   ongoing work for us to provide the facts to them.

10  It could have been something specific, but I don't

11  remember something specific regarding the -- this.

12      **Q.  Do you know whether -- and then you say --**

13  **hang on.  I'll get back to it.**

14       **You then respond to her on 11/2.  I think**

15  **it's 2:54:26.  It's down to the second.  "Got it,**

16  **Liz.  I'm going to work on this one with some other**

17  **vaccine staff and take this one off of Kristen."**

18       **So who are the other vaccine staff?**

19      A.  Kristen Nordlund is a press officer for

20  the National Center -- or at the time was a press

21  officer for the National Center for Immunization,

22  Respiratory Diseases where the vaccine work was, and

23  she was very involved in the COVID response.

24       And I don't see it in this chain, and I

25  cannot be sure, but what I think happened was that

**CAROL CRAWFORD 11/15/2022**

1  Kristen helped on some questions regarding this in a

2  previous set of emails or maybe a conversation.

3     **Q.  All right.  And then you say: "I hope we**

4  **can do it by Monday."**

5        **So it's going to take a little less than a**

6  **week.  But you're going to hope to get back to her**

7  **by then.  This is a Tuesday.**

8     A.  Yes.  I see that, yes.

9     **Q.  But then you say: "Thank you so much for**

10 **the feedback on what you've been able to do.  This**

11 **is very good to know."  Right?**

12    A.  I do say that, yes.

13    **Q.  So you're approving of her taking down the**

14 **COVID vaccine is not safe for kids off the Meta**

15 **platforms; right?**

16       MS. SNOW:  Objection.  Mischaracterizes

17 document and testimony.

18 BY MR. VECCHIONE:

19    **Q.  You can answer.**

20    A.  I did not mean it generally.  I never felt

21 that my role, or CDC's role, was to determine what

22 to do with the scientific information that we

23 provided.  But I'm happy that providing the

24 scientific information led to less spread of

25 misinformation.  In this email I think what's what I

CAROL CRAWFORD  11/15/2022

```
 1   was reflecting.

 2        Q.  So you were pleased that people who

 3   believed that the COVID vaccine was not safe for

 4   kids were taken off the platforms of Meta?

 5             MS. SNOW:  Objection.  Mischaracterizes

 6   testimony.

 7        A.  I don't think that's what she's saying in

 8   here.

 9   BY MR. VECCHIONE:

10        Q.  (As read)  We immediately updated our

11   policies globally to remove additional false claims

12   about COVID vaccine for children, e.g. the COVID

13   vaccine is not safe for kids.

14             That doesn't tell you that she's removing

15   those people from the platform?

16             MS. SNOW:  Objection.  Mischaracterizes

17   document.

18        A.  No.

19   BY MR. VECCHIONE:

20        Q.  What is she doing then?

21        A.  I understand that she's removing claims

22   that have -- that are not scientifically accurate.

23        Q.  Okay.  Well, let me put it another way.

24   People who post that statement will have that

25   statement removed from Meta; correct?
```

```
 1              MS. SNOW:  Objection.  It calls for
 2     speculation, mischaracterizes the document.
 3     BY MR. VECCHIONE:
 4          Q.  That was your understanding of this email;
 5     right?
 6          A.  I think we'd have to just look at what's
 7     written here.
 8          Q.  And it is in English; right?
 9              MS. SNOW:  Objection.
10              MR. GILLIGAN:  Argumentative.
11          A.  I don't think you're characterizing it
12     correctly.  Sorry.
13              (Plaintiffs' Exhibit 23 marked.)
14     BY MR. VECCHIONE:
15          Q.  Move on to Exhibit 23.  And once again I'd
16     like you to just read the subject line and the date,
17     and then read the rest to yourself.
18          A.  New claims and policy updates following
19     EAU authorization for 5 to 11-year olds.
20              This is on November 8th, 2021 from me to
21     Liz and some others at CDC.
22              Okay.
23          Q.  All right.  So once again in Exhibit 23
24     she's asking you a number of questions, particularly
25     number one was COVID-19 vaccines weaken the immune
```

1   system.  And then the same question she's asked

2   before:  "Is this false?  Could this lead to vaccine

3   refusals?"  Right?

4        A.  Yes.

5        Q.  And you've -- and you've responded,

6   "false"; right?  "COVID vaccination will help people

7   from getting COVID-19.  Adults and children may have

8   some side effects from vaccine which is normal signs

9   that their body is building protection.  These side

10  effects may affect their ability to do daily

11  activities but they should go away in a few days.

12  Some people have no side effects, and allergic

13  reactions are rare.  Learn how mRNA vaccines work."

14  Right?  That's your response to her?

15       A.  That I received from the content teams,

16  yes.

17            (Plaintiffs' Exhibit 24 marked.)

18  BY MR. VECCHIONE:

19       Q.  Okay.  I'm going to give you Exhibit 24.

20  I'll just represent to you this is a report about

21  European's Medicines Agency.

22            Do you know whether or not CDC looked to

23  other worldwide agencies' view of the vaccines in

24  order to inform Facebook on what was true and false?

25       A.  That's completely out of my expertise or

**CAROL CRAWFORD  11/15/2022**

```
 1   knowledge.
 2        Q.  Have you seen this document before?
 3        A.  No.
 4        Q.  And you don't know whether it was used to
 5   formulate any response you gave to Ms. Lagone?
 6        A.  No.
 7            MS. SNOW:  Objection.  Asked and answered.
 8   BY MR. VECCHIONE:
 9        Q.  That's fine.  You said no.
10        A.  (Nods head.)
11        Q.  And then let's look at -- I think I tossed
12   my document aside.  Yeah.
13            I'll direct you to item number six that
14   you responded to Lagone about breast milk from
15   vaccinated parents, harmful to babies and children.
16            MR. GILLIGAN:  What document you referring
17   to again, John?
18            MR. VECCHIONE:  It's number 23.  It's
19   number six of the Lagone proposals.
20            MR. GILLIGAN:  Thank you.
21            MR. VECCHIONE:  You know what, I'm going
22   to let that -- we're going to move on.
23            MR. GILLIGAN:  Okay.  No objection.
24   BY MR. VECCHIONE:
25        Q.  All right.  We're going to Exhibit 26.
```

Case 3:22-cv-01213-TAD-KDM Document 20-26-3 Filed 03/03/23 Page 166 of 345 PageID #: 11110

```
 1    We're going to skip Exhibit 25.

 2                (Plaintiffs' Exhibit 26 marked.)

 3    BY MR. VECCHIONE:

 4        Q.  And once again I ask you to tell me what

 5    the subject line is, and the date, and then read it

 6    to yourself of Exhibit 26.

 7        A.  Vaccine misinformation questions for CDC.

 8    February 3rd, 2022.

 9                I have read it.  I didn't read all the

10    questions.

11        Q.  I got.  I'll direct you too.  So this is a

12    long email, so let's go by it in pieces.

13        A.  Mm-hmm (affirmative).

14        Q.  If you see Liz Lagone writes to you on

15    February 3rd, 2022 4:36; right?

16        A.  Yes.

17        Q.  The very front page.  She says:  Hi,

18    Carol.  And could you please read her paragraph

19    there?

20        A.  (As read) I hope your team are well and

21    staying healthy.  Thank you so much for the

22    information you provided on claims we asked about

23    last month.  Since we last spoke, I wanted to share

24    updates we made as a result of our work together.  I

25    also wanted to ask for your assessment of a few
```

1   things, including three additional claims we've

2   become aware of from our regular monitoring; how FDA

3   EUA authorization for children under five might

4   impact our policies; and three, CDC's insights

5   regarding deaths from vaccines.  As always, please

6   do let me know if it's easier to set up a time to

7   talk.  Otherwise could we get input before

8   February 9.

9          **Q.  Okay.  Time to talk through any of these**

10   **live; right?**

11         A.  Excuse me?

12         **Q.  I think you just --**

13         A.  Oh, did I miss a sentence?

14         **Q.  I think you just skipped.**

15         A.  Sorry.  "Set up a time to talk through any

16   of these live."  I apologize.

17         **Q.  So what was your understanding of what she**

18   **meant by as a result of our work together?**

19         A.  I believe the result of the work together

20   is us providing the scientific information for the

21   questions that they were asking us periodically like

22   these in this email.

23         **Q.  All right.  And if you'd look -- I'd ask**

24   **you to go to the back of the document, the very**

25   **back.  And the first at three, she says:  "COVID-19**

CAROL CRAWFORD  11/15/2022

1    vaccines have caused thousands/millions of deaths."

2            And she says:  (As read) Under our current

3    policy, we remove posts that claim that COVID-19

4    vaccines kill people or lead to death.  We removed

5    these posts on the grounds that the claim is false

6    and that it's harmful because people believe it, it

7    might make them less likely to get vaccinated;

8    right?

9        A.  Yes.

10        Q.  And then she notes that:  In fact,

11    vaccines -- some people might have an adverse

12    reaction that leads to death; right?

13            MS. SNOW:  Objection.  Mischaracterizes

14    the document.

15        A.  I also can't --

16    BY MR. VECCHIONE:

17        Q.  Okay.

18        A.  I'm not a scientist.

19        Q.  I understand that.  But she's telling you

20    her understanding.  Putting millions and thousands

21    of deaths aside, we have this -- she's bringing to

22    you a problem now.

23        A.  Okay.  If you'd -- I lost where you're

24    reading from.

25        Q.  Okay.  So on the last page she says:  We

1     understand that in general COVID-19 vaccines do not

2     cause death.  However, we are aware that some deaths

3     have been linked to COVID-19 vaccination such as

4     detailed in this correspondence in The Lancet...

5     reporting death rates from TTS following AstraZeneca

6     vaccination in a number of countries.

7            And then she's saying we're going to

8     reconsider our policies, and she's asking you for

9     your advice; correct?

10        A.   She's asking us for scientific

11    information.

12        Q.   I'll ask you to go to the second page of

13    this document, which is Bates stamped 1684 at the

14    bottom.  And in the middle of the page under number

15    2 of the Claims about COVID vaccines for children

16    under five years of age.

17            And she says:  We understand the FDA is

18    considering giving emergency use authorization for

19    COVID-19 vaccine for children under five in coming

20    weeks.  We are considering how our existing policy

21    on COVID-19 vaccines (see below) should apply to

22    claims about children 6 months to 4 years once the

23    vaccine is approved for use.  Can you please assess

24    for each claim whether it is false for children in

25    this age range and if believed, likely to contribute

CAROL CRAWFORD  11/15/2022

```
 1   to vaccine hesitancy or refusal?

 2           And then:  Please let us know if it's

 3   easiest to set up a time to meet and discuss each

 4   one.

 5           And then she tells you what their policies

 6   are; correct?

 7       A.  No.  I don't -- I haven't interpreted any

 8   of this as being the policies.  These are the

 9   claims.

10       Q.  Okay.

11       A.  These are the things or -- they're saying

12   are these true or false or unknown.

13       Q.  Well, at the first one we read, though,

14   they -- she did tell you under our current policy,

15   remove posts that claim COVID-19 vaccines kill

16   people or lead to death; right?

17       A.  But the policy is not the same as the

18   claims.  The claims are the -- what she's asking us

19   about, which is I know that they're using our

20   scientific information to determine their policy,

21   but they're asking us about the science.

22       Q.  Okay.  And your response was:  "PS - the

23   update is very helpful.  Thank you for including

24   that."  Right?

25       A.  Yes.
```

**CAROL CRAWFORD  11/15/2022**

```
 1          Q.  But and in this you don't respond on
 2     whether anything's debunked or not?
 3          A.  Yes.  I don't remember if we did or not.
 4          Q.  And what did you find helpful about this?
 5          A.  I think what I think is helpful for us is
 6     to have her ask us specifically what she needs input
 7     on.  So it's been helpful when she started just
 8     sending us the things she's wanting us to do.
 9              I also think it is helpful to know that
10     they're actually using the responses that we have in
11     some form or fashion because it takes time to put
12     them together.
13          Q.  Thank you.  You can put that aside.
14          A.  Okay.
15              (Plaintiffs' Exhibit 27 marked.)
16     BY MR. VECCHIONE:
17          Q.  And just again tell me the subject matter,
18     the date, and then read it to yourself.
19          A.  Okay.
20              MS. SNOW:  What exhibit is it?
21              MR. VECCHIONE:  Exhibit 27.
22          A.  Have five minutes to chat.  E: Vaccine
23     Misinformation questions for CDC February 4th, 2022.
24              Okay.
25              (Reporter clarifying exhibit number.)
```

```
 1   BY MR. VECCHIONE:
 2        Q.  All right.  And I think this is the same,
 3   at least part of the email is the same, as the last
 4   one we looked at; right?
 5        A.  I agree.
 6        Q.  But there is a different chain on top of
 7   hers saying she -- the part where she says she hopes
 8   you and your team are well and staying healthy.
 9        A.  Can I see 26?
10        Q.  When you say on February 3rd at 5:21:
11   I'll talk to the vaccine program and see what I can
12   do -- or what we can do.  Excuse me.  You say:  I
13   will talk to the vaccine program and see what we can
14   do; right?
15        A.  Yes.
16        Q.  Is that to have a meeting on these
17   questions that she'd presented?
18        A.  Well, I mean, I guess it could have been a
19   meeting, but I was -- I was meeting -- I'll see if
20   they could -- it was a lot of claims she gave in
21   this email.
22        Q.  Right.
23        A.  And I was thinking I don't know that we're
24   going to be able to address all of these.  So I
25   think I was thinking I would talk to them and see if
```

CAROL CRAWFORD  11/15/2022

```
 1   would even be willing to look at this many of them
 2   because she's asking for input on them within a
 3   couple of days.
 4       Q.  And it would be difficult to give input on
 5   all those questions that quickly?
 6       A.  I thought so.
 7       Q.  And do you know if this phone call
 8   occurred that you say at the very top of it in
 9   Exhibit 27?
10       A.  I don't know for sure.  I think that she
11   called, and I just said, look, I don't think that
12   we're going to be able to -- I was going out of
13   town.  I do remember that much.  I think I -- I
14   think she may have called, or I had emailed her
15   separately when we didn't catch up, and said I don't
16   think we're going to have it this quickly, it
17   probably will be when I return.
18           MR. VECCHIONE:  Aren't you glad you came?
19           MR. KUMAR:  Make myself useful, yeah.
20           (Plaintiffs' Exhibit 28 marked.)
21   BY MR. VECCHIONE:
22       Q.  And once again I'd ask you to read, for
23   Exhibit 28 read the subject line and the date and
24   read it to yourself.
25       A.  Okay.  COVID Misinfo Project.  3/23/2021.
```

CAROL CRAWFORD 11/15/2022

```
 1          Okay.
 2      Q.  Okay.  We have a new cast of characters.
 3  I'd like you to take a look at the bottom here, the
 4  March 18, 2021 portion of the email chain.
 5      A.  Yes.
 6      Q.  And that's from you to Stanley Onyimba at
 7  a Google -- it's ███  ███████@google.com and Jan
 8  Antonaros at -- ████████@google.com.
 9          Do you recognize those names?
10      A.  Yes.  And Stanley was the name I couldn't
11  remember when you asked me who my POCs were at
12  Google.
13      Q.  Okay.  Stanley.
14          So you wrote to them on March 18 -- well,
15  read that out loud to me what you wrote to them:
16  "Stanley/Jan"?
17      A.  (As read)  As I believe we discussed
18  previously, CDC is now working with Census to
19  leverage some of their infrastructure to help
20  identify and address COVID vaccine misinfo.  As I
21  understand it from the Census team, when they were
22  doing this for the Census project last year, they
23  met regularly with a Google/YouTube Trust team.  Is
24  it possible for us to start regular meetings on this
25  topic or maybe use our existing time?  Let us know
```

 1   if you want to discuss in more depth.

 2        Q.  All right.  So what did you mean by CDC is

 3   now working with Census to leverage some of their

 4   infrastructure to help identify and address COVID

 5   vaccine misinfo?

 6        A.  That was the work of the IAA with Census

 7   to help consult and work with us on the COVID

 8   misinformation information.  I just -- put COVID

 9   information one time.  That's what I'm referring to

10   here.  This is more specific.  This is when I refer

11   to infrastructure, I was referring to the fact that

12   Christopher ran those reports and looked for

13   misinformation on these areas for us.

14        Q.  All right.  And you refer to the Census

15   project last year in which they met -- meet

16   regularly with Google YouTube Trust team.

17             Was that a different project?

18        A.  That was their -- I believe this was the

19   2020 Census.

20        Q.  And that's what you think you're referring

21   to there?

22        A.  Yes.

23        Q.  Do you know whether or not the Census

24   engaged in content moderation with Google?

25        A.  I don't know.

**CAROL CRAWFORD  11/15/2022**

```
 1              MS. SNOW:  Objection.  Vague.
 2   BY MR. VECCHIONE:
 3        Q.  So and here I am not using censorship --
 4   anyways, still drawing objections.
 5              All right.  Let's take a look at
 6   March 23rd, 2021.  Jan Antonaros to you, and cc's
 7   Stanley Onyimba.  Can you read that response out
 8   loud?
 9        A.  Yes.  But before I do, I want to go back
10   to the clarification that she objected.  When you
11   asked me did Census do content moderation, I assumed
12   you meant for the Census project, and I answered for
13   that.
14        Q.  Okay.  How about for --
15        A.  I wondered if there was more vagueness
16   to --
17        Q.  And how about for the COVID-19 vaccine
18   project?
19        A.  Not to my knowledge either.
20        Q.  Okay.
21        A.  But I thought you were referring to their
22   project.
23        Q.  All right.  So please read Mr. Antonaros'
24   response to you.
25        A.  Hey, Carol -- or "Hi, Carol, Thank you for
```

CAROL CRAWFORD  11/15/2022

1   your patience as we identified the right colleagues

2   from Google to pull into this effort.  Would it be

3   possible to schedule a call for later this week to

4   learn more about how the CDC and Census envision

5   working together on this important topic."

6         **Q.  What was your understanding of what**

7   **Antonaros meant by the right colleague from Google**

8   **to pull into this effort?**

9         A.  I believe she was going to ask people on

10  their trust team, or whatever their name for their,

11  that kind of team is.

12        **Q.  Okay.  Did you -- do you know now or did**

13  **you know then who these people were and what their**

14  **titles were, or are?**

15        A.  No.  I mean, I might have known then.

16  They may have participated in the meeting.

17        **Q.  But you can't remember now?**

18        A.  But I don't know their names now.

19        **Q.  And what's your response to him?**

20        A.  "Sounds good to check in first -- would

21  Friday around 3:30 work?"

22        **Q.  All right.  And do you know whether or not**

23  **you had that call with him?**

24        A.  I don't remember.

25        **Q.  All right.  So you don't recall who was on**

```
 1    the call besides you, if it took place?

 2            MS. SNOW:  Objection.  Mischaracterizes

 3    testimony.

 4        A.  I --

 5            MS. SNOW:  Sorry.

 6            (Inaudible crosstalk.)

 7            MR. VECCHIONE:  I'll rephrase.

 8    BY MR. VECCHIONE:

 9        Q.  You don't recall whether the call happened

10    and who was on it?

11        A.  Correct.

12        Q.  All right.  And do you know whether you'd

13    have a calendar with that call on it, by any chance?

14        A.  If we had a call, we typically had a

15    calendar appointment.

16        Q.  Okay.  All right.  And what was -- you say

17    "sounds good to check in first."

18            What did you want to check in with him

19    for?  What were you -- what did you want to talk

20    about first?

21        A.  I mean, I'm doing this from reading the

22    email.  I think she's saying let's check in before

23    our regular meeting.

24        Q.  Okay.

25        A.  I think that's what -- I mean, that's how
```

CAROL CRAWFORD  11/15/2022

```
 1    I interpreted the "check in first."
 2         Q.  And by this time were you already having
 3    regular meetings with Google like we've seen with
 4    Facebook?
 5         A.  Yeah.  This was in 2021.  So we had been
 6    meeting pretty regularly with Google by this time.
 7              MR. VECCHIONE:  Okay.  You can put that
 8    aside.
 9              (Plaintiffs' Exhibit 29 marked.)
10    BY MR. VECCHIONE:
11         Q.  Let's try Exhibit 29.  Same thing, read me
12    the subject line, the date, and then take a look at
13    it.
14         A.  Okay.  Okay.  Subject line's:  Followup on
15    misinformation, or misinfo conversation.  It's
16    4/5/2021.
17              THE WITNESS:  Can I see this?
18              MS. SNOW:  Yes.
19         A.  Okay.
20    BY MR. VECCHIONE:
21         Q.  All right.  So can you go to the very end,
22    I guess, the very last page, read what you said on
23    March 29 at 9:52.
24         A.  "Are you all open to using our regular 4pm
25    meetings to go over things with Census, or what is
```

**CAROL CRAWFORD  11/15/2022**

1  preferred?  I wasn't clear how interested you all

2  were on this effort or who the players are on your

3  end."

4      **Q.  So what were the regular 4:00 p.m.**

5  **meetings you refer to?**

6      A.  I think -- because I still have a

7  4:00 p.m. meeting every other Monday with Google.  I

8  think that these were the same every-other-week

9  check-in meetings.  Sometimes we wouldn't have them.

10  Sometimes we would have them and discuss things.

11      **Q.  Did you have similar regular meetings with**

12  **the other platforms we've been discussing, Face- --**

13  **Meta and Twitter?**

14      A.  We -- you asked some of this earlier.

15      **Q.  I did.**

16      A.  The same answer.  So we had regular

17  meetings with Google, and we had regular meetings

18  with Meta.  Most -- you know, the frequency changed.

19  So, you know, I don't meet as often.  I mean, Google

20  we meet every other week.  Right now with Meta it's

21  more ad hoc.

22      **Q.  Okay.**

23      A.  We had had a regular meeting with

24  Pinterest for a short period of time, and we had my

25  memory was just more ad hoc meetings on occasion

Case 3:22-cv-01213-TAD-KDM Document 20-6-3 Filed 03/03/23 Page 182 of 335 PageID #: 11125

1    with Twitter.

2        Q.  **So on the regular meetings with either**

3    **Google or Facebook?**

4        A.  Mm-hmm (affirmative).

5        Q.  **Well, let me ask the question this way.**

6    **From the CDC end, were the same people usually**

7    **attending those meetings with each social media?**

8        A.  It could vary.  I mean, I was always -- I

9    mean, with Google, it was typically me and Fred

10   Smith, who's our technical lead, because often the

11   Google questions would be more about technical

12   implementations that we might have to work on.  We

13   were usually always on it.  Sometimes I would --

14   depending on the subject, I would bring in other

15   people.

16            With Meta, I was pretty much always on

17   there.  Jay typically listened in.  And then I would

18   bring people in depending on the subject.

19       Q.  **All right.  And what were the -- were the**

20   **topics typically misinformation, or technical**

21   **subjects?**

22       A.  They -- by and large, they were mostly

23   about things other than misinformation; though

24   misinformation was discussed in the meetings.  But

25   they were originated about getting our credible

**CAROL CRAWFORD  11/15/2022**

```
 1   information out to our audiences and some of the
 2   examples I gave this morning.
 3        Q.  Okay.  And what did you mean by with we're
 4   going to check with -- "to go over things with
 5   Census, or what is preferred"?  What does that mean?
 6        A.  I don't -- I don't have direct memory of
 7   it.  I'm only assuming that -- what I recall doing
 8   is asking through this chain is like is it okay if
 9   we bring Census in?  Do you like -- what format is
10   best to talk about misinformation?
11            Maybe we didn't resolve it on this call
12   from the previous exhibit.  I can't say for sure
13   what I meant by it.
14        Q.  Okay.  And then could you read Onyimba's
15   response to you on that, following that on
16   March 29th?
17        A.  (As read)  We would like to follow up on
18   our discussion with your colleague, Cynthia, on
19   vaccine information a few months ago.  Specifically,
20   we plan to share a new list of common vaccine
21   misinformation claims and would love it if Cynthia
22   or other vaccine experts can join.  We can also save
23   a few minutes for me, you and Jan to discuss
24   potential next steps regarding Census, but will not
25   need the broader team for that discussion.
```

**CAROL CRAWFORD  11/15/2022**

```
 1          Q.  So who's Cynthia?
 2          A.  Cynthia Jorgensen, which was on a previous
 3    exhibit.  She was the -- I mean, at the time of the
 4    other exhibits, she was the co-lead and the
 5    associate director for communication.  I don't know
 6    what role she was -- she was definitely the ACS
 7    during this.  I don't know if he was in their JIC
 8    during this period of time.
 9          Q.  Do you know what vaccine information she
10    provided to Google?
11          A.  I don't recall specifically.  But they --
12    so they were trying to be sure that they had the
13    right information when someone Googled something.
14    When you Google COVID, for instance, there are these
15    little tabs that come up.  They'll say, like,
16    symptoms, treatment, vaccines.  And that content,
17    some of the things came from the CDC website.  So
18    from time to time they wanted to update information
19    like that, and would ask us to have an expert on
20    that could talk about it.
21          Q.  Got it.
22          A.  I don't remember this question, but I'm
23    sure that's what it's in reference to.
24          Q.  All right.  Do you know what Google did
25    with the list of common vaccine misinformation
```

```
 1   claims?
 2        A.  I don't remember the list of claims, or
 3   what the format was or what they asked us about it.
 4   Maybe if you have future exhibits I'll remember, but
 5   I don't recall from this.
 6        Q.  All right.  And then he says and -- "can
 7   save a few minutes for you, me and Jan to discuss
 8   potential next steps regarding the Census but will
 9   not need the broader team for the discussion."
10        Is that your understanding that it's a
11   discussion about Census, or with Census, like are
12   they there?
13        A.  I don't know for sure what this was in
14   reference to.  But it -- I think that it is in
15   reference to discussing how to engage on an ongoing
16   basis about misinformation and the Census suggestion
17   that we have regular meetings with them just on that
18   topic.
19        Q.  I got it.  And you respond that you're
20   going to get those subject matter experts on the
21   next call?
22        A.  Yes.
23        Q.  I think I might as well add, and Census
24   won't be there, but you'll discuss how to engage
25   with them.  Is that the meaning of that, that they
```

CAROL CRAWFORD  11/15/2022

```
 1   are not going to be at the next meeting but we'll
 2   talk about them?
 3        A.  That's my assumption.
 4        Q.  Okay.
 5        A.  I don't know if it's because they weren't
 6   available, or if there was some reason we didn't
 7   invite them.
 8        Q.  Do you recall what your discussion with
 9   Census was about Google at that time?
10        A.  I don't recall, but I still believe this
11   is just about how to engage more regularly about
12   misinformation, or whatever -- whatever Census had
13   done with Google and YouTube, should we have a
14   similar structure with CDC.  I believe that is what
15   is not resolved in these chains.
16        Q.  All right.  And then Mr. Onyimba asked you
17   another question on Friday April 2nd, 2021.
18        A.  Mm-hmm (affirmative).
19        Q.  He says:  "Thanks again for your time this
20   week.  Attached are some of the claims we discussed
21   for your reference," and they are not attached so we
22   can't see those.  But it says:  "On a separate but
23   related note would you happen to know if the CDC has
24   statistics on hospitalization or death for people in
25   the 40-49 age category who do not have underlying
```

CAROL CRAWFORD  11/15/2022

Page 186

```
 1    health conditions or co-morbidities?"
 2            You see that?
 3        A.  Yes.
 4        Q.  Do you know why he was asking you that?
 5        A.  No, I don't know why he was asking me
 6    that.
 7        Q.  And you responded on April 5th that you
 8    couldn't respond over the weekend, but then you -- I
 9    think you sent him this chart?
10        A.  Yes.
11        Q.  What is that chart?
12        A.  I thought that this chart would answer his
13    question.  It's the -- it was from the CDC's data
14    tracker.  It's a chart on hospitalizations.
15        Q.  But it's a chart of people with asthma;
16    right?
17        A.  That's -- the link worked -- you could --
18    that's a drop-down where you can pick anything you
19    want I think I'd screenshot so he'd know what was
20    going to be on the link.
21        Q.  So you could pick without asthma if you
22    wanted?
23        A.  Yeah.  I think I just was showing him what
24    it was.
25        Q.  Okay.
```

```
 1         A.  But the link was more interactive.
 2         Q.  Okay.  And so if he went there, if you go
 3    to this website, theoretically he can take out
 4    asthma and put in whatever age range he wants?
 5         A.  Mm-hmm (affirmative).  And you could pick
 6    a different major category or an age.
 7              MR. VECCHIONE:  Thank you.  Put that
 8    aside.
 9              (Plaintiffs' Exhibit 30 marked.)
10    BY MR. VECCHIONE:
11         Q.  Plaintiffs' Exhibit 30.  Again, could you
12    just tell us the subject matter and the date and
13    then read it to yourself.
14         A.  Subject:  Follow up on mis-info
15    conversation.  4/12/21.  4 -- yeah, 2021.  Sorry.
16              Okay.
17         Q.  So would you agree with me that this is
18    also, if you look at Plaintiffs' Exhibit 29, that
19    bottom link you had sent is the same link, and then
20    there is just a new chain on the top of this?
21         A.  Yes.
22         Q.  And then you ask him:  "Can you give me an
23    idea what topics we'll be covering?  But yes, I'll
24    ask them to attend."
25              I guess we ought to read.  Could you
```

**CAROL CRAWFORD  11/15/2022**

1    please read to me what question he asked you?

2         A.  "For tomorrow's call would it be possible

3    to include Cynthia or other COVID-19 treatment SMEs

4    to follow up on some additional questions?"

5         Q.  And then you say:  "Can you give me an

6    idea of what topics we'll be covering?  But, yes,

7    I'll ask them to attend"?

8         A.  Yes.

9         Q.  Was this a BOLO meeting or a regular

10   meeting?  Like, was this for something that had just

11   occurred that you wanted to alert them to, or was

12   this a regular meeting?

13        A.  I don't believe this was a BOLO meeting

14   because I don't think we had started BOLO meetings

15   in April.  I think we started those in May.  I don't

16   know for sure, but I don't feel like that's what

17   this was.

18             I -- without that attachment, I don't

19   remember what it was, but it wasn't uncommon for

20   them to have just general questions about things and

21   ask us to bring people to a meeting to help go over

22   it.  Maybe they were trying to display something in

23   the search or whatever.  I just -- I don't remember

24   this context.

25             (Plaintiffs' Exhibit 31 marked.)

CAROL CRAWFORD  11/15/2022

Page 189

```
 1    BY MR. VECCHIONE:
 2         Q.  All right.  Go to Exhibit 31.
 3         A.  Thank you.
 4         Q.  Once again for Exhibit 31 could you tell
 5    me the date and the subject matter line, and then
 6    read it to yourself.
 7         A.  Subject:  Omicron page.  Sent December 21,
 8    2021.
 9              Okay.
10         Q.  All right.  We can go to the back again,
11    the last page.  And you have an email exchange you
12    sent on December 21, 2021 at 10:38?
13         A.  Yes.
14         Q.  Who did you send it to?
15         A.  That's -- I -- probably to Jan and
16    Stanley.
17         Q.  Okay.  And why are you sending information
18    about Omicron-specific pages to them?
19         A.  Very similar to how I described how we've
20    been working with them.  This was a really big thing
21    at the time, and they are trying to also be sure
22    that people can find things in the search results,
23    and they were -- they were highlighting CDC content
24    and what they -- I call it the knowledge panel,
25    those little tabs on Google.
```

CAROL CRAWFORD  11/15/2022

```
 1          So, if something big like this was
 2   happening I would let them know if we had new key
 3   pages that they were likely getting a high number of
 4   searches on.  And I'm pretty sure everyone was
 5   searching for Omicron around December of 2021.  So
 6   that is why I sent it to them so they would have
 7   awareness of this brand new piece of content, and
 8   because I was seeing this -- I know.  I have a
 9   point.
10        Q.  Right.
11        A.  This is a screenshot of what I call the
12   knowledge panel with the tabs, and it wasn't coming
13   up with the newer piece of content.  So I wanted to
14   alert them to it.
15        Q.  Okay.  So what you've cut and pasted I
16   think in there, says, like, coronavirus virus
17   disease, and then there is overview statistic
18   symptoms?
19        A.  Yes.
20        Q.  And then below it has the information on
21   variants.
22        A.  Mm-hmm (affirmative).
23        Q.  All right.  So let me understand this,
24   because I'm not quite sure I'm getting it.
25              You say: "I see our main Variant page."
```

 1    **That means CDC's variant page; right?**
 2         A.  Yes.
 3         **Q.  "Is coming up at the top of the**
 4    **Omicron/variant panel."**
 5             **What -- was that Google search?**
 6         A.  Yes.
 7         **Q.  Or what are you referring to then?**
 8         A.  So this -- when you search Google, you
 9    would get -- this is a screenshot --
10         **Q.  Got it.**
11         A.  -- of the Google results.
12         **Q.  Okay.**
13         A.  This is not our site.  This is their site.
14    They have these little things that say overview
15    symptom -- I mean, statistic symptoms.  Some of
16    these were populated by CDC's content.  There was
17    one here that's cut off that said variants.
18         **Q.  Got it.**
19         A.  That was going to just the general
20    variants page.  But I know people were looking --
21    because we'd saw all the search terms, they were
22    looking for Omicron specifically, and I wanted to
23    make them aware that they may want to swap the links
24    out.
25         **Q.  Okay.  And so you said:  "So I want to be**

CAROL CRAWFORD  11/15/2022

```
 1    sure you were aware that this Omicron specific page
 2    is maturing and I expect further updates."
 3              What does that mean, the Omicron-specific
 4    page is maturing?  The one at CDC?
 5         A.  Yes.  This was our page, like -- you know,
 6    this is pretty early in the Omicron, I believe, I
 7    don't have the timetable in it, but -- so we're
 8    always updating our web pages as situations changes.
 9    So I don't think this -- at the time I sent it I had
10    just tons of concrete information, but it -- we were
11    going to add to it, and I thought it was a better
12    place to send people that were searching for
13    Omicron.
14         Q.  And what did you want them to do with it?
15         A.  Well, they have always been clear that the
16    search results are not something that they mess
17    with, but this part, the knowledge panel, is
18    something that they manually assembled and worked
19    with us on.  So I thought they might want to switch
20    this.  (Indicating.)
21         Q.  Got it.  And then he responds -- at least
22    it looks like Jan Antonaros responds to you; right?
23         A.  Jan does, yes.
24         Q.  "Thanks for heads up.  Our health team,
25    including our Chief Health Officer, is tracking U.S.
```

**CAROL CRAWFORD  11/15/2022**

 1   **federal announcements today closely.  Stanley and I**

 2   **will take this back to our team."**

 3            **Do you know who the chief health officer**

 4   **was?**

 5        A.  I think -- I think it may be Karen

 6   DeSalvo.

 7        **Q.  Okay.**

 8        A.  But on their end.  That's their chief

 9   health officer.  I think that's her title.

10        **Q.  And when he says tracking U.S. federal**

11   **announcements today closely, does he mean on Google?**

12   **What does he mean by that, in your understanding?**

13            MS. SNOW:  Objection.  Calls for

14   speculation.

15   BY MR. VECCHIONE:

16        **Q.  What did you understand that term?**

17        A.  I don't remember.  I'm guessing there was

18   some announcements then, but I don't recall.

19        **Q.  Had Google been instructed by the CDC to**

20   **update following the CDC guidance?**

21        A.  To update what?

22        **Q.  To update their search engine, or for**

23   **their panels to follow the CDC guidance?**

24            MS. SNOW:  Objection.  Compound.

25   BY MR. VECCHIONE:

1          Q.  You could answer if you understand.

2          A.  We did not instruct Google to update their

3    search engines, or their panels.  But I did suggest

4    that -- and he said about CDC guidance.  This was --

5    this wasn't about -- this was a consumer page about

6    what people would need to know about Omicron.  I --

7    it was more of just correcting what I thought was a

8    better link in the panels that we had provided input

9    on before.

10          Google is already -- has always made it

11   clear that the search engine is sacred.  There is

12   nothing we can say to have them fix their search

13   engine, or change their search engine to something

14   else.

15          Q.  All right.  But how about the panel

16   itself?  What -- I guess what I'm trying to

17   understand is what -- you send them this panel --

18   because apparently it's going to the wrong place on

19   the CDC -- if you put in certain search terms, it's

20   going to the wrong place on the CDC website?

21          A.  So I think what's hard to understand about

22   this is this is not a typical way that Google

23   presents things.  You will have to ask Google how

24   they considered when they added it.  But my

25   perception is that because of the substantial demand

Case 3:22-cv-01213-TAD-KDM Document 2026-3 Filed 03/03/23 Page 196 of 335 PageID #: 11139

1  of searches for COVID, they added this that I call a
2  knowledge panel.  I think they may have another word
3  for it.  So that there is this layer before the
4  search results come up, and it looks like this
5  screenshot.
6      Q.  What you're pointing --
7      A.  But normally when you search, you don't
8  get that on other topics.  I think they do have it
9  for a few other topics, but I rarely run into it
10  when I do searches.
11      Q.  Okay.  And then on December 21st I think
12  Stanley Onyimba writes to you?
13      A.  Yes.
14      Q.  And he again said he explains how it's
15  working and what they are going to do; right?
16      A.  Yes.
17      Q.  And then he says again: "As Jan mentioned,
18  we are tracking announcements closely and will
19  continue to update our products to reflect the
20  latest guidance."
21          What did you understand that to mean?
22      A.  I think he is saying -- I -- gosh, I don't
23  remember what was happening the week of December 21.
24  There seems to be a reference to announcements that
25  I just, at this moment I'm not sure.  So I think I'm

CAROL CRAWFORD  11/15/2022

Page 196

 1   missing some context to what he's saying.

 2        **Q.  And at the top?**

 3        A.  Mm-hmm (affirmative).

 4        **Q.  Then you say:  "Glad you all are**

 5   **tracking."  You sign off.**

 6        A.  That would mean I'm glad you're watching

 7   what's happening, but I don't -- unfortunately, I

 8   can't remember what was happening that week that

 9   they're referencing.  But when they say reflect the

10   latest guidance, what I believe he's referring to is

11   what I said before is that we helped populate some

12   of these tabs.

13        **Q.  You can put that aside.**

14        A.  Okay.

15            (Plaintiffs' Exhibit 32 marked.)

16   BY MR. VECCHIONE:

17        **Q.  Exhibit 32.  And once again I'll ask you**

18   **for Exhibit 32 to read the subject line and the**

19   **date, and then read it to yourself.**

20        A.  Subject:  Request for problem accounts.

21   Sent April 9, 2021.

22            Okay.

23        **Q.  All right.  This is from you to Todd**

24   **O'Boyle at the top.  And then it's from Todd O'Boyle**

25   **to you at the bottom, right, on April 8th, 2021?**

```
 1         A.  Yes.

 2         Q.  Can you read what he writes to you, and

 3    then your response?

 4         A.  "Hi, Carol, I'm looking forward to setting

 5    up regular chats; my team has asked for examples of

 6    problematic content so we can examine trends.  All

 7    examples of misinformation are helpful, but in

 8    particular, if you have examples of fraud such as

 9    fraudulent COVID cures, fraudulent vaccine cards,

10    et cetera, that will be very helpful."

11              And I said:  "Yes, we will get back to you

12    early this week."

13         Q.  "Thanks for checking in"; right?

14              So did you -- had you talked to Todd

15    O'Boyle before this exchange?

16         A.  I don't recall.  But I think this is

17    around the time that Census was helping us, and I

18    believe I asked Todd, similar to I asked the other

19    ones, like:  Is there a good way that we should

20    start engaging on misinformation?  And this is

21    probably a followup to either that email or phone

22    call.

23         Q.  And so first, who's Todd O'Boyle?  And he

24    says at Twitter.com, so I assume he's at Twitter?

25         A.  Yes, Todd's at Twitter.  And I know he was
```

1  a point of contact that I received for the topic of

2  misinformation.  I don't know what his title was

3  specifically.

4      Q.  Okay.  Have you ever met him in person?

5      A.  No.  And as a clarification, I think I

6  called him Todd O'Brien when you asked me earlier

7  who the POCs were.  Until I see this, I didn't

8  remember his name correctly.

9      Q.  So O'Boyle, different, yes.

10      A.  Yes.

11      Q.  That's fine.  At this time did you set up

12  regular meetings with Twitter?

13      A.  My memory is is that we never got regular

14  meetings with Twitter set up.  I mean, around this

15  time.  I know they participated in the BOLO

16  meetings, but I don't recall any kind of regular

17  schedule with them.  I don't remember many occasions

18  we actually got on a phone call and discussed

19  anything during COVID.  There was a couple, but not

20  many.

21      Q.  How many BOLO meetings did you have with

22  the social media companies from the beginning of

23  COVID to, say, now?

24      A.  I think that we only had two.  And then I

25  think that I sent one time a -- in lieu of a meeting

 1   a PowerPoint.  And I didn't recall it but we sent

 2   another PowerPoint regarding that lab issue that was

 3   in a previous exhibit.

 4        **Q.  Do you know who directed Mr. O'Boyle to**

 5   **send misinformation on Twitter to you?**

 6             MS. SNOW:  Objection.  Mischaracterizes

 7   testimony.

 8        A.  Say again.

 9   BY MR. VECCHIONE:

10        **Q.  Excuse me.  Do you know who directed him**

11   **to ask you for examples of misinformation?**

12        A.  No.

13        **Q.  And do you know whether you sent him any?**

14        A.  No.

15        **Q.  Okay.**

16        A.  Could --

17        **Q.  Yeah, go ahead.**

18        A.  Can I get you to clarify?  What do you

19   mean by directed him to?

20        **Q.  I just wanted to -- I'll put it this way.**

21   **Todd O'Boyle was your point of contact with Twitter?**

22        A.  Yes.

23        **Q.  Was -- did you know of anyone over him**

24   **telling him to do things?**

25        A.  That's how I interpreted it.  No.

 1          Q.  He says that examples of misinformation
 2     are helpful, particularly fraud.  Do you know what
 3     he was doing that it would be helpful to him to get
 4     this information?
 5          A.  I don't remember the exact context of this
 6     email, but I believe, as I mentioned before, this
 7     was probably part of me saying how could we work
 8     together on misinformation.
 9               And it sounds like he's kind of wondering
10     what we're seeing that we want to bring up, and he's
11     asking for some examples.  This is how I'm reading
12     it now.  And it sounds familiar based on what we,
13     you know, my memory of this time.
14               MR. VECCHIONE:  You can put that aside.
15               (Plaintiffs' Exhibit 33 marked.)
16     BY MR. VECCHIONE:
17          Q.  Exhibit 33.  And once again please read
18     the subject matter and the date, and then read it to
19     yourself for Exhibit 33.
20          A.  Twitter CDC examples.  4-13-21 xlsx is the
21     extension.  4/14/2021.
22          Q.  Can you read his request to you, and then
23     your response?
24          A.  This is the same email from before.  "I'm
25     looking forward to setting up regular chats.  My

```
 1    team has asked for examples of problematic content

 2    so we can examine trends.  All examples of

 3    misinformation are helpful, but in particular, if

 4    you have examples of fraud such as fraudulent COVID

 5    cures, fraudulent vaccine cards, et cetera, that

 6    would be very helpful."

 7        Q.  And then this time you respond, though?

 8        A.  Yes.  I didn't recall if we sent them, but

 9    we did.

10        Q.  And what do you say?

11        A.  "The Census team put together this

12    spreadsheet with four examples.  Is this what you

13    had in mind?"

14        Q.  And then you have examples:  Vaccines

15    aren't FDA approved.  Fraudulent cures.  VAERS data

16    taken out of context and infertility; right?

17        A.  Yes.

18        Q.  What did you mean by the subject word --

19    what was your understanding of the subject "request

20    for problem accounts"?

21        A.  I don't know --

22        Q.  Okay.

23        A.  -- why the subject read that.  But what he

24    asked for in the email is for examples of

25    misinformation.
```

CAROL CRAWFORD  11/15/2022

Page 202

```
1              Q.  Okay.  And when you met with him, did you

2     have a spreadsheet like this?

3              A.  I don't -- we, we sent him a spreadsheet.

4     I don't remember meeting with Todd --

5              Q.  Okay.

6              A.  -- besides the BOLO meetings.  We might

7     have, but I don't recall.

8              Q.  And if -- and if you look at this email --

9              A.  Mm-hmm (affirmative).

10             Q.  -- it has attachments?

11             A.  Yes.

12             Q.  And it's Twitter CDC examples.  So you've

13    attached the spreadsheet to this?

14             A.  Right.

15             Q.  Okay.

16             A.  I thought you were asking about when we

17    met with him --

18             Q.  No --

19             A.  -- did we have spreadsheets.

20             Q.  -- that's -- I was asking that.

21             A.  Okay.

22             Q.  Do you know who in the Census put this

23    spreadsheet together?

24             A.  I don't know for sure, but likely it was

25    Christopher.
```

```
 1          Q.  Christopher, remind me.
 2          A.  Lewitzke.
 3          Q.  Lewitzke, yes.  I got it.
 4          A.  Something close to that name.
 5          Q.  We discussed him earlier.  He appears on
 6     those emails?
 7          A.  Yes.
 8          Q.  Not a new guy?
 9          A.  No.  I feel like we're saying his name
10     wrong, though.
11          Q.  I think that's correct.  Lewitzke.
12              (Comment off the record.)
13     BY MR. VECCHIONE:
14          Q.  Do you know whether that Census team had
15     any medical professionals on it?
16          A.  No.
17          Q.  And what was the definition of fraudulent
18     cures?
19          A.  I don't remember what that was.
20          Q.  And what is the category:  Vaccines aren't
21     FDA approved?  Is that a claim, or is that a
22     statement about vaccines that you're making?  What
23     is that?
24          A.  I'm interpreting this whole list as things
25     that they saw that were being stated as
```

```
 1   misinformation, that there were claims that vaccines
 2   aren't FDA approved.
 3        Q.  All right.  And as far as VAERS data taken
 4   out of context, is your understanding that that's
 5   the same problem we discussed earlier with VAERS
 6   reports?
 7        A.  Yes.
 8        Q.  All right.  It's not something different?
 9        A.  Yes.
10        Q.  Let me rephrase.  No, it's not something
11   different?
12        A.  I believe this VAERS data taken out of
13   context is the same kind of thing we were discussing
14   earlier.
15        Q.  Thank you.  And what do you believe
16   "infertility" is?
17        A.  I'm assuming this was people claiming that
18   getting the vaccines led to infertility.
19        Q.  Okay.  And why did you give this chart and
20   this information to Mr. O'Boyle?
21        A.  He asked for examples.  And I believe he
22   was asking for these examples in this email because
23   he was wondering what we would -- what would come up
24   in BOLO meetings, or what we would be discussing.  I
25   think he wanted some sense of what we would be
```

**CAROL CRAWFORD  11/15/2022**

```
 1   bringing to point out.  That's my memory of it.
 2          Q.  You can put that aside.
 3               MS. SNOW:  Can we take like a five-minute
 4   break?
 5               MR. VECCHIONE:  Sure, sure.  We have --
 6   we're -- I was cooking with gas, though, so, you
 7   know --
 8               (Comments off the record.)
 9               THE VIDEOGRAPHER:  Off the record at 3:37.
10               (Recess 3:37 p.m. - 3:51 p.m.)
11               THE VIDEOGRAPHER:  Back on record at 3:51.
12   BY MR. VECCHIONE:
13          Q.  And I will again direct the witness to
14   read the subject line and the date, and then read
15   this one.  And this one is a little more hefty.  You
16   may want to take a look through it.
17               MS. SNOW:  What exhibit?
18               MR. VECCHIONE:  Exhibit 34.
19               (Plaintiffs' Exhibit 34 marked.)
20          A.  Subject line is COVID Misinformation.
21   Sent 6/30/2021.
22               MS. SNOW:  Mine is stapled out of order, I
23   just realized.  I want to make sure, it might just
24   be mine, if you want to clarify.
25               MR. VECCHIONE:  Let's do the Bates stamps.
```

CAROL CRAWFORD 11/15/2022

```
 1    The bottom right I have it ends 496, 497, 498, 499
 2    and 500.
 3              MS. SNOW:  I think I have all those.  They
 4    are just out of order.  I just want to make sure no
 5    one else's was.
 6              MR. VECCHIONE:  No, I appreciate that.
 7              MS. SNOW:  Yeah.
 8              MR. GILLIGAN:  Is Carol's right?
 9              MS. SNOW:  Yeah.
10         A.  Mine was correct.
11    BY MR. VECCHIONE:
12         Q.  Tell me when you're ready.
13         A.  I'm ready.
14         Q.  All right.  Can you identify Exhibit 34
15    for me?
16         A.  The subject line is COVID misinformation.
17    6/30/2021.
18         Q.  Do you recognize this document?
19         A.  This, yes, feels familiar to me.
20         Q.  And what is it?
21         A.  It's a discussion about accessing
22    Twitter's partner support portal where you can flag
23    information to be reviewed by Twitter.
24         Q.  Let's take a look.  As usual, these chains
25    start at the back.
```

```
 1          A.  Mm-hmm (affirmative).
 2          Q.  I think the first one in this chain is
 3    May 10, 2021 at 1:50 p.m. and is that from you to
 4    Todd O'Boyle?
 5          A.  Yes.
 6          Q.  And I think that we've seen this list of
 7    items before to other -- to other social media
 8    outlets about --
 9          A.  Yes.
10          Q.  And it's concerned -- it's mainly
11    concerned about shedding?
12          A.  And microchips.
13          Q.  And microchips.  And you attach sort of a
14    chart.  Could you tell us what that chart is?
15          A.  Just a table of example posts regarding
16    this, those two issues, vaccine shedding and
17    microchips.  It's not really a chart.  It's just
18    formatted in a table.
19          Q.  Okay.  Could you read what you say to him
20    right above the table?
21          A.  (As read)  We wanted to point out two
22    issues that we are seeing a great deal of misinfo
23    about, vaccine shedding and microchips.  These
24    are -- the below are just some example posts.  We do
25    plan to post something shortly to address vaccine
```

 1   shedding, and I can send that link too.  Our Census
 2   team copied here has much more info on it if needed.
 3        **Q.  Okay.  And so you have copied the Census**
 4   **team that we've discussed earlier.**
 5        A.  Yes.
 6        **Q.  And then you say -- could you read what**
 7   **you say next?**
 8        A.  (As read) We're -- also we're standing up
 9   a BOLO COVID misinformation meeting and inviting all
10   tech platforms.  We are shooting for 12 p.m. on
11   Friday for our first meeting.  I'll include you on
12   the invite but if you'd like to propose an alternate
13   approach or would like me to include others, just
14   let me know.
15        **Q.  All right.  Tell us.  We discussed a**
16   **little bit the BOLO meetings that you had with the**
17   **tech companies.  And this BOLO COVID meeting, is**
18   **this the first one?  Where does it stand amongst**
19   **those you've discussed?**
20        A.  I -- without having the date --
21        **Q.  Right.**
22        A.  -- in front of me, I think this is in
23   reference to the very first meeting.
24        **Q.  Okay.  And BOLO, we said, is be on the**
25   **lookout.  And this was -- you were sending this to**

CAROL CRAWFORD  11/15/2022

Page 209

```
 1    Mr. O'Boyle so that he would be on the lookout for
 2    these things appearing on Twitter?
 3         A.  Yes.
 4         Q.  Did you have a prior conversation with him
 5    about this before you sent it, do you know?
 6         A.  I don't think I had a prior conversation
 7    about vaccine shedding and microchips, and these are
 8    examples of that.  I mean, we saw on the other one
 9    we had sort of general conversations about how we
10    could -- how we should have meetings or not have
11    meetings.  And I probably asked about the BOLO, like
12    is the BOLO format, since it was used previously, a
13    good format.
14         Q.  Okay.  And what is that format?  So it's
15    just -- we've seen the previous one, you said to him
16    I'll include you on the invite, but if you'd like to
17    propose an alternative approach, or would like me to
18    include others, just let me know.
19              Did you have some view of whether Twitter
20    wanted to meet alone, or separately?  Is that what
21    that means?
22         A.  No.  But I had a view that I couldn't tell
23    if the platforms wanted to do the BOLO meetings the
24    way Census had done them for their own work, so I
25    was checking.
```

CAROL CRAWFORD  11/15/2022

```
 1          Q.   Had you been at any -- invited to any of
 2     the Census BOLOs?
 3          A.   No.  I don't think they were doing BOLOs
 4     by the time that we were meeting.
 5          Q.   So they had done that for the Census?
 6          A.   That's my understanding.
 7          Q.   And it had been in relation to the 2020
 8     Census?
 9          A.   That's my understanding.
10          Q.   All right.  Did you talk to anyone at
11     Census about how they ran BOLO meetings?
12          A.   Yes.
13          Q.   Okay.  In order to create your own?
14          A.   Yes.
15          Q.   And what did they tell you?
16          A.   Well, they explained how they did it.  In
17     fact, they drafted the slide deck.  We talked about
18     this earlier.  They drafted it and showed me how
19     they thought that we should do it, and that it was
20     just we would give examples, we would give the
21     science, and then they --  people could follow up
22     separately.  I mean, I believe we changed some of
23     the format of the PowerPoint, what we did for CDC of
24     course, but they -- you know, they kind of told us
25     how they had done it in the past.
```

**CAROL CRAWFORD  11/15/2022**

```
 1          Q.   Okay.  Let's go to his response to you.

 2               He says to you -- and here we see

 3     Mr. Lewitzke's name spelled correctly; right?

 4          A.   Yes.

 5          Q.   Okay.  So Todd O'Boyle writes to you on

 6     May 10, 2021 on Exhibit 34.  "Hi, Carol.  Thanks for

 7     sharing this."

 8               And you took that to mean your chart,

 9     right, or table, you called it?

10          A.   Yes.

11          Q.   "Agree these are important trends to note.

12     A quick scan shows that at least some of these have

13     been previously reviewed and actioned.  I will now

14     ask the team to review the others."

15               What did you take that to mean?

16          A.   I don't know how Todd meant it

17     specifically, but I interpreted it as Twitter made

18     decisions about the areas of misinformation based on

19     whatever policy they had.

20          Q.   And he says:  "Carol, remind me:  Did you

21     have a chance to enroll in our partner support

22     portal?  In the future that's the best way to get a

23     spreadsheet like this reviewed."

24               So you mentioned that Partner Support

25     Portal.  What is that?
```

CAROL CRAWFORD  11/15/2022

```
 1        A.  My understanding of it, and I don't
 2   believe I ever successfully got into it, but it's
 3   similar to what I described for Meta.  It's an
 4   offering where you log in and you can report
 5   misinformation or threats or problematic posted
 6   content in this portal, and it puts it in a system
 7   for review.
 8        Q.  Did you know what happened at Twitter to
 9   reports that were deemed actionable?
10        A.  I assume similar to Meta that they
11   probably had multiple options.  I am sure some were
12   removed.  I am sure some may have had -- were
13   flagged.  I see flags all the time on the Twitter
14   posts.  I am sure some were just maybe -- I don't
15   know what they do, but maybe they weren't
16   distributed as much on peoples' feeds.
17        Q.  Where do you see Twitter?  Do you have a
18   Twitter?
19        A.  Yeah.  I mean, my responsibility is social
20   media for CDC, so I do look at Twitter, and we have
21   Twitter accounts at CDC.
22        Q.  And CDC -- well, I'll just go back for one
23   second.  You -- prior -- on May 10 you were
24   discussing a Friday meeting that you'd invited
25   Mr. O'Boyle to.  And do you know whether that
```

CAROL CRAWFORD  11/15/2022

```
 1   meeting occurred?

 2        A.  I mean, I think we set up the first BOLO

 3   meeting in May.  And this was May 10th, and the

 4   Friday was there so I suspect it did occur.

 5        Q.  Okay.  And you said you didn't use the

 6   portal.  Did anyone else at CDC use the portal?

 7        A.  No, I don't -- I don't recall anyone else

 8   trying to get access besides myself.

 9        Q.  Had you talked to him about the partner

10   support portal beforehand, before this email chain?

11        A.  I don't remember.  I'm inferring from this

12   chain that perhaps not.

13        Q.  All right.  Had you talked to Census about

14   the portal?

15        A.  I don't recall if we discussed the Twitter

16   portal per se.  But I did know from discussions with

17   them that one technique I think that they used was

18   using portals to -- for their work to report

19   information.  I don't remember if we discussed

20   Twitter or not.

21        Q.  Okay.

22        A.  Or if it was all about Meta.

23        Q.  But it was your understanding that Census

24   did use such devices when offered?

25        A.  That, or they told me it was an option for
```

Case 3:22-cv-01213-TAD-KDM Document 20-3 Filed 03/03/23 Page 215 of 335 PageID #: 11158

 1    us.  I'm worried I'm mischaracterizing their work
 2    with very little actual memory on it.
 3          Q.  Okay.  And you respond to him:  "Todd, I
 4    don't think we have info on how to enroll, but we'd
 5    be happy to get on it if you'd send some info";
 6    right?
 7          A.  Yes.
 8          Q.  And he responds that -- on May 10th at
 9    8:51, he says he's happy to enroll you, and it
10    allows you a special, expedited reporting flow in
11    the Twitter Help Center.  That's the purpose of it.
12          A.  Yes, I see that.
13          Q.  What's the Twitter Help Center?
14          A.  The portal is part of their help center
15    somehow.  I mean, I'm not an expert, but I -- it's
16    seeming -- I think the screenshot might even show
17    how it's part of it.
18              No, it doesn't.  But I believe it's like a
19    link on the help center page.
20          Q.  And he says it worked very well with
21    Census colleagues last year; right?
22          A.  Well, there we go.
23          Q.  Yeah.
24          A.  That's why he came up with that.
25          Q.  Okay.  And did you give him a Twitter

```
 1   account to enroll?

 2        A.  I asked him -- I can see that I asked him

 3   does it have to be our official CDC account, or is

 4   it supposed to be personal.  And I gave him my

 5   personal one.

 6        Q.  Okay.  And what was your problem with

 7   using -- did you have a technical problem with using

 8   it?  What happened?

 9        A.  It was not a priority for me, for one.  I

10   wasn't thinking that we would probably want to use

11   this portal on a regular basis.  I thought that let

12   me just myself, instead of asking my staff to get

13   involved, I want to see what the portal is myself

14   because I wasn't able to look at the Meta portal

15   myself because you had to be administrator.

16             So I wanted to look at it and see what it

17   it looked like, but I -- it wasn't a priority.  So

18   every now and then I would try to get on it, and I

19   don't remember ever solving the problem.  All I know

20   is I think when I clicked it nothing happened, or I

21   didn't get drop-downs.  That's -- and I felt like

22   maybe I wasn't in the right place.

23        Q.  Okay.

24        A.  But I am --

25        Q.  Okay.
```

```
 1        A.   -- unclear of what exactly was wrong.

 2   Sorry.

 3        Q.   I got it.  But here's -- so then I see

 4   May 24th, 2021, 2:28 email from Christopher Lewitzke

 5   that I think Todd forwards it to you.  Is that how

 6   that works?  How does that page -- could you tell me

 7   what's happening on this page?

 8        A.   The way the reply works from the email

 9   it's unclear if I was copied or not, so I can't say.

10   But I definitely was copied on Todd's response to

11   Christopher.  I'm not sure if Christopher copied me

12   on his email to Todd, which is what I think you're

13   asking me.

14        Q.   Okay.  But on May 24th at least it looks

15   like Lewitzke sent a note to Todd?

16        A.   Mm-hmm (affirmative).  And then 30 minutes

17   later Todd hit reply with everyone on it.

18        Q.   Okay.  And Carol says I had -- (as read)

19   Carol and I had a sidebar, and I requested her

20   account be enrolled.  Your email reminds me that the

21   process should have been completed by now.  I'll

22   check with the team to make sure it's properly

23   enrolled.

24             And that's your recollection that's how it

25   occurred?
```

```
 1          A.  That's my recollection.  I don't recall
 2    the sidebar, but I do know that I wanted it to be
 3    CDC people in these portals versus Census.  I felt
 4    like that was more appropriate.
 5          Q.  And remind me, who's Christopher Lewitzke?
 6          A.  He's a -- he's a Census contractor.
 7          Q.  Okay.  With this Reingold outfit we talked
 8    about?
 9          A.  Mm-hmm.
10          Q.  He says:  We want to have at least some
11    CDC accounts whitelisted.  What does whitelisted
12    mean?
13          A.  Let me read this.  I'm not sure.
14          Q.  You've never heard that term before?
15          A.  I have heard of whitelisted.  I don't
16    understand it in this context.
17          Q.  What was your understanding of whitelisted
18    meaning?
19          A.  Like my under -- my general understanding
20    of whitelisting is you can have kind of a list of
21    things that maybe -- of servers that are allowed or
22    not allowed is an example of a list of whitelist.
23          Q.  Okay.  And then do you know which Census
24    accounts had access to this portal?
25          A.  My memory was that none.  And I think this
```

 1   email supports my memory, and that Todd responding

 2   that I'm going to be the account that's enrolled.

 3        **Q.   Oh.**

 4        A.   For CDC.

 5        **Q.   For CDC.**

 6        A.   For CDC at least.

 7        **Q.   But do you know which Census accounts?**

 8        A.   Oh, no.

 9        **Q.   Okay.**

10        A.   I wouldn't have any knowledge of what they

11   did.

12        **Q.   Okay.  And then let's read up to May 27th,**

13   **2021, 2:30.  And you say haven't seen anything come**

14   **through.  And then Todd says:  You should now be**

15   **up -- should be fully -- and period.  You should be**

16   **fully period, he says.**

17             **Then he says:  "When you visit the Twitter**

18   **help center logged in with your account you should**

19   **see additional reporting options."**

20             **Do you know what he meant by that?**

21        A.   Yes.  This portal, like I think when

22   anyone goes to the health center -- help center, I

23   think there is, like, you can flag threats and

24   things, I believe.  I think he was saying I would

25   have had something more.  But I never could locate

CAROL CRAWFORD  11/15/2022

```
 1   that.
 2        Q.   Okay.  And you tell him:  "Hi, Todd.  I
 3   have been trying to enter info but I realize I have
 4   been unclear on where to enter them.  I went to
 5   /forms and there is a drop down on things to submit,
 6   but none of them seem relevant to misinformation.
 7   Am I in the right place?"
 8            So is that the problem you had?
 9        A.   I -- based on this email I think it was
10   one of the problems.  I don't -- I think at the
11   beginning I didn't get the links, I couldn't find it
12   on the help center.  There's probably additional
13   chains, I suspect, regarding this.
14        Q.   Okay.  But you don't recall what they
15   were?
16        A.   No.
17            MR. VECCHIONE:  All right.  Put that
18   aside.
19            (Plaintiffs' Exhibit 35 marked.)
20   BY MR. VECCHIONE:
21        Q.   35.  And once again for Exhibit 35 tell me
22   what the subject line is and what's the date at the
23   top.
24        A.   The subject line:  BOLO CDC lab alert
25   misinformation.  Sent September 2nd, 2021.
```

```
 1          Q.  And I think we've seen this alert before

 2    for another social media recipient, am I correct

 3    about that?

 4          A.  You're correct.

 5          Q.  All right.  Is this anything different

 6    than when you testified last time about this BOLO?

 7          A.  The only difference is this email is going

 8    to Twitter.

 9          Q.  Okay.  And what was your intent in telling

10    Twitter through O'Boyle to be on the lookout for

11    misinformation about PCR testing?

12          A.  I mean, I, again, I think CDC's role is to

13    provide the facts around issues.  We saw this

14    confusion about this alert brewing and more posts

15    were going up with confusion, and we thought it

16    would be a good idea to provide the platforms with

17    the facts before it became something bigger.

18          Q.  And what did you believe he'd do with the

19    information?

20          A.  I believed that they would consider it in

21    their -- I knew their policy teams or their trust

22    teams or misinfo teams, whatever they -- whatever

23    they called their teams, would evaluate it.

24          Q.  And perhaps remove it?

25          A.  I knew that removal was one of the options
```

1   that they had, yes.

2            MR. VECCHIONE:  You can put that aside.

3            (Plaintiffs' Exhibit 36 marked.)

4   BY MR. VECCHIONE:

5       **Q.  Exhibit 36.  And once again, if you could,**

6   **for Exhibit 36 tell me the date and the subject**

7   **line, and then read it to yourself.**

8       A.  Subject:  Call or VC-Facebook weekly sync

9   with CDC (CDC to invite other agencies as needed.)

10  And this was sent on April 15, 2021.

11      **Q.  And then please read it to yourself.**

12      A.  Okay.

13      **Q.  All right.  Do you know who created the**

14  **meeting agenda there?**

15      A.  I think Payton probably inserted these

16  agenda items because it was her appointment.

17      **Q.  And what was on that agenda?**

18      A.  New attendees intro, CDC needs/questions,

19  FB product updates/feedback requests. (COVID-HUB).

20  And then COVID-19 projects, and several are listed

21  CMU/FB data survey.  Update -- data survey update.

22  Excuse me.  Misinfo collab status.  Others.

23      **Q.  Let's go through this.  What's COVID-HUB?**

24      A.  I believe the COVID-HUB is what they

25  called when I mentioned you're on Facebook and you

CAROL CRAWFORD  11/15/2022

1  could search for COVID, they actually provided

2  in-app content on COVID that they pulled from WHO,

3  CDC and other sources and I believe they call that

4  internally the COVID-HUB.

5      **Q.  All right.  And I think we have some new**

6  **names here in the middle.  Let's see if we see most**

7  **of them.  Kang-Xing Jin.  Do you know who that was?**

8      A.  Looks like a Facebook employee, but I

9  don't recall.

10      **Q.  And I think we've discussed Raena Saddler,**

11  **but I've forgotten.  Do you recall?**

12      A.  I mean, she's with Facebook, or he is with

13  Facebook, but I don't know who they are.

14      **Q.  All right.  And then she cc'd a number of**

15  **people.  Do you recognize any of those names besides**

16  **Liz Lagone?**

17      A.  Yes, Airton, the first name.

18      **Q.  Yeah.**

19      A.  He was definitely with Facebook, and he

20  seemed to be an expert on like Facebook ads how to

21  run Facebook ads.

22          Julia Eisman is someone we talked to

23  regularly.  I think she's in, like, their public

24  relations type office.  She occasionally would be on

25  the calls with Payton.  Kate Thornton, I don't

CAROL CRAWFORD  11/15/2022

Page 223

```
 1    recall.  Carrie Adams, I mentioned is the new point
 2    of contact I have now.  And Ursula Phoenix Weir was
 3    -- is someone at CDC.  I assume that for this
 4    meeting she was probably deployed in a -- something
 5    that was related to what I thought was going to be
 6    discussed here.
 7         Q.  And what was her title?
 8         A.  Ursula's?
 9         Q.  Yeah.
10         A.  I'm not sure.  When people deploy into
11    something -- Ursula probably had several roles
12    during COVID, as many of us did.  I just don't -- I
13    can't tell why I invited her to this meeting from
14    looking at this.
15         Q.  Where was she normally?
16         A.  I believe -- I believe.  I believe she's
17    in the National Center for Birth Defects.
18         Q.  Now, the subject says "Call or VC," I
19    assume that's voice chat?
20         A.  Yes.
21         Q.  "Facebook weekly sync."  That's
22    synchronization with CDC?
23         A.  That's how I interpret sync, yes.
24         Q.  CDC to invite other agendas as -- agencies
25    as-needed.  Okay.
```

CAROL CRAWFORD  11/15/2022

1          **What did you understand CDC needs**
2    **questions to be about in this agenda?**
3          A.  I think that that was often just listed.
4    I mean, it would just be if we had a question that
5    we needed, we wanted to ask Facebook about, or if we
6    had something that we -- was upcoming that we wanted
7    their assistance with or something.  I know, like,
8    for instance, Airton's on this because sometimes
9    we'd have technical questions about how to run an ad
10   or the live chat, that kind of -- that we talked
11   about earlier, how to make it work.
12         **Q.  All right.  And then the COVID-19**
13   **projects, she seems to have split them up.  Were**
14   **they split up this way within CDC or within**
15   **Facebook, to your knowledge?**
16         A.  No.  I think it's just a list of things
17   that were just put together in one area.  But I
18   don't recall.
19         **Q.  What's your understanding of CMU/FB?**
20         A.  I think this was -- oh, gosh.  I think
21   this was about some surveying that Facebook was
22   doing regarding COVID maybe, and they wanted to just
23   let us know they were doing it.  But I'm very fuzzy
24   on that, on the details of it.
25         **Q.  All right.  And is data and survey**

CAROL CRAWFORD  11/15/2022

 1   separate?

 2        A.  I think that's all one update.  CMU at

 3   slash FB data survey update.  That's how I believe

 4   this to be.

 5        Q.  All right.  And misinformation.  "Misinfo"

 6   is misinformation?

 7        A.  "Collab status" is one thing.

 8        Q.  Oh, that's one thing?

 9        A.  Yeah.

10        Q.  Okay.  And "collab" is collaboration?

11        A.  Yes.

12        Q.  And then others, I take it, is everything

13   else?

14        A.  Yes.

15        Q.  So when this meeting took place do you

16   know if there is any notes or recordings of it?

17        A.  We didn't record them.  I don't -- like

18   I've been saying, I rarely took notes.  If something

19   was jotted down, it would have been in an email or a

20   Word doc.

21        Q.  Do you recall if all these agenda items

22   were discussed on this call?

23        A.  No.

24        Q.  What do you remember about that meeting?

25        A.  I don't remember the specific meeting at

 1  all.

 2           MR. VECCHIONE:  Okay.  You can put that

 3  aside.

 4           (Plaintiffs' Exhibit 37 marked.)

 5  BY MR. VECCHIONE:

 6      **Q.  37.  And once again for Plaintiffs'**

 7  **Exhibit 37 please read the date and the subject line**

 8  **of, and then read it to yourself, please.**

 9      A.  Subject line:  CDC "guides," in quotes,

10  and this week's meeting.  And that was sent on

11  4/29/2021.

12           Okay.

13      **Q.  All right.  And can you identify what this**

14  **is?**

15      A.  This is an email chain about -- that's

16  called "CDC 'Guides' and this week's meeting."

17      **Q.  Okay.  And at this time -- I think we've**

18  **talked about biweekly meetings.  At this time could**

19  **you have been having weekly meetings with Facebook?**

20      A.  We might have.  There definitely were

21  times that we were talking weekly.

22      **Q.  All right.  Let's do it -- let's go to the**

23  **back, the last page.**

24           **She writes to you:  "Hi, Carol, we want to**

25  **flag a couple of items for you this week," right?**

CAROL CRAWFORD  11/15/2022

1    And she says:  "Instagram Guides Promotion

2    Opportunity.  Our Instagram team is looking to run

3    promotion to amplify vaccine-related Instagram

4    Guides.  We saw that CDC has a great one on its

5    feed."  And then she provides a link; is that right?

6    Am I correct?  Did I read that correctly?

7         A.  Yes.

8         Q.  What is an Instagram Guides?  I --

9         A.  I honestly don't remember.  I noticed I

10   added our social lead to pipe in more of the guides.

11   I think it might have been like a reel, like the

12   little video snippets you can see on Instagram.  But

13   I honestly cannot remember what they were at the

14   time.

15        Q.  Okay.

16        A.  I don't know that Instagram guides still

17   exist.

18        Q.  Let's talk about it just for a moment,

19   though, because we talked about various types of

20   social media.  Instagram is usually like a photo and

21   then some words under it?

22        A.  That is one type of Instagram post, and

23   then there is more like a video version of it.

24        Q.  Okay.  And how long -- does the video run

25   a long time like YouTube, or is it short?

CAROL CRAWFORD  11/15/2022

```
 1          A.  No, it's short.
 2          Q.  And then she says:  "The team is planning
 3     to launch an in-feed promotion of the Guides on
 4     Monday."
 5              What's an in-feed promotion?
 6          A.  If I'm not sure what they meant by in-feed
 7     promotion.  But what I'm -- as reading this at this
 8     moment, I believe they were -- it would, you know,
 9     it would get highlighted more often in a user's
10     feed.  They would -- the content would be promoted
11     more to the users in their scrolling.
12          Q.  Okay.  And then it says that this launch
13     in-feed promotion would run for three weeks, and the
14     anticipated reach is 60 to 80 percent of the people
15     in the U.S. on Instagram.
16              So that's 60 to 80 percent of the people
17     that -- the United States people on that platform,
18     is that your understanding?
19          A.  Yes.
20          Q.  And then she says:  (As read)  "We wanted
21     to know if the Guide above is up-to-date, or if
22     you'd be willing to update it (if needed) and if it
23     is something" you can include in the -- "we can
24     include in the promotion.  Happy to discuss further
25     if this is something you may be interested in, or if
```

CAROL CRAWFORD  11/15/2022

```
 1    you have any questions."

 2            Did I read that correctly?

 3        A.  Yes.

 4        Q.  Who decides whether the guide is up to

 5    date or not?

 6        A.  That would be us because it's our post.

 7        Q.  Okay.

 8        A.  Like if the guide is like a story -- I

 9    called it a reel earlier, but a story is better for

10    Instagram.  It's something that CDC has posted, so

11    it's our content to update.

12        Q.  Got it.

13        A.  And I'll add, to clarify, I can see on the

14    url it says "/CDC gov."  So it's definitely

15    something we have posted, and if I'm incorrect about

16    the format of it I still can tell it's something

17    we've posted.

18        Q.  Okay.  Then also "FYI", which I think is

19    for your information, "we are hoping for an update

20    on our COVID-19 misinfo reporting, but that is not

21    ready for this week."

22            What did you -- did I read that correctly?

23        A.  You read it correctly.

24        Q.  And what did you take that to mean?

25        A.  I am not sure, but I'm -- it might have
```

**CAROL CRAWFORD  11/15/2022**

```
 1    been about those CrowdTangle reports and sending

 2    them to us.

 3         Q.  Can you read your response at 2:32 on the

 4    same day, the 28th?

 5         A.  Read the whole response?

 6         Q.  Yeah.

 7         A.  Okay.  (As read) plus Jay to weigh in on

 8    that guide.  I think he'll have the latest info.  I

 9    think it would be great to get that kind of

10    promotion on it.  Thanks for offering.  I still hope

11    to get you some health equity info, but agree we can

12    pull that meeting down tomorrow.  Are you being

13    asked by the White House to do anything on

14    vaccine.gov or vaccinefinder?  If so, can you share

15    any plans in a nutshell via email?

16         Q.  All right.  So, first, what's health

17    equity info?

18         A.  I can't recall the context of why we were

19    discussing it, or what prompted me to write that.

20    But CDC had posted, I believe around this time,

21    information on health equity.  I'm thinking that we

22    either -- they wanted it, or we wanted to mention it

23    to them, but I don't recall which.

24         Q.  And you asked about the White House.  You

25    asked her whether the White House is asking her to
```

CAROL CRAWFORD  11/15/2022

Page 231

1    do anything on vaccine.gov or vaccinefinder.  What's

2    "vaccinefinder"?

3          A.  Vaccines.gov originally was called

4    vaccinefinder.gov.  But we renamed it vaccine.gov or

5    vaccines.gov when the vac- -- COVID vaccines came

6    out.  But a lot of us still think of it as the

7    "vaccinefinder site" because when you go to that

8    site, in effect, the main thing it does is you can

9    put in your ZIP code and find out where COVID

10   vaccines are offered.  So it helps you find the

11   vaccine.

12         Q.  Why did you suspect the White House was

13   asking her or Facebook to do something about that

14   site?

15         MS. SNOW:  Objection, calls for

16   speculation.

17   BY MR. VECCHIONE:

18         Q.  And you wrote down:  "Are you being asked

19   by the White House?"  You asked her that.  Why did

20   you do that?

21         A.  I --

22         MR. GILLIGAN:  You asked her why she

23   suspected something.

24   BY MR. VECCHIONE:

25         Q.  Why did you -- why did you ask whether the

1   **White House had asked her to do anything?**

2       A.   I don't remember specifically.  But it was

3   not uncommon because there was multiple major

4   agencies such as the White House working on things.

5   And so Payton had meetings with lots of federal

6   agencies, and we were -- the vaccine.gov site was

7   something CDC, HHS and the White House were

8   collaboratively working on.

9           So it might have been me just trying to

10  understand if we were about to promote vaccines.gov

11  on -- maybe it was in the guides; maybe I was just

12  trying to see if she knew something related to what

13  we were doing.  We did overlap from time to time and

14  ask Payton similar things.

15      **Q.   So you knew that Facebook could also have**

16  **been being contacted by other agencies besides CDC?**

17      A.   Yes.  They -- she -- I'm fairly confident

18  that she was speaking to several federal agencies

19  during the COVID response.

20      **Q.   Including HHS?**

21      A.   I believe so, yes.

22      **Q.   And including the White House?**

23      A.   I think.  I believe so, yes.  I don't -- I

24  didn't ask her her meeting schedule, but she often

25  would be up to date.

CAROL CRAWFORD  11/15/2022

Page 233

```
 1          Q.  Did she ever mention to you who her
 2  contact was at the White House?
 3          A.  No.
 4          Q.  Do you know that of your own knowledge
 5  from some other source?
 6          A.  No.
 7          Q.  Were you ever on a call with any of the
 8  agencies in the White House?
 9          A.  Yes.  Sometimes what I remember was that
10  when vaccines.gov was coming out, that was involving
11  multiple agencies including people at the White
12  House and the U.S. Design System team and HHS and
13  CDC, and I do believe there might have been some
14  joint calls to discuss some of the promotion of
15  vaccine.gov.
16          Q.  All right.  And U.S. Design are the people
17  who design the websites for the government?
18          A.  Yes.  I think in my mind when I say White
19  House, they are the people in the White House that
20  I'm talking about because that's my counterparts in
21  the White House are digital people.  I should have
22  clarified.  I should have clarified that earlier.
23          Q.  All right.  And do you know of anyone, any
24  names?
25          A.  There was several of them that were
```

```
 1   involved with vaccines.gov.
 2          Q.  Okay.  Do you recall any names?
 3          A.  I really don't.
 4          Q.  All right.  Did anyone from the White
 5   House, any office in the White House, direct you to
 6   engage with social media companies independent of
 7   your supervisor at the CDC?
 8          A.  No.
 9          Q.  All right.  Let's take a look at the next
10   one.  Payton to you on April 29 at 6:23.  Can you
11   read her response to you?
12          A.  (As read)  Thank you, Carol.  Regarding
13   vaccines.gov -- or vaccine.gov -- we haven't had any
14   specific requests from the White House on this.
15   We've been working at the state level on our vaccine
16   finders tools and promotions.  I also want to
17   followup on our COVID-19 misinfo reporting.  Our
18   team is looking to schedule a training with CDC and
19   Census colleagues who will be reporting content
20   through the tool.  It will cover Community
21   Standards, COVID-19 misinformation and harm policies
22   and a walkthrough of the reporting tool.
23          Q.  Let's stop there.
24          A.  Okay.
25          Q.  Did that training occur with CDC?
```

**CAROL CRAWFORD  11/15/2022**

```
 1        A.  To my recollection, that training never
 2   occurred.  But I might not have been a part of it,
 3   and that's why I don't recall it.
 4        Q.  Do you recall whether or not Census was
 5   involved in such a training?
 6        A.  No, because I'm not sure that we had the
 7   training, so I don't know who would have attended
 8   it.
 9        Q.  Okay.  And then could you continue reading
10   where you have the asterisks?
11        A.  "Could you share back some times that may
12   work to schedule?  We'll probably need 1.5 hours to
13   cover.  If needed, we can break the training up if a
14   longer block is hard to schedule."
15        Q.  All right.  And then you'll respond that
16   you'll check with Census; right?
17        A.  Yes.
18        Q.  But do you know whether or not you checked
19   with Census?
20        A.  No.
21        Q.  Do you recall anything more than what
22   you've told me about this training?
23        A.  I recall that when this -- well, can I ask
24   my -- can I ask counsel a question first?
25            MR. GILLIGAN:  Yes, you may.
```

```
 1                (Witness conferring with counsel.)

 2                MR. VECCHIONE:  Let the record reflect

 3        that the witness has consulted with counsel.

 4        BY MR. VECCHIONE:

 5           Q.  Can you answer my question?

 6           A.  Oh.  Yes.  When we went through discovery,

 7        I was pulling documents for discovery, and I was

 8        asked if we had used the portal by I believe the CDC

 9        lawyer that I have been working with, and I could

10        not recall.

11                So I went through a lot of emails at that

12        time, and I concluded that my memory was correct

13        that we really did not use the portal more than the

14        one time that I mentioned earlier, and that's why I

15        don't believe the training occurred.  I don't have

16        any memory of going through the training, or setting

17        up the training.  But it's pos- -- I mean, I have a

18        lot of emails, but that was what I thought after I

19        did discovery.

20        BY MR. VECCHIONE:

21           Q.  Right.  And that's what you think now

22        sitting here?

23           A.  Yes.

24           Q.  All right.  Thank you.  You can put that

25        aside.
```

CAROL CRAWFORD  11/15/2022

```
 1          A.  Okay.
 2              (Plaintiffs' Exhibit 38 marked.)
 3     BY MR. VECCHIONE:
 4          Q.  And, again, for Exhibit 38 just tell me
 5     the date and the subject line, and then read it to
 6     yourself.
 7          A.  I'm sorry.  The subject, Wyoming issue.
 8     April 30th, 2021.  Okay.
 9          Q.  So let's start from the back again.
10              On April 23rd you write to Payton Iheme
11     again.  Can you write what you say to her?
12          A.  (As read)  The Wyoming Department of
13     Health mentioned to one of our groups that the
14     algorithms that Facebook and other social media are
15     apparently using to screen out postings by sources
16     of vaccine misinformation are also apparently
17     screening out valid public health messaging,
18     including Wyoming Health communications.  They were
19     looking for advice about how to work with social
20     media networks to ensure that verifiable information
21     sources are not blocked.  Do you have someone that
22     she could talk to -- sorry.  Do you have someone
23     that could perhaps talk to the state about this?
24          Q.  And then before you get a response you say
25     on top:  "Anything you all can do to help on this?"
```

CAROL CRAWFORD  11/15/2022

Page 238

```
 1    I guess -- you say that five days later, is that why
 2    you sent it again?
 3         A.  They hadn't responded.
 4         Q.  Okay.  Who decided what a verifiable
 5    information source was at this time?
 6         A.  I don't know.
 7         Q.  Now, on April 28th at 6:37 you get an
 8    email back from Adrien Genelle, I think or Genelle
 9    Adrien.  Excuse me.
10         A.  Yes.
11         Q.  And she says that her colleague can solve
12    this problem?
13         MS. SNOW:  Objection, mischaracterizes
14    document.
15    BY MR. VECCHIONE:
16         Q.  Did she direct you to another person to
17    take care of the problem?
18         A.  She looped in another colleague to provide
19    additional guidance, or to connect directly with the
20    state health department that asked.
21         Q.  Okay.  And then you say, you tell her that
22    you don't have an email chain to loop anyone in
23    because it was received via meeting.  Do you know
24    what meeting it was received in?
25         A.  Yes.  Well, no, I don't know exactly which
```

CAROL CRAWFORD  11/15/2022

```
 1   meeting it was in, but it was just relayed to me
 2   during one of the COVID internal meetings that, hey,
 3   we got a call from Wyoming, do we know anyone to
 4   connect them with.
 5        Q.  And you connected to Holly Scheer?  Is
 6   that what you're doing there?
 7        A.  Yes.
 8        Q.  And do you know anything more about Eva
 9   Guidarini than what she states here about her?  Did
10   you ever deal with her?
11        A.  No.
12             MR. VECCHIONE:  You can put that aside.
13             Exhibit 39.  I believe they are all
14   one-pagers, and they are all stapled together, so
15   give me one moment.
16             (Plaintiffs' Exhibit 39 marked.)
17   BY MR. VECCHIONE:
18        Q.  Once again, could you just read the -- 39,
19   could you read the subject line and the date?
20        A.  Join with new info E:  Call or VC-Facebook
21   weekly sync with CDC (CDC to invite other agencies
22   as needed).  May 6, 2021.
23        Q.  Okay.  Tell me when you're ready.
24        A.  Oh, I'm ready.  I'm sorry.
25        Q.  And I think we've seen this meeting
```

1    before, but I just want to make sure it's not a

2    separate one.  Was -- this was just with Facebook;

3    right?

4         A.  This was.

5         Q.  Okay.  And the -- and we've already

6    discussed the items that were -- that were on the

7    agenda; right?

8         A.  We did.  But I'm just now noticing that

9    the items in the agenda might be a cut-and-paste

10   from the same thing and maybe weren't updated

11   regularly.

12        Q.  I see.  That's my question.  All right.

13   So do you have any memory of this particular

14   meeting?

15        A.  I don't.

16        Q.  And you don't recall what was said one way

17   or another?

18        A.  Don't recall, excuse me?

19        Q.  Okay.

20        A.  I didn't catch -- I'm sorry.  I didn't

21   catch what you asked me.

22        Q.  Oh, oh.  Do you recall anything that was

23   said at that meeting?

24        A.  On May 6?  No.

25        Q.  And do you know if the format was in Zoom,

```
 1   or what the format, or Microsoft Teams, or in
 2   person, or?
 3        A.  It was always on either teams or they had
 4   BlueJeans that we used occasionally.
 5        Q.  Okay.  What's BlueJeans?
 6        A.  It's something like a Teams or a Zoom.
 7        Q.  Okay.  And, once again, do you know if
 8   there is any notes or record kept of the meeting?
 9        A.  I did not take any notes at the meeting
10   that I recall.  I mean, same answer I have been
11   giving.  If there were any, it was minor and they
12   would have been in Word or email.
13        Q.  Okay.
14            MR. VECCHIONE:  40.
15            MR. GILLIGAN:  I remember when everybody
16   just used Skype when it was simpler times.
17            (Plaintiffs' Exhibit 40 marked.)
18   BY MR. VECCHIONE:
19        Q.  Exhibit 40.  Once again the date and the
20   subject line, and then read it to yourself.
21        A.  Subject line:  COVID BOLO meetings on
22   misinformation, sent on May 10, 2021.
23            Okay.
24        Q.  All right.  Let's go back to the back page
25   of this that's Bates number 682.
```

**CAROL CRAWFORD  11/15/2022**

```
 1          A.  Okay.

 2          Q.  Now, this is -- I think we've said this

 3    date.  It's May 10th of 2021?

 4          A.  Yes.

 5          Q.  And you send to Facebook the COVID BOLO

 6    misinformation meeting request; right?

 7          A.  Yes.

 8          Q.  And could you please read that for me?

 9          A.  (As read)  We would like to establish

10    COVID BOLO meetings on misinformation and invite all

11    platforms to join the meetings.  We are aiming for

12    the first one on Friday at noon.  I know you were

13    considering a possible process on your end, but we

14    wanted to start here just as an interim first step.

15    Are there direct POCs on your end I should include

16    on the invite?  I'm happy to chat if better, thanks.

17          Q.  All right.  Now, so this is the first BOLO

18    meeting.  Does that comport with your recollection?

19          A.  This is a note that I'm about to send an

20    appointment for the first BOLO meeting and asking

21    them who to include.

22          Q.  All right.  And we've already said POCs --

23          A.  Yes.

24          Q.  -- are the point of contacts; right?

25          A.  Mm-hmm (affirmative).
```

CAROL CRAWFORD  11/15/2022

```
 1          Q.  And you said:  "I know you are considering
 2    possible process on your end."
 3               What did you mean by that?
 4          A.  As I mentioned, that I was engaging with
 5    the platform saying what format would be best for us
 6    to talk about this.  And I think there were
 7    references in the exhibit a couple of times where
 8    they said they were thinking internally about what
 9    would be best.  So I think I was just referencing
10    that I knew that they were considering it as well.
11          Q.  Do you know what the topics -- did you
12    know what the topics for the BOLO were when you sent
13    this out?
14          A.  I don't know if I did or not.
15          Q.  All right.  Let's go to the next page back
16    where we have -- I believe this is from Jan
17    Antonaros to you, but he includes your email to him;
18    right?
19          A.  This -- the bottom part --
20          Q.  Mm-hmm (affirmative).
21          A.  -- is where I sent a similar note to
22    Google, which is Jan.
23          Q.  Okay.
24          A.  And I was telling her that we would like
25    to invite the digital platforms to attend the BOLO.
```

```
 1   I think it was me sending the appointment or a
 2   heads-up that it was coming.  I can't -- it looks
 3   like maybe I -- this is an actual appointment.
 4        Q.  Okay.
 5        A.  But I tried to send each of them a
 6   personal note that we were doing it.
 7        Q.  And in this one you actually spelled out
 8   be on the lookout; right?
 9        A.  I did.
10        Q.  And was that because you hadn't discussed
11   it with them before, or did you have some concern
12   they wouldn't know what it was?
13        A.  I don't know why I didn't do it that time.
14        Q.  All right.  And there is Kevin Kane here
15   with the email address ██████@Google.com.  Who is
16   that?
17        A.  I don't remember Kevin, but this indicates
18   that he was from YouTube.
19        Q.  Okay.  And do you recall having
20   discussions with YouTube?
21        A.  YouTube would occasionally -- people from
22   YouTube would occasionally be on our regular
23   meetings, depending on what we talked about.  And
24   because YouTube has the most content, like, hosting,
25   they -- they were at the -- they were a part of the
```

CAROL CRAWFORD 11/15/2022

```
 1    BOLO meetings, I believe, that Kevin attended

 2    probably, or someone from YouTube did.

 3          Q.  And you responded:  "Great.  I was going

 4    to ask about Kevin."

 5          A.  Yeah.  Maybe I remembered who Kevin was at

 6    the time.

 7          Q.  Okay.  And then finally the front page.

 8          A.  That's a repeat of -- oh, no, that's not.

 9    I apologize.  I'm looking at the wrong one.

10          Q.  And here you're sending this to the Google

11    folks?

12          A.  Yes.

13          Q.  Why don't you read it for the record?

14          A.  "We would like to establish COVID BOLO

15    meetings on misinformation and invite all platforms

16    to join the meetings.  We were aiming for the first

17    one on Friday at noon.  We heard through the

18    grapevine that Kevin Cain at YouTube would want to

19    join.  Are there other POCs on your end I should

20    include on the invite?"

21          Q.  All right.  You said YouTube.  Who's

22    YouTube related to, is it Google or Facebook?

23          A.  YouTube is a Google property.

24          Q.  Okay.

25          A.  Or platform.
```

```
 1          Q.  And is it your recollection that you did
 2    have a meeting on Friday?
 3          A.  I think we did, but I don't have the exact
 4    date.  But I believe we had -- that's when we had
 5    the first BOLO meeting.
 6          Q.  All right.  And do you have any list of
 7    who actually showed up and was an attendee?
 8          A.  No.
 9          Q.  All right.  And, once again, it would be
10    on your calendar as far as if it happened?
11          A.  Now, to clarify I don't remember keeping a
12    list of who attended.  Maybe Census might have
13    because this is something they were arranging.  But
14    I don't recall it being sent to me.  It could have
15    been, but I don't believe so.
16          Q.  So they were helping you arrange this
17    because they'd done it before, this particular
18    meeting?
19          A.  Yes.  I mean, I mentioned that they
20    drafted the slides.
21          Q.  Right.
22          A.  And, you know, Chris participated in the
23    meeting.
24          Q.  Okay.  Chris.  Remind me his last name?
25          A.  Lewinsky, Lewitzke.
```

```
 1          Q.  Lewitzke.  I'm glad he's not here because
 2    we've done terrible things to his name, and I
 3    apologize for that.  My name is Vecchione.  I have
 4    no excuses for this.
 5                All right.  I think you can put that
 6    aside.
 7                (Plaintiffs' Exhibit 41 marked.)
 8    BY MR. VECCHIONE:
 9          Q.  Let's go to Exhibit 41.  And once again
10    please tell me the headline, subject line, and the
11    date, and then read it to yourself.
12          A.  Subject, CDC COVID-19 BOLO meeting.
13    6/10/2021.
14          Q.  Okay.  So let's go back -- well, the first
15    item on here, it says "On Wednesday June 9, 2021 at
16    4:23 PM Crawford, Carol wrote."
17                Can you read that to -- into the record?
18          A.  Yes.
19                "We would like to invite digital platforms
20    to attend our third short 'Be On The Lookout'
21    meeting on COVID.  Let us know if you have questions
22    and feel free to forward this message to anyone in
23    your organization that should attend."
24          Q.  And did you send these out separately to
25    all the -- withdrawn.
```

Case 3:22-cv-01213-TAD-KDM Document 205-3 Filed 03/05/23 Page 249 of 335 PageID #: 11192

```
 1              You sent this particular one to Todd
 2   O'Boyle at Twitter; right?
 3        A.   The formatting of the email is odd.  But I
 4   don't believe I did that.  I believe I had one
 5   appointment and I blind copied everyone, so the
 6   emails -- I think that's just because he replied, it
 7   looks like it's just him.
 8        Q.   Okay.  But you think when you sent these
 9   out you sent them out to all the social media places
10   at once?
11        A.   I do.  And I think when we were looking at
12   the other exhibit I wondered the same thing, but I
13   think that was the situation.
14        Q.   All right.  That explains it for me.
15              And did you -- do you know if this meeting
16   in June, I think it would be, ever took place?
17        A.   I don't believe it did.  And this is a
18   morning question.  I'm starting to think maybe
19   Juneteenth was a new holiday we weren't expecting
20   that conflicted with the third BOLO meeting and
21   maybe that is why we didn't end up having it and we
22   sent the materials out via email.
23        Q.   All right.  And who tasked you with
24   sending out the BOLO messages?  Why were you doing
25   it?
```

**CAROL CRAWFORD  11/15/2022**

```
 1        A.  Because I was the main person that was the
 2   CDC point of contact to talk to Facebook, Twitter
 3   and the platforms since our job was to lead digital
 4   media.
 5            MR. VECCHIONE:  Okay.  You can put that
 6   aside.
 7            (Plaintiffs' Exhibit 42 marked.)
 8   BY MR. VECCHIONE:
 9        Q.  Exhibit 42.
10            MR. VECCHIONE:  And I feel that someone
11   has added 43 in here, so I do apologize.  That's a
12   late addition.
13            MR. GILLIGAN:  I thought it was Carnac
14   time.
15            MR. VECCHIONE:  No.
16   BY MR. VECCHIONE:
17        Q.  So, once again, please just name the date
18   and the subject matter, and then take a look at it.
19        A.  Yeah.  Subject:  Booster shots, regarding
20   booster shots.  It was sent on 10/28/2021.
21            Okay.
22        Q.  All right.  Do you recognize this
23   document?
24        A.  Not specifically.
25        Q.  Can you describe what it is?
```

```
 1        A.  It's a conversation about some booster
 2   guidance updates that are occurring and some
 3   requests from Google to review some of the changes
 4   that they were considering on the search result
 5   pages.
 6        Q.  All right.  And the date is -- I think it
 7   starts, if you look at the last page, on
 8   September 30th, 2021.
 9        A.  Yes.
10        Q.  And that's from Stanley Onyimba to Fred
11   Smith.
12            Who is Fred Smith?  He's new.
13        A.  He's a direct -- he reports to me.  He was
14   the technical person I mentioned who usually
15   attended the Google meetings with me.  I was out of
16   town this date, so I wasn't on the email.
17        Q.  All right.  And he -- well, I think he
18   sends you the email?
19        A.  Yeah.
20        Q.  Just you're cc'd?
21        A.  Maybe.  I don't believe I was in town,
22   though --
23        Q.  Okay.
24        A.  -- when this was occurring.  I don't see
25   myself cc'd on Stanley's email to Fred.
```

Case 3:22-cv-01213-TAD-KDM Document 2026-3 Filed 03/03/23 Page 252 of 345 PageID #:
11195

```
 1          Q.  All right.  Why is -- do you have any
 2    knowledge why is Stanley Onyimba sending this to
 3    Fred?  What is the purpose of this?
 4          MS. SNOW:  Objection.  Calls for
 5    speculation.
 6          A.  Are you going to re-ask the question?
 7    BY MR. VECCHIONE:
 8          Q.  No.
 9          A.  I mean --
10          Q.  What's your understanding of why he's
11    sending this --
12          A.  Yes.
13          Q.  -- to CDC?
14          A.  Well, I don't -- because the screenshots
15    are not available that are attached or put in here,
16    I can't directly explain this, but sometimes on
17    those Google panels that I mentioned they would
18    highlight specific things like, they would -- they
19    would, you know, before the search results came up,
20    they would highlight a link.  And I think that they
21    were considering -- considering taking some words
22    that they saw on vaccines.gov and add it to that
23    panel, and they wanted to be sure it was right and
24    they were asking us.
25          Q.  All right.  And then Fred responds that it
```

```
 1    looks okay to him, but he's not the -- he's not an
 2    expert on this?
 3         A.  Correct.
 4         Q.  All right.  And so -- and then Mr. Smith
 5    writes -- now, after that -- after that, you know, I
 6    don't know, I'm going to go check with some people,
 7    Mr. Smith writes back:  "Hi, Stanley, I heard back
 8    from some folks.  No heartburn over the messages
 9    proposed.  Cheers, Fred."
10         Do you see that?
11         A.  Yes.
12         Q.  Did I read that correctly?
13         A.  Yes.
14         Q.  Do you know who "some folks" are?  Who did
15    he check with?
16         A.  I don't know who he checked with.
17         Q.  Okay.  And then the next -- I'm having a
18    hard time -- I can read the message.  Do you know
19    when that was sent, the next message up?
20         A.  The one from Jan and Megan?
21         Q.  Yeah.
22         A.  It looks like October 28, 2021.
23         Q.  So you go all the way up to the next -- on
24    page 1, and then you read down?
25         A.  That's what it appears, mm-hmm.
```

**CAROL CRAWFORD  11/15/2022**

```
 1          Q.  All right.  Why don't you take -- so can
 2    you -- you came back, apparently, and emailed
 3    Antonio [sic] -- Jan and Stanley and the folks at
 4    Google on October 28th at 5:11; right?
 5          A.  Yes.
 6          Q.  Okay.  And you said:  "This looks good,
 7    thanks for checking," in the middle there?
 8          A.  Mm-hmm (affirmative).
 9          Q.  The next part?
10          A.  (As read)  Yes.  We can discuss the
11    pediatric vaccines early next week but let me give
12    you some general info:  ACIP is likely to vote on
13    this on November 2nd.  CDC is likely to start
14    posting final information on November 3rd...if that
15    helps to know.  There will be many updates so the
16    changes might span over a few days.  We are also
17    looking ahead and misinformation and hope to have a
18    BOLO type meeting later that week with the platforms
19    that are interested.
20          Q.  And who's ACIP?
21          A.  The Advisory Council for Immunization
22    Practices, I believe, I think that's right.
23          Q.  And do you know whether you had a BOLO
24    meeting for this?
25          A.  I don't -- I don't believe that we ever
```

```
 1   had one.
 2          Q.  So the email states that --
 3              You can put that aside.
 4              (Plaintiffs' Exhibit 43 marked.)
 5   BY MR. VECCHIONE:
 6          Q.  Let's go to -- yeah, let's go to the last,
 7   43.
 8              Once again for Exhibit 43 please state the
 9   subject matter line, and then the -- and who it --
10   what the date of it is?
11          A.  Subject:  Claims review.  6/29/2022.
12              I have read it.
13          Q.  Okay.  So can you read the -- well, who is
14   Rachel Gruner?
15          A.  She is my new point of contact at Google.
16   She replaced Jan Antonaros.
17          Q.  And who's Lindsay Steele?
18          A.  Lindsay Steele replaced Stanley.
19          Q.  Onyimba?
20          A.  "O".
21          Q.  Okay.  And they're both -- their emails
22   are here in the to line; right?
23          A.  Yes.
24          Q.  All right.  And if you could read the
25   after Hi, Carol, Hi, Fred from Rachel, what does she
```

**CAROL CRAWFORD  11/15/2022**

1    say here?

2        A.   "The YouTube policy team is requesting

3    evidence-based input on the claims below.  In the

4    past, the CDC has reviewed COVID information claims

5    and commented true or false plus any additional

6    context needed."

7        **Q.   And then what are the claims?**

8        A.   (As read)  Claim:  High dosage of

9    progesterone is a safe method of reversing chemical

10   abortion, in parentheses, mifepristone and

11   misoprostol.

12            Sorry.

13            (As read)  Claim:  High doses of

14   progesterone is an effective method of reversing

15   chemical abortion, in parentheses, mifepristone and

16   misoprostol.

17       **Q.   All right.**

18       A.   "Please let me know if you have questions

19   or concerns."

20       **Q.   And then what -- how do you respond?**

21       A.   "I'll check on this, but I think I'll

22   probably end up needing to refer you to another

23   agency.  I'll get back to you."

24       **Q.   So this -- this -- is it your**

25   **understanding this didn't have anything to do with**

CAROL CRAWFORD  11/15/2022

 1   **COVID-19 or vaccines?**

 2        A.  It definitely didn't have anything to do

 3   with COVID-19 or vaccines.

 4        **Q.  Do you know why it was sent to you?**

 5        A.  Well, as COVID's -- our focus is not

 6   solely on COVID.  We're focusing on other topics.  I

 7   think Rachel thought that we might be able to help

 8   with this topic as well.

 9        **Q.  Okay.  Do you know who you sent it, what**

10   **agency you sent it to, if any?**

11        A.  I -- I didn't know.  I called one of our

12   centers and asked if this was something that CDC

13   dealt with.  I didn't think that we did, and they

14   confirmed that we do not.  And I don't think they

15   had a suggestion on where to refer this to, but I

16   can't recall for sure.

17             MR. VECCHIONE:  All right.  I would like

18   to take a brief break and have the court reporter

19   put my last exhibit together and give you copies

20   and then --

21             MR. GILLIGAN:  There is a 44, too?

22             MR. VECCHIONE:  -- confer, confer with

23   counsel, and I think we'll be finishing up.

24             (Comments off the record.)

25             THE VIDEOGRAPHER:  Off the record at 5:07.

```
 1                (Recess 5:07 p.m. - 5:19 p.m.)

 2                THE VIDEOGRAPHER:  Back on the record at

 3     5:19.

 4                (Plaintiffs' Exhibit 44 marked.)

 5     BY MR. VECCHIONE:

 6          Q.  All right.  Ms. Crawford, this is going to

 7     be Exhibit 44.  And it will have -- once again, read

 8     the subject line and then tell me what the date was.

 9          A.  Subject:  "Themes that have been removed

10     from misinform."  I am sure that was typo.

11     3/10/2021.

12                Okay.

13          Q.  All right.  Let's go to the back end of

14     the exhibit.  And the first email chain is from

15     March 10th, 2021 from you to Payton Iheme; is that

16     correct?

17          A.  Yes.

18          Q.  And it says:  "Themes that have been

19     removed for misinfo."  And I think we've established

20     that's misinformation; correct?

21          A.  Yes.

22          Q.  And you say to her:  "We mentioned this on

23     a call last week and you said you'd be sending

24     something as other had asked -- is that available

25     yet by chance?"
```

CAROL CRAWFORD 11/15/2022

```
 1              What were you telling her?  What did you
 2   mean?
 3        A.   This is what I was referencing on a
 4   previous exhibit that one of our teams that was
 5   doing those vaccine confidence reports and those
 6   research reports, they were wondering if we -- if
 7   they had info on the -- on the types of posts that
 8   were removed and the themes because they were
 9   worried that we could only see the live posts and so
10   we wouldn't know if there was also confusion about
11   other areas that had been removed.
12        Q.   And she --
13        A.   I feel pretty confident that that is what
14   this is about.
15        Q.   And she responds to you.  "Are you looking
16   for types of COVID-19 misinfo we remove"; right?
17        A.   Yes.
18        Q.   "I think it may be worth a separate
19   meeting to have some of our leads discuss the
20   approach/what they are seeing and doing.  Would that
21   work?"  That's what you said?
22        A.   Yes.
23        Q.   And what are her leads; what was your
24   understanding?
25        A.   Just like I would bring people that were
```

```
 1   in charge of different areas, sometimes she would

 2   bring people that had more expertise.  Payton and I

 3   did not know everything in our respective

 4   organizations, so I assume it was a lead for

 5   something, someone in this area.

 6        Q.  All right.  And then you respond to her on

 7   March 10th at 9:24; correct?

 8        A.  Yes.

 9        Q.  "Yes."  And you say "you mentioned

10   that" -- is that White House?

11        A.  Yes.

12        Q.  "And HHS"?

13        A.  Yes.

14        Q.  "Had asked so you'd get it to us"; right?

15        A.  Yes.

16        Q.  "I think it is wanted as part of

17   analysis -- so are you thinking there is no

18   report/file to send?"

19            Is that your question to her?

20        A.  Yes.

21        Q.  All right.  And what you say there is when

22   White House and HHS ask Facebook for this

23   information, they assumed that Facebook would

24   provide it to them; correct?

25                MS. SNOW:  Objection.  Calls for
```

**CAROL CRAWFORD  11/15/2022**

```
 1   speculation.

 2   BY MR. VECCHIONE:

 3           Q.   You can answer.

 4           A.   Well, I think it was poorly worded by

 5   myself and kind of typo maybe.  But what this was

 6   was I recall we asked on the meeting if they had

 7   this data, like, because we wanted it.  And I think

 8   she said, Oh, we did something like this for the

 9   White House or HHS.

10              This is my memory of it.

11           Q.   Okay.  This is one of your weekly

12   meetings, or a BOLO?

13           A.   I think it was at a weekly meeting.

14           Q.   All right.  And then the next thing she

15   says back to you is:  (As read)  It wasn't a report,

16   but rather a discussion.  We were setting up a

17   meeting with White House and HHS to discuss more

18   likely later this week or early next week.  Perhaps

19   the CDC rep could participate or HHS share out?

20              Is that what she says?

21           A.   Yes.

22           Q.   What does HHS share out mean?  That they'd

23   give it to you?

24           A.   Yes.  Oh.

25              MS. SNOW:  You're good.  You're good.
```

**CAROL CRAWFORD  11/15/2022**

```
 1   BY MR. VECCHIONE:
 2        Q.  So let's clean up the record a little.
 3   What is an HHS share out?  Does that mean they give
 4   you whatever they are provided?
 5        A.  Yes.
 6        Q.  All right.  So it was your understanding
 7   that Facebook was having the same kind of meetings
 8   you were having with them with White House and HHS?
 9        A.  I don't know that in relation to this
10   email.  I was assuming that.  But I do think that
11   they did have meetings with the agencies.
12        Q.  And could you read what you respond to her
13   on May 10th at 9:30 a.m.?
14        A.  "Oh, I assumed it was a report.  Who at
15   HHS is in the meeting?"
16        Q.  And what did she respond to you at 9:32?
17        A.  (As read)  Josh Peck would be the HHS rep
18   once a meeting is confirmed based on that I see him
19   at a previous discussions or meetings with the White
20   House.
21        Q.  Do you know who he is?
22        A.  Yes.
23        Q.  Who is he?
24        A.  I don't know his specific title, but he, I
25   believe, during this time was running the HHS COVID
```

**CAROL CRAWFORD  11/15/2022**

```
 1    communication marketing campaign.
 2         Q.  All right.  And did you interface with him
 3    in any of your work?
 4         A.  Yes.
 5         Q.  Would he be at these, any of your weekly
 6    meetings?
 7         A.  No.
 8         Q.  All right.  Would he be at your BOLO
 9    meeting?
10         A.  No.
11         Q.  All right.  Next at 9:36 she adds
12    something.  What does she say?
13         A.  (As read)  And of course we are using
14    CrowdTangle as well to visualize the current trends
15    as well.  Lauren has been working on that and can
16    give a refresher if needed.  I know she has been
17    sending reports as well.
18         Q.  And who's Lauren?
19         A.  Lauren is the one who's been -- sent those
20    biweekly CrowdTangle reports during this time frame.
21         Q.  Okay.  And then you respond to her at
22    9:43:56 seconds.  What do you say?
23         A.  (As read)  They want to see what you guys
24    proactively have removed that might not be in those
25    reports.  My guess is a short meeting with Lis
```

CAROL CRAWFORD  11/15/2022

Page 263

```
 1   Wilhelm on the vaccine confidence team is what is
 2   needed if Facebook is willing to do it.  Doesn't
 3   seem to me like that would be -- like it should be
 4   part of the White House HHS meeting.
 5        Q.  Who's Lis Wilhelm?
 6        A.  She is the group that was creating those
 7   vaccine confidence reports that was wondering if
 8   they had all the data reflected in them, and what
 9   the people were worried about, or confused about.
10   And she was thinking that if the data -- if we knew
11   the kinds of things that were removed, it might give
12   a fuller picture for those reports.
13        Q.  Okay.  And then you discuss a time for
14   another meeting, and I think it ends at -- this
15   chain ends at 3:10, 9:54 a.m.:  Let's plan on next
16   Thursday then.
17             Do you know whether you ever had that
18   meeting?
19        A.  I think we did.
20        Q.  And do you know what was discussed there?
21        A.  I think that the vaccine confidence team
22   came, and I don't -- and we discussed what they
23   might have that would give them that fuller picture.
24        Q.  You can put that aside.  I have got a few
25   followup questions.
```

**CAROL CRAWFORD  11/15/2022**

```
 1        A.  Okay.

 2        Q.  At any of your -- in flagging any material

 3   for any of the social media issues, themes, facts,

 4   whatever you flag, can you say whether or not you

 5   flagged any information from the Great Barrington

 6   Declaration?

 7        A.  I don't know what that is.

 8        Q.  Okay.  How about Jay Bhattacharya?

 9   Anything from him?

10        A.  I don't know who that is.

11        Q.  Marty Kulldorff.  Anything from him?

12        A.  I don't know who that is.

13        Q.  Aaron Kheriaty.  Anything from him?

14        A.  I don't know who that is.

15        Q.  Jim Hoft, or Gateway Pundit?

16        A.  I don't know who that is.

17        Q.  All right.  And Jill Hines?

18        A.  I don't know who she is.

19        Q.  All right.  And I think I have asked you

20   before, but bear with me.  Have you flagged anything

21   from Governor Michael Parson?

22        A.  I -- well, I may or may not have known the

23   name of the governor.  But I don't recall any

24   specific who posted anything we flagged.  That might

25   be a better way to answer these questions.
```

**CAROL CRAWFORD  11/15/2022**

```
 1          Q.  Okay.  And that's --
 2          A.  I don't remember anybody associated with
 3     the example posts that we sent.
 4          Q.  Okay.  And that would include -- I'm doing
 5     this for the record, you understand.  I understand
 6     your answer.
 7          A.  Yes.
 8          Q.  That would include Eric Schmitt, Jeff
 9     Landry and John Bel Edwards?
10          A.  Yes.
11          Q.  Thank you.  And now, finally, on the BOLO
12     meetings, who ran the BOLO meetings?
13          A.  I ran the BOLO meetings.
14          Q.  In what manner?  How did you do it?
15          A.  I opened up the meeting, introduced
16     myself, gave context for why we were doing the BOLO
17     meeting in brief.  And then I believe that
18     Christopher went through the slide decks, and I
19     occasionally piped in on them.
20          Q.  Lewitzke?
21          A.  Yes.
22          Q.  And so he -- these slide decks, would they
23     be like the table you showed me or that we looked at
24     with examples of the shedding and the microchips in
25     the bloodstream?
```

CAROL CRAWFORD  11/15/2022

Page 266

```
 1          A.  They were similar to the table, but they
 2     were more like this is a theme, and then there'd be
 3     maybe a little info about what the theme was and
 4     then maybe a couple of example posts.  And then
 5     there would be a slide maybe with CDC links or
 6     information related to that theme.
 7          Q.  All right.
 8          A.  So it was more than just a table.  It had
 9     more context to it.
10          Q.  How long did the meetings go?
11          A.  They were short.  I mean, maybe they were
12     20 minutes.
13          Q.  And what did you and Mr. -- well, first,
14     what did you hope to accomplish by those meetings?
15          A.  The same thing that I've been referencing.
16     I mean, our goal is to be sure that credible
17     information about COVID was out there.  A lot of
18     people seek information on platforms.  We thought
19     that by giving the platform scientific information
20     it might help in our goals to being sure that
21     credible information could be found.
22          Q.  And uncredible information would not be
23     found; correct?
24              MS. SNOW:  Objection, mischaracterizes
25     testimony.
```

```
 1   BY MR. VECCHIONE:
 2        Q.  You can answer.
 3        A.  I did want the credible information to be
 4   found in advance of the uncredible information.
 5        Q.  You at least wanted upgraded over --
 6        A.  Yes.
 7        Q.  -- uncredible information?
 8        A.  Yes.
 9        Q.  Do you recall anything anyone at any of
10   the social media platforms asked at any of these
11   BOLO meetings?
12        A.  They weren't able to ask questions during
13   the BOLO meetings.
14        Q.  Why was that?  Tell me how it ran.
15        A.  I think we talked about that this morning.
16   They are muted because the thought was they're
17   competitors, and they could ask questions
18   individually later.
19        Q.  Got it.  One second.
20            (Mr. Vecchione conferring with Mr. Sauer.)
21   BY MR. VECCHIONE:
22        Q.  Did they ask any questions individually
23   later that you recall?
24        A.  No, I don't think that they did.
25            MR. VECCHIONE:  All right.  I have no
```

```
 1   further questions at this time.
 2           MS. SNOW:  Okay.  Nothing further.  No
 3   questions for defense.
 4           MR. VECCHIONE:  And you already said
 5   you'll read, right, at the beginning?
 6           MS. SNOW:  I said that at the beginning,
 7   so I didn't want to forget at the end.
 8           MR. VECCHIONE:  All right.
 9           THE VIDEOGRAPHER:  Okay.  I've got to ask
10   on the record, what about video copies for
11   everybody?  Anybody?
12           MR. SAUER:  We want video as soon as it's
13   available.
14           THE VIDEOGRAPHER:  So you want synced,
15   non-synced?
16           MR. SAUER:  I think synced syncs the video
17   to the transcript?
18           THE VIDEOGRAPHER:  Yes, I believe so.
19           MR. VECCHIONE:  And we -- I think what
20   we've been doing, we're going to do is give the
21   originals to her to put the record together, the
22   transcript together, the original exhibits.
23           MR. GILLIGAN:  The original exhibits, yes.
24           MR. SAUER:  So there should be -- that
25   stack of exhibits should go to the court reporter in
```

CAROL CRAWFORD  11/15/2022

```
 1    front of the witness.

 2              THE VIDEOGRAPHER:  Do you want a copy also

 3    for your group?

 4              MR. SAUER:  No, just one.  We're both

 5    plaintiffs.

 6              MR. VECCHIONE:  And there is no Exhibit.

 7    25 that's the one we skipped.  So don't be thinking

 8    it's lost.

 9              MS. SNOW:  But, yeah, we would like a copy

10    of the video as well.

11              THE VIDEOGRAPHER:  Okay.  A synced copy?

12              MS. SNOW:  Yes.

13              THE VIDEOGRAPHER:  So how about you, sir?

14              MR. GILLIGAN:  She's with us.

15              THE VIDEOGRAPHER:  So just one for each.

16              MS. SNOW:  Yeah.

17              THE VIDEOGRAPHER:  Got you.  Thank you.

18    And we are off the record at 5:33.

19              (Concluded at 5:33 p.m.)

20              (Signature reserved.)

21

22

23

24

25
```

**CAROL CRAWFORD  11/15/2022**

**Page 270**

```
 1                    C E R T I F I C A T E

 2     STATE OF GEORGIA:

 3     DEKALB COUNTY:

 4              I, Maureen S. Kreimer, a Certified Court

 5     Reporter for the State of Georgia, before whom the

 6     foregoing deposition was taken, do hereby certify:

 7              That CAROL CRAWFORD, the witness whose

 8     deposition is hereinbefore set forth in pages 1 to 269,

 9     was duly sworn by me and that such deposition is a true

10     record of the testimony given by the witness.

11              I further certify that I am not related to

12     any of the parties to this action by blood or marriage,

13     and that I am in no way interested in the outcome of this

14     matter.

15              IN WITNESS HEREOF, I have hereunto set my

16     hand this 18th day of November, 2022.

17

18

19

20

21     _____

22     MAUREEN S. KREIMER, CCR-B-1379

23     Notary Public in and for the

24     State of Georgia.  My Commission

25     Expires August 14, 2024.
```

**CAROL CRAWFORD  11/15/2022**

```
 1                        LEXITAS LEGAL

 2

 3    November 17, 2022

 4
      KYLA SNOW, ESQ.
 5    U.S. Department of Justice
      1100 L Street N.W.
 6    Washington, DC 29530

 7    IN RE: STATE OF MISSOURI ex rel. ERIC S. SCHMITT,
              Attorney General, et al. v. JOSEPH R.
 8            BIDEN, JR., in his official capacity as
              President of the United States, et al.
 9
      Dear Ms. Snow:
10
      Please find enclosed your copies of the deposition of
11    CAROL CRAWFORD taken on November 15, 2022 in the
      above-referenced case. Also enclosed is the original
12    signature page and errata sheets.

13    Please have the witness read your copy of the
      transcript, indicate any changes and/or corrections
14    desired on the errata sheets, and sign the signature
      page before a notary public.
15
16    Please return the errata sheets and notarized

17    signature page within 30 days to our office at 711 N

18    11th Street, St. Louis, MO 63101 for filing.

19
20    Sincerely,

21

22
23    Lexitas Legal

24
25    Enclosures
```

```
 1                    ERRATA SHEET
    Witness Name: CAROL CRAWFORD
 2  Case Name: STATE OF MISSOURI ex rel. ERIC S. SCHMITT,
              Attorney General, et al. v. JOSEPH R.
 3            BIDEN, JR., in his official capacity as
              President of the United States, et al.
 4  Date Taken: NOVEMBER 15, 2022

 5  Page #_____   Line #_____

 6  Should read: _____

 7  Reason for change: _____

 8

 9  Page #_____   Line #_____

10  Should read: _____

11  Reason for change: _____

12

13  Page #_____   Line #_____

14  Should read: _____

15  Reason for change: _____

16

17  Page #_____   Line #_____

18  Should read: _____

19  Reason for change: _____

20

21  Page #_____   Line #_____

22  Should read: _____

23  Reason for change: _____

24

25  Witness Signature: _____
```

**CAROL CRAWFORD  11/15/2022**

```
 1   STATE OF _____)

 2

 3   COUNTY OF _____)

 4

 5   I, CAROL CRAWFORD, do hereby certify:

 6        That I have read the foregoing deposition;

 7        That I have made such changes in form

 8   and/or substance to the within deposition as might

 9   be necessary to render the same true and correct;

10        That having made such changes thereon, I

11   hereby subscribe my name to the deposition.

12        I declare under penalty of perjury that the

13   foregoing is true and correct.

14        Executed this _____ day of _____,

15   20___, at _____.

16

17

18

19                      _____

20                      CAROL CRAWFORD

21

22                      _____

23                      NOTARY PUBLIC

24   My Commission Expires:

25
```

**CAROL CRAWFORD  11/15/2022**

| | | | | |
|---|---|---|---|---|
| **A** | accounts | add-on 32:10 | administ... | 62:25 |
| **a.m** 1:15 | 4:18,21 | added 63:4,5 | 48:21 | 67:11 |
| 31:1,1 | 157:5 | 70:6 77:6 | 95:18 | 107:6 |
| 34:5 100:2 | 196:20 | 157:24 | 98:24 | 108:20 |
| 102:10 | 201:20 | 194:24 | 215:15 | 114:11 |
| 261:13 | 212:21 | 195:1 | **Adrien** 86:12 | 117:15 |
| 263:15 | 217:11,24 | 227:10 | 238:8,9 | 128:25 |
| **Aaron** 6:6 | 218:7 | 249:11 | **Adrienne** | 129:22 |
| 8:15 | **accurate** | **adding** 55:21 | 100:1 | 130:7 |
| 264:13 | 27:15 89:4 | 61:11 | **ads** 222:20 | 134:8 |
| **Abbott** 51:5 | 162:22 | 76:18 | 222:21 | 141:16 |
| **ability** | **ACIP** 253:12 | 82:17 | **adults** 46:4 | 155:11 |
| 10:24 | 253:20 | 129:10 | 164:7 | 166:13 |
| 88:11 | **ACS** 183:6 | **addition** | **advance** | 181:4 |
| 156:17 | **acting** 32:6 | 128:14 | 267:4 | 185:18 |
| 157:7 | **action** | 249:12 | **adverse** | 187:5 |
| 164:10 | 270:12 | **additional** | 122:23 | 190:22 |
| **able** 75:23 | **actionable** | 45:24 | 123:1,10 | 196:3 |
| 108:17 | 212:9 | 48:22 | 140:7 | 202:9 |
| 122:17 | **actioned** | 78:10 | 168:11 | 207:1 |
| 123:9 | 211:13 | 107:8 | **advice** 169:9 | 216:16 |
| 146:5 | **activities** | 159:21 | 237:19 | 242:25 |
| 161:10 | 69:11 | 162:11 | **advise** 71:4 | 243:20 |
| 172:24 | 164:11 | 167:1 | 104:22 | 253:8 |
| 173:12 | **activity** | 188:4 | **advisement** | **age** 169:16 |
| 215:14 | 41:3,4 | 218:19 | 84:21 | 169:25 |
| 256:7 | 74:6 75:17 | 219:12 | 100:16 | 185:25 |
| 267:12 | **actual** | 238:19 | **advisory** | 187:4,6 |
| **abortion** | 108:11 | 255:5 | 153:17,18 | **agencies** |
| 255:10,15 | 111:10 | **address** | 253:21 | 92:2 |
| **above-re...** | 214:2 | 23:21 29:1 | **Affairs** | 109:23 |
| 271:11 | 244:3 | 38:14 | 12:23 13:8 | 221:9 |
| **access** 49:12 | **ad** 180:21,25 | 83:11 | 13:10 | 223:24 |
| 71:11 | 224:9 | 87:16,21 | 14:10 15:4 | 232:4,6,16 |
| 97:11,20 | **Adams** 119:8 | 88:8 | 19:9 32:7 | 232:18 |
| 147:12 | 119:9 | 125:24 | 32:18 | 233:8,11 |
| 148:8 | 150:16 | 129:5 | **Affairs'** | 239:21 |
| 213:8 | 153:1,6 | 172:24 | 12:19 | 261:11 |
| 217:24 | 223:1 | 174:20 | **affect** 138:3 | **agencies'** |
| **accessing** | **ADCS** 107:23 | 175:4 | 164:10 | 164:23 |
| 206:21 | **add** 42:18 | 207:25 | **affirmative** | **agency** 11:19 |
| **accomplish** | 58:17 67:9 | 244:15 | 16:3,25 | 15:17 |
| 88:24 | 76:19 77:1 | **addressed** | 17:12 | 95:19 |
| 266:14 | 77:4 78:15 | 108:16 | 19:18 23:9 | 127:25 |
| **account** | 141:3 | **adds** 262:11 | 39:17 | 128:5 |
| 138:9 | 184:23 | **adjust** 54:20 | 40:24 | 140:12 |
| 215:1,3 | 192:11 | 58:2 81:12 | 41:23 | 164:21 |
| 216:20 | 229:13 | **administ...** | 43:15 44:7 | 255:23 |
| 218:2,18 | 251:22 | 12:5 | 45:21 | 256:10 |

**CAROL CRAWFORD  11/15/2022**

| | | | | |
|---|---|---|---|---|
| **agenda** 3:4 | 271:7,8 | **Anant** 7:2 | **answer's** | 247:3 |
| 103:4 | 272:2,3 | 8:25 | 120:14 | 249:11 |
| 118:23 | **alert** 4:1 | **Anant.ku...** | **answered** | **apparently** |
| 126:15 | 5:2 152:24 | 7:4 | 41:8 74:13 | 91:24 |
| 221:14,16 | 153:8,11 | **and/or** | 80:16 | 194:18 |
| 221:17 | 153:12,13 | 271:13 | 82:20 99:8 | 237:15,16 |
| 224:2 | 153:14,16 | 273:8 | 108:15 | 253:2 |
| 225:21 | 153:17,18 | **animals** | 113:19 | **appear** |
| 240:7,9 | 188:11 | 120:17 | 140:21 | 120:11 |
| **agendas** | 190:14 | **announce...** | 165:7 | **appearance** |
| 223:24 | 219:24 | 193:1,11 | 176:12 | 68:15 |
| **aggregate** | 220:1,14 | 193:18 | **answering** | **APPEARANCES** |
| 154:19 | **algorithm** | 195:18,24 | 68:19 | 6:1 |
| **ago** 51:23 | 53:4,8 | **answer** 10:3 | **answers** | **appearing** |
| 56:21 96:6 | 138:20 | 10:10,12 | 74:17 | 146:17 |
| 99:1 | 155:18 | 35:1 46:22 | 114:16 | 209:2 |
| 182:19 | **algorithms** | 47:17 | 115:2,5 | **appears** |
| **agree** 10:13 | 237:14 | 54:11 69:5 | 129:6,24 | 25:10 |
| 49:19 | **alias** 23:16 | 73:14 | **anti-vac...** | 41:16 56:6 |
| 132:4 | **alleged** | 76:25 78:6 | 55:6 | 77:14 |
| 172:5 | 53:22 58:6 | 78:20 79:4 | **anticipated** | 119:22 |
| 187:17 | **allergic** | 79:18 | 228:14 | 122:7 |
| 211:11 | 164:12 | 80:17,21 | **Antonaros** | 141:22 |
| 230:11 | **Alliance** 6:9 | 80:23 90:2 | 21:1 174:8 | 203:5 |
| **agreed** 47:9 | **allowed** | 93:22 97:8 | 176:6 | 252:25 |
| 57:14 | 77:10 | 101:23 | 177:7 | **applied** |
| 60:23 | 93:24 94:4 | 106:8,21 | 192:22 | 136:22 |
| **agreement** | 94:9 | 107:2 | 243:17 | **apply** 104:23 |
| 31:11 71:6 | 217:21,22 | 112:25 | 254:16 | 105:3 |
| 102:17 | **allowing** | 115:4 | **Antonaros'** | 169:21 |
| 109:21,23 | 146:15 | 116:10 | 176:23 | **appointment** |
| **Ah** 125:7 | **allows** | 121:8 | **Antonio** | 37:4,24,25 |
| **ahead** 31:5 | 214:10 | 129:16 | 253:3 | 44:14,23 |
| 31:23 | **alternate** | 136:8 | **anybody** | 116:22 |
| 67:16 | 208:12 | 137:4 | 265:2 | 178:15 |
| 74:20 | **alternative** | 146:5 | 268:11 | 221:16 |
| 81:16 | 209:17 | 152:1 | **anymore** | 242:20 |
| 104:13 | **Alzheimer's** | 158:8,25 | 13:15 | 244:1,3 |
| 199:17 | 122:3 | 159:17 | **anything's** | 248:5 |
| 253:17 | **amplific...** | 161:19 | 171:2 | **appointm...** |
| **AII** 111:2 | 80:2,4 | 180:16 | **anyways** | 30:13 |
| **aiming** | 81:17 | 186:12 | 176:4 | **appreciate** |
| 242:11 | **amplify** | 194:1 | **apologies** | 27:20 |
| 245:16 | 227:3 | 236:5 | 33:16 96:7 | 109:12 |
| **Airton** | **analysis** | 241:10 | **apologize** | 206:6 |
| 222:17 | 259:17 | 260:3 | 41:13 | **appreciated** |
| **Airton's** | **analyze** | 264:25 | 86:24 | 55:20 |
| 224:8 | 75:12 | 265:6 | 167:16 | **approach** |
| **al** 1:4,10 | 80:13 | 267:2 | 245:9 | 76:17 77:3 |

**CAROL CRAWFORD  11/15/2022**

| | | | | |
|---|---|---|---|---|
| 82:17 | 259:1 | **asked** 14:11 | 48:4,6 | **assigned** |
| 208:13 | **argument...** | 42:21 | 51:8 55:7 | 114:21 |
| 209:17 | 138:7 | 46:14 | 75:22 77:1 | 124:1 |
| **approach...** | 163:10 | 69:10,22 | 77:2 78:15 | **assist** 154:1 |
| 258:20 | **arguments** | 75:3 77:4 | 80:6,14 | **assistance** |
| **approached** | 39:20 | 80:16 | 82:22 | 17:7 224:7 |
| 29:18 | **arrange** | 81:17 | 90:11 | **assistant** |
| **appropriate** | 36:16 37:1 | 82:20 | 94:11 | 50:24 61:7 |
| 217:4 | 246:16 | 98:19 99:2 | 99:13 | 63:11 |
| **approved** | **arranged** | 99:6,7 | 117:25 | **assistants** |
| 169:23 | 20:19 | 106:24 | 123:25 | 86:15 |
| 201:15 | **arrangem...** | 125:23 | 130:19 | **assisting** |
| 203:21 | 18:22 | 130:18 | 139:21,24 | 158:15 |
| 204:2 | **arranging** | 146:18 | 149:12 | **associate** |
| **approving** | 246:13 | 152:3 | 150:18 | 11:9,12 |
| 161:13 | **ARTF** 42:1,3 | 164:1 | 157:8 | 183:5 |
| **April** 3:6 | **article** 3:6 | 165:7 | 158:18 | **associated** |
| 13:3,14 | 3:7 4:7 | 166:22 | 159:3,3,8 | 37:24 |
| 15:1 16:1 | 7:19 53:19 | 174:11 | 163:24 | 265:2 |
| 46:2 65:25 | **articles** | 176:11 | 167:21 | **assume** 35:19 |
| 77:13 | 112:20 | 180:14 | 169:8,10 | 44:2 59:23 |
| 185:17 | **as-needed** | 184:3 | 170:18,21 | 105:18 |
| 186:7 | 223:25 | 185:16 | 173:2 | 125:12 |
| 188:15 | **aside** 22:3 | 188:1 | 182:8 | 135:19 |
| 196:21,25 | 43:8 48:13 | 197:5,18 | 186:4,5 | 160:6 |
| 221:10 | 60:2 85:4 | 197:18 | 200:11 | 197:24 |
| 234:10 | 85:5 90:24 | 198:6 | 202:16,20 | 212:10 |
| 237:8,10 | 100:19 | 201:1,24 | 204:22 | 223:3,19 |
| 238:7 | 115:9 | 204:21 | 215:12 | 259:4 |
| **AR** 42:6 | 118:5 | 209:11 | 216:13 | **assumed** |
| **area** 114:22 | 126:7 | 215:2,2 | 230:25 | 176:11 |
| 114:23 | 144:25 | 230:13,24 | 231:13 | 259:23 |
| 137:14 | 165:12 | 230:25 | 242:20 | 261:14 |
| 138:8 | 168:21 | 231:18,19 | 251:24 | **assumes** 79:1 |
| 140:14 | 171:13 | 231:22 | **asks** 46:18 | 110:7 |
| 143:4 | 179:8 | 232:1 | 65:18 | 137:22 |
| 146:4,8 | 187:8 | 236:8 | 79:13 | 138:6 |
| 150:21 | 196:13 | 238:20 | 96:25 | 142:24 |
| 154:11 | 200:14 | 240:21 | 140:5 | **assuming** |
| 224:17 | 205:2 | 256:12 | 157:15 | 33:21 |
| 259:5 | 219:18 | 257:24 | **aspect** 83:17 | 182:7 |
| **areas** 34:1 | 221:2 | 259:14 | **Aspinall** | 204:17 |
| 56:18 | 226:3 | 260:6 | 92:5 97:5 | 261:10 |
| 59:11 76:1 | 236:25 | 264:19 | **assembled** | **assumption** |
| 87:23 | 239:12 | 267:10 | 192:18 | 130:3 |
| 150:23 | 247:6 | **asking** 9:25 | **assess** | 185:3 |
| 175:13 | 249:6 | 18:20 26:8 | 169:23 | **assure** 49:4 |
| 211:18 | 254:3 | 27:5 34:17 | **assessment** | 135:23 |
| 258:11 | 263:24 | 42:14,18 | 166:25 | **asterisks** |

**CAROL CRAWFORD  11/15/2022**

235:10
asthma 46:4
186:15,21
187:4
AstraZeneca
169:5
Atlanta 1:18
12:13
attach 46:12
122:18
207:13
attached
5:22 7:22
25:8 52:21
60:19 61:1
62:1 63:16
63:17
185:20,21
202:13
251:15
attachment
149:11
153:7
155:5
188:18
attachments
47:18
202:10
attend 68:18
151:15,16
187:24
188:7
243:25
247:20,23
attended
120:2,3
151:8
235:7
245:1
246:12
250:15
attendee
246:7
attendees
221:18
attending
181:7
attention
52:23

63:14
Attorney 1:4
6:2 149:1
149:1
271:7
272:2
attorney...
93:21
94:20,22
attorneys
8:10
audiences
182:1
audio 97:22
August
145:17,18
146:21,25
270:25
authored
46:20
authority
135:24
authoriz...
4:3,6
137:7,10
137:12
156:2,25
160:1
163:19
167:3
169:18
available
45:25
68:18 72:4
89:6 95:19
95:25
96:16
133:24
185:6
251:15
257:24
268:13
Avenue 7:3
aware 33:18
137:18
140:6
167:2
169:2
191:23

192:1
awareness
25:5 26:14
35:18
190:7

_____

**B**

babies
165:15
bachelor
12:11
bachelor's
12:4
back 11:24
13:7 22:19
22:22
25:25 31:2
41:18 56:8
67:24 68:4
69:13
70:10,11
72:14
77:12,17
98:3
102:11
115:2,4,5
116:12,14
117:11
121:14
124:7,8
126:17
130:11,12
132:9
133:17
135:14
145:17
150:4
160:13
161:6
167:24,25
176:9
189:10
193:2
197:11
205:11
206:25
212:22
226:23
235:11

237:9
238:8
241:24,24
243:15
247:14
252:7,7
253:2
255:23
257:2,13
260:15
back- 12:15
background
12:16
59:24
Balog 50:17
Barnes 19:12
Barrington
264:5
based 97:10
133:12
200:12
211:18
219:9
261:18
basis 74:3,5
184:16
215:11
Bates 124:17
136:9,13
136:19
146:11
169:13
205:25
241:25
bear 264:20
becoming
38:7
beginning
16:14,19
19:11 44:5
142:15
144:16
198:22
219:11
268:5,6
behalf 6:1,6
6:15 7:1
Bel 265:9
believe

12:23 14:5
18:4 19:22
19:23 24:5
25:14
28:18
29:18,18
30:12
34:14 42:4
45:7,13
51:1,16
59:8 63:11
64:13
65:12
69:12 70:1
70:19
77:12
79:21
80:19,25
81:5,9,14
83:13,22
83:24 87:1
87:22
90:11 92:1
92:21,25
97:14
108:13
110:4
116:18
117:22
118:1
123:9,13
128:10
133:20
134:1
137:15
139:7
143:22
147:18
151:22
154:22
155:18
167:19
168:6
174:17
175:18
177:9
185:10,14
188:13
192:6

**CAROL CRAWFORD  11/15/2022**

196:10
197:18
200:6
204:12,15
204:21
210:22
212:2
214:18
218:24
220:18
221:24
222:3
223:16,16
223:16
225:3
228:8
230:20
232:21,23
233:13
236:8,15
239:13
243:16
245:1
246:4,15
248:4,4,17
250:21
253:22,25
261:25
265:17
268:18
**believed**
157:16
162:3
169:25
220:20
**bell's** 3:6,8
111:13
112:16,19
112:20
**belong** 54:24
55:10
**benefit**
140:3
**best** 34:10
34:18
40:25
77:23
116:6
182:10

211:22
243:5,9
**better** 80:7
192:11
194:8
229:9
242:16
264:25
**beyond** 31:12
40:12
102:18
**Bhattach...**
6:6 8:15
264:8
**Biden** 1:7
8:5 271:8
272:3
**big** 34:17,23
189:20
190:1
**bigger**
220:17
**Birth** 223:17
**bit** 11:24
12:22
49:15
51:11
61:14
64:15
151:12
208:16
**biweekly**
52:5 57:6
57:12,13
57:16,19
57:21
60:22 62:1
142:3
226:18
262:20
**black** 62:5
**blacked** 44:8
**blanking**
21:2 152:9
**blind** 248:5
**block** 235:14
**blocked**
237:21
**blood** 270:12

**bloodstream**
265:25
**Bloomberg**
4:7
**BlueJeans**
241:4,5
**Board** 7:20
**body** 62:3
164:9
**bold** 62:9,11
62:13
64:19
**bolded** 62:6
62:7 63:20
63:23 64:6
64:8,10,21
65:8 66:4
**bolding** 64:1
64:2
**BOLO** 4:1 5:2
5:10,13
152:24
153:19,20
188:9,13
188:14
198:15,21
202:6
204:24
208:9,16
208:17,24
209:11,12
209:23
210:11
213:2
219:24
220:6
241:21
242:5,10
242:17,20
243:12,25
245:1,14
246:5
247:12
248:20,24
253:18,23
260:12
262:8
265:11,12
265:13,16

267:11,13
**BOLOs** 153:23
210:2,3
**Bonds** 19:10
32:13
**booster** 5:14
249:19,20
250:1
**Boosters** 4:7
**bottom** 44:19
65:13
124:18
128:7
136:13
146:12
148:20
169:14
174:3
187:19
196:25
206:1
243:19
**box** 6:4
23:15,17
**branch** 13:19
13:20,20
14:4,12,17
15:3,4,6
24:16 25:1
**branches**
13:18
**brand** 190:7
**break** 30:20
66:1,20
102:2,6,7
102:7
149:24
205:4
235:13
256:18
**breaking**
41:24
**breast**
165:14
**breathing**
41:11 42:9
**Bretthau...**
108:1
115:10

**brewing**
220:14
**brief** 2:12
2:15 39:9
39:11,13
39:24,25
43:21 44:9
256:18
265:17
**briefing**
68:17,21
68:23
**briefings**
149:2
**briefly**
11:25
**briefs** 39:18
**bring** 35:24
115:14
181:14,18
182:9
188:21
200:10
258:25
259:2
**bringing**
68:24
168:21
205:1
**Broadcast**
14:7
**broader**
39:16
110:6
182:25
184:9
**Brook** 92:5
**building** 6:3
21:24,25
164:9
**bullet** 39:21
82:2
127:17
**bunch** 27:25
**Bureau** 56:4
**buried** 129:7
**business**
12:4
**busy** 19:24

**CAROL CRAWFORD  11/15/2022**

| | | | | |
|---|---|---|---|---|
| **C** | 190:11 | 233:14 | 141:22 | 42:24 |
| **C** 23:7 270:1 | 195:1 | 251:4 | 144:22 | 43:21 44:9 |
| 270:1 | 197:22 | 259:25 | 271:11 | 45:9 46:20 |
| **Cain** 245:18 | 198:18 | **campaign** | 272:2 | 46:20 |
| **calendar** | 221:8 | 262:1 | **cast** 174:2 | 47:12 |
| 30:12 | 222:3 | **capacity** 1:8 | **catch** 173:15 | 48:11,16 |
| 84:15,19 | 223:18 | 271:8 | 240:20,21 | 54:6,13 |
| 100:9 | 225:22 | 272:3 | **category** | 56:1,2,5 |
| 116:20 | 233:7 | **cards** 197:9 | 185:25 | 58:9,20 |
| 178:13,15 | 239:3,20 | 201:5 | 187:6 | 61:10 |
| 246:10 | 257:23 | **care** 95:10 | 203:20 | 63:24 64:3 |
| **calendared** | **call-in** 31:8 | 238:17 | **caught** | 71:7,9,11 |
| 116:21 | 31:15 | **Carnac** | 145:12 | 71:18,23 |
| **calendars** | 102:15,20 | 249:13 | **cause** 111:13 | 71:25 |
| 30:10 | **called** 17:19 | **Carol** 1:13 | 154:1 | 72:15 74:7 |
| **call** 3:5 5:4 | 17:21,22 | 2:3,7 8:4 | 169:2 | 74:18 |
| 5:9 11:10 | 69:1 | 9:5 11:3 | **caused** 168:1 | 77:17 78:1 |
| 19:4 27:22 | 136:13 | 22:24 34:5 | **causes** 122:2 | 78:9,22 |
| 29:25 30:1 | 173:11,14 | 45:22 | **causing** | 81:7 82:9 |
| 30:4,8,9 | 198:6 | 51:22 | 78:11,13 | 82:11 83:4 |
| 30:11 | 211:9 | 63:15 | 127:10 | 87:20 |
| 36:15 | 220:23 | 68:14 73:4 | 128:8 | 89:21 90:5 |
| 37:19,21 | 221:25 | 74:25,25 | 156:18 | 90:6,9 |
| 38:1 44:15 | 226:16 | 84:4 100:2 | **cc** 24:12 | 92:3,5 |
| 45:23 | 229:9 | 126:19 | 50:17 52:2 | 96:23 |
| 51:17,19 | 231:3 | 141:17 | **cc'd** 222:14 | 98:18 99:3 |
| 52:22 | 256:11 | 166:18 | 250:20,25 | 99:6,8,18 |
| 56:20 57:3 | **calling** | 176:25,25 | **cc'ing** 27:1 | 100:22,25 |
| 84:9 93:19 | 148:22 | 197:4 | 86:16 | 103:4,20 |
| 102:19 | **calls** 20:19 | 211:6,20 | **cc's** 176:6 | 103:24 |
| 103:4 | 29:20 30:5 | 216:18,19 | **CCR-B-1379** | 104:8,22 |
| 107:1 | 35:24 | 226:24 | 1:20 | 105:2,7,25 |
| 108:18 | 76:21 78:3 | 234:12 | 270:22 | 106:2,12 |
| 116:17 | 83:7 85:1 | 247:16 | **ccrawfor...** | 107:14 |
| 118:24 | 86:21 | 254:25 | 23:16 | 108:4,23 |
| 121:18 | 89:25 | 270:7 | **ccs** 119:8 | 110:20 |
| 122:8 | 93:18,20 | 271:11 | **CDC** 2:12,15 | 112:21 |
| 126:16 | 101:20 | 272:1 | 3:5 4:1,9 | 113:11,13 |
| 129:21 | 112:22 | 273:5,20 | 5:2,4,5,12 | 113:15 |
| 133:19 | 121:5 | **Carol's** | 8:7 11:5,8 | 117:13,14 |
| 134:2 | 123:3 | 206:8 | 12:2,6,8 | 118:24 |
| 173:7 | 135:10 | **Caroline** | 12:12,19 | 120:18,22 |
| 177:3,23 | 138:5 | 45:12 | 13:9 15:22 | 126:16 |
| 178:1,9,13 | 142:25 | **Carrie** 119:8 | 17:6,19 | 129:12,14 |
| 178:14 | 159:14 | 119:9,11 | 18:12 | 129:24 |
| 182:11 | 163:1 | 150:16 | 29:19 | 130:25 |
| 184:21 | 193:13 | 153:1,19 | 35:24 39:9 | 132:4,10 |
| 188:2 | 222:25 | 223:1 | 39:11 | 134:21 |
| 189:24 | 231:15 | **case** 8:19 | 41:17 42:5 | 137:5 |

**CAROL CRAWFORD  11/15/2022**

| | | | | |
|---|---|---|---|---|
| 138:16 | 236:8 | 79:23 82:2 | 214:11,13 | 257:14 |
| 139:24 | 239:21,21 | 83:1,4,7 | 214:14,19 | 263:15 |
| 140:1,13 | 247:12 | 83:16,16 | 218:18,22 | **chains** |
| 143:14,23 | 249:2 | 83:19 | 218:22 | 185:15 |
| 145:25 | 251:13 | 86:20 87:1 | 219:12 | 206:24 |
| 146:7 | 253:13 | 87:5 90:16 | 223:17 | 219:13 |
| 148:8 | 255:4 | 96:22 99:3 | **centers** 1:17 | **chance** 38:24 |
| 150:18 | 256:12 | 101:5,10 | 6:15 7:6 | 66:20 91:3 |
| 152:8,24 | 260:19 | 101:12 | 7:12 35:10 | 150:8 |
| 159:9,12 | 266:5 | 107:10 | 256:12 | 178:13 |
| 163:21 | **CDC's** 11:14 | 109:14 | **certain** | 211:21 |
| 164:22 | 11:15,17 | 110:16,17 | 63:20 | 257:25 |
| 166:7 | 15:15,16 | 111:3,9 | 98:19 99:2 | **change** |
| 171:23 | 27:17 29:8 | 117:19 | 101:18 | 194:13 |
| 174:18 | 43:4 47:25 | 125:12,16 | 137:12 | 272:7,11 |
| 175:2 | 52:3 59:13 | 174:18,21 | 157:9 | 272:15,19 |
| 177:4 | 89:17 | 174:22 | 194:19 | 272:23 |
| 181:6 | 113:18 | 175:3,6,14 | **Certified** | **changed** |
| 183:17 | 126:23 | 175:19,23 | 270:4 | 61:14 |
| 185:14,23 | 161:21 | 176:11,12 | **certify** | 117:6 |
| 189:23 | 167:4 | 177:4 | 270:6,11 | 145:22 |
| 192:4 | 186:13 | 179:25 | 273:5 | 148:6 |
| 193:19,20 | 191:1,16 | 182:5,9,24 | **cetera** | 156:12 |
| 193:23 | 220:12 | 184:8,11 | 197:10 | 180:18 |
| 194:4,19 | **CDC-cred...** | 184:11,16 | 201:5 | 210:22 |
| 194:20 | 18:10 | 184:23 | **chain** 22:14 | **changeover** |
| 200:20 | **cell** 35:23 | 185:9,12 | 22:18,23 | 13:16 |
| 202:12 | 36:1,2,4,6 | 197:17 | 25:9 26:7 | **changes** 47:9 |
| 210:23 | **censorship** | 201:11 | 26:21 30:2 | 192:8 |
| 212:20,21 | 176:3 | 202:22 | 33:11 | 250:3 |
| 212:22 | **Census** 55:22 | 203:14 | 35:21 | 253:16 |
| 213:6 | 56:1,2,4 | 208:1,3 | 44:23 60:6 | 271:13 |
| 215:3 | 58:17 | 209:24 | 66:3 67:21 | 273:7,10 |
| 217:3,11 | 59:15 | 210:2,5,8 | 67:22 70:7 | **channel** 3:3 |
| 218:4,5,6 | 61:10,11 | 210:11 | 74:19 | 51:5 91:10 |
| 219:24 | 70:9 71:1 | 213:13,23 | 79:20 | 91:18,24 |
| 221:9,9,18 | 71:3,8,14 | 214:21 | 83:12 | 95:14,14 |
| 222:3 | 71:19,25 | 217:3,6,23 | 91:23 | 95:16,22 |
| 223:3,22 | 72:8,15,16 | 218:7 | 97:10,16 | 97:2 98:15 |
| 223:24 | 73:6,8,11 | 234:19 | 122:11 | 99:20 |
| 224:1,14 | 73:18,25 | 235:4,16 | 160:24 | 100:6 |
| 226:9,16 | 74:9,18 | 235:19 | 172:6 | **channels** |
| 227:4 | 75:1 76:3 | 246:12 | 174:4 | 52:12 |
| 229:10,14 | 76:11,19 | **center** 11:18 | 182:8 | 62:18 |
| 230:20 | 77:5,17,22 | 14:2 15:18 | 187:20 | **characte...** |
| 232:7,16 | 77:22 78:1 | 59:1 | 207:2 | 53:7 |
| 233:13 | 78:9,14,15 | 107:13,15 | 213:10,12 | 132:10 |
| 234:7,18 | 78:22 79:9 | 107:17,22 | 226:15 | 143:20 |
| 234:25 | 79:15,18 | 160:20,21 | 238:22 | **characte...** |

**CAROL CRAWFORD  11/15/2022**

| | | | | |
|---|---|---|---|---|
| 134:1 | 66:24 | ▇▇▇@CDC... | 198:5 | 221:21 |
| characte... | 117:20 | 23:8,17 | clarified | 224:19 |
| 163:11 | 197:13 | claim 108:21 | 233:22,22 | co-chairs |
| characters | 209:25 | 120:12 | clarify | 132:20 |
| 174:2 | 253:7 | 122:21 | 31:20 55:1 | co-lead |
| charge | Cheers 252:9 | 157:16,17 | 64:15 | 107:16,17 |
| 135:22 | Chelsey 63:5 | 168:3,5 | 82:12 97:9 | 107:21 |
| 259:1 | 63:11 65:1 | 169:24 | 104:12 | 115:19 |
| chart 186:9 | chemical | 170:15 | 124:23 | 183:4 |
| 186:11,12 | 255:9,15 | 203:21 | 147:8,25 | co-leads |
| 186:14,15 | chief 15:3 | 255:8,13 | 155:2 | 108:2 |
| 204:19 | 192:25 | claiming | 199:18 | co-morbi... |
| 207:14,14 | 193:3,8 | 204:17 | 205:24 | 186:1 |
| 207:17 | childhood | claims 4:2,5 | 229:13 | code 231:9 |
| 211:8 | 158:4 | 5:15 | 246:11 | codes 70:20 |
| chat 4:11 | children | 119:16,17 | clarifying | coincidence |
| 171:22 | 66:5 157:1 | 124:15 | 171:25 | 24:21 |
| 223:19 | 157:3 | 126:22 | clean 69:19 | collab |
| 224:10 | 162:12 | 129:13,14 | 261:2 | 221:22 |
| 242:16 | 164:7 | 131:8,18 | clear 9:21 | 225:7,10 |
| chats 197:5 | 165:15 | 132:1 | 26:1 40:10 | collabor... |
| 200:25 | 167:3 | 138:13,16 | 52:8 | 225:10 |
| cheating | 169:15,19 | 139:1,9,24 | 122:11 | collabor... |
| 63:8 | 169:22,24 | 140:2 | 180:1 | 232:8 |
| check 41:12 | choice 66:9 | 156:1,17 | 192:15 | colleague |
| 70:9 | Chris 246:22 | 157:2,12 | 194:11 | 177:7 |
| 114:19 | 246:24 | 158:16,19 | clearance | 182:18 |
| 121:15,20 | Christopher | 159:4,21 | 128:1,2 | 238:11,18 |
| 121:24 | 83:21 | 162:11,21 | 129:2 | colleagues |
| 124:24 | 86:21,22 | 163:18 | cleared | 177:1 |
| 132:16 | 175:12 | 166:22 | 127:7,12 | 214:21 |
| 144:10 | 202:25 | 167:1 | 127:15,19 | 234:19 |
| 177:20 | 203:1 | 169:15,22 | 128:3,9 | collect |
| 178:17,18 | 216:4,11 | 170:9,18 | 135:17,20 | 115:6 |
| 178:22 | 216:11 | 170:18 | clearing | 132:11 |
| 179:1 | 217:5 | 172:20 | 135:22 | collective |
| 182:4 | 265:18 | 182:21 | clicked | 79:25 |
| 216:22 | circulated | 184:1,2 | 215:20 | colleges |
| 235:16 | 114:6 | 185:20 | Clifton 1:17 | 137:20 |
| 252:6,15 | circulating | 204:1 | close 203:4 | come 32:11 |
| 255:21 | 89:3 | 254:11 | closed | 66:18 |
| check-in | 153:25 | 255:3,4,7 | 100:15 | 72:14 |
| 180:9 | citizens | Claims_Help | closely | 117:21 |
| checked | 71:9,13,19 | 3:15 | 193:1,11 | 140:11 |
| 123:22 | 71:25 | clarific... | 195:18 | 144:8 |
| 131:9 | 101:19 | 42:15 | closer 78:14 | 183:15 |
| 235:18 | City 6:4 | 81:15 | CMS 142:22 | 195:4 |
| 252:16 | Civil 6:9 | 85:24 | CMU 225:2 | 204:23 |
| checking | ▇▇▇▇23:24 | 176:10 | CMU/FB | 218:13 |

| | | | | |
|---|---|---|---|---|
| 146:9 | 124:2 | concern 54:6 | confirm | 243:1,10 |
| coming 27:18 | 135:14 | 54:13 | 96:25 | 250:4 |
| 128:15 | communic... | 63:24 | 121:3 | 251:21,21 |
| 169:19 | 53:10 | 100:24 | 133:11 | consolidate |
| 190:12 | 54:16 | 244:11 | confirmed | 90:22 |
| 191:3 | 113:19 | concerned | 256:14 | 124:8 |
| 233:10 | 116:10 | 81:7 | 261:18 | consult |
| 244:2 | 121:12 | 153:22 | confirming | 175:7 |
| commended | 123:25 | 154:5 | 156:17 | consulta... |
| 144:17 | 135:12 | 207:10,11 | conflicted | 150:15,19 |
| Comment | communities | concerning | 248:20 | consulted |
| 203:12 | 40:17 | 146:15 | confused | 236:3 |
| commented | 46:12 | concerns | 151:2 | consumer |
| 41:17 | community | 89:21 90:6 | 263:9 | 108:2 |
| 255:5 | 34:1 | 255:19 | confusion | 115:19 |
| comments | 103:25 | concluded | 29:6 54:19 | 194:5 |
| 41:6,12,14 | 234:20 | 236:12 | 56:18 58:1 | consumers |
| 41:15,20 | communit... | 269:19 | 59:11 76:1 | 134:19 |
| 97:24 98:2 | 3:10 | conclusions | 81:11 | contact |
| 205:8 | companies | 121:3 | 150:23 | 11:18 14:2 |
| 256:24 | 16:5 19:21 | 133:11 | 220:14,15 | 15:18 16:4 |
| Commission | 20:3,16 | concrete | 258:10 | 16:13,15 |
| 270:24 | 24:3 36:5 | 192:10 | Congress | 17:3,4,13 |
| 273:24 | 198:22 | condition | 125:20 | 17:17 |
| common | 208:17 | 10:23 | connect | 18:21 |
| 154:23 | 234:6 | 137:20 | 238:19 | 20:17,21 |
| 182:20 | company | conditions | 239:4 | 20:24 21:1 |
| 183:25 | 17:24,24 | 186:1 | connected | 21:7 35:4 |
| Comms 107:11 | 50:8 104:6 | conduct | 123:15 | 36:8 83:15 |
| communic... | 105:3 | 109:23 | 239:5 | 114:9 |
| 54:19 | 117:17 | conducted | connection | 119:11 |
| 81:13 | compare 44:4 | 131:1 | 102:14 | 198:1 |
| communic... | competitors | confer | consequence | 199:21 |
| 11:9,12 | 267:17 | 256:22,22 | 88:19 | 223:2 |
| 14:8 53:12 | compiles | conference | conserva... | 233:2 |
| 56:17 58:3 | 59:2 | 120:1 | 148:21 | 249:2 |
| 59:12 | completed | conferred | consider | 254:15 |
| 75:17 | 216:21 | 118:14 | 77:16 | contacted |
| 81:12 | completely | conferring | 88:14 | 24:2 |
| 148:15 | 164:25 | 118:12 | 220:20 | 232:16 |
| 151:21 | component | 236:1 | considered | contacts |
| 183:5 | 14:10 | 267:20 | 134:20 | 16:9,11 |
| 262:1 | comport | confidence | 155:18 | 17:16 |
| communic... | 242:18 | 59:9 72:4 | 194:24 | 18:18 20:2 |
| 12:6 13:21 | Compound | 81:1 258:5 | considering | 21:9 60:14 |
| 18:3 20:5 | 106:6 | 263:1,7,21 | 27:18 | 114:24 |
| 237:18 | 193:24 | confident | 99:16 | 242:24 |
| communic... | computer | 232:17 | 169:18,20 | content |
| 114:14,21 | 23:20 | 258:13 | 242:13 | 15:24 |

**CAROL CRAWFORD  11/15/2022**

18:14
29:22 43:7
45:24 46:3
46:16 47:8
47:13,20
47:22
51:25
52:24 53:8
65:15,16
75:18,20
87:21
90:11
101:15
103:14,21
105:24
106:13
108:2,3,16
109:8,9
113:13
115:19
127:22,25
128:4,14
128:17,21
129:2
131:23
133:23
134:9,10
134:11,13
134:14,25
157:6
164:15
175:24
176:11
183:16
189:23
190:7,13
191:16
197:6
201:1
212:6
222:2
228:10
229:11
234:19
244:24
**context**
39:24
126:22
188:24

196:1
200:5
201:16
204:4,13
217:16
230:18
255:6
265:16
266:9
**continue**
85:14
103:2
118:19
195:19
235:9
**Continued**
2:25 3:25
4:24 6:25
**contractor**
83:22
86:20
217:6
**contractors**
98:9,19
99:19
100:22,23
100:25
101:1,8,10
101:12
**contribute**
103:24
157:17,25
169:25
**contributed**
104:3
**control** 1:17
6:15 7:6
7:12 88:12
**controlled**
34:10
36:25
**convene**
15:21
**conversa...**
4:13,15
9:18 37:5
38:15
51:11,15
51:23

56:21 57:1
81:24
82:22 83:2
83:3 84:25
87:19
89:10
119:18
121:23
132:18
133:3
143:21,24
154:14,16
161:2
179:15
187:15
209:4,6
250:1
**conversa...**
18:15
36:10 38:5
38:6 53:10
54:17
59:24
64:12
72:11
83:10
87:15
117:1
143:6
209:9
**cooking**
205:6
**coordina...**
2:9 71:2
**coordinator**
35:9
**copied** 208:2
208:3
216:9,10
216:11
248:5
**copies**
256:19
268:10
271:10
**copy** 7:22
124:10
269:2,9,11
271:13

**COPY.docx**
3:23
**coronavirus**
27:16
190:16
**corporat...**
35:18
**correct** 22:1
23:10 28:1
33:14 40:4
44:3 45:2
49:17 61:2
65:9 89:2
97:1
121:14,25
122:16,18
124:15,25
125:1
131:23
145:15,24
146:19
159:23
162:25
169:9
170:6
178:11
203:11
206:10
220:2,4
227:6
236:12
252:3
257:16,20
259:7,24
266:23
273:9,13
**correcting**
194:7
**correction**
21:24
**corrections**
271:13
**correctly**
55:16
83:23
122:9
163:12
198:8
211:3

227:6
229:2,22
229:23
252:12
**correspo...**
169:4
**Costello**
51:5
**council**
15:22
253:21
**counsel** 1:16
6:1 7:21
9:1,8 10:5
10:9 21:15
22:5 31:7
31:9,9,13
84:18 93:5
100:13
102:13,16
102:18
112:10
118:10,15
235:24
236:1,3
256:23
**counterpart**
87:4
**counterp...**
233:20
**countries**
169:6
**country**
123:1
**COUNTY** 270:3
273:3
**couple** 83:19
84:1
151:21
173:3
198:19
226:25
243:7
266:4
**course** 10:4
123:2
152:11
210:24
262:13

| | | | | |
|---|---|---|---|---|
| **court** 1:1 | 161:14 | 127:10 | 148:14 | 141:10 |
| 6:3  7:20 | 162:3,12 | 128:7 | 210:13 | 142:2,12 |
| 8:6  9:3,16 | 162:12 | 137:2 | **created** 13:3 | 145:6,14 |
| 256:18 | 164:6 | 139:13,17 | 61:5  73:25 | 146:15,17 |
| 268:25 | 169:15 | 141:10 | 148:8,11 | 146:23 |
| 270:4 | 173:25 | 145:6 | 221:13 | 147:1,4,5 |
| **courtesy** | 174:20 | 149:18 | **creating** | 147:10,13 |
| 52:1 | 175:4,7,8 | 157:3,6 | 48:16 | 148:8,12 |
| **CoV-2** 112:17 | 183:14 | 163:25 | 95:14 | 148:19,25 |
| **cover** 234:20 | 195:1 | 164:7 | 263:6 | 149:2 |
| 235:13 | 197:9 | 167:25 | **credible** | 154:15,24 |
| **coverage** | 198:19,23 | 168:3 | 89:1,5 | 230:1 |
| 76:16 | 201:4 | 169:1,3,19 | 90:12 | 262:14,20 |
| **covered** | 205:20 | 169:21 | 140:1 | **CRR** 1:20 |
| 93:21 | 206:16 | 170:15 | 181:25 | **cues** 9:17 |
| 94:19 | 208:9,17 | 176:17 | 266:16,21 | **cures** 197:9 |
| **covering** | 222:1,2 | 188:3 | 267:3 | 201:5,15 |
| 187:23 | 223:12 | 221:20 | **criteria** | 203:18 |
| 188:6 | 224:22 | 224:12 | 89:14,15 | **current** 11:4 |
| **COVID** 4:11 | 231:5,9 | 229:20 | **Cross-Ex...** | 15:10,12 |
| 5:1,10 | 232:19 | 234:17,21 | 2:4 | 16:1  18:23 |
| 16:14,15 | 239:2 | 247:12 | **crosstalk** | 18:24 |
| 16:16,17 | 241:21 | 256:1,3 | 178:6 | 168:2 |
| 16:19  17:3 | 242:5,10 | 258:16 | **Crowd** 60:7 | 170:14 |
| 17:10  18:2 | 245:14 | **COVID-HUB** | **CrowdTangle** | 262:14 |
| 18:12 | 247:21 | 221:19,23 | 2:17,19 | **currently** |
| 22:14 | 255:4 | 221:24 | 3:16,19 | 15:5 |
| 25:12 | 256:6 | 222:4 | 49:13,25 | **cut** 76:10,14 |
| 29:15 | 261:25 | **COVID_19** | 50:1,20 | 82:1,13 |
| 32:15 | 266:17 | 5:12 | 51:2,3,24 | 190:15 |
| 42:23 | **COVID's** | **crafting** | 51:25  52:7 | 191:17 |
| 46:11 | 256:5 | 103:21 | 52:22 | **cut-and-...** |
| 48:10,22 | **COVID-19** | **Crawford** | 59:17,19 | 240:9 |
| 49:13 | 2:11,18,20 | 1:13  2:3,7 | 59:21 | **CV19** 3:2 |
| 51:25 | 3:9,17,20 | 8:4  9:5,12 | 60:15 | 91:9,12 |
| 52:23  53:2 | 33:12  48:3 | 11:3  22:24 | 62:16 | **Cynthia** |
| 57:25 | 51:3  60:7 | 34:5 | 63:16 | 107:11 |
| 71:13  89:4 | 63:21 | 102:24 | 64:18 | 115:10 |
| 92:9 | 91:13,17 | 141:17 | 66:12 | 116:23 |
| 105:24 | 95:14 | 150:8 | 71:21 | 120:2 |
| 110:5,10 | 98:14 | 247:16 | 75:24 | 133:22 |
| 110:12 | 99:19 | 257:6 | 76:16  77:5 | 182:18,21 |
| 111:5 | 108:21 | 270:7 | 77:7,10,11 | 183:1,2 |
| 113:9 | 111:13,19 | 271:11 | 77:14 | 188:3 |
| 121:4 | 119:15 | 272:1 | 78:16,24 | **cytokine** |
| 128:2 | 120:13 | 273:5,20 | 79:7,8,11 | 122:4 |
| 148:19 | 122:2 | **create** 73:22 | 83:17 | |
| 157:3 | 124:14 | 110:1 | 91:22 | **D** |
| 160:23 | 126:22 | 147:17 | 97:11 | **D** 6:2 |

**CAROL CRAWFORD  11/15/2022**

daily 164:10
dark 62:5
data 71:18
  71:23  72:1
  72:2  75:12
  75:23
  80:13  81:2
  81:10
  150:23,24
  150:25
  186:13
  201:15
  204:3,12
  221:21,21
  224:25
  225:3
  260:7
  263:8,10
date 8:2
  84:19
  85:10,13
  111:10
  118:18
  126:11
  131:18
  135:9
  138:25
  139:2
  141:9
  145:4
  150:13
  152:20
  155:24
  163:16
  166:5
  171:18
  173:23
  179:12
  187:12
  189:5
  196:19
  200:18
  205:14
  208:20
  219:22
  221:6
  226:7
  229:5
  232:25

237:5
239:19
241:19
242:3
246:4
247:11
249:17
250:6,16
254:10
257:8
272:4
dated 61:18
  63:1
dates 49:18
  132:2
day 28:4
  32:22
  47:10
  77:18
  230:4
  270:16
  273:14
days 27:18
  164:11
  173:3
  238:1
  253:16
  271:17
DC 6:12,21
  7:3  271:6
deal 87:9
  207:22
  239:10
dealing
  10:18
  83:17
dealt 256:13
Dear 271:9
death 168:4
  168:12
  169:2,5
  170:16
  185:24
deaths 53:23
  58:7  62:7
  76:16
  82:18
  140:8
  146:2

167:5
168:1,21
169:2
debunk
  122:17
  129:2,12
  129:14,15
  131:1,8
  132:1,5
debunked
  124:25
  125:2
  127:11
  130:9,12
  131:22
  132:25
  134:7,20
  134:24
  135:3,10
  135:11
  137:5
  138:13,17
  157:21
  171:2
debunking
  3:15
  119:15
  124:14
  126:23
  139:1
  140:17
December
  189:7,12
  190:5
  195:11,23
decide 89:7
  89:10
  102:4
  135:13
decided
  57:18  74:4
  238:4
decides
  229:4
Deciding
  143:12
decisions
  89:2
  211:18

deck 73:20
  76:5
  149:19
  153:9
  210:17
decks 265:18
  265:22
Declaration
  264:6
declare
  273:12
deemed 212:9
Defects
  223:17
defend 10:6
defendant
  9:2
defendants
  1:11  8:19
  8:19,24
  9:2  31:6
defending
  10:5
defense
  102:13
  268:3
definitely
  109:22
  121:19
  159:20
  183:6
  216:10
  222:19
  226:20
  229:14
  256:2
definition
  203:17
degrees 12:9
DEKALB 270:3
delay 28:7
delete 75:15
  157:9
deleting
  75:17
demand
  194:25
Demi 108:1
  115:11

120:2
133:22
demonstr...
  50:2
Dempsey
  24:15  27:1
  45:15,16
  45:19,20
  57:3
department
  6:19  7:1,2
  7:8  8:18
  8:23  25:11
  25:16
  237:12
  238:20
  271:5
depending
  17:5,23
  181:14,18
  244:23
deploy
  223:10
deployed
  61:15
  107:20,21
  123:23
  223:4
deposed 9:13
deposition
  1:13  2:7
  5:23  8:3,7
  21:18
  26:23
  31:10,14
  93:9  94:17
  118:3
  152:12
  270:6,8,9
  271:10
  273:6,8,11
depth 175:1
DeSalvo
  193:6
describe
  249:25
described
  47:5  59:6
  59:21,25

**CAROL CRAWFORD  11/15/2022**

| | | | | |
|---|---|---|---|---|
| 96:13 | 42:13 | 15:11,14 | 100:15 | 203:5 |
| 130:22 | 56:17 | 32:16,17 | 236:6,7,19 | 204:5 |
| 142:6,11 | **development** | 43:3,4 | **discuss** | 208:4,15 |
| 189:19 | 11:17 | 83:24 87:2 | 66:11 74:2 | 208:19 |
| 212:3 | 105:14,15 | 233:21 | 76:4 77:24 | 213:15,19 |
| **describes** | 108:2,3 | 243:25 | 80:1 84:6 | 222:10 |
| 103:17 | 115:20 | 247:19 | 84:9 95:11 | 223:6 |
| **describing** | **device** 35:24 | 249:3 | 105:7,13 | 225:22 |
| 55:16 | **devices** | **dir-** 120:22 | 105:15 | 240:6 |
| 155:15 | 213:24 | **direct** 18:17 | 170:3 | 244:10 |
| **description** | **differed** | 19:12,14 | 175:1 | 263:20,22 |
| 2:5,6 50:3 | 17:22 | 63:13 | 180:10 | **discussing** |
| 95:23 | 140:12 | 93:22 | 182:23 | 37:14 |
| 130:18 | **difference** | 165:13 | 184:7,24 | 58:10,12 |
| **design** 11:19 | 220:7 | 166:11 | 228:24 | 64:17 |
| 233:12,16 | **differences** | 182:6 | 233:14 | 79:24 |
| 233:17 | 17:15 | 205:13 | 253:10 | 82:25 83:5 |
| **design/c...** | **different** | 234:5 | 258:19 | 105:9,12 |
| 27:21 | 23:14 | 238:16 | 260:17 | 119:25 |
| **designer** | 44:21 | 242:15 | 263:13 | 130:21 |
| 40:14 | 47:21 65:3 | 250:13 | **discussed** | 148:18 |
| **desired** | 77:9 78:24 | **directed** | 19:22 30:8 | 151:7 |
| 271:14 | 79:8 | 80:19 | 38:8,10 | 180:12 |
| **detail** 32:13 | 107:17 | 199:4,10 | 53:11 | 184:15 |
| 73:14 | 120:11 | 199:19 | 57:25 58:4 | 204:13,24 |
| 133:20 | 129:24 | **directly** | 59:10 | 212:24 |
| **detailed** | 141:3 | 19:17 74:9 | 60:13 | 230:19 |
| 51:24 | 142:5 | 77:10 | 62:17 72:7 | **discussion** |
| 169:4 | 147:10,20 | 101:12 | 77:20 | 49:12 |
| **details** | 147:24 | 113:20 | 78:11 | 52:11 |
| 110:2 | 149:16 | 123:25 | 81:10 83:9 | 58:15 59:3 |
| 149:5 | 172:6 | 124:5,9 | 83:13 | 133:12,13 |
| 150:20 | 175:17 | 129:5 | 116:5,25 | 151:2 |
| 153:15 | 187:6 | 130:21 | 117:7 | 182:18,25 |
| 224:24 | 198:9 | 147:11,12 | 130:16 | 184:9,11 |
| **determine** | 204:8,11 | 238:19 | 133:2,10 | 185:8 |
| 11:22 | 220:5 | 251:16 | 135:23 | 206:21 |
| 110:24 | 259:1 | **director** | 138:19 | 260:16 |
| 161:21 | **difficult** | 11:7,9,12 | 141:1 | **discussions** |
| 170:20 | 97:6 173:4 | 11:21 | 142:2 | 18:8 64:19 |
| **determined** | **difficulty** | 18:25 19:8 | 145:13 | 132:15,16 |
| 114:13 | 42:9 | 32:7 83:24 | 147:2 | 213:16 |
| **determining** | **digital** 11:8 | 87:2 | 148:4,14 | 244:20 |
| 89:14 | 12:6,25 | 107:11 | 150:22 | 261:19 |
| **develop** 59:5 | 13:19,24 | 120:19 | 151:14,17 | **disease** 1:17 |
| 109:9 | 13:25 | 183:5 | 174:17 | 6:15 7:6 |
| **developed** | 14:12,14 | **disclosure** | 181:24 | 7:12 |
| 57:19 71:8 | 14:17,20 | 7:21 | 185:20 | 190:17 |
| **developing** | 14:24 15:3 | **discovery** | 198:18 | **Diseases** |

CAROL CRAWFORD  11/15/2022

107:14
160:22
**display**
188:22
**distributed**
212:16
**distribu...**
52:19
58:17
61:14
62:22
**District** 1:1
1:1 8:5,6
**distro** 52:18
61:12
**division** 1:2
11:7,8,14
12:19,23
12:25 13:8
13:8,10,14
13:17,18
13:19,25
14:4,20,24
15:4,5,11
15:14 19:8
19:9 29:21
32:7,18
**divisions**
14:1
**doc** 225:20
**doctors**
122:25
**document** 3:9
21:16
25:23 33:8
41:22
47:15 49:7
54:9 67:20
76:23
78:18 86:6
91:4,6
94:9 96:1
99:23
100:14
143:17
145:9
146:12
152:15
158:6,23

161:17
162:17
163:2
165:2,12
165:16
167:24
168:14
169:13
206:18
238:14
249:23
**documents**
32:23
47:19
92:22
93:10
94:11
99:18
117:5
132:7
236:7
**doing** 9:19
14:2 29:15
38:14
57:21
100:23
116:9
142:5
144:11
158:14
162:20
174:22
178:21
182:7
200:3
210:3
224:22,23
232:13
239:6
244:6
248:24
258:5,20
265:4,16
268:20
**domain** 18:14
29:22
**Door-to-...**
144:20
**dosage** 255:8

**doses** 255:13
**Double** 62:10
**doubt** 56:22
108:25
**Dr** 6:6,6,6
125:20
**draft** 15:24
**drafted**
210:17,18
246:20
**drafts** 41:17
**dragged**
151:12
**drawing**
176:4
**driven** 146:2
**drop** 219:5
**drop-down**
186:18
**drop-downs**
215:21
**due** 84:8
**duly** 9:6
270:9
**duties** 11:13
15:13
32:10
101:14,17
**duty** 15:10
**dysfunction**
128:8

_____
E
_____
**E** 5:9 45:4
171:22
239:20
270:1,1
**e.g** 157:3
162:12
**earlier** 24:6
60:23
92:23 93:8
109:16
116:25
120:10
125:9
132:15
133:2
142:7

147:2
149:11
157:20
180:14
198:6
203:5
204:5,14
208:4
210:18
224:11
229:9
233:22
236:14
**early** 17:10
19:21 20:1
22:15
147:13
192:6
197:12
253:11
260:18
**easier** 18:12
23:21
27:22
129:8
167:6
**easiest**
170:3
**EAU** 4:3,5
163:19
**edit** 42:2
**editing**
47:12,19
47:20
**education**
11:25
**educational**
52:25
**Edwards**
265:9
**effect** 38:12
139:16,17
231:8
**effective**
255:14
**effectively**
54:20
**effects** 54:1
58:8 65:5

76:6 140:7
164:8,10
164:12
**effort** 35:11
40:16
177:2,8
180:2
**efforts** 2:11
15:16
27:15
33:12 34:1
**eight** 111:12
**Eisman**
222:22
**either** 43:4
61:6 65:21
104:22
113:15
125:10
136:19
147:7
149:1
176:19
181:2
197:21
230:22
241:3
**elderly** 3:10
**electronic**
20:5,6
30:17
56:24
**electron...**
136:21
**element**
157:25
**else's** 206:5
**email** 4:1
5:2,10,15
18:3 20:5
22:14,18
23:2,3,7
23:12,13
23:15,21
24:3,12,19
25:3,18
27:11
28:21,23
30:17

**CAROL CRAWFORD  11/15/2022**

33:11 34:6
34:6 35:12
35:15,20
39:2,8
40:3,7,8
43:20
44:19,21
44:23 45:1
50:14 51:1
51:12,18
57:20 58:4
60:6 62:3
63:1 68:3
68:11
72:21,22
72:22 73:4
73:25 75:8
75:10
77:19 85:3
85:11,13
85:15
91:20
92:24
96:20,20
98:16
114:1
119:3,6,9
119:14
120:23
121:2,2,25
123:19,21
125:9
126:21
137:1
146:10
150:15
153:4,6
159:11,19
160:8
161:25
163:4
166:12
167:22
172:3,21
174:4
178:22
189:11
197:21
200:6,24

201:24
202:8
204:22
213:10
216:4,8,12
216:20
218:1
219:9
220:7
225:19
226:15
230:15
238:8,22
241:12
243:17
244:15
248:3,22
250:16,18
250:25
254:2
257:14
261:10
**emailed**
173:14
253:2
**emails** 2:8
2:10,12,15
2:17,19,22
3:1,2,4,11
3:13,14,16
3:19,22
4:2,5,8,10
4:11,13,15
4:17,18,20
5:1,4,5,7
5:8,12,14
5:17 21:3
32:6 61:17
67:22 79:6
79:20 83:3
83:6 97:1
97:6 99:11
103:13
134:4
161:2
203:6
236:11,18
248:6
254:21

**emergency**
42:8,15
59:2
137:10,12
156:25
160:1
169:18
**emphasis**
3:10
**employed**
137:19
**employee**
13:21 14:8
222:8
**employees**
97:19 98:8
98:18
**employers**
137:20
**employment**
11:4 12:1
137:21
138:3
**enabled** 71:8
**enclosed**
271:10,11
**Enclosures**
271:25
**ends** 124:18
206:1
263:14,15
**enforce**
104:23
**enforcement**
95:25
105:8,14
105:16
**engage** 74:2
74:4 77:16
184:15,24
185:11
234:6
**engaged**
52:23
175:24
**engagement**
53:16
78:11,14
**engaging**

77:23 78:1
78:8
110:12
197:20
243:4
**engine**
193:22
194:11,13
194:13
**engines**
194:3
**English**
163:8
**enroll**
211:21
214:4,9
215:1
**enrolled**
216:20,23
218:2
**enrollment**
137:21
138:3
**ensure** 33:17
33:18
237:20
**enter** 219:3
219:4
**entered** 71:3
**enters** 26:22
**entire** 15:17
**entity** 89:20
**environment**
148:15
**envision**
177:4
**epidemio...**
12:16
**equating**
137:6
**equity**
230:11,17
230:21
**erectile**
128:8
**Eric** 1:3
265:8
271:7
272:2

**errata**
271:12,14
271:16
272:1
**especially**
32:15 55:5
**Esq** 6:2,8,17
6:18 7:2,5
7:6,7,11
271:4
**establish**
242:9
245:14
**established**
77:7
257:19
**et** 1:4,10
197:10
201:5
271:7,8
272:2,3
**EUA** 137:6,9
156:2,21
167:3
**European's**
164:21
**Eva** 239:8
**evaluate**
220:23
**event** 10:21
34:15
123:10
125:24
136:25
**events**
122:23
123:1
**eventually**
30:1
**every-ot...**
180:8
**everybody**
136:17
241:15
268:11
**evidence**
79:2 96:4
108:22
110:8

**CAROL CRAWFORD  11/15/2022**

120:14
137:23
138:6
142:25
146:7
evidence...
255:3
evolving
103:18
ex 1:3 271:7
272:2
exact 80:20
200:5
246:3
exactly
31:18
88:15
135:17
216:1
238:25
Examination
2:2 9:10
EXAMINAT...
2:1
examine
197:6
201:2
examined 9:6
example
15:21
64:21
79:12
149:19
207:15,24
217:22
265:3
266:4
examples
90:22,22
149:7
182:2
197:5,7,8
199:11
200:1,11
200:20
201:1,2,4
201:12,14
201:24
202:12

204:21,22
209:8
210:20
265:24
exchange
16:14 40:3
145:17
146:10,22
189:11
197:15
excuse 16:22
167:11
172:12
199:10
221:22
238:9
240:18
excuses
247:4
Executed
273:14
exhibit 2:6
2:7,8,10
2:12,15,17
2:19,22
3:1,2,4,6
3:7,9,11
3:13,14,16
3:19,22
4:1,2,5,7
4:8,10,11
4:13,15,17
4:18,20
5:1,2,4,5
5:7,8,10
5:12,14,15
5:17 21:12
21:14 22:5
22:8 30:22
32:1 33:2
33:4 38:18
38:20
43:10 44:1
44:2 49:1
49:4,5
60:3 62:2
67:4,12,14
85:5,6
91:1,7,8

100:19
102:22,25
112:5,5,15
112:19
113:3,6
114:22
115:8
118:5,7,9
118:20,22
119:4
120:1
121:11
125:8
126:8,12
126:14
131:13
133:8
135:1,4
136:6,10
136:11
138:19,23
138:24
141:6,7,9
141:19
144:13
145:1,4
149:22,23
150:6,9
152:16,22
155:7,9,10
155:22
163:13,15
163:23
164:17,19
165:25
166:1,2,6
171:15,20
171:21,25
173:9,20
173:23
179:9,11
182:12
183:3
187:9,11
187:18
188:25
189:2,4
196:15,17
196:18

199:3
200:15,17
200:19
205:17,18
205:19
206:14
211:6
219:19,21
221:3,5,6
226:4,7
237:2,4
239:13,16
241:17,19
243:7
247:7,9
248:12
249:7,9
254:4,8
256:19
257:4,7,14
258:4
269:6
exhibits 2:5
5:21 118:1
125:18
140:19
183:4
184:4
268:22,23
268:25
exist 13:15
48:19
126:4
227:17
existed 12:7
existing
169:20
174:25
expect
155:13
192:2
expectation
88:3
expected
34:16
expecting
248:19
expedited
214:10

experiment
131:1
132:4
137:8
experiments
137:3
expert 50:21
108:18
109:8,22
123:5
129:21
133:18
134:2
146:4,8
183:19
214:15
222:20
252:2
expertise
32:20
137:14
138:8
140:14
143:5
164:25
259:2
experts
108:8
113:24
114:24
115:7
121:12,18
123:20,20
124:22
130:11,17
132:17
150:19
151:9,19
151:20,21
152:8
182:22
184:20
Expires
270:25
273:24
explain
251:16
explained
78:25 79:7

**CAROL CRAWFORD 11/15/2022**

| | | | | |
|---|---|---|---|---|
| 210:16 | 55:10,14 | 222:8,12 | 53:14 | 61:18 |
| **explaining** | 57:6 58:12 | 222:13,19 | **false** 106:11 | 63:17 |
| 148:16 | 60:11 | 222:20,21 | 108:21 | 166:8,15 |
| **explains** | 61:22 | 223:21 | 116:8 | 167:8 |
| 195:14 | 62:18 63:3 | 224:5,15 | 117:18 | 171:23 |
| 248:14 | 63:5 64:11 | 224:21 | 120:13 | 172:10 |
| **explanat...** | 71:2 73:22 | 226:19 | 139:11,25 | **federal** 92:2 |
| 130:16 | 74:8,10 | 231:13 | 157:2,16 | 95:19 |
| **explanatory** | 77:25 | 232:15 | 158:20 | 193:1,10 |
| 130:13 | 78:22 | 237:14 | 159:5,12 | 232:5,18 |
| **explore** | 79:19 80:8 | 240:2 | 159:21 | **feed** 54:25 |
| 144:6 | 80:14 82:9 | 242:5 | 162:11 | 227:5 |
| **expressed** | 82:10 83:4 | 245:22 | 164:2,6,24 | 228:10 |
| 101:19 | 83:7,18 | 249:2 | 168:5 | **feedback** |
| **extension** | 86:4 87:14 | 259:22,23 | 169:24 | 27:17 |
| 200:21 | 87:16 88:3 | 261:7 | 170:12 | 106:10 |
| **extent** 93:18 | 88:20,24 | 263:2 | 255:5 | 161:10 |
| **externally** | 89:16,22 | **Facebook's** | **familiar** | **feeds** 88:13 |
| 65:18 | 90:7,19 | 2:10 46:19 | 85:22 | 212:16 |
| **extreme** | 91:23 | 103:11,12 | 200:12 | **feel** 32:24 |
| 42:18 | 95:18,20 | 139:7 | 206:19 | 95:22 |
| **extremely** | 98:20,24 | 151:22 | **FAQ** 109:5 | 132:8 |
| 19:24 | 99:2,7,8 | **fact** 115:22 | 129:4,10 | 146:9 |
| | 103:14,22 | 134:16 | 134:14 | 149:16 |
| **F** | 103:25 | 168:10 | **far** 22:23 | 151:11 |
| **F** 270:1 | 104:2,23 | 175:11 | 65:8 204:3 | 188:16 |
| **Face-** 180:12 | 112:21 | 210:17 | 246:10 | 203:9 |
| **Facebook** 5:4 | 113:11 | **facts** 58:2 | **fashion** | 247:22 |
| 16:5 18:11 | 114:8 | 79:1 94:7 | 171:11 | 249:10 |
| 20:24 | 117:1,16 | 96:3 110:7 | **fast** 81:8 | 258:13 |
| 22:14 | 119:8,11 | 137:22 | **faster** 28:9 | **feels** 206:19 |
| 24:13,19 | 124:5 | 138:6 | **fatality** 3:9 | **fellow** 24:6 |
| 25:10,12 | 132:9,14 | 142:24 | **FB** 2:8 3:14 | **felt** 88:16 |
| 27:13 | 135:2,11 | 153:10,24 | 139:1 | 161:20 |
| 29:17 | 135:14 | 154:4 | 221:19 | 215:21 |
| 33:12 | 138:12 | 158:16 | 225:3 | 217:3 |
| 34:15,23 | 144:9 | 159:10,10 | **FDA** 137:11 | **female** 26:11 |
| 36:16,17 | 148:2,18 | 160:9 | 156:24 | 28:11 |
| 36:25 37:6 | 149:14 | 220:13,17 | 159:25 | **filing** |
| 37:11 | 150:16 | 264:3 | 167:2 | 271:18 |
| 40:14 | 151:9 | **fade** 10:10 | 169:17 | **final** 35:20 |
| 42:18 | 153:1 | **fair** 38:20 | 201:15 | 135:10 |
| 44:18 | 154:7 | 119:19 | 203:21 | 253:14 |
| 46:12 | 155:14 | 130:2 | 204:2 | **finally** |
| 48:16,17 | 156:5 | 132:9 | **feature** | 134:6 |
| 48:19 | 164:24 | **fairly** | 157:5 | 245:7 |
| 49:13 50:6 | 179:4 | 232:17 | **February** | 265:11 |
| 50:18 | 181:3 | **fall** 38:8 | 16:19 18:5 | **find** 18:12 |
| 54:23 | 221:25 | **falling** | 22:15 60:9 | 70:21 |

| | | | | |
|---|---|---|---|---|
| 171:4 | 178:17,20 | **flagging** | 182:15 | **forward** |
| 189:22 | 179:1 | 86:3 87:13 | 193:20 | 35:17 46:1 |
| 219:11 | 197:23 | 88:1,21,24 | **follows** 9:7 | 49:15 |
| 231:9,10 | 207:2 | 90:6 | **followup** | 59:15 |
| 271:10 | 208:11,18 | 101:18 | 4:13,15 | 197:4 |
| **finders** | 208:23 | 105:24 | 30:15 | 200:25 |
| 234:16 | 213:2 | 106:1,4,9 | 51:18 | 247:22 |
| **finding** | 222:17 | 106:17 | 119:16 | **forwarded** |
| 72:15 | 230:16 | 264:2 | 179:14 | 31:8 41:18 |
| 149:10 | 235:24 | **flags** 212:13 | 197:21 | 61:6,6 |
| **fine** 82:15 | 242:12,14 | **flipped** | 234:17 | 62:23 |
| 93:14 | 242:17,20 | 149:3 | 263:25 | 102:16 |
| 96:19 | 245:16 | **floor** 98:7 | **football** | **forwarding** |
| 102:21 | 246:5 | **flow** 214:10 | 28:16 | 44:22 61:7 |
| 165:9 | 247:14 | **flu** 29:13,15 | **Forbes** 53:19 | **forwards** |
| 198:11 | 257:14 | 29:19,19 | **force** 42:5,5 | 216:5 |
| **finish** 65:23 | 266:13 | 29:20 | **Ford** 7:5 | **Foster** 7:11 |
| **finished** | **first-** 54:1 | **focus** 256:5 | **foregoing** | **found** 266:21 |
| 67:15 | **fit** 47:23 | **focuses** 45:9 | 270:6 | 266:23 |
| **finishing** | **five** 32:8 | **focusing** | 273:6,13 | 267:4 |
| 256:23 | 167:3 | 32:16 | **foreign** | **foundation** |
| **first** 9:6 | 169:16,19 | 256:6 | 140:12 | 112:23 |
| 17:21,22 | 171:22 | **folks** 39:6 | **forget** 268:7 | **four** 201:12 |
| 18:2,9 | 238:1 | 41:17 | **forgive** 21:1 | **frame** 132:3 |
| 22:22 | **five-minute** | 107:9 | **forgotten** | 262:20 |
| 25:20 | 30:20 | 108:16 | 222:11 | **fraud** 197:8 |
| 33:11 39:7 | 205:3 | 125:17 | **form** 171:11 | 200:2 |
| 45:25 | **fix** 102:3 | 245:11 | 273:7 | 201:4 |
| 49:20,24 | **flag** 87:10 | 252:8,14 | **format** 47:21 | **fraudulent** |
| 51:25 56:1 | 87:25 | 253:3 | 63:25 | 197:9,9 |
| 56:8 67:21 | 89:14 | **follow** 82:15 | 106:25 | 201:4,5,15 |
| 67:23,25 | 98:19 99:2 | 121:16 | 182:9 | 203:17 |
| 91:21 | 99:7,9,10 | 126:20 | 184:3 | **Fred** 181:9 |
| 106:10,24 | 113:1,12 | 182:17 | 209:12,13 | 250:10,12 |
| 110:19 | 206:22 | 187:14 | 209:14 | 250:25 |
| 120:8 | 218:23 | 188:4 | 210:23 | 251:3,25 |
| 125:7 | 226:25 | 193:23 | 229:16 | 252:9 |
| 133:21 | 264:4 | 210:21 | 240:25 | 254:25 |
| 141:23 | **flagged** 88:4 | **followed** | 241:1 | **free** 32:24 |
| 142:11 | 89:23 | 134:3 | 243:5 | 247:22 |
| 144:12 | 106:3 | **following** | **formatted** | **frequency** |
| 146:20 | 111:13 | 4:3,5 | 207:18 | 180:18 |
| 150:15 | 112:21 | 51:22 | **formatting** | **frequent** |
| 151:15 | 113:10 | 53:14 | 248:3 | 2:13,16 |
| 156:8,13 | 117:21 | 56:21 | **forms** 219:5 | 4:7 39:10 |
| 157:23 | 212:13 | 100:2 | **formulate** | 43:22 |
| 167:25 | 264:5,20 | 156:2 | 165:5 | 44:10 |
| 170:13 | 264:24 | 163:18 | **forth** 39:20 | **Friday** |
| 177:20 | | 169:5 | 68:4 270:8 | 177:21 |

**CAROL CRAWFORD  11/15/2022**

| | | | | |
|---|---|---|---|---|
| 185:17 | 53:15 | **getting** | 121:15 | 46:25 56:8 |
| 208:11 | **gas** 205:6 | 18:10 | 129:19 | 67:16 |
| 212:24 | **Gateway** | 20:14 37:6 | 130:6 | 73:20 |
| 213:4 | 264:15 | 90:12 | 132:14 | 74:20 |
| 242:12 | **GBS** 139:15 | 138:2 | 141:8 | 81:16,25 |
| 245:17 | **Genelle** | 145:23 | 156:24 | 95:8,21 |
| 246:2 | 85:17 | 147:11 | 159:11 | 97:25 |
| **front** 32:23 | 96:21 | 159:22,24 | 164:19 | 102:2,3,8 |
| 33:2 | 100:1 | 160:2 | 173:4 | 104:13 |
| 166:17 | 238:8,8 | 164:7 | 187:22 | 114:1 |
| 208:22 | **general** 1:4 | 181:25 | 188:5 | 116:14 |
| 245:7 | 1:16 9:1 | 190:3,24 | 204:19 | 118:9 |
| 269:1 | 29:5 38:2 | 204:18 | 210:20,20 | 121:14,16 |
| **FTC** 137:11 | 38:17 46:6 | **Ghosh** 7:6 | 214:25 | 126:17 |
| **full** 52:21 | 46:7 54:15 | **Gilligan** | 239:15 | 129:15 |
| 74:15 76:1 | 64:19 | 6:17 8:22 | 253:11 | 131:15 |
| 81:11 | 75:13 | 8:22 66:25 | 256:19 | 136:16 |
| 137:7 | 83:10 | 67:3,6,9 | 260:23 | 141:7 |
| **fuller** | 110:14 | 84:20 | 261:3 | 145:17 |
| 263:12,23 | 117:3 | 85:24 91:6 | 262:16 | 146:20 |
| **fully** 44:17 | 149:1,1 | 93:19,25 | 263:11,23 | 147:12 |
| 218:15,16 | 169:1 | 94:5,24 | 268:20 | 155:9 |
| **fundings** | 188:20 | 95:5,9 | **given** 69:17 | 164:11 |
| 109:25 | 191:19 | 102:5 | 99:18 | 166:12 |
| **further** | 209:9 | 112:2 | 109:25 | 167:24 |
| 32:22,23 | 217:19 | 118:10,12 | 130:20 | 169:12 |
| 52:13 | 253:12 | 118:20 | 132:3 | 176:9 |
| 126:21 | 271:7 | 133:4,7 | 137:12 | 179:21,25 |
| 158:20 | 272:2 | 136:18,21 | 270:10 | 182:4 |
| 192:2 | **General's** | 163:10 | **gives** 155:1 | 187:2 |
| 228:24 | 6:2 | 165:16,20 | **giving** 49:13 | 188:21 |
| 268:1,2 | **generally** | 165:23 | 169:18 | 189:2,10 |
| 270:11 | 16:11 | 206:8 | 241:11 | 199:17 |
| **future** 80:1 | 17:14,15 | 231:22 | 266:19 | 211:1 |
| 141:25 | 38:11 | 235:25 | **glad** 173:18 | 212:22 |
| 184:4 | 48:11 | 241:15 | 196:4,6 | 214:22 |
| 211:22 | 56:15 | 249:13 | 247:1 | 221:23 |
| **fuzzy** 224:23 | 58:11 | 256:21 | **global** 140:6 | 226:22 |
| **FYI** 70:6 | 77:19 | 268:23 | **globally** | 231:7 |
| 229:18 | 89:11 | 269:14 | 157:2 | 241:24 |
| | 96:16 | **gist** 116:15 | 159:21 | 243:15 |
| ———— G ———— | 140:23,25 | **give** 11:11 | 162:11 | 247:9,14 |
| **gain** 71:11 | 161:20 | 22:6,6,10 | **go** 11:24 | 252:6,23 |
| **Gangolly** | **Gennelle** | 23:22 | 13:7,23 | 254:6,6 |
| 50:22,23 | 86:12 | 30:21 | 18:17 20:4 | 257:13 |
| **gaps** 54:18 | **Georgia** 1:18 | 38:22 | 22:22 | 266:10 |
| 56:18 58:1 | 7:20 12:10 | 66:20 | 23:18 31:5 | 268:25 |
| 81:3 | 12:11 | 79:12 91:3 | 31:23 33:3 | **goal** 33:23 |
| **garnered** | 270:2,5,24 | 104:8 | 41:21 44:5 | 88:25 |

| | | | | |
|---|---|---|---|---|
| 266:16 | 185:1 | 194:22,23 | **grounds** | **guidance** |
| **goals** 266:20 | 186:20 | 243:22 | 168:5 | 129:7 |
| **goes** 53:2 | 191:19 | 245:10,22 | **group** 14:4,7 | 193:20,23 |
| 65:1 106:2 | 192:11 | 245:23 | 14:8,10 | 194:4 |
| 120:16 | 194:18,20 | 250:3,15 | 41:16 45:6 | 195:20 |
| 127:25 | 195:15 | 251:17 | 45:8 48:20 | 196:10 |
| 157:11 | 218:2 | 253:4 | 48:20 | 238:19 |
| 160:4 | 220:7,15 | 254:15 | 55:12,21 | 250:2 |
| 218:22 | 223:5 | **Google/Y...** | 55:22,24 | **Guidarini** |
| **going** 9:15 | 236:16 | 174:23 | 56:1,3,7 | 239:9 |
| 10:6 17:25 | 245:3 | **Googled** | 56:11 | **guide** 228:21 |
| 20:3 22:4 | 251:6 | 183:13 | 58:21 | 229:4,8 |
| 34:13,16 | 252:6 | **gosh** 195:22 | 59:16 61:5 | 230:8 |
| 34:20 37:1 | 257:6 | 224:20 | 104:14 | **guidelines** |
| 37:1,11 | 268:20 | **gotcha** | 116:15 | 15:25 65:4 |
| 40:11 47:8 | **good** 9:12 | 136:23 | 124:1 | **guides** 5:5 |
| 50:21 51:2 | 19:2 57:14 | **gov** 229:14 | 156:4 | 226:9 |
| 52:5 58:19 | 75:1 76:12 | **governance** | 263:6 | 227:1,4,8 |
| 60:14 | 79:13,14 | 15:23 | 269:3 | 227:10,16 |
| 66:19 | 85:24 | **government** | **groups** 16:13 | 228:3 |
| 77:16 | 93:14 | 23:13,25 | 18:22 46:3 | 232:11 |
| 79:24 80:3 | 153:24 | 33:19 | 46:13,16 | **Guides'** |
| 88:18 | 159:12 | 89:22 90:6 | 52:25 54:2 | 226:16 |
| 90:19 95:7 | 161:11 | 96:22 | 54:22,22 | **guiding** |
| 107:8 | 177:20 | 148:22 | 54:23,24 | 103:15 |
| 108:6 | 178:17 | 233:17 | 55:2,4,5,5 | **Guillain...** |
| 111:25 | 197:19 | **governments** | 55:6,7,11 | 139:14 |
| 115:14 | 209:13 | 137:19 | 55:14 61:9 | **guy** 203:8 |
| 116:14,14 | 220:16 | **governor** | 96:14 | **guys** 262:23 |
| 124:24 | 253:6 | 144:23 | 237:13 | |
| 127:24,25 | 260:25,25 | 264:21,23 | **growing** | **H** |
| 138:16 | **Goodness** | **grapevine** | 38:13 | **habit** 28:8 |
| 141:24 | 152:9 | 245:18 | 154:4,11 | **HAN** 153:13 |
| 147:11 | **Google** 16:6 | **graphic** | 154:17 | 153:16 |
| 154:2 | 20:25 | 15:17 | **Gruner** | **hand** 21:15 |
| 159:13 | 174:7,12 | **graphics** | 254:14 | 22:4 |
| 160:16 | 175:16,24 | 11:18 14:2 | **guess** 43:25 | 111:24 |
| 161:5,6 | 177:2,7 | **great** 27:24 | 96:12 | 122:6 |
| 164:19 | 179:3,6 | 74:12 87:9 | 126:1 | 148:21 |
| 165:21,22 | 180:7,17 | 207:22 | 141:15 | 270:16 |
| 165:25 | 180:19 | 227:4 | 156:10 | **handed** 25:21 |
| 166:1 | 181:3,9,11 | 230:9 | 172:18 | 102:24 |
| 169:7 | 183:10,14 | 245:3 | 179:22 | **handle** 19:25 |
| 172:24 | 183:24 | 264:5 | 187:25 | **handled** |
| 173:12,12 | 185:9,13 | **greatly** | 194:16 | 111:4 |
| 173:16 | 189:25 | 27:19 | 238:1 | 140:23,25 |
| 177:9 | 191:5,8,11 | **Griffis** | 262:25 | **hang** 72:23 |
| 182:4 | 193:11,19 | 18:25 | **guessing** | 73:2 |
| 184:20 | 194:2,10 | **ground** 9:16 | 193:17 | 160:13 |

**CAROL CRAWFORD 11/15/2022**

| | | | | |
|---|---|---|---|---|
| happen | 247:10 | 54:16 | 159:6 | 251:18,20 |
| 185:23 | heads 9:18 | 57:24 71:3 | 170:1 | highlighted |
| happened | 192:24 | 104:23 | hesitant | 62:4,5 |
| 13:12 83:2 | heads-up | 105:2,22 | 122:18 | 142:18 |
| 93:12 | 244:2 | 107:2 | hey 176:25 | 143:13 |
| 114:6 | health 7:1,2 | 111:4 | 239:2 | 144:20 |
| 124:11 | 7:8 45:6,8 | 115:21 | HHS 9:1,2 | 148:20 |
| 160:25 | 45:10,11 | 119:15 | 232:7,20 | 228:9 |
| 178:9 | 45:14 51:7 | 124:13 | 233:12 | highligh... |
| 212:8 | 63:21 89:1 | 126:4,23 | 259:12,22 | 189:23 |
| 215:8,20 | 89:2 140:1 | 139:1,10 | 260:9,17 | highlights |
| 246:10 | 140:12 | 164:6 | 260:19,22 | 52:22 |
| happening | 153:17,18 | 174:19 | 261:3,8,15 | 62:15 |
| 79:5 97:17 | 186:1 | 175:4,7 | 261:17,25 | Hines 6:7 |
| 190:2 | 192:24,25 | 188:21 | 263:4 | 8:15 |
| 195:23 | 193:3,9 | 214:11,13 | Hi 45:22 | 264:17 |
| 196:7,8 | 218:22 | 214:14,19 | 51:22 | history 12:1 |
| 216:7 | 230:11,16 | 218:18,22 | 63:15,15 | hit 32:15 |
| happens | 230:21 | 219:12 | 68:14 73:4 | 216:17 |
| 144:17 | 237:13,17 | 237:25 | 74:25 84:4 | hits 17:10 |
| happy 27:21 | 237:18 | 256:7 | 100:2 | HIV 46:4 |
| 45:23 | 238:20 | 266:20 | 126:19 | hoc 180:21 |
| 95:10 | healthcare | helped 161:1 | 166:17 | 180:25 |
| 161:23 | 53:16 58:5 | 196:11 | 176:25 | Hoft 264:15 |
| 214:5,9 | 66:5 | helpful | 197:4 | holiday |
| 228:24 | healthy | 51:20 52:3 | 211:6 | 248:19 |
| 242:16 | 166:21 | 53:10 59:7 | 219:2 | holidays |
| hard 10:16 | 172:8 | 170:23 | 226:24 | 84:8 |
| 20:13 | hear 10:16 | 171:4,5,7 | 252:7 | Holly 239:5 |
| 122:15 | 145:7 | 171:9 | 254:25,25 | honestly |
| 194:21 | heard 28:12 | 197:7,10 | high 6:3 | 227:9,13 |
| 235:14 | 97:22 | 200:2,3 | 42:22 | hope 68:14 |
| 252:18 | 125:24 | 201:3,6 | 53:15 | 70:5 |
| harm 139:11 | 137:25 | helping | 60:20 | 126:19 |
| 234:21 | 217:14,15 | 197:17 | 89:19 | 127:6 |
| harmful | 245:17 | 246:16 | 190:3 | 135:6 |
| 165:15 | 252:7 | helps 53:11 | 255:8,13 | 161:3,6 |
| 168:6 | heart 139:16 | 54:18 58:1 | high-pri... | 166:20 |
| Hatcher 40:7 | heartburn | 127:6 | 16:17 | 230:10 |
| 40:9,13 | 252:8 | 231:10 | high-risk | 253:17 |
| 42:7,17,21 | heavily | 253:15 | 2:13,16 | 266:14 |
| 43:18 | 90:20 | hereinbe... | 39:9 43:21 | hopefully |
| hate 41:11 | hefty 205:15 | 270:8 | 44:10 | 55:22 |
| Haynes 108:1 | held 8:7 | HEREOF | high-volume | hopes 172:7 |
| 115:11 | help 33:23 | 270:15 | 89:11 | hoping 73:19 |
| he'll 230:8 | 34:1,17 | hereto 7:23 | higher 53:9 | 88:23 |
| head 136:2 | 35:10 | hereunto | highlight | 139:10 |
| 165:10 | 37:12 | 270:15 | 29:23 | 229:19 |
| headline | 46:16 | hesitancy | 66:10 | hospital... |

**CAROL CRAWFORD  11/15/2022**

185:24
hospital...
146:2
186:14
hosting
244:24
hour 66:19
hours 28:9
28:19,19
73:1,5
235:12
House 230:13
230:24,25
231:12,19
232:1,4,7
232:22
233:2,8,12
233:19,19
233:21
234:5,5,14
259:10,22
260:9,17
261:8,20
263:4
Human 7:1,2
7:8
humans
120:17
Huxley 86:17
   @R...
86:17

**I**

I-- 148:19
I-H-E-M-E
20:25
IAA 71:3,5
109:15
110:1,12
110:18,20
110:22,25
111:7,11
175:6
IAAs 109:22
ID 24:22
idea 46:15
159:12
187:23
188:6

220:16
ideally 46:2
identified
24:6
103:13
139:9
157:12
177:1
identify
27:14
54:18
67:20
85:10  91:4
102:25
118:17
145:3
155:21
174:20
175:4
206:14
226:13
IDs 97:8
IFB 24:18
Iheme 20:25
24:7,10
26:8,25
33:13
35:12
36:12,23
43:18
45:22
50:16
55:19  57:5
57:11  58:5
68:12
72:20
79:13  84:3
86:11
105:21
131:17
237:10
257:15
Iheme's
37:11
illness
41:25
42:23
imagine 37:8
68:10

104:15
immediately
157:1
160:1
162:10
immune 4:7
163:25
Immuniza...
107:13
160:21
253:21
impact 10:24
167:4
implemen...
181:12
important
90:13  95:7
177:5
211:11
impressions
133:14,14
improper
95:6
improve
53:12
in-app 222:2
in-depth
32:16
in-feed
228:3,5,6
228:13
Inaudible
178:6
include 42:9
188:3
208:11,13
209:16,18
228:23,24
242:15,21
245:20
265:4,8
included
54:1  58:14
61:13
includes
243:17
including
65:14
140:8

144:23
167:1
170:23
192:25
232:20,22
233:11
237:18
Inclusive
120:15
inconclu...
120:15
122:4,15
122:17
129:25
130:6
140:18
incorrect
229:15
Independ...
7:3
independent
234:6
INDEX 2:1
indicate
271:13
indicated
115:11
117:18
indicates
244:17
Indicating
31:17
192:20
individual
8:14
individu...
267:18,22
individuals
146:3
Infection
3:9
inferring
213:11
infertility
76:5
201:16
204:16,18
inflamma...
139:16

influencers
75:4  80:9
81:20
info 5:9
75:11,15
80:13
107:8
208:2
214:4,5
219:3
230:8,11
230:17
239:20
253:12
258:7
266:3
inform
103:16
138:20
155:17
159:8
164:24
information
16:15
18:10,12
27:16
34:21
35:14
36:23,24
46:11
48:22  51:9
52:6  54:23
54:24
55:11  58:1
59:1  61:4
62:21
64:20
70:24
71:12
72:14  75:4
75:16  79:7
79:8  81:4
87:20
88:18  89:1
89:4,6,18
90:13,14
90:16
93:21
98:20

**CAROL CRAWFORD  11/15/2022**

| | | | | |
|---|---|---|---|---|
| 107:15,17 | **initially** | **instructed** | 73:24 | 199:2 |
| 107:22 | 17:16 | 80:21 | 122:13 | 237:7 |
| 109:3,12 | **initiated** | 193:19 | 160:8 | **issued** 153:8 |
| 114:9 | 17:17 | **instruct...** | 203:24 | **issues** 3:1 |
| 123:7 | **initiative** | 40:14 | **interrupt** | 29:2 59:12 |
| 126:22 | 18:16,19 | **instruct...** | 9:24 32:24 | 66:11 |
| 130:1 | **initiatives** | 144:16 | **interrupted** | 85:12 87:8 |
| 140:2,3 | 27:17 | **instructs** | 98:8 | 108:12 |
| 142:6 | **input** 34:21 | 10:12 | **intro** 221:18 | 207:16,22 |
| 148:25 | 104:8 | **intent** 220:9 | **introduce** | 220:13 |
| 154:8 | 111:16 | **interact...** | 8:11 | 264:3 |
| 159:22,25 | 156:19 | 18:9 29:17 | **introduced** | **item** 3:4 |
| 160:3 | 167:7 | **interactive** | 265:15 | 28:24 |
| 161:22,24 | 171:6 | 187:1 | **invite** 98:11 | 103:4 |
| 166:22 | 173:2,4 | **interagency** | 185:7 | 111:12,19 |
| 167:20 | 194:8 | 71:6 | 208:12 | 118:23 |
| 169:11 | 255:3 | 109:20,21 | 209:16 | 126:15 |
| 170:20 | **inquired** | **interest** | 221:9 | 136:8,25 |
| 175:8,9 | 69:11 | 58:9 64:3 | 223:24 | 144:19 |
| 182:1,19 | **inquiry** | **interested** | 239:21 | 165:13 |
| 183:9,13 | 108:24 | 75:11 | 242:10,16 | 247:15 |
| 183:18 | **inserted** | 80:12 | 243:25 | **items** 27:10 |
| 189:17 | 221:15 | 180:1 | 245:15,20 | 30:15 58:5 |
| 190:20 | **insights** | 228:25 | 247:19 | 65:3 84:6 |
| 192:10 | 63:16 | 253:19 | **invited** | 88:21,24 |
| 200:4 | 65:15 | 270:13 | 100:11 | 105:21,24 |
| 204:20 | 167:4 | **interesting** | 116:24 | 106:1,20 |
| 206:23 | **Instagram** | 65:17 | 210:1 | 111:13 |
| 213:19 | 50:6 62:18 | **interface** | 212:24 | 117:12 |
| 220:19 | 157:5 | 262:2 | 223:13 | 120:7 |
| 229:19 | 227:1,2,3 | **interim** | **inviting** | 128:23 |
| 230:21 | 227:8,12 | 242:14 | 208:9 | 131:2 |
| 237:20 | 227:16,20 | **internal** | **involuntary** | 207:7 |
| 238:5 | 227:22 | 239:2 | 137:7 | 221:16 |
| 253:14 | 228:15 | **internally** | **involve** | 225:21 |
| 255:4 | 229:10 | 113:16 | 101:14,17 | 226:25 |
| 259:23 | **instance** | 222:4 | **involved** | 240:6,9 |
| 264:5 | 18:11 | 243:8 | 32:17 71:1 | |
| 266:6,17 | 114:22 | **interpret** | 98:14 | **J** |
| 266:18,19 | 115:2 | 223:23 | 101:1,8 | **J** 6:8 |
| 266:21,22 | 135:16 | **interpre...** | 160:23 | **James** 6:17 |
| 267:3,4,7 | 183:14 | 159:7 | 215:13 | 8:22 |
| **infrastr...** | 224:8 | **interpreted** | 234:1 | **James.gi...** |
| 174:19 | **instigate** | 50:23 | 235:5 | 6:23 |
| 175:4,11 | 17:13,16 | 170:7 | **involving** | **Jan** 21:1 |
| **ingredients** | **instruct** | 179:1 | 233:10 | 174:7 |
| 65:5 | 57:5,15 | 199:25 | **issue** 5:7 | 176:6 |
| **initial** 85:8 | 138:12 | 211:17 | 95:10 | 182:23 |
| 132:14 | 194:2 | **interpre...** | 122:21 | 184:7 |

**CAROL CRAWFORD  11/15/2022**

189:15
192:22,23
195:17
243:16,22
252:20
253:3
254:16
■■■■■ ...
174:8
**January**
49:16,18
49:21
50:14
55:18
**Jason** 7:14
8:9
**Jay** 8:14
24:15 25:5
26:14
45:19 57:3
57:3
181:17
230:7
264:8
**Jayanta** 6:6
**Jeff** 265:8
**Jefferson**
6:4
**Jen** 83:22
86:21
**Jennifer**
86:24
■■■ 45:18
■■■■■
24:13
**JIC** 72:9,10
183:7
**JIC's** 72:6
**Jill** 6:6
8:15
264:17
**Jim** 264:15
**Jin** 222:7
**job** 107:22
249:3
**John** 6:2,8
8:13 67:1
165:17
265:9

John.sau...
6:5
**John.vec...**
6:13
**join** 5:8
14:1 70:5
75:3 108:7
182:22
239:20
242:11
245:16,19
**joined** 30:20
115:11
116:24
**joining**
107:9,11
**joint** 59:1
107:15,16
107:22
233:14
**Jorgensen**
107:11
115:10
183:2
**Joseph** 1:7
7:11 8:5
271:7
272:2
**Josh** 261:17
**jotted**
225:19
**JR** 1:7 271:8
272:3
**Julia** 222:22
**July** 139:3
146:11
**jump** 27:21
**jumping**
120:17
**June** 118:24
126:16,18
126:24
131:20
134:21
135:1,9
142:9,15
144:1
247:15
248:16

**Juneteenth**
248:19
**Justice** 6:19
8:18,23
271:5
—————
K
■■■ @...
244:15
**Kane** 244:14
**Kang-Xing**
222:7
**Karen** 193:5
**Kat** 35:6,9
37:2,4,20
**Kate** 222:25
**keep** 9:20,24
70:12
**keeping**
246:11
**keeps** 65:1
**Kelly** 50:25
51:1 52:1
60:11
61:22 63:3
63:15
64:23
141:21,23
**Kenya** 7:5
**kept** 38:3
241:8
**Kevin** 18:25
40:7,9,13
41:6
244:14,17
245:1,4,5
245:18
**Kevin's**
40:19
**key** 27:17
72:17
190:2
**keywords**
144:9
**keywords...**
144:5
**khatcher...**
40:7
**Kheriaty** 6:6

8:15
264:13
**kids** 157:4
161:14
162:4,13
**kill** 168:4
170:15
**kind** 36:9
38:15 52:6
72:9 75:24
90:15
109:24
123:17,17
129:4
133:3,20
153:14
154:3
177:11
198:16
200:9
204:13
210:24
217:20
224:10
230:9
260:5
261:7
**kinds** 98:19
101:18
263:11
**knew** 26:9
88:17 90:7
106:19
107:1
108:12
113:15
116:9,10
126:4
138:18,22
155:16
220:21,25
232:12,15
243:10
263:10
**know** 10:17
17:14,18
17:19
18:11 21:9
25:17

26:16 27:8
28:14,18
30:7,16
33:21
34:10 37:7
37:9,25
38:2,13
41:15 42:3
42:6,7,9
42:11,17
42:21,24
43:1,2,6
44:24
45:25 46:5
46:8,22
47:4,19
48:1,4,7,9
48:12,17
49:9 50:18
52:15
53:11
54:17
56:13,15
56:25 57:2
57:18
58:23,24
59:4,20
63:23 65:8
65:25 70:1
72:6,25
73:5,10,19
73:24 74:1
74:4,9
75:15,18
77:12,18
77:19,20
77:23,25
78:10,16
79:20 80:6
81:15 82:8
82:13,16
82:17,25
83:1,5,15
84:10
86:12,17
87:19 88:7
88:11,13
88:15
89:10,18

**CAROL CRAWFORD  11/15/2022**

| | | | | |
|---|---|---|---|---|
| 89:19 | 144:4,20 | 208:14 | 111:6 | 153:15 |
| 90:21 | 144:24 | 209:5,18 | 133:23 | **lack** 112:23 |
| 91:23 | 146:6,9 | 210:24 | 165:1 | 137:7 |
| 93:15,24 | 148:10,11 | 211:16 | 176:19 | **Lagone** 103:7 |
| 94:4,9,24 | 148:24 | 212:8,15 | 189:24 | 103:13 |
| 94:25 | 149:4,9 | 212:25 | 190:12 | 105:8 |
| 95:24,25 | 151:4,14 | 213:16 | 192:17 | 119:7 |
| 96:1,10,12 | 151:24 | 215:19 | 195:2 | 121:1 |
| 96:18  97:7 | 152:4,7,12 | 217:2,23 | 218:10 | 125:8 |
| 97:8,18,20 | 153:13 | 218:7,20 | 224:15 | 126:18 |
| 98:10,12 | 154:10 | 221:13 | 233:4 | 127:2 |
| 98:13,18 | 155:3,4,5 | 222:7,13 | 251:2 | 133:2 |
| 99:17 | 157:23 | 224:7,23 | **known** 28:21 | 165:5,14 |
| 100:5,20 | 158:13 | 225:16 | 140:18 | 165:19 |
| 100:21 | 160:12 | 227:16 | 177:15 | 166:14 |
| 101:11,14 | 161:11 | 228:8,21 | 264:22 | 222:16 |
| 101:17,24 | 164:22 | 233:4,23 | **knows** 37:4 | **Lancet** 3:6,7 |
| 101:24 | 165:4,21 | 235:7,18 | 136:17 | 169:4 |
| 103:10 | 167:6 | 238:6,23 | **Kreimer** 1:20 | **Landry** 149:2 |
| 108:23,25 | 170:2,19 | 238:25 | 8:8  270:4 | 265:9 |
| 109:4 | 171:9 | 239:3,8 | 270:22 | **lane** 89:17 |
| 111:7,10 | 172:23 | 240:25 | **Kristen** | **Langone** |
| 111:16 | 173:7,10 | 241:7 | 156:16 | 139:3 |
| 112:18,25 | 174:25 | 242:12 | 160:17,19 | 159:3 |
| 113:1,10 | 175:23,25 | 243:1,11 | 161:1 | **language** |
| 114:1 | 177:12,13 | 243:12,14 | **Kulldorff** | 65:16 |
| 115:1,9,15 | 177:18,22 | 244:12,13 | 6:6  8:16 | **language...** |
| 115:18 | 178:12 | 246:22 | 264:11 | 65:20 |
| 116:3,8 | 180:18,19 | 247:21 | **Kumar** 7:2 | **large** 87:23 |
| 117:14 | 183:5,7,9 | 248:15 | 8:25,25 | 155:2 |
| 120:4,21 | 183:24 | 251:19 | 173:19 | 181:22 |
| 121:9 | 184:13 | 252:5,6,14 | **Kyla** 6:18 | **largely** |
| 122:5 | 185:5,23 | 252:16,18 | 8:17  271:4 | 52:25 |
| 123:8,15 | 186:4,5,19 | 253:15,23 | **Kyla.sno...** | **late** 33:16 |
| 123:19,21 | 188:16 | 255:18 | 6:24 | 36:7 |
| 124:10 | 190:2,8 | 256:4,9,11 | ▆ 97:7 | 249:12 |
| 125:19 | 191:20 | 258:10 | | **latest** 63:16 |
| 127:7,22 | 192:5 | 259:3 | **L** | 195:20 |
| 129:6 | 193:3 | 261:9,21 | **L** 6:20  271:5 | 196:10 |
| 130:6,25 | 194:6 | 261:24 | **lab** 4:1  5:2 | 230:8 |
| 131:3,4,8 | 197:25 | 262:16 | 152:24 | **launch** 48:2 |
| 132:13 | 198:2,15 | 263:17,20 | 153:8,11 | 48:5,7,8 |
| 135:5,17 | 199:4,10 | 264:7,10 | 153:12 | 228:3,12 |
| 135:25 | 199:13,23 | 264:12,14 | 199:2 | **launched** |
| 138:1 | 200:2,13 | 264:16,18 | 219:24 | 157:4 |
| 139:21 | 201:21 | **knowledge** | **labels** 76:18 | **launching** |
| 140:16,23 | 202:22,24 | 54:18 | 76:20  77:2 | 27:18  46:1 |
| 142:18 | 203:14 | 104:16,18 | 77:3  82:17 | **Lauren** 50:17 |
| 143:4 | 205:7 | 107:23 | **laboratory** | 50:19  52:1 |

**CAROL CRAWFORD  11/15/2022**

| | | | | |
|---|---|---|---|---|
| 52:17 | **let's** 10:13 | **letting** 48:7 | 206:16 | 183:25 |
| 262:15,18 | 13:7 16:18 | **level** 50:9 | 219:22,24 | 184:2 |
| 262:19 | 17:10 20:1 | 117:3 | 221:7 | 203:24 |
| **law** 95:25 | 22:17,22 | 234:15 | 226:7,9 | 207:6 |
| **lawsuits** | 25:13 | **leverage** | 237:5 | 217:20,22 |
| 142:16,20 | 26:20 | 174:19 | 239:19 | 224:16 |
| 143:8 | 38:20 39:4 | 175:3 | 241:20,21 | 246:6,12 |
| **lawyer** 236:9 | 46:25 | **Lewinsky** | 247:10 | **listed** 92:24 |
| **lawyers** 9:22 | 49:14 | 246:25 | 254:9,22 | 120:6 |
| 9:23 39:16 | 50:14 | **Lewitzke** | 257:8 | 221:20 |
| **lay** 9:15 | 51:21 56:8 | 83:21 | 272:5,9,13 | 224:3 |
| **layer** 195:3 | 60:8 65:13 | 86:22 | 272:17,21 | **listen** 31:10 |
| **lays** 105:21 | 69:19 | 203:2,3,11 | **line's** | 70:6 |
| **lead** 11:16 | 81:25 86:8 | 216:4,15 | 179:14 | **listened** |
| 24:16,25 | 97:25 | 217:5 | **link** 31:8,11 | 181:17 |
| 35:3 | 102:7,7 | 246:25 | 35:16 | **listening** |
| 139:11 | 107:4 | 247:1 | 48:21 | 31:13 50:4 |
| 159:5 | 118:9 | 265:20 | 102:18 | 52:10 72:3 |
| 164:2 | 119:6 | **Lewitzke's** | 186:17,20 | 90:21 |
| 168:4 | 121:17 | 211:3 | 187:1,19 | 148:13 |
| 170:16 | 126:17 | **Lexitas** 7:14 | 187:19 | 154:21 |
| 181:10 | 129:21 | 8:10 271:1 | 194:8 | **lists** 96:20 |
| 227:10 | 145:17 | 271:23 | 208:1 | 96:21 |
| 249:3 | 146:20 | **Liberties** | 214:19 | 120:8 |
| 259:4 | 149:25 | 6:9 | 227:5 | 157:12,20 |
| **leadership** | 165:11 | **lieu** 198:25 | 251:20 | **literature** |
| 11:14,15 | 166:12 | **life** 143:11 | **linked** 169:3 | 131:5,9 |
| 15:15,16 | 176:5 | **Lindsay** | **LinkedIn** | **litigation** |
| 15:19 | 178:22 | 254:17,18 | 16:6 | 92:23 |
| **leads** 168:12 | 179:11 | **line** 33:10 | **linking** | **little** 10:16 |
| 258:19,23 | 205:25 | 39:7 60:5 | 41:25 | 11:24 |
| **learn** 79:23 | 206:24 | 68:5 91:5 | **links** 191:23 | 12:22 38:2 |
| 110:21 | 211:1 | 103:2 | 219:11 | 39:15 |
| 111:3 | 218:12 | 118:18 | 266:5 | 49:15 63:8 |
| 164:13 | 221:23 | 120:5 | **Lis** 262:25 | 64:15 67:9 |
| 177:4 | 222:6 | 126:11 | 263:5 | 69:19 |
| **learning** | 226:22,22 | 138:25 | **list** 3:12,13 | 85:22 |
| 40:16 | 227:18 | 141:8 | 56:5 61:14 | 130:18 |
| 110:13,23 | 234:9,23 | 150:12 | 62:22 | 151:12 |
| **leaves** 128:4 | 237:9 | 151:21 | 96:20 | 161:5 |
| **led** 161:24 | 241:24 | 152:20 | 97:18 98:8 | 183:15 |
| 204:18 | 243:15 | 155:22 | 117:9 | 189:25 |
| **left** 119:12 | 247:9,14 | 163:16 | 118:23 | 191:14 |
| **legal** 7:14 | 254:6,6 | 166:5 | 119:17 | 205:15 |
| 7:14 8:9 | 257:13 | 173:23 | 126:15 | 208:16 |
| 8:10 271:1 | 261:2 | 179:12 | 131:17 | 214:2 |
| 271:23 | 263:15 | 189:5 | 133:21 | 227:12 |
| **Lepage** 63:5 | **letter** | 196:18 | 158:20 | 261:2 |
| 65:2 | 100:13 | 205:14,20 | 182:20 | 266:3 |

**CAROL CRAWFORD  11/15/2022**

live 34:15
167:10,16
224:10
258:9
Lives 34:24
Liz 75:2
80:3 103:7
103:8
105:24
119:7,10
121:1,9
122:8
125:8
126:18
127:2
133:2
139:3
151:23
160:16
163:21
166:14
222:16
local 76:16
locate
218:16
log 77:10,14
92:10,11
92:13
95:17
212:4
log-in 79:10
92:1
logged 92:5
92:15
218:18
long 12:7
28:20,22
126:20
166:12
227:24,25
266:10
longer 13:11
48:23
82:23
155:6
235:14
look 20:1
21:14 33:6
37:23

38:23
43:12 49:3
49:4 50:14
52:13 58:1
59:24 60:8
61:17 63:1
63:9 70:20
74:11,24
76:2 84:6
85:8 86:8
88:9 99:23
104:9
105:20
108:19
111:12
112:9,10
118:25
128:24
131:13,20
133:1
136:5
141:12
146:21
149:13
150:9
155:10
163:6
165:11
167:23
173:1,11
174:3
176:5
179:12
187:18
202:8
205:16
206:24
212:20
215:14,16
234:9
249:18
250:7
looked 59:10
72:11
95:16
140:19
147:17
157:20
164:22

172:4
175:12
215:17
265:23
looking
18:11 21:3
32:1 40:15
55:24 56:8
56:11
58:22
65:15
72:19
74:16,17
80:25
117:5
126:1,3
127:21
128:13
154:25
159:9
191:20,22
197:4
200:25
223:14
227:2
234:18
237:19
245:9
248:11
253:17
258:15
lookout
153:21
155:12,14
208:25
209:1
220:10
244:8
Lookout'
247:20
looks 30:2
35:16
44:14,22
55:19
61:25 62:1
76:4,10
98:17
100:3
119:8

192:22
195:4
216:14
222:8
244:2
248:7
252:1,22
253:6
loop 25:5
26:10,15
27:4
238:22
looped
238:18
looping 23:4
25:4 26:14
lose 157:7
lost 168:23
269:8
lot 17:25
18:20
28:19
40:11 59:5
64:20 89:3
107:23
108:15
109:5
110:2
133:22
144:17
149:17
150:20,23
152:3
154:4
172:20
231:6
236:11,18
266:17
lots 84:7
232:5
loud 9:20
97:22,23
145:10
174:15
176:8
Louis 271:18
Louisiana
1:1 8:6
love 126:23

182:21
lunch 102:3
102:10
109:17
Lynn 87:3,4

─────────

**M**

magnetism
127:11
mail 61:5
main 76:15
83:16
119:11
190:25
231:8
249:1
maintaining
137:20
138:3
major 16:4
87:20
187:6
232:3
making 18:11
68:15
140:3
203:22
manage 15:18
15:22,23
35:10
management
15:24
mandate
142:22
mandated
148:23
mandates
137:19
142:21,23
148:20
149:18
manmade
120:20
manmade'
108:21
120:13
manner 105:8
265:14
manually

**CAROL CRAWFORD  11/15/2022**

192:18
**March** 13:4
  13:14  15:2
  16:1,20
  18:6  34:5
  40:4  43:23
  44:1,25
  46:25  47:7
  61:12  63:2
  63:14
  64:23
  65:14,24
  68:13  73:3
  73:16
  74:24  76:2
  76:13
  77:13
  79:14  80:3
  81:25  82:3
  82:4  84:3
  174:4,14
  176:6
  179:23
  182:16
  257:15
  259:7
**Margaret**
  45:4
**mark** 33:18
  33:20,22
  49:4
  100:10
**marked** 21:12
  22:8  33:4
  38:18
  43:10  49:1
  60:3  67:12
  85:6  91:1
  102:22
  112:6
  113:3
  118:7
  126:8
  145:1
  150:6
  152:16
  155:7
  163:13
  164:17

166:2
171:15
173:20
179:9
187:9
188:25
196:15
200:15
205:19
219:19
221:3
226:4
237:2
239:16
241:17
247:7
249:7
254:4
257:4
**marketing**
  262:1
**marriage**
  270:12
**Martin** 6:6
  8:16
**Marty** 264:11
**mask** 29:2,3
  29:5
**masking**
  62:10
  71:13
**masks** 29:7
  66:5
**master's**
  12:4,11
**match** 41:4
**material**
  65:20  99:3
  114:15
  117:17
  146:15
  148:15
  264:2
**materials**
  53:12
  56:17  58:3
  81:8,12
  90:7
  115:21

248:22
**matter** 8:4
  94:3  103:1
  108:8
  113:24
  123:2,20
  129:21
  130:10
  132:17
  133:17
  145:4
  152:7
  171:17
  184:20
  187:12
  189:5
  200:18
  249:18
  254:9
  270:14
**matters** 28:9
  132:24
**maturing**
  192:2,4
**Maureen** 1:20
  8:8  270:4
  270:22
**mean** 13:19
  15:20  17:2
  17:18,19
  23:6  26:10
  26:13
  30:12
  32:17
  39:24  50:7
  52:15  73:3
  77:15  80:5
  82:3  85:18
  87:25
  88:25  99:6
  113:1
  116:2
  117:9,14
  127:21
  129:1
  132:22
  136:2
  154:22
  160:6

161:20
172:18
175:2
177:15
178:21,25
180:19
181:8,9
182:3,5
183:3
191:15
192:3
193:11,12
195:21
196:6
198:14
199:19
201:18
209:8
210:22
211:8,15
212:19
213:2
214:15
217:12
220:12
222:12
224:4
229:24
236:17
241:10
243:3
246:19
251:9
258:2
260:22
261:3
266:11,16
**meaning**
  103:11
  139:7
  184:25
  217:18
**means** 113:14
  191:1
  209:21
**meant** 19:15
  37:17
  77:19
  90:23

125:9
130:3
167:18
176:12
177:7
182:13
211:16
218:20
228:6
**media** 11:8
  11:16  12:7
  13:1,19,20
  13:24,25
  14:3,4,12
  14:14,17
  14:20,25
  15:4,6,11
  15:14,16
  17:1,24,24
  18:2  19:20
  20:3,16
  24:3,16,25
  35:9  36:5
  43:3  50:3
  52:10,11
  53:9  54:14
  54:17
  57:25  59:3
  72:2,12
  92:7  104:5
  104:24
  105:1,3
  113:11
  114:8
  117:2,8,17
  124:6
  128:11,14
  143:6,21
  143:24
  148:13
  150:22
  154:21,22
  155:1
  181:7
  198:22
  207:7
  212:20
  220:2
  227:20

**CAROL CRAWFORD 11/15/2022**

234:6
237:14,20
248:9
249:4
264:3
267:10
**medical**
131:5,9
137:3,8
140:12
203:15
**medications**
10:23
**medicine**
12:16
**medicines**
137:13
164:21
**meet** 70:9
150:18
170:3
175:15
180:19,20
209:20
**meeting** 2:23
5:6,13
36:8,16,17
57:4 68:6
68:7,9,12
69:23 70:1
70:6 72:20
73:10
75:22 80:1
80:10
84:10,11
84:13,19
98:10,11
99:22,25
100:2,4,6
100:8,10
115:11,14
115:24
116:1,6,15
119:17,20
119:24
132:18
151:4,15
151:18
172:16,19

172:19
177:16
178:23
179:6
180:7,23
185:1
188:9,10
188:12,13
188:21
198:25
202:4
208:9,11
208:17,23
210:4
212:24
213:1,3
221:14
223:4,13
225:15,24
225:25
226:10,16
230:12
232:24
238:23,24
239:1,25
240:14,23
241:8,9
242:6,18
242:20
246:2,5,18
246:23
247:12,21
248:15,20
253:18,24
258:19
260:6,13
260:17
261:15,18
262:9,25
263:4,14
263:18
265:15,17
**meetings**
5:10 17:8
18:17,18
18:20
20:18
30:15 69:2
83:6 116:2

116:7
117:25
130:16
174:24
179:3,25
180:5,9,11
180:17,17
180:25
181:2,7,24
184:17
188:14
198:12,14
198:16,21
202:6
204:24
208:16
209:10,11
209:23
210:11
226:18,19
232:5
239:2
241:21
242:10,11
244:23
245:1,15
245:16
250:15
260:12
261:7,11
261:19
262:6
265:12,12
265:13
266:10,14
267:11,13
**Megan** 252:20
**Melissa** 7:7
**Meltwater**
154:13,14
154:18
155:1
**members** 84:7
107:10
**memo** 109:20
**memory** 18:9
25:15 29:5
31:25
34:22

48:23
83:10,14
92:13
95:17 96:2
160:7
180:25
182:6
198:13
200:13
205:1
214:2
217:25
218:1
236:12,16
240:13
260:10
**mental** 63:21
**mention**
123:21
230:22
233:1
**mentioned**
46:15
51:16
54:15
62:22
72:10 76:3
87:8 99:1
109:15
121:10
125:16
126:2
132:20
141:20
142:12,21
147:16
157:8
195:17
200:6
211:24
221:25
223:1
236:14
237:13
243:4
246:19
250:14
251:17
257:22

259:9
**mentioning**
79:22
117:25
125:10
**mess** 192:16
**message**
33:24 36:4
36:7
247:22
252:18,19
**messages**
28:25
248:24
252:8
**messaging**
29:13,14
29:19
42:24
237:17
**met** 119:23
174:23
175:15
198:4
202:1,17
**Meta** 50:4,5
50:7,8
154:24
155:1,2
156:9
159:13
161:14
162:4,25
180:13,18
180:20
181:16
212:3,10
213:22
215:14
**Meta's** 158:3
158:11
**method** 255:9
255:14
**mic** 10:18
**Michael**
264:21
**Michelle**
19:9,12
32:13

**CAROL CRAWFORD 11/15/2022**

microchips
87:11
90:15
207:12,13
207:17,23
209:7
265:24
**Microsoft**
16:6 241:1
**middle**
169:14
222:6
253:7
**mifepris...**
255:10,15
**Mike** 144:23
**milk** 165:14
**millions**
168:20
**mind** 9:24
47:5 116:3
156:5
201:13
233:18
**mine** 23:11
87:4
205:22,24
206:10
**minor** 241:11
**minute** 43:12
96:6 99:1
**minutes** 4:10
171:22
182:23
184:7
216:16
266:12
**mis-info**
4:13,15
187:14
**mischara...**
47:14 54:8
57:8 76:22
78:17 86:5
89:24
101:2
132:6
143:16
158:5,23

161:16
162:5,16
163:2
168:13
178:2
199:6
238:13
266:24
**mischara...**
214:1
**misconce...**
89:12
**misheard**
121:22
**misinfo** 3:1
3:2 4:11
55:25 56:9
68:16 69:4
74:14
85:12 87:9
91:9,15
173:25
174:20
175:5
179:15
207:22
220:22
221:22
225:5
229:20
234:17
257:19
258:16
**misinform**
5:18
257:10
**misinfor...**
3:14 4:1,9
5:1,3,11
33:25
37:12,14
38:5,13
56:9,12
58:12,20
58:22
68:25 69:2
69:11 71:4
71:16
72:18

74:14
77:21,22
83:12 84:5
84:12 86:3
87:14,17
87:24 88:8
91:15,18
91:25
98:14
103:9
110:13,14
111:4,5
117:2,7
119:16
124:14
139:1,6
150:19,25
151:23
152:25
154:1,11
156:21
157:7
161:25
166:7
171:23
175:8,13
179:15
181:20,23
181:24
182:10,21
183:25
184:16
185:12
197:7,20
198:2
199:5,11
200:1,8
201:3,25
204:1
205:20
206:16
208:9
211:18
212:5
219:6,25
220:11
225:5,6
234:21
237:16

241:22
242:6,10
245:15
253:17
257:20
**misinter...**
153:8
155:4
**misoprostol**
255:11,16
**missed** 70:8
96:8 156:6
**missing** 81:3
196:1
**Missouri** 1:3
6:1,2,4
8:5 271:7
272:2
**misspelled**
139:2
**mistake**
144:15
**mistype**
127:23
**misunder...**
154:6
**mix** 52:25
**mm-hmm** 16:3
16:25
17:12
19:18 21:5
23:9 39:17
40:24
41:23
43:15 44:7
45:21
62:25
63:18
67:11
107:6
108:20
114:11
117:15
128:25
129:22
130:7
134:8
141:16
155:11

166:13
181:4
185:18
187:5
190:22
196:3
202:9
207:1
216:16
217:9
242:25
243:20
252:25
253:8
**MO** 271:18
**moderation**
76:7 82:7
82:8,11
101:15
175:24
176:11
**modules**
40:17
**MOLA-DEF...**
3:21
**MOLA-DEF...**
2:24
**MOLA-DEF...**
4:4
**MOLA-DEF...**
5:3
**MOLA-DEF...**
4:2
**MOLA-DEF...**
3:24
**MOLA-DEF...**
3:18
**MOLA-DEF...**
3:14
**MOLA-DEF...**
3:12
**MOLA-DEF...**
3:5
**MOLA_DEF...**
2:18
**MOLA_DEF...**
5:16
**MOLA_DEF...**
4:11

**CAROL CRAWFORD  11/15/2022**

| | | | | |
|---|---|---|---|---|
| MOLA_DEF... 4:9 | 2:14 | 88:17 | necessary 273:9 | 39:6 43:16 |
| MOLA_DEF... 4:17 | MOLA_DEF... 3:3 | 129:5,9 | need 34:20 | 50:15 |
| MOLA_DEF... 4:6 | moment 22:10 | 150:24 | 54:20 58:2 | 66:14 |
| MOLA_DEF... 5:15 | 38:22 49:3 | ——— N ——— | 100:20,23 | 86:11 |
| MOLA_DEF... 3:15 | 74:22 86:9 | N 7:6 271:17 | 134:2 | 156:1 |
| MOLA_DEF... 5:2 | 118:10 | N.W 6:10,20 | 143:14 | 157:4,12 |
| MOLA_DEF... 5:13 | 195:25 | 271:5 | 182:25 | 163:18 |
| MOLA_DEF... 2:21 | 227:18 | nah 133:16 | 184:9 | 174:2 |
| MOLA_DEF... 5:11 | 228:8 | name 8:8,8 | 194:6 | 182:20 |
| MOLA_DEF... 3:1 | 239:15 | 8:17 11:2 | 235:12 | 187:20 |
| MOLA_DEF... 5:9 | Monday 63:1 | 14:25 21:4 | needed 20:18 | 190:2,7 |
| MOLA_DEF... 5:7 | 100:3 | 86:12,19 | 110:24 | 203:8 |
| MOLA_DEF... 5:6 | 119:19 | 103:10 | 116:15 | 221:18 |
| MOLA_DEF... 5:5 | 161:4 | 125:17 | 121:23 | 222:5 |
| MOLA_DEF... 4:22 | 180:7 | 141:19 | 126:21 | 223:1 |
| MOLA_DEF... 4:16 | 228:4 | 174:10 | 208:2 | 239:20 |
| MOLA_DEF... 4:19 | monitor | 177:10 | 221:9 | 248:19 |
| MOLA_DEF... 4:14 | 117:16 | 198:8 | 224:5 | 250:12 |
| MOLA_DEF... 4:12 | monitoring | 203:4,9 | 228:22 | 254:15 |
| MOLA_DEF... 5:19 | 167:2 | 211:3 | 235:13 | newer 190:13 |
| MOLA_DEF... 2:14 | MONROE 1:2 | 222:17 | 239:22 | news 13:20 |
| MOLA_DEF... 2:9 | month 166:23 | 246:24 | 255:6 | 14:3,4 |
| MOLA_DEF... 2:17 | months 32:9 | 247:2,3 | 262:16 | 53:25 58:7 |
| MOLA_DEF... 2:11 | 169:22 | 249:17 | 263:2 | 59:3 72:11 |
| MOLA_DEF... | 182:19 | 264:23 | needing | 76:16 |
| | morning 9:12 | 272:1,2 | 255:22 | 143:11 |
| | 119:18 | 273:11 | needs 73:6 | news/com... |
| | 148:16 | names 21:10 | 171:6 | 53:2 |
| | 182:2 | 21:10 | 224:1 | nicer 154:25 |
| | 248:18 | 25:17 | needs/qu... | nine 111:19 |
| | 267:15 | 83:21 | 221:18 | nod 9:18 |
| | move 26:20 | 135:25 | Network | Nods 165:10 |
| | 38:20 46:1 | 152:10 | 153:18,18 | noise 97:22 |
| | 152:14 | 174:9 | networks | non-synced |
| | 163:15 | 177:18 | 237:20 | 268:15 |
| | 165:22 | 222:6,15 | never 24:4 | noon 242:12 |
| | mRNA 164:13 | 233:24 | 47:5 85:1 | 245:17 |
| | multiple | 234:2 | 95:16 | Nordlund |
| | 115:6 | National | 105:5 | 160:19 |
| | 212:11 | 107:13 | 156:5 | normal 9:18 |
| | 232:3 | 160:20,21 | 161:20 | 164:8 |
| | 233:11 | 223:17 | 198:13 | normally |
| | muted 267:16 | nature 18:7 | 217:14 | 19:25 |
| | myth 29:3 | 155:3 | 218:25 | 28:23 |
| | 129:4,6,10 | NCIRD 107:12 | 235:1 | 195:7 |
| | 134:15 | NE 1:17 | new 4:2,5 | 223:15 |
| | myths 29:1 | necessarily | 5:8 6:9 | notarized |
| | 75:16 | 116:23 | 14:3 29:2 | 271:16 |
| | | | | notary |

**CAROL CRAWFORD  11/15/2022**

270:23
271:14
273:23
**note** 5:21
25:10
26:11,22
31:6 33:17
97:22
100:14
102:14
118:12
121:18
122:20
124:21
130:13
185:23
211:11
216:15
242:19
243:21
244:6
**noted** 75:4
133:12
**notes** 30:10
30:14,14
38:2,2
56:19,22
84:24 85:2
116:16,18
116:19
119:18
127:6
137:5
168:10
225:16,18
241:8,9
**notice** 2:7
21:18,21
128:6
**noticed**
227:9
**noticing**
240:8
**November**
1:14 8:2
156:1,14
163:20
253:13,14
270:16

271:3,11
272:4
**number** 31:8
31:15
35:21 36:2
36:8 37:3
55:3,3
67:3
102:15,20
105:21
111:19
120:6
122:15,19
129:24,25
131:17
136:13
146:11
163:24,25
165:13,18
165:19
169:6,14
171:25
190:3
222:14
241:25
**nutshell**
230:15
■ 97:7

**O**

**O** 254:20
**O'Boyle**
196:24,24
197:15,23
198:9
199:4,21
204:20
207:4
209:1
211:5
212:25
220:10
248:2
**O'Brien** 21:8
198:6
**OADC** 11:10
12:24
13:11,13
14:9 18:25

87:5
**objected**
176:10
**objection**
36:18
47:14 54:8
57:8 76:21
78:3,17
79:1 80:16
82:20 86:5
89:24
93:16 95:7
96:3 99:4
101:2,6,20
105:10
106:6
110:7
112:22
115:12
121:5
123:3
131:6
132:6,21
134:22
137:22
138:5
142:24
143:16
158:5,21
159:14
161:16
162:5,16
163:1,9
165:7,23
168:13
176:1
178:2
193:13,24
199:6
231:15
238:13
251:4
259:25
266:24
**objections**
10:9,10
176:4
**objectives**
11:22

**occasion**
98:21 99:1
180:25
**occasional**
17:4,9
29:16
30:15
**occasion...**
38:7 51:19
222:24
241:4
244:21,22
265:19
**occasions**
198:17
**occur** 64:22
213:4
234:25
**occurred**
13:13 40:3
84:12,14
100:6,10
173:8
188:11
213:1
216:25
235:2
236:15
**occurring**
143:6
250:2,24
**occurs** 54:17
**October**
252:22
253:4
**OD** 14:9
**odd** 95:23
248:3
**offer** 69:13
89:18
**offered**
57:13
152:1
213:24
231:10
**offering**
69:4 70:24
212:4
230:10

**offerings**
77:9
**office** 1:16
6:2 8:25
11:8,11
14:9 43:6
104:15
114:20
222:24
234:5
271:17
**officer**
160:19,21
192:25
193:3,9
**official** 1:8
96:14
103:10
215:3
271:8
272:3
**oftentimes**
114:9
**oh** 23:6
28:17
40:10
67:25
72:23
85:19
92:11
93:17
100:20
136:15
149:8
167:13
218:3,8
224:20
225:8
236:6
239:24
240:22,22
245:8
260:8,24
261:14
**okay** 12:12
13:2 14:12
14:19,21
14:24
15:19

**CAROL CRAWFORD  11/15/2022**

| | | | | |
|---|---|---|---|---|
| 20:12 | 101:11 | 171:24 | 235:9 | 100:9,12 |
| 21:14 | 103:6,20 | 173:25 | 237:1,8 | 102:25 |
| 23:12 24:5 | 105:20 | 174:1,2,13 | 238:4,21 | 111:25 |
| 24:18 25:2 | 108:6 | 176:14,20 | 239:23 | 112:9 |
| 25:19 | 109:11,19 | 177:12 | 240:5,19 | 116:20 |
| 26:12 27:8 | 110:10 | 178:16,24 | 241:5,7,13 | 122:14 |
| 27:13,24 | 111:1 | 179:7,14 | 241:23 | 126:10 |
| 28:13,24 | 113:5,21 | 179:14,19 | 242:1 | 141:7 |
| 29:12,24 | 114:25 | 180:22 | 243:23 | 142:1 |
| 30:3,7,23 | 115:8 | 182:3,8,14 | 244:4,19 | 144:13 |
| 32:25 | 117:22 | 185:4 | 245:7,24 | 145:3,13 |
| 35:20 | 118:5,6 | 186:25 | 246:24 | 145:21 |
| 36:20 38:9 | 119:1,23 | 187:2,16 | 247:14 | 146:14,22 |
| 38:21 | 121:1,21 | 189:9,17 | 248:8 | 148:18 |
| 39:15 | 122:1,20 | 190:15 | 249:5,21 | 152:19 |
| 42:21 43:8 | 123:12,19 | 191:12,25 | 250:23 | 155:13 |
| 43:9,13,23 | 126:17 | 193:7 | 252:1,17 | 163:15,23 |
| 44:4,16 | 127:9 | 195:11 | 253:6 | 166:4 |
| 46:10,18 | 129:19 | 196:14,22 | 254:13,21 | 169:22 |
| 46:25 47:2 | 130:5 | 198:4 | 256:9 | 173:22 |
| 47:5,12,17 | 133:25 | 199:15 | 257:12 | 189:4 |
| 47:24 | 135:13,25 | 201:22 | 260:11 | 196:17 |
| 48:14 50:7 | 136:7 | 202:1,5,15 | 262:21 | 200:17 |
| 50:11,22 | 140:5,22 | 202:21 | 263:13 | 219:21 |
| 51:14 | 140:25 | 204:19 | 264:1,8 | 221:5 |
| 52:13 56:5 | 141:7,12 | 207:19 | 265:1,4 | 226:6 |
| 56:7,19,23 | 142:1,9,22 | 208:3,24 | 268:2,9 | 239:18 |
| 60:21 | 143:12 | 209:14 | 269:11 | 241:7,19 |
| 61:17 | 144:3 | 210:13 | **older** 42:22 | 246:9 |
| 62:20 | 145:11,13 | 211:1,5 | 46:3 | 247:9 |
| 63:13 64:1 | 147:6,9,15 | 213:5,21 | **oldest** 22:19 | 248:10 |
| 64:7 65:23 | 148:17 | 214:3,25 | **olds** 4:3,6 | 249:17 |
| 66:19,22 | 149:8 | 215:6,23 | 163:19 | 254:8 |
| 66:23 67:9 | 150:8 | 215:25 | **Omicron** 4:17 | 257:7 |
| 67:16,17 | 151:10 | 216:14,18 | 189:7 | 261:18 |
| 68:7 70:14 | 152:7,13 | 217:7,23 | 190:5 | **one**- 39:25 |
| 70:22 | 153:4,12 | 218:9,12 | 191:22 | **one-pagers** |
| 73:13 | 155:23 | 219:2,14 | 192:1,6,13 | 239:14 |
| 74:23 | 156:7 | 220:9 | 194:6 | **ones** 9:23 |
| 78:20 | 158:2,25 | 221:12 | **Omicron-...** | 57:21 |
| 79:12 80:2 | 162:23 | 223:25 | 189:18 | 93:12 |
| 80:24 | 163:22 | 225:10 | 192:3 | 131:21 |
| 82:25 83:8 | 164:19 | 226:2,12 | **Omicron/...** | 197:19 |
| 85:25 | 165:23 | 226:17 | 191:4 | **ongoing** |
| 90:24 | 167:9 | 227:15,24 | **onboarding** | 33:19 |
| 95:20,24 | 168:17,23 | 228:12 | 97:1 100:4 | 160:9 |
| 96:7,17 | 168:25 | 229:7,18 | 100:5,8,10 | 184:15 |
| 97:12 | 170:10,22 | 230:7 | **once** 37:19 | **online** 89:12 |
| 99:22,25 | 171:14,19 | 234:2,24 | 84:24 | **Onyimba** |

174:6
176:7
185:16
195:12
250:10
251:2
254:19
Onyimba's
182:14
open 149:4
179:24
opened
265:15
operated
110:14
operates
80:15
operations
11:17
opinions
101:18
opportun...
83:11
Opportunity
227:2
option 88:14
213:25
options
34:11
138:18,22
155:16
212:11
218:19
220:25
orally 39:22
order 30:21
120:9,11
131:8
164:24
205:22
206:4
210:13
organiza...
14:3 15:1
51:7
247:23
organiza...
33:24
37:12

117:8
259:4
origin
120:21
original
5:21,23
22:7 35:12
268:22,23
271:11
originally
36:23
231:3
originals
268:21
originated
181:25
OSHA 142:22
ought 187:25
outbreak
16:14
outcome
270:13
outfit 217:7
outlets
207:8
outline
11:25
outlined
27:19
outlining
25:11
Outlook
30:13
output 43:4
outside
127:25
overall
33:25
52:24
143:21
overlap
14:16 15:7
232:13
oversee
11:22
overview
3:11
190:17
191:14

**P**

p.m 1:15
47:1 61:19
64:24
68:13 70:4
76:3
102:10
119:7
126:19
142:15
144:2
145:19
150:3,3
156:15
180:4,7
205:10,10
207:3
208:10
257:1,1
269:19
P.O 6:4
packet 22:5
68:1
page 2:2,6
2:25 3:25
4:17,24
6:25 22:18
41:21
48:16
67:21,24
67:25
125:7
129:5
131:16
133:4,5,5
133:6
136:9,16
141:23
142:14
143:12,25
144:12
146:20
166:17
168:25
169:12,14
179:22
189:7,11
190:25
191:1,20

192:1,4,5
194:5
214:19
216:6,7
226:23
241:24
243:15
245:7
250:7
252:24
271:12,14
271:17
272:5,9,13
272:17,21
pages 52:24
189:18
190:3
192:8
250:5
270:8
palsy 3:7,8
111:14
112:16,19
112:21
pandemic
19:12
panel 189:24
190:12
191:4
192:17
194:15,17
195:2
251:23
panels
193:23
194:3,8
251:17
paper 39:19
112:16
113:8
papers 129:7
paragraph
127:17
156:22
166:18
paragraphs
156:14
pardon 54:21
parentheses

255:10,15
parents
165:15
Parson
144:23
264:21
part 14:22
22:19,23
25:9 26:6
26:20
32:18,19
36:16 48:1
56:25 59:1
59:8 60:22
70:7 81:23
92:7
106:10,14
110:18,19
119:10
129:18
131:11
137:7
145:7
151:24
156:6
172:3,7
192:17
200:7
214:14,17
235:2
243:19
244:25
253:9
259:16
263:4
participate
103:21
260:19
particip...
84:2
177:16
198:15
246:22
particular
20:20
63:24 64:3
89:7
104:24
105:4

**CAROL CRAWFORD  11/15/2022**

| | | | | |
|---|---|---|---|---|
| 141:4 | 85:17 | 114:4 | 69:25 | 215:4,5 |
| 148:17 | 105:21 | 115:13 | 128:19 | 244:6 |
| 197:8 | 119:12 | 123:23 | 228:14,16 | **personally** |
| 201:3 | 131:17 | 128:4 | **percentage** | 50:1 59:18 |
| 240:13 | 221:15 | 129:8 | 113:9 | 90:10 |
| 246:17 | 222:25 | 135:19 | **perception** | 147:19 |
| 248:1 | 232:5,14 | 136:3 | 194:25 | **Pfizer** |
| **particul...** | 234:10 | 137:2 | **performs** | 156:25 |
| 64:11 | 237:10 | 138:20 | 15:6 | **Phoenix** |
| 163:24 | 257:15 | 146:16 | **period** 23:13 | 223:2 |
| 200:2 | 259:2 | 149:17 | 30:6 52:4 | **phone** 20:14 |
| **parties** 8:11 | **Payton's** | 151:2 | 54:15 | 29:20,25 |
| 31:11 | 24:19 | 154:13 | 180:24 | 30:1 31:14 |
| 270:12 | 86:14 | 155:17 | 183:8 | 35:21 36:1 |
| **partner** | 119:10 | 162:2,15 | 218:15,16 | 36:6 44:14 |
| 111:3 | **Payton/G...** | 162:24 | **periodic** | 56:20 |
| 206:22 | 87:8 | 164:6,12 | 17:4 | 86:20 |
| 211:21,24 | ▮▮▮▮ @f... | 168:4,6,11 | **periodic...** | 102:15 |
| 213:9 | 24:9 | 170:16 | 117:20 | 117:11 |
| **partnering** | **PCR** 220:11 | 177:9,13 | 167:21 | 120:1 |
| 79:23 | **pdfs** 41:6 | 181:6,15 | **periods** | 173:7 |
| **partnership** | **Peck** 261:17 | 181:18 | 61:13 | 197:21 |
| 84:5 87:5 | **pediatric** | 185:24 | **perjury** | 198:18 |
| **partners...** | 158:12 | 186:15 | 273:12 | **photo** 227:20 |
| 84:11 | 253:11 | 188:21 | **Perron** 50:25 | **photos** 54:2 |
| **parts** 13:25 | **penalty** | 189:22 | 60:11,17 | **physical** |
| 68:10 | 273:12 | 191:20 | 61:22 | 39:19 |
| 110:19 | **people** 15:22 | 192:12 | 63:15 | **physicians** |
| **pasted** 76:10 | 18:20 | 194:6 | 141:21 | 123:11 |
| 76:14 82:2 | 20:14 | 204:17 | **person** 20:10 | 143:15 |
| 82:13 | 23:22 29:6 | 210:21 | 25:16 | **pick** 9:17 |
| 190:15 | 39:5,20 | 217:3 | 50:20 | 186:18,21 |
| **patience** | 41:17 | 222:15 | 66:15 75:2 | 187:5 |
| 177:1 | 42:22,23 | 223:10 | 79:16,18 | **picked** 46:23 |
| **patients** | 43:17 47:3 | 228:14,16 | 83:16 92:4 | 143:22 |
| 113:9 | 48:22 | 228:17 | 107:18 | **picture** 76:1 |
| 123:2 | 50:15 53:5 | 233:11,16 | 114:14 | 81:11 |
| **Payton** 20:25 | 54:16 | 233:19,21 | 115:3 | 263:12,23 |
| 23:4 24:7 | 56:16 | 244:21 | 123:24 | **pictures** |
| 24:10 25:3 | 59:23 | 252:6 | 133:15 | 149:6 |
| 26:11,25 | 61:15 | 258:25 | 198:4 | **piece** 135:17 |
| 27:5 28:11 | 68:24 | 259:2 | 238:16 | 190:7,13 |
| 28:14,21 | 70:20 72:5 | 263:9 | 241:2 | **pieces** 39:19 |
| 30:4 35:12 | 83:19 88:9 | 266:18 | 249:1 | 166:12 |
| 36:11 | 89:1 96:22 | **peoples'** | 250:14 | **Pinterest** |
| 37:14 | 96:22,23 | 88:13 97:8 | **personal** | 180:24 |
| 50:16,24 | 97:4,20 | 212:16 | 24:3 35:23 | **pipe** 227:10 |
| 63:11 | 98:11,21 | **percent** | 62:12 | **piped** 133:23 |
| 79:22 | 107:1 | 46:13 | 143:11 | 265:19 |

**CAROL CRAWFORD 11/15/2022**

| | | | | |
|---|---|---|---|---|
| **place** 12:19 | 187:18 | 247:19 | **point** 20:24 | 105:17 |
| 23:18 | 188:25 | 249:3 | 28:10,22 | 157:2,10 |
| 95:21 | 196:15 | 253:18 | 31:20 35:3 | 158:3 |
| 111:8 | 200:15 | 266:18 | 61:11 83:1 | 159:8 |
| 115:25 | 205:19 | 267:10 | 89:5 92:22 | 160:2 |
| 151:5,7 | 219:19 | **player** 28:16 | 99:11,13 | 162:11 |
| 156:10 | 221:3 | **players** | 106:20 | 167:4 |
| 178:1 | 226:4,6 | 43:16 | 107:21 | 169:8 |
| 192:12 | 237:2 | 180:2 | 108:17 | 170:5,8 |
| 194:18,20 | 239:16 | **please** 8:11 | 114:9 | 234:21 |
| 215:22 | 241:17 | 9:4 11:1 | 119:11 | **policy** 4:3,5 |
| 219:7 | 247:7 | 21:15 | 127:14,15 | 103:21 |
| 225:15 | 249:7 | 27:12 | 127:16,24 | 104:2,9 |
| 248:16 | 254:4 | 64:16 | 128:7 | 139:6 |
| **places** 248:9 | 257:4 | 118:25 | 142:3 | 140:3 |
| **plaintiff** | **plan** 34:15 | 119:17 | 153:10,24 | 150:14 |
| 6:1 144:22 | 70:5 73:6 | 133:11 | 190:9 | 151:23 |
| **plaintiffs** | 84:8 | 141:8,12 | 198:1 | 154:3 |
| 1:5 6:6 | 182:20 | 144:7 | 199:21 | 156:2 |
| 8:14 269:5 | 207:25 | 145:3,5 | 205:1 | 158:11 |
| **plaintiffs'** | 263:15 | 152:12 | 207:21 | 159:21 |
| 2:5 5:21 | **planning** | 155:21 | 223:1 | 163:18 |
| 21:12 22:8 | 228:2 | 166:18 | 242:24 | 168:3 |
| 31:7,9,12 | **plans** 230:15 | 167:5 | 249:2 | 169:20 |
| 33:4 38:18 | **platform** | 169:23 | 254:15 | 170:14,17 |
| 43:10 49:1 | 17:23 18:2 | 170:2 | **pointed** | 170:20 |
| 60:3 67:12 | 18:13 | 176:23 | 89:16 | 211:19 |
| 85:6 91:1 | 162:15 | 188:1 | 107:5 | 220:21 |
| 102:16,18 | 228:17 | 200:17 | **pointing** | 255:2 |
| 102:22 | 243:5 | 221:11 | 88:2,16 | **politicians** |
| 112:5 | 245:25 | 226:7,8 | 89:20 | 148:22 |
| 113:3,5 | 266:19 | 242:8 | 90:18 | **poorly** 260:4 |
| 118:7 | **platforms** | 247:10 | 195:6 | **pop-ups** |
| 126:8 | 17:5 18:15 | 249:17 | **points** 3:23 | 157:8 |
| 135:1 | 21:11 | 254:8 | 20:17,20 | **populate** |
| 136:6 | 29:14 | 255:18 | 21:1 39:21 | 196:11 |
| 138:23 | 50:12 88:7 | 271:10,13 | 60:20 | **populated** |
| 141:6 | 154:1,16 | 271:16 | 63:20 82:2 | 191:16 |
| 145:1 | 154:19 | **pleased** | 127:7 | **populations** |
| 150:6,9 | 155:2 | 162:2 | 128:11,22 | 3:10 45:24 |
| 152:16 | 161:15 | **plus** 46:4 | 134:10 | 46:6,7 |
| 155:7 | 162:4 | 230:7 | **polices** | **portal** 91:24 |
| 163:13 | 180:12 | 255:5 | 157:6 | 206:22 |
| 164:17 | 208:10 | **PM** 247:16 | **policies** | 211:22,25 |
| 166:2 | 209:23 | **POC** 35:3,4 | 15:24 | 212:6 |
| 171:15 | 220:16 | **POCs** 174:11 | 103:14,17 | 213:6,6,10 |
| 173:20 | 242:11 | 198:7 | 104:24 | 213:14,16 |
| 179:9 | 243:25 | 242:15,22 | 105:4,6,9 | 214:14 |
| 187:9,11 | 245:15 | 245:19 | 105:12,16 | 215:11,13 |

215:14
217:24
218:21
236:8,13
**portals**
213:18
217:3
**portfolio**
32:19
**portion**
80:20
174:4
**portions**
64:8,10
**pos-** 236:17
**positions**
39:21
**positive**
63:22
66:16
**possible**
120:20
139:15,16
174:24
177:3
188:2
242:13
243:2
**possibly**
34:25
51:17
58:16
140:8
**post** 76:4
104:24
105:4
135:18,20
149:7
157:6
162:24
207:25
227:22
229:6
**post-vac...**
62:8 63:22
65:4
**posted** 59:13
109:4
212:5

229:10,15
229:17
230:20
264:24
**posting**
129:4
253:14
**postings**
237:15
**posts** 35:18
53:1,14,22
58:6 81:4
89:8,14
90:16
92:17
103:15
135:16
149:6,19
155:19
157:9
168:3,5
170:15
207:15,24
212:14
220:14
258:7,9
265:3
266:4
**potential**
53:15
182:24
184:8
**potentially**
132:11
155:19
**power** 153:9
**PowerPoint**
199:1,2
210:23
**practice**
93:1
154:23
**practices**
34:18
253:22
**preference**
43:3
**preferred**
180:1

182:5
**pregnant**
46:4
**preparation**
93:9 94:15
**presence**
11:15,16
**present** 7:5
7:21 8:10
18:1 26:2
37:16 73:6
**presented**
7:21
138:23
141:6
172:17
**presents**
194:23
**President**
1:9 271:8
272:3
**press** 125:24
160:19,20
**presume**
91:12
**pretty** 34:16
37:7 46:24
90:20
119:3
121:13
141:20
159:11
179:6
181:16
190:4
192:6
258:13
**Prevention**
1:17 6:16
7:6,12
**previous**
16:8 41:7
67:22 68:4
102:17
119:21
138:19
140:19
147:24
161:2

182:12
183:2
199:3
209:15
258:4
261:19
**previously**
78:1 80:17
142:11,21
174:18
209:12
211:13
**primarily**
113:17
156:5
**primary**
20:24
**Prion's**
122:3
**prior** 13:16
19:1,6
29:15,19
58:4 209:4
209:6
212:23
**priority**
215:9,17
**privilege**
93:22
94:22
**Priya** 50:22
50:23
**proactively**
262:24
**probably**
29:10
30:13
35:19 37:8
39:25 42:4
56:16 61:1
61:13 69:3
70:8 72:5
82:13
83:13
90:20
108:14,15
115:15
120:5,17
121:13

138:21
151:11
173:17
189:15
197:21
200:7
209:11
212:11
215:10
219:12
221:15
223:4,11
235:12
245:2
255:22
**problem** 4:18
4:21
168:22
196:20
201:20
204:5
215:6,7,19
219:8
238:12,17
**problematic**
197:6
201:1
212:5
**problems**
219:10
**proceed** 9:9
**proceeding**
7:22
**process**
10:14
92:23 93:2
127:20
128:1,2
129:15,17
131:11
216:21
242:13
243:2
**processes**
131:1
**produce**
84:19
**produced**
46:3

**CAROL CRAWFORD  11/15/2022**

| | | | | |
|---|---|---|---|---|
| product | 245:23 | 161:23 | 214:11 | 251:15 |
| 221:19 | proposal | 166:22 | 251:3 | 254:3 |
| products | 84:4 | 183:10 | purposes | 256:19 |
| 195:19 | proposals | 194:8 | 16:24 22:7 | 263:24 |
| professi... | 27:25 28:1 | 222:1 | 32:2 57:22 | 268:21 |
| 203:15 | 132:5,14 | 261:4 | 147:1 | puts 123:7 |
| progeste... | 132:19,22 | provides | pursuant | 212:6 |
| 255:9,14 | 165:19 | 11:14 | 7:19 21:21 | Putting |
| program | propose | 227:5 | 102:16 | 168:20 |
| 172:11,13 | 208:12 | providing | put 22:2 | |
| programs | 209:17 | 51:23 52:2 | 30:21 | Q |
| 71:8 | proposed | 54:13 | 32:23 | Q&A 34:10,25 |
| project 4:12 | 27:20 | 128:13 | 39:19 | 36:17,25 |
| 46:9,15 | 69:20 | 161:23 | 40:16 43:8 | 37:6 |
| 48:18 | 122:3 | 167:20 | 48:13 | Qs 70:10 |
| 55:23 | 252:9 | PS 170:22 | 52:15 60:1 | question |
| 70:16,18 | protection | public 12:5 | 85:4 90:24 | 10:1,3,11 |
| 173:25 | 164:9 | 12:19,23 | 92:20 93:5 | 14:23 |
| 174:22 | proteins | 13:8,10 | 100:12,19 | 39:15 41:9 |
| 175:15,17 | 139:13 | 14:10 15:4 | 115:9 | 48:15 |
| 176:12,18 | protocols | 18:13 19:9 | 118:5 | 66:25 |
| 176:22 | 65:4 | 29:22 32:7 | 126:6 | 67:19 |
| projects | prove 122:16 | 32:18 | 130:23 | 71:22 |
| 48:3,10 | provide | 33:25 | 132:24,25 | 73:15 |
| 221:20 | 11:15,18 | 143:15 | 144:25 | 74:21,22 |
| 224:13 | 15:15,15 | 144:21 | 149:6,18 | 75:5,7,13 |
| promote | 15:17 | 222:23 | 149:19 | 78:7,12,13 |
| 81:22 | 27:15 | 237:17 | 153:9 | 79:15,17 |
| 232:10 | 48:21 | 270:23 | 162:23 | 81:5 90:3 |
| promoted | 50:21 51:2 | 271:14 | 171:11,13 | 93:7,8,20 |
| 228:10 | 51:12,13 | 273:23 | 175:8 | 98:6,7 |
| promotion | 52:7 72:17 | publicly | 179:7 | 99:8 |
| 227:1,3 | 92:2 | 72:3 | 187:4,7 | 100:24 |
| 228:3,5,7 | 105:17 | publicly... | 194:19 | 105:1 |
| 228:13,24 | 106:21,22 | 59:9 | 196:13 | 106:15 |
| 230:10 | 116:10 | pull 177:2,8 | 199:20 | 111:17,25 |
| 233:14 | 128:11 | 230:12 | 200:14 | 112:11 |
| promotions | 138:10 | pulled 48:3 | 201:11 | 118:11 |
| 234:16 | 158:17 | 222:2 | 202:22 | 120:18 |
| prompted | 159:10 | pulling | 205:2 | 126:5 |
| 230:19 | 160:9 | 92:22 | 219:17 | 128:22 |
| proof 146:1 | 220:13,16 | 236:7 | 221:2 | 129:12 |
| properly | 238:18 | Pundit | 224:17 | 135:8 |
| 216:22 | 259:24 | 264:15 | 226:2 | 146:5 |
| properties | provided | purpose | 231:9 | 148:24 |
| 50:4,5,7,8 | 29:21 | 57:23 | 236:24 | 156:17 |
| 154:25 | 71:15 | 110:20,22 | 239:12 | 158:9 |
| 155:1 | 90:22 | 145:21 | 247:5 | 159:1 |
| property | 113:13 | 147:7 | 249:5 | 164:1 |

**CAROL CRAWFORD  11/15/2022**

181:5
183:22
185:17
186:13
188:1
224:4
235:24
236:5
240:12
248:18
251:6
259:19
**questioning**
31:21
**questions**
4:9  10:1
68:16,20
69:5,5,10
69:14,20
69:22  73:9
73:19
74:13  75:1
79:18,25
113:20,25
120:8
128:12,15
129:19
139:18
144:5
152:1,4
156:20
161:1
163:24
166:7,10
167:21
171:23
172:17
173:5
181:11
188:4,20
224:2,9
229:1
247:21
255:18
263:25
264:25
267:12,17
267:22
268:1,3

question...
75:3
**quick** 27:22
28:23
135:6
211:12
**Quicker**
23:23
**quickly**
173:5,16
**quite** 111:10
190:24
**quote** 103:14
120:12
129:1
146:1
**quotes** 226:9

_____

**R**

**R** 1:7  8:5
270:1
271:7
272:2
**Rachel**
254:14,25
256:7
**Raena** 222:10
**raise** 95:10
**ran** 154:12
175:12
210:11
265:12,13
267:14
**range** 169:25
187:4
**rare** 164:13
**rarely** 21:8
128:3
195:9
225:18
**rate** 3:9
111:20
113:9
122:14
**rates** 122:19
169:5
**re-ask** 251:6
**re-evalu...**
76:7

**re-reading**
125:22
**reach** 2:13
2:16  17:5
17:6  39:9
43:21
44:10
228:14
**reaction**
168:12
**reactions**
164:13
**read** 8:20
22:10  23:2
25:4,20,21
27:8,11,13
46:19
52:17
65:22
68:11  70:3
85:14,15
91:3  103:3
112:8
127:4
136:8,25
145:5,8,10
152:19,21
153:2
155:24
156:13,23
162:10
163:16,17
166:5,9,9
166:18,20
168:2
170:13
171:18
173:22,23
173:24
174:15,17
176:7,23
179:11,22
182:14,17
187:13,25
188:1
189:6
196:18,19
197:2
200:17,18

200:22
201:23
205:14,14
207:19,21
208:6,8
216:18
217:13
218:12
221:7,11
226:7,8
227:6
228:20
229:2,22
229:23
230:3,5,7
234:11,12
237:5,12
239:18,19
241:20
242:8,9
245:13
247:11,17
252:12,18
252:24
253:10
254:12,13
254:24
255:8,13
257:7
260:15
261:12,17
262:13,23
268:5
271:13
272:6,10
272:14,18
272:22
273:6
**readily**
108:14
**reading**
26:13
42:11
47:11
50:19
51:10
67:15
70:12  75:8
77:2  91:22

160:7
168:24
178:21
200:11
228:7
235:9
**reads** 22:20
23:20
**ready** 206:12
206:13
229:21
239:23,24
**real** 135:6
**realize**
219:3
**realized**
41:6
205:23
**really** 9:22
12:7  29:9
32:15,16
38:13  64:5
92:21
101:24
110:24
130:20
138:8,9
143:1,4
189:20
207:17
234:3
236:13
**reask** 14:22
71:22
158:9
**reason** 25:14
36:20  76:8
82:7  185:6
272:7,11
272:15,19
272:23
**reasons** 59:6
142:10
**recall** 17:17
17:21
19:19
20:20
21:10
29:11,17

**CAROL CRAWFORD  11/15/2022**

30:5,14
32:14
35:15 36:6
36:11
37:13 38:1
38:4,6,9
38:11 39:2
39:13
46:23
51:11 57:4
57:17,20
58:10,11
61:11
65:19,21
66:2,8
68:23,24
71:20 72:1
72:2 83:8
88:5 89:13
89:15
92:23 93:1
99:13,14
99:21
104:25
109:3
110:25
111:18
115:24
116:1,2
119:23
125:9
136:4
140:13,15
142:8
144:11
150:20
151:17
152:11
153:4
154:7,9,12
155:6
177:25
178:9
182:7
183:11
184:5
185:8,10
193:18
197:16

198:16
199:1
201:8
202:7
213:7,15
217:1
219:14
222:9,11
223:1
224:18
225:21
230:18,23
234:2
235:3,4,21
235:23
236:10
240:16,18
240:22
241:10
244:19
246:14
256:16
260:6
264:23
267:9,23
**recalled**
 32:5
**receive**
 71:12
**received**
 59:4 64:7
 97:15
 143:7
 158:15
 164:15
 198:1
 238:23,24
**receiving**
 57:23
 76:17
 82:18
 137:2
 142:3
 154:8
**recess** 31:1
 102:10
 150:3
 205:10
 257:1

**recipient**
 60:10,12
 220:2
**recognize**
 22:11 33:8
 49:6 67:14
 67:21
 97:19
 174:9
 206:18
 222:15
 249:22
**recollec...**
 18:1,4
 26:2 29:21
 32:23
 37:13,16
 40:11
 42:20 46:9
 48:18 52:8
 68:4 72:16
 75:13
 76:12
 87:17 88:6
 90:18 92:4
 94:1,7
 95:15
 96:13
 100:7
 106:23
 116:6
 125:22
 142:13
 143:10
 152:3
 159:18
 216:24
 217:1
 235:1
 242:18
 246:1
**recollec...**
 117:24
**Recommend**
 41:24
**recommen...**
 29:10
**reconsider**
 169:8

**record** 8:1
 9:19,21
 11:1 30:17
 30:24 31:3
 37:21
 52:16 55:8
 69:19
 92:19 93:1
 97:24,25
 98:1,2,3
 102:9,11
 150:2,5
 156:15
 203:12
 205:8,9,11
 225:17
 236:2
 241:8
 245:13
 247:17
 256:24,25
 257:2
 261:2
 265:5
 268:10,21
 269:18
 270:10
**recorded**
 31:14 85:1
 102:19
**recordings**
 84:25
 225:16
**records**
 30:11,18
 56:19
 116:16
**reduce**
 103:16
 138:20
**reel** 227:11
 229:9
**reestabl...**
 102:14
**reevaluated**
 82:6
**refer** 39:12
 72:1,21
 113:23

127:18
175:10,14
180:5
255:22
256:15
**reference**
 34:14
 55:15 69:3
 70:2 79:22
 80:11
 81:14
 129:10
 130:12
 183:23
 184:14,15
 185:21
 195:24
 208:23
**references**
 72:21
 243:7
**referencing**
 149:16
 196:9
 243:9
 258:3
 266:15
**referring**
 12:25
 34:12
 36:15 42:8
 42:10
 48:10 55:1
 56:14
 91:21
 116:13
 118:20,22
 129:3
 142:19
 143:9
 144:21
 165:16
 175:9,11
 175:20
 176:21
 191:7
 196:10
**refers** 56:20
 56:20

**CAROL CRAWFORD  11/15/2022**

68:21 82:8
100:1
125:8
**reflect**
195:19
196:9
236:2
**reflected**
263:8
**reflecting**
162:1
**refresh**
93:25 94:6
106:14
**refreshed**
31:24
**refresher**
262:16
**refusal**
63:21
170:1
**refusals**
156:19
157:17,25
164:3
**refusing**
53:17 58:6
**regarding**
57:16
58:20 83:3
99:19
107:23
154:14
160:11
161:1
167:5
182:24
184:8
199:2
207:15
219:13
224:22
234:12
249:19
**regular**
16:13 17:8
74:3,5
107:22
167:2

174:24
178:23
179:3,24
180:4,11
180:16,17
180:23
181:2
184:17
188:9,12
197:5
198:12,13
198:16
200:25
215:11
244:22
**regularly**
21:11 37:8
70:9
174:23
175:16
179:6
185:11
222:23
240:11
**Regulations**
7:20
**Reingold**
96:23
100:22
101:1,8
217:7
**rel** 1:3
271:7
272:2
**related**
92:22
110:5,10
185:23
223:5
232:12
245:22
266:6
270:11
**relating**
105:8
**relation**
210:7
261:9
**relations**

222:24
**relation...**
112:16,18
**relative**
65:16
156:21
**relayed**
45:23
239:1
**relevant**
219:6
**religious**
146:16
**remember**
25:9 26:6
38:1,7,12
41:3,20
51:14
64:17
73:14
80:10
82:21
83:20
84:13 89:9
92:17,21
92:25
98:16,25
109:5
111:21
117:4,6,9
117:10
125:17
130:15
133:19
136:23
140:20
149:5
151:6,25
153:15
160:11
171:3
173:13
174:11
177:17,24
183:22
184:2,4
188:19,23
193:17
195:23

196:8
198:8,17
200:5
202:4
203:19
213:11,19
215:19
225:24,25
227:9,13
232:2
233:9
241:15
244:17
246:11
265:2
**remembered**
68:3 245:5
**remembering**
81:21
**remind** 203:1
211:20
217:5
246:24
**reminds**
216:20
**Remotely**
31:16
**removal**
220:25
**removals**
75:5,7,12
80:13,15
**remove** 33:25
37:12
75:19
90:11
103:16
138:21
157:2
159:21
162:11
168:3
170:15
220:24
258:16
**removed** 5:18
75:25 76:6
81:2,4
103:15

162:25
168:4
212:12
257:9,19
258:8,11
262:24
263:11
**removing**
38:5 81:8
88:13
155:19
162:14,21
**renamed**
231:4
**render** 273:9
**reoorg** 19:6
**reorg** 19:4
**reorgani...**
13:13,22
16:9 19:2
**rep** 260:19
261:17
**repeat** 12:21
67:19
74:21
245:8
**repeatedly**
157:5
**rephrase**
10:2,11
78:7 90:3
178:7
204:10
**replace**
29:13
42:22
**replaced**
254:16,18
**replicate**
110:21
**replied**
248:6
**reply** 34:6
216:8,17
**report** 18:23
18:24 19:1
19:6,12,14
19:17
51:12 52:1

**CAROL CRAWFORD 11/15/2022**

| | | | | |
|---|---|---|---|---|
| 52:21 | 60:21 66:1 | 175:12 | **reserved** | 66:14 70:3 |
| 54:13 | 91:9,24 | 204:6 | 269:20 | 72:13 |
| 55:14 58:8 | 97:2 | 212:9 | **resolve** | 106:5,16 |
| 59:9 60:19 | 101:18 | 230:1 | 182:11 | 107:7,20 |
| 60:22,25 | 122:24 | 250:13 | **resolved** | 114:4 |
| 62:1,14 | 141:21 | 258:5,6 | 185:15 | 117:6 |
| 63:16 | 142:10 | 262:17,20 | **respect** | 123:24 |
| 64:18 | 158:3 | 262:25 | 128:23 | 136:3 |
| 65:15 | 169:5 | 263:7,12 | **respective** | 140:17 |
| 66:12 | 214:10 | **represent** | 259:3 | 160:23 |
| 76:14 81:1 | 218:19 | 8:12,14 | **Respiratory** | 164:14 |
| 81:3 91:25 | 229:20 | 9:1,2 | 107:14 | 165:5 |
| 95:22 | 234:17,19 | 112:12 | 160:22 | 170:22 |
| 96:15 | 234:22 | 164:20 | **respond** 28:3 | 176:7,24 |
| 98:19,23 | **reports** 2:18 | **represen...** | 121:22 | 177:19 |
| 99:3 123:1 | 2:20 3:17 | 8:18,23 | 122:4 | 182:15 |
| 123:10 | 3:20 49:13 | **request** 4:18 | 124:9 | 197:3 |
| 143:5,23 | 50:21 51:2 | 4:20 27:3 | 132:9 | 200:23 |
| 144:6 | 51:4,18,20 | 31:7 78:24 | 160:14 | 211:1 |
| 149:4 | 52:9,9,10 | 84:20 93:4 | 171:1 | 216:10 |
| 152:5 | 53:1,16,25 | 141:4 | 184:19 | 230:3,5 |
| 164:20 | 54:2,22 | 196:20 | 186:8 | 232:19 |
| 212:4 | 55:7 56:18 | 200:22 | 201:7 | 234:11 |
| 213:18 | 57:6,12,14 | 201:19 | 214:3 | 237:24 |
| 260:15 | 57:16,18 | 242:6 | 235:15 | **responses** |
| 261:14 | 57:23 58:5 | **requested** | 255:20 | 124:8 |
| **report/file** | 58:7,22,24 | 47:25 | 259:6 | 129:23 |
| 259:18 | 58:25 59:4 | 216:19 | 261:12,16 | 171:10 |
| **reported** | 59:14,17 | **requesting** | 262:21 | **responsi...** |
| 19:8 24:16 | 59:19,22 | 255:2 | **responded** | 212:19 |
| 92:16 | 60:7,18 | **requests** | 108:24 | **responsible** |
| 123:18 | 61:24 62:7 | 140:17 | 164:5 | 26:9 95:13 |
| 135:2 | 62:12 | 221:19 | 165:14 | **rest** 163:17 |
| **reporter** | 63:25 | 234:14 | 186:7 | **restful** |
| 1:19 9:4,8 | 66:17 | 250:3 | 238:3 | 126:20 |
| 9:16 | 71:16 72:3 | **required** | 245:3 | **restrict...** |
| 171:25 | 72:4 75:24 | 115:6 | **responding** | 148:23 |
| 256:18 | 77:11,13 | **requirement** | 27:3 28:8 | **result** |
| 268:25 | 81:1 | 138:2 | 218:1 | 151:11 |
| 270:5 | 141:10,24 | **reread** 74:19 | **responds** | 156:24 |
| **reporter's** | 142:2 | **rereading** | 192:21,22 | 160:5 |
| 5:21 8:8 | 143:20 | 91:19 | 214:8 | 166:24 |
| 26:22 | 145:6,14 | **research** | 251:25 | 167:18,19 |
| 97:22 | 146:23 | 59:2 72:6 | 258:15 | 250:4 |
| 118:12 | 147:5,13 | 72:9,10 | **response** | **results** |
| **reporting** | 147:18,19 | 81:1 | 2:11 4:7 | 189:22 |
| 3:3 7:20 | 147:23 | 147:16 | 33:12 59:2 | 191:11 |
| 51:24 | 148:2,9,11 | 258:6 | 59:6 61:15 | 192:16 |
| 58:10 | 154:13 | **reserve** 8:19 | 61:16 | 195:4 |

**CAROL CRAWFORD 11/15/2022**

251:19
**return**
146:16
173:17
271:16
**reversing**
255:9,14
**review** 5:15
8:20,20
38:25
47:25
93:10
124:22
145:9
211:14
212:7
250:3
254:11
**reviewed**
93:11,24
94:4,10,14
118:2
131:10
206:23
211:13,23
255:4
**reviewing**
31:24
97:10
118:19
**right** 8:20
9:15 10:22
11:1 15:10
16:24
17:10
19:11,19
20:1 21:19
21:23 22:2
22:13,19
23:1 24:6
24:19,23
25:7 26:5
26:20 27:1
27:24 28:3
28:6 30:1
30:19
31:23
32:21
33:13 34:2

35:2 36:25
37:10,19
38:16,22
38:24 39:4
39:11,18
40:6,9,20
40:22 41:1
41:1,5,19
41:21
42:12,16
43:2,4,17
45:15,20
46:8 48:1
48:9 49:6
49:14,15
49:22,24
53:13,17
54:21 60:1
60:5,8,13
60:15 61:3
61:9 62:4
62:5,7
63:4 64:14
66:6,13
67:14,18
68:11,21
69:15 71:7
72:14 74:2
75:2 76:2
77:25 79:9
79:16,17
81:7,16,25
85:14 86:2
86:9,16,22
87:7,11
88:19,23
89:13
91:12,17
92:3,19
93:3,14
95:9,13
96:20 97:2
97:4,18
98:6 99:12
102:1,24
103:15
107:4
109:7
111:7,12

111:23
112:15
113:14
114:3,14
115:8
116:25
119:2,4
120:6,10
120:15
121:23,24
122:5,5,10
123:14
124:4,12
124:23,24
126:6,25
127:2
128:9,18
129:11
130:25
131:18,25
132:25
133:16
134:18
136:5
137:11
139:4,11
139:19
143:7
144:12
145:25
146:6
150:11,17
156:8,10
156:13
157:12,17
157:19
159:22
160:5
161:3,11
161:15
163:5,8,23
164:3,6,14
165:25
166:15
167:10,23
168:8,12
170:16,24
172:2,4,14
172:22

175:2,14
176:5,23
177:1,7,22
177:25
178:12,16
179:21
180:20
181:19
183:13,24
184:6
185:16
186:16
189:2,10
190:10,23
191:1
192:22
194:15
195:15
196:23,25
197:13
201:16
202:14
204:3,8
206:1,8,14
207:20
208:15,21
210:10
211:3,9
213:13
214:6,21
215:22
219:7,17
220:5
221:13
222:5,14
224:12,25
225:5
226:13,22
226:25
227:5
230:16
233:16,23
234:4,9
235:15,16
236:21,24
240:3,7,12
241:24
242:6,17
242:22,24

243:15,18
244:8,14
245:21
246:6,9,21
247:5
248:2,14
248:23
249:22
250:6,17
251:1,23
251:25
252:4
253:1,4,22
254:22,24
255:17
256:17
257:6,13
258:16
259:6,14
259:21
260:14
261:6
262:2,8,11
264:17,19
266:7
267:25
268:5,8
**risk** 42:23
156:18
**risks** 53:15
**Road** 1:17
**role** 11:13
12:18 15:1
16:1,8
18:23,24
24:24 32:8
40:19
86:13
115:18
161:21,21
183:6
220:12
**roles** 15:5
31:25
107:19
223:11
**rollout** 53:3
**room** 97:23
133:15

| | | | | |
|---|---|---|---|---|
| rose 151:1 | SARS-CoV-2 | 24:12 26:5 | 223:18 | 167:20 |
| Rosie 107:25 | 3:7,8 | 33:16,17 | 227:1 | 169:10 |
| 114:22 | Sauer 6:2 | 33:23 34:5 | 228:2,12 | 170:20 |
| 115:10 | 26:22 | 40:8,10,23 | 228:20 | 266:19 |
| 120:2 | 30:19 | 41:24 42:8 | 229:14 | scientif... |
| 124:1,9 | 267:20 | 44:9 45:22 | 238:11 | 162:22 |
| 133:22 | 268:12,16 | 47:8 48:2 | 247:15 | scientist |
| 135:21 | 268:24 | 51:3,21,22 | 257:18 | 108:12 |
| rotate 28:25 | 269:4 | 52:3,25 | 260:15,20 | 129:20 |
| round 31:20 | save 182:22 | 53:13,19 | scan 85:20 | 168:18 |
| routinely | 184:7 | 55:3,4,21 | 211:12 | scientists |
| 77:17 | saw 45:16 | 63:5,14,15 | scanned | 121:24 |
| rudely 98:7 | 94:13 | 63:17 | 108:14 | 122:18 |
| rules 7:19 | 98:22 | 65:14 | 141:13 | scope 19:25 |
| 9:16 | 110:4 | 72:23 73:4 | schedule | scoping |
| run 77:11 | 120:7,23 | 74:12,14 | 177:3 | 105:23 |
| 147:13 | 130:15 | 80:12 82:6 | 198:17 | screen |
| 195:9 | 132:15,25 | 87:7 91:9 | 232:24 | 237:15 |
| 222:21 | 149:11 | 96:21 | 234:18 | screening |
| 224:9 | 191:21 | 103:16 | 235:12,14 | 237:17 |
| 227:2,24 | 203:25 | 105:22 | Scheer 239:5 | screenshot |
| 228:13 | 209:8 | 119:13 | Schmitt 1:3 | 186:19 |
| running | 220:13 | 120:12,18 | 149:1 | 190:11 |
| 261:25 | 227:4 | 122:16,20 | 265:8 | 191:9 |
| | 251:22 | 128:16 | 271:7 | 195:5 |
| **S** | saying 38:11 | 133:10 | 272:2 | 214:16 |
| S 1:3,20 7:5 | 51:12 | 134:24 | school 12:3 | screenshots |
| 270:4,22 | 75:10,11 | 139:6 | science | 251:14 |
| 271:7 | 76:9 83:23 | 144:4 | 106:12,20 | scrolling |
| 272:2 | 98:21 | 148:21 | 108:13 | 228:11 |
| s-- 174:7 | 99:14 | 159:20,25 | 114:13 | se 213:16 |
| S.W 7:3 | 121:13 | 166:17 | 123:20 | search 53:8 |
| sacred | 141:23,24 | 167:25 | 132:11 | 154:19,24 |
| 194:11 | 147:24 | 168:2,25 | 170:21 | 188:23 |
| Saddler | 149:17 | 169:17 | 210:21 | 189:22 |
| 222:10 | 153:10 | 172:7 | sciences | 191:5,8,21 |
| safe 157:4 | 162:7 | 184:6 | 12:16 | 192:16 |
| 161:14 | 169:7 | 185:19,22 | scientific | 193:22 |
| 162:3,13 | 170:11 | 190:16 | 87:20 | 194:3,11 |
| 255:9 | 172:7 | 193:10 | 105:17 | 194:12,13 |
| safety 33:24 | 178:22 | 195:17 | 112:15,20 | 194:19 |
| 68:25 | 195:22 | 197:24 | 113:8 | 195:4,7 |
| 103:9 | 196:1 | 200:1 | 121:18 | 222:1 |
| Sam 86:16,19 | 200:7 | 211:2,20 | 124:22 | 250:4 |
| 125:8,10 | 203:9 | 214:9,20 | 129:7,17 | 251:19 |
| 125:11,12 | 218:24 | 216:18 | 131:11 | searched |
| samples | 225:18 | 217:10 | 140:2 | 147:17 |
| 149:15 | 243:5 | 218:14,16 | 159:9,10 | searches |
| SARS 112:17 | says 22:23 | 218:17 | 161:22,24 | 77:12 |

**CAROL CRAWFORD  11/15/2022**

148:11,12
190:4
195:1,10
**searching**
190:5
192:12
**season** 29:19
**second** 14:22
33:6  72:24
73:2  99:24
106:14
112:10
125:6
133:6
136:9
156:22
160:15
169:12
212:23
267:19
**second-t...**
131:16
**secondhand**
54:1,22
55:7
**seconds**
262:22
**section**
14:15
**see** 10:13
21:3  22:23
24:9  26:25
34:4  35:4
44:11
45:15
46:21
49:22
51:21
53:24  54:4
63:10  65:6
65:13  66:7
70:10
72:25  73:5
75:24
86:19
92:14
96:24
97:16
103:19

111:14
114:19
119:17
121:17
124:16
126:21
131:24
140:9
142:17
146:13
147:22
153:7
154:24
156:11
157:8
160:24
161:8
166:14
169:21
172:9,11
172:13,19
172:25
179:17
185:22
186:2
190:25
198:7
211:2
212:13,17
214:12
215:2,13
215:16
216:3
218:19
222:6,6
227:12
229:13
232:12
240:12
250:24
252:10
258:9
261:18
262:23
**seeing** 69:10
71:16,25
72:17
76:15  87:9
87:19  93:1

99:15
106:12
117:9
125:6
153:5
190:8
200:10
207:22
258:20
**seek** 266:18
**seen** 21:16
47:4,5
50:2  88:17
105:5
110:3
112:13,14
113:6
117:21
130:17
165:2
179:3
207:6
209:15
218:13
220:1
239:25
**selected**
97:20  98:9
**Seman** 45:12
**send** 35:21
55:20,20
57:7,11,13
114:10,15
114:17
115:4
124:7,8
129:20
130:11,12
135:11,13
135:18,19
146:10
153:17
189:14
192:12
194:17
199:5
208:1
214:5
242:5,19

244:5
247:24
259:18
**sending**
35:13
44:18  79:6
87:22
121:1,2
141:24
145:15
146:22
147:4
171:8
189:17
208:25
230:1
244:1
245:10
248:24
251:2,11
257:23
262:17
**sends** 64:23
131:17
133:2
144:1
146:14
250:18
**sense** 204:25
**sent** 41:7,16
52:9  62:24
66:2  73:21
73:22
77:13
115:5
117:11
120:9
121:9
124:23
133:21
137:1
139:18
147:20
148:18
153:14
157:20
186:9
187:19
189:7,12

190:6
192:9
196:21
198:25
199:1,13
201:8
202:3
205:21
209:5
216:15
219:25
221:10
226:10
238:2
241:22
243:12,21
246:14
248:1,8,9
248:22
249:20
252:19
256:4,9,10
262:19
265:3
**sentence**
29:12
41:25
167:13
**separate**
66:3
185:22
225:1
240:2
258:18
**separately**
173:15
209:20
210:22
247:24
**September**
3:7  152:25
219:25
250:8
**series** 79:5
**served** 32:8
**servers**
217:21
**service**
103:25

**CAROL CRAWFORD  11/15/2022**

services 7:1
  7:2, 9
  11:19
  146:16
serving 32:6
  107:19
session
  151:8
  152:6
set 82:21
  84:5, 11
  161:2
  167:6, 15
  170:3
  198:11, 14
  213:2
  270:8, 15
setting
  34:17
  197:4
  200:25
  236:16
  260:16
seven 136:8
severe 41:25
  42:23
  53:25 58:8
share 51:25
  65:18
  71:18, 21
  71:23
  125:10
  144:7
  156:23
  160:4
  166:23
  182:20
  230:14
  235:11
  260:19, 22
  261:3
shared 31:12
  33:18
  51:18 72:8
  102:15, 17
  102:18
  144:8
sharing 54:2
  72:2, 2

84:5, 11
  211:7
she'd 124:7
  172:17
shedding
  87:10
  90:15
  207:11, 16
  207:23
  208:1
  209:7
  265:24
sheet 115:23
  134:16
  272:1
sheets
  271:12, 14
  271:16
Shelley
  25:15
shooting
  208:10
Shopkorn
  83:23
  86:24
short 33:5
  132:3
  149:24
  180:24
  227:25
  228:1
  247:20
  262:25
  266:11
shorthanded
  111:5
shortly
  207:25
shot 29:13
shots 5:15
  249:19, 20
show 52:11
  81:3 88:12
  149:20
  214:16
showed 44:1
  117:10
  210:18
  246:7

265:23
showing
  186:23
shown 94:8
  94:10, 21
  94:25 95:3
shows 53:5
  211:12
sic 19:13
  21:8 24:13
  120:15
  133:5
  253:3
side 54:1
  58:8 65:5
  76:5 80:2
  80:4 81:18
  139:15, 16
  164:8, 9, 12
sidebar
  216:19
  217:2
sign 8:20
  128:4
  196:5
  271:14
signature
  269:20
  271:12, 14
  271:17
  272:25
signs 42:9
  42:19
  156:9
  164:8
Silling 7:14
  8:9
Silver 45:4
similar
  18:14
  44:22
  46:17
  59:24
  128:15, 15
  135:21
  153:23
  157:19, 22
  180:11
  185:14

189:19
  197:18
  212:3, 10
  232:14
  243:21
  266:1
simpler
  241:16
simply 143:5
Sincerely
  271:20
Singapore
  151:7
sir 269:13
site 113:18
  129:10
  191:13, 13
  231:7, 8, 14
  232:6
sites 46:19
sitting 43:2
  236:22
situation
  248:13
situations
  192:8
six 32:8
  165:13, 19
skip 166:1
skipped
  167:14
  269:7
Skype 241:16
slash 225:3
slide 149:19
  210:17
  265:18, 22
  266:5
slides
  246:20
slightly
  47:21 65:3
small 95:15
  154:10
SME 108:7
  116:14
  130:19, 21
  135:12, 15
  152:1

SMEs 114:4
  116:12
  123:25
  124:3
  135:23
  136:1
  188:3
Smith 181:10
  250:11, 12
  252:4, 7
snippets
  227:12
Snow 6:18
  8:17, 17
  10:7 30:23
  31:4, 6, 18
  33:3 36:18
  47:14 54:8
  57:8 76:21
  78:3, 17
  79:1 80:16
  80:23
  82:20 86:5
  89:24
  93:16, 18
  93:20 94:2
  94:6, 11, 14
  94:17, 19
  96:3, 7
  99:4
  100:14
  101:2, 6, 20
  102:13
  105:10
  106:6
  110:7
  112:22
  115:12
  121:5
  123:3
  126:12
  131:6
  132:6, 21
  134:22
  137:22
  138:5
  142:24
  143:16
  152:22

158:5,21
158:23
159:14
161:16
162:5,16
163:1,9
165:7
168:13
171:20
176:1
178:2,5
179:18
193:13,24
199:6
205:3,17
205:22
206:3,7,9
231:15
238:13
251:4
259:25
260:25
266:24
268:2,6
269:9,12
269:16
271:4,9
**social** 11:16
12:6 15:6
15:16 17:1
19:20 20:3
20:16 24:3
24:16,25
35:9 36:5
50:3 52:10
52:11 53:8
54:14,17
57:25 59:3
72:2,12
90:21 92:7
104:5,24
105:1,3
113:11
114:8
117:2,8,17
124:6
143:6,21
143:24
148:13

150:22
154:21,22
155:1
181:7
198:22
207:7
212:19
220:2
227:10,20
234:6
237:14,19
248:9
264:3
267:10
**software**
71:8
**Sokler** 87:3
87:4
**solely** 256:6
**solve** 238:11
**solving**
215:19
**somebody**
114:12
**something's**
148:6
████████ ...
174:7
**soon** 55:22
88:18
127:13
128:9
131:23
134:9,25
268:12
**sorry** 3:12
3:13 13:4
14:5 28:6
28:17
32:14
63:10
67:17,17
67:25
73:15
74:21
85:21
93:17 96:7
96:8
103:12

118:23
124:19
126:15
136:15
144:14
145:11
152:10
153:18
156:6
158:22
163:12
167:15
178:5
187:15
216:2
237:7,22
239:24
240:20
255:12
**sort** 65:1
69:13
149:10
154:15
207:13
209:9
**sound** 102:3
**sounds**
142:20
177:20
178:17
200:9,12
**source** 140:7
233:5
238:5
**sourced**
46:20
**sources**
46:24 59:5
222:3
237:15,21
**span** 253:16
**Spanish**
65:16,20
70:24
**speak** 10:15
20:15 27:9
29:9
**speakers**
97:23

**speaking**
17:14
20:13
104:14
232:18
**special**
214:10
**specific**
29:10 30:5
30:9 35:15
57:4 82:21
83:14
84:13 88:5
92:1
113:12
116:1
117:4,7
128:1
129:4,13
144:5
160:10,11
175:10
192:1
225:25
234:14
251:18
261:24
264:24
**specific...**
56:13
58:11
68:23
77:18
79:21 89:9
90:12
117:12
121:9
133:19
140:20
143:23
151:25
158:14
171:6
182:19
183:11
191:22
198:3
211:17
232:2

249:24
**specifics**
27:19
38:12
140:15
**speculate**
28:22
37:15 90:9
131:12
158:14
**speculating**
70:23
143:1
**speculation**
76:22 78:4
89:25
101:21
112:23
121:6
123:4
138:6
142:25
159:15
163:2
193:14
231:16
251:5
260:1
**spelled**
211:3
244:7
**spike** 139:13
**split** 45:20
224:13,14
**spoke** 18:2
21:8 36:11
66:8
166:23
**spoken** 33:14
64:11
**spread**
161:24
**spreadsheet**
201:12
202:2,3,13
202:23
211:23
**spreadsh...**
202:19

**CAROL CRAWFORD  11/15/2022**

| | | | | |
|---|---|---|---|---|
| **spring** 17:11 | 131:16 | 272:3 | 68:5  85:12 | **submit** 219:5 |
| 20:1  68:15 | 174:24 | **statistic** | 91:5,9 | **subscribe** |
| **Spur** 4:7 | 197:20 | 190:17 | 103:1,2 | 273:11 |
| **St** 271:18 | 206:25 | 191:15 | 108:8 | **subsequent** |
| **stack** 268:25 | 237:9 | **statistics** | 113:24 | 134:4 |
| **staff** 18:21 | 242:14 | 185:24 | 118:18 | 146:6 |
| 18:21 | 253:13 | **status** | 123:20 | **substance** |
| 99:18 | **started** 12:2 | 221:22 | 126:11 | 273:8 |
| 160:17,18 | 16:12,13 | 225:7 | 127:18 | **substantial** |
| 215:12 | 18:5  25:25 | **staying** | 129:20 | 194:25 |
| **stamp** 124:18 | 32:16  61:7 | 166:21 | 130:10 | **successful** |
| 136:14,19 | 77:12 | 172:8 | 132:17 | 53:1 |
| 146:11 | 171:7 | **Steele** | 133:17 | **successf...** |
| **stamped** | 188:14,15 | 254:17,18 | 137:3 | 212:2 |
| 136:9 | **starting** | **stems** 137:5 | 138:25 | **Sudevi** 7:6 |
| 169:13 | 66:18 | **step** 242:14 | 141:8 | **suggest** 42:1 |
| **stamps** | 248:18 | **steps** 182:24 | 145:4 | 57:21 |
| 205:25 | **starts** 44:25 | 184:8 | 150:12,14 | 194:3 |
| **stand** 208:18 | 250:7 | **stop** 70:13 | 152:7,20 | **suggesting** |
| **standards** | **state** 1:3 | 127:8 | 152:24 | 56:6 |
| 103:25 | 6:1  8:4 | 234:23 | 156:1,6 | **suggestion** |
| 234:21 | 11:1  12:11 | **stories** | 163:16 | 87:18 |
| **standing** | 25:2,11,16 | 76:18,20 | 166:5 | 184:16 |
| 72:6  208:8 | 234:15 | 82:18 | 171:17 | 256:15 |
| **standpoint** | 237:23 | **storm** 122:4 | 173:23 | **Suite** 6:11 |
| 34:19 | 238:20 | **story** 3:8 | 179:12,14 | **summaries** |
| **Stanley** | 254:8 | 229:8,9 | 181:14,18 | 72:12 |
| 174:6,10 | 270:2,5,24 | **straight** | 184:20 | 147:11 |
| 174:13 | 271:7 | 153:14 | 187:12,14 | **summarized** |
| 176:7 | 272:2 | **strategists** | 189:5,7 | 60:20  62:2 |
| 189:16 | 273:1 | 47:9 | 196:18,20 | **summarizes** |
| 193:1 | **stated** 39:22 | **strategy** | 200:18 | 65:3 |
| 195:12 | 110:11 | 11:22 | 201:18,19 | **summarizing** |
| 250:10 | 147:21 | **Street** 6:3 | 201:23 | 61:23 |
| 251:2 | 203:25 | 6:10,20 | 205:14,20 | **summary** 40:1 |
| 252:7 | **statement** | 271:5,18 | 206:16 | 53:9  59:5 |
| 253:3 | 37:11 | **stress** 41:25 | 219:22,24 | 60:17,25 |
| 254:18 | 162:24,25 | **string** 43:20 | 221:6,8 | 61:24 |
| **Stanley's** | 203:22 | 44:6  83:3 | 223:18 | 62:17,19 |
| 250:25 | **statements** | 83:6 | 226:7,9 | 63:19  72:7 |
| **Stanley/Jan** | 106:11 | **structure** | 237:5,7 | 144:2 |
| 174:16 | 143:15,19 | 185:14 | 239:19 | 148:19 |
| **stapled** | 144:21 | **studied** | 241:20,21 | **supervisor** |
| 205:22 | **states** 1:1 | 108:12 | 247:10,12 | 234:7 |
| 239:14 | 1:10 | **stuff** 121:15 | 249:18,19 | **support** |
| **start** 11:24 | 228:17 | **subject** 2:8 | 254:9,11 | 15:17 |
| 55:22 | 239:9 | 33:10  39:7 | 257:8,9 | 27:14 |
| 58:19 | 254:2 | 43:19  44:9 | **subjects** | 33:19,25 |
| 119:6 | 271:8 | 51:3  60:5 | 181:21 | 206:22 |

**CAROL CRAWFORD  11/15/2022**

211:21,24
213:10
**supported**
146:7
**supports**
218:1
**supposed**
125:1
215:4
**Supreme** 6:3
**sure** 14:13
33:21 37:9
40:21
44:24
46:13,24
48:12
55:13
61:12
64:17,19
64:22
68:19 69:1
69:6,25
73:24 75:2
79:15
80:11
82:13
88:25
96:18
108:25
110:11
113:18
116:4
120:3
121:10,13
121:14
125:25
127:21
128:19
130:15
141:20
143:3
151:8
160:25
173:10
182:12
183:12,23
184:13
188:16
189:21

190:4,24
192:1
195:25
202:24
205:5,5,23
206:4
212:11,12
212:14
216:11,22
217:13
223:10
228:6
229:25
235:6
240:1
251:23
256:16
257:10
266:16,20
**surface**
68:16 69:4
**surprisi...**
127:11
**survey**
221:21,21
224:25
225:3
**surveying**
224:21
**surveys**
131:4
**survival**
111:20
113:9
122:14,19
**suspect**
56:16 72:7
213:4
219:13
231:12
**suspected**
231:23
**suspense**
67:10
**swap** 191:23
**swear** 9:4
**switch**
192:19
**sworn** 9:6

270:9
**symptom**
191:15
**symptoms**
183:16
190:18
191:15
**sync** 5:4
221:8
223:21,23
239:21
**synced**
268:14,16
269:11
**synchron...**
223:22
**syncs** 268:16
**syndrome**
139:14
**system** 15:24
44:21
92:14
122:24
123:5,7
164:1
212:6
233:12
**systems**
17:14

---
**T**

**T** 270:1,1
**table** 207:15
207:18,20
211:9
265:23
266:1,8
**tabs** 183:15
189:25
190:12
196:12
**tactics**
27:20
**tag** 88:9
**tagged** 157:8
**take** 18:16
21:14
30:20 33:5
33:6 35:22

38:23
43:12,12
47:22 49:3
60:8 61:17
74:11,24
84:20 85:2
86:8
100:15
105:20
116:18
118:25
129:23,23
135:5
136:5
141:12
146:21
149:24,25
150:1
159:13
160:17
161:5
174:3
176:5
179:12
187:3
193:2
205:3,16
206:24
211:15
225:12
229:24
234:9
238:17
241:9
249:18
253:1
256:18
**taken** 76:7
82:7
116:19
149:14
162:4
201:16
204:3,12
270:6
271:11
272:4
**takes** 144:1
171:11

**talk** 9:21
20:19
21:11 37:9
39:4 49:14
69:1 72:4
77:20
116:12
124:4,5
167:7,9,15
172:11,13
172:25
178:19
182:10
183:20
185:2
210:10
227:18
237:22,23
243:6
249:2
**talked** 37:7
43:17
54:14
61:10
106:25
125:14
197:14
210:17
213:9,13
217:7
222:22
224:10
226:18
227:19
244:23
267:15
**talking** 3:22
18:5 19:19
53:5 72:5
78:22 83:1
83:20
121:11
124:2
127:14,15
127:16,24
128:11
134:10
149:18,20
226:21

**CAROL CRAWFORD  11/15/2022**

| | | | | |
|---|---|---|---|---|
| 233:20 | 228:2 | 67:23 | 39:21 | 25:15 |
| **Tangle** 60:7 | 233:12 | 72:24 | 87:25 | **thank** 10:20 |
| **target** 45:23 | 234:18 | 84:15  85:9 | 134:11,12 | 15:7  22:2 |
| **task** 42:5,5 | 255:2 | 85:10  86:2 | 193:16 | 24:23  27:7 |
| **tasked** | 263:1,21 | 87:13 | 217:14 | 28:12 |
| 248:23 | **team's** 68:19 | 103:1,7 | **terms** 25:13 | 31:18  32:4 |
| **team** 41:12 | 69:5  80:12 | 112:13 | 43:5  64:18 | 32:21 |
| 45:23 | 119:14 | 119:13 | 69:10 | 48:25 |
| 51:24 | 124:13 | 126:10 | 98:25 | 50:13 |
| 52:22  59:2 | **teams** 27:9 | 138:25 | 103:25 | 55:17 |
| 66:18 | 27:13  52:3 | 150:11 | 151:1 | 64:23 |
| 68:16,17 | 52:10 | 154:18 | 191:21 | 66:24  67:6 |
| 69:1  72:10 | 68:25 | 157:15 | 194:19 | 67:10 |
| 74:14 | 80:25 | 158:19 | **terrible** | 69:17 |
| 75:11  76:7 | 147:18 | 159:3 | 247:2 | 83:25 |
| 77:5,15,17 | 164:15 | 162:14 | **testified** | 84:22 |
| 78:16  82:7 | 220:21,22 | 166:4 | 9:7  65:11 | 85:21 |
| 82:9,11 | 220:22,23 | 170:14 | 96:5 | 90:25 |
| 84:7  87:2 | 241:1,3,6 | 171:17 | 145:22 | 96:21 |
| 90:16  92:7 | 258:4 | 187:12 | 148:7 | 104:21 |
| 103:9,9 | **tech** 114:14 | 189:4 | 220:6 | 117:22 |
| 105:25 | 208:10,17 | 206:12 | **testify** | 124:13,16 |
| 107:10 | **technical** | 207:14 | 10:24 | 132:13 |
| 110:14 | 181:10,11 | 208:15 | **testifying** | 133:7 |
| 119:10 | 181:20 | 209:22 | 104:18 | 135:4 |
| 125:13 | 215:7 | 210:15 | **testimony** | 138:24 |
| 135:16 | 224:9 | 216:6 | 47:15  54:9 | 144:15 |
| 139:7,10 | 250:14 | 219:2,21 | 57:9  64:2 | 149:21 |
| 140:6 | **technically** | 221:6 | 65:7  76:22 | 152:17 |
| 147:16 | 120:20 | 223:13 | 89:25 | 156:19 |
| 151:8,22 | **technique** | 229:16 | 101:3 | 158:15 |
| 151:23 | 213:17 | 237:4 | 120:19 | 161:9 |
| 154:5,22 | **technolo...** | 238:21 | 125:20,25 | 165:20 |
| 166:20 | 34:19 | 239:23 | 126:1 | 166:21 |
| 172:8 | **technology** | 247:10 | 132:7 | 170:23 |
| 174:21,23 | 16:5 | 257:8 | 143:17 | 171:13 |
| 175:16 | **tee** 75:5 | 267:14 | 161:17 | 176:25 |
| 177:10,11 | **telephone** | **telling** | 162:6 | 187:7 |
| 182:25 | 64:12 | 89:23 | 178:3 | 189:3 |
| 184:9 | **telephonic** | 153:6 | 199:7 | 204:15 |
| 192:24 | 20:8,12 | 158:11 | 266:25 | 234:12 |
| 193:2 | **telephon...** | 168:19 | 270:10 | 236:24 |
| 197:5 | 20:15 | 199:24 | **testing** | 265:11 |
| 201:1,11 | **tell** 20:4 | 220:9 | 63:21 | 269:17 |
| 203:14 | 30:3  32:24 | 243:24 | 220:11 | **thanks** 66:13 |
| 208:2,4 | 33:10 | 258:1 | **texting** | 107:7 |
| 211:14 | 36:20 | **tells** 55:17 | 36:10 | 119:14 |
| 216:22 | 43:19 | 170:5 | **TF** 42:5 | 156:16 |
| 227:2 | 55:17 | **term** 11:11 | **Thakral** | 185:19 |

**CAROL CRAWFORD  11/15/2022**

| | | | | |
|---|---|---|---|---|
| 192:24 | 12:7 16:17 | **think** 10:3 | 133:16,21 | 218:21,23 |
| 197:13 | 30:21 | 16:19 | 138:18 | 218:24 |
| 211:6 | 38:11 | 21:17 23:7 | 142:2 | 219:9,10 |
| 230:10 | 46:17 | 23:8 28:20 | 143:23 | 220:1,12 |
| 242:16 | 54:19 58:2 | 28:20 32:8 | 147:13,17 | 221:15 |
| 253:7 | 58:24 62:5 | 37:24 | 153:9 | 222:5,10 |
| **theme** 266:2 | 62:6 64:10 | 38:14 39:5 | 156:4 | 222:23 |
| 266:3,6 | 64:19 66:9 | 40:3,12,17 | 157:23 | 224:3,16 |
| **themes** 5:17 | 79:24 | 43:16,23 | 158:1,18 | 224:20,20 |
| 52:11 | 83:12 | 46:2,14 | 159:19 | 225:2 |
| 53:14 59:3 | 88:12 89:3 | 48:6,7 | 160:14,25 | 226:17 |
| 59:10 | 90:8 91:25 | 49:18 | 161:25 | 227:11 |
| 62:17 | 99:7,9 | 50:15,19 | 162:7 | 229:18 |
| 72:17 | 105:19 | 52:14 63:7 | 163:6,11 | 230:8,9 |
| 75:18,25 | 106:11 | 63:12 | 165:11 | 231:6 |
| 76:15 | 113:12,14 | 66:16 69:3 | 167:12,14 | 232:23 |
| 87:20 | 113:17 | 69:6,9,22 | 171:5,5,9 | 233:18 |
| 90:19 | 114:10 | 75:1,14 | 172:2,25 | 236:21 |
| 257:9,18 | 117:20 | 77:1 79:10 | 173:10,11 | 238:8 |
| 258:8 | 122:2,3 | 79:13,14 | 173:13,14 | 239:25 |
| 264:3 | 128:3,13 | 80:24 | 173:16 | 242:2 |
| **theoreti...** | 129:6 | 81:21,23 | 175:20 | 243:6,9 |
| 187:3 | 130:23 | 82:12 | 178:22,25 | 244:1 |
| **theory** 122:8 | 135:22 | 83:23 | 180:6,8 | 246:3 |
| **thereon** | 151:1 | 86:14 | 184:14,23 | 247:5 |
| 273:10 | 152:5 | 88:10,10 | 186:9,19 | 248:6,8,11 |
| **they'd** 76:4 | 167:1 | 90:12 | 186:23 | 248:13,16 |
| 130:5,23 | 170:11 | 91:19,20 | 188:14,15 | 248:18 |
| 157:9 | 171:8 | 91:21 | 190:16 | 250:6,17 |
| 246:17 | 179:25 | 92:16 97:5 | 192:9 | 251:20 |
| 260:22 | 180:10 | 99:22 | 193:5,5,9 | 253:22 |
| **thing** 25:20 | 181:23 | 103:17 | 194:21 | 255:21 |
| 34:4 35:2 | 182:4 | 105:22 | 195:2,8,11 | 256:7,13 |
| 49:24 | 183:17 | 106:25 | 195:22,25 | 256:14,23 |
| 65:10 | 188:20 | 109:2 | 197:16 | 257:19 |
| 123:17 | 189:22 | 110:23 | 198:5,24 | 258:18 |
| 126:3 | 191:14 | 113:17 | 198:25 | 259:16 |
| 137:25 | 194:23 | 115:15 | 203:11 | 260:4,7,13 |
| 155:15 | 199:24 | 117:3,19 | 204:25 | 261:10 |
| 179:11 | 203:24 | 119:2 | 206:3 | 263:14,19 |
| 189:20 | 209:2 | 120:1,22 | 207:2,6 | 263:21 |
| 204:13 | 217:21 | 121:15 | 208:22 | 264:19 |
| 225:7,8 | 218:24 | 123:17 | 209:6 | 267:15,24 |
| 231:8 | 219:5 | 125:24 | 210:3 | 268:16,19 |
| 240:10 | 224:16 | 128:20,23 | 213:2,17 | **thinking** |
| 248:12 | 232:4,14 | 129:3,9 | 214:4,16 | 28:14 64:5 |
| 260:14 | 247:2 | 130:14 | 215:20 | 69:7 |
| 266:15 | 251:18 | 131:13 | 216:5,12 | 128:10 |
| **things** 9:20 | 263:11 | 132:9 | 217:25 | 172:23,25 |

**CAROL CRAWFORD 11/15/2022**

215:10
230:21
243:8
259:17
263:10
269:7
**third** 247:20
248:20
**Thombley** 7:7
**Thornton**
222:25
**thought** 52:2
65:17 88:6
90:10
91:21
97:10,15
97:17
107:2
108:14
109:13
125:5
133:24
153:24
156:6
173:6
176:21
186:12
192:11,19
194:7
202:16
210:19
215:11
220:15
223:5
236:18
249:13
256:7
266:18
267:16
**thoughts**
27:20 70:8
121:19
**thousands**
34:25
168:20
**thousand...**
168:1
**threats**
91:25

92:18
98:22
212:5
218:23
**three** 13:18
13:23
14:15
27:25
31:12
92:16,17
115:16
120:3
140:16
167:1,4,25
228:13
**Thursday**
73:6 84:7
84:9,11
105:23
119:18,20
119:21
263:16
**tie** 10:19
**tied** 122:21
**time** 8:2
17:25
19:24
20:13
28:10,18
28:20 29:3
29:8 30:6
32:5 36:6
36:12 37:8
37:15 38:6
38:10
39:18
40:12
42:25
49:15 52:4
54:15
58:13 59:8
61:7,13
65:2,21
68:7,17
71:2 73:11
77:7 78:9
89:12
90:17
92:13,16

97:12
107:21
111:10
130:1
132:1,3,10
135:3
137:18
140:11
141:20
142:6,9
144:8
145:25
151:7
156:9
157:22,24
160:20
167:6,9,15
170:3
171:11
174:25
175:9
179:2,6
180:24
183:3,8,18
183:18
185:9,19
189:21
192:9
197:17
198:11,15
198:25
200:13
201:7
210:4
212:13
220:6
226:17,18
227:14,25
230:20
232:13,13
236:12,14
238:5
244:13
245:6
249:14
252:18
261:25
262:20
263:13

268:1
**timeline**
16:18
**timelines**
29:11
**timely** 27:15
**times** 29:1
65:19
72:18
106:24
129:25
130:8
133:21
226:21
235:11
241:16
243:7
**timetable**
192:7
**timing** 70:1
**title** 11:6
193:9
198:2
223:7
261:24
**titled** 3:9
**titles**
177:14
**today** 10:24
21:19
27:22 93:9
94:9,10,13
94:22 95:1
95:3
109:16
116:25
193:1,11
**Today's** 8:2
**Todd** 21:7
196:23,24
197:14,18
197:23
198:6
199:21
202:4
207:4
211:5,16
214:3
216:5,12

216:15,17
218:1,14
219:2
248:1
**Todd's**
197:25
216:10
**told** 12:20
12:22
14:15 26:4
63:9 73:5
78:1 82:1
86:25 97:5
114:17
131:22
210:24
213:25
235:22
**tomorrow**
27:22
230:12
**tomorrow's**
188:2
**tons** 192:10
**tool** 50:4
234:20,22
**tools** 90:21
148:13
154:21
234:16
**top** 36:15
39:8 41:5
47:7 52:23
136:2
141:14,15
151:1
172:6
173:8
187:20
191:3
196:2,24
219:23
237:25
**topic** 107:24
124:1
144:22
150:21
154:14
174:25

| | | | | |
|---|---|---|---|---|
| 177:5 | 141:23 | 215:18 | 249:2 | 84:2 |
| 184:18 | travel 46:14 | trying 17:6 | Twitter's | 106:18 |
| 198:1 | 48:20 | 26:1 29:25 | 206:22 | 178:14 |
| 256:8 | traveler's | 34:15 | Twitter.com | 181:9,17 |
| topics 54:14 | 45:10,10 | 36:22 | 197:24 | 181:20 |
| 77:24 | travelers | 39:23 40:2 | two 3:1 | typo 257:10 |
| 107:3 | 2:13,16 | 78:21 79:4 | 20:25 22:7 | 260:5 |
| 140:13 | 39:10 | 89:5 114:7 | 58:24 77:9 | |
| 144:9 | 43:22 | 121:15 | 83:20 84:7 | **U** |
| 181:20 | 44:10 45:6 | 129:8 | 85:12 87:8 | U.S 6:19 7:1 |
| 187:23 | 45:8,13 | 183:12 | 87:23 | 7:2,8 8:5 |
| 188:6 | 46:5 54:23 | 188:22 | 89:11 | 65:16 71:9 |
| 195:8,9 | treatment | 189:21 | 92:16,17 | 71:12,19 |
| 243:11,12 | 183:16 | 194:16 | 109:23 | 71:24 |
| 256:6 | 188:3 | 213:8 | 110:19 | 101:19 |
| tossed | trends | 219:3 | 120:4 | 192:25 |
| 165:11 | 143:24 | 232:9,12 | 131:25 | 193:10 |
| totally | 197:6 | TTS 169:5 | 132:8 | 228:15 |
| 152:9 | 201:2 | Tuesday | 151:20 | 233:12,16 |
| town 173:13 | 211:11 | 61:18 | 156:14 | 271:5 |
| 250:16,21 | 262:14 | 161:7 | 198:24 | unanswered |
| TP 127:12,13 | tried 244:5 | turn 10:17 | 207:16,21 | 70:11 |
| 127:22 | true 106:11 | 143:25 | two-page | unclear |
| 128:9,11 | 108:22 | 144:12 | 40:1 | 216:1,9 |
| 128:16 | 116:8 | turn.io 70:7 | 153:10 | 219:4 |
| track 71:9 | 120:14 | 70:15 | two-week | uncommon |
| tracker | 139:24 | Turner 35:6 | 66:1 | 188:19 |
| 186:14 | 158:19 | 37:2,20 | Tyler 66:15 | 232:3 |
| tracking | 159:4 | Twitter 16:5 | 141:17,19 | uncredible |
| 192:25 | 164:24 | 21:7,9 | 141:20,24 | 266:22 |
| 193:10 | 170:12 | 180:13 | 144:1,13 | 267:4,7 |
| 195:18 | 255:5 | 181:1 | 145:15,18 | underlying |
| 196:5 | 270:9 | 197:24,25 | 146:10,22 | 185:25 |
| trail 114:7 | 273:9,13 | 198:12,14 | type 16:11 | understand |
| training | trust 68:25 | 199:5,21 | 40:13 | 10:1,3,4 |
| 98:13,16 | 103:9 | 200:20 | 106:24 | 10:14,15 |
| 99:19 | 174:23 | 202:12 | 151:23 | 14:13 |
| 234:18,25 | 175:16 | 206:23 | 222:24 | 36:21,22 |
| 235:1,5,7 | 177:10 | 209:2,19 | 227:22 | 41:2 57:24 |
| 235:13,22 | 220:21 | 211:17 | 253:18 | 78:21,21 |
| 236:15,16 | trusted | 212:8,13 | typed 26:16 | 79:5 92:15 |
| 236:17 | 135:19 | 212:17,18 | types 20:2 | 104:19 |
| transcript | truth/da... | 212:20,21 | 99:2 | 109:10 |
| 5:23 8:21 | 140:7 | 213:15,20 | 227:19 | 129:9 |
| 125:11,19 | truthfully | 214:11,13 | 258:7,16 | 139:10 |
| 126:2 | 10:24 | 214:25 | typical | 148:14 |
| 268:17,22 | try 9:21 | 218:17 | 194:22 | 155:19 |
| 271:13 | 106:18 | 220:8,10 | typically | 162:21 |
| transfer | 179:11 | 248:2 | 52:10 57:2 | 168:19 |

**CAROL CRAWFORD  11/15/2022**

| | | | | |
|---|---|---|---|---|
| 169:1,17 | 224:19 | 193:20,21 | 156:25 | 58:6,8 |
| 174:21 | 228:18 | 193:22 | 160:1 | 59:9,12 |
| 190:23 | 251:10 | 194:2 | 169:18,23 | 63:21 65:4 |
| 193:16 | 255:25 | 195:19 | 174:25 | 65:5 70:24 |
| 194:1,17 | 258:24 | 221:21,21 | 213:5,6,24 | 72:4 76:17 |
| 194:21 | 261:6 | 225:2,3 | 215:10 | 81:1,22,23 |
| 195:21 | **understood** | 228:22 | 236:13 | 82:18 |
| 217:16 | 91:20 | 229:11,19 | **useful** | 87:10 |
| 224:1 | 140:4 | **updated** | 173:19 | 108:2 |
| 232:10 | **undertaking** | 143:14,19 | **user** 24:22 | 111:13 |
| 265:5,5 | 69:12 | 157:1 | 97:8 | 115:19 |
| **understa...** | **unfolding** | 159:20 | **user's** 228:9 | 119:15 |
| 14:6 24:10 | 3:8 | 160:2 | **users** 27:15 | 121:4 |
| 26:17 | **unfortun...** | 162:10 | 54:2 89:6 | 122:2,23 |
| 35:13 | 196:7 | 240:10 | 228:11 | 123:15 |
| 36:14 | **unit** 40:15 | **updates** 4:3 | **uses** 55:4 | 124:14 |
| 37:10 | 40:15 | 4:5 156:2 | 136:18 | 126:22 |
| 40:22 41:1 | 42:13 45:9 | 163:18 | **usual** 206:24 | 137:19 |
| 42:17 | **United** 1:1,9 | 166:24 | **usually** 93:8 | 138:2 |
| 44:20 64:8 | 228:17 | 192:2 | 98:22 | 140:7,13 |
| 69:8 74:17 | 271:8 | 250:2 | 109:25 | 143:8 |
| 79:19 80:8 | 272:3 | 253:15 | 115:6 | 156:18,21 |
| 95:17 | **units** 40:15 | **updates/...** | 123:24 | 156:25 |
| 96:11 | 46:11 | 221:19 | 127:17,24 | 157:3,4,7 |
| 103:8 | 47:21,23 | **updating** | 144:17 | 157:17,25 |
| 109:20 | 48:19,21 | 192:8 | 181:6,13 | 159:5 |
| 111:1 | **University** | **upgraded** | 227:20 | 160:17,18 |
| 114:5 | 12:10,10 | 267:5 | 250:14 | 160:22 |
| 120:24 | **unknown** | **uptick** 146:1 | ———————— | 161:14 |
| 122:25 | 170:12 | **urgency** 48:4 | **V** | 162:3,12 |
| 137:16 | **unmarked** | **url** 229:14 | **v** 271:7 | 162:13 |
| 138:15 | 67:8 | **Ursula** 223:2 | 272:2 | 164:2,8 |
| 139:22,23 | **unproven** | 223:11 | **vac-** 231:5 | 166:7 |
| 143:8 | 108:22 | **Ursula's** | **vaccinated** | 169:19,23 |
| 150:17 | 120:13 | 223:8 | 143:13 | 170:1 |
| 158:2,10 | **unsupported** | **use** 15:20 | 165:15 | 171:22 |
| 159:2 | 108:22 | 18:13 29:2 | 168:7 | 172:11,13 |
| 163:4 | 120:13 | 29:4,5 | **vaccination** | 174:20 |
| 167:17 | **unvaccin...** | 35:23 36:2 | 53:3 62:12 | 175:5 |
| 168:20 | 146:3 | 39:20 | 66:4,6 | 176:17 |
| 177:6 | **up-to-date** | 40:17 59:5 | 71:13 | 182:19,20 |
| 184:10 | 228:21 | 67:8 70:20 | 142:16 | 182:22 |
| 193:12 | **upcoming** | 71:7 96:15 | 164:6 | 183:9,25 |
| 201:19 | 224:6 | 105:18 | 169:3,6 | 197:9 |
| 204:4 | **update** 59:12 | 128:21 | **vaccinat...** | 201:5 |
| 210:6,9 | 75:16 | 134:11,12 | 53:1 | 207:16,23 |
| 212:1 | 148:15 | 137:10,12 | 148:23 | 207:25 |
| 213:23 | 170:23 | 139:15 | **vaccine** 4:8 | 209:7 |
| 217:17,19 | 183:18 | 147:23 | 53:17,25 | 231:11 |

**CAROL CRAWFORD  11/15/2022**

| | | | | |
|---|---|---|---|---|
| 234:15 | 231:3,5 | **vary** 181:8 | 106:7 | 196:16 |
| 237:16 | 232:10 | **VC** 5:4,9 | 110:9 | 199:9 |
| 258:5 | 233:10 | 223:18 | 111:24 | 200:14,16 |
| 263:1,7,21 | 234:1,13 | **VC-Facebook** | 112:3,7,24 | 203:13 |
| **vaccine-...** | 251:22 | 221:8 | 113:4 | 205:5,12 |
| 52:24 | **VAERS** 3:22 | 239:20 | 115:13,17 | 205:18,25 |
| 53:22  58:7 | 122:21,22 | **VECCHIOINE** | 118:8,14 | 206:6,11 |
| 140:8 | 122:23 | 10:8 | 118:16,21 | 219:17,20 |
| 227:3 | 150:14,18 | **Vecchione** | 121:7 | 221:2,4 |
| **vaccine.gov** | 150:21,21 | 2:4  6:8 | 123:6 | 226:2,5 |
| 230:14 | 150:23,24 | 8:13,13 | 126:6,9,13 | 231:17,24 |
| 231:1,4 | 150:25 | 9:11  21:13 | 131:7 | 236:2,4,20 |
| 232:6 | 151:3,9,19 | 22:4,9 | 132:12,23 | 237:3 |
| 233:15 | 151:20 | 26:24 | 133:5,8,9 | 238:15 |
| 234:13 | 152:2,5,8 | 30:19  31:5 | 134:23 | 239:12,17 |
| **vaccinef...** | 201:15 | 31:16,22 | 135:4,7 | 241:14,18 |
| 230:14 | 204:3,5,12 | 33:1,5,7 | 136:20,23 | 247:3,8 |
| 231:1,2,7 | **vague** 36:18 | 36:19 | 136:24 | 249:5,8,10 |
| **vaccinef...** | 36:21 | 38:19 | 137:24 | 249:15,16 |
| 231:4 | 48:23  78:3 | 43:11 | 138:11 | 251:7 |
| **vaccines** 3:7 | 96:13  99:4 | 47:16 | 143:2,18 | 254:5 |
| 3:8  64:20 | 101:6,20 | 48:25  49:2 | 144:25 | 256:17,22 |
| 70:21  86:3 | 105:10 | 54:10 | 145:2 | 257:5 |
| 87:14 | 115:12 | 57:10  60:1 | 149:22,25 | 260:2 |
| 89:12 | 117:24 | 60:4  67:2 | 150:7 | 261:1 |
| 115:22 | 131:6 | 67:5,11,13 | 152:14,18 | 267:1,20 |
| 124:2 | 132:21 | 76:24  78:5 | 152:23 | 267:21,25 |
| 127:10 | 134:22 | 78:19  79:3 | 153:3 | 268:4,8,19 |
| 128:8 | 176:1 | 80:18  81:6 | 155:8 | 269:6 |
| 131:5 | **vaguely** | 82:24 | 158:7,24 | **verbal** 9:17 |
| 137:3,6 | 154:12 | 84:18,22 | 159:16 | **verifiable** |
| 139:14,17 | **vagueness** | 84:23  85:4 | 161:18 | 237:20 |
| 144:20 | 176:15 | 85:7  86:1 | 162:9,19 | 238:4 |
| 158:4,12 | **valid** 237:17 | 86:7  90:1 | 163:3,14 | **version** |
| 163:25 | **variant** | 91:2,8,11 | 164:18 | 227:23 |
| 164:13,23 | 190:25 | 93:4,6,23 | 165:8,18 | **versus** 8:5 |
| 167:5 | 191:1 | 94:3,8,13 | 165:21,24 | 217:3 |
| 168:1,4,11 | **variants** | 94:16,18 | 166:3 | **video** 21:18 |
| 169:1,15 | 190:21 | 94:21  95:2 | 168:16 | 54:3 |
| 169:21 | 191:17,20 | 95:6,12 | 171:16,21 | 227:12,23 |
| 170:15 | **varied** | 96:5,9 | 172:1 | 227:24 |
| 183:16 | 130:14 | 97:25  98:5 | 173:18,21 | 268:10,12 |
| 201:14 | **variety** 88:8 | 99:5 | 176:2 | 268:16 |
| 203:20,22 | **various** | 100:12,17 | 178:7,8 | 269:10 |
| 204:1,18 | 54:24 | 100:18 | 179:7,10 | **video-re...** |
| 231:5,10 | 55:11 | 101:4,7,22 | 179:20 | 8:3 |
| 253:11 | 122:2 | 102:1,8,21 | 187:7,10 | **videogra...** |
| 256:1,3 | 155:16 | 102:23 | 189:1 | 7:14  8:1,9 |
| **vaccines...** | 227:19 | 105:11 | 193:15,25 | 9:3,9 |

**CAROL CRAWFORD  11/15/2022**

30:24 31:2
31:17 98:1
98:3 102:9
102:11
150:2,4
205:9,11
256:25
257:2
268:9,14
268:18
269:2,11
269:13,15
269:17
**VIDEOTAPED**
1:13
**view** 29:8
146:7
164:23
209:19,22
**viewpoint**
71:12,24
**viewpoints**
71:9,19,24
**violate**
157:9
**violates**
157:6
**virus** 190:16
**visit** 218:17
**visual** 11:19
**visualize**
262:14
**voice** 223:19
**volume** 53:9
89:20
151:2
**voluntar...**
138:4
**vote** 253:12
**vs** 1:6

―――――――――
**W**
―――――――――
**W** 6:3
**Wait** 10:10
**Walensky**
120:23,25
125:20
**walkthrough**
234:22

**want** 23:6
27:11 29:1
33:17,18
34:9 36:24
46:18 47:4
55:25
68:18
70:12
76:19
77:16,24
78:24 79:9
80:7 85:22
126:20
131:12
175:1
176:9
178:18,19
186:19
191:23,25
192:14,19
200:10
205:16,23
205:24
206:4
215:10,13
217:10
226:24
234:16
240:1
245:18
262:23
267:3
268:7,12
268:14
269:2
**wanted** 18:13
31:6,19,20
48:22
51:25
66:12
68:16
77:23
82:16
87:10
98:23
123:11
144:9
147:8
156:23

160:4
166:23,25
183:18
186:22
188:11
190:13
191:22
199:20
204:25
207:21
209:20,23
215:16
217:2
224:5,6,22
228:20
230:22,22
242:14
251:23
259:16
260:7
267:5
**wanting**
106:10
171:8
**wants** 66:21
187:4
**warning** 4:7
42:8,19
**Washington**
6:12,21
7:3 271:6
**wasn't** 37:21
81:7 96:15
110:1
128:2
131:11
152:2
180:1
188:19
190:12
194:5
215:10,14
215:17,22
250:16
260:15
**watching**
143:10
196:6
**wave** 46:1

**way** 22:18
42:1 71:12
99:10
110:14
119:22
134:3
140:4
147:7,10
147:20,24
148:12
155:22
162:23
181:5
194:22
197:19
199:20
209:24
211:22
216:8
224:14
240:16
252:23
264:25
270:13
**ways** 2:13,16
39:9 43:21
44:10
81:13
87:16 88:8
**we'll** 21:3
48:2 55:21
84:20
95:10
100:14,15
107:5
116:12
121:19
133:17
185:1
187:23
188:6
235:12
256:23
**we're** 21:24
21:24 36:7
39:16
45:23
49:15
54:19

76:15
121:13
148:18
165:22,25
166:1
169:7
172:23
173:12,16
182:3
192:7
200:10
203:9
205:6
208:8,8
256:6
268:20
269:4
**we've** 31:7
33:14 47:4
60:13
66:14,19
78:11
102:14
114:12
133:10
141:1
145:13
148:4
157:11
167:1
179:3
180:12
189:19
207:6
208:4
209:15
220:1
222:10
226:17
229:17
234:15
239:25
240:5
242:2,22
247:2
257:19
268:20
**weaken**
163:25

**CAROL CRAWFORD  11/15/2022**

wear 29:6
web 11:15
  12:6 15:6
  15:21,21
  15:23
  87:21
  109:9
  127:22
  128:14,16
  128:21
  129:1
  134:11,14
  134:15,16
  134:17
  135:16
  192:8
website
  15:15,23
  45:10
  47:20,22
  59:13
  106:13
  108:4,16
  109:4
  113:15,22
  114:16,17
  114:20
  115:22
  130:23
  183:17
  187:3
  194:20
websites
  233:17
Wednesday
  247:15
week 3:5
  46:2 48:2
  65:14 68:8
  103:4
  118:24
  119:21
  126:16
  156:18,20
  157:1
  161:6
  177:3
  180:20
  185:20

195:23
196:8
197:12
226:25
229:21
253:11,18
257:23
260:18,18
week's 2:23
  5:6 68:6
  76:5
  226:10,16
weekend
  126:20
  186:8
weekly 5:4
  68:9 69:2
  221:8
  223:21
  226:19,21
  239:21
  260:11,13
  262:5
weeks 27:18
  51:23
  56:21 84:8
  132:8
  151:13
  169:20
  228:13
weeks'
  131:25
weigh 230:7
Weir 223:2
went 12:3
  63:8 70:11
  187:2
  219:4
  236:6,11
  265:18
weren't 81:8
  115:3
  185:5
  212:15
  240:10
  248:19
  267:12
Western 1:1
  8:6

WhatsApp
  70:17,19
  70:25
  137:9
White 230:13
  230:24,25
  231:12,19
  232:1,4,7
  232:22
  233:2,8,11
  233:18,19
  233:21
  234:4,5,14
  259:10,22
  260:9,17
  261:8,19
  263:4
whitelist
  217:22
whitelisted
  217:11,11
  217:15,17
whitelis...
  217:20
wide 55:24
  56:7,11
  58:21
  59:15
widely
  150:22
  153:25
  154:23
widespread
  29:1
Wilhelm
  263:1,5
willing
  35:10
  173:1
  228:22
  263:2
withdraw
  74:22
  100:24
  127:16
  139:22
withdrawn
  247:25
witness 9:4

9:24 22:6
31:19 33:1
66:20
80:21
93:22
102:4,5,7
118:13,14
149:23
150:1
179:17
205:13
236:1,3
269:1
270:7,10
270:15
271:13
272:1,25
witnesses
  49:23
women 46:4
wondered
  176:15
  248:12
wonderful
  55:20
wondering
  75:15 81:2
  140:6
  200:9
  204:23
  258:6
  263:7
Woods 66:15
  141:17,19
  141:21
  144:1,13
  145:15,18
  146:22
word 15:20
  19:2 74:15
  85:3 195:2
  201:18
  225:20
  241:12
worded 260:4
wording
  42:14,15
  110:25
  149:12

words 52:14
  55:4 64:21
  133:15
  145:8
  149:12
  227:21
  251:21
work 11:5,21
  11:22 12:2
  14:1 19:25
  25:12
  33:19
  34:20,23
  35:22 36:8
  40:12 73:7
  100:4
  109:24
  156:24
  159:19
  160:5,9,16
  160:22
  164:13
  166:24
  167:18,19
  175:6,7
  177:21
  181:12
  200:7
  209:24
  213:18
  214:1
  224:11
  235:12
  237:19
  258:21
  262:3
worked 24:15
  40:25
  75:23
  186:17
  192:18
  214:20
Worker-c...
  55:5
workers
  53:17 58:6
  66:5
working 12:5
  27:9,14

**CAROL CRAWFORD  11/15/2022**

28:19
56:17
58:19
70:17
77:21  80:8
84:4  87:5
89:22
101:10
111:9
114:23
135:13,15
174:18
175:3
177:5
189:20
195:15
232:4,8
234:15
236:9
262:15
**works** 22:18
24:15
44:20
216:6,8
**World** 51:7
**worldwide**
164:23
**worried**
34:24
214:1
258:9
263:9
**worth** 88:16
89:20
258:18
**wouldn't**
53:7
101:24
106:21
110:23
113:1
116:23
131:3,12
144:24
146:5
149:3,13
180:9
218:10
244:12

258:10
**Wright** 50:17
**write** 23:23
39:18  43:7
55:18
115:21
131:21
230:19
237:10,11
**writes** 36:23
74:25  84:4
126:18
145:18
156:14
166:14
195:12
197:2
211:5
226:24
252:5,7
**writing** 93:5
**written** 7:22
163:7
**wrong** 41:1
96:16
124:19
194:18,20
203:10
216:1
245:9
**wrote** 26:13
34:6  87:11
122:8
174:14,15
231:18
247:16
**WY** 5:7
**Wyoming**
237:7,12
237:18
239:3

_____

**X**

**xlsx** 200:20

_____

**Y**

**Y** 22:24  34:6
**y'all** 99:15
**yeah** 12:22

22:15
25:22
28:12
44:18  55:9
67:2  74:8
75:9  78:8
85:16
86:19  90:5
92:12  94:2
94:16
95:21
124:20,21
128:10
136:16
149:15
158:10
159:2
165:12
173:19
179:5
186:23
187:15
199:17
206:7,9
212:19
214:23
222:18
223:9
225:9
230:6
245:5
249:19
250:19
252:21
254:6
269:9,16
**year** 4:3,6
174:22
175:15
214:21
**years** 12:3
169:16,22
**yellow** 70:7
**yesterday**
100:3
109:15,16
120:1
**Young** 11:3
**youth** 45:24

**YouTube**
175:16
185:13
227:25
244:18,20
244:21,22
244:24
245:2,18
245:21,22
245:23
255:2
██ 97:7

_____

**Z**

██ 35:6
**ZIP** 70:20
231:9
**Zoom** 7:7,11
31:8,11,13
102:14,18
102:19,19
240:25
241:6
**Zuckerberg**
33:22

_____

██

35:7
**@CDC.gov**
35:8

_____

**1**

**1** 2:7  5:21
21:12,14
40:15  55:3
55:4
252:24
270:8
**1.5** 235:12
**1/26/21** 2:17
**1:22** 156:15
**1:50** 207:3
**1:57** 119:7
124:12,17
**10** 3:2  91:1
91:7,8,10
100:19
102:2
207:3

211:6
212:23
241:22
**10(B)** 7:19
**10/28/2021**
249:20
**10/28/21**
5:14
**10:09** 31:1,3
**10:38** 189:12
**100** 46:13
69:25
128:19
**102** 3:4
**10th** 63:17
213:3
214:8
242:3
257:15
259:7
261:13
**11** 3:4  102:2
102:22,25
108:19
112:19
114:22
115:8
118:5
**11-year**
163:19
**11-year-...**
156:3
**11/2** 160:14
**11/2/21** 4:2
**11/8/21** 4:5
**11:27** 100:1
**11:51** 98:1
**11:53** 98:4
**11:59** 102:9
102:10
**1100** 6:20
271:5
**112** 3:6,7
**113** 3:9
**118** 3:11
**11th** 271:18
**12** 3:6  100:3
112:3,5
112:15

**CAROL CRAWFORD  11/15/2022**

| | | | | |
|---|---|---|---|---|
| 115:9 | 271:3 | 150:6,9 | 207:3 | 237:10 |
| 208:10 | **171** 4:10 | 266:12 | 211:6 | **24** 4:7 5:22 |
| **12/21/21** | **173** 4:11 | 273:15 | 216:4 | 28:9 63:17 |
| 4:17 | **179** 4:13 | **200** 4:20 7:3 | 218:13 | 119:7 |
| **12:51** 102:10 | **17th** 61:18 | **20036** 6:12 | 219:25 | 124:12 |
| 102:12 | 100:3 | **2019** 16:20 | 221:10 | 164:17,19 |
| **1225** 6:10 | 146:21,25 | **202** 6:14 | 237:8 | **241** 5:10 |
| **126** 3:13 | **183** 16:12 12:2 | **202-353-...** | 239:22 | **2440** 146:12 |
| **13** 3:7 112:5 | 141:6,7,9 | 6:22 | 241:22 | **247** 5:12 |
| 112:17 | 144:13 | **2020** 16:21 | 242:3 | **249** 5:14 |
| **138** 3:14 | 174:4,14 | 16:22 | 247:15 | **24th** 119:19 |
| **14** 3:9 112:4 | **187** 4:15 | 17:11 18:6 | 250:8 | 124:17 |
| 113:3,5,6 | **188** 4:17 | 20:2 22:15 | 252:22 | 216:4,14 |
| 115:9 | **18th** 99:23 | 34:5 38:8 | 257:15 | **25** 166:1 |
| 119:4 | 270:16 | 43:24 | **2022** 1:14 | 269:7 |
| 270:25 | **19** 3:19 | 77:13 | 8:2 13:3,4 | **254** 5:15 |
| **141** 3:16 | 21:25 | 147:14 | 13:14 15:2 | **257** 5:17 |
| **145** 3:19 | 145:1,4 | 175:19 | 16:2 166:8 | **25th** 49:21 |
| **151** 1:14 3:11 | 148:19 | 210:7 | 166:15 | 50:14 |
| 8:2 64:23 | **196** 4:18 | **20201** 7:3 | 171:23 | 65:24 |
| 65:14 | **19th** 6:10 | **2021** 3:6,7 | 270:16 | **26** 4:8 5:22 |
| 118:7,9,20 | 105:22 | 49:16,19 | 271:3,11 | 49:18 |
| 118:22 | 131:18 | 60:9 61:18 | 272:4 | 139:3 |
| 125:8 | **1st** 63:2,14 | 68:13 | **2024** 270:25 | 165:25 |
| 131:13 | 126:18 | 73:16 82:1 | **205** 5:1 | 166:2,6 |
| 133:1,1,5 | 152:25 | 85:13 | **20th** 103:5 | 172:9 |
| 133:8 | _____ | 91:10 | 119:20 | **269** 270:8 |
| 221:10 | **2** | 100:1 | 146:11 | **26th** 55:18 |
| 271:11 | **2** 2:8 22:5,8 | 117:8 | **212** 2:7 4:1 | **27** 4:10 |
| 272:4 | 32:1,3 | 118:24 | 21:24 60:9 | 171:15,21 |
| **150** 3:22 | 40:15 55:4 | 124:17 | 103:5 | 173:9 |
| **152** 4:1 | 169:15 | 126:18,24 | 152:16,22 | **27th** 44:25 |
| **155** 4:2 | **2/3/22** 4:8 | 131:21 | 152:23 | 47:1 |
| **16** 3:13 | **2/4/22** 4:10 | 134:21 | 189:7,12 | 218:12 |
| 61:18 | **2/7/20** 2:8 | 135:1 | 195:23 | **28** 4:11 |
| 126:8,12 | **2:06** 150:2,3 | 139:3 | **219** 5:2 | 173:20,23 |
| 126:14 | **2:07** 76:3 | 142:9,15 | **21st** 195:11 | 252:22 |
| 131:20 | 82:1,4 | 146:11,25 | **222** 2:8 4:2 | **28th** 230:4 |
| 133:1 | **2:18** 84:3 | 150:15 | 155:7,9,22 | 238:7 |
| 135:1,8 | **2:19** 150:3,5 | 156:1 | **221** 5:4 6:3 | 253:4 |
| 136:6,11 | 152:1,8 | 163:20 | **226** 5:5 | **29** 4:13 |
| **1600** 1:17 | **2:28** 216:4 | 174:4 | **22nd** 144:2 | 179:9,11 |
| **163** 4:5 | **2:30** 218:13 | 176:6 | **234** 4:5 | 179:23 |
| **164** 4:7 | **2:32** 230:3 | 179:5 | 163:13,15 | 187:18 |
| **166** 4:8 | **2:42** 68:13 | 185:17 | 163:23 | 234:10 |
| **1684** 169:13 | **2:54:26** | 187:15 | 165:18 | **29530** 6:21 |
| **173** 3:14 | 160:15 | 189:8,12 | **237** 5:7 | 271:6 |
| 135:4 | **2:57** 131:21 | 190:5 | **239** 5:8 | **29th** 182:16 |
| 138:23,24 | **20** 3:22 | 196:21,25 | **23rd** 176:6 | **2nd** 118:24 |
| | 149:22,23 | | | |

**CAROL CRAWFORD  11/15/2022**

126:24
156:1,14
185:17
219:25
253:13

**3**
**3** 2:10  32:1
33:2,4
55:3,4,6
128:23
**3/10/2021**
257:11
**3/10/21** 5:17
**3/23/2021**
173:25
**3/23/21** 4:11
**3/30/20** 2:15
**3/31/20** 2:12
**3/31/21** 2:22
**3/5/20** 2:10
**3:01** 47:1
**3:08** 70:4
**3:10** 263:15
**3:16** 73:4
74:12
**3:22-cv-...**
1:5
**3:30** 70:6
177:21
**3:30-4:30**
44:9
**3:35** 27:5
**3:37** 205:9
205:10
**3:51** 205:10
205:11
**30** 4:15  47:7
187:9,11
216:16
271:17
**30th** 43:23
68:13  73:3
73:16
74:24
79:14  80:3
237:8
250:8
**31** 4:17

112:2
188:25
189:2,4
**31st** 40:4
44:1  76:3
76:13
81:25  82:3
82:4  84:3
**32** 4:18
196:15,17
196:18
**33** 2:10  4:20
200:15,17
200:19
**34** 5:1  12:3
205:18,19
206:14
211:6
**35** 5:2
219:19,21
219:21
**36** 5:4  221:3
221:5,6
**37** 5:5  226:4
226:6,7
**38** 2:12  5:7
237:2,4
**39** 5:8
239:13,16
239:18
**3rd** 46:2
126:16
131:20
134:21
135:1,9
145:17,18
166:8,15
172:10
253:14

**4**
**4** 2:12  38:18
38:20  44:1
49:4
128:23
169:22
187:15
**4-13-21**
200:20

**4/12/21** 4:15
187:15
**4/14/2021**
200:21
**4/14/21** 4:20
**4/15/21** 5:4
**4/29/2021**
226:11
**4/29/21** 5:5
**4/30/21** 5:7
**4/5/2021**
179:16
**4/5/21** 4:13
**4/9/21** 4:18
**4:00** 180:4,7
**4:19** 105:22
**4:23** 247:16
**4:36** 166:15
**4:43** 144:2
**40** 5:10
241:14,17
241:19
**40-49** 185:25
**41** 5:12
247:7,9
**42** 5:14  67:5
249:7,9
**43** 2:15  5:15
249:11
254:4,7,8
**44** 5:17,22
256:21
257:4,7
**450** 6:11
**49** 2:17
**496** 206:1
**497** 206:1
**498** 206:1
**499** 206:1
**4pm** 179:24
**4th** 171:23

**5**
**5** 2:15  4:10
34:5  43:10
156:2
163:19
**5-11** 4:3,6
**5/10/21** 3:2

5:10
**5/20/21** 3:4
**5/26/21** 2:19
**5/6/21** 3:1
5:8
**5:07** 256:25
257:1
**5:11** 253:4
**5:19** 257:1,3
**5:21** 172:10
**5:26** 66:14
**5:33** 1:15
269:18,19
**5:47** 63:14
@CDC.gov
24:14
**500** 206:2
**533** 136:9,12
**539** 124:18
**5th** 186:7

**6**
**6** 2:17  49:1
49:4,5
85:13
128:23
169:22
239:22
240:24
**6/10/2021**
247:13
**6/10/21** 5:12
**6/2/21** 3:11
**6/29/2022**
254:11
**6/29/22** 5:15
**6/3/21** 3:13
**6/30/2021**
205:21
206:17
**6/30/21** 5:1
**6:16** 145:19
**6:19** 64:24
**6:23** 234:10
**6:37** 238:7
**6:58** 126:25
**60** 2:19
228:14,16
**63101** 271:18

**65** 42:24
**65101** 6:4
**67** 2:22
**682** 241:25
**696-6775** 6:5

**7**
**7** 2:19  60:3
100:1
136:25
**7(a)** 137:4
**7/20/21** 3:16
141:11
**7/26/2021**
139:2
**7/26/21** 3:14
**7:38** 73:16
80:3
**7:46** 74:24
79:14
**711** 271:17

**8**
**8** 2:22  67:12
67:14  85:4
85:5
**8.15_AH_...**
3:23
**8/18/21** 3:19
145:6
**8/19** 150:15
**8/19/21** 3:22
**8:13** 142:15
**8:39** 60:9
**8:49** 126:19
**8:51** 214:9
**8:55** 34:5
**80** 228:14,16
**800-number**
11:17
15:18
**85** 3:1
**869-5210**
6:14
**877** 6:5
**899** 6:4
**8th** 142:15
163:20
196:25

**CAROL CRAWFORD  11/15/2022**

| 9 |
|---|
| **9** 2:4  3:1 |
| 85:6  167:8 |
| 196:21 |
| 247:15 |
| **9/1/21** 4:1 |
| **9/3/21** 5:2 |
| **9:00** 61:19 |
| **9:24** 1:15 |
| 8:3  259:7 |
| **9:30** 261:13 |
| **9:32** 261:16 |
| **9:36** 262:11 |
| **9:43:56** |
| 262:22 |
| **9:52** 179:23 |
| **9:54** 263:15 |
| **9:57** 30:25 |
| 31:1 |
| **91** 3:2 |
| **99.96** 111:20 |
| **9th** 142:9 |