# **EXHIBIT C**

# YouTube's Community Guidelines

When you use YouTube, you join a community of people from all over the world. The guidelines below help keep YouTube fun and enjoyable for everyone.

If you see content that you think violates these guidelines, report it.

These policies apply to all types of content on our platform, including, for example, unlisted and private content, comments, links, Community posts, and thumbnails. This list isn't complete.



## Spam & deceptive practices

The YouTube Community is one that's built on trust. Content that intends to scam, mislead, spam, or defraud other users isn't allowed on YouTube.

- Spam, deceptive practices, & scams policies
- Impersonation policy
- External links policy
- Fake engagement policy
- Playlists policy
- Additional policies



## Sensitive content

We hope to protect viewers, creators, and especially minors. That's why we've got rules around keeping children safe, sex & nudity, and self harm. Learn what's allowed on YouTube and what to do if you see content that doesn't follow these policies.

- Nudity & sexual content policies
- Thumbnails policy
- Child safety policy
- Suicide, self-harm, and eating disorders policy
- Vulgar language policy



## Violent or dangerous content

Hate speech, predatory behavior, graphic violence, malicious attacks, and content that promotes harmful or dangerous behavior isn't allowed on YouTube.

- Harmful or dangerous content policies
- Violent or graphic content policies
- Violent criminal organizations policy
- Hate speech policy
- Harassment & cyberbullying policies



## Regulated goods

Certain goods can't be sold on YouTube. Find out what's allowed—and what isn't.

- Sale of illegal or regulated goods or services policies
- Firearms policy



## Misinformation

Certain types of misleading or deceptive content with serious risk of egregious harm are not allowed on YouTube. This includes certain types of misinformation that can cause real-world harm, like promoting harmful remedies or treatments, certain types of technically manipulated content, or content interfering with democratic processes.

- Misinformation policies
- Elections misinformation policies
- COVID-19 medical misinformation policies
- Vaccine misinformation policy

 Get creator tips for YouTube policies and guidelines.

**Please take these rules seriously**. *If a YouTube creator's on- and/or off-platform behavior harms our users, community, employees or ecosystem, we may respond based on a number of factors including, but not limited to, the egregiousness of their actions and whether a pattern of harmful behavior exists. Our response will range from suspending a creator's privileges to account termination.*