# EXHIBIT D



**OUR COMMITMENTS**

# How does YouTube address misinformation?

With billions of people visiting us every day - whether they're looking to be informed, to catch up on the latest news, or to learn more about the topics they care about, we have a responsibility to connect people to high-quality content. So the most important thing we can do is increase the good and decrease the bad. That's why we address misinformation on our platform based on our "4 Rs" principles: we remove content that violates our policies, reduce recommendations of borderline content, raise up authoritative sources for news and information, and reward trusted creators. Learn more about how we treat misinformation on YouTube.



    Our commitments ⌄    Product features ⌄    User settings ⌄    Rules and policie

As detailed in our Community Guidelines, YouTube does not allow misleading or deceptive content that poses a serious risk of egregious harm. When it comes to misinformation, we need a clear set of facts to base our policies on. For example, for COVID-19 medical misinformation policies, we rely on expert consensus from both international health organizations and local health authorities.

Our policies are developed in partnership with a wide range of external experts as well as YouTube Creators  We enforce our policies consistently using a combination of content reviewers and machine learning to remove content that violates our policies as quickly as possible

# Related articles

## Supporting political integrity

READ MORE
## Community Guidelines

READ MORE
## News and information

READ MORE

