Scott J. Street (SBN 258962)
JW HOWARD/ATTORNEYS, LTD.
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

John W. Howard (SBN 80200)
Andrew G. Nagurney (SBN 301894)
JW HOWARD/ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 234-2842
Email: johnh@jwhowardattorneys.com
      drew@jwhowardattorneys.com

Attorneys for Plaintiff,
ROBERT F. KENNEDY, JR.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT F. KENNEDY, JR., | Case No. 5:23-cv-03880-NC |
| Plaintiff, | Judge Trina L. Thompson |
| vs. | **PRELIMINARY INJUNCTION APPEAL** |
| GOOGLE LLC, a Delaware corporation, and YOUTUBE, LLC, a Delaware corporation, | |
| Defendants. | |

Plaintiff Robert F. Kennedy, Jr. hereby appeals the denial of his Application for Temporary Restraining Order heard on August 21, 2023.  The Order denying this application was filed on August 23, 2023. (Doc 32)

In addition, Plaintiff submits the required Ninth Circuit Notice of Appeal form, which is attached hereto as **Exhibit "A."**

1    Pursuant to Ninth Circuit Rule 3-3, immediately upon filing, this notice of

2    appeal must be transmitted by the District Court clerk's office to the Court of Appeals

3    clerk's office.

4

5

6    DATED:  August 29, 2023              **JW HOWARD/ATTORNEYS, LTD.**

7

8

9                                        By: _____

10                                            John W. Howard
                                             Scott J. Street
11                                           Andrew G. Nagurney
                                             Attorneys for Plaintiff
12                                           ROBERT F. KENNEDY, JR.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2
                          PRELIMINARY INJUNCTION APPEAL
                                        CASE NO. 5:23-cv-03880-NC

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

**CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On August 29, 2023, I caused the **PRELIMINARY INJUNCTION APPEAL** to be filed and served via the Court's Electronic Service upon the parties listed on the Court's service list for this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on August 29, 2023 at San Diego, California.

/s/ Dayna Dang
Dayna Dang, Paralegal
dayna@jwhowardattorneys.com

# EXHIBIT "A"

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a
## United States District Court

Name of U.S. District Court: | Northern District of California

U.S. District Court case number: | 5:23-cv-03880

Date case was first filed in U.S. District Court: | 08/03/2023

Date of judgment or order you are appealing: | 08/23/2023

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Robert F. Kennedy, Jr.

Is this a cross-appeal?  ○ Yes    ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?    ○ Yes    ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

201 South Lake Avenue

Suite 303

City: Pasadena    State: CA    Zip Code: 91101

Prisoner Inmate or A Number (if applicable):

**Signature**  /s Scott J. Street    **Date**  Aug 28, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                 *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Robert F. Kennedy, Jr.

Name(s) of counsel (if any):

Scott J. Street and John W. Howard

Address: 201 South Lake Avenue, Suite 303, Pasadena, CA 91101

Telephone number(s): (213) 205-2800

Email(s): sstreet@jwhowardattorneys.com, johnh@jwhowardattorneys.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Google LLC and YouTube, LLC

Name(s) of counsel (if any):

Jonathan Blavin and Juliana Lee

Address: 560 Mission Street, 27th Floor, San Francisco, CA 94105

Telephone number(s): (415) 512-4000

Email(s): jonathan.blavin@mto.com, juliana.lee@mto.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*