JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
JULIANA M. YEE (State Bar No. 304564)
 Juliana.Yee@mto.com
CARSON SCOTT (State Bar No. 339868)
Carson.Scott@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

HELEN E. WHITE (*pro hac vice*)
Helen.White@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, DC 20001
Telephone:     (202) 220-1100
Facsimile:      (202) 220-2300

Attorneys for Defendants
Google LLC and YouTube, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT F. KENNEDY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC AND YOUTUBE, LLC, <br><br> Defendants. | Case No. 3:23-cv-03880 <br><br> **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**[1] |

---

[1] By filing this Statement, Defendants do not waive any defenses that may be available to them, including without limitation any defenses relating to service, process, and jurisdiction.

1  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants
2  Google LLC and YouTube, LLC states as follows:
3      1.    Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of
4          Alphabet, a publicly traded company; and
5      2.    YouTube, LLC is a subsidiary of Google LLC.
6  Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,
7  associations of persons, firms, partnerships, corporations (including parent corporations) or other
8  entities (i) have a financial interest in the subject matter in controversy or in a party to the
9  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
10  substantially affected by the outcome of this proceeding:
11      1.    YouTube, LLC
12      2.    Google LLC
13      3.    XXVI Holdings Inc., Holding Company of Google LLC
14      4.    Alphabet Inc., Holding Company of XXVI Holdings Inc.

16  DATED: August 30, 2023        MUNGER, TOLLES & OLSON LLP

    By:  /s/ *Jonathan H. Blavin*
        JONATHAN H. BLAVIN
        Attorneys for Defendants
        Google LLC and YouTube, LLC