UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT F. KENNEDY, JR., | Case No. 3:23-cv-03880 |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| vs. | |
| GOOGLE LLC AND YOUTUBE, LLC, | Judge:   Hon. Trina Thompson<br>Date:    November 7, 2023<br>Time:    2:00 p.m.<br>Crtrm.:  9 |
| Defendants. | |

**[PROPOSED] ORDER**

Having considered the parties' briefing on Defendants' motion to dismiss Plaintiff's Complaint, and having [heard oral argument] [decided the matter on the papers], it is hereby **ORDERED** that Defendants' motion to dismiss is granted and Plaintiff's Complaint is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

DATED: _____, 2023

_____
Hon. Trina L. Thompson
United States District Judge