JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
JULIANA M. YEE (State Bar No. 304564)
Juliana.Yee@mto.com
CARSON SCOTT (State Bar No. 339868)
Carson.Scott@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077

HELEN E. WHITE (*pro hac vice*)
Helen.White@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, DC 20001
Telephone:   (202) 220-1100
Facsimile:    (202) 220-2300

Attorneys for Defendants
Google LLC and YouTube, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT F. KENNEDY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC AND YOUTUBE, LLC, <br><br> Defendant. | Case No. 3:23-cv-03880 <br><br> **JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO CONVERT ORDER DENYING TEMPORARY RESTRAINING ORDER TO DENIAL OF PRELIMINARY INJUNCTION** |

# JOINT STIPULATION TO CONVERT ORDER DENYING TEMPORARY RESTRAINING ORDER TO A DENIAL OF A PRELIMINARY INJUNCTION

Plaintiff Robert F. Kennedy, Jr. ("Plaintiff") and Defendants Google LLC and YouTube, LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff applied for a temporary restraining order on August 9, 2023 (Dkt. No. 7);

WHEREAS, Defendants opposed that application for a temporary restraining order (Dkt. No. 26);

WHEREAS, after this Court held a hearing at which both sides were heard, considered the filings and record, including Plaintiff's application and materials filed in support of that application, and Defendants' opposition and supporting materials, this Court issued an order denying Plaintiff's application for a temporary restraining order on August 23, 2023 (Dkt. No. 32);

WHEREAS, this Court's order denying the application for temporary restraining order also denied Plaintiff's request for expedited discovery in support of a future motion for a preliminary injunction (Dkt. No. 32);

WHEREAS, on August 21, 2023 this Court issued a Tentative Case Management and Scheduling Order setting a briefing schedule on Google's motion to dismiss filed on August 30, 2023 and Plaintiff's anticipated preliminary injunction motion on September 25, 2023 (Dkt. No. 30);

WHEREAS, on August 29, 2023, Plaintiff filed a notice of appeal of the August 23, 2023 order denying the application for a temporary restraining order (Dkt. No. 33);

WHEREAS, on September 1, 2023, the Court of Appeal for the Ninth Circuit issued an order stating that "[o]rdinarily, an appeal does not lie from the denial of an application for a temporary restraining order" because "such appeals are considered premature and are disallowed in the interests of avoiding uneconomical piecemeal appellate review." Order, *Kennedy v. Google*, No. 23-16141 (9th Cir. Sept. 1, 2023). The Court then ordered Plaintiff to file "[w]ithin 21 days" "a statement explaining why the appeal should not be dismissed for lack of jurisdiction or move

for voluntary dismissal of the appeal." *Id.*;

WHEREAS, given that this Court addressed the merits in considering Plaintiff's temporary restraining order ("TRO") application, and concluded that Plaintiff is not likely to prevail on the merits or suffer irreparable harm, Plaintiff contends that the denial of its application for a TRO is tantamount to a denial of a motion for a preliminary injunction and Defendants do not oppose;

WHEREAS, the denial of a motion for a preliminary injunction is appealable under 28 U.S.C. § 1292(a)(1);

WHEREAS, judicial economy favors converting the denial of a temporary restraining order into a denial of a preliminary injunction in order to avoid needlessly duplicative briefing in this Court and to facilitate appellate review;

IT IS THEREFORE STIPULATED that, subject to the Court's approval:

1. This Court's August 23, 2023 order denying the temporary restraining order (Dkt. No. 32) is hereby converted into an order denying a preliminary injunction, without any effect to the remainder of the order;

2. All deadlines related to the motion for a preliminary injunction are hereby vacated; and

3. None of the aforementioned orders shall impact the briefing schedule on Google's motion to dismiss (Dkt. No. 30).

DATED: September 11, 2023

| **JW HOWARD/ATTORNEYS, LTD.** | **MUNGER, TOLLES & OLSON LLP** |
|---|---|
| */s/ Scott J. Street* | */s/ Jonathan H. Blavin* |
| Scott J. Street, CSB #258962 | Jonathan H. Blavin, CSB #230269 |
| 201 South Lake Avenue, Suite 303 | 560 Mission Street, 27th Floor |
| Pasadena, CA 91101 | San Francisco, CA 94105 |
| T: 213-205-2800 | T: 213-683-9100 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation, and for good cause shown, this Court orders as follows:

1. This Court's August 23, 2023 order denying the temporary restraining order (Dkt. No. 32) is hereby converted into an order denying a preliminary injunction;

2. All deadlines related to the motion for a preliminary injunction are hereby vacated; and

3. None of the aforementioned orders shall impact the briefing schedule on Google's motion to dismiss (Dkt. No. 30).

DATED: September 12th, 2023



## ATTESTATION

I, Jonathan H. Blavin, am the ECF user whose ID and password are being used to file this document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

*/s/ Jonathan H. Blavin*
Jonathan H. Blavin