Scott J. Street (SBN 258962)
JW HOWARD/ATTORNEYS, LTD.
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

John W. Howard (SBN 80200)
Andrew G. Nagurney (SBN 301894)
JW HOWARD/ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 234-2842
Email: johnh@jwhowardattorneys.com

Attorneys for Plaintiff,
ROBERT F. KENNEDY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. KENNEDY, JR., | Case No. 5:23-cv-03880 |
| Plaintiff, | Assigned to the Hon. Trina Thompson |
| vs. | **FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |
| GOOGLE LLC, a Delaware corporation, and YOUTUBE, LLC, a Delaware corporation, | |
| Defendants. | **JURY TRIAL DEMAND** |

///

///

///

///

///

1

Plaintiff Robert F. Kennedy, Jr., alleges as follows:

### **INTRODUCTION**

1.     This complaint concerns the freedom of speech and the extraordinary steps the United States government has taken under the leadership of Joe Biden to silence people it does not want Americans to hear.

2.     Mr. Kennedy is not the only victim of this censorship campaign, which is unprecedented in American history. But he is a high-profile victim, especially since he is now challenging President Biden for the Democratic Party's presidential nomination.

3.     Mr. Kennedy often speaks at length about topics people would like to ignore, including the negative health effects of toxic chemicals and potential safety concerns about the COVID-19 shots (as well as other vaccines that have been developed since Congress gave the pharmaceutical industry immunity from product liability claims).

4.      YouTube often removes videos of Mr. Kennedy's comments from its public platform. It usually relies on its "medical misinformation" policies to justify the action. It has relied on the policies several times to censor interviews and speeches given by Mr. Kennedy during the 2024 presidential campaign, including a speech he gave at Saint Anselm College in New Hampshire, the state that hosts America's first primary. On information and belief, it did so based on statements from the Biden Administration about what information to censor. It will continue to do so throughout the presidential campaign, especially as the primary elections get closer.

5.     These actions are unlawful. The U.S. Supreme Court has said that "the right to think is the beginning of freedom" and that "speech must be protected from the government because speech is the beginning of thought." Those principles apply both when the government directly regulates speech and when, as here, it works behind the scenes to censor its critics through otherwise private actors. Plaintiffs bring

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

FIRST AMENDED COMPLAINT                                    CASE NO. 5:23-cv-03880

1  this action to protect those principles and to preserve their ability to communicate with

2  Americans on matters of public concern.

3  ### <u>PARTIES, JURISDICTION AND VENUE</u>

4    6. Mr. Kennedy resides in New York. He owns property in California and

5  has been campaigning for president in California, where he has many supporters.

6    7. Defendant Google LLC is a limited liability company formed under

7  Delaware law that has its corporate headquarters in Mountain View, California.

8    8. Defendant YouTube, LLC, is a limited liability company formed under

9  Delaware law that has its corporate headquarters in San Bruno, California.

10    9. YouTube, LLC, is a wholly owned subsidiary of Google LLC, which

11  Google acquired in 2006. On information and belief, Google LLC has complete

12  ownership and control over YouTube's operations. At minimum, Google LLC acts in

13  concert with YouTube, LLC, in running YouTube's business, particularly as it relates

14  to the unlawful actions alleged in this Complaint. Thus, Google LLC and YouTube,

15  LLC, are proper defendants in this case and are referred to interchangeably as

16  "Google" and "YouTube."

17    10. The Court has jurisdiction over this case under 42 U.S.C. § 1983 and 28

18  U.S.C. § 1331, given the federal questions it raises. It has supplemental jurisdiction

19  under 23 U.S.C. § 1367 over the state law claim. Venue is proper under 28 U.S.C. §

20  1391(b)(1).

21  ### <u>FACTUAL ALLEGATIONS</u>

22    11. YouTube was started in 2005 by former PayPal executives who thought

23  people would enjoy having a place to share their own videos. It was an instant

24  success, so successful, in fact, that Google abandoned its own nascent video service

25  and instead purchased YouTube for $1.65 billion less than a year after it launched.

26  Since then, YouTube has become one of the most visited websites in the world and

27  YouTube is one of the world's most valuable media companies, with annual revenue

28

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

that dwarfs the money earned by television networks.

12.    This success has made YouTube a popular place to generate and view new content, particularly content related to public affairs. For example, in March 2016, YouTube announced that, between April 2015 and March 2016, viewers had consumed roughly 110 million hours of election-related content on YouTube, much of which was viewed on mobile devices. Kate Stanford, the director of YouTube's advertiser marketing at the time, made much of that, saying: "Voter decisions used to be made in living rooms, in front of televisions. Today, they're increasingly made in micro-moments, on mobile devices."

13.    Political candidates seized on this development, spending millions of dollars in advertising and original content on YouTube during the 2016 presidential election. That continued in 2020 and it will only increase during the 2024 campaign, especially as more political commentators (Meghyn Kelly and Tucker Carlson, for example) leave network and cable television to broadcast directly to Americans through the Internet and social media platforms.

14.    Thus, YouTube has become an important platform for political discourse in America, a digital town square that voters trust as a place to get news and opinions about the issues of the day, a place where people can communicate about matters of public concern.

15.    Mr. Kennedy is a lawyer, a son of former Attorney General Robert F. Kennedy and a nephew of former President John F. Kennedy.

16.    Mr. Kennedy is seeking the Democratic Party's nomination for president. He has filed the necessary paperwork with the Federal Election Commission and is taking steps to qualify for the ballot in the early primary states, including New Hampshire. He declared his candidacy on April 19, 2023.

17.    Before announcing his campaign, Mr. Kennedy took a strong stance against the Democratic National Committee's effort to strip New Hampshire of its

FIRST AMENDED COMPLAINT                                            CASE NO. 5:23-cv-03880

"First in the Nation" primary. He accepted an invitation to speak about that and other issues at Saint Anselm College in March. His speech, which was viewed as a political speech and attended by several prominent New Hampshire Democrats including the chairman of New Hampshire's Democratic Party, lasted nearly two hours. It centered on Mr. Kennedy's concerns about the corrupt merger of corporate and state power, an issue he has fought about for years and which, in recent years, caused him to question the increasing numbers of vaccines American children must take.

18.     Mr. Kennedy's criticism and questioning of the pharmaceutical industry over vaccines has been deemed controversial by some people, including government officials whose funding depends on the pharmaceutical industry. But he spoke intelligently about his views for years, free of censorship, and with people like the former Comedy Central host Jon Stewart who disagree with him, reflecting the principle, fundamental to American democracy, that more speech is better than less speech, especially when it comes to political speech.

19.     That fundamental principle is under attack. It seems to have started after Big Tech companies like Google, Facebook and Twitter blamed themselves for the election of Donald Trump as president in 2016. Moreover, in 2018, Congress passed, and the president signed into law, the Cybersecurity and Infrastructure Security Agency Act of 2018. This law created a new agency, the Cybersecurity and Infrastructure Security Agency ("CISA"), within the Department of Homeland Security to protect America from cyber threats. According to CISA, its mission "requires effective coordination and collaboration among a broad spectrum of government and private sector organizations." These organizations include YouTube and CISA's mission apparently includes removing speech about issues of public concern that the federal government deems dangerous.

20.     The coordination and collaboration between YouTube and the federal government included developing misinformation policies like the one YouTube has

FIRST AMENDED COMPLAINT                                                CASE NO. 5:23-cv-03880

used, and will continue to use, to censor statements that Mr. Kennedy makes in the 2024 presidential campaign. For example, YouTube removed video of Mr. Kennedy's March 2023 speech at Saint Anselm's New Hampshire Institute of Politics that had been posted on the platform by Manchester Public Television. The station's director said: "YouTube will not allow us to post the video because of controversial vaccination content. MPTS has recorded more than 100 wonderful NHIOP events, and I cannot recall this happening before."

21.     YouTube doubled down on the decision, saying that it "removed the [Kennedy speech] for violating our policies on COVID-19 vaccine misinformation …. While we do allow content with educational, documentary, scientific or artistic context, such as news reports, the content we removed from this channel was raw footage and did not provide sufficient context." A true and correct copy of YouTube's original "COVID-19 medical misinformation" policy is attached as **Exhibit "A."** A true and correct copy of its original "vaccine misinformation" policy is attached as **Exhibit "B."**

22.     Since this case was filed, Google merged those two policies into a single medical misinformation policy. A true and correct copy of it is attached as **Exhibit "C."**

23.     Of course, only a portion of Mr. Kennedy's Manchester speech dealt with his views about vaccines or COVID-19. Much of the speech focused on the DNC's attempt to strip New Hampshire of its slot in the primary calendar, as well as Kennedy's history of environmental activism, including his successful efforts to clean up the Hudson River. YouTube removed everything.

24.     This was not an isolated incident. Since Mr. Kennedy declared his candidacy, YouTube has removed other videos of him speaking, including interviews he did with Jordan Peterson, Joe Rogan and a former New York Post political reporter. Again, although YouTube cited its medical misinformation policies to justify

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

these decisions, it has removed the entire video of Mr. Kennedy speaking.

25.    This trend will continue throughout the 2024 campaign. Unlike other tech companies—notably Facebook and Instagram (both owned by Facebook parent Meta) and Twitter (now owned by Elon Musk)—YouTube has not treated Mr. Kennedy differently now that he is a political candidate. If anything, Mr. Kennedy's candidacy, and the issues of public concern he speaks about, have made him an even bigger target for the public/private censorship regime that Google and YouTube are an integral part of.

26.    This censorship campaign prevents Mr. Kennedy's message from reaching millions of voters. It forces him and his campaign to engage in self-censorship. (Mr. Kennedy told NPR last year that the censorship had become so bad that he could only post things like unicorns and kitten photos on the sites.) And it makes it harder for third parties who support his campaign from amplifying his message.

27.    The decisions to censor Mr. Kennedy on these matters of public concern were not made by Google/YouTube, acting of its own accord, but as part of the partnership between Google/YouTube and federal government officials, including the Biden White House, to censor dissenting views that started during the COVID-19 pandemic. As documents discovered by two state attorneys general show, federal officials, including White House officials Rob Flaherty and Clarke Humphrey, were the ones who directed tech companies to remove statements Mr. Kennedy made about the government's COVID policies. For example, a true and correct copy of an email showing Ms. Humphrey's demand that one tech company, Twitter, remove one of Mr. Kennedy's posts on January 22, 2021, is attached as **Exhibit "D."**

28.    Although this email targeted Twitter, White House and other government officials repeatedly worked with the big tech companies, including YouTube, to censor Mr. Kennedy during 2021 and 2022. The partnership between the executive

JW HOWARD/ ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, California 92101

branch and Google appears to have started during the spring of 2021, following the Biden Administration's successful efforts to encourage and coerce Facebook and Twitter to censor more speech about health issues that they did not want Americans to hear. To that end, in April 2021, a White House staffer named Rob Flaherty reached out to Google executives, telling them that "we" (that is, President Biden and his White House staff) "remain concerned that YouTube is 'funneling' people into hesitance and intensifying people's hesitancy [to take the COVID-19 shots]." Flaherty said that concern was "shared at the highest (and I mean highest) levels of the White House." Flaherty told the Google executives that there was "more work to be done here." He asked them to explain "what your road map to empowerment is." And he said the White House was "excited to continuing [*sic.*] partnering with you on this work … but we want to make sure that the work extends to the broader problem. Needless to say, in a couple of weeks when we're having trouble getting people to get vaccinated, we're going to be in the barrel together." A copy of Flaherty's email to the Google executives, dated April 22, 2021, is attached as **Exhibit "E."**

29.     As of April 22, 2021, Google did not have a vaccine misinformation policy for YouTube. It had no intention of developing one, either. Rather, Google began developing the vaccine misinformation policy—the only policy it has used to censor Mr. Kennedy—in response to the White House's demands for it, as shown through Flaherty's meetings and communications with Google executives.

30.     Google embraced its role. As shown in **Exhibits "F"** through **"H,"** between May 2021 and September 2021, Google executives met numerous times with government officials from the Centers for Disease Control and the Office of the Surgeon General to discuss the executive branch's demand for more vaccine-related censorship.

31.     But the executive branch was getting impatient. After all, President Biden had campaigned on a promise to eliminate COVID-19. By July 2021, a new variant

was spreading. The president needed somebody to blame. Thus, on July 16, 2021, President Biden said: "Look, the only pandemic we have is among the unvaccinated." Soon government officials were referring to COVID-19 as a "pandemic of the unvaccinated." In the same July 16 speech, Biden said technology companies like Google were "killing people" by not removing vaccine-critical speech from their platforms. Around the same time, the Surgeon General issued an advisory calling on tech companies to aggressively remove criticism of the government's pro-vaccine message from their platforms.

32.     Importantly, when making these comments, the president targeted not just the tech companies but a group of commentators—called the "disinformation dozen"—that an activist group has targeted for censorship. Biden explained: "Facebook isn't killing people – these 12 people are out there giving misinformation. Anyone listening to it is getting hurt by it. It's killing people. It's bad information."

33.     Mr. Kennedy is one of the most prominent members of the alleged "disinformation dozen."

34.     These comments, delivered by the Commander in Chief, revealed a plan to punish tech companies like Google if they did not go along with the Biden Administration's censorship goals. They were corroborated by other threatening statements made by executive branch officials about the tech companies' responsibility to censor dissenting public health viewpoints, and the consequences if they did not do so—namely that the White House would push to eliminate the companies' section 230 immunity and bring more enforcement actions against them. Indeed, within days of President Biden's July 16 "misinformation" speech, CNN reported that "[t]he White House is reviewing whether social media platforms should be held legally accountable for publishing misinformation via Section 230, a law that protects companies' ability to moderate content …." A true and correct copy of that article is attached as **Exhibit "I."**

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

FIRST AMENDED COMPLAINT                                    CASE NO. 5:23-cv-03880

35.   The tech companies, especially Google, got the message. As demonstrated in Exhibit H, Google executives met with officials from the Surgeon General's office at least twice during the two weeks after President Biden's speech. They also met on September 14, 2021, to discuss "a new policy that [Google was] working on as well as [to] provide an update on our overall efforts to combat harmful COVID-19 misinformation on [YouTube]." That "new policy" was the vaccine misinformation policy that Google has repeatedly used to censor Mr. Kennedy's speech about public health matters, and which it announced on or around September 29, 2021. **(Exhibit "J").**

36.   YouTube played an especially important role in this censorship project. Whether it is through advertising, interviews, or raw footage, YouTube provides people—especially political candidates—with unfettered access to the American public. YouTube is not simply a tool of communication, like a telephone or a social media app. It is not a publisher like *The New York Times* or *The Wall Street Journal.* It is a place for people to view, to listen, and to learn about whatever they want. For the most part, they can do that without registering and without paying anything.[1] They can simply log onto the platform and watch. Thus, YouTube is the digital equivalent of the town square. It is a platform for speech and the second largest search engine on the Internet.

37.   YouTube may own its website. In that sense, youtube.com is private property. But, by allowing the public to post videos there, YouTube turned youtube.com into a public forum. Whether it is a traditional public forum, a limited public forum or something else does not matter. It cannot exclude people from the platform based on their viewpoint. It cannot decide which speech people hear. It cannot do that itself and it especially cannot do that, as it has with Plaintiffs, based on

---

[1] There are also private areas of YouTube, but the speech Google censored that is at issue in this case was available to anybody.

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

a public/private partnership in which YouTube relies on the government to decide what information to censor.

38.    Moreover, although YouTube cites its interest in promoting quality public health information, that is a public function, something the government does. Indeed, in *Lee v. Katz*, 276 F.3d 550, 557 (9th Cir. 2002), the Ninth Circuit found that "in regulating speech within" a public space, a private party "performs an exclusively and traditionally public function within a public forum." So here.

39.    The Fifth Circuit Court of Appeals considered the same issues in its most recent censorship decision. It focused on "coercion and significant encouragement—two distinct means of satisfying the close nexus test." *State v. Biden*, -- F.4th --, 2023 WL 5821788, at *13 (5th Cir. Sept. 8, 2023) (per curiam) ("*Biden*"). As to the latter, it found "that the clear throughline for encouragement in our caselaw is that there must be some exercise of *active* (not passive), *meaningful* (impactful enough to render them responsible) *control* on the part of the government over the private party's challenged decision." *Id.* at *14 (original emphasis). That can be demonstrated either by "entanglement in a party's independent decision-making" or by "direct involvement in carrying out the decision itself …." *Id.*

40.    The Fifth Circuit concluded in *Biden* that the executive branch officials' actions satisfied both the coercion and significant encouragement tests. *See id.* at *19-24. As to encouragement, it noted that, especially during 2021 "the officials entangled themselves in the platforms' decision-making processes, namely their moderation policies." *Id.* at *23. They "had consistent and consequential interaction with the platforms and constantly monitored their moderation activities." *Id.* They did so not informally or indirectly but by "repeatedly communicat[ing] their concerns, thoughts, and desires to the platforms." *Id.* Critically, the court noted that "[t]he platforms responded with cooperation—they invited the officials to meetings, roundups, and policy discussions. And, more importantly, they complied with the officials' requests,

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

FIRST AMENDED COMPLAINT                                    CASE NO. 5:23-cv-03880

1   including making changes to their policies." *Id.*[2]

2   41.   These were not isolated actions. As the Fifth Circuit explained: "By

3   pushing changes to the platforms' policies through their expansive relationship with

4   and informal oversight over the platforms, the officials imparted a lasting influence on

5   the platforms' moderation decisions without the need for any further input. In doing

6   so, the officials ensured that any moderation decisions were not made in accordance

7   with independent judgments guided by independent standards. Instead, they were

8   encouraged by the officials' imposed standards." *Id.* at *24 (cleaned up).

9   42.   So here. Google created YouTube's vaccine misinformation policy in

10  response to the government's demand for it. It communicated with executive branch

11  officials about the policy. It sought to please the government officials, including the

12  Surgeon General and President Biden, by crafting a policy that relies entirely on the

13  opinions of government officials to determine what speech about vaccines and other

14  public health matters gets removed from YouTube. As a result, the government's

15  actions have had a lasting influence on the content moderation policies that Google

16  uses to censor speech on YouTube.

17  43.   In fact, the new medical misinformation policy that Google unveiled last

18  month shows the depth of that lasting influence. It is no longer limited to the COVID-

19  19 emergency, which has ended, but allows Google to censor viewpoints about a host

20  of topics that the government does not want people to question, including politically

21  sensitive topics like abortion.

22  44.   This censorship regime is unprecedented in scope. But the desire to

23  censor is not new. Martin Luther King, Jr., recognized that. Before he was killed, Dr.

24  King spoke eloquently about the freedom of speech, saying: "All we say to America is

25

26  [2] The Fifth Circuit referred to the technology companies collectively as "the

27  platforms" but the record shows that they included Google/YouTube as well as
    Facebook/Instagram and Twitter.

28

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

12

to be true to what you said on paper. If I lived in China or even Russia, or any totalitarian country, maybe I could understand some of these illegal injunctions. Maybe I could understand the denial of certain basic First Amendment privileges, because they haven't committed themselves to that over there. But somewhere I read of the freedom of assembly. Somewhere I read of the freedom of speech. Somewhere I read of the freedom of press. Somewhere I read that the greatness of America is the right to protest for right. And so just as I say we aren't going to let any dogs or water hoses turn us around, we aren't going to let any injunction turn us around."

45. That is why tools like the state action doctrine matter. And that is why the Ninth Circuit has historically construed the state action doctrine liberally, echoing Justice William Brennan's view that, "[i]f the Fourteenth Amendment is to have its intended effect as a restraint on the abuse of state power, courts must be sensitive to the manner in which state power is exercised. In an era of active government intervention to remedy social ills, the true character of the State's involvement in, and coercive influence over, the activities of private parties, often through complex and opaque regulatory frameworks, may not always be apparent. But if the task that the Fourteenth Amendment assigns to the courts is thus rendered more burdensome, the courts' obligation to perform that task faithfully, and consistently with the constitutional purpose, is rendered more, not less, important."

46. Those words echo today. This will be the last presidential election before America's 250th birthday. Much has changed since 1776. The country's demand for freedom of speech—especially political speech—should not be one of them.

47. Like Justice Brennan and Dr. King, Mr. Kennedy simply asks that this Court be true to those principles, that it elevate status over form and recognize this situation for what it really is: the largest state-sponsored censorship of dissent in American history—something that should not and cannot stand, especially in the political process.

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

FIRST AMENDED COMPLAINT                                    CASE NO. 5:23-cv-03880

1

2

3

4

5

6

7

8

9

10

11

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FIRST CLAIM FOR RELIEF**

**(Declaratory/Injunctive Relief under First Amendment/State Action Doctrine)**

48.    Mr. Kennedy incorporates paragraphs 1 through 47 of this Complaint as though set forth fully herein.

49.    When Mr. Kennedy speaks about the federal government's COVID-19 policies, as he has in the Manchester speech and in interviews on the campaign trail, he is speaking about matters of public concern that are protected by the First Amendment.

50.    Although YouTube is a private (non-governmental) party, it violated Mr. Kennedy's First Amendment rights when it removed videos of his political speech, as alleged above, in several ways.

51.    *First*, there is a sufficiently close nexus between YouTube and the federal government such that YouTube's actions may be fairly treated as that of government itself. For example, although it cited its own COVID vaccine misinformation policies when censoring Mr. Kennedy, the policies rely entirely on government officials to decide what information gets censored. They say that YouTube does not allow people to say anything "that contradicts local health authorities' (LHA) or the World Health Organization's (WHO) medical information about COVID-19." These policies are subject to change, but only "in response to changes to global or local health authorities' guidance on the virus." In other words, the government provides the rules that guide YouTube's enforcement of the medical misinformation policy.

52.    *Second*, YouTube's medical misinformation policies were developed as part of a joint enterprise between YouTube and federal government officials to prevent Americans from hearing people like Mr. Kennedy who disagreed with the government's policy decisions. YouTube had no obligation to act as the government's censor. But, after the creation of CISA and especially after President Biden took office, YouTube decided to cooperate with the federal government to censor

14

dissenting voices about COVID-19. In this way, the federal government insinuated itself into such a position of interdependence with YouTube that they can be deemed joint participants in the censorship regime. This partnership consisted of a complex and deeply intertwined process between the federal government and YouTube—but led by the government, which plays an outsized role in the decision—about what information is "dangerous" and which speakers (especially Mr. Kennedy) need to be silenced. Indeed, Google did not develop the vaccine misinformation policy that it has used to censor Mr. Kennedy's speech until government officials began demanding it in 2021. Moreover, Google/YouTube executives met with government officials to ensure that YouTube's vaccine misinformation policy aligned with the executive branch's censorship goals. That is why the policy depends entirely on government sources to determine what speech gets removed from YouTube. It does not reflect Google's independent thinking but the government's thinking, and the government's thinking alone.

53.     Again, these are not conclusory allegations but facts that have been revealed in other litigation against Big Tech platforms, including emails from the spring of 2021 in which Biden White House officials discussed alleged vaccine misinformation and "ways the White House (and our COVID experts) can partner [with the tech companies] in product work." A true and correct copy of one such email, dated April 16, 2021, and sent by White House staffer Flaherty to Twitter executives, is attached as **Exhibit "K."** As alleged above, within days of sending that email, Flaherty was also meeting with Google/YouTube executives to encourage/coerce their vaccine content moderation policies.

54.     That encouragement and coercion has not abated. In fact, emails from the Missouri v. Biden case show that, even in June 2022, Google executives were contacting CDC (and likely other executive branch) officials, asking them to tell them whether certain viewpoints should be censored on YouTube. A true and correct copy

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

of one such email is attached as **Exhibit "L."**

55.     When engaging in this censorship project, Google did not act in good faith, to promote its own business, but to fulfill the government's objective of preventing people from hearing certain information. It will continue to do that.

56.     Indeed, the Fifth Circuit Court of Appeals has already found that the actions that executive branch officials took with respect to tech platforms like Google/YouTube satisfy both the coercion and significant encouragement state action tests because the officials entangled themselves in the platforms' content moderation policies in a threatening matter that went far beyond mere advocacy (or, in state action lingo, attempts to convince).[3]

57.     *Third*, the federal government has ensured that YouTube cooperate in its censorship campaign by publicly demanding that it do so, by accusing it of killing people when it does not cooperate, and by threatening to take away certain legal protections that YouTube has under federal law (namely immunity under section 230 of the Communications Decency Act). Indeed, YouTube bases its right to censor people on section 230. Thus, a federal law—section 230—is the very source of authority through which tech censorship occurs, a situation in which the Supreme Court has found state action to exist.

58.     *Fourth,* as the Ninth Circuit found in *Lee*, when YouTube seeks to regulate speech on matters of public concern in a public space, and based on guidance from public health officials, it performs a traditionally public function.

59.     Through this public and private pressure, the federal government has offered such significant encouragement, both overt and covert, that YouTube's decision to censor Mr. Kennedy's political speech must be deemed to have been made

---

[3] The evidence of coercion gathered in *Biden* focused on Facebook and Twitter, but both the district court and the Fifth Circuit seemed to believe that the executive branch officials treated the large tech platforms the same. Thus, similar evidence of coercion will likely be found in this case once discovery starts.

FIRST AMENDED COMPLAINT                                          CASE NO. 5:23-cv-03880

by the government itself, including Kennedy's political opponent, President Biden. Under these circumstances, YouTube is a state actor and it violated Mr. Kennedy's First Amendment rights by engaging in viewpoint discrimination, as alleged above.

60.     In addition, at least with respect to the fully public aspects of its platform, YouTube operates as a public forum, the digital equivalent of a town square. As such, it cannot remove protected speech, especially political speech, based on its viewpoint. Furthermore, any viewpoint-neutral rules must be narrowly tailored to leave open ample alternative channels for communication. YouTube admittedly does not comply with these rules.

61.     YouTube's medical misinformation policy also violates the First Amendment on its face because it is overbroad and vague. The policy gives YouTube and its government partners unfettered discretion to decide what information to censor, including when they say the speech lacks "context." Furthermore, the policy, as amended, prohibits speech about dozens of topics, including cancer and abortion, while also noting that it "isn't a complete list." Thus, the policy violates both the overbreadth and void-for-vagueness doctrines.

62.     Unlike other technology companies, YouTube has refused to remove its medical misinformation policy and has refused to stop censoring Mr. Kennedy during his political campaign. Thus, there is a substantial likelihood that it will continue censoring Mr. Kennedy, preventing his political message from reaching millions of American voters.

63.     Mr. Kennedy will be irreparably harmed if the Court does not grant injunctive relief prohibiting YouTube from censoring him during his political campaign. He brings this action to seek such relief and to prohibit YouTube from enforcing its unconstitutional medical misinformation policy against him while he is seeking political office.

64.     Mr. Kennedy contends that YouTube's medical misinformation policy, as

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

amended, is unconstitutional on its face and as applied to his speech (whether posted by him or by third parties who support him) because the policy is impermissibly vague and overbroad because it gives unnamed government officials, who the policies depend entirely on, the unfettered discretion to decide what information gets removed from YouTube. Furthermore, the policy, as amended, prohibits speech about dozens of topics, including cancer and abortion, while also noting that it "isn't a complete list." Thus, the policy does not give people fair notice of what information may, or may not be, censored.

65.     On information and belief, Defendants contend that YouTube's medical misinformation policy is constitutional on its face and as applied to Mr. Kennedy's speech, whether it is posted by him or by third parties who support him.

66.     Mr. Kennedy desires a judicial declaration that YouTube's medical misinformation policy is unconstitutional on its face and as applied to his speech for the reasons alleged above.

67.     Under 28 U.S.C. § 2201, a judicial determination of these issues is necessary and appropriate because such a declaration will clarify the parties' rights and obligations, permit them to have certainty regarding those rights and potential liability, and avoid a multiplicity of actions.

## SECOND CLAIM FOR RELIEF

### (Declaratory Relief under Article I, sec. 2 of Cal. Constitution/*Pruneyard*)

68.     Mr. Kennedy incorporates paragraphs 1 through 47 of this complaint as though set forth fully herein.

69.     Article I, section 2 of the California Constitution reads: "Every person may freely speak, write and publish his or her sentiments on all subjects, being responsible for the abuse of this right. A law may not restrain or abridge liberty of speech or press." In *Robins v. Pruneyard Shopping Center*, 23 Cal.3d 899, 908 (1979), the California Supreme Court interpreted that language to be broader than the First

Amendment and it held that the "liberty of speech" in California includes using private property to communicate that speech when the owner has opened the property up to such communication.

70.     Defendants are headquartered in California. They adopted their misinformation policy in California. To the the extent youtube.com is considered private property, the property is located in California and is open to all Californians (indeed all people, period) to engage in speech, including Kennedy's California based supporters. Thus, youtube.com is equivalent to the large shopping centers that are subject to the broader speech protections afforded by Article I, section 2 of the California Constitution, and the California Supreme Court's decision in *Pruneyard* (as well as its progeny).

71.     Mr. Kennedy contends that YouTube's medical misinformation policy violates Article I, section 2 of the California Constitution, as interpreted by the California Supreme Court in *Pruneyard* and its progeny, because it engages in blatant viewpoint discrimination without any showing that hosting Kennedy's speech will disrupt YouTube's normal business operations. And, since the medical misinformation policy discriminates on the basis of viewpoint, it is not the type of reasonable time, place and manner restriction that California courts have upheld under *Pruneyard*.

72.     On information and belief, Defendants contend that YouTube's medical misinformation policy does not violate Article I, section 2 of the California Constitution, or that the constitutional provision does not apply to websites.

73.     Mr. Kennedy desires a judicial declaration that YouTube's medical misinformation policy violates Article I, section 2 of the California Constitution.

74.     Under section 1060 of the California Code of Civil Procedure, a judicial determination of these issues is necessary and appropriate because such a declaration will clarify the parties' rights and obligations, permit them to have certainty regarding

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

those rights and potential liability, and avoid a multiplicity of actions.

### **PRAYER FOR RELIEF**

Wherefore, Mr. Kennedy prays for relief as follows.

1. For an order declaring that Defendants violated Mr. Kennedy's rights under the First Amendment when they used information from, and partnered with, federal government officials, including those who work for Mr. Kennedy's political opponent, to censor his political speech.

2. For an order requiring that YouTube restore any videos of Mr. Kennedy's political speech that it has removed during the 2024 presidential campaign.

3. For an order declaring YouTube's medical misinformation policy unconstitutional on its face, and as applied to Mr. Kennedy during his presidential campaign, and for an injunction prohibiting Defendants from further enforcing it.

4. For an order declaring YouTube's medical misinformation policy to be unconstitutional under article I, section 2 of the California Constitution and *Pruneyard* and its progeny.

4. For costs and legal fees under 42 U.S.C. § 1988.

5. For such other relief as the Court deems proper.


DATED:  September 12, 2023          JW HOWARD/ATTORNEYS, LTD.




                                    By:  /s/ Scott J. Street
                                         John W. Howard
                                         Scott J. Street
                                         Andrew G. Nagurney
                                         Attorneys for Plaintiff
                                         ROBERT F. KENNEDY, JR.

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

1

## **JURY TRIAL DEMAND**

2

Mr. Kennedy requests a trial by jury on all claims for which it is available.

3

4

DATED:  September 12, 2023          JW HOWARD/ATTORNEYS, LTD.

5

6

7

By:      /s/ Scott J. Street

8

John W. Howard

9

Scott J. Street

Andrew G. Nagurney

10

Attorneys for Plaintiff,

ROBERT F. KENNEDY, JR.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

FIRST AMENDED COMPLAINT                                      CASE NO. 5:23-cv-03880

# EXHIBIT A

# COVID-19 medical misinformation policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. **Take the time to carefully read the policy below**. You can also check out this page for a full list of our guidelines.

YouTube doesn't allow content about COVID-19 that poses a serious risk of egregious harm.

YouTube doesn't allow content that spreads medical misinformation that contradicts local health authorities' (LHA) or the World Health Organization's (WHO) medical information about COVID-19. This is limited to content that contradicts WHO or local health authorities' guidance on:

- Treatment
- Prevention
- Diagnosis
- Transmission
- The existence of COVID-19

**Note**: YouTube's policies on COVID-19 are subject to change in response to changes to global or local health authorities' guidance on the virus. There may be a delay between new LHA/WHO guidance and policy updates given the frequency with which this guidance changes, and our policies may not cover all LHA/WHO guidance related to COVID-19.

Our COVID-19 policies were first published on May 20, 2020.

## What this policy means for you

### If you're posting content

Don't post content on YouTube if it includes any of the following:

**Treatment misinformation**:

- Content that encourages the use of home remedies, prayer, or rituals in place of medical treatment such as consulting a doctor or going to the hospital
- Content that claims that there's a guaranteed cure for COVID-19
- Content that recommends use of Ivermectin or Hydroxychloroquine for the treatment of COVID-19
- Claims that Hydroxychloroquine is an effective treatment for COVID-19
- Categorical claims that Ivermectin is an effective treatment for COVID-19
- Claims that Ivermectin and Hydroxychloroquine are safe to use in the prevention of COVID-19
- Other content that discourages people from consulting a medical professional or seeking medical advice

**Prevention misinformation**: Content that promotes prevention methods that contradict local health authorities or WHO.

- Claims that there is a guaranteed prevention method for COVID-19
  - Claims that any medication or vaccination is a guaranteed prevention method for COVID-19
- Content that recommends use of Ivermectin or Hydroxychloroquine for the prevention of COVID-19
- Claims that Ivermectin and Hydroxychloroquine are safe to use in the prevention of COVID-19
- Claims about COVID-19 vaccinations that contradict expert consensus from local health authorities or WHO

- Claims that an approved COVID-19 vaccine will cause death, infertility, miscarriage, autism, or contraction of other infectious diseases
- Claims that an approved COVID-19 vaccine will contain substances that are not on the vaccine ingredient list, such as biological matter from fetuses (e.g. fetal tissue, fetal cell lines) or animal products
- Claims that an approved COVID-19 vaccine will contain substances or devices meant to track or identify those who've received it
- Claims that COVID-19 vaccines will make people who receive them magnetic
- Claims that an approved COVID-19 vaccine will alter a person's genetic makeup
- Claims that COVID-19 vaccines do not reduce risk of serious illness or death
- Claims that any vaccine causes contraction of COVID-19
- Claims that a specific population will be required (by any entity except for a government) to take part in vaccine trials or receive the vaccine first
- Content that promotes the use of unapproved or homemade COVID-19 vaccines
- Instructions to counterfeit vaccine certificates, or offers of sale for such documents

**Diagnostic misinformation**: Content that promotes diagnostic information that contradicts local health authorities or WHO.

- Claims that approved COVID-19 tests are dangerous or cause negative physical health effects
- Claims that approved COVID-19 tests cannot diagnose COVID-19

**Transmission misinformation**: Content that promotes transmission information that contradicts local health authorities or WHO.

- Content that claims that COVID-19 is not caused by a viral infection
- Content that claims COVID-19 is not contagious
- Content that claims that COVID-19 cannot spread in certain climates or geographies
- Content that claims that any group or individual has immunity to the virus or cannot transmit the virus

**Content that denies the existence of COVID-19:**

- Denial that COVID-19 exists
- Claims that people have not died or gotten sick from COVID-19
- Claims that the death rate of COVID-19 is equal to or less than that of the common cold or seasonal flu
- Claims that COVID-19 is equal to or less transmissible than the common cold or seasonal flu
- Claims that the symptoms of COVID-19 are never severe

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Keep in mind that this isn't a complete list. Please note these policies also apply to [external links](#) in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

## Examples

Here are some examples of content that's not allowed on YouTube:

- Denial that COVID-19 exists
- Claims that people have not died from COVID-19
- Claims that any vaccine is a guaranteed prevention method for COVID-19
- Claims that a specific treatment or medicine is a guaranteed cure for COVID-19
- Claims that hydroxychloroquine saves people from COVID-19
- Promotion of MMS (Miracle Mineral Solution) for the treatment of COVID-19

- Claims that certain people have immunity to COVID-19 due to their race or nationality
- Encouraging taking home remedies instead of getting medical treatment when sick
- Discouraging people from consulting a medical professional if they're sick
- Content that claims that holding your breath can be used as a diagnostic test for COVID-19
- Videos alleging that if you avoid Asian food, you won't get the coronavirus
- Videos alleging that setting off fireworks can clean the air of the virus and will prevent the spread of the virus
- Claims that COVID-19 is caused by radiation from 5G networks
- Videos alleging that the COVID-19 test is the cause of the virus
- Claims that countries with hot climates will not experience the spread of the virus
- Claims that COVID-19 vaccines kill people who receive them
- Claims that COVID-19 vaccines are a means of population reduction
- Videos claiming that COVID-19 vaccines contain fetal tissue
- Claims that the flu vaccine causes contraction of COVID-19
- Claims that the flu is more contagious than COVID-19
- Claims that COVID-19 vaccines cause contraction of other infectious diseases or makes people more vulnerable to contraction of other infectious diseases
- Claims that COVID-19 vaccines contain a microchip or tracking device
- Claims that achieving herd immunity through natural infection is safer than vaccinating the population
- Claims that COVID-19 never causes serious symptoms or hospitalization
- Claims that the death rate from the seasonal flu is higher than the death rate of COVID-19
- Claims that people are immune to the virus based on their race
- Claims that children cannot or do not contract COVID-19
- Claims that there have not been cases or deaths in countries where cases or deaths have been confirmed by local health authorities or the WHO

## Educational, documentary, scientific or artistic content

We may allow content that violates the misinformation policies noted on this page if that content includes additional context in the video, audio, title, or description. This is not a pass to promote misinformation. Additional context may include countervailing views from local health authorities or medical experts. We may also make exceptions if the purpose of the content is to condemn, dispute, or satirize misinformation that violates our policies. We may also make exceptions for content showing an open public forum, like a protest or public hearing, provided the content does not aim to promote misinformation that violates our policies.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If we can't verify that a link you post is safe, we may remove the link.

If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

Need more help?
Try these next steps:

**Post to the help community**
Get answers from community members

**EXHIBIT B**

# Vaccine misinformation policy



YouTube doesn't allow content that poses a serious risk of egregious harm by spreading medical misinformation about currently administered vaccines that are approved and confirmed to be safe and effective by local health authorities and by the World Health Organization (WHO). This is limited to content that contradicts local health authorities' or the WHO's guidance on vaccine safety, efficacy, and ingredients.

## What this policy means for you

### If you're posting content

Don't post content on YouTube if it includes harmful misinformation about currently approved and administered vaccines on any of the following:

- **Vaccine safety:** content alleging that vaccines cause chronic side effects, outside of rare side effects that are recognized by health authorities

- **Efficacy of vaccines:** content claiming that vaccines do not reduce transmission or contraction of disease

- **Ingredients in vaccines:** content misrepresenting the substances contained in vaccines

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Keep in mind that this isn't a complete list. Please note these policies also apply to external links in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

## Examples

Here are some examples of content that's not allowed on YouTube:

- Claims that vaccines cause chronic side effects such as:
  - Cancer
  - Diabetes
  - Other chronic side effects
- Claims that vaccines do not reduce risk of contracting illness
- Claims that vaccines contain substances that are not on the vaccine ingredient list, such as biological matter from fetuses (e.g. fetal tissue, fetal cell lines) or animal byproducts
- Claims that vaccines contain substances or devices meant to track or identify those who've received them
- Claims that vaccines alter a person's genetic makeup
- Claims that the MMR vaccine causes autism
- Claims that vaccines are part of a depopulation agenda

Case 3:23-cv-03880-TLT   Document 42   Filed 09/12/23   Page 29 of 67

- Claims that the flu vaccine causes chronic side effects such as infertility
- Claims that the HPV vaccine causes chronic side effects such as paralysis

## Educational, scientific, artistic, or testimonial content

YouTube may allow content that violates the misinformation policies noted on this page if that content includes additional context in the video, audio, title, or description. This is not a pass to promote misinformation. Additional context may include countervailing views from local health authorities or medical experts. We may also make exceptions if the purpose of the content is to condemn, dispute, or satirize misinformation that violates our policies. We may also make exceptions for content showing an open public forum, like a protest or public hearing, provided the content does not aim to promote misinformation that violates our policies.

YouTube also believes people should be able to share their own experiences, including personal experiences with vaccinations. This means we may make exceptions for content in which creators describe firsthand experiences from themselves or their family. At the same time, we recognize there is a difference between sharing personal experiences and promoting misinformation about vaccines. To address this balance, we will still remove content or channels if they include other policy violations or demonstrate a pattern of promoting vaccine misinformation.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If we can't verify that a link you post is safe, we may remove the link.

If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

## Additional resources

More information on vaccines, including their safety and efficacy, can be found below.

**Health Authority Vaccine Information:**

- Centers for Disease Control and Prevention (CDC)   (US)
- European Vaccination Information Portal   (EU)
- National Health Service   (UK)
- World Health Organization vaccine safety   (Global)
- World Health Organization vaccine preventable diseases   (Global)

**Additional Vaccine Information:**

- American Academy of Pediatrics   (US)
- GAVI, the Vaccine Alliance   (Global)
- UNICEF   (Global)

Need more help?

Try these next steps:

Post to the help community
Get answers from community members

**EXHIBIT C**

# Medical misinformation policy

YouTube doesn't allow content that poses a serious risk of egregious harm by spreading medical misinformation that contradicts local health authorities' (LHAs) or the World Health Organization's (WHO) guidance about specific health conditions and substances. This policy includes the following categories:

- Prevention misinformation
- Treatment misinformation
- Denial misinformation

**Note:** YouTube's medical misinformation policies are subject to change in response to changes to guidance from health authorities or WHO. There may be a delay between new LHAs/WHO guidance and policy updates, and our policies may not cover all LHA/WHO guidance related to specific health conditions and substances.

## What this policy means for you

**Don't post content on YouTube if it includes any of the following:**

**Prevention misinformation:** We do not allow content that promotes information that contradicts health authority guidance on the prevention or transmission of specific health conditions, or on the safety, efficacy or ingredients of currently approved and administered vaccines.

**Treatment misinformation:** We do not allow content that promotes information that contradicts health authority guidance on treatments for specific health conditions, including promotion of specific harmful substances or practices that have not been approved by local health authorities or the World Health Organization as safe or effective, or that have been confirmed to cause severe harm.

**Denial misinformation:** We do not allow content that denies the existence of specific health conditions.

These policies apply to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Keep in mind that this isn't a complete list. Please note these policies also apply to external links in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

## Examples

Here are some examples of content that's not allowed on YouTube. This isn't a complete list.

**Prevention misinformation**

Harmful substances & practices as prevention methods

- Promotion of the following substances and treatments that present an inherent risk of severe bodily harm or death:
  - Miracle Mineral Solution (MMS)
  - Black Salve
  - Turpentine
  - B17/amygdalin/peach or apricot seeds
  - High-grade hydrogen peroxide
  - Chelation therapy to treat autism
  - Colloidal silver
  - Ozone therapy

• Gasoline, diesel and kerosene
• Content that promotes use of Ivermectin or Hydroxychloroquine for the prevention of COVID-19.

---

## Guaranteed prevention misinformation

• Claims that there is a guaranteed prevention method for COVID-19.
• Claims that any medication or vaccination is a guaranteed prevention method for COVID-19.

---

## Vaccine misinformation

• Claims that contradict health authority and World Health Organization guidance on **safety, efficacy** and **ingredients of currently administered and approved vaccines**.
• **Vaccine safety:** Content alleging that vaccines cause chronic side effects, such as cancer or paralysis, outside of rare side effects that are recognized by health authorities.
  • Examples:
    • Claims that the MMR vaccine causes autism.
    • Claims that any vaccine causes contraction of COVID-19.
    • Claims that vaccines are part of a depopulation agenda.
    • Claims that the flu vaccine causes chronic side effects such as infertility, or causes contraction of COVID-19.
    • Claims that the HPV vaccine causes chronic side effects such as paralysis.
    • Claims that an approved COVID-19 vaccine will cause death, infertility, miscarriage, autism, or contraction of other infectious diseases.
    • Claims that achieving herd immunity through natural infection is safer than vaccinating the population.
    • Content that promotes the use of unapproved or homemade COVID-19 vaccines.
• **Vaccine efficacy:** Content claiming that vaccines do not reduce transmission or contraction of disease.
  • Examples:
    • Claims that vaccines do not reduce risk of contracting illness.
    • Claims that vaccines do not reduce the severity of illness, including hospitalization or death.
    • Claims that any vaccine is a guaranteed prevention method for COVID-19.
• **Ingredients in vaccines:** Content misrepresenting the ingredients contained in vaccines.
  • Examples:
    • Claims that vaccines contain substances that are not on the vaccine ingredient list, such as biological matter from fetuses (e.g. fetal tissue, fetal cell lines) or animal byproducts.
    • Claims that vaccines contain substances or devices meant to track or identify those who've received them.
    • Claims that vaccines alter a person's genetic makeup.
    • Claims that vaccines will make people who receive them magnetic.

**Additional resources**

More information on vaccines, including their safety and efficacy, can be found below.

Health authority vaccine information:

• [Centers for Disease Control and Prevention (CDC)](#) (US)
• [European Vaccination Information Portal](#) (EU)
• [National Health Service](#) (UK)

- [Korea Disease Control and Prevention Agency](#) (Korea)
- [National Health Mission](#) (India)
- [MHLW Immunization Information](#) (Japan)
- [National Vaccination Calendar](#) (Brazil)
- [Universal Vaccination Program](#) (Mexico)
- [World Health Organization vaccine safety](#) (Global)
- [World Health Organization vaccine preventable diseases](#) (Global)

Additional vaccine information:

- [American Academy of Pediatrics](#) (US)
- [GAVI, the Vaccine Alliance](#) (Global)
- [UNICEF](#) (Global)

## Transmission information

- Content that promotes transmission information that contradicts local health authorities or the World Health Organization.
  - Content that claims that COVID-19 is not caused by a viral infection.
  - Claims that COVID-19 is caused by radiation from 5G networks.
  - Content that claims COVID-19 is not contagious.
  - Content that claims that COVID-19 cannot spread in certain climates or geographies.
  - Content that claims that any group or individual has immunity to the virus or cannot transmit the virus.

## Treatment misinformation

### Harmful substances & practices as treatment methods

- Promotion of the following substances and treatments that present an inherent risk of severe bodily harm or death.
  - Miracle Mineral Solution (MMS)
  - Black salve
  - Turpentine
  - B17/amygdalin/peach or apricot seeds
  - High-grade hydrogen peroxide
  - Chelation therapy to treat autism
  - Colloidal silver
  - Ozone therapy
  - Gasoline, diesel and kerosene
- Content that recommends the use of specific methods for the treatment of cancer when those have not been approved by local health authorities or the World Health Organization as safe or effective or have been confirmed to be harmful or ineffective for cancer treatment.
  - Examples:
    - Content that promotes the use of the following methods for the treatment of cancer, outside of clinical trials:
      - Caesium chloride (cesium salts)
      - Hoxsey therapy
      - Coffee enema
      - Gerson therapy

- Content that claims that the following methods are safe or effective for the treatment of cancer, outside of clinical trials:
  - Antineoplaston therapy
  - Quercetin (intravenous injection)
  - Methadone
  - Over-the-counter chelation therapy
- Content that promotes use of Ivermectin or Hydroxychloroquine for the treatment of COVID-19.

## Guaranteed treatment misinformation

- Content that claims that there is a guaranteed cure for cancer outside of approved treatment.
- Content that claims that there is a guaranteed cure for COVID-19.

## Harmful alternative methods & discouragement of professional treatment

- Content that claims that approved treatments for cancer are never effective.
  - Examples:
    - Content that claims that approved treatments for cancer, such as chemotherapy or radiation, are never effective.
    - Content that discourages people from seeking approved treatments for cancer.
- Claims that alternative treatments are safer or more effective than approved treatments for cancer.
  - Content that claims that juicing has better results than chemotherapy in treating cancer.
- Content that recommends alternative treatments in place of approved treatments for cancer.
  - Content that promotes diet and exercise instead of seeking approved treatment for cancer.
- Discouraging people from consulting a medical professional or seeking medical advice if they're sick with COVID-19.
- Content that encourages the use of home remedies, prayer, or rituals in place of medical treatment for COVID-19 such as consulting a doctor or going to the hospital.
- Content that contradicts local health authorities' or the World Health Organization's guidance on the safety of chemical and surgical abortion:
  - Claims that abortion causes breast cancer.
  - Claims that abortion commonly results in or carries a high risk of infertility or future miscarriage.
- Promotion of alternative abortion methods in place of chemical or surgical methods deemed safe by health authorities.
- Promotion of alternative formulas for infants in place of breast milk or commercial formula.

### Denial misinformation

- Content that denies the existence of COVID-19 or that people have died from COVID-19.
  - Examples:
    - Denial that COVID-19 exists
    - Claims that people have not died or gotten sick from COVID-19
    - Claims that there have not been cases or deaths in countries where cases or deaths have been confirmed by local health authorities or the WHO

# Educational, documentary, scientific or artistic content

We may allow content that violates the misinformation policies noted on this page if that content includes additional context in the video, audio, title, or description. This is not a pass to promote misinformation. Additional context may include countervailing views from local health authorities or medical experts. We may also make exceptions if the purpose of the content is to condemn, dispute, or satirize misinformation that violates our policies. We may also make exceptions for content discussing the results of a specific medical study, or showing an open public forum, like a protest or public hearing, provided the content does not aim to promote misinformation that violates our policies.

YouTube also believes people should be able to share their own experiences, including personal experiences with vaccinations, for example. This means we may make exceptions for content in which creators describe firsthand experiences from themselves or their family. At the same time, we recognize there is a difference between sharing personal experiences and promoting misinformation. To address this balance, we will still remove content or channels if they include other policy violations or demonstrate a pattern of promoting medical misinformation.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If we can't verify that a link you post is safe, we may remove the link.

If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

---

Need more help?

Try these next steps:

Post to the help community
Get answers from community members

# EXHIBIT D

| | |
|---|---|
| **From:** | ███████████████@twitter.com] |
| **Sent:** | 1/23/2021 1:08:36 AM |
| **To:** | Humphrey, Clarke EOP/WHO ███████████@who.eop.gov] |
| **CC:** | ███████████████@twitter.com]; Flaherty, Robert EOP/WHO ███████████@who.eop.gov] |
| **Subject:** | [EXTERNAL] Re: Flagging Hank Aaron misinfo |

Thanks. We recently escalated this.

On Fri, Jan 22, 2021 at 8:05 PM Humphrey, Clarke EOP/WHO ███████████@who.eop.gov> wrote:
Hey folks —

Wanted to flag the below tweet and am wondering if we can get moving on the process for having it removed ASAP:

>https://twitter.com/RobertKennedyJr/status/1352748139665645569<

And then if we can keep an eye out for tweets that fall in this same ~genre that would be great.

Thanks!
Clarke
--
--

███████████████

Twitter, Inc. | Public Policy
@TwitterGov & @Policy

# EXHIBIT E

| **From**: | Flaherty, Rob EOP/WHO █████████████████████████████ |
| **Sent**: | 4/22/2021 12:05:16 AM |
| **To**: | ███████████████████@google.com]; █████████@google.com]; █████████@google.com]; ████████@google.com; ████████@google.com; ████████@google.com; ████████@google.com] |
| **CC**: | Slavitt, Andrew M. EOP/WHO ████████████@who.eop.gov]; Humphrey, Clarke EOP/WHO ████████████@who.eop.gov]; Fitzpatrick, Kelsey V. EOP/WHO ████████████@who.eop.gov] |
| **Subject**: | Following Up on Today's Conversation |

All – Thanks again for the conversation today.

We'll look out for the top trends that you've seen in terms of misinformation around the vaccine.

To recap: As we move away from a supply problem toward a demand problem, we remain concerned that Youtube is "funneling" people into hesitance and intensifying people's hesitancy. We certainly recognize that removing content that is unfavorable to the cause of increasing vaccine adoption is not a realistic – or even good – solution. But we want to be sure that you have a handle on vaccine hesitancy generally and are working toward making the problem better. This is a concern that is shared at the highest (and I mean highest) levels of the WH, so we'd like to continue a good-faith dialogue about what is going on under the hood here. I'm the on the hook for reporting out.

Just before we were meeting, this article from Buzzfeed popped, highlighting the Youtube misinformation that is spreading through the Vietnamese community. I think this brings up a question that I had in our first meeting about your capabilities around misinformation in non-english-speaking communities. Clearly, more work to be done here. Would love to get some insights from you on how you are tackling this problem across all languages – how your enforcement has differed in languages and what your road map to improvement is.

A couple of other things it would be good to have from you all:

•       As mentioned up top, the top trends that you're seeing in terms of misinformation/hesitance inducing content (Stanford has mentioned that it's recently Vaccine Passports and J&J pause-related stuff, but I'm not sure if that reflects what you're seeing)

•       A deeper dive on reduction and its effectiveness. It's helpful that you mentioned that watch time is your key metric. I believe you said you reduced watch time by 70% on "borderline" content, which is impressive. Obviously, the term "borderline" is moveable, but taking it for what it is: How does that track with vaccine-related content specifically (removing the "UFO stuff"). What has the comparative reduction in watch time on "borderline" vaccine topics been after your interventions? And what has the increase in watch time been on authoritative information?

•       I appreciated your unequivocal response that you are not recommending anti-vaccine content and you are lifting authoritative information in both search and recommendations to all audiences. Related to the second bullet: to what extent have your ranking interventions been effective there? And, perhaps more critically, to what degree is content from people who have been given a "strike" still being recommended and shown in prominent search positions?

•       I feel like I am not coming away with a very clear picture of how you're measuring the effectiveness of uplifting authoritative information. I obviously buy the theory – but how did you arrive on info-panels as the best intervention? And to what extent are people clicking through after exposure to vaccine-hesitant content? What are you doing mechanically to boost the authoritative information? When you have relevant influencers speak to experts, I imagine (hope?) it's not just putting the content out there and that you're recommending it to people for whom it would be most relevant. How does that work?

•       What are the general vectors by which people see the "borderline" content – or really just vaccine-skeptical content? Is it largely through recommendations? Search?

We are excited to continuing partnering with you on this work as we have via ████████████ but we want to make sure that the work extends to the broader problem. Needless to say, in a couple of weeks when we're having trouble

getting people to get vaccinated, we'll be in the barrel together here. We've worked with a number of platform partners to track down similar information based on internal data, including partners of similar scale. I am feeling a bit like I don't have a full sense of the picture here. We speak with other platforms on a semi-regular basis. We'd love to get in this habit with you. Perhaps bi-weekly?

Looking forward to more conversation.

-Rob

**Rob Flaherty**
Director of Digital Strategy
The White House
Cell: ███████████

**EXHIBIT F**

CONFIDENTIAL

| | |
|---|---|
| **From:** | Crawford, Carol Y. (CDC/OD/OADC) |
| **Sent:** | 5/11/2021 3:55:11 PM |
| **To:** | Jan Antonaros [   @google.com]; Kevin Kane [   @google.com] |
| **Subject:** | RE: COVID 19 BOLO Meeting |

Great – I was going to ask about Kevin at 4. ☺

**From:** Jan Antonaros [   @google.com>
**Sent:** Tuesday, May 11, 2021 3:51 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) [   @cdc.gov>; Kevin Kane [   @google.com>
**Subject:** Re: COVID 19 BOLO Meeting

Hi Carol, Could you please add +Kevin Kane from our YouTube team to the call below? Thank you!

Jan Fowler Antonaros
Google Government Affairs and Public Policy
25 Mass Ave NW, 9th FL
Washington, DC 20001
   @google.com
Android Mobile

On Tue, May 11, 2021 at 3:25 PM Crawford, Carol Y. (CDC/OD/OADC)    @cdc.gov> wrote:

We would like to invite digital platforms to attend a short "Be On The Lookout" meeting on COVID. Let us know if you have questions and feel free to forward this message to anyone in your organization that should attend.

Thank you.

Carol Crawford

Chief, Digital Media Branch

Division of Public Affairs

OADC

   @cdc.gov

Join ZoomGov Meeting

Dial by your location

MOLA_DEFSPROD_00002663

**EXHIBIT G**

**OSG**. Subject to and without waiving any of the foregoing objections, and based on a reasonable inquiry under the circumstances of abbreviated, expedited discovery, OSG responds that the following meetings took place with the Social-Media Platforms relating to Misinformation:

- On May 25, 2021, from 4:30 to 5:00 pm ET, Dr. Vivek Murthy from OSG and Andy Slavitt from the White House met remotely with Nick Clegg from Facebook. The purpose of the call was to introduce Dr. Murthy to Mr. Clegg. Misinformation may have been discussed.

- On July 12, 2021, from 3:00 pm to 3:30 pm ET, Eric Waldo from OSG met remotely with Lauren Culberton and Todd Boyle from Twitter. Kyla Fullenwider from U.S. Digital Response was invited and may have also attended. The meeting provided notice of the upcoming OSG Advisory and a high-level view of what issues OSG would be prioritizing in the Advisory.

- On July 14, 2021, from 3:00 pm to 3:30 pm ET, Eric Waldo from OSG met remotely with Kevin Kane from YouTube, Jan Antonaros from Google, and Ariel Altman from YouTube. The meeting provided notice of the upcoming OSG Advisory and a high-level view of what issues OSG would be prioritizing in the Advisory.

- On July 16, 2021, from 3:00 pm to 3:30 pm ET, Eric Waldo from OSG and Kyla Fullenwider from U.S. Digital Response met remotely with Payton Iheme and Justine Isola from Facebook. Kate Thornton and Brian Rice from Facebook were invited and may have also attended. The meeting discussed the newly issued OSG Advisory.

- On July 23, 2021, from 1:30 pm to 2:00 pm ET, Dr. Vivek Murthy and Eric Waldo from OSG, and D.J. Patil (who OSG understands to be a then part-time consultant

supporting the Office of Science Technology and Policy) met remotely with Nick Clegg and (very likely) Brian Rice from Facebook. The meeting discussed a recent e-mail from Mr. Clegg to Dr. Murthy concerning recent public comments by the Administration about Facebook.

- On July 30, 2021, from 2:00 pm to 2:30 pm ET, Eric Waldo from OSG met with Kevin Kane from YouTube, Lauren Kelly from Google, and Jan Antonaros from Google. The topics discussed included YouTube/Google following up on the announcement of the OSG Advisory to share more of the work it was doing around health mis- and disinformation.

- As indicated by MOLA_DEFSPROD_00007276, on August 10, 2021, there was a call between Eric Waldo from OSG, Robert Flaherty from EOP, and personnel from Facebook that discussed, as stated in the document, "an operation [Facebook] uncovered that is related to vaccine misinformation."

- As indicated by MOLA_DEFSPROD_00007455, on or about September 14, 2021, there was a call between Eric Waldo from OSG and Kevin Kane and Jan Antonaros from Google/YouTube. As stated in the document, the purpose was "a brief meeting to discuss a new policy we are working on as well as provide an update on our overall efforts to combat harmful COVID-19 misinformation on the platform."

- As indicated by MOLA_DEFSPROD_00007398, on November 22, 2021, from 4:00 to 4:30 pm ET, there was a virtual meeting attended by Tericka Lambert, other ASPA personnel, personnel from Fors Marsh Group (a contractor for ASPA), personnel from OSG, and Google/YouTube personnel. This meeting briefly touched on misinformation among other topics.

The above list reflects OSG's identification to date, based on reasonably diligent efforts, of meetings that took place with the Social-Media Platforms relating to Misinformation and the included participants. OSG is not aware of specific additional meetings with the Social-Media Platforms relating to Misinformation, but it is possible that the above list is not exhaustive.

**NIAID.** Subject to and without waiving any of the foregoing objections, and based on a reasonable inquiry under the circumstances of abbreviated, expedited discovery, NIAID responds that no meetings took place with the Social-Media Platforms relating to Misinformation. NIAID has identified two possible meetings to discuss the potential participation by the NIAID director in U.S. Government efforts to publicize health information and provide COVID-19 and vaccine education via social media, which are not responsive to the Interrogatory, but are identified in the documents being produced in response to Plaintiffs' First Requests For Production to Defendants:

- Facebook approached NIAID in March 2020 to discuss public service announcements and ads, Facebook's CV19 hub, and an interview between Dr. Fauci and Mark Zuckerberg; NIAID scheduled the interview between Dr. Fauci and Mr. Zuckerberg (which aired on Facebook Live)
- NIAID was invited to, but did not attend, a meeting scheduled for March 4, 2021, to discuss possible Facebook Live interviews with celebrities/influencers related to COVID-19 vaccines

Further, in accordance with the Court's September 6, 2022 Order, subject to and without waiving any of the foregoing objections, and based on a reasonable inquiry under the circumstances of abbreviated, expedited discovery, including consultation with Dr. Fauci and review of Dr. Fauci and NIAID staff e-mail records, NIAID responds on behalf of Dr. Fauci in his role as Director of NIAID as follows: NIAID has not identified any communications, written or

## VERIFICATION

I, Max Lesko, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the interrogatory response of the Office of the Surgeon General to Plaintiffs' First Set of Expedited Preliminary-Injunction Related Interrogatories dated July 18, 2022, Common Interrogatories Numbers 1-5 and Additional Interrogatories Numbers 1-3, contained in the Responses of the Office of the Surgeon General, is true and correct, to the best of my knowledge.

Dated: December ___16___, 2022

_____

Max Lesko

Chief of Staff

Office of the Surgeon General

**EXHIBIT H**

| | |
|---|---|
| **From:** | Kevin Kane ▮▮▮▮▮▮▮▮▮ |
| **Sent:** | 7/9/2021 12:36:47 PM |
| **To:** | Waldo, Eric (HHS/OASH) ▮▮▮▮▮▮▮ |
| **CC:** | ▮▮▮▮▮▮▮▮▮ Kyla Fullenwider ▮▮▮▮▮▮▮ |
| **Subject:** | Re: Connecting with Dr. Murthy's office |

Thank you! Look forward to speaking with you then.
Best,
Kevin

On Fri, Jul 9, 2021 at 10:28 AM Waldo, Eric (HHS/OASH) ▮▮▮▮▮▮▮ wrote:

Sorry about that! Moving too fast. Will update.

**From:** Kevin Kane ▮▮▮▮▮▮▮
**Sent:** Friday, July 9, 2021 9:28 AM
**To:** Waldo, Eric (HHS/OASH) ▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮ Kyla Fullenwider ▮▮▮▮▮▮▮
**Subject:** Re: Connecting with Dr. Murthy's office

Thanks Eric -

The invite you sent was for 3:30-4:15, and unfortunately some of my colleagues won't be able to make it then. Any chance we could meet 3:00-3:30 (ET) on the 14th?

Thanks again, and hope you have a good weekend!

Kevin

On Thu, Jul 8, 2021 at 5:30 PM Waldo, Eric (HHS/OASH) ▮▮▮▮▮▮▮ wrote:

Great. Just send you a zoom!

**From:** Kevin Kane ▮▮▮▮▮▮▮
**Sent:** Thursday, July 8, 2021 8:35 AM
**To:** Waldo, Eric (HHS/OASH) ▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮ Kyla Fullenwider ▮▮▮▮▮▮▮
**Subject:** Re: Connecting with Dr. Murthy's office

Good Morning Eric -

How about we shoot for 3:00-3:30pm (ET) on Wednesday, July 14?

Thanks,

Kevin

On Wed, Jul 7, 2021 at 5:11 PM Waldo, Eric (HHS/OASH) ████████████████ wrote:

Hi Kevin,

Thanks so much for your note. Would love to have more of your colleagues join.

I'm traveling with Dr. Murthy for part of next week so it's a bit tight. Here are some options:

Wednesday, July 14: 2:45pm-4:15pm ET; 5pm-6pm ET

Thursday, July 15: 4:15pm-5pm ET

If none of those work, I have some time on Friday, July 16 and we can always discuss the following week.

Thanks so much!

Eric

**From:** Kevin Kane ████████████
**Sent:** Wednesday, July 7, 2021 4:51 PM
**To:** Waldo, Eric (HHS/OASH) ████████████
**Cc:** ████████████ Kyla Fullenwider ████████████████████
**Subject:** Re: Connecting with Dr. Murthy's office

Hi Eric -

It's great to e-meet you as well. If possible, I wanted to include a few of my colleagues for this conversation and see if you had any availability next Wednesday or Thursday to meet. Would you happen to have any time open either of those days? If not, I'm more than happy to find another day that would work for you.

Thank you for reaching out and look forward to speaking with you soon!

Best Regards,

Kevin

On Tue, Jul 6, 2021 at 9:49 AM Waldo, Eric (HHS/OASH) ████████████████ wrote:

Hi Alexandra and Kevin,

I hope this finds you well. I'm Dr. Murthy's Director of Engagement and I wanted to reach out.

As you know, one of the issues Dr. Murthy has been thinking about is how to help stop the spread of health misinformation as we continue to tackle COVID19 and beyond. I know you and your teams are working hard and thinking deeply about this issue. We'd love to chat over zoom to connect and discuss what's on the horizon for our teams.

Is there a good time this week to connect? Happy to work with whomever on your team to coordinate calendars.

Thanks so much!
Eric


Eric W. Waldo [He/Him]
Director of Engagement
Office of the U.S. Surgeon General, Dr. Vivek Murthy
U.S. Department of Health & Human Services


--


Kevin Kane | Government Affairs & Public Policy Manager,
YouTube | ████████████████ ████████



--

Kevin Kane | Government Affairs & Public Policy Manager, YouTube |

--

Kevin Kane | Government Affairs & Public Policy Manager, YouTube |

--

Kevin Kane | Government Affairs & Public Policy Manager, YouTube |

MOLA_DEFSPROD_00007442

# EXHIBIT I

Case 3:23-cv-03880-TLT Document 42 Filed 09/12/23 Page 55 of 67

# White House reviewing Section 230 amid efforts to push social media giants to crack down on misinformation

By Betsy Klein, CNN

Updated 10:31 AM EDT, Tue July 20, 2021



9/12/23, 2:06 PM    White House reviewing law that protects social media companies and pushes back on misinformation | CNN …

Case 3:23-cv-03880-TLT   Document 42   Filed 09/12/23   Page 56 of 67



Video Ad Feedback

Biden backs off claim Facebook is 'killing people'

01:26 - Source: CNN

**(CNN) —** The White House is reviewing whether social media platforms should be held legally accountable for publishing misinformation via Section 230, a law that protects companies' ability to moderate content, White House communications director Kate Bedingfield said Tuesday.

The Section 230 debate is taking on new urgency in recent days as the administration has called on social media platforms to take a more aggressive stance on combating misinformation. The federal law, which is part of the Communications Decency Act, provides legal immunity to websites that moderate user-generated content.

**BIDEN'S WHITE HOUSE**

· Biden takes on inflation concerns as domestic agenda hangs in the balance: 'These disruptions are temporary'

· Biden backs away from his claim that Facebook is 'killing people' by allowing Covid misinformation

· White House won't commit to reopening northern border, despite announcement from Canada

"We're reviewing that, and certainly they should be held accountable," Bedingfield told MSNBC when asked about Section 230 and whether social media companies like Facebook should be liable and open to lawsuits for publishing false information that causes Americans harm.

ADVERTISING

Which of the following children's hospitals have you heard of? (select all applicable)

☐ Children's Hospital LA                    ☐ Providence Pediatrics

☐ Cedars-Sinai Guerin Children's Hospital   ☐ UCLA Mattel Children's Hospital



☐ None of the above     **RELATED**     NEXT     ✕

President Joe Biden, Bedingfield said, also believes it is "the responsibility of the people creating the content."

"It is a big and complicated ecosystem, and everybody bears responsibility to ensure that we are not providing people with bad information about a vaccine that will save their lives," she said.

Both Biden and then-President Donald Trump have advocated for revoking Section 230, but for different reasons.



**RELATED ARTICLE**
Biden backs away from his claim that Facebook is 'killing people' by allowing Covid misinformation

Biden has long railed against the law for its protection of social media companies from misinformation, whereas Trump has claimed that it leads to the censorship and suppression of conservative voices. Supporters of the provision, meanwhile, argue that the law protects free speech. Trump's attempts to use the executive branch to change how Section 230 is applied to tech companies was called unconstitutional by legal experts, lawmakers and officials at the Federal Communications Commission.

The Biden administration now confronts many of the same legal questions. But only Congress can amend the law itself, and while US lawmakers may be united in their hostility

≡   🔴CNN   **politics**      AudioLive TV

should be updated.

Biden kept the pressure on Facebook on Monday, saying he not satisfied with what the platform is doing to stop the spread of misinformation, but backing off his accusation from last week that it was directly responsible for "killing people." And senior officials are in touch with Facebook behind the scenes as tensions with the platform have escalated.

"Facebook isn't killing people – these 12 people are out there giving misinformation. Anyone listening to it is getting hurt by it. It's killing people. It's bad information," Biden said, appearing to cite data from the nonprofit Center for Countering Digital Hate (CCDH). A report published by the organization in March indicated that about a dozen people were

9/12/23, 2:06 PM    Biden urges House to overhaul law that protects social media companies and push back down on misinformation | CNN …

Case 3:23-cv-03880-TLT    Document 42    Filed 09/12/23    Page 58 of 67

super spreaders of anti-vaccine misinformation.

RELATED

The President continued, "My hope is that Facebook, instead of taking it personally, that somehow I'm saying Facebook is killing people, that they would do something about the misinformation, the outrageous misinformation about the vaccine. That's what I meant."

CNN's Brian Fung contributed to this report.

PAID CONTENT                                                    RECOMMENDED BY Outbrain



**[Photos] Viktor Hovland And Partner Are Turning Heads**

Sponsored: TheSportsDrop



**The Forbes Rankings are Out: The Top 25 Public Colleges in America**

Forbes ranking spotlights the top 25 public colleges in America based on quality,...

Sponsored: Forbes



**These New Luxury Camper Vans Are Close To Perfection, Take A Look!**

Sponsored: Camper Vans | Search Ads



**[Photos] Flight Attendants Say Not To Wear Shorts When Traveling For This…**

Sponsored: Street Insider



### Here's How To Fly Business Class For The Price of Economy

Sponsored: Business Class Flights | Search Ads

RELATED


### Game shows what the world without US military interventions would look like

This strategy game makes you become a player in the crucial situations of history.

Sponsored: History Strategy Game



### Netflix Cancels & Renews Another Rounds Of Great Shows

Sponsored: Investing Magazine



### The Proven Shoe Choice of NFL Coaching Staff And Players

All day comfort for your feet. Unique high performance running shoe technology meet...

Sponsored: Wolf & Shepherd





CNN

RELATED ✕

**The Forbes Rankings are Out: The 50 Best Colleges in America**

Sponsored: Forbes

**Warning Signals of Psoriatic Arthritis Most People Are Unaware Of**

Find the Early Signs & Symptoms

Sponsored: Psoriatic Arthritis



**[Gallery] When Your Moral Compass Is Crocked, You Come With Fishy Hacks**

Sponsored: http://techytwist.com/

**BMW Offers Major Incentives On New EV Lineup Including The Stylish i4**

Sponsored: BMW Deals | Search Ads





**It's No Big Secret Why Vince Vaughn Isn't Around Anymore**

Sponsored: Street Insider

**Brian Harman's Wife Looks Oddly Familiar, Here's Why**

Sponsored: The Sports Drop







**RELATED**                                                                                    ✕

### Historic Figures Who Actually Lived Long Enough To Be Photographed

Sponsored: Livestly

### Kirkland Products That Are Big Brands In Disguise

Sponsored: Definition

**SEPTEM**



**4.30**%
APY

Member FDIC

SoFi

**4.50**% APY ⓘ

Member FDIC



• No fees or minimums
• Earn Interest
• Open in about 5 min

citi

**Earn up to $2,000 Cash Bonus.** Open a new eligible checking ac
required activities.

Sponsors of 

**CONTENT BY FINANCEBUZZ**

Read This Before You Renew Amazon Prime

7 Genius Hacks Amazon Shoppers Must Know

**EXHIBIT J**

**From:** Kevin Kane [███████@google.com]
**Sent:** 9/29/2021 12:56:30 PM
**To:** Waldo, Eric (HHS/OASH) [███████@hhs.gov], [███████@gmail.com]
**CC:** Jan Antonaros [███████@google.com]
**Subject:** YouTube Vaccine Policy Announcement

Good Afternoon -

I'm writing to share an update we recently made to YouTube's policies pertaining to vaccine-related misinformation.

Today we have a COVID-19 Vaccine misinfo policy which allows us to remove a limited list of verified false claims about COVID-19 vaccines.

We just announced that we will be introducing a new policy that prohibits content that includes harmful misinformation about the safety, efficacy, or ingredients for currently administered vaccines that are approved and confirmed to be safe and effective by local health authorities and by the World Health Organization (WHO).

You can learn more about the announcement we made here and a detailed overview of our policy in our help center here.

Please let me know if you have any questions.

Best Regards,
Kevin

--

Kevin Kane | Government Affairs & Public Policy Manager,
YouTube | ██████@google.com | ████████

**EXHIBIT K**

| From: | Flaherty, Rob EOP/WHO [ ████████ @who.eop.gov] |
| Sent: | 4/16/2021 4:25:15 PM |
| To: | Flaherty, Rob EOP/WHO [ ████████ @who.eop.gov]; Slavitt, Andrew M. EOP/WHO [ ████████ @who.eop.gov]; [ ████ @twitter.com]; [ ████ @twitter.com]; [ ████ @twitter.com]; ████ @twitter.com |
| CC: | Fitzpatrick, Kelsey V. EOP/WHO [ ████████ @who.eop.gov]; ████████ (HHS/OASH) ████ @hhs.gov] |

| Subject: | Twitter Vaccine Misinfo Briefing |
| Location: | ████████████████████████ |

| Start: | 4/21/2021 2:00:00 PM |
| End: | 4/21/2021 3:00:00 PM |
| Show Time As: | Tentative |

| Recurrence: | (none) |

White House Staff will be briefed by Twitter on vaccine misinfo. Twitter to cover trends seen generally around vaccine misinformation, the tangible effects seen from recent policy changes, what interventions are currently being implemented in addition to previous policy changes, and ways the White House (and our COVID experts) can partner in product work.



[x] The linked im...

Hi there,

████ is inviting you to a scheduled ZoomGov meeting.

## Join Zoom Meeting

| Phone one-tap: | US: ████████████ or ████████████ |
| Meeting URL: | ████████████████████ |
| Meeting ID: | ████████ |
| Passcode: | ████ |

### Join by Telephone

For higher quality, dial a number based on your current location.
Dial:
US: ████████████████████

MOLA_DEFSPROD_00006846

**EXHIBIT L**

CONFIDENTIAL

**PLAINTIFF'S EXHIBIT**

43

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| Sent: | 6/29/2022 6:01:54 PM |
| To: | Rachel Gruner @google.com]; Smith, Fred (CDC/OD/OADC) @cdc.gov]; Lindsay Steele @google.com] |
| Subject: | RE: Claims review |

I'll check on this but I think I'll probably end up needing to refer you to another agency. I'll get back to you.

**From:** Rachel Gruner @google.com>
**Sent:** Wednesday, June 29, 2022 4:38 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) @cdc.gov>; Smith, Fred (CDC/OD/OADC @cdc.gov>; Lindsay Steele @google.com>
**Subject:** Claims review

Hi Carol and Fred,

The YouTube Policy team is requesting evidence-based input on the claims below. In the past, the CDC has reviewed COVID information claims and commented TRUE or FALSE + add any additional context needed.

**CLAIM:** High doses of progesterone is a **safe** method of reversing chemical abortion (mifepristone & misoprostol)
**CLAIM:** High doses of progesterone is an **effective** method of reversing chemical abortion (mifepristone & misoprostol)

Please let me know if you have any questions or concerns.

Thanks, Rachel

--

x The linked...

**Rachel Gruner, MPH**
Health Outreach Lead, Google
@google.com