1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ROBERT F. KENNEDY, JR., | Case No. 3:23-cv-03880-TLT |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING DATE ON GOOGLE'S FORTHCOMING MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |
| vs. | |
| GOOGLE LLC AND YOUTUBE, LLC, | |
| Defendants. | Judge:   Hon. Trina Thompson |

**[PROPOSED] ORDER**

Having considered Defendants' motion to shorten time for briefing and hearing date on the motion to dismiss the first amended complaint, it is hereby **ORDERED** that Defendants' motion is granted as follows:

1. The Court advances the hearing on the motion to dismiss from January 16, 2024 to November 7, 2023 at 2:00 PM.

2. Google's motion to dismiss the amended complaint is due by September 27, 2023; Kennedy's opposition is due by October 11, 2023; and Google's reply is due by October 18, 2023.

**IT IS SO ORDERED.**

DATED: _____, 2023

_____
Hon. Trina L. Thompson
United States District Judge