JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
JULIANA M. YEE (State Bar No. 304564)
Juliana.Yee@mto.com
CARSON SCOTT (State Bar No. 339868)
Carson.Scott@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:      (415) 512-4000
Facsimile:      (415) 512-4077

HELEN E. WHITE (*pro hac vice*)
Helen.White@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, DC 20001
Telephone:      (202) 220-1100
Facsimile:      (202) 220-2300

Attorneys for Defendants
Google LLC and YouTube, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT F. KENNEDY, JR.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GOOGLE LLC AND YOUTUBE, LLC,<br><br>　　　　Defendants. | Case No. 3:23-cv-03880-TLT<br><br>**DECLARATION OF JULIANA M. YEE IN SUPPORT OF MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING DATE ON GOOGLE'S FORTHCOMING MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

## DECLARATION OF JULIANA M. YEE

I, Juliana M. Yee, declare as follows:

1. I am an attorney at the law firm of Munger, Tolles & Olson LLP, counsel for defendants Google LLC and YouTube, LLC (collectively, "Google") in the above-captioned matter. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could competently testify to them. I submit this declaration in support of Defendants' Motion to Shorten Time for Briefing and Hearing Date on Google's Forthcoming Motion to Dismiss the First Amended Complaint.

2. Attached as Exhibit A is a true and correct copy of an email dated September 15, 2023 I sent to counsel for plaintiff requesting a stipulation resetting the motion to dismiss hearing date to November 7, 2023 and advancing the deadline for filings a motion to dismiss the first amended complaint. Attached to my email is a calendar showing the new proposed briefing dates on Google's motion to dismiss.

3. Attached as Exhibit B is a true an correct copy of an email dated September 15, 2023 from Scott Street, counsel for plaintiff, declining to consent to the proposed stipulation.

4. No prior requests for time modifications have been made in connection with this motion or any similar motion.

5. The requested changes will not impact the schedule of the case.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on September 18, 2023 at Salt Lake City, Utah.

                                                  /s/ *Juliana M. Yee*
                                                  Juliana M. Yee