# EXHIBIT B

| | |
|---|---|
| **From:** | Scott James Street |
| **To:** | Yee, Juliana; John Howard |
| **Cc:** | Blavin, Jonathan; White, Helen; Scott, Carson J. |
| **Subject:** | RE: RFK v. Google | Proposed Briefing and Hrg Schedule on MTD |
| **Date:** | Friday, September 15, 2023 12:09:02 PM |

Hi Julianna,

I think we should stick to the current schedule. I think the judge knew what she was doing. If she wanted to hear everything together, she would have set it together. The schedule she set, combined with her denial of our request to treat the TRO order as tantamount to denying a PI, leads me to believe that she wants to deal with the injunctive relief and pleading issues separately, especially now that we have added so many allegations to the complaint.

Obviously, you are welcome to seek the relief. I don't plan on filing a formal opposition but would ask that you note my position.

Best,

Scott


**From:** Yee, Juliana <Juliana.Yee@mto.com>
**Sent:** Friday, September 15, 2023 11:41 AM
**To:** Scott James Street <sstreet@jwhowardattorneys.com>; John Howard <johnh@jwhowardattorneys.com>
**Cc:** Blavin, Jonathan <Jonathan.Blavin@mto.com>; White, Helen <Helen.White@mto.com>; Scott, Carson J. <Carson.Scott@mto.com>
**Subject:** RFK v. Google | Proposed Briefing and Hrg Schedule on MTD

Hi Scott,

As I'm sure you saw, the Court issued an order Wednesday setting the MTD hearing date in January. We think the most efficient approach is for the Court to hear the MTD along with the PI, as originally scheduled. So we'd like to ask the Court to keep the MTD hearing on calendar for 11/7. We have proposed the below adjustments to the MTD briefing schedule to allow the Court some additional time with the MTD briefs in advance of an 11/7 hearing. Please see our proposed dates below. I have also attached a calendar laying out all the dates for your consideration.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Google's Motion to Dismiss | 10/3 | 9/27 |
| RFK Opposition to MTD | 10/17 | 10/11 |
| Google's Reply | 10/24 | 10/18 |
| MTD Hearing | 1/16/24 | 11/7 |

Please let us know if you would join a stipulation agreeing to this briefing and hearing schedule.  If you are not willing to join a stipulation, please let me know if you would oppose an administrative motion moving to adjust the briefing and hearing dates as described above.  Happy to discuss if desired.

Thanks,
Juliana

**Juliana M. Yee (She/Her) | Munger, Tolles & Olson LLP**
560 Mission Street | San Francisco, CA 94105
Tel:  415.512.4028  |  juliana.yee@mto.com  |  www.mto.com

*\*\*\*NOTICE\*\*\**
This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law.  It is not intended for transmission to, or receipt by, any unauthorized person.  If you have received this message in error, do not read it.  Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected.  Thank you.

**From:** ECF-CAND@cand.uscourts.gov <ECF-CAND@cand.uscourts.gov>
**Sent:** Wednesday, September 13, 2023 4:16 PM
**To:** efiling@cand.uscourts.gov
**Subject:** Activity in Case 3:23-cv-03880-TLT Kennedy, JR. v. Google LLC et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

California Northern District

## Notice of Electronic Filing

The following transaction was entered on 9/13/2023 at 3:16 PM and filed on 9/13/2023
**Case Name:**          Kennedy, JR. v. Google LLC et al
**Case Number:**        3:23-cv-03880-TLT
**Filer:**
**Document Number:** 44(No document attached)

**Docket Text:**

**ORDER RE PENDING MOTION TO DISMISS. Plaintiff served Defendants with a first amended complaint on September 12, 2023.** *See* **ECF Nos. 42-43. In light of the amended complaint, Defendants' motion to dismiss is rendered moot.** *See* **ECF No. 37. Defendants' response to the amended complaint is due to filed by October 3, 2023. Should Defendants respond by filing a motion to dismiss, Plaintiff's opposition to the motion is due October 17, 2023 and the reply is due on October 24, 2023. The hearing on the motion to dismiss the first amended complaint is set for January 16, 2024 at 2:00 p.m., in-person. Signed by Judge Trina L. Thompson on September 13, 2023.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(tltlc1, COURT STAFF) (Filed on 9/13/2023)**

**3:23-cv-03880-TLT Notice has been electronically mailed to:**

Andrew G. Nagurney     drew@jwhowardattorneys.com

Carson Scott     carson.scott@mto.com

Donald B. Verrilli , Jr     donald.verrilli@mto.com, christina.weber@mto.com

Ginger D. Anders     ginger.anders@mto.com

Helen E White     helen.white@mto.com

John W. Howard     johnh@jwhowardattorneys.com, dayna@jwhowardattorneys.com, drew@jwhowardattorneys.com, michelle@jwhowardattorneys.com, sstreet@jwhowardattorneys.com

Jonathan Hugh Blavin     jonathan.blavin@mto.com, dkt-filings@mto.com, Excie.Tucker@mto.com, irving.girshman@mto.com, Maria.Holguin@mto.com

Juliana Mariko Yee     juliana.yee@mto.com, stephanie.ferrell@mto.com

Scott James Street     sstreet@jwhowardattorneys.com, dayna@jwhowardattorneys.com, drew@jwhowardattorneys.com, michelle@jwhowardattorneys.com

**3:23-cv-03880-TLT Please see** Local Rule 5-5**; Notice has NOT been electronically mailed to:**