**FILED**

SEP 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT F. KENNEDY, Jr., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> GOOGLE, LLC, a Delaware corporation; YOUTUBE, LLC, a Delaware corporation, <br><br> Defendants-Appellees. | No. 23-16141 <br><br> D.C. No. 3:23-cv-03880-TLT <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: BADE, LEE, and VANDYKE, Circuit Judges.

A review of the record, the emergency motion for injunction pending appeal, the opposition to the motion, and the reply, demonstrates that this court lacks jurisdiction over this appeal. *See Religious Tech. Ctr., Church of Scientology Int'l, Inc. v. Scott*, 869 F.2d 1306, 1308 (9th Cir. 1989) ("Ordinarily, an appeal does not lie from the denial of an application for a temporary restraining order; such appeals are considered premature and are disallowed in the interests of avoiding uneconomical piecemeal appellate review." (citation and internal quotation marks omitted)); *see also* 28 U.S.C. § 1292(a)(1). Accordingly, the appeal is dismissed.

The emergency motion for injunction pending appeal (Docket Entry No. 9) is denied as moot.

**DISMISSED.**

OSA111