UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT F. KENNEDY, JR.,<br>Plaintiff,<br>vs.<br>GOOGLE LLC AND YOUTUBE, LLC,<br>Defendants. | Case No. 3:23-cv-03880-TLT<br><br>**~~[PROPOSED]~~ ORDER DENYING MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING DATE ON GOOGLE'S FORTHCOMING MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Trina Thompson |

**~~[PROPOSED]~~ ORDER**

Having considered Defendants' motion to shorten time for briefing and hearing date on the motion to dismiss the first amended complaint, it is hereby **ORDERED** that Defendants' motion is granted as follows:

1. The Court advances the hearing on the motion to dismiss from January 16, 2024 to November 7, 2023 at 2:00 PM.

2. Google's motion to dismiss the amended complaint is due by September 27, 2023; Kennedy's opposition is due by October 11, 2023; and Google's reply is due by October 18, 2023.

**IT IS SO ORDERED.**

DATED: September 25, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Trina L. Thompson

Hon. Tr[illegible]
United S[illegible]trict Judge

Case No. 3:23-cv-03880-TLT

~~[PROPOSED]~~ ORDER DENYING MOTION TO SHORTEN TIME ON MOTION TO DISMISS