Scott J. Street (SBN 258962)
JW HOWARD/ATTORNEYS, LTD.
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

John W. Howard (SBN 80200)
Andrew G. Nagurney (SBN 301894)
JW HOWARD/ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 234-2842
Email: johnh@jwhowardattorneys.com

Attorneys for Plaintiff,
ROBERT F. KENNEDY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. KENNEDY, JR., | Case No. 3:23-cv-03880 |
| Plaintiff, | [Assigned to the Hon. Trina Thompson] |
| vs. | **DECLARATION OF SCOTT J. STREET** |
| GOOGLE LLC, a Delaware corporation, and YOUTUBE, LLC, a Delaware corporation, | Date:    November 7, 2023<br>Time:    2:00 p.m.<br>Crtrm:  9 |
| Defendants. | |

///

///

///

///

DECLARATION OF SCOTT J. STREET                                    CASE NO. 5:23-cv-03880

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

## DECLARATION OF SCOTT J. STREET

I, Scott J. Street, declare as follows:

1.      I am an attorney duly licensed to practice before all courts in the state of California and before this Court. I am a partner with the law firm JW Howard/Attorneys, Ltd., counsel of record to Plaintiff Robert F. Kennedy, Jr., in this matter. I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called to do so.

2.      I am submitting this declaration in support of Mr. Kennedy's motion for a preliminary injunction restraining Defendants Google LLC and YouTube, LLC, from using their "medical misinformation" policy to remove videos of Mr. Kennedy's speech on matters of public concern from YouTube during the 2024 presidential campaign.

3.      Mr. Kennedy is seeking the Democratic Party's nomination for president, having declared his candidacy on April 19, 2023. Before announcing his campaign, Mr. Kennedy took a strong stance against the Democratic National Committee's effort to strip New Hampshire of its "First in the Nation" primary. He accepted an invitation to speak about that and other issues at Saint Anselm College's New Hampshire Institute of Politics ("NHIOP") in March.

4.      Mr. Kennedy's NHIOP speech, which I attended, was viewed as a political speech and was attended by several prominent New Hampshire Democrats including the chairman of New Hampshire's Democratic Party. It lasted nearly two hours and centered on Mr. Kennedy's concerns about the corrupt merger of corporate and state power, an issue he has fought about for years and which, in recent years, caused him to question the increasing numbers of vaccines American children must take. Mr. Kennedy explained during the NHIOP speech that he does not oppose the use of vaccines but that he is worried about the cozy relationship between the pharmaceutical companies that produce the vaccines and the government agencies that

are supposed to review and approve them. Mr. Kennedy explained during his speech that government agencies receive much of their funding from the companies they regulate, a conflict of interest that reminds Kennedy of the situation he encountered decades ago when he was working with environmentalists to take on large polluters like Monsanto. Kennedy received accolades, including from many Democrats, for that work. These concerns about the corrupt merger of corporate and state power—whether in environmental policy, healthcare policy, or foreign policy—are a central part of his presidential campaign. And it is a message that resonates with millions of Americans, especially given the evidence of corruption that has emerged from the Biden White House.

5.     Manchester Public Television posted a video of Mr. Kennedy's speech on YouTube. Google removed it. The station's director said: "YouTube will not allow us to post the video because of controversial vaccination content. MPTS has recorded more than 100 wonderful NHIOP events, and I cannot recall this happening before." A true and correct copy of a news article that reported on the matter on March 6, 2023, is attached as **Exhibit "A."**

6.     Mr. Kennedy complained about the action, particularly since his comments about vaccine safety only consumed a portion of the NHIOP speech (in other parts he spoke about his environmentalism and legal work fighting corporate polluters, among other things). Google refused to change its position. It said it "removed the [Kennedy speech] for violating our policies on COVID-19 vaccine misinformation …. While we do allow content with educational, documentary, scientific or artistic context, such as news reports, the content we removed from this channel was raw footage and did not provide sufficient context." A true and correct copy of a news report from March 8, 2023, about this matter and which contains Google's statement is attached as **Exhibit "B."**

7.     A true and correct copy of YouTube's original "Vaccine misinformation

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

policy" is attached as **Exhibit "C-1."**

8.   A true and correct copy of YouTube's original "COVID-19 medical misinformation policy" is attached as **Exhibit "C-2."**

9.   After we filed this case, Google created a new medical misinformation policy that merged the two policies discussed above into a single "medical misinformation" policy. A true and correct copy of it is attached as **Exhibit "D."**

10.   During the past few election cycles, YouTube has played an important role in the political process. Attached to this declaration as **Exhibit "E-1"** is a true and correct copy of an article written by YouTube's director of advertiser marketing, Kate Stanford, in March 2016 titled "How Political Ads and Video Content Influence Voter Opinion" which discussed that development. Attached to this declaration as **Exhibit "E-2"** is a true and correct copy of a *Forbes* article titled "Top Social Media Statistics And Trends Of 2023," which was published on May 18, 2023, and which also discusses YouTube's global popularity.

11.   Mr. Kennedy has repeatedly asked Google to stop applying its misinformation policies to censor him during the presidential campaign. It has refused. That led to the filing of this case.

12.   A similar censorship case was filed in Louisiana by two state attorneys general, *Missouri v. Biden*, No. 3:22-cv-01213-TAD-KDM. On July 4, Judge Terry Doughty issued a lengthy decision that enjoins federal government officials from coercing technology companies to censor the government's critics. The injunction does not bind the technology companies themselves, though, and thus does not prohibit Google from continuing to censor Mr. Kennedy based on the misinformation policies.

13.   The government appealed the decision in *Missouri v. Biden* to the Fifth Circuit Court of Appeals. It largely affirmed Judge Doughty's decision. The case is now pending review in the United States Supreme Court.

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

14.   I have reviewed much of the evidence that was produced in Missouri v. Biden, including documents that were produced and deposition testimony that was taken in that case. The evidence sheds light on the partnership that Google and Executive Branch officials developed to remove speech from people like Mr. Kennedy who disagree with Executive Branch officials about COVID-19, vaccines, and other public health matters.

15.   Attached to this declaration as **Exhibit "F"** is a true and correct copy of an email sent by White House official Rob Flaherty to Google executives, among other people, on April 22, 2021, which was produced in *Missouri v. Biden*.

16.   Attached to this declaration as **Exhibit "G"** is a true and correct copy of sworn discovery responses provided by the Executive Branch officials in Missouri v. Biden, which were signed by Max Lesko, Chief of Staff in the Office of the Surgeon General ("OSG") on December 16, 2022.

17.   Attached to this declaration as **Exhibit "H"** is a true and correct copy of excerpts from the deposition of Eric Waldo, an OSG official, which was taken in Missouri v. Biden.

18.   Attached to this declaration as **Exhibit "I"** is a true and correct copy of the document that was marked as Exhibit 8 to Waldo's deposition transcript.

20.   Attached to this declaration as **Exhibit "J"** is a true and correct copy of the document that was marked as Exhibit 31 to Waldo's deposition transcript.

22.   Attached to this declaration as **Exhibit "K"** is a true and correct copy of the document that was marked as Exhibit 47 to Waldo's deposition transcript.

23.   Attached to this declaration as **Exhibit "L"** is a true and correct copy of excerpts from the deposition of Carol Crawford, an official from the Centers for Disease Control, which was taken in *Missouri v. Biden*.

24.   Attached to this declaration as **Exhibit "M"** is a true and correct copy of the document that was marked as Exhibit 40 to Crawford's deposition transcript.

DECLARATION OF SCOTT J. STREET                                    CASE NO. 5:23-cv-03880

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

25.     Attached to this declaration as **Exhibit "N"** is a true and correct copy of the document that was marked as Exhibit 43 to Crawford's deposition transcript.

26.     Attached to this declaration as **Exhibit "O"** is a true and correct copy of excerpts from the deposition of Elvis Chan, an agent of Federal Bureau of Investigation, which was taken in *Missouri v. Biden*.

27.     Attached to this declaration as **Exhibit "P"** is a true and correct copy of an email exchange between Mr. Flaherty, the White House official, and Twitter executives about Mr. Kennedy that occurred between January 22 and 23, 2021.

28.     Attached to this declaration as **Exhibit "Q"** is a true and correct copy of a July 17, 2021, report from CNN titled "Biden grappling with 'pandemic of the unvaccinated'" which I printed from the CNN website.

29.     Attached to this declaration as **Exhibit "R"** is a true and correct copy of the Surgeon General's advisory called "Confronting Health Misinformation" that was issued on July 14, 2021, and which I printed from the website maintained by the Office of the Surgeon General.

30.     Attached to this declaration as **Exhibit "S"** is a true and correct copy of a July 19, 2021, report from CNN titled "Biden backs away from his claim that Facebook is 'killing people' by allowing Covid misinformation," which I printed from the CNN website.

31.     Attached to this declaration as **Exhibit "T"** is a true and correct copy of a July 20, 2021, report from CNN titled "White House reviewing Section 230 amid efforts to push social media giants to crack down on misinformation," which I printed from the CNN website.

32.     To my knowledge, neither Google nor YouTube were subpoenaed in in *Missouri v. Biden*. None of their executives were deposed. No White House officials were deposed in *Missouri v. Biden* either. Nonetheless, the evidence gathered from government officials about their interactions with Google/YouTube show the same

pattern of encouragement and coercion that the courts in *Biden* discussed regarding Facebook and Twitter.

33.    Although that evidence already raises serious questions about the constitutionality of Google's use of the medical misinformation policies to censor government dissent, we are seeking additional discovery in this case, discovery that was not done in *Missouri v. Biden* and which will shed further light on Google's efforts to censor viewpoints that public health officials do not want Americans to hear. That discovery will focus on the interactions between Google/YouTube executives and officials from the White House (especially Mr. Flaherty and Andrew Slavitt), the Surgeon General's office (Mr. Lasko), and the Centers for Disease Control (Ms. Crawford). I believe this discovery—which for now would be limited to document requests and written interrogatories—could be finished by mid-December. It would focus on: (1) the April 2021 to September 2021 period in which Google developed its vaccine misinformation policy; (2) the January 2023 to April 2023 period in which Kennedy took on the DNC and announced his presidential campaign; and (3) the June/July 2023 period in which Google removed several high-profile interviews of Kennedy from YouTube.

34.    Mr. Kennedy's presidential campaign has been gaining momentum, despite his being ignored by much of the mainstream media and disavowed by the Democratic National Committee and most Democratic members of Congress (who tried to censor his testimony at a Congressional hearing on censorship). Indeed, today, a poll showed him getting 25 percent of likely Democratic votes, the highest reported figure. The primaries will get underway in January, just a few months from now. Every day matters. That is why Mr. Kennedy is seeking injunctive relief now.

35.    Furthermore, there is little chance that Google will change its policies to stop removing Mr. Kennedy's speech during the presidential campaign. At our previous hearing, Google's counsel seemed to embrace the company's role in

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

1 censoring Kennedy's speech, even when it removes video, like the NHIOP speech,

2 that focuses on issues other than public health. For example, Google's counsel said

3 that people could comply with the company's rules simply by editing videos to

4 remove the comments that public health officials do not want Americans to hear.

5 Under penalty of perjury, under the laws of the United States of America, I

6 declare that the foregoing is true and correct. Executed this 25th day of September

7 2023 at Pasadena, California.

Scott J. Street

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

8

# EXHIBIT A



NEWS
Politics
(https://nhjournal.com/category/politics/)



## RFK, Jr's NHIOP Speech Banned From YouTube

Posted to Politics (https://nhjournal.com/category/politics/) March 06, 2023 by Michael Graham (https://nhjournal.com/michaelgraham/)

Jason Cote has a simple mission at Manchester Public TV. "Proudly bringing MANCHESTER to your television: open government, free expression, education, arts, activities," as it says on the station's website (https://www.manchestertv.org/).

For Cote, the station's executive director, achieving that goal often involves broadcasting political speeches from the New Hampshire Institute of Politics. For example, MPTS shared New Hampshire Journal's GOP candidate debates with viewers last year.

But when the station tried to post its video of Robert F. Kennedy, Jr's NHIOP speech on its YouTube channel, something happened Cote had never experienced before.

"YouTube will not allow us to post the video because of controversial vaccination content," Cote told NHJournal. "MPTS has recorded more than 100 wonderful NHIOP events, and I cannot recall this happening before.

"First time for everything, I guess," he added.

According to a message from YouTube sent to Cote, the media platform declared RFK, Jr's speech "medical misinformation" and would not allow it to be posted.

"YouTube doesn't allow content that poses a serious risk of egregious harm by spreading medical misinformation about currently administered vaccines that are approved and confirmed to be safe and effective by local health authorities and by the World Health Organization," the YouTube message read.

A spokesperson for YouTube responded to NHJournal's requests with assurances a statement would be forthcoming, but it failed to respond by late Monday night.

NHIOP Executive Director Neil Levesque was puzzled by YouTube's decision.

"This was a political and public policy speech that YouTube has censored."

RFK, Jr. is well known for advocating views often labeled "conspiracy theories," including his suggestion that childhood diseases like autism are linked to vaccines. He also spread the debunked conspiracy (https://clevelandmagazine.com/in-the-cle/politics/articles/robert-f-kennedy-jr-nut-job) that the 2004 presidential election was stolen from John Kerry.

His views on vaccines have gotten him banned from social media in the past. In 2021, he was blocked from Instagram



However unorthodox his views, RFK, Jr. was still welcomed by some of the biggest names in the New Hampshire Democratic Party, including state party chair Ray Buckley and Senate Minority Leader Donna Soucy (D-Manchester). If they could sit and hear what the possible 2024 presidential candidate had to say, why not voters across the state, Cote asked.

"We only try to help the Manchester citizens be the most educated about all views and opinions that we can."

## More from New Hampshire Journal

**EXHIBIT B**



Patch                                               ⚇ Sign up

**Bedford, NH**                                     ✉ Subscribe

News Feed          Neighbor Posts          Local Businesses          Events

Politics & Government

# RFK Jr. Suing Over YouTube Ban Of NH IOP Speech

Kennedy spoke of his environmental causes and belief that the expanded regime of childhood vaccines was contributing to autism.

 **New Hampshire Journal**, News Partner

Posted Wed, Mar 8, 2023 at 8:41 pm ET

💬 Reply

ADVERTISEMENT



An attorney for Robert F. Kennedy Jr. tells NHJournal the potential 2024 presidential candidate plans to sue YouTube over its decision to ban his recent speech at the prestigious New Hampshire Institute of Politics (NHIOP) from its video platform. (NH Journal)

## [By Michael Graham, NH Journal](#)

ADVERTISEMENT

ADVERTISEMENT

An attorney for Robert F. Kennedy Jr. tells NHJournal the potential 2024 presidential candidate plans to sue YouTube over its [decision to ban his recent speech](#) at the prestigious New Hampshire Institute of Politics (NHIOP) from its video platform.

"We will be filing suit," said John Howard, a legal adviser to Kennedy.

---

**Find out what's happening in Bedford** with free, real-time updates from Patch.

| Your email address | Subscribe |
|---|---|

---

Kennedy spoke at the NHIOP last Friday, recounting his efforts on behalf of environmental causes and his suspicions regarding the expanded regime of childhood vaccines he suggests are linked to increased cases of autism in children.

The Institute, based on the campus of St. Anselm College, is a must-stop destination for politicians considering a run for the White House. Asked by NHJournal if he had any plans to challenge President Joe Biden in the Democratic primary, Kennedy said ["I'm thinking about it."](#)

ADVERTISEMENT

ADVERTISEMENT

Manchester Public Television often broadcasts political speeches from the
NHIOP venue to its viewers, as well as posts them on the station's YouTube
channel. The possibility of a Kennedy challenge to President Joe Biden is
particularly newsworthy given the DNC's decision to strip New Hampshire of its
First in the Nation primary status.

But when MPTS executive director Jason Cote attempted to post RFK's remarks,
he received a message that the content was being blocked.

ADVERTISEMENT

"YouTube will not allow us to post the video because of controversial
vaccination content," Cote told NHJournal. "MPTS has recorded more than 100
wonderful NHIOP events, and I cannot recall this happening before.

"First time for everything, I guess," he added.

On Wednesday, a spokesperson for YouTube confirmed to NHJournal the speech
was banned from the platform.

"We removed the content for violating our policies on COVID-19 vaccine
misinformation. Our policies are enforced for everyone, regardless of the
speaker's political views," the spokesperson said in a statement. "While we do
allow content with educational, documentary, scientific or artistic context,

ADVERTISEMENT

such as news reports, the content we removed from this channel was raw footage and did not provide sufficient context."

Kennedy's attorney said they are taking the matter to court.

"Justice Anthony Kennedy said the right to think is the beginning of freedom, and speech must be protected from the government because speech is the beginning of thought," said Howard. "We should keep those principles in mind. YouTube may not be the government, but its actions have all the signs of government censorship. The people of New Hampshire—all Americans, really —deserve to hear from people who seek their vote."

Alphabet, the parent company of YouTube and Google, is already under scrutiny from Congress over its uneven — some say politically biased — application of content restrictions on its platforms. Alphabet CEO Sundar Pichai has been subpoenaed by the House Judiciary Committee to answer accusations regarding "the federal government's reported collusion with Big Tech to suppress free speech."

ADVERTISEMENT

While Kennedy is viewed as a longshot presidential candidate, he garnered praise from Granite State Democrats for intervening on behalf of the state's FITN primary. On the eve of the Democratic National Committee's vote to strip New Hampshire of its place at the front of the 2024 line, Kennedy published an open letter to the DNC urging it "not to interfere in New Hampshire's plan to hold the nation's first primary.

"My Uncle Jack spoke to voters in Dover on the eve of the 1960 New Hampshire primary. He said that 'We Democrats realize that the days when presidential candidates can be nominated in smoke-filled rooms, by political leaders and party bosses, have forever passed from the scene.' He said 'that no man has

ADVERTISEMENT

Case 3:23-cv-03880-TLT   Document 49-1   Filed 09/25/23   Page 18 of 197

won a national election who was unwilling to test his candidacy with the people.'

"I echo those thoughts," Kennedy wrote.

Some of New Hampshire's top Democrats turned out for his NHIOP speech, including state party chairman Ray Buckley and state Senate minority leader Donna Soucy (D-Manchester).

Best-selling author Marianne Williamson has announced her candidacy in the 2024 Democratic presidential primary. She is scheduled to make campaign appearances across the Granite State [between March 8 –13](#).

ADVERTISEMENT

Polls consistently show a majority of Granite State Democrats would prefer to back someone other than Biden as their party's nominee. And while no prominent local Democrats have endorsed Kennedy or Williamson, some have expressed dissatisfaction with Biden.

Asked if he wants Biden to run again, former N.H. Speaker of the House Steve Shurtleff (D-Penacook) told the AP, "In my heart of hearts, no. I think a lot of people just don't want to say it."

---

*This story was originally published by the NH Journal, an online news publication dedicated to providing fair, unbiased reporting on, and analysis of, political news of interest to New Hampshire. For more stories from the NH Journal, visit [NHJournal.com](#).*

♡ Thank    💬 Reply    ↗ Share       ⚐

---

### More from Bedford

ADVERTISEMENT

Community Corner  |  3h

🍹 **Fecal Bacteria Alert: NH Beaches + Hike The New Hollow Fairy Trail**

Arts & Entertainment  |  1d

**Events: Bedford Garden Club's Mum Sale; Corn Hole; Zero Waste Store**

Community Corner  |  14h

🍹 **Kayla Stoll 18 Under 18 Award + Senator Ricciardi Budget Wins**

ADVERTISEMENT

## Latest News Nearby

1. 📍 Concord, NH News
   **Fatal Car Crash; Teen Dies In Boating Accident; More: PM Patch NH**

2. 📍 Bedford, NH News
   🍹 **Fecal Bacteria Alert: NH Beaches + Hike The New Hollow Fairy Trail**

3. 📍 Across America, US News
   **Help Patch Recognize Outstanding Community Leaders Across The Country**

4. 📍 Concord, NH News
   **New York Teen Dies In Crescent Lake Boating Crash: NH State Police**

ADVERTISEMENT

Find out what's happening in your
community on the Patch app

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2023 Patch Media. All Rights Reserved.

Do Not Sell My Personal Information

ADVERTISEMENT

# EXHIBIT C-1

# Vaccine misinformation policy



YouTube doesn't allow content that poses a serious risk of egregious harm by spreading medical misinformation about currently administered vaccines that are approved and confirmed to be safe and effective by local health authorities and by the World Health Organization (WHO). This is limited to content that contradicts local health authorities' or the WHO's guidance on vaccine safety, efficacy, and ingredients.

## What this policy means for you

### If you're posting content

Don't post content on YouTube if it includes harmful misinformation about currently approved and administered vaccines on any of the following:

- **Vaccine safety:** content alleging that vaccines cause chronic side effects, outside of rare side effects that are recognized by health authorities

- **Efficacy of vaccines:** content claiming that vaccines do not reduce transmission or contraction of disease

- **Ingredients in vaccines:** content misrepresenting the substances contained in vaccines

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Keep in mind that this isn't a complete list. Please note these policies also apply to [external links](#) in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

## Examples

Here are some examples of content that's not allowed on YouTube:

- Claims that vaccines cause chronic side effects such as:
  - Cancer
  - Diabetes
  - Other chronic side effects
- Claims that vaccines do not reduce risk of contracting illness
- Claims that vaccines contain substances that are not on the vaccine ingredient list, such as biological matter from fetuses (e.g. fetal tissue, fetal cell lines) or animal byproducts
- Claims that vaccines contain substances or devices meant to track or identify those who've received them
- Claims that vaccines alter a person's genetic makeup
- Claims that the MMR vaccine causes autism
- Claims that vaccines are part of a depopulation agenda

- Claims that the flu vaccine causes chronic side effects such as infertility
- Claims that the HPV vaccine causes chronic side effects such as paralysis

## Educational, scientific, artistic, or testimonial content

YouTube may allow content that violates the misinformation policies noted on this page if that content includes additional context in the video, audio, title, or description. This is not a pass to promote misinformation. Additional context may include countervailing views from local health authorities or medical experts. We may also make exceptions if the purpose of the content is to condemn, dispute, or satirize misinformation that violates our policies. We may also make exceptions for content showing an open public forum, like a protest or public hearing, provided the content does not aim to promote misinformation that violates our policies.

YouTube also believes people should be able to share their own experiences, including personal experiences with vaccinations. This means we may make exceptions for content in which creators describe firsthand experiences from themselves or their family. At the same time, we recognize there is a difference between sharing personal experiences and promoting misinformation about vaccines. To address this balance, we will still remove content or channels if they include other policy violations or demonstrate a pattern of promoting vaccine misinformation.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If we can't verify that a link you post is safe, we may remove the link.

If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

## Additional resources

More information on vaccines, including their safety and efficacy, can be found below.

**Health Authority Vaccine Information:**

- Centers for Disease Control and Prevention (CDC)    (US)
- European Vaccination Information Portal    (EU)
- National Health Service    (UK)
- World Health Organization vaccine safety    (Global)
- World Health Organization vaccine preventable diseases    (Global)

**Additional Vaccine Information:**

- American Academy of Pediatrics    (US)
- GAVI, the Vaccine Alliance    (Global)
- UNICEF    (Global)

6/20/23, 11:01 AM
Case 3:23-cv-03880-TLT    Document 49-1    Filed 09/25/23    Page 24 of 197
YouTube information policy - YouTube Help

## Need more help?
Try these next steps:

**Post to the help community**
Get answers from community members

# EXHIBIT C-2

# COVID-19 medical misinformation policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. **Take the time to carefully read the policy below**. You can also check out this page for a full list of our guidelines.

YouTube doesn't allow content about COVID-19 that poses a serious risk of egregious harm.

YouTube doesn't allow content that spreads medical misinformation that contradicts local health authorities' (LHA) or the World Health Organization's (WHO) medical information about COVID-19. This is limited to content that contradicts WHO or local health authorities' guidance on:

- Treatment
- Prevention
- Diagnosis
- Transmission
- The existence of COVID-19

**Note**: YouTube's policies on COVID-19 are subject to change in response to changes to global or local health authorities' guidance on the virus. There may be a delay between new LHA/WHO guidance and policy updates given the frequency with which this guidance changes, and our policies may not cover all LHA/WHO guidance related to COVID-19.

Our COVID-19 policies were first published on May 20, 2020.

## What this policy means for you

### If you're posting content

Don't post content on YouTube if it includes any of the following:

**Treatment misinformation**:

- Content that encourages the use of home remedies, prayer, or rituals in place of medical treatment such as consulting a doctor or going to the hospital
- Content that claims that there's a guaranteed cure for COVID-19
- Content that recommends use of Ivermectin or Hydroxychloroquine for the treatment of COVID-19
- Claims that Hydroxychloroquine is an effective treatment for COVID-19
- Categorical claims that Ivermectin is an effective treatment for COVID-19
- Claims that Ivermectin and Hydroxychloroquine are safe to use in the prevention of COVID-19
- Other content that discourages people from consulting a medical professional or seeking medical advice

**Prevention misinformation**: Content that promotes prevention methods that contradict local health authorities or WHO.

- Claims that there is a guaranteed prevention method for COVID-19
  - Claims that any medication or vaccination is a guaranteed prevention method for COVID-19
- Content that recommends use of Ivermectin or Hydroxychloroquine for the prevention of COVID-19
- Claims that Ivermectin and Hydroxychloroquine are safe to use in the prevention of COVID-19
- Claims about COVID-19 vaccinations that contradict expert consensus from local health authorities or WHO

- Claims that an approved COVID-19 vaccine will cause death, infertility, miscarriage, autism, or contraction of other infectious diseases
- Claims that an approved COVID-19 vaccine will contain substances that are not on the vaccine ingredient list, such as biological matter from fetuses (e.g. fetal tissue, fetal cell lines) or animal products
- Claims that an approved COVID-19 vaccine will contain substances or devices meant to track or identify those who've received it
- Claims that COVID-19 vaccines will make people who receive them magnetic
- Claims that an approved COVID-19 vaccine will alter a person's genetic makeup
- Claims that COVID-19 vaccines do not reduce risk of serious illness or death
- Claims that any vaccine causes contraction of COVID-19
- Claims that a specific population will be required (by any entity except for a government) to take part in vaccine trials or receive the vaccine first
- Content that promotes the use of unapproved or homemade COVID-19 vaccines
- Instructions to counterfeit vaccine certificates, or offers of sale for such documents

**Diagnostic misinformation**: Content that promotes diagnostic information that contradicts local health authorities or WHO.

- Claims that approved COVID-19 tests are dangerous or cause negative physical health effects
- Claims that approved COVID-19 tests cannot diagnose COVID-19

**Transmission misinformation**: Content that promotes transmission information that contradicts local health authorities or WHO.

- Content that claims that COVID-19 is not caused by a viral infection
- Content that claims COVID-19 is not contagious
- Content that claims that COVID-19 cannot spread in certain climates or geographies
- Content that claims that any group or individual has immunity to the virus or cannot transmit the virus

**Content that denies the existence of COVID-19:**

- Denial that COVID-19 exists
- Claims that people have not died or gotten sick from COVID-19
- Claims that the death rate of COVID-19 is equal to or less than that of the common cold or seasonal flu
- Claims that COVID-19 is equal to or less transmissible than the common cold or seasonal flu
- Claims that the symptoms of COVID-19 are never severe

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Keep in mind that this isn't a complete list. Please note these policies also apply to [external links](#) in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

## Examples

Here are some examples of content that's not allowed on YouTube:

- Denial that COVID-19 exists
- Claims that people have not died from COVID-19
- Claims that any vaccine is a guaranteed prevention method for COVID-19
- Claims that a specific treatment or medicine is a guaranteed cure for COVID-19
- Claims that hydroxychloroquine saves people from COVID-19
- Promotion of MMS (Miracle Mineral Solution) for the treatment of COVID-19

- Claims that certain people have immunity to COVID-19 due to their race or nationality
- Encouraging taking home remedies instead of getting medical treatment when sick
- Discouraging people from consulting a medical professional if they're sick
- Content that claims that holding your breath can be used as a diagnostic test for COVID-19
- Videos alleging that if you avoid Asian food, you won't get the coronavirus
- Videos alleging that setting off fireworks can clean the air of the virus and will prevent the spread of the virus
- Claims that COVID-19 is caused by radiation from 5G networks
- Videos alleging that the COVID-19 test is the cause of the virus
- Claims that countries with hot climates will not experience the spread of the virus
- Claims that COVID-19 vaccines kill people who receive them
- Claims that COVID-19 vaccines are a means of population reduction
- Videos claiming that COVID-19 vaccines contain fetal tissue
- Claims that the flu vaccine causes contraction of COVID-19
- Claims that the flu is more contagious than COVID-19
- Claims that COVID-19 vaccines cause contraction of other infectious diseases or makes people more vulnerable to contraction of other infectious diseases
- Claims that COVID-19 vaccines contain a microchip or tracking device
- Claims that achieving herd immunity through natural infection is safer than vaccinating the population
- Claims that COVID-19 never causes serious symptoms or hospitalization
- Claims that the death rate from the seasonal flu is higher than the death rate of COVID-19
- Claims that people are immune to the virus based on their race
- Claims that children cannot or do not contract COVID-19
- Claims that there have not been cases or deaths in countries where cases or deaths have been confirmed by local health authorities or the WHO

## Educational, documentary, scientific or artistic content

We may allow content that violates the misinformation policies noted on this page if that content includes additional context in the video, audio, title, or description. This is not a pass to promote misinformation. Additional context may include countervailing views from local health authorities or medical experts. We may also make exceptions if the purpose of the content is to condemn, dispute, or satirize misinformation that violates our policies. We may also make exceptions for content showing an open public forum, like a protest or public hearing, provided the content does not aim to promote misinformation that violates our policies.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If we can't verify that a link you post is safe, we may remove the link.

If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

## Need more help?
Try these next steps:

**Post to the help community**
Get answers from community members

**EXHIBIT D**

# Medical misinformation policy

YouTube doesn't allow content that poses a serious risk of egregious harm by spreading medical misinformation that contradicts local health authorities' (LHAs) or the World Health Organization's (WHO) guidance about specific health conditions and substances. This policy includes the following categories:

- Prevention misinformation
- Treatment misinformation
- Denial misinformation

**Note:** YouTube's medical misinformation policies are subject to change in response to changes to guidance from health authorities or WHO. There may be a delay between new LHAs/WHO guidance and policy updates, and our policies may not cover all LHA/WHO guidance related to specific health conditions and substances.

## What this policy means for you

**Don't post content on YouTube if it includes any of the following:**

**Prevention misinformation:** We do not allow content that promotes information that contradicts health authority guidance on the prevention or transmission of specific health conditions, or on the safety, efficacy or ingredients of currently approved and administered vaccines.

**Treatment misinformation:** We do not allow content that promotes information that contradicts health authority guidance on treatments for specific health conditions, including promotion of specific harmful substances or practices that have not been approved by local health authorities or the World Health Organization as safe or effective, or that have been confirmed to cause severe harm.

**Denial misinformation:** We do not allow content that denies the existence of specific health conditions.

These policies apply to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Keep in mind that this isn't a complete list. Please note these policies also apply to external links in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

## Examples

Here are some examples of content that's not allowed on YouTube. This isn't a complete list.

**Prevention misinformation**

Harmful substances & practices as prevention methods

- Promotion of the following substances and treatments that present an inherent risk of severe bodily harm or death:
  - Miracle Mineral Solution (MMS)
  - Black Salve
  - Turpentine
  - B17/amygdalin/peach or apricot seeds
  - High-grade hydrogen peroxide
  - Chelation therapy to treat autism
  - Colloidal silver
  - Ozone therapy

- Gasoline, diesel and kerosene
- Content that promotes use of Ivermectin or Hydroxychloroquine for the prevention of COVID-19.

---

## Guaranteed prevention misinformation

- Claims that there is a guaranteed prevention method for COVID-19.
- Claims that any medication or vaccination is a guaranteed prevention method for COVID-19.

---

## Vaccine misinformation

- Claims that contradict health authority and World Health Organization guidance on **safety, efficacy** and **ingredients of currently administered and approved vaccines**.
  - **Vaccine safety:** Content alleging that vaccines cause chronic side effects, such as cancer or paralysis, outside of rare side effects that are recognized by health authorities.
    - Examples:
      - Claims that the MMR vaccine causes autism.
      - Claims that any vaccine causes contraction of COVID-19.
      - Claims that vaccines are part of a depopulation agenda.
      - Claims that the flu vaccine causes chronic side effects such as infertility, or causes contraction of COVID-19.
      - Claims that the HPV vaccine causes chronic side effects such as paralysis.
      - Claims that an approved COVID-19 vaccine will cause death, infertility, miscarriage, autism, or contraction of other infectious diseases.
      - Claims that achieving herd immunity through natural infection is safer than vaccinating the population.
      - Content that promotes the use of unapproved or homemade COVID-19 vaccines.
  - **Vaccine efficacy:** Content claiming that vaccines do not reduce transmission or contraction of disease.
    - Examples:
      - Claims that vaccines do not reduce risk of contracting illness.
      - Claims that vaccines do not reduce the severity of illness, including hospitalization or death.
      - Claims that any vaccine is a guaranteed prevention method for COVID-19.
  - **Ingredients in vaccines:** Content misrepresenting the ingredients contained in vaccines.
    - Examples:
      - Claims that vaccines contain substances that are not on the vaccine ingredient list, such as biological matter from fetuses (e.g. fetal tissue, fetal cell lines) or animal byproducts.
      - Claims that vaccines contain substances or devices meant to track or identify those who've received them.
      - Claims that vaccines alter a person's genetic makeup.
      - Claims that vaccines will make people who receive them magnetic.

**Additional resources**

More information on vaccines, including their safety and efficacy, can be found below.

Health authority vaccine information:

- [Centers for Disease Control and Prevention (CDC)](#) (US)
- [European Vaccination Information Portal](#) (EU)
- [National Health Service](#) (UK)

- Korea Disease Control and Prevention Agency (Korea)
- National Health Mission (India)
- MHLW Immunization Information (Japan)
- National Vaccination Calendar (Brazil)
- Universal Vaccination Program (Mexico)
- World Health Organization vaccine safety (Global)
- World Health Organization vaccine preventable diseases (Global)

Additional vaccine information:

- American Academy of Pediatrics (US)
- GAVI, the Vaccine Alliance (Global)
- UNICEF (Global)

## Transmission information

- Content that promotes transmission information that contradicts local health authorities or the World Health Organization.
  - Content that claims that COVID-19 is not caused by a viral infection.
  - Claims that COVID-19 is caused by radiation from 5G networks.
  - Content that claims COVID-19 is not contagious.
  - Content that claims that COVID-19 cannot spread in certain climates or geographies.
  - Content that claims that any group or individual has immunity to the virus or cannot transmit the virus.

## Treatment misinformation

### Harmful substances & practices as treatment methods

- Promotion of the following substances and treatments that present an inherent risk of severe bodily harm or death.
  - Miracle Mineral Solution (MMS)
  - Black salve
  - Turpentine
  - B17/amygdalin/peach or apricot seeds
  - High-grade hydrogen peroxide
  - Chelation therapy to treat autism
  - Colloidal silver
  - Ozone therapy
  - Gasoline, diesel and kerosene
- Content that recommends the use of specific methods for the treatment of cancer when those have not been approved by local health authorities or the World Health Organization as safe or effective or have been confirmed to be harmful or ineffective for cancer treatment.
  - Examples:
    - Content that promotes the use of the following methods for the treatment of cancer, outside of clinical trials:
      - Caesium chloride (cesium salts)
      - Hoxsey therapy
      - Coffee enema
      - Gerson therapy

- Content that claims that the following methods are safe or effective for the treatment of cancer, outside of clinical trials:
  - Antineoplaston therapy
  - Quercetin (intravenous injection)
  - Methadone
  - Over-the-counter chelation therapy
- Content that promotes use of Ivermectin or Hydroxychloroquine for the treatment of COVID-19.

## Guaranteed treatment misinformation

- Content that claims that there is a guaranteed cure for cancer outside of approved treatment.
- Content that claims that there is a guaranteed cure for COVID-19.

## Harmful alternative methods & discouragement of professional treatment

- Content that claims that approved treatments for cancer are never effective.
  - Examples:
    - Content that claims that approved treatments for cancer, such as chemotherapy or radiation, are never effective.
    - Content that discourages people from seeking approved treatments for cancer.
- Claims that alternative treatments are safer or more effective than approved treatments for cancer.
  - Content that claims that juicing has better results than chemotherapy in treating cancer.
- Content that recommends alternative treatments in place of approved treatments for cancer.
  - Content that promotes diet and exercise instead of seeking approved treatment for cancer.
- Discouraging people from consulting a medical professional or seeking medical advice if they're sick with COVID-19.
- Content that encourages the use of home remedies, prayer, or rituals in place of medical treatment for COVID-19 such as consulting a doctor or going to the hospital.
- Content that contradicts local health authorities' or the World Health Organization's guidance on the safety of chemical and surgical abortion:
  - Claims that abortion causes breast cancer.
  - Claims that abortion commonly results in or carries a high risk of infertility or future miscarriage.
- Promotion of alternative abortion methods in place of chemical or surgical methods deemed safe by health authorities.
- Promotion of alternative formulas for infants in place of breast milk or commercial formula.

**Denial misinformation**

- Content that denies the existence of COVID-19 or that people have died from COVID-19.
  - Examples:
    - Denial that COVID-19 exists
    - Claims that people have not died or gotten sick from COVID-19
    - Claims that there have not been cases or deaths in countries where cases or deaths have been confirmed by local health authorities or the WHO

# Educational, documentary, scientific or artistic content

We may allow content that violates the misinformation policies noted on this page if that content includes additional context in the video, audio, title, or description. This is not a pass to promote misinformation. Additional context may include countervailing views from local health authorities or medical experts. We may also make exceptions if the purpose of the content is to condemn, dispute, or satirize misinformation that violates our policies. We may also make exceptions for content discussing the results of a specific medical study, or showing an open public forum, like a protest or public hearing, provided the content does not aim to promote misinformation that violates our policies.

YouTube also believes people should be able to share their own experiences, including personal experiences with vaccinations, for example. This means we may make exceptions for content in which creators describe firsthand experiences from themselves or their family. At the same time, we recognize there is a difference between sharing personal experiences and promoting misinformation. To address this balance, we will still remove content or channels if they include other policy violations or demonstrate a pattern of promoting medical misinformation.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If we can't verify that a link you post is safe, we may remove the link.

If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

---

Need more help?

Try these next steps:

Post to the help community
Get answers from community members

# EXHIBIT E-1



# How Political Ads and Video Content Influence Voter Opinion

**Written by**
Kate Stanford

**Published**
March 2016

**Topics**
Video, Government &
Education, Advertising

There are so many major moments that lead up to Election Day: debates, caucuses, primaries. But the moments that matter most won't make major headlines. They'll happen quietly and quickly in micro-moments, when undecided voters become decided voters, often by going online.



V oter decisions used to be made in living rooms, in front of televisions. Today, they're increasingly made in micro-moments, on mobile devices. Election micro-moments happen when voters turn to a device to learn about a candidate, event, or issue.

Today's voters want a quick way to catch up on the latest elections buzz and they've found it in online video. Since April 2015, people have watched more than 110 million hours of candidate- and issues-related content on YouTube. That's 100X the amount of time it would take to watch all content ever aired on CNN, C-Span, MSNBC, and Fox News combined.[1] Whether voters are looking for a debate sound bite, instructions on how to vote, or Stephen Colbert's latest burn, they turn to YouTube.

## Since April 2015, people have watched more than 110 million hours of candidate- and issues-related content on YouTube. That's 100X the amount of time it would take to watch all content ever aired on CNN, C-Span, MSNBC, and Fox News combined.

In fact, searches for election-related content on YouTube have grown by nearly 4X since presidential candidates started making their announcements last April.[2] And voters of all ages—not just young people—turn to YouTube in their I-want-to-know moments. While 59% of people who turn to online video to learn more about the candidates are under the age of 35, one in four are over the age of 45.[3]

So, how can candidates win these micro-moments to win in November? As the season heats up, here are three ways all candidates—whether they're running for a local seat, Congress, or the presidency—can meet voters in their micro-moments:

## 1. Be there: What online video trends reveal about voter micro-moments

Being there for voters in critical micro-moments means knowing what they're looking for. To get a map of voter wants and needs when it comes to video, we use Google Trends and filter by YouTube.

Here's a look at the trending topics since the presidential candidates launched their campaigns in April 2015 and how much search volume has grown on those topics.

Source: Google data, U.S., YouTube search interest in top issues, April 2015–February 2016.

Top Video Search Trends for Political Issues

| Political Issue | Increase in searches since April 2015 |
|---|---|
| Refugees | +224% |
| Immigration | +51% |
| Gun Control | +27% |
| Economy | +22% |
| Health Care | +10% |

As you look at what voters want, ask yourself: Do I have the video content to answer their queries? Are my videos showing up for voters experiencing micro-moments on YouTube?

In Nevada, Hillary Clinton's campaign answered "yes" to both of those questions. First, her campaign created a moving video ad about the second issue on the list above: immigration. Then, the campaign used standard targeting features to try to reach voters who might be interested in the issue:



Thanks to the TrueView "skip" button, campaigns can get immediate feedback: Did viewers skip the ad, or choose to watch it? Based on that feedback, campaigns are able to adjust TrueView ads midflight. As The Wall Street Journal noted recently from the perspective of the Ted Cruz campaign, TrueView ads "offer the closest parallel to the power to persuade voters offered by classic TV ads, but allow for much better targeting."

## 2. Be useful and quick: How candidates' video content helps when micro-moments happen

Timing is everything when it comes to micro-moments. Voters don't just want the right content—they want it right now. While micro-moments can happen at any time, we see spikes in interest around key decision-making moments. Take the Iowa caucuses, for example, when voters went to YouTube to get informed: Watch Time Trends for Videos Related to the Iowa Caucuses



Watch Time Trends for Videos
Related to the Iowa Caucuses

Video Watch Time

Source: Google data, U.S., classification as a
candidate-related "Iowa caucuses" video was
based on public data such as headlines, tags, etc.,
and may not account for every such video available
on YouTube, January 15–February 7, 2016.

The chart above shows watch time before, during, and after the Iowa caucuses. The first major spike was driven by people coming to YouTube to catch up on video of recent debates and town halls. The second was driven by people watching Donald Trump's caucus speech. Both are micro-moments experienced by voters en masse.

But it's not just political events, like debates and caucuses, that are shaping election watch time trends. Timely, cultural conversations spark voter micro-moments, too. For example, the week after same-sex marriage was legalized, watch time for related videos grew by 23X compared to the average of the three weeks prior: Watch Time Trends for Videos Related to Same-Sex Marriage



Watch Time Trends for Videos
Related to Same-Sex Marriage

**Same-sex marriage legalized**
Jun. 26

● Video Watch Time

Source: Google data, U.S., classification as a
candidate and issues-related "same-sex
marriage" video was based on public data
such as headlines, tags, etc., and may not
account for every such video available on
YouTube, June 2015–July 2015.

6/16/15                              7/1/15                    7/11/15

Some candidates are getting out in front of these micro-moments with
event- or issue-related content, combined with more targeted ads. In
an effort to get out the vote, Donald Trump's "Find Your Iowa Caucus
Location" video and Bernie Sanders' "How to Caucus in Iowa" explained to
Iowans how to register and caucus:





The Trump and Sanders campaigns knew voters would head to YouTube to ask "how to caucus" ahead of Iowa, and they were ready with two simple videos that offered step-by-step instructions. Talk about a decision-making moment: These videos could have meant the difference between showing up for your candidate on caucus day or staying home.

### 3. Be Influential: Who influences voter opinion in micro-moments

We've talked about understanding what voters are looking for in election micro-moments and when those moments occur most. But who carries the most sway in these moments? More than half of daily YouTube users ages 18–49 say their personal opinions (including politics) have been influenced by YouTube creators.[4]

Savvy politicians have taken advantage of YouTube creators' influence, taking interviews with them or partnering on videos to share in the dialogue. Six YouTube creators interviewed President Obama after his last two State of the Union addresses. And this election season, politicians are acting more like creators themselves. For example, Marco Rubio published several videos that are more in the style of creator Casey Neistat's "Ask Me Anything" videos than typical campaign TV ads:



Creators are, ultimately, master listeners. The most influential creators on YouTube listen for audience questions and create content that answers them. The most influential politicians on YouTube do, too.

At a time when politicians and pundits are asking, "Do Political TV Ads Still Work?," YouTube trends show that online video is now table stakes for political campaigns. In our connected world, video works hardest when it answers a need or want that voters experience in election micro-moments.

These micro-moments might occur before, during, or after a debate or in reaction to a cultural event. They might happen when voters need a question answered fast, like "how to caucus in Iowa." Politicians can have extra influence in micro-moments by working alongside creators or taking a page out of their playbooks, as Marco Rubio did.

Micro-moments are shaping the electorate in 2016. I, for one, can't wait to find out which candidate won the most micro-moments—who met the most voters in their decision-making moments on YouTube. We'll find out on November 8.

*Dive into the data to learn more about voter micro-moments with The Presidential Elections on YouTube - Trends Report 2016.*

## Sources

1 Google data, U.S., classification as election "candidates" and "issues" was based on public data such as headlines and tags, and may not account for every such video available on YouTube. Content broadcast by CNN, C-SPAN, Fox News, and MSNBC was estimated by adding the number of days since their first broadcast. April 2015–February 2016.

2 Google data, U.S., YouTube search interest related to election candidates and issues, April 2015–February 2016.

3 Google/Ipsos Connect, Google Elections Omnibus, U.S. adults 18+, n=2,022, January 2016.

4 Google/Ipsos Connect, "The YouTube Generation" study", U.S., 18–49 year-olds, n=1,125, November 2015

**EXHIBIT E-2**



Advisor    Business                                                          Advertiser Disclosure

# Top Social Media Statistics And Trends Of 2023

**By  Belle Wong, J.D.**                               **Cassie Bottorff**
Contributor                                      Editor     Reviewed By

Updated: May 18, 2023, 2:09pm

Editorial Note: We earn a commission from partner links on Forbes Advisor. Commissions do not affect our editors' opinions or evaluations.



Getty

## Table of Contents ⌄

Recent announcements at Google I/O have propelled social media into an even larger share of the web spotlight. Platforms such as TikTok, Instagram, Facebook and YouTube are poised to become powerful marketing stages for your brand to interact with your audience.

And these major changes in search mean it's now crucial for marketers and small businesses to understand current social media trends and evolving user behaviors on these platforms. Our

Case 3:23-cv-03880-TLT Document 49-1 Filed 09/25/23 Page 48 of 197

# Key Social Media Statistics

## In 2023, an estimated 4.9 billion people use social media across the world

The number of social media users worldwide has swelled to a record 4.9 billion people globally. What's more, this number is expected to jump to approximately 5.85 billion users by 2027.[1]

These aren't users tied to a single platform, either: The average user now spreads their digital footprint across a staggering six to seven platforms every month—highlighting the need for a multi-platform approach to social media marketing.

## Featured Partner



Advertisement ⓘ

| Nextiva | |
|---|---|
| **Learn More** | |
| On Nextiva's Website | |
| Pricing | $149.99/ per month (Includes Social & Reputation) |
| Free Option | No |
| Supported Platforms | Facebook, Instagram, Twitter, Yelp!, YouTube, LinkedIn, Google Business Reviews, WhatsApp, Amazon Review |

## The social media app market in 2022 was valued at $49.09 billion

This number isn't expected to stay stagnant, though, with forecasts predicting a compound annual growth rate (CAGR) of 26.2% from 2023 to 2030.[2] The driving force? The increasing global adoption of 5G technology. Social media platforms will need to continuously evolve to meet the

## The most used social media platform in the world is Facebook, with 2.9 million monthly active users across the world

Facebook's reign continues into 2023, but it doesn't stand alone. YouTube is hot on its heels, clocking in with 2.5 million monthly active users.[3]

These staggering numbers aren't just statistics, either. They highlight the expansive influence and potential of social media platforms. The takeaway for marketers? To harness the increasing power of social, marketing strategies will need to leverage these platforms effectively to engage with audiences. Using social media management tools effectively is crucial to capturing this traffic.



### Monthly Active Users by Social Media Platform (in millions)
Source: Statista

Source: Forbes Adivsor • Embed

**Forbes** ADVISOR

## Facebook is the most visited social media site in America

The numbers back this up: Facebook commands 53% of all social media site visits in the United States.[3] It's a supremacy that remains unchallenged to date. Other platforms, despite their individual strengths and popularity, continue to find themselves in Facebook's shadow across desktop, mobile and tablet devices. This means Facebook remains essential for marketers aiming to capture and engage American audiences.

## People in the U.S. have an average of 7.1 social media accounts

Americans aren't far behind, with 7.1 accounts—in between the high of 11.5 accounts in India and Japan's more modest 3.8. These stats illustrate the broad and complex multi-platform landscape facing social media marketers.

## Social Media Usage Statistics

### The average person spends about 145 minutes on social media every day

Time is a precious commodity. So it's significant that the average person globally spends a significant portion of their day—about 145 minutes—on social media. Interestingly, Americans fall slightly below this average, clocking in at 2 hours and 7 minutes daily.[4]

To put this into perspective, if the average person maintained this usage over an average life span of 73 years, the end result is an astonishing 5.7 years spent on social media platforms.[7] For marketers, these numbers highlight the reach and potential of an effective social media strategy.

### The most engaging type of content on social media is short-form videos

Both brevity and authenticity are winning the day on social media, with short-form videos—typically less than a minute in length—capturing the attention of 66% of consumers. Highly shareable, these bite-sized videos are 2.5 times more engaging than longer videos, and 34% of consumers appreciate the more genuine nature of the shorter form.[5]

### The most common way people access social media is a mobile device

It comes as no surprise that the majority of people are tapping into social media through their mobile devices, but the number itself might raise some eyebrows: 99% use a tablet or smartphone to connect to social media, while 78% do so exclusively from their phones. At 1.32%, desktop social media users are dwarfed by their mobile-loving counterparts.[4] It's clear, then: mobile-focused social media strategies are key. Make sure that when you create a website for your business, you utilize a website builder that can reflexively optimize your site for both desktop and mobile experiences.

### The country where people spend the most average hours on social media is Nigeria

Nigeria tops the global charts in social media use, with its citizens averaging more than four hours a day on social networks—far surpassing the global daily average of 2 hours and 27 minutes.[3] Other emerging markets with youthful demographics such as the Philippines and India also show

# Social Media Platforms Statistics

### TikTok generated $350 million in revenue in Q4 of 2022

TikTok made headlines in Q4 2022, generating $350 million in revenue, easily outperforming—to the tune of $205 million—Facebook, Instagram, Twitter and Snapchat combined.[6] For marketers who've been sitting on the fence about TikTok, these stats are a clear sign of the platform's significant potential.

### 52% of internet users use YouTube as least once a month

YouTube's numbers reflect its expansive reach, with 52% of internet users accessing the video-sharing giant at least once a month. As of 2023, the platform boasts 2.68 billion active users, as well as 80 million YouTube Premium subscribers. It's also established itself as the second-largest search engine in the world, next to its parent Google.[1]

### 84% of people aged 18 to 29 use at least one social media site

Social media usage has typically skewed toward the younger demographic, with 84% of those aged 18 to 29 and 81% of people between 30 to 49 actively using at least one social media site. But this active usage trend continues in the older demographics as well, with 73% in the 50 to 64 range and a somewhat surprising 45% of those in the 65-plus group.[7]

The takeaway? This evolution of social media to better mirror the demographics of the broader overall population emphasizes the importance of age-differentiated strategies when planning out social media campaigns.

## Percentage of each age group that uses at least one social media site
Source: PewResearch

| | |
|---|---|
| 18-29 | 84% |
| 30-49 | 81% |
| 50-64 | 73% |
| 65+ | 45% |



## The average CTR of ads across social media was 1.21% in 2022

Data from 2022 shows that the average click-through rate (CTR) across all social media platforms was 1.21%—a slight dip from the previous year's CTR of 1.3%.[3] Despite this minor decline, the numbers highlight the continuing need to create compelling social media ad campaigns to maximize engagement and conversion.

## 77% of businesses use social media to reach customers

Businesses are often among the first to leverage the power of new technology, so it makes sense that, in an increasingly digital business landscape, 77% of small businesses use social media to connect with their customers. In addition to building brand awareness (44%), a significant number of small businesses—41%—also depend on social media as a revenue driver.[8]

## 90% of users follow at least one brand on social media

Social media's reach is everywhere these days, as evidenced by the 90% of social media users who are following at least one brand.[9] It's a powerful illustration of the shift in consumer behavior towards more direct and engaged relationships with brands—and a strong indication of the importance of brands' strong social media presence to establish and maintain brand loyalty.

## 76% of social media users have purchased something they saw on social media

While the purchase pathway varies—with 11% buying immediately, 44% deferring online purchases for later and 21% opting to buy in-store—the 76% of users who have bought a product based on a brand's social media post reflects how social media has changed the face of retail.[10]

# Influencer Statistics

## Half of Millennials trust influencers' product recommendations

In a twist of trust worthy of prime-time consideration, 50% of Millennials place their faith in social media influencers' product recommendations, surpassing their trust in their favorite celebrities, which stands at 38%.[11] The key driver behind this trust? Authenticity: An impressive 88% of Millennials say they value authenticity in the influencers they follow—laying out a clear framework, rooted in relatability and sincerity, for marketers to follow.

## 3.8 million posts on Instagram had the hashtag "ad" in 2021

Instagram saw an impressive uptick in ad content in 2021, with 3.8 million posts worldwide donning the #ad hashtag—a significant 27% hike from the 3 million reported by the social media

## Influencer spending hit $4.14 billion in 2022

Influencer marketing took a quantum leap in 2022, as expenditure in this realm skyrocketed to $4.14 billion.[3] It's an impressive number, marking an increase of around a billion dollars from the previous year's numbers. With this kind of trajectory, the future looks bright for influencer marketing.

## The minimum average cost of a sponsored YouTube video with 1 million views is $2,500

On the YouTube sponsorship landscape, 2022 saw an average minimum price tag of $2,500 for videos garnering over a million views. Videos that racked up between 500,000 to a million views came in at a more modest $1,105—and a more hefty average maximum price of $16,234.[3]

## The minimum average cost of an Instagram post with 1 million followers is $1,200

Influencers on Instagram with over a million followers saw their star power translate into posts that fetched an average minimum price of $1,200 in 2021. Macro-influencers (with followers ranging from 100,000 to a million), meanwhile, settled for a lower average minimum cost of $185 per post, with potential to escalate to an average maximum cost of $2,500.[3]

## The minimum average cost of a Tik Tok post with 1 million followers is $1,034

TikTok mega-influencers, with a fan base of over a million followers, commanded an average minimum price of $1,034 per video. Macro-influencers on the platform, with followings of between 100,000 to a million, saw a lower average minimum of $151 per post, with the possibility of netting an average maximum of $793.[3]

# Social Media and Mental Health Statistics

## 39% of social media users report that they are addicted to social media

A whopping 39% of U.S. online users admit to feeling the addictive pull of the digital rabbit hole that is social media, with 9% of these users agreeing completely with the statement "I am addicted to social media."[3] It appears a sizable proportion of users find the dopamine-fueled allure of social media difficult to resist.

## Research shows that there is a correlation between social media use and depression for adolescents

Researchers have also found that social media can foster diverse friendships and provide easily accessible support.[12]

There's even the potential for social media to serve as a crucial tool in the early detection of depressive signs.[12] Overall, there's a definite need for a nuanced understanding of the complex relationship between social media and adolescent mental health and the development of targeted interventions.

### 67% of adolescents report feeling worse about their own lives as a result of their social media use

Social media is a complex web for today's teens: While 67% feel a dip in self-esteem as they compare their lives with the filtered "realities" they see on social media, 73% report finding solace and support on these platforms during tough times.[13] It's a delicate balance that reflects the multifaceted impact of social media on young lives.

### Adolescents who spend more than three hours a day on social have an increased risk of mental health struggles

For many teens, social media can be a slippery slope leading to mental health issues. Research has found that teens who spend over three hours daily on social media platforms are more likely to internalize problems—suggesting that excessive social media use could be silently contributing to adolescent mental health struggles.[14]

Potential solutions? Limiting social media time, increasing media literacy and redesigning platforms might be keys to healthier digital interactions to counter this troubling trend.

## Social Media Trends for 2023

### As of April 2023, the fastest-growing social media platform is BeReal

BeReal has been lighting up the social media stage, with a 313% surge in user interest reflecting a rapid climb from 0.7% to 2.8% usage. Here's the real headline: BeReal's 1,200% increase in Gen Z usage.[15] Whether its commitment to authentic, unfiltered content will prevail against the threat of imitation and potential obscurity is still to be seen.

### 81% report that social media increases accountability for businesses

Today's brands are held to a higher standard than friends, family and even politicians, with a staggering 81% of individuals believing social media has raised the bar for business accountability.

foster strong brand-consumer bonds.

## Featured Partner

Advertisement ⓘ



¹   **Nextiva**

**Learn More**

On Nextiva's Website

| Pricing | $149.99/ per month (Includes Social & Reputation) |
| Free Option | No |
| Supported Platforms | Facebook, Instagram, Twitter, Yelp!, YouTube, LinkedIn, Google Business Reviews, WhatsApp, Amazon Review |

## The social media advertising market is expected to reach $207 billion in 2023

Ready, set, launch: The social media advertising market is set to soar to an astounding $207.10 billion in 2023, with an impressive 4.53% annual growth rate projected to take the market even higher, to $247.30 billion by 2027.[3] It's a bright-looking future that offers plenty of untapped opportunities for brands and marketers alike.

## The Bottom Line

Social media is about more than just apps and platforms: It's a digital environment that's clearly reshaping the world of marketing. Platforms such as TikTok, Instagram, Facebook and YouTube are the arenas where your brand can truly connect, engage and grow with your audience. With our 2023 social media statistics as a road map, embrace the evolution of social media and watch your brand story unfold in captivating ways.

Visit our hub to view more statistic pages.

1. DemandSage
2. Grand View Research
3. Statista
4. Backlinko
5. SproutSocial
6. Forbes
7. Pew Research
8. Score.org
9. Instagram
10. Retail TouchPoints
11. Morning Consult
12. NCBI
13. Healio
14. Jama Psychiatry
15. Hubspot

☐ Was this article helpful?

SHARE YOUR FEEDBACK

BUYING GUIDES

Best VPN Services

Best Project Management Software

Best Web Hosting Services

Best Antivirus Software

Best LLC Services

Best POS Systems

Best Business VOIP Services

Best Conference Calling Services

Best Credit Card Processing Companies

Best CRM Software for Small Business

9/4/23, 10:57 AM    Top Social Media Statistics And Trends Of 2023 – Forbes Advisor

Case 3:23-cv-03880-TLT    Document 49-1    Filed 09/25/23    Page 57 of 197

Best Business Loans

GUIDES

How to Start a Business?

How To Make A Website For Your Brand Or
Small Business

How To Trademark A Name

What Is An LLC?

How To Set Up An LLC In 7 Steps

What is Project Management?

Why Use a VPN?

# Next Up In Business

Best VPN Services

Best Project Management Software

Best Web Hosting Services

Best Antivirus Software

Best LLC Services

Best POS Systems For Small Business

# More from **Forbes** ADVISOR



### What Is The Five Eyes Alliance?

By **Kathy Haan** Contributor



### Coda vs. Notion (2023 Comparison)

By **Anna Baluch** Contributor



**What Is Mobile Security? Definition & Best Practices**
By **Shweta** Contributor



**How To Get A Business License In Indiana (2023)**
By **Jacqueline Nguyen, Esq.** Contributor



**What Is EDR? Endpoint Detection & Response**
By **Shweta** Contributor



**Confluence vs. Jira (2023 Comparison)**
By **Anna Baluch** Contributor

brokerage services, nor do we recommend or advise individuals or to buy or sell particular stocks or securities. Performance information may have changed since the time of publication. Past performance is not indicative of future results.

Forbes Advisor adheres to strict editorial integrity standards. To the best of our knowledge, all content is accurate as of the date posted, though offers contained herein may no longer be available. The opinions expressed are the author's alone and have not been provided, approved, or otherwise endorsed by our partners.



**Belle Wong, J.D.**

Contributor

Belle Wong is a freelance writer specializing in small business, personal finance, banking, and tech/SAAS. She spends her spare moments testing out the latest productivity apps and plotting her latest novel. Connect with Belle on LinkedIn or Twitter.



© 2023 Forbes Media LLC. All Rights Reserved.

AdChoices    Privacy Statement    Terms and Conditions    About Us    Contact Us    Careers    Coupons

Newsroom    Forbes Quote of the Day    Advertise

Cookie Preferences

**EXHIBIT F**

| From: | Flaherty, Rob EOP/WHO ████████████████████████████████████ |
| Sent: | 4/22/2021 12:05:16 AM |
| To: | ████████████@google.com]; █████████@google.com]; ████████@google.com]; ███████@google.com; ███████@google.com; ██████@google.com; ████████@google.com] |
| CC: | Slavitt, Andrew M. EOP/WHO ████████@who.eop.gov]; Humphrey, Clarke EOP/WHO ████████@who.eop.gov]; Fitzpatrick, Kelsey V. EOP/WHO ████████@who.eop.gov] |
| Subject: | Following Up on Today's Conversation |

All – Thanks again for the conversation today.

We'll look out for the top trends that you've seen in terms of misinformation around the vaccine.

To recap: As we move away from a supply problem toward a demand problem, we remain concerned that Youtube is "funneling" people into hesitance and intensifying people's hesitancy. We certainly recognize that removing content that is unfavorable to the cause of increasing vaccine adoption is not a realistic – or even good – solution. But we want to be sure that you have a handle on vaccine hesitancy generally and are working toward making the problem better. This is a concern that is shared at the highest (and I mean highest) levels of the WH, so we'd like to continue a good-faith dialogue about what is going on under the hood here. I'm the on the hook for reporting out.

Just before we were meeting, this article from Buzzfeed popped, highlighting the Youtube misinformation that is spreading through the Vietnamese community. I think this brings up a question that I had in our first meeting about your capabilities around misinformation in non-english-speaking communities. Clearly, more work to be done here. Would love to get some insights from you on how you are tackling this problem across all languages – how your enforcement has differed in languages and what your road map to improvement is.

A couple of other things it would be good to have from you all:

•       As mentioned up top, the top trends that you're seeing in terms of misinformation/hesitance inducing content (Stanford has mentioned that it's recently Vaccine Passports and J&J pause-related stuff, but I'm not sure if that reflects what you're seeing)

•       A deeper dive on reduction and its effectiveness. It's helpful that you mentioned that watch time is your key metric. I believe you said you reduced watch time by 70% on "borderline" content, which is impressive. Obviously, the term "borderline" is moveable, but taking it for what it is: How does that track with vaccine-related content specifically (removing the "UFO stuff"). What has the comparative reduction in watch time on "borderline" vaccine topics been after your interventions? And what has the increase in watch time been on authoritative information?

•       I appreciated your unequivocal response that you are not recommending anti-vaccine content and you are lifting authoritative information in both search and recommendations to all audiences.  Related to the second bullet: to what extent have your ranking interventions been effective there? And, perhaps more critically, to what degree is content from people who have been given a "strike" still being recommended and shown in prominent search positions?

•       I feel like I am not coming away with a very clear picture of how you're measuring the effectiveness of uplifting authoritative information. I obviously buy the theory – but how did you arrive on info-panels as the best intervention? And to what extent are people clicking through after exposure to vaccine-hesitant content? What are you doing mechanically to boost the authoritative information? When you have relevant influencers speak to experts, I imagine (hope?) it's not just putting the content out there and that you're recommending it to people for whom it would be most relevant. How does that work?

•       What are the general vectors by which people see the "borderline" content – or really just vaccine-skeptical content? Is it largely through recommendations? Search?

We are excited to continuing partnering with you on this work as we have via ████████████ but we want to make sure that the work extends to the broader problem. Needless to say, in a couple of weeks when we're having trouble

getting people to get vaccinated, we'll be in the barrel together here. We've worked with a number of platform partners to track down similar information based on internal data, including partners of similar scale. I am feeling a bit like I don't have a full sense of the picture here. We speak with other platforms on a semi-regular basis. We'd love to get in this habit with you. Perhaps bi-weekly?

Looking forward to more conversation.

-Rob

**Rob Flaherty**
Director of Digital Strategy
The White House
Cell:

**EXHIBIT G**

**OSG**. Subject to and without waiving any of the foregoing objections, and based on a reasonable inquiry under the circumstances of abbreviated, expedited discovery, OSG responds that the following meetings took place with the Social-Media Platforms relating to Misinformation:

- On May 25, 2021, from 4:30 to 5:00 pm ET, Dr. Vivek Murthy from OSG and Andy Slavitt from the White House met remotely with Nick Clegg from Facebook. The purpose of the call was to introduce Dr. Murthy to Mr. Clegg. Misinformation may have been discussed.

- On July 12, 2021, from 3:00 pm to 3:30 pm ET, Eric Waldo from OSG met remotely with Lauren Culberton and Todd Boyle from Twitter. Kyla Fullenwider from U.S. Digital Response was invited and may have also attended. The meeting provided notice of the upcoming OSG Advisory and a high-level view of what issues OSG would be prioritizing in the Advisory.

- On July 14, 2021, from 3:00 pm to 3:30 pm ET, Eric Waldo from OSG met remotely with Kevin Kane from YouTube, Jan Antonaros from Google, and Ariel Altman from YouTube. The meeting provided notice of the upcoming OSG Advisory and a high-level view of what issues OSG would be prioritizing in the Advisory.

- On July 16, 2021, from 3:00 pm to 3:30 pm ET, Eric Waldo from OSG and Kyla Fullenwider from U.S. Digital Response met remotely with Payton Iheme and Justine Isola from Facebook. Kate Thornton and Brian Rice from Facebook were invited and may have also attended. The meeting discussed the newly issued OSG Advisory.

- On July 23, 2021, from 1:30 pm to 2:00 pm ET, Dr. Vivek Murthy and Eric Waldo from OSG, and D.J. Patil (who OSG understands to be a then part-time consultant

supporting the Office of Science Technology and Policy) met remotely with Nick Clegg and (very likely) Brian Rice from Facebook. The meeting discussed a recent e-mail from Mr. Clegg to Dr. Murthy concerning recent public comments by the Administration about Facebook.

- On July 30, 2021, from 2:00 pm to 2:30 pm ET, Eric Waldo from OSG met with Kevin Kane from YouTube, Lauren Kelly from Google, and Jan Antonaros from Google. The topics discussed included YouTube/Google following up on the announcement of the OSG Advisory to share more of the work it was doing around health mis- and disinformation.

- As indicated by MOLA_DEFSPROD_00007276, on August 10, 2021, there was a call between Eric Waldo from OSG, Robert Flaherty from EOP, and personnel from Facebook that discussed, as stated in the document, "an operation [Facebook] uncovered that is related to vaccine misinformation."

- As indicated by MOLA_DEFSPROD_00007455, on or about September 14, 2021, there was a call between Eric Waldo from OSG and Kevin Kane and Jan Antonaros from Google/YouTube. As stated in the document, the purpose was "a brief meeting to discuss a new policy we are working on as well as provide an update on our overall efforts to combat harmful COVID-19 misinformation on the platform."

- As indicated by MOLA_DEFSPROD_00007398, on November 22, 2021, from 4:00 to 4:30 pm ET, there was a virtual meeting attended by Tericka Lambert, other ASPA personnel, personnel from Fors Marsh Group (a contractor for ASPA), personnel from OSG, and Google/YouTube personnel. This meeting briefly touched on misinformation among other topics.

CONFIDENTIAL

The above list reflects OSG's identification to date, based on reasonably diligent efforts, of meetings that took place with the Social-Media Platforms relating to Misinformation and the included participants. OSG is not aware of specific additional meetings with the Social-Media Platforms relating to Misinformation, but it is possible that the above list is not exhaustive.

**NIAID.** Subject to and without waiving any of the foregoing objections, and based on a reasonable inquiry under the circumstances of abbreviated, expedited discovery, NIAID responds that no meetings took place with the Social-Media Platforms relating to Misinformation. NIAID has identified two possible meetings to discuss the potential participation by the NIAID director in U.S. Government efforts to publicize health information and provide COVID-19 and vaccine education via social media, which are not responsive to the Interrogatory, but are identified in the documents being produced in response to Plaintiffs' First Requests For Production to Defendants:

- Facebook approached NIAID in March 2020 to discuss public service announcements and ads, Facebook's CV19 hub, and an interview between Dr. Fauci and Mark Zuckerberg; NIAID scheduled the interview between Dr. Fauci and Mr. Zuckerberg (which aired on Facebook Live)
- NIAID was invited to, but did not attend, a meeting scheduled for March 4, 2021, to discuss possible Facebook Live interviews with celebrities/influencers related to COVID-19 vaccines

Further, in accordance with the Court's September 6, 2022 Order, subject to and without waiving any of the foregoing objections, and based on a reasonable inquiry under the circumstances of abbreviated, expedited discovery, including consultation with Dr. Fauci and review of Dr. Fauci and NIAID staff e-mail records, NIAID responds on behalf of Dr. Fauci in his role as Director of NIAID as follows: NIAID has not identified any communications, written or

CONFIDENTIAL

## VERIFICATION

I, Max Lesko, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the interrogatory response of the Office of the Surgeon General to Plaintiffs' First Set of Expedited Preliminary-Injunction Related Interrogatories dated July 18, 2022, Common Interrogatories Numbers 1-5 and Additional Interrogatories Numbers 1-3, contained in the Responses of the Office of the Surgeon General, is true and correct, to the best of my knowledge.

Dated: December  16  , 2022

_Max Lesko_
_____

Max Lesko

Chief of Staff

Office of the Surgeon General

**EXHIBIT H**

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF LOUISIANA
 2                     MONROE DIVISION

 3

 4   THE STATE OF MISSOURI, et al.,

 5        Plaintiffs,

 6   vs.                       Case No.
                               3:22-cv-01213-TAD-KDM
 7   JOSEPH R. BIDEN, JR., et al.,

 8        Defendants.

 9

10

11

12

13

14       VIDEORECORDED VIDEOCONFERENCED DEPOSITION
                      OF ERIC WALDO
15                  DECEMBER 22, 2022

16

17

18

19

20

21

22

23

24

25
```

 1    And all of them had -- you know, had an opportunity

 2    to improve how they were handling this issue.  And

 3    our job was to raise this as an issue so folks

 4    could know about it and hopefully take steps to --

 5    to ameliorate the situation.

 6          **Q.    Yeah.  And that -- those taking steps**

 7    **to ameliorate would include social media platforms,**

 8    **correct?**

 9          A.    Correct.  But I would again

10    highlight, you know, when you think about our --

11    the advisory but also the work we were doing, the

12    -- the community toolkit, we recognize that we did

13    call for an all-society approach, and we recognize

14    that there are multiple ways to stop or lessen the

15    spread or damage of misinformation, including

16    individuals and others.  You know, it's -- it's not

17    just -- it wasn't just a technology company issue

18    or a social media issue.

19          **Q.    Are you aware who devised that phrase**

20    **all-of-society approach to describe the advisory --**

21    **or the advisory --**

22          A.    I'm not --

23          **Q.    -- recommendations?**

24          A.    I'm not aware.

25          **Q.    Scrolling down in Exhibit 3, the next**

1   **bullet point talks about meeting on July 30th, 2021**

2   **between yourself and representatives of**

3   **Google/YouTube, correct?**

4          A.    That is correct.

5          Q.    **And the interrogatory responses**

6   **supplied as topics discussed included in**

7   **YouTube/Google, following up on the announcement of**

8   **the OSG advisory to share and work the work it was**

9   **doing around health mis- and disinformation,**

10  **correct?**

11         A.    That's correct.

12         Q.    **What do you remember being said about**

13  **that in this phone call or Zoom call?**

14         A.    It was a Zoom call.  I think it was

15  really just the YouTube and Google teams saying,

16  hey, we agree that this is a really important

17  issue, and here's all the things that -- that we

18  are working on about it.  So it was -- it was them

19  informing us of the steps they are currently

20  taking.

21         Q.    **And I believe you said part of the**

22  **follow-up call with Facebook was to ask them to,**

23  **you know, give a report on any steps they would be**

24  **taking in response to the health advisory, correct?**

25         A.    Correct.

```
 1         Q.    And is that what's going on here with
 2  -- with YouTube as well, to ask them, okay, we've
 3  issued a health advisory.  What are you guys doing
 4  about it?
 5         A.    I think they -- they asked for the
 6  call.  So this was a little different.  They asked
 7  for the call on their own to share with us what
 8  they were doing.  I think they -- from a government
 9  affairs perspective, public affairs people were
10  trying to say, hey, look, you know, we agree with
11  you, and we want to let you know all the things
12  we're doing.
13         Q.    Did the report --
14         A.    And, again, I think --
15         Q.    Go ahead.
16         A.    And I would think, right, we had
17  first had that first call to let them know the
18  report was coming out.  The report came out.  They
19  looked at it, and then they said, hey, we've looked
20  at it.  Let us tell you, you know, what we're
21  doing.
22         Q.    And in the first call you had
23  mentioned, I think, that you advised them that
24  there would be some potential recommendations for
25  them, right?
```

```
 1        A.    That there were recommendations for
 2   -- I think they -- certainly within the advisory
 3   there are recommendations for what social media
 4   companies can do.
 5        Q.    And then in the follow-up call, they
 6   came back to you and said, okay, we've read the
 7   advisory and here are steps that we are taking or
 8   plan to take in response to the issues raised in
 9   the advisory?
10        A.    I don't recall specifically, but that
11   was -- the general tone was let us tell you what
12   we're doing about this issue.  I didn't -- I didn't
13   get the impression that it was new things.  I got
14   the impression that it was work that they were
15   already doing.
16        Q.    What did they report to you?
17        A.    I don't really remember, but I think
18   it was generally saying, hey, we have a -- you
19   know, we have a team that does -- that works on
20   this issue.  Like we're -- you know, it's important
21   to us.  Like we're thinking about how we're
22   addressing it.
23              Just it was, I think, more of a
24   process call of saying, you know, we want you to
25   know this is on our agenda.
```

```
 1          Q.    So did they, for example, report that
 2     they had adopted new policies to address
 3     misinformation on YouTube?
 4          A.    I don't recall.
 5          Q.    Or did they give indication they were
 6     taking more steps to kind of remove more harmful
 7     information on YouTube?
 8          A.    I don't recall if there was a new.  I
 9     recall them telling us what they were currently
10     doing to address that.  So I -- and some of these
11     calls I experienced as them -- you know, they read
12     the advisory and said, yeah, we are doing that.
13     Thanks.  You may not know all the things we're
14     doing, so let us share with you what we're doing.
15          Q.    And you don't -- you don't remember
16     whether they, you know, advised you of kind of new
17     policies, like, hey, you raised an issue for us,
18     and -- and here's are some things we're going to do
19     to respond to it?
20          A.    I don't recall.  I think I would
21     remember because if it was the something new, I
22     feel like we would have shared it or probably done
23     something like put it in a fact sheet to say, look,
24     because of this report, these many new things are
25     happening.
```

**ERIC WALDO  12/22/2022**

```
 1          Q.    Did you do that for any of them?  Did
 2    you issue any fact sheets saying, you know, here
 3    are some positive developments that came out of the
 4    health advisory?
 5          A.    I don't remember.  I don't think so.
 6    The only time that could have happened would have
 7    been when we did the -- that -- what I keep calling
 8    the community toolkit, but I don't recall -- I do
 9    remember Twitter tweeted something in support of
10    Dr. Murthy's advisory.
11               So when we launched on whatever, the
12    15th or 16th, the Twitter policy handle I think
13    either retweeted or quote tweeted and said
14    something like, we agree.  This does call -- we do
15    need an all-society approach, and here's what we're
16    doing.  So that's my one recollection.
17          Q.    And we talked earlier about how there
18    was a particular focus on Facebook on July 15th and
19    16th, and you mentioned that, I think, Jennifer
20    Psaki mentioned Facebook specifically in the press
21    conference and President Biden said "They're
22    killing people," the next day.
23               Do you know why the White House
24    thought a particular focus on Facebook was
25    appropriate?
```

```
 1    of -- something they discovered.  I think it ended
 2    up being like a foreign entity was doing work on
 3    Facebook, spreading -- I don't know if it -- what
 4    type of misinformation, but they were letting us
 5    know that they discovered it.
 6            Q.    Do you know why they thought to brief
 7    you guys on that?
 8            A.    I do not --
 9            MS. CHUZI:  Objection.  Calls for
10    speculation.
11            THE WITNESS:  I don't know why.
12            Q.    (BY MR. SAUER)  Scrolling down
13    another bullet point, there's a reference to a
14    September 14th meeting between yourself and Kevin
15    Kane and Jan Antonaros at Google/YouTube, correct?
16            A.    That is what the document says,
17    correct.
18            Q.    Yeah.  And do you recall that meeting
19    or phone call?
20            A.    Not really.  That's actually a few
21    days before my first child was born, so I don't --
22    I -- I vaguely remember this.
23            Q.    You had other matters on your mind at
24    that time?
25            A.    I -- I did.
```

**ERIC WALDO  12/22/2022**

Page 129

```
 1          Q.     It -- it -- it -- it says the purpose
 2   was a brief meeting to discuss a new policy we are
 3   working on as well as provide and update on our
 4   overall efforts to combat harmful COVID-19
 5   misinformation on the platform, right?
 6          A.     That's what it says, yes.
 7          Q.     So this would have been, I take it, a
 8   kind of second update by them to you following the
 9   health advisory of stuff they're doing to combat
10   harmful COVID-19 misinformation through YouTube,
11   correct?
12          A.     That's correct.
13          Q.     So first, they provided that update,
14   I think, on the July 30th meeting that we talked
15   about above, correct?
16          A.     Yes.
17          Q.     And then they --
18          A.     Correct.
19          Q.     Sorry.  And they followed up again on
20   September 14th of another update of, you know, kind
21   of telling the Surgeon General's office what they
22   were doing to fight misinformation?
23          A.     That's correct.
24          Q.     Do you know what it was -- it says
25   they gave some kind of update on overall efforts to
```

**ERIC WALDO  12/22/2022**

**Page 130**

```
 1    combat harmful COVID-19 misinformation on the
 2    platform.  Do you know what those efforts were?
 3         A.   I don't recall.
 4         Q.   Do you remember anything specific
 5    about what YouTube and Google were doing in this
 6    time frame to kind of remove or -- or reduce the
 7    spread of misinformation?
 8         A.   I don't recall.
 9         Q.   It also says that they were -- the
10    meeting was to discuss a new policy we were working
11    on.  Do you remember that?
12         A.   I do not.
13         Q.   Do you know what new -- was that a
14    new policy that related to misinformation?
15         A.   I'm not sure.
16         Q.   Or a new policy related to something
17    unrelated?
18         A.   I don't recall.
19         Q.   You remember YouTube and Google
20    raising anything that was unrelated to the health
21    advisory about this information and these two
22    calls?
23         A.   I don't recall.
24         Q.   So you don't know whether other
25    topics came up or if they were just focused on
```

1    health misinformation following the advisory?

2         A.    I'm not certain.  I don't recall.

3         Q.    Do you remember anything specific

4    that was said in this call on September 14th?

5         A.    I do not.

6         Q.    Did you say anything?

7         A.    I mean, I would have, in general,

8    been -- tried to greet them, asked them how they

9    were doing, and certainly asked them, you know, be

10   -- expressed some sort of feeling of, you know,

11   interest in what they wanted to share.

12        Q.    Okay.  But do you remember saying

13   anything in response to what they did share about a

14   new policy and update on overall efforts to combat

15   harmful misinformation?

16        A.    I do not.

17        Q.    Going down a little further, last

18   bullet point here refers to a meeting on

19   November 22nd, 2021.  It mentions that personnel

20   from OSG were involved in this meeting.  Do you

21   remember -- were you involved in this meeting?  Do

22   you know?

23        A.    I don't think so.  I do not believe

24   so.  If I was on it -- if I was in the meeting, I

25   would have identified it.

**ERIC WALDO  12/22/2022**

```
 1   focused, given your personal situation at the time,
 2   but do you know whether there was a briefing on
 3   this?
 4        A.    I do not.
 5        Q.    Do you know whether Facebook talked
 6   to, you know, Courtney, Rob Flaherty, DJ Patil
 7   about this in your absence?
 8        A.    I do not.
 9        Q.    Exhibit 31.  Do you remember this
10   e-mail from the Google/YouTube team in
11   September 29th?
12        A.    So I would have been on paternity
13   leave during this time.
14        Q.    Okay.  And in this e-mail, they
15   report back to you and Nancy S. Negron about --
16        A.    Negron.
17        Q.    Yeah, who's she?
18        A.    Nancy Negron was my deputy director
19   of engagement.
20        Q.    And they report back about having a
21   COVID-19 vaccine misinfo policy that allows them to
22   remove a limited list of verified false claims
23   about COVID vaccines, right?
24        A.    Yes, that's what the e-mail says.
25        Q.    And they also report back to you guys
```

 1    that they're introducing a new policy that

 2    prohibits content that includes harmful

 3    misinformation about the safety, efficacy, and

 4    ingredients for the vaccines, right?

 5            A.    Yes, that's what the e-mail says.

 6            Q.    Is this an unsolicited e-mail or are

 7    they responding to some kind of communication or

 8    request from you guys, do you know?

 9            A.    I'm not positive, but it would appear

10    to be an unsolicited e-mail.

11            Q.    I know that you had said earlier that

12    you reached out to Facebook, Twitter, and YouTube

13    in the aftermath of the health advisory that --

14    to -- to see what steps they were taking.  Is that

15    response to that request for information?

16            A.    Could be.  I'm not certain, to be

17    honest with you.  But based on both my departure --

18    and I think I had had an out-of-office at this

19    moment, which may have led them to add Nancy.

20    Nancy was also just coming on, and I don't think

21    her HHS e-mail had been set up yet, but I'm not --

22    I'm not positive.

23            Q.    Let's look at Exhibit 32.  Can you

24    see this one on screen share?

25            A.    Yes, I see this note.

**ERIC WALDO  12/22/2022**

```
 1                 THE VIDEOGRAPHER:  The time is 3:41

 2   p.m. Central Standard Time.  We are back on the

 3   record.

 4         Q.    (BY MR. SAUER)  Mr. Waldo, you're

 5   aware that on March 3rd the Surgeon General's

 6   office issued a Request For Information about

 7   social media misinformation.  You recall that?

 8         A.    Yes.

 9         Q.    Yeah.  And here on the screens share,

10   I'm showing you Exhibit 42 that I previously

11   e-mailed your counsel.  (Technical difficulty) this

12   the RFI --

13         A.    That's correct.

14         Q.    -- on here, right?  Yeah.  Called

15   Impact of Health Misinformation on the Digital

16   Information Environment in the United States

17   Through the COVID-19 Pandemic Request for

18   Information, right?

19         A.    That's correct.

20         Q.    And were you involved in formulating

21   this RFI at all?

22         A.    I was involved in meetings where the

23   -- where there was a discussion about whether or

24   not to do this RFI or for the overall strategy

25   around -- around this data by -- with -- with the
```

1    team, yes.

2        Q.    Overall strategy.  What overall

3    strategy was there with -- regarding this RFI?

4        A.    I'm sorry, I didn't say strategy

5    about this RFI.  Strategy whether or not there was

6    going to be additional data requests to make and

7    how to make them.

8        Q.    Oh.  You mean additional data

9    requests.  What do you mean by that?

10        A.    I mean -- I shouldn't say additional.

11    I think there was a question of whether or not we

12    were going to -- going to make questions, you know,

13    ask for -- given that the -- given the

14    conversations with Facebook and others, was there

15    something more constructive we could do around

16    helping researchers have a better understanding of

17    what's happening in this community.  And so

18    ultimately, the RFI was -- was determined as the

19    path forward.

20        Q.    Okay.  So were there other paths

21    forward (technical difficulty) Surgeon General's

22    office --

23              (A discussion was held off the

24    record.)

25        Q.    (BY MR. SAUER)  Were there other

**ERIC WALDO  12/22/2022**

1   paths forward about COVID-19 misinformation that

2   the Surgeon General's office did or was this the

3   only one at this time?

4          MS. CHUZI:  Objection.  To the extent

5   that question calls for information covered by the

6   deliberative process privilege, I will instruct the

7   witness not to answer.

8          THE WITNESS:  On the advice of

9   counsel, I will not answer the question.

10      Q.    (BY MR. SAUER)  I'm not asking about

11  deliberations.  I'm asking if there were actions

12  taken.  Did the Surgeon General's office do

13  anything other than RFI to address issues of COVID

14  misinformation in this time frame?

15      A.    Not to my knowledge.

16      Q.    Scrolling down, were you involved in

17  formulating, you know, kind of what kind of

18  information to ask for here in the RFI?

19      A.    No.

20      Q.    Who was involved in formulating kind

21  of the specific types of information to ask for?

22      A.    I think Kyla was the primary driver

23  on the RFI from a content expert perspective.

24      Q.    That's Kyla Fullenwider?

25      A.    That's correct.

ERIC WALDO  12/22/2022

Page 339

```
 1          Q.    Do you know if she had input from
 2   Renee DiResta or other academics in formulating the
 3   RFI?
 4          A.    I do not.
 5          Q.    Do you know -- do you know who she --
 6   who she would have worked with in formulating it?
 7          A.    I do not.
 8          Q.    Do you know if anyone besides Kyla
 9   had any input into what information to ask for?
10          A.    I know that Kyla was running these
11   ideas by Max Lesko from an -- more of a process,
12   getting Dr. Murthy's input perspective.  More or
13   less of a content expertise perspective.  But I
14   think she certainly ran this by Max.
15          Q.    And that was to get Dr. Murthy's
16   approval on the approach taken?
17          A.    I believe so, yes.
18          Q.    Do you know if Dr. Murthy provided
19   input on the content of the RFI, asked for this
20   information, that kind of thing?
21          A.    I'm not certain.
22          Q.    Anyone else you know of besides
23   Dr. Murthy, Max Lesko, and Kyla Fullenwider
24   involved in the formulation of the RFI?
25          A.    Not to my knowledge.
```

```
 1          Q.      What is Kyla's role in the Surgeon
 2   General's office in this time frame?  I remember
 3   she's in US Digital Response.  Is she a -- an
 4   employee of the Surgeon General's office by now or
 5   what's her formal role?
 6          A.      I'm not certain how -- what was the
 7   mechanism for how she was employed out of HHS, but
 8   I know she was doing work on behalf of the Surgeon
 9   General.
10          Q.      The RFI here on the -- I think it's
11   on the second page of the document -- asks for
12   information about technology platforms, correct?
13          A.      What page are you on, sir?
14          Q.      Second page of the document, here
15   down in the bottom right, column number 2,
16   Information about Technology Platforms.
17          A.      Yes.  That's correct.
18          Q.      And it asks number 3:  Information
19   about how widespread COVID-19 misinformation is on
20   individual technology platforms including general
21   search engines, content sharing platforms, social
22   media platforms, e-commerce platforms, crowdsourced
23   platforms, and instant messaging systems, correct?
24          A.      That's correct.
25          Q.      Were there discussions -- general
```

**ERIC WALDO  12/22/2022**

```
 1    search engines, that's like Google, right?

 2         A.    I assume so.

 3         Q.    What's a content sharing platform?

 4    Is that like Reddit?

 5         A.    I'm not certain.  I don't -- I'm not

 6    sure what the technical definition is there, but

 7    it --

 8         Q.    Do you know what kind of platform --

 9         A.    Because that seems -- that seems

10    different than social media.

11         Q.    Yeah, what kind of platforms are they

12    referring to there, do you know?

13         A.    I do not.

14         Q.    It goes on to say social media

15    platforms, then e-commerce platforms.  What are

16    those?

17         A.    I presume places where you -- where

18    e-commerce occurs so...

19         Q.    eBay, Amazon, places like that?

20         A.    I think -- I definitely would think

21    Amazon, yeah.

22         Q.    What -- were there discussions that

23    you're aware of about COVID misinformation being

24    shared on e-commerce platforms?

25         A.    I recall at some point in the rollout
```

1  Kyla sharing with me just from a factual

2  perspective that on sites like Amazon it was

3  possible to also spread health mis- and

4  disinformation based on promotion of, you know,

5  certain -- I think the algorithm could promote if

6  you like this, buy this, and maybe promoting

7  conspiracy theories.

8      **Q.    So conspiracy theories about COVID or**

9  **other conspiracy theories?**

10     A.    I think it was about COVID but I

11 don't truly recall.

12     **Q.    Okay.  What are crowdsourced**

13 **platforms?**

14     A.    I'm not sure what the technical

15 definition is of a crowdsourced platform.

16     **Q.    Do you know what platforms are being**

17 **referred to there in that -- in that phrase?**

18     A.    As I said just now, I don't know what

19 crowdsourced platforms means in the context of this

20 document.

21     **Q.    So one of the things that's asked for**

22 **here is aggregate data and analysis on the**

23 **prevalence of COVID-19 misinformation on individual**

24 **platforms including exactly how many users saw or**

25 **may have been exposed to instances of COVID-19**

```
 1    misinformation, right?

 2          A.    Yes, that's what the RFI says on that

 3    paragraph.

 4          Q.    Is that the kind of data that you

 5    guys have been asking Facebook for in the meetings

 6    in 2021 where you talked about data transparency?

 7          A.    It appears to be a version of that,

 8    yes.

 9          Q.    Scrolling down here at number 5, it

10    says information about the sources of COVID-19

11    misinformation.  Do you see that?

12          A.    I do see that.

13          Q.    And it asks for information about the

14    major sources of COVID-19 misinformation associated

15    with exposure, correct?

16          A.    That is what 5 sub bullet A says,

17    correct.

18          Q.    What does "associated with exposure"

19    mean there?

20          A.    It says -- I'm not sure technically.

21    It says information about COVID -- resources about

22    COVID-19 misinformation.  Information about the

23    major sources of COVID-19 misinformation associated

24    with exposure.  I don't -- let's see, does it have

25    the definition in there further down?
```

**ERIC WALDO  12/22/2022**

**Page 344**

```
 1          Q.     I don't recall.  I guess up here it
 2    says --
 3          A.     Sorry.  I was trying to look.  Yes.
 4          Q.     Seeing content in news feeds and
 5    exposure.
 6          A.     Yeah, okay.  So it seems to be saying
 7    that information associated with seeing the content
 8    in news feeds and search results are
 9    algorithmically nominated content.
10          Q.     It goes on under little I there to
11    say:  By source, we mean both specific public
12    actors that are providing misinformation as well as
13    components of specific platforms that are driving
14    exposure to misinformation, correct?
15          A.     Yes, that's what the document says.
16          Q.     So the RFI is actually seeking
17    information about specific speakers or posters on
18    social media platforms that spread misinformation,
19    right?
20          A.     I'm not sure, because earlier, you
21    highlighted that it talks about aggregate data and
22    I'm pretty sure the document also talks about
23    anonymity.
24          Q.     So you think that specific public
25    actors does not refer to specific people who spread
```

 1    -- provide misinformation?

 2         A.    It may, but I'm pretty sure in this

 3    document there's some sort of caveat about having

 4    to submit anonymized data.

 5         Q.    Okay.  That would be an indicator of

 6    people who are reviewing it, right, the people

 7    exposed to the misinformation, right?

 8         A.    I'm sorry.  Say again, sir.

 9         Q.    Doesn't the anonymized data refer to

10    the users who are exposed, not the public actors

11    who are providing this information?

12         A.    I'm not sure.  If you can bring up

13    that portion of the document, I'm happy to take a

14    look.  But I'm pretty sure in general when the

15    federal government does requests for information

16    like this, there are various stipulations that have

17    to be made to -- for -- to ensure that there's

18    anonymized data.

19         Q.    Let me ask you this.  I believe there

20    was a plan expressed by the Surgeon General's

21    office to render any comments received in response

22    of this information public, right, to publicly post

23    them?

24         A.    Are you asking -- can you repeat the

25    question?  It sounded like a statement.

```
 1           Q.    Did the -- did the Surgeon General's
 2  office announce that it would publicly post all the
 3  comments received in response to this RFI?
 4           A.    I don't know.
 5           Q.    Was there a -- do you recall a policy
 6  of that?
 7           A.    I don't know.  In my other life
 8  working in government for, like, noticing common
 9  rule making, which I'm sure you know from your law
10  school days, there was requirements about public --
11  making public comments, but I'm not sure if that
12  refers to RFIs as well.
13           Q.    Let me ask this.  Do you know whether
14  the comments received in response to this RFI have
15  ever been published?
16           A.    I'm -- I'm not aware of whether they
17  have or not.
18           Q.    And we submitted a FOIA request for
19  them months ago and haven't received any yet.  Are
20  you aware of that?
21           A.    I am not.
22           Q.    So you don't know whether the Surgeon
23  General's office ever made these -- the comments it
24  received public?
25                 MS. CHUZI:  Objection.  Asked and
```

```
 1          Q.    And here, for example in Exhibit 45,
 2    there's an e-mail from Max Lesko to Nick Clegg and
 3    Brian Rice and someone else at Facebook with a
 4    letter from the U.S. Surgeon General attached,
 5    correct?
 6          A.    Yes, that's an e-mail from Max Lesko
 7    to Nick Clegg, Brian Rice, and Nathaniel Gleicher.
 8          Q.    And it indicates that he's attached a
 9    letter from Surgeon General Murthy to Mark
10    Zuckerberg, right?
11          A.    That's correct.
12          Q.    And he says -- also says:  Let me
13    know if I can be helpful with respect to the
14    request for information which has been sent to the
15    Federal Register and expect to receive submissions
16    in the coming days.  Correct?
17          A.    Yes, that's what Max has written to
18    -- to those individuals.
19          Q.    And so the Surgeon General's office
20    e-mailed a link to the RFI to Facebook and also
21    attached a letter directly from Surgeon General
22    Murthy to Mark Zuckerberg, right?
23          A.    That is what the e-mail says, yes.
24          Q.    And then Exhibit 46.  And this is --
25    is this actually the letter from Surgeon General
```

 1  **Murthy to Mark Zuckerberg dated March 3rd, 2022**

 2  **that Max Lesko e-mailed?**

 3        A.    It would appear so.

 4        **Q.    Yeah, let me put it on the screen**

 5  **share.  And the purpose of this letter is to**

 6  **encourage Facebook to participate in the RFI,**

 7  **right?**

 8        A.    It's -- it says:  I am writing today

 9  to request that your company contribute to the RFI.

10        **Q.    So he's encouraging Facebook to**

11  **contribute to the RFI, right?**

12        A.    He's definitely asking him to do so,

13  yes.

14        **Q.    And he says:  Given that a large**

15  **proportion of health misinformation is spread**

16  **through technology platforms, my Advisory includes**

17  **a call for technology companies to join this**

18  **broader effort to create a safer, healthier**

19  **information environment, right?**

20        A.    Yes, that's what -- that's an

21  accurate reading of that portion of the letter.

22        **Q.    And he requests responses from**

23  **companies about the extent and spread of COVID-19**

24  **misinformation on your platforms, policies to**

25  **address COVID-19 misinformation, and their**

```
 1    effectiveness, sources of COVID-19 misinformation
 2    and so forth, right?
 3           A.    That's an accurate reading of that
 4    portion of the letter.
 5           Q.    Were you involved in drafting the
 6    letter?  I think you probably were still on
 7    paternity leave at this time, right?
 8           A.    Yeah.  As I mentioned, this letter is
 9    dated March 3rd and I was still on paternity leave.
10    So I was not involved in the drafting of this
11    letter.
12           Q.    Did Max Lesko send similar letters to
13    other social media platforms?
14           A.    I think so.
15           Q.    Yeah.  I mean, I don't want to put
16    six more exhibits in front of you, but would you
17    agree that he sent a very similar, basically
18    identically phrased letter to Google, LinkedIn,
19    Twitter, YouTube, and Microsoft all on that same
20    day, March 3rd, 2022?
21           A.    I don't know if he did, but if you --
22    I don't have any reason to disbelieve that he did,
23    so.  That, I believe was the plan.
24           Q.    Let's just very briefly, I'm going to
25    e-mail those to your counsel and I'll pull them up
```

**ERIC WALDO  12/22/2022**

```
 1    real quick.

 2              And you said you're aware that that

 3    was the plan, right?

 4         A.   I think I became aware after I got

 5    back that that happened.  I wasn't part of the

 6    planning process.

 7         Q.   Here on the screen share, I'm showing

 8    you Exhibit 47.  Similar letter to Sundar Pichai of

 9    Google from Surgeon General Murthy about the RFI

10    dated March 3rd, correct?

11         A.   Yes, that's the date of the letter.

12              Sir, if you're -- okay.  Sorry.

13         Q.   Exhibit 48, yeah, -- similar

14    letter --

15         A.   Thank you.

16         Q.   -- to the CEO of LinkedIn about the

17    RFI encouraging them to participate, correct?

18         A.   It's a letter asking -- informing

19    them and requesting that they participate in the

20    RFI.

21         Q.   In fact, these letters kind of all

22    have exactly the same text, right?  Is that your

23    understanding?

24         A.   You're moving the letters up and down

25    very quickly but I don't have any reason to believe
```

```
 1    they're not virtually the same.

 2         Q.    Exhibit 49, similar letter to

 3    Twitter, right, and Parag Agrawal, who was then the

 4    CEO of Twitter?

 5         A.    Yes, it appears to be the same

 6    functional letter.  I'm not having much of an

 7    opportunity to review it.  But I don't have any

 8    reason to believe it's not the same overall text

 9    requesting that they participate in the RFI.

10         Q.    Exhibit 50, same letter to Microsoft

11    -- I'm sorry, YouTube, I apologize.  Same letter to

12    YouTube, correct?

13         A.    You're okay.  Yes, sir, I'm only

14    looking at part of the letter that you're sharing

15    and I can't actually review all of it in the way

16    that we're doing it right now.  But it appears to

17    be the same form of a letter asking for a request

18    -- requesting that -- informing them about the RFI

19    and requesting that they participate.

20         Q.    And then finally, Exhibit 51, similar

21    letter to Microsoft, correct?

22         A.    That looks like it's to the Microsoft

23    corporation.  Right now, I'm only being exposed to

24    the first couple of lines.  But it looks -- the

25    first -- overall, it seems to be the same letter
```

```
 1    requesting that they participate in the RFI.

 2         Q.    Did all of those companies that got

 3    the letter, did they all participate, do you know?

 4         A.    I don't know.

 5         Q.    Do you know if Facebook submitted

 6    anything?

 7         A.    I think so.  But I'm not positive.

 8         Q.    How about Google?

 9         A.    I don't know.

10         Q.    How about Twitter?

11         A.    I don't know.

12         Q.    How about Microsoft?

13         A.    I don't know.

14         Q.    Shortly after the RFI was issued, the

15    Surgeon General gave an interview to GQ Magazine,

16    right?  Does that ring a bell?

17         A.    It does not.

18         Q.    So you weren't -- let me -- let me

19    show Exhibit 52 on the screen share.  Does this

20    dazzling picture of Surgeon General Murthy jog your

21    memory?

22         A.    It does not.

23         Q.    So you don't recall him giving an

24    interview to GQ Magazine on March 11th of 2022?

25         A.    I do not.
```

```
 1                    NOTARIAL CERTIFICATE

 2

 3        I, Tammie A. Heet, Registered Professional

 4   Reporter, certified Shorthand Reporter for the

 5   State of Illinois, and Certified Court Reporter for

 6   the state of Missouri and a duly commissioned

 7   Notary Public within and for the States of Missouri

 8   and Illinois, do hereby certify that the witness

 9   whose testimony appears in the foregoing deposition

10   was duly sworn by me; that the testimony of said

11   witness was taken by me to the best of my ability

12   and thereafter reduced to printing under my

13   direction; that I am neither counsel for, related

14   to, nor employed by any of the parties to the

15   action in which this deposition was taken, and

16   further that I am not a relative or employee of any

17   attorney or counsel employed by the parties

18   thereto, nor financially or otherwise interested in

19   the outcome of the action.

20

21

22                   _____
                     Tammie A. Heet, RPR, CSR, CCR
23

24

25
```

# EXHIBIT I

| | |
|---|---|
| **From**: | Kevin Kane ████████████ |
| **Sent**: | 7/9/2021 12:36:47 PM |
| **To**: | Waldo, Eric (HHS/OASH) ████████ |
| **CC**: | ██████████ Kyla Fullenwider ████████████ |
| **Subject**: | Re: Connecting with Dr. Murthy's office |

Thank you! Look forward to speaking with you then.
Best,
Kevin

On Fri, Jul 9, 2021 at 10:28 AM Waldo, Eric (HHS/OASH) ████████ wrote:

Sorry about that! Moving too fast. Will update.

**From:** Kevin Kane ████████████
**Sent:** Friday, July 9, 2021 9:28 AM
**To:** Waldo, Eric (HHS/OASH) ████████
**Cc:** ████████ Kyla Fullenwider ████████
**Subject:** Re: Connecting with Dr. Murthy's office

Thanks Eric -

The invite you sent was for 3:30-4:15, and unfortunately some of my colleagues won't be able to make it then. Any chance we could meet 3:00-3:30 (ET) on the 14th?

Thanks again, and hope you have a good weekend!

Kevin

On Thu, Jul 8, 2021 at 5:30 PM Waldo, Eric (HHS/OASH) ████████ wrote:

Great. Just send you a zoom!

**From:** Kevin Kane ████████
**Sent:** Thursday, July 8, 2021 8:35 AM
**To:** Waldo, Eric (HHS/OASH) ████████
**Cc:** ████████ Kyla Fullenwider ████████
**Subject:** Re: Connecting with Dr. Murthy's office

Good Morning Eric -

How about we shoot for 3:00-3:30pm (ET) on Wednesday, July 14?

Thanks,

Kevin

On Wed, Jul 7, 2021 at 5:11 PM Waldo, Eric (HHS/OASH) ███████████████ wrote:

Hi Kevin,

Thanks so much for your note. Would love to have more of your colleagues join.

I'm traveling with Dr. Murthy for part of next week so it's a bit tight. Here are some options:
Wednesday, July 14: 2:45pm-4:15pm ET; 5pm-6pm ET
Thursday, July 15: 4:15pm-5pm ET

If none of those work, I have some time on Friday, July 16 and we can always discuss the following week.

Thanks so much!
Eric

**From:** Kevin Kane ███████████████
**Sent:** Wednesday, July 7, 2021 4:51 PM
**To:** Waldo, Eric (HHS/OASH) ███████████████
**Cc:** ███████████████ Kyla Fullenwider ███████████████
**Subject:** Re: Connecting with Dr. Murthy's office

Hi Eric -

It's great to e-meet you as well. If possible, I wanted to include a few of my colleagues for this conversation and see if you had any availability next Wednesday or Thursday to meet. Would you happen to have any time open either of those days? If not, I'm more than happy to find another day that would work for you.

Thank you for reaching out and look forward to speaking with you soon!

Best Regards,

Kevin

On Tue, Jul 6, 2021 at 9:49 AM Waldo, Eric (HHS/OASH) ██████████████ wrote:

Hi Alexandra and Kevin,

I hope this finds you well. I'm Dr. Murthy's Director of Engagement and I wanted to reach out.

As you know, one of the issues Dr. Murthy has been thinking about is how to help stop the spread of health misinformation as we continue to tackle COVID19 and beyond. I know you and your teams are working hard and thinking deeply about this issue. We'd love to chat over zoom to connect and discuss what's on the horizon for our teams.

Is there a good time this week to connect? Happy to work with whomever on your team to coordinate calendars.

Thanks so much!

Eric


Eric W. Waldo [He/Him]
Director of Engagement
Office of the U.S. Surgeon General, Dr. Vivek Murthy
U.S. Department of Health & Human Services

--

Kevin Kane | Government Affairs & Public Policy Manager,
YouTube | ████████████ | ████████████

--



--

--

MOLA_DEFSPROD_00007442

**EXHIBIT J**

**From**: Kevin Kane ████@google.com]
**Sent**: 9/29/2021 12:56:30 PM
**To**: Waldo, Eric (HHS/OASH) [████@hhs.gov], ████████@gmail.com
**CC**: Jan Antonaros [████@google.com]
**Subject**: YouTube Vaccine Policy Announcement

Good Afternoon -

I'm writing to share an update we recently made to YouTube's policies pertaining to vaccine-related misinformation.

Today we have a COVID-19 Vaccine misinfo policy which allows us to remove a limited list of verified false claims about COVID-19 vaccines.

We just announced that we will be introducing a new policy that prohibits content that includes harmful misinformation about the safety, efficacy, or ingredients for currently administered vaccines that are approved and confirmed to be safe and effective by local health authorities and by the World Health Organization (WHO).

You can learn more about the announcement we made here and a detailed overview of our policy in our help center here.

Please let me know if you have any questions.

Best Regards,
Kevin

--


Kevin Kane || Government Affairs & Public Policy Manager,
YouTube || ████@google.com ||

**EXHIBIT K**



**OFFICE OF THE SURGEON GENERAL**
March 3, 2022

Sundar Pichai
Chief Executive Officer
Google, Inc.



Dear Mr. Pichai,

I hope this letter finds you well.

As you know, the proliferation of health misinformation during the pandemic has been both extensive and dangerous. Over the last year I've spoken with health care and public health workers across the country about how health misinformation is harming their ability to care for patients, contributing to burnout, and posing a growing threat to the nation's health. It is clear that we must do everything we can to address this threat. We also owe a debt of action to the doctors, nurses, and public health professionals who have sacrificed so much for us throughout this pandemic.

To this end, my office issued a Surgeon General's Advisory on Health Misinformation in July 2021, calling for action across all sectors of society to address the spread of health misinformation. Given that a large proportion of health misinformation is spread through technology platforms, my Advisory includes a call for technology companies to join this broader effort to create a healthier, safer information environment.

My office is launching an initiative to deepen our understanding of the spread of COVID-19 misinformation, the role the information environment played in societal response to the pandemic, and its implications for future public health emergencies. We are issuing a public *Request for Information (RFI)* to gather and share data and research on health misinformation during the COVID-19 pandemic, including the unique role that technology and social media platforms play in the dissemination of critical health information during a public health emergency. We will share what we learn through the RFI directly with the public at surgeongeneral.gov/RFI.

I am writing today to request that your company contribute to the RFI. To date, our collective understanding of the nature of misinformation that is spreading online is incomplete which in turn hinders our nation's ability to implement a robust, effective response. Specifically, I am requesting responses from companies about the extent and spread of COVID-19 misinformation on their technology platforms, policies to address COVID-19 misinformation and their effectiveness, sources of COVID-19 misinformation, and information about the sale of unproven COVID-19 products or services.

I hope that all of us – researchers, companies, members of the health care community, civic leaders, families, and concerned Americans alike – can work together to protect people's right to make decisions about health based on accurate information. I remain confident that through our collective efforts, we can address the harms of health misinformation and safeguard the health of the nation.

Thank you for your cooperation and partnership on this critical public health matter.

Sincerely,

Vivek Murthy, MD, MBA
Surgeon General of the United States

**EXHIBIT L**

**CAROL CRAWFORD  11/15/2022**

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF LOUISIANA
 2                      MONROE DIVISION

 3     STATE OF MISSOURI ex
       rel. ERIC S. SCHMITT,
 4     Attorney General,
       et al.,
 5                              No. 3:22-cv-01213-TAD-KDM
           Plaintiffs,
 6
       vs.
 7
       JOSEPH R. BIDEN, JR.,
 8     in his official capacity

 9     as President of the United

10     States, et al.,

11         Defendants.

12

13        THE VIDEOTAPED DEPOSITION OF CAROL CRAWFORD

14                    November 15, 2022

15                 9:24 a.m. to 5:33 p.m.

16
                    Office of General Counsel
17        Centers for Disease Control and Prevention
                      1600 Clifton Road NE
18                     Atlanta, Georgia

19
       Reporter:
20            Maureen S. Kreimer, CCR-B-1379, CRR

21

22

23

24

25
```

 1    I interpreted the "check in first."

 2         Q.  And by this time were you already having

 3    regular meetings with Google like we've seen with

 4    Facebook?

 5         A.  Yeah.  This was in 2021.  So we had been

 6    meeting pretty regularly with Google by this time.

 7              MR. VECCHIONE:  Okay.  You can put that

 8    aside.

 9              (Plaintiffs' Exhibit 29 marked.)

10    BY MR. VECCHIONE:

11         Q.  Let's try Exhibit 29.  Same thing, read me

12    the subject line, the date, and then take a look at

13    it.

14         A.  Okay.  Okay.  Subject line's:  Followup on

15    misinformation, or misinfo conversation.  It's

16    4/5/2021.

17              THE WITNESS:  Can I see this?

18              MS. SNOW:  Yes.

19         A.  Okay.

20    BY MR. VECCHIONE:

21         Q.  All right.  So can you go to the very end,

22    I guess, the very last page, read what you said on

23    March 29 at 9:52.

24         A.  "Are you all open to using our regular 4pm

25    meetings to go over things with Census, or what is

1   preferred?  I wasn't clear how interested you all

2   were on this effort or who the players are on your

3   end."

4          Q.  So what were the regular 4:00 p.m.

5   meetings you refer to?

6          A.  I think -- because I still have a

7   4:00 p.m. meeting every other Monday with Google.  I

8   think that these were the same every-other-week

9   check-in meetings.  Sometimes we wouldn't have them.

10  Sometimes we would have them and discuss things.

11         Q.  Did you have similar regular meetings with

12  the other platforms we've been discussing, Face- --

13  Meta and Twitter?

14         A.  We -- you asked some of this earlier.

15         Q.  I did.

16         A.  The same answer.  So we had regular

17  meetings with Google, and we had regular meetings

18  with Meta.  Most -- you know, the frequency changed.

19  So, you know, I don't meet as often.  I mean, Google

20  we meet every other week.  Right now with Meta it's

21  more ad hoc.

22         Q.  Okay.

23         A.  We had had a regular meeting with

24  Pinterest for a short period of time, and we had my

25  memory was just more ad hoc meetings on occasion

CAROL CRAWFORD  11/15/2022

Page 181

```
 1   with Twitter.
 2        Q.  So on the regular meetings with either
 3   Google or Facebook?
 4        A.  Mm-hmm (affirmative).
 5        Q.  Well, let me ask the question this way.
 6   From the CDC end, were the same people usually
 7   attending those meetings with each social media?
 8        A.  It could vary.  I mean, I was always -- I
 9   mean, with Google, it was typically me and Fred
10   Smith, who's our technical lead, because often the
11   Google questions would be more about technical
12   implementations that we might have to work on.  We
13   were usually always on it.  Sometimes I would --
14   depending on the subject, I would bring in other
15   people.
16            With Meta, I was pretty much always on
17   there.  Jay typically listened in.  And then I would
18   bring people in depending on the subject.
19        Q.  All right.  And what were the -- were the
20   topics typically misinformation, or technical
21   subjects?
22        A.  They -- by and large, they were mostly
23   about things other than misinformation; though
24   misinformation was discussed in the meetings.  But
25   they were originated about getting our credible
```

CAROL CRAWFORD  11/15/2022

**Page 241**

```
 1    or what the format, or Microsoft Teams, or in
 2    person, or?
 3         A.  It was always on either teams or they had
 4    BlueJeans that we used occasionally.
 5         Q.  Okay.  What's BlueJeans?
 6         A.  It's something like a Teams or a Zoom.
 7         Q.  Okay.  And, once again, do you know if
 8    there is any notes or record kept of the meeting?
 9         A.  I did not take any notes at the meeting
10    that I recall.  I mean, same answer I have been
11    giving.  If there were any, it was minor and they
12    would have been in Word or email.
13         Q.  Okay.
14            MR. VECCHIONE:  40.
15            MR. GILLIGAN:  I remember when everybody
16    just used Skype when it was simpler times.
17            (Plaintiffs' Exhibit 40 marked.)
18    BY MR. VECCHIONE:
19         Q.  Exhibit 40.  Once again the date and the
20    subject line, and then read it to yourself.
21         A.  Subject line:  COVID BOLO meetings on
22    misinformation, sent on May 10, 2021.
23            Okay.
24         Q.  All right.  Let's go back to the back page
25    of this that's Bates number 682.
```

```
 1        A.  Okay.
 2        Q.  Now, this is -- I think we've said this
 3   date.  It's May 10th of 2021?
 4        A.  Yes.
 5        Q.  And you send to Facebook the COVID BOLO
 6   misinformation meeting request; right?
 7        A.  Yes.
 8        Q.  And could you please read that for me?
 9        A.  (As read)  We would like to establish
10   COVID BOLO meetings on misinformation and invite all
11   platforms to join the meetings.  We are aiming for
12   the first one on Friday at noon.  I know you were
13   considering a possible process on your end, but we
14   wanted to start here just as an interim first step.
15   Are there direct POCs on your end I should include
16   on the invite?  I'm happy to chat if better, thanks.
17        Q.  All right.  Now, so this is the first BOLO
18   meeting.  Does that comport with your recollection?
19        A.  This is a note that I'm about to send an
20   appointment for the first BOLO meeting and asking
21   them who to include.
22        Q.  All right.  And we've already said POCs --
23        A.  Yes.
24        Q.  -- are the point of contacts; right?
25        A.  Mm-hmm (affirmative).
```

```
 1          Q.  And you said:  "I know you are considering
 2     possible process on your end."
 3               What did you mean by that?
 4          A.  As I mentioned, that I was engaging with
 5     the platform saying what format would be best for us
 6     to talk about this.  And I think there were
 7     references in the exhibit a couple of times where
 8     they said they were thinking internally about what
 9     would be best.  So I think I was just referencing
10     that I knew that they were considering it as well.
11          Q.  Do you know what the topics -- did you
12     know what the topics for the BOLO were when you sent
13     this out?
14          A.  I don't know if I did or not.
15          Q.  All right.  Let's go to the next page back
16     where we have -- I believe this is from Jan
17     Antonaros to you, but he includes your email to him;
18     right?
19          A.  This -- the bottom part --
20          Q.  Mm-hmm (affirmative).
21          A.  -- is where I sent a similar note to
22     Google, which is Jan.
23          Q.  Okay.
24          A.  And I was telling her that we would like
25     to invite the digital platforms to attend the BOLO.
```

CAROL CRAWFORD  11/15/2022

Page 244

```
 1    I think it was me sending the appointment or a
 2    heads-up that it was coming.  I can't -- it looks
 3    like maybe I -- this is an actual appointment.
 4         Q.  Okay.
 5         A.  But I tried to send each of them a
 6    personal note that we were doing it.
 7         Q.  And in this one you actually spelled out
 8    be on the lookout; right?
 9         A.  I did.
10         Q.  And was that because you hadn't discussed
11    it with them before, or did you have some concern
12    they wouldn't know what it was?
13         A.  I don't know why I didn't do it that time.
14         Q.  All right.  And there is Kevin Kane here
15    with the email address ████████@Google.com.  Who is
16    that?
17         A.  I don't remember Kevin, but this indicates
18    that he was from YouTube.
19         Q.  Okay.  And do you recall having
20    discussions with YouTube?
21         A.  YouTube would occasionally -- people from
22    YouTube would occasionally be on our regular
23    meetings, depending on what we talked about.  And
24    because YouTube has the most content, like, hosting,
25    they -- they were at the -- they were a part of the
```

 1    BOLO meetings, I believe, that Kevin attended

 2    probably, or someone from YouTube did.

 3         Q.   And you responded:  "Great.  I was going

 4    to ask about Kevin."

 5         A.   Yeah.  Maybe I remembered who Kevin was at

 6    the time.

 7         Q.   Okay.  And then finally the front page.

 8         A.   That's a repeat of -- oh, no, that's not.

 9    I apologize.  I'm looking at the wrong one.

10         Q.   And here you're sending this to the Google

11    folks?

12         A.   Yes.

13         Q.   Why don't you read it for the record?

14         A.   "We would like to establish COVID BOLO

15    meetings on misinformation and invite all platforms

16    to join the meetings.  We were aiming for the first

17    one on Friday at noon.  We heard through the

18    grapevine that Kevin Cain at YouTube would want to

19    join.  Are there other POCs on your end I should

20    include on the invite?"

21         Q.   All right.  You said YouTube.  Who's

22    YouTube related to, is it Google or Facebook?

23         A.   YouTube is a Google property.

24         Q.   Okay.

25         A.   Or platform.

1          Q.  And is it your recollection that you did

2    have a meeting on Friday?

3          A.  I think we did, but I don't have the exact

4    date.  But I believe we had -- that's when we had

5    the first BOLO meeting.

6          Q.  All right.  And do you have any list of

7    who actually showed up and was an attendee?

8          A.  No.

9          Q.  All right.  And, once again, it would be

10   on your calendar as far as if it happened?

11         A.  Now, to clarify I don't remember keeping a

12   list of who attended.  Maybe Census might have

13   because this is something they were arranging.  But

14   I don't recall it being sent to me.  It could have

15   been, but I don't believe so.

16         Q.  So they were helping you arrange this

17   because they'd done it before, this particular

18   meeting?

19         A.  Yes.  I mean, I mentioned that they

20   drafted the slides.

21         Q.  Right.

22         A.  And, you know, Chris participated in the

23   meeting.

24         Q.  Okay.  Chris.  Remind me his last name?

25         A.  Lewinsky, Lewitzke.

```
 1    had one.
 2         Q.  So the email states that --
 3              You can put that aside.
 4              (Plaintiffs' Exhibit 43 marked.)
 5    BY MR. VECCHIONE:
 6         Q.  Let's go to -- yeah, let's go to the last,
 7    43.
 8              Once again for Exhibit 43 please state the
 9    subject matter line, and then the -- and who it --
10    what the date of it is?
11         A.  Subject:  Claims review.  6/29/2022.
12              I have read it.
13         Q.  Okay.  So can you read the -- well, who is
14    Rachel Gruner?
15         A.  She is my new point of contact at Google.
16    She replaced Jan Antonaros.
17         Q.  And who's Lindsay Steele?
18         A.  Lindsay Steele replaced Stanley.
19         Q.  Onyimba?
20         A.  "O".
21         Q.  Okay.  And they're both -- their emails
22    are here in the to line; right?
23         A.  Yes.
24         Q.  All right.  And if you could read the
25    after Hi, Carol, Hi, Fred from Rachel, what does she
```

1    say here?

2        A.   "The YouTube policy team is requesting

3    evidence-based input on the claims below.  In the

4    past, the CDC has reviewed COVID information claims

5    and commented true or false plus any additional

6    context needed."

7        Q.   And then what are the claims?

8        A.   (As read)  Claim:  High dosage of

9    progesterone is a safe method of reversing chemical

10   abortion, in parentheses, mifepristone and

11   misoprostol.

12           Sorry.

13           (As read)  Claim:  High doses of

14   progesterone is an effective method of reversing

15   chemical abortion, in parentheses, mifepristone and

16   misoprostol.

17       Q.   All right.

18       A.   "Please let me know if you have questions

19   or concerns."

20       Q.   And then what -- how do you respond?

21       A.   "I'll check on this, but I think I'll

22   probably end up needing to refer you to another

23   agency.  I'll get back to you."

24       Q.   So this -- this -- is it your

25   understanding this didn't have anything to do with

1    **COVID-19 or vaccines?**

2        A.  It definitely didn't have anything to do

3    with COVID-19 or vaccines.

4        **Q.  Do you know why it was sent to you?**

5        A.  Well, as COVID's -- our focus is not

6    solely on COVID.  We're focusing on other topics.  I

7    think Rachel thought that we might be able to help

8    with this topic as well.

9        **Q.  Okay.  Do you know who you sent it, what**

10   **agency you sent it to, if any?**

11       A.  I -- I didn't know.  I called one of our

12   centers and asked if this was something that CDC

13   dealt with.  I didn't think that we did, and they

14   confirmed that we do not.  And I don't think they

15   had a suggestion on where to refer this to, but I

16   can't recall for sure.

17           MR. VECCHIONE:  All right.  I would like

18   to take a brief break and have the court reporter

19   put my last exhibit together and give you copies

20   and then --

21           MR. GILLIGAN:  There is a 44, too?

22           MR. VECCHIONE:  -- confer, confer with

23   counsel, and I think we'll be finishing up.

24           (Comments off the record.)

25           THE VIDEOGRAPHER:  Off the record at 5:07.

**CAROL CRAWFORD  11/15/2022**

Page 270

```
 1                    C E R T I F I C A T E

 2    STATE OF GEORGIA:

 3    DEKALB COUNTY:

 4              I, Maureen S. Kreimer, a Certified Court

 5    Reporter for the State of Georgia, before whom the

 6    foregoing deposition was taken, do hereby certify:

 7              That CAROL CRAWFORD, the witness whose

 8    deposition is hereinbefore set forth in pages 1 to 269,

 9    was duly sworn by me and that such deposition is a true

10    record of the testimony given by the witness.

11              I further certify that I am not related to

12    any of the parties to this action by blood or marriage,

13    and that I am in no way interested in the outcome of this

14    matter.

15              IN WITNESS HEREOF, I have hereunto set my

16    hand this 18th day of November, 2022.

17

18

19

20

21    _____

22    MAUREEN S. KREIMER, CCR-B-1379

23    Notary Public in and for the

24    State of Georgia.  My Commission

25    Expires August 14, 2024.
```

# EXHIBIT M

CONFIDENTIAL

PLAINTIFF'S
EXHIBIT

40

| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| --- | --- |
| Sent: | 5/10/2021 12:42:50 PM |
| To: | Stanley Onyimba      @google.com]; Jan Antonaros      @google.com] |
| Subject: | COVID BOLO meetings on misinformation |

We would like to establish COVID BOLO meetings on misinformation and invite all platforms to join the meetings. We are aiming for our first one on Friday at noon. We have heard through the grapevine that Kevin Cain at YouTube would want to join. Are there other POCs on your end I should include on the invite?

| From: | Crawford, Carol Y. (CDC/OD/OADC) |
|---|---|
| Sent: | 5/11/2021 3:55:11 PM |
| To: | Jan Antonaros ▓ @google.com]; Kevin Kane ▓ @google.com] |
| Subject: | RE: COVID 19 BOLO Meeting |

Great – I was going to ask about Kevin at 4. ☺

From: Jan Antonaros ▓ @google.com>
Sent: Tuesday, May 11, 2021 3:51 PM
To: Crawford, Carol Y. (CDC/OD/OADC) ▓ @cdc.gov>; Kevin Kane ▓ @google.com>
Subject: Re: COVID 19 BOLO Meeting

Hi Carol, Could you please add +Kevin Kane from our YouTube team to the call below? Thank you!

Jan Fowler Antonaros
Google Government Affairs and Public Policy
25 Mass Ave NW, 9th FL
Washington, DC 20001
▓ @google.com
Android Mobile ▓

On Tue, May 11, 2021 at 3:25 PM Crawford, Carol Y. (CDC/OD/OADC) ▓ @cdc.gov> wrote:

We would like to invite digital platforms to attend a short "Be On The Lookout" meeting on COVID. Let us know if you have questions and feel free to forward this message to anyone in your organization that should attend.

Thank you.

Carol Crawford
Chief, Digital Media Branch
Division of Public Affairs
OADC
▓ @cdc.gov
▓

Join ZoomGov Meeting

▓.

Dial by your location

| From: | Crawford, Carol Y. (CDC/OD/OADC) |
|---|---|
| **Sent**: | 5/10/2021 12:44:41 PM |
| **To**: | Payton Iheme [ @fb.com]; Genelle Adrier [ @fb.com] |
| **Subject**: | COVID BOLO Misinformation meetings |

We would like to establish COVID BOLO meetings on misinformation and invite all platforms to join the meetings. We are aiming for our first one on Friday at noon. I know you were considering possible process on your end, but we wanted start here just as interim first step. Are there direct POCs on your end I should include on the invite? Happy to chat if better.

THANKS!

# EXHIBIT N

CONFIDENTIAL


PLAINTIFF'S
EXHIBIT
43

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| Sent: | 6/29/2022 6:01:54 PM |
| To: | Rachel Gruner [@google.com]; Smith, Fred (CDC/OD/OADC) [@cdc.gov]; Lindsay Steele [@google.com] |
| Subject: | RE: Claims review |

I'll check on this but I think I'll probably end up needing to refer you to another agency.  I'll get back to you.

From: Rachel Gruner [@google.com>
Sent: Wednesday, June 29, 2022 4:38 PM
To: Crawford, Carol Y. (CDC/OD/OADC) [@cdc.gov>; Smith, Fred (CDC/OD/OADC [@cdc.gov>; Lindsay Steele [@google.com>
Subject: Claims review

Hi Carol and Fred,

The YouTube Policy team is requesting evidence-based input on the claims below. In the past, the CDC has reviewed COVID information claims and commented TRUE or FALSE + add any additional context needed.

**CLAIM:** High doses of progesterone is a **safe** method of reversing chemical abortion (mifepristone & misoprostol)
**CLAIM:** High doses of progesterone is an **effective** method of reversing chemical abortion (mifepristone & misoprostol)

Please let me know if you have any questions or concerns.

Thanks, Rachel

--

[x] The linked...

Rachel Gruner, MPH
Health Outreach Lead, Google
@google.com

**EXHIBIT O**

```
 1        IN THE UNITED STATES DISTRICT COURT

 2      FOR THE WESTERN DISTRICT OF LOUISIANA

 3              MONROE DIVISION

 4               ---o0o---

 5

 6
    STATE OF MISSOURI, et al.,        )
 7                                    )
                    Plaintiff,        )
 8                                    )
         vs.                          )   Case No.
 9                                    )   3:22-cv-01213
    JOSEPH R. BIDEN, JUNIOR, et       )   -TAD-KDM
10  al.,                              )
                                      )
11                  Defendants.       )
                                      )
12

13

14

15               ---o0o---

16        TUESDAY, NOVEMBER 29, 2022

17   ZOOM VIDEOTAPED DEPOSITION OF ELVIS CHAN

18               ---o0o---

19

20

21

22

23

24   REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR

25
```

1    But I understand that Mr. Sur is defending the

2    deposition, not Mr. Berger.  So if you've got an

3    issue, I don't mind if you guys want to talk about

4    it, but I don't want to have multiple -- multiple

5    attorneys objecting and instructions being started.

6    Can we proceed on that basis from now on?

7         MR. SUR:  We intend to do so.  There my be

8    some exceptional circumstances that warrant a

9    different approach, but that's how we expect to

10   proceed.

11        MR. SAUER:  I am fine to hear that.  You

12   know, if things come up that raise an issue, you

13   know, we can -- we can raise them.  But, yeah,

14   anyway, all right.  I mean, to be clear, you know,

15   any law enforcement privilege is held by the

16   government, not by Mr. Chan's personal capacity,

17   and Mr. Sur is the one who is there to represent

18   the government today.

19       **Q.    So -- but anyway, okay.  Mr. Chan, or**

20   **Agent Chan, who do you recall on the social media**

21   **platform side participating in these -- in these**

22   **working group meetings that you have been**

23   **testifying about from 2020 and 2022?**

24       A.    The companies that I remember attending

25   the meetings are Facebook; Microsoft; Google;

```
 1    Twitter; Yahoo!, which may have been known as
 2    Verizon Media at the time; Wikimedia Foundation and
 3    Reddit.
 4        Q.   Do you remember any others at this time?
 5        A.   I think I listed seven.  I -- those were,
 6    like, the regular participants that I can remember.
 7        Q.   How about on the U.S. government side,
 8    what agencies were represented at these meetings?
 9        A.   At these meetings, CISA is the host and
10    facilitator for the meeting.  They also invite
11    another component of Department of Homeland
12    Security called Intelligence and Analysis, I&A, so
13    DHS I&A I know attends.  The Office of the Director
14    of National Intelligence, ODNI, attends.  And then
15    from the FBI there is typically a representative
16    from the FBI's Foreign Influence Task Force, which
17    you will hear me abbreviate as FITF regularly.  And
18    then I attend from FBI San Francisco when I am
19    available.
20        Q.   And why are you included in particular?
21        A.   The reason that I attend these meetings is
22    because the way the FBI works is FBI field offices
23    are responsible for maintaining the day-to-day
24    relationships with the companies that are
25    headquartered in their area of responsibility,
```

```
 1   which I may occasionally abbreviate to AOR.  And
 2   all of the companies that have been listed, with
 3   the exception of Microsoft, are all headquartered
 4   in FBI San Francisco's territory.
 5       Q.    Now, where is Microsoft headquartered?
 6       A.    They are headquartered in Redmond,
 7   Washington.
 8       Q.    And then on the CISA side in particular,
 9   what individuals participate in these meetings?
10       A.    Typically there are senior-level -- what I
11   believe are senior-level officials.  The two that I
12   specifically remember are Matt Masterson and Brian
13   Scully.
14       Q.    Is that Matt Masterson, did you say?
15       A.    Yeah.  Yeah, Matthew Masterson and Brian
16   Scully are the two regular attendees.  And they are
17   usually -- one or both of them -- one -- either one
18   of them is usually emceeing the meeting.
19       Q.    So Brian Scully, do you know him
20   personally?
21       A.    I know him just through work.
22       Q.    Okay.  In what connection at work?
23       A.    And I only know -- I only know
24   Mr. Masterson through work as well.
25       Q.    When you say you know him through work,
```

 1   did you work together on anything other than these

 2   meetings?

 3       A.   So we have met -- I want to say I have met

 4   in person with each of those individuals, twice in

 5   person; but they are primarily through either the

 6   preparatory calls for these meetings that they are

 7   hosting or the meetings themselves.

 8       Q.   So you work with CISA in preparatory calls

 9   for these industry working group meetings?

10       A.   Yes.

11       Q.   And in that connection, you've met Brian

12   Scully and Matt Masterson, correct?

13       A.   Yes.

14       Q.   And Brian Scully is involved in kind of

15   leading or emceeing these meetings; is that right?

16           MR. SUR:  Objection; vague.

17       Q.   BY MR. SAUER:  Or is he the -- is he the

18   leader of the meeting when it convenes?

19       A.   For the 2020 election cycle, Mr. Masterson

20   was the primarily -- he was primarily the

21   facilitator.  Ahead of the 2022 midterm elections,

22   Mr. Scully has been the primary facilitator.

23       Q.   Was that because Mr. Masterson left CISA

24   in the -- in the intervening time?

25       A.   Yes.

```
 1        Q.    Do you know where he works now?
 2        A.    Yes.  I believe he works at Microsoft now.
 3        Q.    Do you -- do you interact with him now as
 4   a representative of a -- of a tech company?
 5              MR. SUR:  Objection; vague.
 6              THE WITNESS:  I have only interacted with
 7   him on two occasions.  One was when he showed up at
 8   one of the more recent industry meetings ahead of
 9   the 2022 midterm elections.  That is when I
10   discovered that he went to Microsoft.  And then I
11   asked him to send me his new contact information
12   during the call, and then he sent me an email and
13   provided me with his new contact information.
14        Q.    BY MR. SAUER:  You work with CISA on these
15   industry working group meetings to help prepare
16   them, what's the nature of your involvement in
17   preparing for these meetings?  Do you kind of set
18   the agenda or -- you know, what's your involvement?
19              MR. SUR:  Objection; vague and compound
20   and implicates the deliberative process privilege.
21              MR. SAUER:  Let me rephrase the question.
22        Q.    Are you involved in preparing for these
23   meetings?
24        A.    No.  I participate in the preparation
25   meetings, but I do not provide any agenda items.
```

```
 1        Q.    Do you remember anyone else at CISA
 2   besides Mr. Scully and Mr. Masterson who
 3   participates in these meetings?
 4        A.    I don't recollect any other people's names
 5   at this time.
 6        Q.    Were there others who participated in --
 7   but you just don't remember who they were?
 8        A.    Yes, that is correct.
 9        Q.    Okay.  Let me -- do you still have Exhibit
10   1 on the screen in front of you, your thesis?
11        A.    Yes.
12        Q.    Okay.  Let me ask -- let's turn back to
13   that for a little while.  And if we could, I am
14   going to scroll ahead to your abstract on Page v.
15   Can you see that clearly, Roman numeral v.
16             MR. SUR:  Roman numeral v.  Okay.
17             THE WITNESS:  Yes, I see it now.
18        Q.    BY MR. SAUER:  And can you see it also on
19   the screen share as well as on the iPad?  I want to
20   make sure you can see the document in both places
21   as we go forward today.
22        A.    I can see the bottom half of one
23   paragraph, and then -- wait, now -- now I see --
24   yeah, I see the bottom paragraph of the --
25        Q.    Actually, can I -- can I direct your
```

```
 1   attention this sentence here in your abstract that
 2   I am highlighting?  I guess, actually, for context,
 3   if you see above -- actually, just focus on that
 4   sentence.  "This" -- you say, "This thesis finds
 5   that the Russians shifted their tactics from 2016
 6   to 2020," right?
 7        A.   Correct.
 8        Q.   And then you say, "Still, the U.S.
 9   government and social media companies effectively
10   impeded their influence campaigns primarily through
11   information sharing and account takedowns,
12   respectively," correct?
13        A.   Correct.
14        Q.   What do you mean by "information sharing"
15   here?
16        A.   So "information sharing" is meant --
17   there -- as I mentioned previously, there are two
18   types of information that the U.S. government,
19   specifically the FBI, shares with the social media
20   companies.  The first type of information, the
21   strategic information, which discusses the tools,
22   tactics or processes, shortened to be TPPs, used by
23   the Russians.
24             The second type of information shared by
25   the U.S. government is tactical information.  And
```

```
 1   when I mean tactical information, I specifically
 2   mean indicators or selectors.  And both of those
 3   are a term of art within the cybersecurity
 4   industry.  And indicators or selectors include IP
 5   addresses, email accounts, social media accounts,
 6   well, website domain names, and, like, file hash
 7   values.
 8       Q.   Sorry.  Say the last thing.  What kind of
 9   hash values?
10       A.   File, like electronic file hash values.
11       Q.   Okay.  And so, yeah, I take it the
12   strategic information is kind of high-level advice
13   to the social media platforms about, you know, the
14   kinds of -- kinds of campaigns the Russians might
15   be conducting; is that fair to say?
16            MR. SUR:  Objection; lacks foundation.
17            THE WITNESS:  I would not -- I would not
18   characterize the information we share as advice.
19       Q.   BY MR. SAUER:  Okay.  Then in that case it
20   is sort of -- is it high-level general information
21   about what FBI understands the Russians are
22   engaging in when it comes to social media influence
23   campaigns?
24            MR. SUR:  Objection; lacks foundation.
25            THE WITNESS:  Yes.
```

## ELVIS CHAN  11/29/2022

```
 1        Q.    BY MR. SAUER:  And then -- go ahead.
 2   Sorry.  Go ahead.
 3        A.    I can provide an example if that would be
 4   illustrative.
 5        Q.    That would be super helpful.  Please do.
 6        A.    I had the 2020 elections, through our
 7   investigation of the Internet Research Agency, we
 8   discovered that they were trying to set up a base,
 9   as it were, or set up offices in western Africa.
10   We shared this type of strategic information with
11   the social media companies.  They were able to use
12   whatever detection methods they have to discover
13   that there were Russian troll farms being set up
14   specifically in Ghana and Nigeria.
15        Q.    Okay.  And so you mentioned earlier that
16   tactical -- that would be strategic information?
17        A.    That would be strategic.  To summarize, an
18   example would be we believe the Russian troll
19   farms, specifically the Internet Research Agency,
20   is trying to make inroads in western Africa.
21        Q.    Got you.  And then tactical information
22   would be much more specific.  Here are specific --
23   I think you said IP addresses, websites, social
24   media accounts, that are actually -- the FBI has
25   concluded are being operated by the Russians.  Is
```

**ELVIS CHAN  11/29/2022**

```
 1    that what tactical information is?
 2        A.    That is correct.
 3        Q.    So there is -- and so is there information
 4    sharing from the FBI to social media platforms
 5    providing that kind of specific tactical-level
 6    information?
 7        A.    Yes, there is.
 8        Q.    And I think your -- that then the timeline
 9    in your thesis goes on specifically with
10    "information sharing and account takedowns."  Does
11    "account takedowns" refer to the social media
12    platforms kind of taking down those social media
13    accounts where the FBI identifies them as being
14    operated by Russian actors?
15            MR. SUR:  Objection; lacks foundation.
16            THE WITNESS:  So the FBI shares
17    information with the social media companies, no
18    strings attached, so that the social media
19    companies can protect their platforms as they deem
20    appropriate.  And from what I have observed and
21    what they have told me when we have provided them
22    with high confidence of Russian selectors, that
23    they have been able to discover fake Russian
24    accounts and take them down.
25        Q.    BY MR. SAUER:  So you don't control what
```

**ELVIS CHAN 11/29/2022**

Page 33

1    they do, correct?

2        A.    I do not control what they do.

3        Q.    But you provide them with information that

4    they don't have about the source of certain -- you

5    called them selectors or social media accounts,

6    correct?

7        A.    Correct.

8        Q.    And when you provide them with that

9    information, they take it and they pull down those

10   accounts, at least sometimes, fair to say?

11           MR. SUR:  Objection; lacks foundation.

12           THE WITNESS:  If I can clarify, what they

13   do is they take the information that we share, they

14   validate it through their own means.  And then if

15   they determine that these are accounts being

16   operated by Russian state-sponsored actors, then

17   they have taken them down.

18       Q.    BY MR. SAUER:  Oh, okay.  And then -- and

19   that's, I -- I take it, part of the point of your

20   sharing the information with them, right?  So that

21   they can assess and evaluate and then ultimately,

22   if they agree with your conclusion, take them down,

23   correct?

24       A.    Correct.

25       Q.    In other words, the purpose of the

1    **information sharing on the FBI's side is to have**

2    **the inauthentic Russian accounts taken down so that**

3    **they are not influencing political discourse in the**

4    **United States, correct?**

5           MR. SUR:  Objection; lacks foundation,

6    calls for speculation.

7           THE WITNESS:  I would characterize it as

8    the FBI provides information to these companies so

9    that they can protect their platforms as they deem

10   appropriate, and they can take whatever actions

11   they deem appropriate without any suggestion or

12   interference from the FBI.

13       **Q.   BY MR. SAUER:  But my question's a little**

14   **different, which is what -- my question is:  Part**

15   **of the purpose from the FBI's perspective is to**

16   **give them the tools to assess and potentially take**

17   **down accounts that the FBI has deemed to be**

18   **inauthentic, correct?**

19          MR. SUR:  Objection; lacks foundation,

20   calls for speculation.

21       **Q.   BY MR. SAUER:  You may answer.**

22       A.   So I would say -- inauthentic -- so my

23   focus is on Russian state-sponsored, -controlled

24   accounts.  And so whether the companies take them

25   down or not, it's their own choice.

```
 1        Q.    Right, but is it your purpose in giving
 2   them the information that the FBI believes or has
 3   concluded that they are Russian-operated accounts,
 4   is it your purpose to equip them to take them down
 5   if they end up agreeing with your assessment?
 6             MR. SUR:  Objection; lacks foundation,
 7   calls for speculation.
 8             THE WITNESS:  My purpose is to share the
 9   information with them so that they can protect
10   their platforms as they deem appropriate.
11        Q.    BY MR. SAUER:  And one way to protect
12   their platforms is to take down these accounts,
13   correct?
14        A.    That is correct.
15        Q.    And, in fact, that's what you say here in
16   this sentence, right?  You say that, "the U.S.
17   government and social media companies effectively
18   impeded their influence campaigns...through
19   information sharing and account takedowns," right?
20        A.    I said that.  You can see -- I put
21   "respectively" because it was the U.S. government,
22   specifically the FBI, sharing information; and it
23   was the social media companies doing the account
24   takedowns.
25        Q.    Right.  And the joint result of that was
```

```
 1    effectively impeding Russian influence campaigns,
 2    correct?
 3        A.   Correct.
 4        Q.   And -- and that's FITF's goal, right?  To
 5    effectively impede Russian influence campaigns,
 6    right?
 7             MR. SUR:  Objection; lacks foundation,
 8    calls for speculation.
 9             THE WITNESS:  Yeah, FITF -- my
10    understanding of FITF's goal is to counter malign
11    foreign-influence campaigns.
12        Q.   BY MR. SAUER:  Does that include
13    effectively impeding their influence campaigns, as
14    you say in your thesis?
15        A.   Yes.
16        Q.   Does that include doing so through account
17    takedowns by information sharing with social media
18    platforms?
19             MR. SUR:  Objection; lacks foundation,
20    mischaracterizes the testimony.
21             THE WITNESS:  Yeah, I believe you're
22    mischaracterizing.  So like I said before, the FBI
23    shares information with no strings attached and no
24    expectations to -- for the companies.  And the
25    companies, they can protect their own platforms.
```

```
 1            MR. SAUER:  I am going to jump ahead to
 2     page little Roman xvii.
 3            You can see there, Indraneel, it's going
 4     to be on Page 19 of the PDF.  See that?
 5            MR. SUR:  Yep.  Yeah, we're on it.
 6     Q.    BY MR. SAUER:  Okay.  I believe this is a
 7     kind of summary section of your thesis.  You talk
 8     about in this paragraph here that begins with, "The
 9     U.S. government's response," that I have
10     highlighted; do you see that?
11     A.    Yes.
12     Q.    And you say, "The U.S. government's
13     response to the Russian influence campaign appeared
14     more robust before the 2020 elections than in the
15     2016 or 2018 elections," correct?
16     A.    Correct.
17     Q.    And then in the next sentence, you say,
18     "The most important actions taken by the U.S.
19     government may have been the information sharing
20     with the social media companies to expose Russia's
21     different operations and shut down its accounts,"
22     correct?
23     A.    Correct.
24     Q.    So the information sharing was done, "To
25     expose Russia's different operations and shut down
```

```
 1    its accounts," right?

 2        A.   Correct.

 3        Q.   And then "its" refers to Russia, right?

 4    So (as read) "to expose Russia's different

 5    operations and shut down Russia's accounts,"

 6    correct?

 7        A.   Correct.

 8        Q.   I am going to jump ahead a few pages to

 9    Page xxii.

10             MR. SAUER:  And, Indraneel, if you're

11    following on your iPad, that's going to be Page 24

12    of the PDF.

13        Q.   There's a reference here in the

14    acknowledgments where you refer to, "My colleagues

15    back at headquarters who were in the trenches with

16    me as we worked to protect the 2020 elections."

17    See that?

18        A.   Yes.

19        Q.   Okay.  What are you talking about there

20    where it says (as read), "in the trenches with you

21    as you worked to protect the 2020 elections"?

22        A.   I'm referring to my colleagues

23    specifically at the Foreign Influence Task Force

24    who participated in the meetings with me, who

25    provided briefings to the companies and who
```

```
 1   coordinated the information sharing.
 2       Q.   And so you said you had meetings with the
 3   companies.  What meetings did you have?
 4       A.   We had -- let me be more clear.  I hosted
 5   meetings, bilateral meetings between each of the
 6   companies I mentioned and the Foreign Influence
 7   Task Force.
 8            And we would also bring in field offices
 9   that had investigations related to malign foreign
10   influence by state-sponsored actors.  We would also
11   bring in field offices that had cyber
12   investigations.  And when I mean cyber
13   investigations, I mean state-sponsored actors that
14   the FBI was investigating that we believe were
15   capable of hack-and-dump campaigns that we observed
16   in the 2016 election.
17       Q.   Okay.  Let me unpack that a bit.
18            First of all, you said there were meetings
19   with social media companies, between you and social
20   media companies during the 2020 election cycle,
21   correct?  Is that what we're talking about?
22       A.   Yes, that is correct.
23       Q.   Now, did those meetings also continue in
24   the 2022 election cycle?
25       A.   Yes.  They occur at roughly a quarterly
```

1  cadence.

2      Q.    And then do they -- does the cadence

3  increase as elections get close?

4      A.    Yes, they do.  And --

5      Q.    Now, does that become monthly as the

6  election nears and then weekly very close to the

7  elections?

8      A.    Ahead of the 2020 elections, that is

9  correct.  Ahead of the 2022 elections, we moved it

10  from quarterly to monthly, and then we just had one

11  meeting a week ahead of the midterm elections.

12     Q.    I'm sorry.  You said you had one weekly

13  meeting ahead of the midterm elections?

14     A.    Right.  We had one meeting a week before

15  the midterm elections.

16     Q.    Oh, and how long was the -- how long was

17  that period of weekly meetings?  Was that, like,

18  the month before or the three months before?

19     A.    No.  Just the week before the election

20  itself.

21     Q.    Oh, okay.  There was one weekly meeting,

22  right, the week before the election?

23     A.    Yeah.  There was -- yeah.  So there was a

24  monthly meeting in October; and then we had another

25  meeting out of -- you know, out of cadence the week

1   before the election, so the end of October.

2      Q.   And then are these meetings going back to

3   quarterly now that the election has passed?

4      A.   That is correct.

5      Q.   And so you're -- you'll have quarterly

6   meetings with the social media companies going

7   forward until the 2024 election cycle gets closer?

8      A.   That is what I anticipate.

9      Q.   And then as that election gets closer,

10   then you'll move to monthly and eventually weekly a

11   couple years from now, or in the fall of 2024; is

12   that fair to say?

13      MR. SUR:  Objection; calls for

14   speculation.

15      THE WITNESS:  That is what I anticipate.

16      Q.   BY MR. SAUER:  Let me ask you this:  What

17   social media companies are involved in these

18   meetings?

19      MR. SUR:  Objection; vague.

20      THE WITNESS:  Currently or in 2020?

21      Q.   BY MR. SAUER:  Well, let's start with

22   2020.  I'd like to know both.  Let's start with

23   2020, please.

24      A.   So for the 2020 elections, we regularly

25   met with Facebook, Google, Twitter, Yahoo!, Reddit

1  they take it very seriously.  And I would say that

2  to the best of their ability, they are very careful

3  before doing account takedowns.

4      Q.  BY MR. SAUER:  I think that ties back into

5  **something you said earlier, which was in 2016 they**

6  **really didn't do any account takedowns, fair to**

7  **say?**

8      A.  That is correct.

9      **Q.  And it -- and I take it they may have had**

10  **a -- I -- we may be speculating here, if you know.**

11  **Do you know if that was because they have a**

12  **financial incentive to leave those accounts up**

13  **because it increases their ad revenues?**

14          MR. SUR:  Objection; calls for

15  speculation.

16          THE WITNESS:  I wouldn't even begin to

17  speculate.  I don't know why.

18      **Q.  BY MR. SAUER:  Let me ask you this:  Why**

19  **did things change, in your view?  I take it in 2018**

20  **and 2020 there were many more account takedowns,**

21  **right?**

22      A.  So there are two parts to your question.

23  Why do I think they did it?  I can provide you with

24  my personal opinion.

25      **Q.  Okay.**

1      A.   My -- I believe pressure from Congress,

2   specifically HPSCI and SSCI, may have had a part of

3   it.

4           And then also because I believe that they

5   felt that this may have damaged their brands, but

6   that is my personal opinion.

7      Q.   Okay.  Well, let me ask you this:  When

8   you say "pressure from Congress" and you mentioned

9   HPSCI and SSCI, what are HPSCI and SSCI?  Are

10  those -- are those committees?

11     A.   I'm sorry.  HPSCI is the -- the House

12  Permanent Select Committee on Intelligence.  And

13  SSCI is the Senate Select Committee on

14  Intelligence.

15     Q.   Starting with the House Permanent Select

16  Committee on Intelligence, what kind of pressure

17  did they put on the social media platforms to, you

18  know, engage more aggressively in account

19  takedowns?

20     A.   They compelled -- I don't know if they

21  compelled.  They requested the CEOs for the

22  companies that I mentioned, the -- to testify in

23  front of their committee.

24     Q.   And so they kind of brought in Mark

25  Zuckerberg and Jack Dorsey and Sundar Pichai and

```
 1   had them testify in front of Congress?
 2       A.   That is correct.
 3       Q.   And that happened -- that happened once or
 4   it happened multiple times?
 5       A.   To my knowledge, that happened more than
 6   once.
 7       Q.   And you believe that that -- that that
 8   kind of scrutiny and public pressure from Congress,
 9   in your view, motivated them to be more aggressive
10   in the account takedowns?
11            MR. SUR:  Objection; lacks foundation,
12   calls for speculation.
13            THE WITNESS:  That is just my personal
14   opinion.
15       Q.   BY MR. SAUER:  Yeah.  What is the basis
16   for your opinion?  Has anyone at a social media
17   platform ever made a comment to you that would
18   reflect that -- that view?
19       A.   I would say yes.  And the types of
20   comments that I have received are that staffers
21   from both of those committees have visited with
22   those companies.  And while they would not reveal
23   the types of discussions that they had with these
24   House and Senate staffers, they would indicate that
25   they had to prepare very thoroughly for these types
```

 1    of meetings and that it was -- they indicated that
 2    it felt like a lot of pressure.
 3        Q.   "They" is representatives of social media
 4    platforms?
 5        A.   Yeah.  The social media companies that
 6    were visited.
 7        Q.   What -- what social media companies were
 8    visited by these HPSCI and SSCI staffers?
 9        A.   To my knowledge, it was the three
10    companies that I've mentioned, which include
11    Facebook, Google and Twitter.
12        Q.   And Facebook, Google and -- Facebook,
13    Google and Twitter employees all told you that they
14    experienced these visits from congressional
15    staffers as exercising a lot of pressure on them?
16        A.   That was how I interpreted their comments.
17        Q.   And then you infer from that that their
18    changes in takedown policies resulted from that
19    kind of pressure from Congress?
20        A.   That is my personal opinion.
21             If I can add, I think some of -- some of
22    what was discussed -- I'm interpreting what -- some
23    of what was discussed.  But what the -- the
24    staffers would come and talk to us either before or
25    after they met with those three companies.  And so

1    what was discussed with us was legislation that

2    they were thinking about doing, and them asking for

3    our opinion.

4        **Q.   Uh-huh.  When you say "legislation that**

5    **they were thinking about doing," what do you mean?**

6        A.   Legislation that either HPSCI or SSCI was

7    thinking about doing.

8        **Q.   So HPSCI and SSCI, these committees on**

9    **intelligence, their staffers would be communicating**

10   **to the social media platforms Facebook, Twitter and**

11   **Google or YouTube that they intended to try and**

12   **pass legislation?**

13       A.   So I inferred that because that is what

14   they discussed with me personally.

15       **Q.   That is what they, the social media**

16   **platforms, discussed with you, correct?**

17       A.   No, no.  That is what HPSCI and SSCI

18   discussed with me when they were coming to these

19   meetings.

20       **Q.   Oh, did you -- were you in on these**

21   **meetings?  Like, were you included in the meetings**

22   **with the congressional staffers?**

23       A.   So I and FBI San Francisco personnel would

24   meet with the congressional staffers, typically

25   before they met or after they met with the social

```
 1                  DEPOSITION OFFICER'S CERTIFICATE
 2    STATE OF CALIFORNIA    )
 3                           ) ss.
 4    COUNTY OF SAN FRANCISCO)
 5
 6            I, Balinda Dunlap, hereby certify:
 7            I am a duly qualified Certified Shorthand
 8    Reporter in the State of California, holder of
 9    Certificate Number CSR 10710 issued by the Certified Court
10    Reporters' Board of California and which is in full
11    force and effect.  (Fed. R. Civ. P. 28(a)(1)).
12            I am authorized to administer oaths or
13    affirmations pursuant to California Code of Civil
14    Procedure, Section 2093(b) and prior to being examined,
15    the witness was first duly sworn by me.  (Fed. R. Civ.
16    P. 28(a)(a)).
17            I am not a relative or employee or attorney or
18    counsel of any of the parties, nor am I a relative or
19    employee of such attorney or counsel, nor am I
20    financially interested in this action.  (Fed. R. Civ. P.
21    28).
22            I am the deposition officer that
23    stenographically recorded the testimony in the foregoing
24    deposition and the foregoing transcript is a true record
25                           / / /
```

**ELVIS CHAN  11/29/2022**

```
 1    of the testimony given by the witness.  (Fed. R. Civ. P.

 2    30(f)(1)).

 3             Before completion of the deposition, review of

 4    the transcript [  ] was [  ] was not requested.  If

 5    requested, any changes made by the deponent (and

 6    provided to the reporter) during the period allowed, are

 7    appended hereto.  (Fed. R. Civ. P. 30(e)).

 8

 9    Dated:

10

11                         _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT P**

**From:** ▮▮▮▮▮▮▮▮@twitter.com]
**Sent:** 1/23/2021 1:08:36 AM
**To:** Humphrey, Clarke EOP/WHO ▮▮▮▮▮▮ @who.eop.gov]
**CC:** ▮▮▮▮▮▮@twitter.com]; Flaherty, Robert EOP/WHO ▮▮▮ @who.eop.gov]
**Subject:** [EXTERNAL] Re: Flagging Hank Aaron misinfo

Thanks. We recently escalated this.

On Fri, Jan 22, 2021 at 8:05 PM Humphrey, Clarke EOP/WHO ▮▮▮▮▮▮ @who.eop.gov> wrote:
Hey folks —

Wanted to flag the below tweet and am wondering if we can get moving on the process for having it removed ASAP:

>https://twitter.com/RobertKennedyJr/status/1352748139665645569<

And then if we can keep an eye out for tweets that fall in this same ~genre that would be great.

Thanks!
Clarke

--
_

▮▮▮▮▮▮▮▮▮
Twitter, Inc. | Public Policy
@TwitterGov & @Policy

**EXHIBIT Q**

# Biden grappling with 'pandemic of the unvaccinated'



 BY ZEKE MILLER
Published 10:13 AM PDT, July 17, 2021

WASHINGTON (AP) — Two weeks after celebrating America's near "independence" from the coronavirus, President Joe Biden is confronting the worrying reality of rising cases and deaths — and the limitations of his ability to combat the persistent vaccine hesitance responsible for the summer backslide.

Cases of COVID-19 have tripled over the past three weeks, and hospitalizations and deaths are rising among unvaccinated people. While the rates are still sharply down from their January highs, officials are concerned by the reversing trendlines and what they consider needless illness and death. And cases are expected to continue to rise in coming weeks.

While the national emergency may have faded, officials say the outbreak is now a more localized crisis in communities where not enough people have rolled up their sleeves.

ADVERTISEMENT





A PLACE FOR TOGETHER

Russia - Ukraine war     Free COVID Tests     Hollywood strikes     Travis Kelce and Taylor Swift     Government shutdown



**To TikTok or not to TikTok? One GOP candidate joins the app even as he calls it 'digital fentanyl'**



**Book Review: Rural Appalachian family's dreams turn dark in new Ron Rash novel, `The Caretaker'**

Case 3:23-cv-03880-TLT Document 49-1 Filed 09/25/23 Page 166 of 197



**Democratic Sen. Menendez says cash found in home was from his personal savings, not bribe proceeds** ⏵

The rising numbers are being driven by large pockets of infection among the more than 90 million eligible Americans who have yet to get shots. Just four states with low vaccination rates made up 40% of new cases last week, and nearly half of them came from Florida alone.

But there is little appetite in the White House for a return to broad mandates for masks or other measures, as 161 million Americans are already fully vaccinated.

Reflecting that mindset, Walensky said Friday that in low-vaccination areas with rising cases, "local policymakers might consider whether masking at that point would be something that would be helpful for their community."

Some communities are acting. Los Angeles County on Thursday reinstituted its requirement that masks be worn in most indoor settings regardless of vaccination status, and health officials in Las Vegas recommended on Friday that workers and patrons in the tourism hotspot wear face coverings while inside.

ADVERTISEMENT

With three highly effective vaccines authorized for use in the U.S., the Biden administration believes the most effective way to attack the virus is not trying to slow the spread with mass masking and such — something the U.S. showed it was not very good at last year — but to continue to press the importance of vaccinations.

It's no easy fix. Many Americans remain resistant or unmotivated to get shots, despite months of often-creative efforts by federal and state officials and the private sector to spread information about vaccine safety and accessibility.

Surgeon General Vivek Murthy added that while government can play an important role, "this has got to be an 'all of the above' strategy with everybody in," including schools, employers, technology companies and

Case 3:23-cv-03880-TLT    Document 49-1    Filed 09/25/23    Page 167 of 197

individuals.

In recent days, the administration has turned its focus to younger Americans. It enlisted pop star Olivia
Rodrigo for a day-long White House visit Wednesday with Biden and top infectious disease expert Dr.
Anthony Fauci that was heavily documented for social media. Younger people are at lowest risk of adverse
outcomes from the virus and have proven to be among the least likely to get vaccinated.

But another huge group has proven to be an even more vexing challenge: Republicans. The White House has
long acknowledged that, given rampant disinformation about the vaccines and the nation's partisan divides,
it would have little success convincing the GOP to get on board. Instead, administration officials have amped
up criticism in recent days of public officials and social media companies for spreading or not condemning
vaccine misinformation spreading among the GOP.

"They're killing people," Biden said Friday of social media companies. A day earlier, Murthy, the surgeon
general, warned that false information about vaccines spreading on platforms such as Facebook posed a
public health risk to the nation.

"We will not be distracted by accusations which aren't supported by the facts," Facebook spokesman Kevin
McAlister said in a statement. "The fact is that more than 2 billion people have viewed authoritative
information about COVID-19 and vaccines on Facebook, which is more than any other place on the internet."

The new government expression of frustration comes amid near disbelief that tens of millions of Americans
continue to refuse to get vaccinated, needlessly extending the pandemic and costing lives, as health officials
emphasize that nearly all serious cases and deaths are now preventable.

More than 99% of COVID-19 deaths and 97% of hospitalizations are among people who have not been
vaccinated, according to the CDC.

The pandemic is now "one that predominantly threatens unvaccinated people," White House COVID-19
coordinator Jeff Zients said Friday.

He said the Biden administration expects cases to increase in the weeks ahead because of spreading in
communities with low vaccination rates But Zients added that there is a sign that the increased cases are
driving more people in those communities to seek vaccination, reporting that "states with the highest case
rates are seeing their vaccination rates go up" faster than the national average.



**Zeke Miller**
Zeke is AP's chief White House correspondent

🐦 ✉️

ADVERTISEMENT

**EXHIBIT R**

# CONFRONTING HEALTH MISINFORMATION

*The U.S. Surgeon General's Advisory on
Building a Healthy Information Environment*

2021

*I am urging all Americans to help slow the spread of health misinformation during the COVID-19 pandemic and beyond. Health misinformation is a serious threat to public health. It can cause confusion, sow mistrust, harm people's health, and undermine public health efforts. Limiting the spread of health misinformation is a moral and civic imperative that will require a whole-of-society effort.*



Vivek H. Murthy, M.D., M.B.A.
Vice Admiral, U.S. Public Health Service
Surgeon General of the United States

# TABLE OF CONTENTS

BACKGROUND                                                          4

WE CAN TAKE ACTION                                                  6

What Individuals, Families, and Communities Can Do                  8

What Educators and Educational Institutions Can Do                  9

What Health Professionals and Health Organizations Can Do          10

What Journalists and Media Organizations Can Do                    11

What Technology Platforms Can Do                                   12

What Researchers and Research Institutions Can Do                  13

What Funders and Foundations Can Do                                14

What Governments Can Do                                            15


WHERE WE GO FROM HERE                                              16

REFERENCES                                                         17

# ABOUT THE ADVISORY

A Surgeon General's Advisory is a public statement that calls the American people's attention to a public health issue and provides recommendations for how that issue should be addressed. Advisories are reserved for significant public health challenges that need the American people's immediate awareness. For additional background, visit SurgeonGeneral.gov.

# BACKGROUND

During the COVID-19 pandemic, people have been exposed to a great deal of information: news, public health guidance, fact sheets, infographics, research, opinions, rumors, myths, falsehoods, and more. The World Health Organization and the United Nations have characterized this unprecedented spread of information as an "infodemic."[1]

While information has helped people stay safe throughout the pandemic, it has at times led to confusion. For example, scientific knowledge about COVID-19 has evolved rapidly over the past year, sometimes leading to changes in public health recommendations. Updating assessments and recommendations based on new evidence is an essential part of the scientific process, and further changes are to be expected as we continue learning more about COVID-19.[2] But without sufficient communication that provides clarity and context, many people have had trouble figuring out what to believe, which sources to trust, and how to keep up with changing knowledge and guidance.[3, 4, 5]

Amid all this information, many people have also been exposed to health misinformation: information that is false, inaccurate, or misleading according to the best available evidence at the time.[6, 7, 8] * Misinformation has caused confusion and led people to decline COVID-19 vaccines, reject public health measures such as masking and physical distancing, and use unproven treatments.[5, 9, 10] For example, a recent study showed that even brief exposure to COVID-19 vaccine misinformation made people less likely to want a COVID-19 vaccine.[11] Misinformation has also led to harassment of and violence against public health workers, health professionals, airline staff, and other frontline workers tasked with communicating evolving public health measures.[12, 13]

Misinformation can sometimes be spread intentionally to serve a malicious purpose, such as to trick people into believing something for financial gain or political advantage. This is usually called "disinformation."[14, 15] But many people who share misinformation aren't trying to misinform. Instead, they may be raising a concern, making sense of conflicting information, or seeking answers to honest questions.[16]

Health misinformation is not a recent phenomenon. In the late 1990s, a poorly designed study, later retracted, falsely claimed that the measles, mumps, rubella (MMR) vaccine causes autism.[17] Even after the retraction, the claim gained some traction and contributed to lower immunization rates over the next twenty years.[18] Just since 2017, we have seen measles outbreaks in Washington State, Minnesota, New York City, and other areas.[19, 20, 21] Health misinformation is also a global problem. In South Africa, for example, "AIDS denialism"—a false belief denying that HIV causes AIDS—was adopted at the highest levels of the national government, reducing access to effective treatment and contributing to more than 330,000 deaths between 2000 and 2005.[22] Health misinformation has also reduced the willingness of people to seek effective treatment for cancer, heart disease, and other conditions.[1, 23, 24, 25]

---

* *This advisory focuses on health information specifically, not other kinds of misinformation. Defining misinformation is a challenging task, and any definition has limitations. See References for further discussion of the definition used in this Advisory, including the benchmark of 'best available evidence at the time.'*

In recent years, the rapidly changing information environment has made it easier for misinformation to spread at unprecedented speed and scale, especially on social media and online retail sites, as well as via search engines.[26, 27] Misinformation tends to spread quickly on these platforms for several reasons.

First, misinformation is often framed in a sensational and emotional manner that can connect viscerally, distort memory, align with cognitive biases, and heighten psychological responses such as anxiety.[28, 29, 30] People can feel a sense of urgency to react to and share emotionally charged misinformation with others, enabling it to spread quickly and go "viral."[24, 31]

> *In recent years, the rapidly changing information environment has made it easier for misinformation to spread at unprecedented speed and scale.*

Second, product features built into technology platforms have contributed to the spread of misinformation. For example, social media platforms incentivize people to share content to get likes, comments, and other positive signals of engagement.[32] These features help connect and inform people but reward engagement rather than accuracy, allowing emotionally charged misinformation to spread more easily than emotionally neutral content.[33] One study found that false news stories were 70 percent more likely to be shared on social media than true stories.[31]

Third, algorithms that determine what users see online often prioritize content based on its popularity or similarity to previously seen content. As a result, a user exposed to misinformation once could see more and more of it over time, further reinforcing one's misunderstanding.[34] Some websites also combine different kinds of information, such as news, ads, and posts from users, into a single feed, which can leave consumers confused about the underlying source of any given piece of content.[35]

The growing number of places people go to for information—such as smaller outlets and online forums— has also made misinformation harder to find and correct.[36] And, although media outlets can help inform and educate consumers, they can sometimes inadvertently amplify false or misleading narratives.[37, 38]

Misinformation also thrives in the absence of easily accessible, credible information.[39, 40] When people look for information online and see limited or contradictory search results, they may be left confused or misinformed.

More broadly, misinformation tends to flourish in environments of significant societal division, animosity, and distrust. For example, distrust of the health care system due to experiences with racism and other inequities may make it easier for misinformation to spread in some communities.[41] Growing polarization, including in the political sphere, may also contribute to the spread of misinformation.[42, 43]

Additional research is needed to better understand how people are exposed to and affected by misinformation and how this may vary across subpopulations based on factors such as race, ethnicity, socioeconomic status, education, age, sexual orientation, gender identity, cultural and religious practices, hobbies and interests, and personal networks.[44]

# WE CAN TAKE ACTION

Because it pollutes our information environment, misinformation is harmful to individual and public health. Together, we have the power to build a healthier information environment. Just as we have all benefited from efforts to improve air and water quality, we can all benefit from taking steps to improve the quality of health information we consume. Limiting the prevalence and impact of misinformation will help all of us make more informed decisions about our health and the health of our loved ones and communities.

> *Together, we have the power to build a healthier information environment.*

During the COVID-19 pandemic, there have been significant efforts to address health misinformation. Here are just a few examples:

- Trusted community members, such as health professionals, faith leaders, and educators, have spoken directly to their communities to address COVID-19-related questions (e.g., in town halls, community meetings, via social and traditional media)

- Researchers have identified leading sources of COVID-19 misinformation, including misinformation "super-spreaders" [45]

- Media organizations have devoted more resources to identify and debunk misinformation about COVID-19 [46, 47]

- Some technology platforms have improved efforts to monitor and address misinformation by reducing the distribution of false or misleading posts and directing users to health information from credible sources [48, 49, 50]

- Governments have increased their efforts to disseminate clear public health information in partnership with trusted messengers [51]

But there is much more to be done, and each of us has a role to play. Before posting or sharing an item on social media, for example, we can take a moment to verify whether the information is accurate and whether the original source is trustworthy. If we're not sure, we can choose not to share. When talking to friends and family who have misperceptions, we can ask questions to understand their concerns, listen with empathy, and offer guidance on finding sources of accurate information. [52, 53, 54, 55, 56]

It will take more than individual efforts, however, to address health misinformation. The threat of misinformation raises important questions we must answer **together**: How do we curb the spread of

harmful misinformation while safeguarding user privacy and free expression? What kinds of measures should technology platforms, media entities, and other groups adopt to address misinformation? What role is appropriate for the government to play? How can local communities ensure that information being exchanged—online and offline—is reliable and trustworthy? How can we help family and friends who may have been exposed to harmful misinformation?

Addressing health misinformation will require a whole-of-society effort. We can start by focusing on the following areas of action:

- **Equip Americans with the tools to identify misinformation,** make informed choices about what information they share, and address health misinformation in their communities, in partnership with trusted local leaders

- **Expand research that deepens our understanding of health misinformation,** including how it spreads and evolves; how and why it impacts people; who is most susceptible; and which strategies are most effective in addressing it

- **Implement product design and policy changes on technology platforms** to slow the spread of misinformation

- **Invest in longer-term efforts to build resilience against health misinformation,** such as media, science, digital, data, and health literacy programs and training for health practitioners, journalists, librarians, and others

- **Convene federal, state, local, territorial, tribal, private, nonprofit, and research partners** to explore the impact of health misinformation, identify best practices to prevent and address it, issue recommendations, and find common ground on difficult questions, including appropriate legal and regulatory measures that address health misinformation while protecting user privacy and freedom of expression

*Addressing health misinformation will require a whole-of-society effort.*

WE CAN TAKE ACTION

# WHAT INDIVIDUALS, FAMILIES, AND COMMUNITIES CAN DO

**Learn how to identify and avoid sharing health misinformation.** When many of us share misinformation, we don't do it intentionally: We are trying to inform others and don't realize the information is false. Social media feeds, blogs, forums, and group chats allow people to follow a range of people, news outlets, and official sources. But not every post on social media can be considered reliable. And misinformation can flourish in group texts or email threads among friends and family. Verify accuracy of information by checking with trustworthy and credible sources. If you're not sure, don't share.

**Engage with your friends and family on the problem of health misinformation.** If someone you care about has a misperception, you might be able to make inroads with them by first seeking to understand instead of passing judgment. Try new ways of engaging: Listen with empathy, establish common ground, ask questions, provide alternative explanations and sources of information, stay calm, and don't expect success from one conversation.

**Address health misinformation in your community.** Work with schools, community groups such as churches and parent-teacher associations, and trusted leaders such as educators and health care professionals to develop local strategies against misinformation. For example, invite local health professionals to schools or to faith congregations to talk about COVID-19 vaccine facts.

*When many of us share misinformation, we don't do it intentionally: We are trying to inform others and don't realize the information is false... If you're not sure, don't share.*

WE CAN TAKE ACTION

# WHAT EDUCATORS AND EDUCATIONAL INSTITUTIONS CAN DO

**Strengthen and scale the use of evidence-based educational programs that build resilience to misinformation.** Media, science, digital, data, and health literacy programs should be implemented across all educational settings, including elementary, secondary, post-secondary and community settings. In addition to teaching people how to be more discerning about the credibility of news and other content, educators should cover a broader set of topics, such as information overload, internet infrastructure (e.g., IP addresses, metadata), the challenges of content moderation, the impact of algorithms on digital outputs, algorithmic bias, artificial intelligence (AI)-generated misinformation (e.g., deepfakes), visual verification skills, and how to talk to friends and family who are sharing misinformation.

**Educate students and the public on common tactics used by those who spread misinformation online.** Recent research suggests that teaching people how to spot these tactics can reduce people's willingness to share misinformation.[57] Examples of misinformation tactics used by those who deny scientific consensus on health issues include presenting unqualified people as experts; misleading consumers with logical fallacies; setting impossible expectations for scientific research; cherry-picking data or anecdotes; and introducing conspiracy theories.[58]

**Establish quality metrics to assess progress in information literacy.** While there is substantial media and information literacy work being carried out across the United States, there is a need for more consistent and empirically evaluated educational materials and practices.

*Media, science, digital, data, and health literacy programs should be implemented across all educational settings.*

WE CAN TAKE ACTION

# WHAT HEALTH PROFESSIONALS AND HEALTH ORGANIZATIONS CAN DO

**Proactively engage with patients and the public on health misinformation.** Doctors, nurses, and other clinicians are highly trusted and can be effective in addressing health misinformation.[59] If you are a clinician, take the time to understand each patient's knowledge, beliefs, and values. Listen with empathy, and when possible, correct misinformation in personalized ways. When addressing health concerns, consider using less technical language that is accessible to all patients. Find opportunities to promote patient health literacy on a regular basis.

**Use technology and media platforms to share accurate health information with the public.** For example, professional associations can equip their members to serve as subject matter experts for journalists and effectively communicate peer-reviewed research and expert opinions online.

**Partner with community groups and other local organizations to prevent and address health misinformation.** For example, hospital systems can work with community members to develop localized public health messages. Associations and other health organizations should offer trainings for clinicians on how to address misinformation in ways that account for patients' diverse needs, concerns, backgrounds, and experiences.

*Associations and other health organizations should offer trainings for clinicians on how to address misinformation in ways that account for patients' diverse needs, concerns, backgrounds, and experiences.*

WE CAN TAKE ACTION

# WHAT JOURNALISTS AND MEDIA ORGANIZATIONS CAN DO

**Train journalists, editors, and others to recognize, correct, and avoid amplifying misinformation.** Media organizations should develop in-house training programs and partner with journalism schools, nonprofits, technology platforms, and others to democratize access to high-quality training for all media outlets.

**Proactively address the public's questions.** When something is new—such as a vaccine—people will understandably have questions. By anticipating and proactively answering those questions, media organizations and journalists can help get ahead of misinformation and increase the public's health and information literacy.

**Provide the public with context to avoid skewing their perceptions about ongoing debates on health topics.** For example, when discussing conflicting views on an issue, give readers a sense of where the scientific community stands and how strong the available evidence is for different views. Consider questions like: How much disagreement is there among experts? Is a given explanation plausible even if it is unlikely? If evidence is not equally strong on all sides of an issue, avoid presenting it as such.

**Carefully review information in preprints.** Preprints are research papers published online before peer review. They can provide scientists and the public with useful information, especially in rapidly evolving situations such as a pandemic. However, because preprints have not been independently reviewed, reporters should be careful about describing findings from preprints as conclusive. If reporting on such findings,

include strong caveats where appropriate, seek out expert opinions, and provide readers with context.

**Use a broader range of credible sources—particularly local sources.** Research shows us that people have varying levels of trust in different types of people and institutions.[4] In addition to relying on federal and state public health authorities as sources, build relationships with local health professionals and local trusted, credible health organizations.

**Consider headlines and images that inform rather than shock or provoke.** Headlines are often what audiences will see and remember. If a headline is designed to fact-check a rumor, where possible, lead with the truth instead of simply repeating details of the rumor. Images are often shared on social media alongside headlines and can be easily manipulated and used out of context. Picture desk and social media editors should consider how provocative and medically inaccurate imagery can be a vehicle for misinformation.[60]

*Give readers a sense of where the scientific community stands and how strong the available evidence is for different views.*

WE CAN TAKE ACTION

# WHAT TECHNOLOGY PLATFORMS CAN DO

**Assess the benefits and harms of products and platforms and take responsibility for addressing the harms.** In particular, make meaningful long-term investments to address misinformation, including product changes. Redesign recommendation algorithms to avoid amplifying misinformation, build in "frictions"—such as suggestions and warnings—to reduce the sharing of misinformation, and make it easier for users to report misinformation.

**Give researchers access to useful data to properly analyze the spread and impact of misinformation.** Researchers need data on what people see and hear, not just what they engage with, and what content is moderated (e.g., labeled, removed, downranked), including data on automated accounts that spread misinformation. To protect user privacy, data can be anonymized and provided with user consent.

**Strengthen the monitoring of misinformation.** Platforms should increase staffing of multilingual content moderation teams and improve the effectiveness of machine learning algorithms in languages other than English since non-English-language misinformation continues to proliferate.[61] Platforms should also address misinformation in live streams, which are more difficult to moderate due to their temporary nature and use of audio and video.

**Prioritize early detection of misinformation "super-spreaders" and repeat offenders.** Impose clear consequences for accounts that repeatedly violate platform policies.

**Evaluate the effectiveness of internal policies and practices in addressing misinformation and be transparent with findings.** Publish standardized measures of how often users are exposed to misinformation and through what channels, what kinds of misinformation are most prevalent, and what share of misinformation is addressed in a timely manner. Communicate why certain content is flagged, removed, downranked, or left alone. Work to understand potential unintended consequences of content moderation, such as migration of users to less-moderated platforms.

**Proactively address information deficits.** An information deficit occurs when there is high public interest in a topic but limited quality information available. Provide information from trusted and credible sources to prevent misconceptions from taking hold.[40]

**Amplify communications from trusted messengers and subject matter experts.** For example, work with health and medical professionals to reach target audiences. Direct users to a broader range of credible sources, including community organizations. It can be particularly helpful to connect people to local trusted leaders who provide accurate information.

**Prioritize protecting health professionals, journalists, and others from online harassment,** including harassment resulting from people believing in misinformation.

WE CAN TAKE ACTION

# WHAT RESEARCHERS AND RESEARCH INSTITUTIONS CAN DO

**Strengthen the monitoring of health questions, concerns, and misinformation.** Focus on a broader range of content and platforms, as well as on information flow across platforms. For example, examine image- and video-based content and content in multiple languages. To address existing research limitations, expand data collection methods (e.g., recruit social media users to voluntarily share data).

**Assess the impact of health misinformation.** There is an urgent need to comprehensively quantify the harms of health misinformation. For example, how and under what conditions does misinformation affect beliefs, behaviors, and health outcomes? What is the role of emotion, cognition, and identity in causing misinformation to "stick"? What is the cost to society if misinformation is left unchecked?

**Prioritize understanding how people are exposed to and affected by misinformation, and how this may vary for different subpopulations.** Tailor interventions to the needs of specific populations. Invite community members to participate in research design.

**Evaluate the effectiveness of strategies and policies to prevent and address health misinformation.** For example, can flagging certain content as misinformation have unintended consequences? Is it possible to build resilience to misinformation through inoculation methods such as "prebunking"? (*Debunking* involves correcting misinformation once someone has been exposed to it. *Prebunking*, or preemptively debunking, involves warning people about misinformation they might come across so they will be less likely to believe it when exposed.)[57]

> *There is an urgent need to comprehensively quantify the harms of health misinformation.*

WE CAN TAKE ACTION

# WHAT FUNDERS AND FOUNDATIONS CAN DO

**Move with urgency toward coordinated, at-scale investment to tackle misinformation.** Assess funding portfolios to ensure meaningful, multi-year commitments to promising research and programs.

**Invest in quantifying the harms of misinformation and identifying evidence-based interventions.** Focus on areas facing private and public funding gaps. Examples could include independent and local journalism, accountability mechanisms for platforms, and community-based health literacy programs.

**Provide training and resources for grantees working in communities disproportionately affected by misinformation** (e.g., areas with lower vaccine confidence).

**Incentivize coordination across grantees to maximize reach, avoid duplication, and bring together a diversity of expertise.** For example, encourage coordination around monitoring health misinformation across multiple languages.

*Assess funding portfolios to ensure meaningful, multi-year commitments to promising research and programs.*

WE CAN TAKE ACTION

# WHAT GOVERNMENTS CAN DO

**Convene federal, state, local, territorial, tribal, private, nonprofit, and research partners** to explore the impact of health misinformation, identify best practices to prevent and address it, issue recommendations, and find common ground on difficult questions, including appropriate legal and regulatory measures that address health misinformation while protecting user privacy and freedom of expression.

**Increase investment in research on misinformation.** For example, more research is needed to better define misinformation, document and process its harms, and identify best practices for preventing and addressing misinformation across mediums and diverse communities.

**Continue to modernize public health communications.** Work to understand Americans' health questions, concerns, and perceptions, especially for hard-to-reach populations. Deploy new messaging and community engagement strategies, including partnerships with trusted messengers. Proactively and rapidly release accurate, easy-to-understand health information in online and in-person settings. Invest in fact-checking and rumor control mechanisms where appropriate.[62]

**Increase resources and technical assistance to state and local public health agencies** to help them better address questions, concerns, and misinformation. For example, support the creation of teams within public health agencies that can identify local misinformation patterns and train public health misinformation and infodemic researchers. Work with local and state health leaders and associations to address ongoing needs.

**Expand efforts to build long-term resilience to misinformation.** For example, promote educational programs that help people distinguish evidence-based information from opinion and personal stories.

*Deploy new messaging and community engagement strategies, including partnerships with trusted messengers. Proactively and rapidly release accurate, easy-to-understand health information in online and in-person settings.*

# WHERE WE GO FROM HERE

*We are all still learning how to navigate this new information environment. But we know enough to be sure that misinformation is an urgent threat, and that we can and must confront it together.*

During the COVID-19 pandemic, health misinformation has sowed confusion, reduced trust in public health measures, and hindered efforts to get Americans vaccinated. And misinformation hasn't just harmed our physical health—it has also divided our families, friends, and communities.

While health misinformation has always been a problem, today it spreads at unprecedented speed and scale. We are all still learning how to navigate this new information environment. But we know enough to be sure that misinformation is an urgent threat, and that we can and must confront it together.

The only way to address health misinformation is to recognize that all of us, in every sector of society, have a responsibility to act. Every single person can do their part to confront misinformation. But it's not just an individual responsibility. We need institutions to recognize that this issue is their moral and civic responsibility, too, and that they are accountable.

We have the power to shape our information environment, but we must use that power together. Only then can we work toward a healthier information environment—one that empowers us to build a healthier, kinder, and more connected world.

# REFERENCES

\* Note: Defining "misinformation" is a challenging task, and any definition has limitations. One key issue is whether there can be an objective benchmark for whether something qualifies as misinformation. Some researchers argue that for something to be considered misinformation, it has to go against "scientific consensus" (e.g., Chou, Gaysynsky, & Cappella (2020)). Others consider misinformation to be information that is contrary to the "best available evidence" (e.g., Johns Hopkins Center for Health Security (2021)). Both approaches recognize that what counts as misinformation can change over time with new evidence and scientific consensus. This Advisory prefers the "best available evidence" benchmark since claims can be highly misleading and harmful even if the science on an issue isn't yet settled. At the same time, it is important to be careful and avoid conflating controversial or unorthodox claims with misinformation. Transparency, humility, and a commitment to open scientific inquiry are critical. A second key issue is whether misinformation should include not only false information but also misleading information. This Advisory includes misleading claims in the definition. Consider an anecdote about someone experiencing a rare side effect after a routine surgery. The specific anecdote may be true but hide the fact that the side effect is very rare and treatable. By misinforming people about the benefits and risks of the surgery, the anecdote can be highly misleading and harmful to public health. Going forward, there is a need for further alignment on a shared definition of misinformation. However, we can meaningfully improve the health information environment even without a consensus definition of misinformation. For further discussion on definitions, see Vraga & Bode (2020).

1   WHO, UN, UNICEF, UNDP, UNESCO, UNAIDS, ITU, UN Global Pulse, & IFRC. (2020, September 23). *Managing the COVID-19 infodemic: Promoting healthy behaviours and mitigating the harm from misinformation and disinformation.* World Health Organization. https://www.who.int/news/item/23-09-2020-managing-the-covid-19-infodemic-promoting-healthy-behaviours-and-mitigating-the-harm-from-misinformation-and-disinformation

2   Branswell, H. (2021, April 21). *We know a lot about Covid-19. Experts have many more questions.* STAT News. https://www.statnews.com/2021/04/20/we-know-a-lot-about-covid-19-experts-have-many-more-questions/

3   Smith, R., Cubbon, S., & Wardle, C. (2020, November 12). *Under the surface: Covid-19 vaccine narratives, misinformation & data deficits on social media.* First Draft. https://firstdraftnews.org/vaccinenarratives-full-report-november-2020

4   Baum, M., Ognyanova, K., Chwe, H., Quintana, A., Perlis, R. H., Lazer, D., Druckman, J., Santillana, M., Lin, J., Della Volpe, J., Simonson, M.D., & Green, J. (2021). The COVID states project #14: Misinformation and vaccine acceptance. *OSF Preprints.* http://doi.org/10.31219/osf.io/w974j

5   Roozenbeek, J., Schneider, C., Dryhurst, S., Kerr, J., Freeman, A.L.J., Recchia, G., van der Bles, A.M., & van der Linden, S. (2020). Susceptibility to misinformation about COVID-19 around the

world. *Royal Society Open Science, 7*(10). http://doi.org/10.1098/rsos.201199

6   Chou, W.Y.S., Gaysynsky, A., & Cappella, J. N. (2020). Where we go from here: Health
    misinformation on social media. *American Journal of Public Health,* 110, S273-S275. http://doi.
    org/10.2105/AJPH.2020.305905

7   Vraga, E., & Bode, L. (2020). Defining misinformation and understanding its bounded nature:
    Using expertise and evidence for describing misinformation. *Political Communication, 37*(1), 136-
    144. http://doi.org/10.1080/10584609.2020.1716500

8   Sell, T.K., Hosangadi, D., Smith, E., Trotochaud, P.V., Gronvall, G.K., Rivera, Y., Sutton, J., Ruiz,
    A., & Cicero, A. (2021, March 23). *National priorities to combat misinformation and disinformation
    for COVID-19 and future public health threats: A call for a national strategy.* Johns Hopkins Center for
    Health Security. https://www.centerforhealthsecurity.org/our-work/publications/national-priorities-
    to-combat-misinformation-and-disinformation-for-covid-19

9   Chang, A., Schnall, A., Law, R., Bronstein, A.C., Marraffa, J.M., Spiller, H.A., Hays, H.L., Funk,
    A.R., Mercurio-Zappala, M., Callelo, D.P., Aleguas, A., Borys, D.J., Boehmer, T., & Svendsen, E.
    (2020). Cleaning and disinfectant chemical exposures and temporal associations with COVID-19 —
    National Poison Data System, United States, January 1, 2020–March 31, 2020. *MMWR Morbidity
    and Mortality Weekly Report,* 69, 496-498. http://doi.org/10.15585/mmwr.mm6916e1

10  Gottlieb, M., & Dyer, S. (2020). Information and disinformation: Social media in the COVID-19
    crisis. *Academic Emergency Medicine, 27*(7), 640-641. https://doi.org/10.1111/acem.14036

11  Loomba, S., de Figueiredo, A., Piatek, S.J., et al. (2021). Measuring the impact of COVID-19
    vaccine misinformation on vaccination intent in the UK and USA. *Nature Human Behavior,* 5,
    337–348. http://doi.org/10.1038/s41562-021-01056-1

12  Mello, M. M., Greene, J. A., & Sharfstein, J. M. (2020). Attacks on public health officials during
    COVID-19. *JAMA, 324*(8), 741. http://doi.org/10.1001/jama.2020.14423

13  Stone, W. (2020, June 3). *Local public health workers report hostile threats and fears about contact
    tracing.* National Public Radio. https://www.npr.org/sections/health-shots/2020/06/03/868566600/
    local-public-health-workers-report-hostile-threats-and-fears-about-contact-traci

14  Tucker, J.A., Guess, A., Barbera P, Vaccari, C., Siegel, A., Sanovich, S., Stukal, D., & Nyhan, B.
    (2018). Social media, political polarization and political disinformation: A review of the scientific
    literature. *SSRN.* http://doi.org/10.2139/ssrn.3144139

15  Chou, W.S., Oh, A., & Klein, W.M.P. (2018). Addressing health-related misinformation on social
    media. *JAMA, 320*(23), 2417–2418. http://doi.org/10.1001/jama.2018.16865

**16** Jost, J., Van der Linden, S., Panagopoulos, C., & Hardin, C. (2018). Ideological asymmetries in conformity, desire for shared reality, and the spread of misinformation. *Current Opinion in Psychology*, 23, 77-83. http://doi.org/10.1016/j.copsyc.2018.01.003

**17** Rao, T. S., & Andrade, C. (2011). The MMR vaccine and autism: Sensation, refutation, retraction, and fraud. *Indian journal of psychiatry*, 53(2), 95–96. http://doi.org/10.4103/0019-5545.82529

**18** Hussain, A., Ali, S., Ahmed, M., & Hussain, S. (2018). The anti-vaccination movement: A regression in modern medicine. *Cureus*, 10(7), e2919. http://doi.org/10.7759/cureus.2919

**19** City of New York Office of the Mayor. (2019, April 9). *De Blasio Administration's Health Department declares public health emergency due to measles crisis.* https://www1.nyc.gov/office-of-the-mayor/news/186-19/de-blasio-administration-s-health-department-declares-public-health-emergency-due-measles-crisis/

**20** Clark County Public Health. (2019, January 18). *County declares public health emergency due to measles outbreak.* https://www.clark.wa.gov/public-health/county-declares-public-health-emergency-due-measles-outbreak

**21** Hall, V., Banerjee, E., Kenyon, C., Strain, A., Griffith, J., Como-Sabetti, K., Heath, J., Babta, L., Martin, K., McMahon, M., Johnson, D., Roddy, M., Dunn D., & Ehresmann, K. (2017). Measles outbreak — Minnesota April–May 2017. *MMWR Morbidity and Mortality Weekly Report, 66,* 713–717. http://doi.org/10.15585/mmwr.mm6627a1

**22** Chigwedere, P., Seage, G. R., Gruskin, S., Lee, T. H., & Essex, M. (2008). Estimating the Lost Benefits of Antiretroviral Drug Use in South Africa. *JAIDS Journal of Acquired Immune Deficiency Syndromes*, 49(4), 410–415. https://doi.org/10.1097/qai.0b013e31818a6cd5

**23** Swire-Thompson, B., & Lazer, D. (2019). Public health and online misinformation: Challenges and Recommendations. *Annual Review of Public Health, 41,* 433-451. http://doi.org/10.1146/annurev-publhealth-040119-094127

**24** Chou, W.S., & Budenz, A. (2020). Considering emotion in COVID-19 vaccine communication: Addressing vaccine hesitancy and fostering vaccine confidence. *Health Communication, 35*(14), 1718-1722. http://doi.org/10.1080/10410236.2020.1838096

**25** Wang, Y., McKee, M., Torbica, A., & Stuckler, D. (2019). Systematic literature review on the spread of health-related misinformation on social media. *Social science & medicine (1982), 240,* 112552. http://doi.org/10.1016/j.socscimed.2019.112552

**26** Suarez-Lledo, V., & Alvarez-Galvez, J. (2021). Prevalence of health misinformation on social media: Systematic review. *Journal of Medical Internet Research, 23*(1). http://doi.org/10.2196/17187

**27**  Scales, D., Gorman, J., & Jamieson, K. (2021). The Covid-19 infodemic — applying the epidemiologic model to counter misinformation. *New England Journal of Medicine.* http://doi.org/10.1056/NEJMp2103798

**28**  Karanian, J.M., Rabb, N., Wulff, A.N., Torrance, M.G., Thomas, A.K., & Race, E. (2020). Protecting memory from misinformation: Warnings modulate cortical reinstatement during memory retrieval. *Proceedings of the National Academy of Sciences, 117* (37), 22771-22779. http://doi.org/10.1073/pnas.2008595117

**29**  Acerbi, A. (2019). Cognitive attraction and online misinformation. *Palgrave Communications, 5*(15). http://doi.org/10.1057/s41599-019-0224-y

**30**  Freiling, I., Krause, N., & Scheufele, D. (2021). Believing and sharing misinformation, fact-checks, and accurate information on social media: The role of anxiety during COVID-19. *New Media & Society.* http://doi.org/10.1177/14614448211011451

**31**  Vosoughi, S., Roy, D., & Aral, S. (2018). The spread of true and false news online. *Science, 359,* 1146-1151. http://doi.org/10.1126/science.aap9559

**32**  Lindström, B., Bellander, M., Schultner, D.T., Chang, A., Tobler, P.N., & Amodio, D.M. (2021). A computational reward learning account of social media engagement. *Nature Communications,* 12(1311). http://doi.org/10.1038/s41467-020-19607-x

**33**  Brady, W., Gantman, A., & Bavel, J. (2020). Attentional Capture Helps Explain Why Moral and Emotional Content Go Viral. *Journal of Experimental Psychology,* 149(4), 746-756. doi:10.1037/xge0000673

**34**  Tang, L., Fujimoto, K., Amith, M. T., Cunningham, R., Costantini, R. A., York, F., Xiong, G., Boom, J. A., & Tao, C. (2021). "Down the rabbit hole" of vaccine misinformation on YouTube: Network exposure study. *Journal of Medical Internet Research, 23*(1), e23262. http://doi.org/10.2196/23262

**35**  Donovan, J. (2020). Concrete recommendations for cutting through misinformation during the COVID-19 pandemic. *American Journal of Public Health, 110,* S3. http://doi.org/10.2105/AJPH.2020.305922

**36**  Pickard, V. (2020). *Democracy without journalism?: Confronting the misinformation society.* Oxford University Press.

**37**  Tsfati, Y., Boomgaarden, H.G., Strömbäck, J., Vliegenthart, R. , Damstra, A., & Lindgren, E. (2020). Causes and consequences of mainstream media dissemination of fake news: Literature review and synthesis. *Annals of the International Communication Association, 44*(2), 157-173. http://doi.org/10.1080/23808985.2020.1759443

**38**  Phillips, W. (2018, May 22). *The oxygen of amplification: Better practices for reporting on extremists, antagonists, and manipulators.* Data & Society. https://datasociety.net/library/oxygen-of-amplification/

**39**  Golebiewski, M. and Boyd, D. (2019, November). *Data voids: Where missing data can be easily exploited.* Data & Society. https://datasociety.net/wp-content/uploads/2019/11/Data-Voids-2.0-Final.pdf

**40**  Cubbon, Seb. (2020, December 15). *Identifying 'data deficits' can pre-empt the spread of disinformation.* First Draft Footnotes. https://medium.com/1st-draft/identifying-data-deficits-can-pre-empt-the-spread-of-disinformation-93bd6f680a4e

**41**  Collins-Dexter, B. (2020, June). *Canaries in the coal mine: COVID-19 misinformation and black communities.* Technology and Social Change project (TaSC) and Shorenstein Center. http://doi.org/10.37016/TASC-2020-01

**42**  Boxell, L., Gentzkow, M., & Shapiro, J. (2020, January). *Cross-country trends in affective polarization* (NBER Working Paper No. 26669). National Bureau of Economic Research. http://www.nber.org/papers/w26669

**43**  Hameleers, M., & van der Meer, T. (2019). ). Misinformation and polarization in a high-choice media environment: How effective are political fact-checkers? *Communication Research, 47*(2), 227-250. http://doi.org/10.1177/0093650218819671

**44**  Seo, H., Blomberg, M., Altschwager, D., & Vu, H. (2020). Vulnerable populations and misinformation: A mixed-methods approach to underserved older adults' online information assessment. *New Media & Society.* http://doi.org/10.1177/1461444820925041

**45**  Center for Countering Digital Hate. (2021, March 24). *The disinformation dozen: Why platforms must act on twelve leading online anti-vaxxers.* https://www.counterhate.com/disinformationdozen

**46**  New York Times. (2021). *Daily distortions.* https://www.nytimes.com/spotlight/disinformation

**47**  Poynter. *Fighting the infodemic: The #CoronaVirusFacts alliance.* https://www.poynter.org/coronavirusfactsalliance/

**48**  Facebook. (2021, May 26). *Taking action against people who repeatedly share misinformation.* https://about.fb.com/news/2021/05/taking-action-against-people-who-repeatedly-share-misinformation/

**49**  Twitter (n.d.). *COVID-19 misleading information policy.* Twitter. https://help.twitter.com/en/rules-and-policies/medical-misinformation-policy

**50**  Beckerman, M. (2021, February 24). *TikTok's H2 2020 transparency report.* TikTok. https://newsroom.tiktok.com/en-us/tiktoks-h-2-2020-transparency-report

**51**   U.S. Department of Health and Human Services. (2021). *We Can Do This COVID-19 public education campaign.* https://wecandothis.hhs.gov/about

**52**   Larson, H.J. (2020). A call to arms: Helping family, friends and communities navigate the COVID-19 infodemic. *Nature Reviews Immunology, 20,* 449–450. http://doi.org/10.1038/s41577-020-0380-8

**53**   Southwell, B., Wood, J., & Navar, A.M. (2020). Roles for health care professionals in addressing patient-held misinformation beyond fact correction. *American Journal of Public Health, 110*(S3), S288-S289. http://doi.org/10.2105/AJPH.2020.305729

**54**   Chen, X., Sin, S.C., Theng, Y-L., & Lee, C.S. (2016). Deterring the spread of misinformation on social network sites: A social cognitive theory-guided intervention. *Proceedings of the Association for Information Science and Technology.* http://doi.org/10.1002/pra2.2015.145052010095

**55**   Bode, L., & Vraga, E. (2021). Correction experiences on social media during COVID-19. *Social Media & Society, 7*(2). http://doi.org/10.1177/20563051211008829

**56**   Vanderpool, R.C., Gaysynsky, A., & Chou, W.S. (2020). Using a global pandemic as a teachable moment to promote vaccine literacy and build resilience to misinformation. *American Journal of Public Health, 110,* S284-S285. http://doi.org/10.2105/AJPH.2020.305906

**57**   Basol, M., Roozenbeek, J., Berriche, M., Uenal, F., McClanahan, W.P., & van der Linden, S. (2021). Towards psychological herd immunity: Cross-cultural evidence for two prebunking interventions against COVID-19 misinformation. *Big Data & Society, 8*(1). http://doi.org/10.1177/20539517211013868

**58**   Diethelm, P. & McKee, M. (2009). Denialism: what is it and how should scientists respond? *European Journal of Public Health,* 19(1), 2-4. https://doi.org/10.1093/eurpub/ckn139

**59**   Brenan, M. (2018, December 20). *Nurses again outpace other professions for honesty, ethics.* Gallup. https://news.gallup.com/poll/245597/nurses-again-outpace-professions-honesty-ethics.aspx/

**60**   First Draft. (2021, February). *The building blocks of reporting and discussing Covid-19 vaccines.* https://firstdraftnews.org/wp-content/uploads/2021/02/FD0102_Snapshot-3.pdf

**61**   O'Connor, C., & Ayad, M. (2021, April). MENA monitor: *Arabic COVID-19 vaccine misinformation online.* Institute for Strategic Dialogue (ISD). https://www.isdglobal.org/wp-content/uploads/2021/04/MENA-Covid-Vaccine-Misinformation-Monitor-1.pdf

**62**   Masterson, M., Zaheer, A., Small, C., Cable, J., John, J. (2021, May 4). *Rumor control: A framework for countering vaccine misinformation.* Virality Project Policy Analysis. https://www.viralityproject.org/policy-analysis/rumor-control

**EXHIBIT S**

Case 3:23-cv-03880-TLT   Document 49-1   Filed 09/25/23   Page 192 of 197

# Biden backs away from his claim that Facebook is 'killing people' by allowing Covid misinformation

By Betsy Klein, Maegan Vazquez and Kaitlan Collins, CNN

Updated 8:31 PM EDT, Mon July 19, 2021



Video Ad Feedback

Biden backs off claim Facebook is 'killing people'

01:26 - Source: CNN

**(CNN)** — President Joe Biden continued to put pressure on Facebook on Monday over the online dissemination of Covid-19 vaccine information, but backed off his recent accusation that the company was directly responsible for "killing people" and suggested it was merely allowing misinformation to spread.

Asked by CNN about the comment, Biden said, "I meant precisely what I said. I'm glad you asked me that question."

CNN          RELATED          ✕

"Facebook isn't killing people – these 12 people are out there giving misinformation. Anyone listening to it is getting hurt by it. It's killing people. It's bad information," Biden said, appearing to cite data from the nonprofit Center for Countering Digital Hate (CCDH). A report published by the organization in March indicated that about a dozen people were super-spreaders of anti-vaccine misinformation.

ADVERTISING



"My hope is that Facebook, instead of taking it personally, that somehow I'm saying Facebook is killing people, that they would do something about the misinformation, the outrageous misinformation about the vaccine. That's what I meant," the President continued, following a speech at the White House about the state of the economy.

White House press secretary Jen Psaki indicated late last week that the Biden White House "clearly" didn't find Facebook's response to misinformation sufficient. But asked on Monday whether the platform had done enough, Biden said he was unsure about the company's more recent efforts.

"To be completely honest with you, I don't know that they did anything today, up to the weekend. I don't think they had. But I don't know, I don't know the answer to that question," he said.



**RELATED ARTICLE**
Biden says platforms like Facebook are 'killing people' with Covid misinformation

And asked whether he would take steps to hold the company accountable if they don't do more, Biden said, "I'm not trying to hold people accountable, I'm trying to make people look at themselves, look in the mirror. Think about that misinformation going to your son, your daughter, your relative, someone you love. That's what I'm asking."



≡  CNN politics                                                          AudioLive TV

White House and the social media platform have escalated. Officials have continued to talk with the company behind the scenes, a senior aide told CNN later Monday, but the White House doesn't believe further conversations will shift the dynamic much.

Biden officials believe the company is fully aware of the actions they want to see taken when it comes to the spread of coronavirus misinformation – and for its part – Facebook has pushed back on the White House's pressure campaign by pointing to misinformation they have removed or information about the vaccines they have elevated.

Still, administration officials believe the company's current actions aren't enough given how much misinformation continues to circulate.

Earlier in the day, Psaki said that the White House is "not in a war or battle with Facebook" but in a "battle with the virus."

Case 3:23-cv-03880-TLT   Document 40-1   Filed 09/25/23   Page 194 of 197

Asked whether Biden's comments mean there will be no regulatory actions on the matter, Psaki said: "I don't think we've taken any options off the table. That's up to Congress to determine how the want to proceed moving forward."

The extraordinary spat between the White House and Facebook over Covid disinformation has pit the President against one of the country's most prominent companies as the race to vaccinate continues and Covid cases spread.

The escalating war of words comes after growing frustration at the White House over what they say are inadequate steps by the social media platform to control the spread of anti-vaccine disinformation.

Responding to Biden's comments about Facebook "killing people" last week, the company seemed to reflect blame back onto the administration.

"President Biden's goal was for 70% of Americans to be vaccinated by July 4. Facebook is not the reason this goal was missed," Guy Rose, Facebook's vice president of integrity, wrote in a post on the company's website on Saturday.

US Surgeon General Dr. Vivek Murthy warned last week that health misinformation is "a serious threat to public health," and the administration directly called out social media giant Facebook for not doing enough to stop the spread of false information on its platform.

Earlier Saturday, a Facebook official, speaking anonymously to discuss conversations the company has had with the Biden administration, told CNN, "In private exchanges the Surgeon General has praised our work, including our efforts to inform people about Covid-19. They knew what they were doing. The White House is looking for scapegoats for missing their vaccine goals."

Meetings between the Biden administration and Facebook in recent weeks have been "tense," a source familiar with the conversations told CNN last week.

The source said at the time that Biden officials who had taken concerns about vaccine misinformation to Facebook had concluded that the company was either not "taking this very seriously, or they are hiding something," due to what they view as Facebook's unwillingness to tackle vaccine misinformation.

*This story has been updated with additional reporting Monday.*

CNN's Donie O'Sullivan, Allie Malloy, DJ Judd and Kaitlan Collins contributed to this report.

PAID CONTENT        RECOMMENDED BY Outbrain





**EXHIBIT T**

 politics

AudioLive TV

# White House reviewing Section 230 amid efforts to push social media giants to crack down on misinformation

By Betsy Klein, CNN
Updated 10:31 AM EDT, Tue July 20, 2021



Video Ad Feedback

Biden backs off claim Facebook is 'killing people'

01:26 - Source: CNN

"We're reviewing that, and certainly they should be held accountable," Bedingfield told MSNBC when asked about Section 230 and whether social media companies like Facebook should be liable and open to lawsuits for publishing false information that causes Americans harm.

ADVERTISING



President Joe Biden, Bedingfield said, also believes it is "the responsibility of the people creating the content."

"It is a big and complicated ecosystem, and everybody bears responsibility to ensure that we are not providing people with bad information about a vaccine that will save their lives," she said.

Both Biden and then-President Donald Trump have advocated for revoking Section 230, but for different reasons.



**RELATED ARTICLE**
Biden backs away from his claim that Facebook is 'killing people' by allowing Covid misinformation

Biden has long railed against the law for its protection of social media companies from misinformation, whereas Trump has claimed that it leads to the censorship and suppression of conservative voices. Supporters of the provision, meanwhile, argue that the law protects free speech. Trump's attempts to use the executive branch to change how Section 230 is applied to tech companies was called unconstitutional by legal experts, lawmakers and officials at the Federal Communications Commission.