Scott J. Street (SBN 258962)
JW HOWARD/ATTORNEYS, LTD.
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

John W. Howard (SBN 80200)
Andrew G. Nagurney (SBN 301894)
JW HOWARD/ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 234-2842
Email: johnh@jwhowardattorneys.com

Attorneys for Plaintiff,
ROBERT F. KENNEDY, JR.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. KENNEDY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, a Delaware corporation, and YOUTUBE, LLC, a Delaware corporation, <br><br> Defendants. | Case No. 3:23-cv-03880 <br><br> [Assigned to the Hon. Trina Thompson] <br><br> **DECLARATION OF ROBERT F. KENNEDY, JR.** <br><br> Date: November 7, 2023 <br> Time: 2:00 p.m. <br> Crtrm: 9 |

///
///
///
///
///
///
///

1

DECLARATION OF ROBERT F. KENNEDY, JR.                                CASE NO. 5:23-cv-03880

# DECLARATION OF ROBERT F. KENNEDY, JR.

I, Robert F. Kennedy, Jr. declare as follows:

1.  I am the Plaintiff/Appellant in this matter, a member of the Democratic Party and a candidate for President of the United States. I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called to do so.

2.  I am submitting this declaration in support of my motion for a preliminary injunction that would prohibit Defendants Google LLC and YouTube, LLC, from using their medical misinformation policy to censor videos of me speaking on matters of public concern during my campaign.

3.  I have spoken regularly about the safety and efficacy of vaccines over the past decade. Videos of my comments were often posted on YouTube. To my knowledge, none of those videos caused any harm to anybody and none of the videos were removed from YouTube until the COVID-19 pandemic. Indeed, to my knowledge, I was not censored on YouTube until 2021, after my opponent, Joe Biden, took office and after Google adopted a new policy, dubbed the "vaccine misinformation policy." That is the policy that Google has cited when removing videos of my speech on matters of public concern. I understand that Google recently merged its vaccine misinformation policy with another policy (the COVID-19 misinformation policy) to create a single medical misinformation policy that governs speech about vaccines, COVID-19, cancer treatments, abortion, and many other topics.

4.  Facebook and Twitter largely stopped censoring me after I declared my presidential candidacy. Google did not. Although Google has not censored every speech or interview that I have given that appears on YouTube, it has removed several high-profile speeches and interviews I gave, including my pre-announcement speech at the New Hampshire Institute of Politics and interviews I gave to Joe Rogan and

Jordan Peterson.

5. Google's actions have created a chilling effect on my campaign. That chilling effect is especially challenging for me in challenging an incumbent president who has the support of the entire Democratic Party and the media, much of which has chosen to ignore my campaign, depriving us of the media opportunities candidates normally get. My campaign depends both on our ability to post raw content to YouTube and on third parties to post and share videos of my political speech.

6. Those hurdles would be great under ordinary circumstances, but they are even greater given that I am challenging an incumbent president whose administration, according to evidence gathered in other cases, targeted me specifically. The White House and other executive branch officials have repeatedly denounced me as a member of the "disinformation dozen" (a term coined by a pro-censorship non-profit) and specifically called for technology companies to kick me off social media. In response, I have often had to engage in self-censorship, not talking about certain subjects that I would otherwise discuss to avoid getting censored and removed from social media.

7. My lawyers, campaign staff and I have repeatedly asked Google to stop applying its misinformation policies to censor me during the presidential campaign. It refused. That led to the filing of this lawsuit and, following the district court's denial of our application for a temporary restraining order, to this emergency motion. I believe this censorship will increase as the primaries get closer and that emergency injunctive relief is the only thing that will prevent voters from having an unfettered chance to hear my views before they cast their ballots.

8. I understand that Google has argued that videos of my political speech on YouTube constitute "misinformation." That is a misnomer. To my knowledge, nobody has ever proven that something I said on YouTube was false, much less intentionally false. In fact, the government has increasingly targeted my speech not because it is

1 false (it isn't) but because public health officials believe it is misleading or potentially
2 harmful, and thus something they dub "malinformation." But, to my knowledge,
3 nobody has ever produced any evidence that my speech about public health matters
4 caused any harm to anybody.

5       9.      I speak about public health matters the same way I have spoken about
6 environmental, legal, and other matters during my career: in good faith, grounded in
7 facts, and based on my sincere beliefs about what is best for the American people.
8 People have always disagreed with me. I respect their opinions and have always
9 welcomed more dialogue, not less.

10       10.      My advocacy on those issues increased during the COVID-19 pandemic.
11 Indeed, my decision to seek the Democratic Party's presidential nomination arose out
12 of my experiences during the pandemic. I saw government and corporations
13 manipulate the pandemic to increase their power and enrich themselves while
14 destroying small businesses and trampling civil liberties. I saw the government's
15 COVID-19 response, which included shutting down the global economy and then
16 spending trillions of dollars to try to turn it back on at the right time, as the biggest
17 public policy blunder in history. I saw billions of dollars in taxpayer money wasted on
18 ineffective, and potentially unsafe, vaccines. I saw children's lives set back by the
19 unprecedented and unnecessary forced closure of schools. Thus, the topics that
20 Google has marked for censorship on YouTube are an integral part of my campaign. I
21 cannot simply carve them out and talk about other things. Even if I could, I suspect
22 that, if it is allowed to censor government dissent, Google will continue adding topics
23 to the list of prohibited viewpoints, as it did recently with the amended medical
24 misinformation policy. In fact, I recently criticized the Democratic National
25 Committee for working with the Biden campaign to prevent me from earning the
26 delegates I need to win the Democratic Party's nomination. I would not be surprised if
27 Google begins censoring that speech at the government's behest, too.
28

Under penalty of perjury, under the laws of the United States of America, I declare that the foregoing is true and correct. Executed this 21st day of September 2023, at Los Angeles, California.

_____
Robert F. Kennedy. Jr.