harmfScott J. Street (SBN 258962)
JW HOWARD/ATTORNEYS, LTD.
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

John W. Howard (SBN 80200)
Andrew G. Nagurney (SBN 301894)
JW HOWARD/ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 234-2842
Email: johnh@jwhowardattorneys.com

Attorneys for Plaintiff,
ROBERT F. KENNEDY, JR.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. KENNEDY, JR., | Case No. 3:23-cv-03880 |
| Plaintiff, | [Assigned to the Hon. Trina Thompson] |
| vs. | **DECLARATION OF AMARYLLIS KENNEDY** |
| GOOGLE LLC, a Delaware corporation, and YOUTUBE, LLC, a Delaware corporation, | |
| Defendants. | Date: November 7, 2023<br>Time: 2:00 p.m.<br>Crtrm: 9 |

///
///
///
///
///

1

DECLARATION OF AMARYLLIS KENNEDY.                                CASE NO. 5:23-cv-03880

# DECLARATION OF AMARYLLIS KENNEDY

I, Amaryllis Kennedy, declare as follows:

1. I am over the age of 18 and a senior adviser for Team Kennedy, the organization formed by my father-in-law, Robert F. Kennedy, Jr., to support his campaign for President of the United States. I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called to do so.

2. I am submitting this declaration in support of Bobby's motion for a preliminary injunction to prohibit Defendants Google LLC and YouTube, LLC, from using their medical misinformation policy to censor videos of Bobby speaking on matters of public concern during the campaign.

3. Bobby has spoken regularly about the safety and efficacy of vaccines over the past decade. To my knowledge, he was not censored on YouTube until 2021, after Google adopted a new policy, dubbed the "vaccine misinformation policy." That is the policy that Google cited most frequently during the past two years when removing videos of his speech on matters of public concern, including speeches he has made, and interviews he has given, during his political campaign. Since this case was filed, Google merged its medical misinformation policies into a single "medical misinformation" policy.

4. Although Google does not censor all videos of Bobby speaking, it has removed several high-profile speeches and interviews he has given during the campaign, including a speech at the New Hampshire Institute of Politics and interviews he gave to Joe Rogan and Jordan Peterson. Google removed the New Hampshire speech from YouTube back in early March 2023. It removed the Peterson video around June 20, 2023. It removed video of the Rogan interview around June 17, 2023. In late June, Google also removed an interview between Bobby and former New York Post reporter Al Guart from YouTube.

5. I am not aware of Google removing any videos from the Team Kennedy

1. YouTube page, but it has removed videos posted by third parties who support Bobby's candidacy. For example, attached to this declaration as **Exhibit "A"** is a true and correct copy of an email one of Bobby's supporters sent the campaign after Google removed his posting of the Rogan interview. The campaign receives similar reports from people all the time.

6. Google's actions have created a chilling effect surrounding the campaign. I often hear from people who say that Google's actions have deterred them from posting content about Bobby. The chilling effect is particularly harmful because Google uses its medical misinformation policy to remove entire speeches and interviews, much of which have nothing to do with vaccines, or even with public health matters. This has created an environment of self-censorship, both within and outside the campaign. The campaign cannot afford to lose its YouTube channel—a constant threat since Google says it can use the misinformation policy to issue strikes that can lead it to suspend an account—so we may choose not to post videos there or edit content to satisfy the misinformation policy.

7. Similarly, Google's threat to issue a strike to anybody who posts video of Bobby's speech that violates the medical misinformation policy—with three strikes leading to the permanent suspension of an account—often causes people to avoid posting content related to Bobby's campaign.

8. This censorship, and the chilling effect it creates, have created hurdles for the campaign. Since the mainstream media has largely avoided covering Bobby, the campaign relies heavily on ordinary people who post and share videos of Bobby speaking on matters of public concern. YouTube is by far the largest platform for sharing such videos. It has also become the second largest search engine on the Internet. It is a critical part of our campaign infrastructure.

9. I suspect that Google's censorship of Bobby's speech will increase as the Democratic primaries draw closer. It will also increase if Bobby decides to run in the

general election on a third-party ticket, as some have predicted and urged him to do.

10. The campaign has repeatedly asked Google to stop censoring Bobby's speech on matters of public concern during the political campaign. It has refused. It insists that it has the right censor Bobby, even as a political candidate. That is not all. As a general matter, Google allows public figures to control the "Google Knowledge" box that appears on the right side of an internet page, or the top of the page when viewing it on a mobile device, in response to a search result. However, despite repeated requests to Google, the campaign has not been allowed to control the box for Bobby. Thus, the knowledge box contains several pieces of inaccurate information about Bobby. Google also tends to highlight negative stories about Bobby in its search results, leading me to believe that it modified its algorithm to amplify the negative stories while suppressing the many positive stories about Bobby's campaign. I believe this is indicative of Google's general hostility to Bobby's campaign and an example of why Google will not change its behavior unless a court orders it to.

Under penalty of perjury, under the laws of the United States of America, I declare that the foregoing is true and correct. Executed this 22nd day of September 2023, at Los Angeles, California.



Amaryllis Kennedy

EXHIBIT "A"

---------- Forwarded message ---------

Date: Sat, Jun 17, 2023 at 11:35
Subject: Re: 📣 YouTube removed your content

They rejected my appeal:

1



Hi ▮

We have reviewed your appeal for the following:

**Video:** RFK Jr on Rogan - Pfizer COVID Vaccine Trial

We reviewed your content carefully, and have confirmed that it violates our medical misinformation policy. We know this is probably disappointing news, but it's our job to make sure that YouTube is a safe place for all.

**How does this impact your content**

- We won't be putting your content back up on YouTube.
- If your appeal was for a warning, you will not be given another warning in the future.
- If your appeal was for a strike, the strike will remain on your channel.

You can find more information about warnings and strikes at the YouTube Help Center.

Thanks,
The YouTube team



[REDACTED]

---------- Forwarded message ---------
From: **YouTube** <no-reply@youtube.com>
Date: Sat, Jun 17, 2023 at 8:38 AM
Subject: 📢 YouTube removed your content
[REDACTED]

Hi [REDACTED]

Our team has reviewed your content, and, unfortunately, we think it violates our **medical misinformation policy**. We've removed the following content from YouTube:

**Video:** RFK Jr on Rogan - Pfizer COVID Vaccine Trial

We know that this might be disappointing, but it's important to us that YouTube is a safe place for all. If content breaks our rules, we remove it. If you think we've made a mistake, you can appeal and we'll take another look. Keep reading for more details.

### How your content violated the policy

YouTube doesn't allow claims about COVID-19 vaccinations that contradict expert consensus from local health authorities or the World Health Organization (WHO).

LEARN MORE

### How this affects your channel

3

Because it's the first time, this is just a warning. If it happens again, your channel will get a strike and you won't be able to do things like upload, post, or live stream for 1 week.

**What to do next**

We want to help you stay on YouTube, so please:

- Make sure you understand YouTube's Community Guidelines and strikes basics.

- Review your content with our policies in mind. If after reviewing your content you think we made a mistake, let us know. You can appeal this decision here.

Sincerely,
The YouTube Team

Help Center • Email options
You have received this email to update you on actions related to your YouTube account.
Was this email helpful? Yes | No



© 2023 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



4