Scott J. Street (SBN 258962)
**JW HOWARD/ATTORNEYS, LTD.**
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

John W. Howard (SBN 80200)
Andrew G. Nagurney (SBN 301894)
**JW HOWARD/ATTORNEYS, LTD.**
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 234-2842
Email: johnh@jwhowardattorneys.com

Attorneys for Plaintiff,
ROBERT F. KENNEDY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. KENNEDY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, a Delaware corporation, and YOUTUBE, LLC, a Delaware corporation, <br><br> Defendants. | Case No. 3:23-cv-03880 <br><br> [Assigned to the Hon. Trina Thompson] <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND [PROPOSED] PRELIMINARY INJUNCTION** <br><br> Date:  November 7, 2023 <br> Time:  2:00 p.m. <br> Crtrm: 9 |

///

///

///

## **ORDER AND PRELIMINARY INJUNCTION**

Having considered the motion for a preliminary injunction filed by Plaintiff Robert F. Kennedy, Jr., and all related documents and argument, and good cause appearing, the Court orders as follows:

1. The motion is granted.

2. Defendants Google LLC and YouTube, LLC, and all their agents and employees are temporarily enjoined from using their "Medical misinformation policy" to remove videos of Mr. Kennedy's speech from YouTube during the 2024 presidential campaign.

3. Mr. Kennedy shall serve a copy of this Order plus all supporting pleadings and papers on Defendants by _____, 2023.

4. This preliminary injunction shall terminate once Mr. Kennedy ceases to be a candidate for president of the United States in the 2024 election.

5. Any violation of this injunction shall be enforced pursuant to the Court's contempt powers.

IT IS SO ORDERED.

Dated: _____            _____
                                                                 U.S. DISTRICT JUDGE