Scott J. Street (SBN 258962)
**JW HOWARD/ATTORNEYS, LTD.**
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

John W. Howard (SBN 80200)
Andrew G. Nagurney (SBN 301894)
**JW HOWARD/ATTORNEYS, LTD.**
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 234-2842
Email: johnh@jwhowardattorneys.com

Attorneys for Plaintiff,
ROBERT F. KENNEDY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ROBERT F. KENNEDY, JR., | Case No. 3:23-cv-03880 |
|---|---|
| Plaintiff, | [Assigned to the Hon. Trina Thompson] |
| vs. | **CERTIFICATE OF SERVICE** |
| GOOGLE LLC, a Delaware corporation, and YOUTUBE, LLC, a Delaware corporation, | [Filed concurrently with Declarations of Robert F. Kennedy, Jr., Amaryllis Kennedy and Scott J. Street; [Proposed] Order and Preliminary Injunction lodged concurrently] |
| Defendants. | Date:  November 7, 2023<br>Time:  2:00 p.m.<br>Crtrm: 9 |

///
///
///
///

1
MOTION FOR PI AND MEMO. OF POINTS & AUTHORITIES           CASE NO. 5:23-cv-03880

# **CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On September 25, 2023, I caused the

1. **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**
2. **DECLARATION OF SCOTT J. STREET**
3. **DECLARATION OF ROBERT F. KENNEDY, JR.**
4. **DECLARATION OF AMARLYLLIS KENNEDY**
5. **[PROPOSED] ORDER GRANTING PALINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND [PROPOSED] PRELIMINARY INJUNCTION**

to be filed and served via the Court's Electronic Service upon the parties listed on the Court's service list for this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on September 25, 2023 at San Diego, California.

    /s/ Dayna Dang           _
    Dayna Dang, Paralegal
    dayna@jwhowardattorneys.com