|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ROBERT F. KENNEDY, JR., | Case No. 3:23-cv-03880-TLT |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |
| vs. |  |
| GOOGLE LLC AND YOUTUBE, LLC, | Judge:   Hon. Trina Thompson  <br>Date:    January 16, 2024  <br>Time:    2:00 p.m.  <br>Crtrm.:  9 |
| Defendants. |  |

**[PROPOSED] ORDER**

Having considered the parties' briefing on Defendants' motion to dismiss Plaintiff's First Amended Complaint, and having [heard oral argument] [decided the matter on the papers], it is hereby **ORDERED** that Defendants' motion to dismiss is granted and Plaintiff's First Amended Complaint is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

DATED: _____, 2023

_____
Hon. Trina L. Thompson
United States District Judge