JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
JULIANA M. YEE (State Bar No. 304564)
Juliana.Yee@mto.com
CARSON SCOTT (State Bar No. 339868)
Carson.Scott@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

HELEN E. WHITE (*pro hac vice*)
Helen.White@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, DC 20001
Telephone:     (202) 220-1100
Facsimile:     (202) 220-2300

Attorneys for Defendants Google LLC and
YouTube, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT F. KENNEDY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC AND YOUTUBE, LLC, <br><br> Defendants. | Case No. 3:23-cv-03880-TLT <br><br> **DECLARATION OF ALEXANDRA VEITCH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

3:23-cv-03880

## DECLARATION OF ALEXANDRA VEITCH

I, Alexandra Veitch, declare as follows:

1.      I am the Director of YouTube Government Affairs & Public Policy for the Americas at Google.  As part of my role, I lead a team that advises the company on policy issues around online user-generated content.  My team advises on Google's content moderation policies and practices on YouTube.

2.      The statements contained in this declaration are based on my personal knowledge. I am over 18 years of age and competent to make the statements set forth herein.

3.      YouTube is an online platform that allows users to create, upload, and share videos with others around the world.  Every day, millions of people come to YouTube to be informed, inspired, or just have fun.

4.      Google, which owns and operates YouTube, has developed policies that explain to users what they can and cannot do while using the service.

5.      Google has long had a set of Community Guidelines and user policies that outline what type of content isn't allowed on YouTube.  YouTube's current Community Guidelines are available at https://www.youtube.com/howyoutubeworks/policies/community-guidelines.  A true and correct copy of the current Community Guidelines is attached to this declaration as Exhibit A.

6.      Google maintains YouTube's Community Guidelines, which include, among other things, examples of content that these Guidelines prohibit (e.g., COVID-19 medical misinformation).

7.      Before the advent of the COVID-19 pandemic, those Community Guidelines prohibited spreading harmful or dangerous content, including medical misinformation, on YouTube.  A true and correct copy of YouTube's Community Guideline prohibiting harmful and dangerous content, as of July 26, 2019 is attached as Exhibit B and a true and correct copy of YouTube's full Community Guidelines in force at that time is attached as Exhibit C.

8.      Google's efforts to address misinformation about COVID-19 began as the pandemic emerged in February and March 2020.  On May 20, 2020, Google published its first YouTube COVID-19 medical misinformation policy.  A true and correct copy of that policy is

attached as Exhibit D.  That policy prohibited, among other things, "content about COVID-19 that poses a serious risk of egregious harm" and "content that spreads medical misinformation that contradicts the World Health Organization (WHO) or local health authorities' medical information about COVID-19."

9.       Google has updated its guidance concerning COVID-19 medical misinformation on YouTube multiple times since the policy was first published.  For example, in 2020 alone, Google updated its guidance concerning COVID-19 medical misinformation at least 6 times after it was initially introduced in May.  Google updated that guidance at least 7 times in 2021.

10.       During one of its periodic updates, in October 2020, Google updated its guidance concerning COVID-19 medical misinformation on YouTube to make clear that that the policy prohibited "[c]laims about COVID-19 vaccinations that contradict expert consensus from local health authorities or WHO."  A true and correct copy of YouTube's October 14, 2020 COVID-19 medical misinformation policy is attached as Exhibit E.

11.       In December 2020, Google once again updated its guidance regarding COVID-19 medical misinformation to make clear that the policy prohibits various types of misinformation regarding vaccines on YouTube.  For example, the policy prohibited "[c]laims that an approved COVID-19 vaccine will cause death."  A true and correct copy of YouTube's December 3, 2020 COVID-19 medical misinformation policy is attached as Exhibit F.

12.       In September 2021, Google expanded its medical misinformation policy with new guidelines regarding misinformation about "currently approved and administered vaccines" on YouTube.  A true and correct copy of YouTube's September 29, 2021 misinformation policy is attached as Exhibit G.  Like previous guidance, the vaccine guidelines prohibited "content that contradicts local health authorities' or the WHO's guidance on vaccine safety, efficacy, and ingredients."  *Id.*  For example, the vaccine misinformation policy prohibited, among other things, "[c]laims that vaccines contain substances that are not on the vaccine ingredient list," and "[c]laims that the MMR [measles, mumps, and rubella] vaccine causes autism."  *Id.*

13.       At the same time, YouTube's COVID-19 medical misinformation policy continued to prohibit "content that spreads medical misinformation that contradicts local health authorities'

1  or the World Health Organization's (WHO) medical information about COVID-19," including

2  "[c]laims about COVID-19 vaccinations that contradict expert consensus from local health

3  authorities or WHO." A true and correct copy of YouTube's September 16, 2021 COVID-19

4  medical misinformation policy is attached as Exhibit H.

5        14.    Between September 2021 and the filing of Plaintiff's complaint on August 2, 2023,

6  Google did not materially revise its COVID-19 and medical misinformation policies. It did,

7  however, continue to periodically update guidance for users about specific examples of kinds of

8  content and claims that those policies prohibited. True and correct copies of the COVID-19

9  medical misinformation policy and vaccine misinformation policy as of August 2, 2023, are

10 attached as Exhibits I and J, respectively.

11       15.    On August 15, 2023, Google publicly announced another long-planned update to

12 streamline its guidance concerning prohibited medical misinformation on YouTube into a single,

13 streamlined piece of guidance for users that covers many different types of medical

14 misinformation, including misinformation about COVID-19, vaccines, and cancer treatments. A

15 true and correct copy of YouTube's August 15, 2023 guidance concerning the medical

16 misinformation policy is attached at Exhibit K. YouTube's updated medical misinformation

17 policy continues to prohibit "medical misinformation that contradicts local health authorities'

18 (LHAs) or the World Health Organization's (WHO) guidance about specific health conditions and

19 substances." *Id.* It prohibits misinformation relating to COVID-19, COVID-19 vaccines, and

20 other vaccines. The August 15, 2023 medical misinformation policy reflected in Exhibit K

21 remains in force today.

22

23      I declare under penalty of perjury under the laws of the United States of America and the

24 State of California that the foregoing is true and correct.

25      Executed on October 9, 2023 at Washington, DC.

26

27

28                        ALEXANDRA VEITCH

-4-

# EXHIBIT A

# YouTube's Community Guidelines

When you use YouTube, you join a community of people from all over the world. The guidelines below help keep YouTube fun and enjoyable for everyone.

If you see content that you think violates these guidelines, report it.

Sometimes, content that would otherwise violate our Community Guidelines may stay on YouTube when it has Educational, Documentary, Scientific, or Artistic (EDSA) context. In these cases, the content gets an EDSA exception.

These policies apply to all types of content on our platform, including, for example, unlisted and private content, comments, links, Community posts, and thumbnails. This list isn't complete.



## Spam & deceptive practices



The YouTube Community is one that's built on trust. Content that intends to scam, mislead, spam, or defraud other users isn't allowed on YouTube.

- Spam, deceptive practices, & scams policies
- Impersonation policy
- External links policy
- Fake engagement policy
- Playlists policy
- Additional policies

## Sensitive content



We hope to protect viewers, creators, and especially minors. That's why we've got rules around keeping children safe, sex & nudity, and self harm. Learn what's allowed on YouTube and what to do if you see content that doesn't follow these policies.

- Nudity & sexual content policies
- Thumbnails policy
- Child safety policy
- Suicide, self-harm, and eating disorders policy
- Vulgar language policy



## Violent or dangerous content

Hate speech, predatory behavior, graphic violence, malicious attacks, and content that promotes harmful or dangerous behavior isn't allowed on YouTube.

- Harmful or dangerous content policies
- Violent or graphic content policies
- Violent criminal organizations policy
- Hate speech policy
- Harassment & cyberbullying policies



## Regulated goods

Certain goods can't be sold on YouTube. Find out what's allowed—and what isn't.

- Sale of illegal or regulated goods or services policies
- Firearms policy

## Misinformation



Certain types of misleading or deceptive content with serious risk of egregious harm are not allowed on YouTube. This includes certain types of misinformation that can cause real-world harm, like promoting harmful remedies or treatments, certain types of technically manipulated content, or content interfering with democratic processes.

- Misinformation policies
- Elections misinformation policies
- Medical misinformation policies

## Educational, Documentary, Scientific, and Artistic (EDSA) content

Our Community Guidelines aim to make YouTube a safer community. Sometimes, content that would otherwise violate our Community Guidelines may stay on YouTube when it has Educational, Documentary, Scientific, or Artistic (EDSA) context. In these cases, the content gets an EDSA exception.

- How YouTube evaluates Educational, Documentary, Scientific, and Artistic (EDSA) content

> 💡 Get creator tips for YouTube policies and guidelines.

**Please take these rules seriously**. If a YouTube creator's on- and/or off-platform behavior harms our users, community, employees or ecosystem, we may respond based on a number of factors including, but not limited to, the egregiousness of their actions and whether a pattern of harmful behavior exists. Our response will range from suspending a creator's privileges to account termination.

 Give feedback about this article

Was this helpful?   Yes   No

## Need more help?

Try these next steps:



**Post to the help community**
Get answers from community members

**Contact us**
Tell us more and we'll help you get there

oogle - Privacy Policy - YouTube Terms of Service

English

# EXHIBIT B

# Harmful or dangerous content

Content that aims to encourage dangerous or illegal activities that risk serious physical harm or death is not allowed on YouTube.

## What this means for you

**If you're posting content**

Don't post content on YouTube if it fits any of the descriptions noted below.

- **Extremely dangerous challenges**: Challenges that pose imminent risk of physical injury.
- **Dangerous or threatening pranks**: Pranks that lead victims to fear imminent serious physical danger, or that create serious emotional distress in minors.
- **Instructions to kill or harm**: Showing viewers how to perform activities meant to kill or maim others, such as providing instructions on how to build a bomb meant to injure or kill people.
- **Hard drug use or creation**: Content that depicts people abusing controlled substances such as cocaine or opioids, or content providing instructions on how to create drugs. Hard drugs are defined as drugs that can (mostly) lead to physical addiction.
- **Eating Disorders**: Content in which people suffering from anorexia or other eating disorders are praised for weight loss, are bragging about it, or are encouraging others to imitate the behavior.
- **Violent Events**: Promoting or glorifying violent tragedies, such as school shootings.
- **Instructional theft**: Showing users how to steal money or tangible goods.
- **Instructional hacking and phishing**: Showing users how to bypass secure computer systems or steal user credentials and personal data.
- **Promoting dangerous remedies or cures**: Content which claims that harmful substances or treatments can have health benefits.

Please note this is not a complete list.

Don't post content showing a minor participating in dangerous activity, or encouraging minors to engage in dangerous activities. Never put minors in harmful situations that may lead to injury, including dangerous stunts, dares, or pranks. You can learn more about Child Safety here.

## Age-restricted content

We may consider the following factors when determining whether to age-restrict or remove content. Please note this is not a complete list.

- Whether the act in question could lead to serious injury or death.
- Whether the individuals participating in the act are trained professionals taking precautions to prevent injury.
- Whether the act could be easily imitated by minors.
- Whether the content could be used to commit serious acts of violence.
- Whether the upload is educational, documentary, scientific or artistic in nature.
- Whether there's any commentary discouraging the act.
- Whether the viewer can tell if it's real or fake.

**Examples of age-restricted content**

- A video about fake harmful pranks that seems so real that viewers can't tell the difference.
- A reaction video to a dangerous challenge without any commentary discouraging the challenge.

A video that depicts dangerous acts may be allowed if the primary purpose is educational, documentary, scientific, or artistic (EDSA), and it isn't gratuitously graphic. For example, a news piece on the dangers of choking games would be appropriate, but posting clips out of context from the same documentary might not be.

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature.

## Examples

Here are some examples of content that's not allowed on YouTube.

## Extremely dangerous challenges

The following types of content are not allowed on YouTube. This is not a complete list.

- **Asphyxiation**: Highlighting any activity that prevents breathing or can lead to suffocation like choking, drowning, or hanging games; or eating non-food items.
- **Misuse of weapons**: Using weapons, like guns or knives, without proper safety precautions or in a way that could cause physical harm. Includes the no lackin' challenge.
- **Ingesting Harmful Substances:** Eating, consuming, or inserting non-food objects or chemicals may cause illness, or poisoning. Includes things like such detergent-eating challenges.
- **Burning, Freezing & Electrocution**: Activities with inherent risk of severe burns, freezing, frostbite, or electrocution. Includes things like the fire challenge or hot water challenge.
- **Mutilation & Blunt Force Trauma**: Activities like self-mutilation, abstaining from normal health practices, falling, impalement, collision, blunt force trauma, or crushing.
- **Challenges featuring children:** Showing minors drinking alcohol, vaping, using tobacco or marijuana, or misusing fireworks.

**Note:** We may age-restrict content that provides information about type of content in an educational or documentary way. For example, a documentary about self-mutilation may be allowed but it won't be available to all audiences.

## Dangerous or threatening pranks

The following types of content are not allowed on YouTube. This is not a complete list.

- **Intentional physical harm:** Inflicting physical harm on unsuspecting prank victims through things like punching attacks, drugging food or drinks with laxatives, or shock pranks.
- **Making people feel in immediate danger:** Tricking people into believing they're in real danger, even if no physical harm comes to them. This includes threats with weapons; bomb scares; swatting or fake 911 calls.; fake home invasions or robberies; or fake kidnapping.
- **Emotional distress to minors:** Any prank that causes emotional distress to children or other vulnerable people. This includes fake death or suicide; fake violence; pretending that a parent or caregiver will abandon a child; or showing a parent or caregiver verbally abuse and shame a child.

**Note:** We may age-restrict pranks involving adults that don't violate our policies. For example, a prank with a realistic looking injury may be allowed but it won't be available to all audiences.

## Violent events or instructions to harm

The following types of content are not allowed on YouTube. This is not a complete list.

- **Bomb-making:** Showing users how to build a bomb meant to injure or kill people, such as a pipe bomb, package bomb, explosive vest, or molotov cocktail.
- **Violence involving children:** Any real fights or violence between children.

**Note:** We may age-restrict this type of content if it's documentary or educational. For example, content that provides medical, academic, historical, philosophical, or news perspective on a violent act may be allowed but it won't be available to all audiences.

## Drug use

The following types of content are not allowed on YouTube. This is not a complete list.

- **Displays of hard drug uses:** Non-educational content that shows people injecting intravenous drugs like heroin or huffing/sniffing glue.
- **Making hard drugs:** Non-educational content that teaches people how to make drugs.
- **Minors using alcohol or drugs:** Showing minors drinking alcohol; vaping;  using tobacco or marijuana; or using any hard drug.
- **Selling hard or soft drugs:** Featuring drugs with the goal of selling them. If you're using links in your description to sell hard drugs, your channel will be terminated.
- **Steroid use:** Non-educational content that shows how to use steroids for recreational purposes (like body building).

**Note:** We may age-restrict this type of content if it's educational, documentary, scientific, artistic. For example, a documentary about intravenous drug use that shows people injecting drugs may be allowed but it won't be available to all audiences. If your content shows items used for taking drugs, it may also be age-restricted.

Please remember these are just some examples, and don't post content if you think it might violate this policy.

- Visit Creator Academy for more

Would you rather learn about this policy through videos and quizzes? Check out our Creator Academy course.

EXHIBIT C

# YouTube's Community Guidelines

When you use YouTube, you join a community of people from all over the world. The guidelines below help keep YouTube fun and enjoyable for everyone.

If you see content that you think violates these guidelines, use the flagging feature to submit it for review by our YouTube staff.

## Best practices for creators

Here are some common-sense rules that'll help you understand our policies and steer clear of trouble.

- The importance of context
- Creator influence on YouTube
- Best practices for content with children

## Spam & deceptive practices

The YouTube Community is one that's built on trust. Content that intends to scam, mislead, spam, or defraud other users isn't allowed on YouTube.

- Spam, deceptive practices & scams
- Impersonation
- Links in your content
- Fake engagement
- Other policies

## Sensitive content

We hope to protect viewers, creators, and especially minors. That's why we've got rules around keeping children safe, sex & nudity, and self harm. Learn what's allowed on YouTube and what to do if you see content that doesn't follow these policies.

- Nudity and sexual content
- Custom thumbnails
- Child safety
- Self harm

## Violent or dangerous content

Hate speech, predatory behavior, graphic violence, malicious attacks, and content that promotes harmful or dangerous behavior isn't allowed on YouTube.

- Harmful or dangerous content
- Violent or graphic content
- Violent criminal organizations
- Hate speech
- Harassment and cyberbullying

## Regulated goods

Certain goods can't be sold on YouTube. Find out what's allowed—and what isn't.

- Regulated goods
- Content featuring firearms

***Please take these rules seriously****. If a YouTube creator's on- and/or off-platform behavior harms our users, community, employees or ecosystem, we may respond based on a number of factors including, but not limited to, the egregiousness of their actions and whether a pattern of harmful behavior exists. Our response will range from suspending a creator's privileges to account termination.*

**Visit Creator Academy for more**

Would you rather learn about our Community Guidelines through videos and quizzes? Check out our new Creator Academy course.

# EXHIBIT D

# COVID-19 Medical Misinformation Policy

YouTube doesn't allow content about COVID-19 that poses a serious risk of egregious harm.

YouTube doesn't allow content that spreads medical misinformation that contradicts the World Health Organization (WHO) or local health authorities' medical information about COVID-19. This is limited to content that contradicts WHO or local health authorities' guidance on:

- Treatment
- Prevention
- Diagnostic
- Transmission

**Note**: YouTube's policies on COVID-19 are subject to change in response to changes to global or local health authorities' guidance on the virus. This policy was published on May 20, 2020.

## What this policy means for you

### If you're posting content

Don't post content on YouTube if it includes any of the following:

**Treatment Misinformation**: Discourages someone from seeking medical treatment by encouraging the use of cures or remedies to treat COVID-19.

- Claims that COVID-19 doesn't exist or that people do not die from it
- Content that encourages the use of home remedies in place of medical treatment such as  consulting a doctor or going to the hospital
- Content that encourages the use of prayer or rituals in place of medical treatment
- Content that claims that a vaccine for coronavirus is available or that there's a guaranteed cure
- Content that claims that any currently-available medicine prevents you from getting the coronavirus
- Other content that discourages people from consulting a medical professional or seeking medical advice

**Prevention Misinformation**: Content that promotes prevention methods that contradict WHO or local health authorities.

**Diagnostic Misinformation**: Content that promotes diagnostic methods that contradict WHO or local health authorities.

**Transmission Misinformation**: Content that promotes transmission information that contradicts WHO or local health authorities.

- Content that claims that COVID-19 is not caused by a viral infection
- Content that claims COVID-19 is not contagious
- Content that claims that COVID-19 cannot spread in certain climates or geographies
- Content that claims that any group or individual has guaranteed immunity to the virus or cannot transmit the virus
- Content that disputes the efficacy of WHO or local health authorities' guidance on physical distancing or self-isolation measures to reduce transmission of COVID-19

## Examples

Here are some examples of content that's not allowed on YouTube:

- Denial that COVID-19 exists
- Claims that people have not died from COVID-19
- Claims that there's a guaranteed vaccine for COVID-19
- Claims that a specific treatment or medicine is a guaranteed cure for COVID-19
- Claims that certain people have immunity to COVID-19 due to their race or nationality
- Encouraging taking home remedies instead of getting medical treatment when sick
- Discouraging people from consulting a medical professional if they're sick
- Content that claims that holding your breath can be used as a diagnostic test for COVID-19
- Videos alleging that if you avoid Asian food, you won't get the coronavirus
- Videos alleging that setting off fireworks can clean the air of the virus
- Claims that COVID-19 is caused by radiation from 5G networks
- Videos alleging that the COVID-19 test is the cause of the virus
- Claims that countries with hot climates will not experience the spread of the virus
- Videos alleging that social distancing and self-isolation are not effective in reducing the spread of the virus

# EXHIBIT E

# COVID-19 Medical Misinformation Policy

YouTube doesn't allow content about COVID-19 that poses a serious risk of egregious harm.

YouTube doesn't allow content that spreads medical misinformation that contradicts local health authorities' or the World Health Organization's (WHO) medical information about COVID-19. This is limited to content that contradicts WHO or local health authorities' guidance on:

- Treatment
- Prevention
- Diagnostic
- Transmission

**Note**: YouTube's policies on COVID-19 are subject to change in response to changes to global or local health authorities' guidance on the virus. This policy was published on May 20, 2020.

## What this policy means for you

### If you're posting content

Don't post content on YouTube if it includes any of the following:

**Treatment Misinformation**: Discourages someone from seeking medical treatment by encouraging the use of cures or remedies to treat COVID-19.

- Claims that COVID-19 doesn't exist or that people do not die from it
- Content that encourages the use of home remedies in place of medical treatment such as  consulting a doctor or going to the hospital
- Content that encourages the use of prayer or rituals in place of medical treatment
- Content that claims that a vaccine for coronavirus is available or that there's a guaranteed cure
- Claims about COVID-19 vaccinations that contradict expert consensus from local health authorities or WHO
- Content that claims that any currently-available medicine prevents you from getting the coronavirus
- Other content that discourages people from consulting a medical professional or seeking medical advice

**Prevention Misinformation**: Content that promotes prevention methods that contradict local health authorities or WHO.

**Diagnostic Misinformation**: Content that promotes diagnostic methods that contradict local health authorities or WHO.

**Transmission Misinformation**: Content that promotes transmission information that contradicts local health authorities or WHO.

- Content that claims that COVID-19 is not caused by a viral infection
- Content that claims COVID-19 is not contagious
- Content that claims that COVID-19 cannot spread in certain climates or geographies
- Content that claims that any group or individual has immunity to the virus or cannot transmit the virus
- Content that disputes the efficacy of local health authorities' or WHO's guidance on physical distancing or self-isolation measures to reduce transmission of COVID-19

## Educational, documentary, scientific or artistic content

We may allow content that violates the misinformation policies noted on this page if that content includes context that gives equal or greater weight to countervailing views from local health authorities or to medical or scientific consensus. We may also make exceptions if the purpose of the content is to condemn or dispute misinformation that violates our policies. This context must appear in the images or audio of the video itself. Providing it in the title or description is insufficient.

## Examples

Here are some examples of content that's not allowed on YouTube:

- Denial that COVID-19 exists
- Claims that people have not died from COVID-19
- Claims that there's a guaranteed vaccine for COVID-19
- Claims that a specific treatment or medicine is a guaranteed cure for COVID-19

- Claims that certain people have immunity to COVID-19 due to their race or nationality
- Encouraging taking home remedies instead of getting medical treatment when sick
- Discouraging people from consulting a medical professional if they're sick
- Content that claims that holding your breath can be used as a diagnostic test for COVID-19
- Videos alleging that if you avoid Asian food, you won't get the coronavirus
- Videos alleging that setting off fireworks can clean the air of the virus
- Claims that COVID-19 is caused by radiation from 5G networks
- Videos alleging that the COVID-19 test is the cause of the virus
- Claims that countries with hot climates will not experience the spread of the virus
- Videos alleging that social distancing and self-isolation are not effective in reducing the spread of the virus
- Claims that the COVID-19 vaccine will kill people who receive it

# EXHIBIT F

# COVID-19 Medical Misinformation Policy

YouTube doesn't allow content about COVID-19 that poses a serious risk of egregious harm.

YouTube doesn't allow content that spreads medical misinformation that contradicts local health authorities' or the World Health Organization's (WHO) medical information about COVID-19. This is limited to content that contradicts WHO or local health authorities' guidance on:

- Treatment
- Prevention
- Diagnostic
- Transmission

**Note**: YouTube's policies on COVID-19 are subject to change in response to changes to global or local health authorities' guidance on the virus. This policy was published on May 20, 2020.

## What this policy means for you

### If you're posting content

Don't post content on YouTube if it includes any of the following:

**Treatment Misinformation**: Discourages someone from seeking medical treatment by encouraging the use of cures or remedies to treat COVID-19.

- Content that encourages the use of home remedies in place of medical treatment such as  consulting a doctor or going to the hospital
- Content that encourages the use of prayer or rituals in place of medical treatment
- Content that claims that a vaccine for coronavirus is available or that there's a guaranteed cure
- Claims about COVID-19 vaccinations that contradict expert consensus from local health authorities or WHO
- Content that claims that any currently-available medicine prevents you from getting the coronavirus
- Other content that discourages people from consulting a medical professional or seeking medical advice

**Prevention Misinformation**: Content that promotes prevention methods that contradict local health authorities or WHO.

- Claims that there is a guaranteed prevention method for COVID-9
- Claims that an approved COVID-19 vaccine will cause death, infertility, or contraction of other infectious diseases
- Claims that an approved COVID-19 vaccine will contain substances that are not on the vaccine ingredient list, such as fetal tissue
- Claims that an approved COVID-19 vaccine will contain substances or devices meant to track or identify those who've received it
- Claims that an approved COVID-19 vaccine will alter a person's genetic makeup
- Claims that any vaccine causes contraction of COVID-19
- Claims that a specific population will be required (by any entity except for a government) to take part in vaccine trials or receive the vaccine first

**Diagnostic Misinformation**: Content that promotes diagnostic methods that contradict local health authorities or WHO.

**Transmission Misinformation**: Content that promotes transmission information that contradicts local health authorities or WHO.

- Content that claims that COVID-19 is not caused by a viral infection
- Content that claims COVID-19 is not contagious
- Content that claims that COVID-19 cannot spread in certain climates or geographies
- Content that claims that any group or individual has immunity to the virus or cannot transmit the virus
- Content that disputes the efficacy of local health authorities' or WHO's guidance on physical distancing or self-isolation measures to reduce transmission of COVID-19

## Educational, documentary, scientific or artistic content

We may allow content that violates the misinformation policies noted on this page if that content includes context that gives equal or greater weight to countervailing views from local health authorities or to medical or scientific consensus. We may also make exceptions if the purpose of the content is to condemn or dispute

misinformation that violates our policies. This context must appear in the images or audio of the video itself. Providing it in the title or description is insufficient.

# Examples

Here are some examples of content that's not allowed on YouTube:

- Denial that COVID-19 exists
- Claims that people have not died from COVID-19
- Claims that any vaccine is a guaranteed prevention method for COVID-19
- Claims that a specific treatment or medicine is a guaranteed cure for COVID-19
- Claims that certain people have immunity to COVID-19 due to their race or nationality
- Encouraging taking home remedies instead of getting medical treatment when sick
- Discouraging people from consulting a medical professional if they're sick
- Content that claims that holding your breath can be used as a diagnostic test for COVID-19
- Videos alleging that if you avoid Asian food, you won't get the coronavirus
- Videos alleging that setting off fireworks can clean the air of the virus and will prevent the spread of the virus
- Claims that COVID-19 is caused by radiation from 5G networks
- Videos alleging that the COVID-19 test is the cause of the virus
- Claims that countries with hot climates will not experience the spread of the virus
- Videos alleging that social distancing and self-isolation are not effective in reducing the spread of the virus
- Claims that the COVID-19 vaccine will kill people who receive it
- Claims that the COVID-19 vaccine will be used as a means of population reduction
- Videos claiming that the COVID-19 vaccine will contain fetal tissue
- Claims that the flu vaccine causes contraction of COVID-19
- Claims that the COVID-19 vaccine causes contraction of other infectious diseases or makes people more vulnerable to contraction of other infectious diseases
- Claims that the COVID-19 vaccine will contain a microchip or tracking device

EXHIBIT G

# Vaccine misinformation policy

YouTube doesn't allow content that poses a serious risk of egregious harm by spreading medical misinformation about currently administered vaccines that are approved and confirmed to be safe and effective by local health authorities and by the World Health Organization (WHO). This is limited to content that contradicts local health authorities' or the WHO's guidance on vaccine safety, efficacy, and ingredients.

## What this policy means for you

### If you're posting content

Don't post content on YouTube if it includes harmful misinformation about currently approved and administered vaccines on any of the following:

- **Vaccine safety:** content alleging that vaccines cause chronic side effects, outside of rare side effects that are recognized by health authorities

- **Efficacy of vaccines:** content claiming that vaccines do not reduce transmission or contraction of disease

- **Ingredients in vaccines:** content misrepresenting the substances contained in vaccines

## Examples

Here are some examples of content that's not allowed on YouTube:

- Claims that vaccines cause chronic side effects such as:
  - Cancer
  - Diabetes
  - Other chronic side effects
- Claims that vaccines do not reduce risk of contracting illness
- Claims that vaccines contain substances that are not on the vaccine ingredient list, such as biological matter from fetuses (e.g. fetal tissue, fetal cell lines) or animal byproducts
- Claims that vaccines contain substances or devices meant to track or identify those who've received them
- Claims that vaccines alter a person's genetic makeup
- Claims that the MMR vaccine causes autism
- Claims that vaccines are part of a depopulation agenda
- Claims that the flu vaccine causes chronic side effects such as infertility
- Claims that the HPV vaccine causes chronic side effects such as paralysis

## Educational, scientific, artistic, or testimonial content

YouTube may allow content that violates the misinformation policies noted on this page if that content includes additional context in the video, audio, title, or description. This is not a free pass to promote misinformation. Additional context may include countervailing views from local health authorities or medical experts. We may also make exceptions if the purpose of the content is to condemn, dispute, or satirize misinformation that violates our policies. We may also make exceptions for content showing an open public forum, like a protest or public hearing, provided the content does not aim to promote misinformation that violates our policies.

YouTube also believes people should be able to share their own experiences, including personal experiences with vaccinations. This means we may make exceptions for content in which creators describe firsthand experiences from themselves or their family. At the same time, we recognize there is a difference between sharing personal experiences and promoting misinformation about vaccines. To address this balance, we will still remove content or channels if they include other policy violations or demonstrate a pattern of promoting vaccine misinformation.

## Additional resources

More information on vaccines, including their safety and efficacy, can be found below.

**Health Authority Vaccine Information:**

- [Centers for Disease Control and Prevention (CDC)](#) (US)
- [European Vaccination Information Portal](#) (EU)
- [National Health Service](#) (UK)
- [World Health Organization vaccine safety](#) (Global)
- [World Health Organization vaccine preventable diseases](#) (Global)

**Additional Vaccine Information:**

- [American Academy of Pediatrics](US) (US)
- [GAVI, the Vaccine Alliance](Global) (Global)
- [UNICEF](Global) (Global)

# EXHIBIT H

# COVID-19 medical misinformation policy

YouTube doesn't allow content about COVID-19 that poses a serious risk of egregious harm.

YouTube doesn't allow content that spreads medical misinformation that contradicts local health authorities' or the World Health Organization's (WHO) medical information about COVID-19. This is limited to content that contradicts WHO or local health authorities' guidance on:

- Treatment
- Prevention
- Diagnosis
- Transmission
- Social distancing and self isolation guidelines
- The existence of COVID-19

**Note**: YouTube's policies on COVID-19 are subject to change in response to changes to global or local health authorities' guidance on the virus. This policy was published on May 20, 2020.

## What this policy means for you

### If you're posting content

Don't post content on YouTube if it includes any of the following:

**Treatment misinformation**:

- Content that encourages the use of home remedies, prayer, or rituals in place of medical treatment such as consulting a doctor or going to the hospital
- Content that claims that there's a guaranteed cure for COVID-19
- Content that recommends use of Ivermectin or Hydroxychloroquine for the treatment of COVID-19
- Claims that Hydroxychloroquine is an effective treatment for COVID-19
- Categorical claims that Ivermectin is an effective treatment for COVID-19
- Claims that Ivermectin and Hydroxychloroquine are safe to use in the treatment COVID-19
- Other content that discourages people from consulting a medical professional or seeking medical advice

**Prevention misinformation**: Content that promotes prevention methods that contradict local health authorities or WHO.

- Claims that there is a guaranteed prevention method for COVID-19
  - Claims that any medication or vaccination is a guaranteed prevention method for COVID-19
- Content that recommends use of Ivermectin or Hydroxychloroquine for the prevention of COVID-19
- Claims that Ivermectin and Hydroxychloroquine are safe to use in the treatment COVID-19
- Claims that wearing a mask is dangerous or causes negative physical health effects
- Claims that masks do not play a role in preventing the contraction or transmission of COVID-19
- Claims about COVID-19 vaccinations that contradict expert consensus from local health authorities or WHO
  - Claims that an approved COVID-19 vaccine will cause death, infertility, miscarriage, autism, or contraction of other infectious diseases
  - Claims that an approved COVID-19 vaccine will contain substances that are not on the vaccine ingredient list, such as biological matter from fetuses (e.g. fetal tissue, fetal cell lines) or animal products
  - Claims that an approved COVID-19 vaccine will contain substances or devices meant to track or identify those who've received it
  - Claims that COVID-19 vaccines will make people who receive them magnetic
  - Claims that an approved COVID-19 vaccine will alter a person's genetic makeup
  - Claims that COVID-19 vaccines do not reduce risk of contracting COVID-19
  - Claims that any vaccine causes contraction of COVID-19
  - Claims that a specific population will be required (by any entity except for a government) to take part in vaccine trials or receive the vaccine first
  - Content that promotes the use of unapproved or homemade COVID-19 vaccines
  - Instructions to counterfeit vaccine certificates, or offers of sale for such documents

**Diagnostic misinformation**: Content that promotes diagnostic methods that contradict local health authorities or WHO.

- Claims that approved COVID-19 tests are dangerous or causes negative physical health effects
- Claims that approved COVID-19 tests cannot diagnose COVID-19

**Transmission misinformation**: Content that promotes transmission information that contradicts local health authorities or WHO.

- Content that claims that COVID-19 is not caused by a viral infection
- Content that claims COVID-19 is not contagious
- Content that claims that COVID-19 cannot spread in certain climates or geographies
- Content that claims that any group or individual has immunity to the virus or cannot transmit the virus

**Social distancing and self isolation misinformation:** Content that disputes the efficacy of local health authorities' or WHO's guidance on physical distancing or self-isolation measures to reduce transmission of COVID-19.

**Content that denies the existence of COVID-19:**

- Denial that COVID-19 exists
- Claims that people have not died or gotten sick from COVID-19
- Claims that the virus no longer exists or that the pandemic is over
- Claims that the symptoms, death rates, or contagiousness of COVID-19 are less severe or equally as severe as the common cold or seasonal flu
- Claims that the symptoms of COVID-19 are never severe

# Examples

Here are some examples of content that's not allowed on YouTube:

- Denial that COVID-19 exists
- Claims that people have not died from COVID-19
- Claims that any vaccine is a guaranteed prevention method for COVID-19
- Claims that a specific treatment or medicine is a guaranteed cure for COVID-19
- Claims that hydroxychloroquine saves people from COVID-19
- Promotion of MMS (Miracle Mineral Solution) for the treatment of COVID-19
- Claims that certain people have immunity to COVID-19 due to their race or nationality
- Encouraging taking home remedies instead of getting medical treatment when sick
- Discouraging people from consulting a medical professional if they're sick
- Content that claims that holding your breath can be used as a diagnostic test for COVID-19
- Videos alleging that if you avoid Asian food, you won't get the coronavirus
- Videos alleging that setting off fireworks can clean the air of the virus and will prevent the spread of the virus
- Claims that COVID-19 is caused by radiation from 5G networks
- Videos alleging that the COVID-19 test is the cause of the virus
- Claims that countries with hot climates will not experience the spread of the virus
- Videos alleging that social distancing and self-isolation are not effective in reducing the spread of the virus
- Claims that wearing a mask causes oxygen levels to drop to dangerous levels
- Claims that masks cause lung cancer or brain damage
- Claims that wearing a mask gives you COVID-19
- Claims that the COVID-19 vaccine will kill people who receive it
- Claims that the COVID-19 vaccine will be used as a means of population reduction
- Videos claiming that the COVID-19 vaccine will contain fetal tissue
- Claims that the flu vaccine causes contraction of COVID-19
- Claims that COVID-19 vaccines are not effective in preventing the spread of COVID-19
- Claims that the COVID-19 vaccine causes contraction of other infectious diseases or makes people more vulnerable to contraction of other infectious diseases
- Claims that the COVID-19 vaccines contain a microchip or tracking device
- Claims that achieving herd immunity through natural infection is safer than vaccinating the population
- Claims that COVID-19 never causes serious symptoms or hospitalization
- Claims that the death rate from the seasonal flu is higher than the death rate of COVID-19
- Claims that people are immune to the virus based on their race
- Claims that children cannot or do not contract COVID-19
- Claims that there have not been cases or deaths in countries where cases or deaths have been confirmed by local health authorities or the WHO

# Educational, documentary, scientific or artistic content

We may allow content that violates the misinformation policies noted on this page if that content includes additional context in the video, audio, title, or description. This is not a free pass to promote misinformation. Additional context may include countervailing views from local health authorities or medical experts. We may also make exceptions if the purpose of the content is to condemn, dispute, or satirize misinformation that violates our policies. We may also make exceptions for content showing an open public

forum, like a protest or public hearing, provided the content does not aim to promote misinformation that violates our policies.

# EXHIBIT I

# COVID-19 medical misinformation policy

YouTube doesn't allow content about COVID-19 that poses a serious risk of egregious harm.

YouTube doesn't allow content that spreads medical misinformation that contradicts local health authorities' (LHA) or the World Health Organization's (WHO) medical information about COVID-19. This is limited to content that contradicts WHO or local health authorities' guidance on:

- Treatment
- Prevention
- Diagnosis
- Transmission
- The existence of COVID-19

**Note**: YouTube's policies on COVID-19 are subject to change in response to changes to global or local health authorities' guidance on the virus. There may be a delay between new LHA/WHO guidance and policy updates given the frequency with which this guidance changes, and our policies may not cover all LHA/WHO guidance related to COVID-19.

Our COVID-19 policies were first published on May 20, 2020.

## What this policy means for you

### If you're posting content

Don't post content on YouTube if it includes any of the following:

**Treatment misinformation**:

- Content that encourages the use of home remedies, prayer, or rituals in place of medical treatment such as consulting a doctor or going to the hospital
- Content that claims that there's a guaranteed cure for COVID-19
- Content that recommends use of Ivermectin or Hydroxychloroquine for the treatment of COVID-19
- Claims that Hydroxychloroquine is an effective treatment for COVID-19
- Categorical claims that Ivermectin is an effective treatment for COVID-19
- Claims that Ivermectin and Hydroxychloroquine are safe to use in the prevention of COVID-19
- Other content that discourages people from consulting a medical professional or seeking medical advice

**Prevention misinformation**: Content that promotes prevention methods that contradict local health authorities or WHO.

- Claims that there is a guaranteed prevention method for COVID-19
  - Claims that any medication or vaccination is a guaranteed prevention method for COVID-19
- Content that recommends use of Ivermectin or Hydroxychloroquine for the prevention of COVID-19
- Claims that Ivermectin and Hydroxychloroquine are safe to use in the prevention of COVID-19
- Claims about COVID-19 vaccinations that contradict expert consensus from local health authorities or WHO
  - Claims that an approved COVID-19 vaccine will cause death, infertility, miscarriage, autism, or contraction of other infectious diseases
  - Claims that an approved COVID-19 vaccine will contain substances that are not on the vaccine ingredient list, such as biological matter from fetuses (e.g. fetal tissue, fetal cell lines) or animal products
  - Claims that an approved COVID-19 vaccine will contain substances or devices meant to track or identify those who've received it
  - Claims that COVID-19 vaccines will make people who receive them magnetic
  - Claims that an approved COVID-19 vaccine will alter a person's genetic makeup
  - Claims that COVID-19 vaccines do not reduce risk of serious illness or death
  - Claims that any vaccine causes contraction of COVID-19
  - Claims that a specific population will be required (by any entity except for a government) to take part in vaccine trials or receive the vaccine first
  - Content that promotes the use of unapproved or homemade COVID-19 vaccines

  - Instructions to counterfeit vaccine certificates, or offers of sale for such documents

**Diagnostic misinformation**: Content that promotes diagnostic information that contradicts local health authorities or WHO.

- Claims that approved COVID-19 tests are dangerous or cause negative physical health effects
- Claims that approved COVID-19 tests cannot diagnose COVID-19

**Transmission misinformation**: Content that promotes transmission information that contradicts local health authorities or WHO.

- Content that claims that COVID-19 is not caused by a viral infection
- Content that claims COVID-19 is not contagious
- Content that claims that COVID-19 cannot spread in certain climates or geographies
- Content that claims that any group or individual has immunity to the virus or cannot transmit the virus

**Content that denies the existence of COVID-19:**

- Denial that COVID-19 exists
- Claims that people have not died or gotten sick from COVID-19
- Claims that the death rate of COVID-19 is equal to or less than that of the common cold or seasonal flu
- Claims that COVID-19 is equal to or less transmissible than the common cold or seasonal flu
- Claims that the symptoms of COVID-19 are never severe

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Keep in mind that this isn't a complete list. Please note these policies also apply to external links in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

# Examples

Here are some examples of content that's not allowed on YouTube:

- Denial that COVID-19 exists
- Claims that people have not died from COVID-19
- Claims that any vaccine is a guaranteed prevention method for COVID-19
- Claims that a specific treatment or medicine is a guaranteed cure for COVID-19
- Claims that hydroxychloroquine saves people from COVID-19
- Promotion of MMS (Miracle Mineral Solution) for the treatment of COVID-19
- Claims that certain people have immunity to COVID-19 due to their race or nationality
- Encouraging taking home remedies instead of getting medical treatment when sick
- Discouraging people from consulting a medical professional if they're sick
- Content that claims that holding your breath can be used as a diagnostic test for COVID-19
- Videos alleging that if you avoid Asian food, you won't get the coronavirus
- Videos alleging that setting off fireworks can clean the air of the virus and will prevent the spread of the virus
- Claims that COVID-19 is caused by radiation from 5G networks
- Videos alleging that the COVID-19 test is the cause of the virus
- Claims that countries with hot climates will not experience the spread of the virus
- Claims that COVID-19 vaccines kill people who receive them
- Claims that COVID-19 vaccines are a means of population reduction
- Videos claiming that COVID-19 vaccines contain fetal tissue
- Claims that the flu vaccine causes contraction of COVID-19
- Claims that the flu is more contagious than COVID-19
- Claims that COVID-19 vaccines cause contraction of other infectious diseases or makes people more vulnerable to contraction of other infectious diseases
- Claims that COVID-19 vaccines contain a microchip or tracking device
- Claims that achieving herd immunity through natural infection is safer than vaccinating the population
- Claims that COVID-19 never causes serious symptoms or hospitalization
- Claims that the death rate from the seasonal flu is higher than the death rate of COVID-19
- Claims that people are immune to the virus based on their race
- Claims that children cannot or do not contract COVID-19
- Claims that there have not been cases or deaths in countries where cases or deaths have been confirmed by local health authorities or the WHO

# Educational, documentary, scientific or artistic content

We may allow content that violates the misinformation policies noted on this page if that content includes additional context in the video, audio, title, or description. This is not a pass to promote misinformation. Additional context may include countervailing views from local health authorities or medical experts. We may also make exceptions if the purpose of the content is to condemn, dispute, or satirize misinformation that violates our policies. We may also make exceptions for content showing an open public forum, like a protest or public hearing, provided the content does not aim to promote misinformation that violates our policies.

# EXHIBIT J

# Vaccine misinformation policy

YouTube doesn't allow content that poses a serious risk of egregious harm by spreading medical misinformation about currently administered vaccines that are approved and confirmed to be safe and effective by local health authorities and by the World Health Organization (WHO). This is limited to content that contradicts local health authorities' or the WHO's guidance on vaccine safety, efficacy, and ingredients.

## What this policy means for you

### If you're posting content

Don't post content on YouTube if it includes harmful misinformation about currently approved and administered vaccines on any of the following:

- **Vaccine safety:** content alleging that vaccines cause chronic side effects, outside of rare side effects that are recognized by health authorities

- **Efficacy of vaccines:** content claiming that vaccines do not reduce transmission or contraction of disease

- **Ingredients in vaccines:** content misrepresenting the substances contained in vaccines

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Keep in mind that this isn't a complete list. Please note these policies also apply to external links in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

## Examples

Here are some examples of content that's not allowed on YouTube:

- Claims that vaccines cause chronic side effects such as:
    - Cancer
    - Diabetes
    - Other chronic side effects
- Claims that vaccines do not reduce risk of contracting illness
- Claims that vaccines contain substances that are not on the vaccine ingredient list, such as biological matter from fetuses (e.g. fetal tissue, fetal cell lines) or animal byproducts
- Claims that vaccines contain substances or devices meant to track or identify those who've received them
- Claims that vaccines alter a person's genetic makeup
- Claims that the MMR vaccine causes autism
- Claims that vaccines are part of a depopulation agenda
- Claims that the flu vaccine causes chronic side effects such as infertility
- Claims that the HPV vaccine causes chronic side effects such as paralysis

## Educational, scientific, artistic, or testimonial content

YouTube may allow content that violates the misinformation policies noted on this page if that content includes additional context in the video, audio, title, or description. This is not a pass to promote misinformation. Additional context may include countervailing views from local health authorities or medical experts. We may also make exceptions if the purpose of the content is to condemn, dispute, or satirize misinformation that violates our policies. We may also make exceptions for content showing an open public forum, like a protest or public hearing, provided the content does not aim to promote misinformation that violates our policies.

YouTube also believes people should be able to share their own experiences, including personal experiences with vaccinations. This means we may make exceptions for content in which creators describe firsthand experiences from themselves or their family. At the same time, we recognize there is a difference between sharing personal experiences and promoting misinformation about vaccines. To address this balance, we will still remove content or channels if they include other policy violations or demonstrate a pattern of promoting vaccine misinformation.

## Additional resources

More information on vaccines, including their safety and efficacy, can be found below.

### Health Authority Vaccine Information:

- Centers for Disease Control and Prevention (CDC) (US)

- <u>European Vaccination Information Portal</u> (EU)
- <u>National Health Service</u> (UK)
- <u>World Health Organization vaccine safety</u> (Global)
- <u>World Health Organization vaccine preventable diseases</u> (Global)

**Additional Vaccine Information:**

- <u>American Academy of Pediatrics</u> (US)
- <u>GAVI, the Vaccine Alliance</u> (Global)
- <u>UNICEF</u> (Global)

# EXHIBIT K

# Medical misinformation policy

YouTube doesn't allow content that poses a serious risk of egregious harm by spreading medical misinformation that contradicts local health authorities' (LHAs) or the World Health Organization's (WHO) guidance about specific health conditions and substances. This policy includes the following categories:

- Prevention misinformation
- Treatment misinformation
- Denial misinformation

**Note:** YouTube's medical misinformation policies are subject to change in response to changes to guidance from health authorities or WHO. There may be a delay between new LHAs/WHO guidance and policy updates, and our policies may not cover all LHA/WHO guidance related to specific health conditions and substances.

## What this policy means for you

**Don't post content on YouTube if it includes any of the following:**

**Prevention misinformation:** We do not allow content that promotes information that contradicts health authority guidance on the prevention or transmission of specific health conditions, or on the safety, efficacy or ingredients of currently approved and administered vaccines.

**Treatment misinformation:** We do not allow content that promotes information that contradicts health authority guidance on treatments for specific health conditions, including promotion of specific harmful substances or practices that have not been approved by local health authorities or the World Health Organization as safe or effective, or that have been confirmed to cause severe harm.

**Denial misinformation:** We do not allow content that denies the existence of specific health conditions.

These policies apply to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Keep in mind that this isn't a complete list. Please note these policies also apply to external links in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

## Examples

Here are some examples of content that's not allowed on YouTube. This isn't a complete list.

**Prevention misinformation**

Harmful substances & practices as prevention methods

- Promotion of the following substances and treatments that present an inherent risk of severe bodily harm or death:
    - Miracle Mineral Solution (MMS)
    - Black Salve
    - Turpentine
    - B17/amygdalin/peach or apricot seeds
    - High-grade hydrogen peroxide
    - Chelation therapy to treat autism
    - Colloidal silver
    - Ozone therapy
    - Gasoline, diesel and kerosene
- Content that promotes use of Ivermectin or Hydroxychloroquine for the prevention of COVID-19.

Guaranteed prevention misinformation

- Claims that there is a guaranteed prevention method for COVID-19.
- Claims that any medication or vaccination is a guaranteed prevention method for COVID-19.

Vaccine misinformation

- Claims that contradict health authority and World Health Organization guidance on **safety, efficacy** and **ingredients of currently administered and approved vaccines**.
    - **Vaccine safety:** Content alleging that vaccines cause chronic side effects, such as cancer or paralysis, outside of rare side effects that are recognized by health authorities.
        - Examples:
            - Claims that the MMR vaccine causes autism.
            - Claims that any vaccine causes contraction of COVID-19.

- Claims that vaccines are part of a depopulation agenda.
- Claims that the flu vaccine causes chronic side effects such as infertility, or causes contraction of COVID-19.
- Claims that the HPV vaccine causes chronic side effects such as paralysis.
- Claims that an approved COVID-19 vaccine will cause death, infertility, miscarriage, autism, or contraction of other infectious diseases.
- Claims that achieving herd immunity through natural infection is safer than vaccinating the population.
- Content that promotes the use of unapproved or homemade COVID-19 vaccines.

  - **Vaccine efficacy:** Content claiming that vaccines do not reduce transmission or contraction of disease.
    - Examples:
      - Claims that vaccines do not reduce risk of contracting illness.
      - Claims that vaccines do not reduce the severity of illness, including hospitalization or death.
      - Claims that any vaccine is a guaranteed prevention method for COVID-19.
  - **Ingredients in vaccines:** Content misrepresenting the ingredients contained in vaccines.
    - Examples:
      - Claims that vaccines contain substances that are not on the vaccine ingredient list, such as biological matter from fetuses (e.g. fetal tissue, fetal cell lines) or animal byproducts.
      - Claims that vaccines contain substances or devices meant to track or identify those who've received them.
      - Claims that vaccines alter a person's genetic makeup.
      - Claims that vaccines will make people who receive them magnetic.

## Additional resources

More information on vaccines, including their safety and efficacy, can be found below.

Health authority vaccine information:

- [Centers for Disease Control and Prevention (CDC)](#) (US)
- [European Vaccination Information Portal](#) (EU)
- [National Health Service](#) (UK)
- [Korea Disease Control and Prevention Agency](#) (Korea)
- [National Health Mission](#) (India)
- [MHLW Immunization Information](#) (Japan)
- [National Vaccination Calendar](#) (Brazil)
- [Universal Vaccination Program](#) (Mexico)
- [World Health Organization vaccine safety](#) (Global)
- [World Health Organization vaccine preventable diseases](#) (Global)

Additional vaccine information:

- [American Academy of Pediatrics](#) (US)
- [GAVI, the Vaccine Alliance](#) (Global)
- [UNICEF](#) (Global)

# Transmission information

- Content that promotes transmission information that contradicts local health authorities or the World Health Organization.
  - Content that claims that COVID-19 is not caused by a viral infection.
  - Claims that COVID-19 is caused by radiation from 5G networks.
  - Content that claims COVID-19 is not contagious.
  - Content that claims COVID-19 cannot spread in certain climates or geographies.
  - Content that claims that any group or individual has immunity to the virus or cannot transmit the virus.

## Treatment misinformation

# Harmful substances & practices as treatment methods

- Promotion of the following substances and treatments that present an inherent risk of severe bodily harm or death.
  - Miracle Mineral Solution (MMS)
  - Black salve
  - Turpentine
  - B17/amygdalin/peach or apricot seeds

- High-grade hydrogen peroxide
- Chelation therapy to treat autism
- Colloidal silver
- Ozone therapy
- Gasoline, diesel and kerosene
- Content that recommends the use of specific methods for the treatment of cancer when those have not been approved by local health authorities or the World Health Organization as safe or effective or have been confirmed to be harmful or ineffective for cancer treatment.
  - Examples:
    - Content that promotes the use of the following methods for the treatment of cancer, outside of clinical trials:
      - Caesium chloride (cesium salts)
      - Hoxsey therapy
      - Coffee enema
      - Gerson therapy
    - Content that claims that the following methods are safe or effective for the treatment of cancer, outside of clinical trials:
      - Antineoplaston therapy
      - Quercetin (intravenous injection)
      - Methadone
      - Over-the-counter chelation therapy
- Content that promotes use of Ivermectin or Hydroxychloroquine for the treatment of COVID-19.

Guaranteed treatment misinformation

- Content that claims that there is a guaranteed cure for cancer outside of approved treatment.
- Content that claims that there is a guaranteed cure for COVID-19.

Harmful alternative methods & discouragement of professional treatment

- Content that claims that approved treatments for cancer are never effective.
  - Examples:
    - Content that claims that approved treatments for cancer, such as chemotherapy or radiation, are never effective.
    - Content that discourages people from seeking approved treatments for cancer.
- Claims that alternative treatments are safer or more effective than approved treatments for cancer.
  - Content that claims that juicing has better results than chemotherapy in treating cancer.
- Content that recommends alternative treatments in place of approved treatments for cancer.
  - Content that promotes diet and exercise instead of seeking approved treatment for cancer.
- Discouraging people from consulting a medical professional or seeking medical advice if they're sick with COVID-19.
- Content that encourages the use of home remedies, prayer, or rituals in place of medical treatment for COVID-19 such as consulting a doctor or going to the hospital.
- Content that contradicts local health authorities' or the World Health Organization's guidance on the safety of chemical and surgical abortion:
  - Claims that abortion causes breast cancer.
  - Claims that abortion commonly results in or carries a high risk of infertility or future miscarriage.
- Promotion of alternative abortion methods in place of chemical or surgical methods deemed safe by health authorities.
- Promotion of alternative formulas for infants in place of breast milk or commercial formula.

**Denial misinformation**

- Content that denies the existence of COVID-19 or that people have died from COVID-19.
  - Examples:
    - Denial that COVID-19 exists
    - Claims that people have not died or gotten sick from COVID-19
    - Claims that there have not been cases or deaths in countries where cases or deaths have been confirmed by local health authorities or the WHO

# Educational, documentary, scientific or artistic content

We may allow content that violates the misinformation policies noted on this page if that content includes additional context in the video, audio, title, or description. This is not a pass to promote misinformation. Additional context may include countervailing views from local health authorities or medical experts. We may also make exceptions if the purpose of the content is to condemn, dispute, or satirize misinformation that violates our policies. We may also make exceptions for content discussing the results of a specific medical study, or showing an open public forum, like a protest or public hearing, provided the content does not aim to promote misinformation that violates our policies.

YouTube also believes people should be able to share their own experiences, including personal experiences with vaccinations, for example. This means we may make exceptions for content in which creators describe firsthand experiences from themselves or their family. At the same time, we recognize there is a difference between sharing personal experiences and promoting misinformation. To address this balance, we will still remove content or channels if they include other policy violations or demonstrate a pattern of promoting medical misinformation.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If we can't verify that a link you post is safe, we may remove the link.

If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.