Scott J. Street (SBN 258962)
JW HOWARD/ATTORNEYS, LTD.
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

John W. Howard (SBN 80200)
Andrew G. Nagurney (SBN 301894)
JW HOWARD/ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 234-2842
Email: johnh@jwhowardattorneys.com
       drew@jwhowardattorneys.com

Attorneys for Plaintiff,
ROBERT F. KENNEDY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. KENNEDY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, a Delaware corporation, and YOUTUBE, LLC, a Delaware corporation, <br><br> Defendants. | Case No. 3:23-cv-03880-TLT <br><br> [Assigned to the Hon. Trina Thompson] <br><br> **PLAINTIFF'S CERTIFICATE OF INTEREST ENTITIES** |

///

///

///

///

///

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

The undersigned is counsel of record for Plaintiff Robert F. Kennedy, Jr., and hereby submits the following disclosure statement pursuant to Civil Local Rules 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named plaintiff, there is no such interest to report.

DATED: October 19, 2023        JW HOWARD/ATTORNEYS, LTD.

By: */s Scott J. Street*
    Scott J. Street
    Attorneys for Plaintiff
    ROBERT F. KENNEDY, JR.

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On October 19, 2023, I electronically filed the **PLAINTIFF'S CERTIFICATE OF INTEREST ENTITIES** and served the documents using the Court's Electronic CM/ECF Service which will send electronic notification of such filing to all registered counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on October 19, 2023 at San Diego, California.

                                          */s/ Dayna Dang*_____
                                          Dayna Dang, Paralegal
                                          dayna@jwhowardattorneys.com