JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
JULIANA M. YEE (State Bar No. 304564)
Juliana.Yee@mto.com
CARSON SCOTT (State Bar No. 339868)
Carson.Scott@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

HELEN E. WHITE (*pro hac vice*)
Helen.White@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, DC 20001
Telephone:    (202) 220-1100
Facsimile:    (202) 220-2300

Attorneys for Defendants
Google LLC and YouTube, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ROBERT F. KENNEDY, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC AND YOUTUBE, LLC,<br><br>Defendants. | Case No. 3:23-cv-03880-TLT<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION**<br><br>Judge:    Hon. Trina Thompson<br>Date:     November 7, 2023<br>Time:     2:00 pm<br>Crtrm.:   9 |
|---|---|

Pursuant to Civil Local Rule 7-3(d)(2), Defendants submit as supplemental authority the Supreme Court's October 20, 2023 order granting the federal government's petition for certiorari and staying the injunction entered in *Missouri v. Biden*, No. 23-30445, 2023 WL 6425697 (5th Cir. Oct. 3, 2023), *aff'ing in part, rev'ing in part*, No. 3:22-CV-01213, 2023 WL 4335270 (W.D. La. July 4, 2023), cited on page 20 of Plaintiff's motion for preliminary injunction and throughout his reply. *See* Ex. 1.

DATED: October 24, 2023

MUNGER, TOLLES & OLSON LLP

By  */s/ Jonathan H. Blavin*

JONATHAN H. BLAVIN
Attorneys for Defendants
Google LLC and YouTube, LLC