Scott J. Street (SBN 258962)
**JW HOWARD/ATTORNEYS, LTD.**
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

John W. Howard (SBN 80200)
Andrew G. Nagurney (SBN 301894)
**JW HOWARD/ATTORNEYS, LTD.**
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 234-2842
Email: johnh@jwhowardattorneys.com

Attorneys for Plaintiff,
ROBERT F. KENNEDY, JR.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. KENNEDY, JR., | Case No. 3:23-cv-03880-NC |
| Plaintiff, | Judge: Hon. Nathanael Cousins |
| vs. | |
| GOOGLE LLC, a Delaware corporation, and YOUTUBE, LLC, a Delaware corporation, | **NOTICE OF APPEAL**<br>**Re: Order Denying Preliminary Injunction** |
| Defendants. | |

///

///

///

///

///

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

Plaintiff Robert F. Kennedy, Jr. hereby appeals the denial of his Motion for Preliminary Injunction heard on November 7, 2023.  The Court denied the motion pursuant to the Minute Order also issued on November 7, 2023. (ECF No. 60)

Attached hereto as Exhibit "A" is the Notice of Appeal form required by the Ninth Circuit.

DATED:  Nov. 8, 2023            JW HOWARD/ATTORNEYS, LTD.

By: */s Scott J. Street*
    John W. Howard
    Scott J. Street
    Andrew G. Nagurney
    Attorneys for Plaintiff
    ROBERT F. KENNEDY, JR.

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

# EXHIBIT "A"

## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** CALIFORNIA (NORTHERN)

### Form 1. Notice of Appeal from a Judgment or Order of a
### United States District Court

U.S. District Court case number: 3:23-cv-03880-TLT

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 08/02/2023

Date of judgment or order you are appealing: 11/07/2023

Docket entry number of judgment or order you are appealing: 60

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Robert F. Kennedy, Jr. (Plaintiff and Appellant)

Is this a cross-appeal?  ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ⦿ Yes   ○ No

If yes, what is the prior appeal case number? 23-16141

Your mailing address (if pro se):

City:                    State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Scott J. Street    **Date**

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 1**                                                    *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Robert F. Kennedy, Jr. |

Name(s) of counsel (if any):

| |
|---|
| Scott J. Street      (sstreet@jwhowardattorneys.com; <br> John W. Howard  (johnh@jwhowardattorneys.com) <br> Michelle D. Volk (michelle@jwhowardattorneys.com) |

Address: 600 West Broadway, Ste 1400, San Diego, CA  92101

Telephone number(s): (619)234-2842

Email(s): See above.

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Google, LLC <br> YouTube, LLC |

Name(s) of counsel (if any):

| |
|---|
| Jonathan H. Blavin (jonathan.blavin@mto.com) <br> Juliana M. Yee     (Juliana.Yee@mto.com) <br> Carson Scott        (Carson.Scott@mto.com) |

Address: 560 Mission Street, 27th Floor, San Francisco, CA  94105-2907

Telephone number(s): (628)235-1124

Email(s): See above

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*