Scott J. Street (SBN 258962)
JW HOWARD/ATTORNEYS, LTD.
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

John W. Howard (SBN 80200)
Michelle D. Volk (SBN 217151)
Peter C. Shelling (SBN 351159)
JW HOWARD/ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 234-2842
Email: johnh@jwhowardattorneys.com
       michelle@jwhowardattorneys.com
       pshelling@jwhowardattorneys.com

Attorneys for Plaintiff,
ROBERT F. KENNEDY, JR.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. KENNEDY, JR., <br><br>　　　Plaintiff, <br><br>　vs. <br><br>GOOGLE LLC AND YOUTUBE, LLC, <br><br>　　　Defendants. | Case No. 3:23-cv-03880-TLT <br><br> [Assigned to the Hon. Trina Thompson] <br><br> **JOINT STIPULATION TO STAY CASE PENDING OUTCOME OF NINTH CIRCUIT APPEAL** <br><br> ***Motion to Dismiss Hearing:*** <br> Date:　January 16, 2024 <br> Time:　2:00 p.m. <br> Crtrm: 9 |

///

///

///

1
JOINT STIP. TO STAY CASE PENDING NINTH CIRCUIT APPEAL　　　　　　　　CASE NO. 3:23-cv-03880-TLT

Plaintiff Robert F. Kennedy, Jr. ("Plaintiff") and Defendants Google LLC and YouTube, LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

## RECITALS

WHEREAS, Plaintiff proposed to Defendants that the Parties seek a stay of proceedings, given the possibility that the Ninth Circuit's decision on Plaintiff's appeal of the denial of his preliminary injunction motion could impact future proceedings in this Court, including this Court's decision on Defendants' motion to dismiss, which is currently set for a hearing on January 16, 2024;

WHEREAS, Defendants responded to Plaintiff that they do not oppose the request for a stay of proceedings pending the Ninth Circuit's decision on Plaintiff's appeal of the denial of his preliminary injunction motion, though also have no objection to moving forward with the motion to dismiss hearing set for January 16, 2024 if that is the Court's prerogative;

WHEREAS, Plaintiff applied for a temporary restraining order on August 9, 2023 (Dkt. No. 7);

WHEREAS, Defendants opposed that application for a temporary restraining order (Dkt. No. 26);

WHEREAS, after this Court held a hearing at which both sides were heard, considered the filings and record, including Plaintiff's application and materials filed in support of that application, and Defendants' opposition and supporting materials,

this Court issued an order denying Plaintiff's application for a temporary restraining order on August 23, 2023 (Dkt. No. 32);

WHEREAS, Plaintiff subsequently filed a motion for a preliminary injunction (Dkt. No. 49);

WHEREAS, Defendants opposed the motion for a preliminary injunction and filed a motion to dismiss Plaintiff's First Amended Complaint (Dkt. Nos. 50, 51);

WHEREAS, after another hearing, the Court denied Plaintiff's motion for a preliminary injunction (Dkt. No. 60);

WHEREAS, Plaintiff timely appealed the Court's order to the United States Court of Appeals for the Ninth Circuit (Dkt. No. 63);

WHEREAS, the Parties believe it would best serve the interests of justice and judicial efficiency and economy to vacate the January 16, 2024, hearing on Defendants' motion to dismiss and stay the proceedings in this Court until the Ninth Circuit decides Plaintiff's appeal of the preliminary injunction order; and

WHEREAS, this stipulation does not affect any party's ability to seek an order lifting the stay, for good cause.

## **STIPULATION**

The Parties therefore stipulate, subject to the Court's approval, that:

1. The proceedings in this Court be stayed pending further order from the Court;

2. The hearing on Defendants' motion to dismiss Plaintiff's First Amended

Complaint be taken off calendar pursuant to the stay; and

3. The Parties shall provide a status report to the Court within 10 days of any decision issued by the Ninth Circuit in Plaintiff's appeal of the preliminary injunction order.

**IT IS SO STIPULATED.**

DATED: January 4, 2024          **JW HOWARD/ATTORNEYS, LTD.**

By: */s/ Scott J. Street*
    Scott J. Street
    Attorneys for Plaintiff
    ROBERT F. KENNEDY, JR.

DATED: January 4, 2024          **MUNGER TOLLES & OLSON LLP**

By: */s/ Jonathan Blavin*
    Jonathan Blavin
    Attorneys for Defendants
    GOOGLE LLC and YOUTUBE, LLC

# **ORDER**

Pursuant to the Parties' stipulation, and for good cause shown, the Court orders as follows:

1. The Stipulation is approved.

2. The proceedings in this case are stayed pending further order of this Court.

3. The January 16, 2024, hearing on Defendants' motion to dismiss Plaintiff's First Amended Complaint is taken off calendar pursuant to the stay.

4. The Parties shall provide a status report to the Court within 10 days of any decision issued by the Ninth Circuit in Plaintiff's appeal of the preliminary injunction order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____
                                                  U.S. DISTRICT JUDGE

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On January 5, 2024, I electronically filed the **JOINT STIPULATION TO STAY CASE PENDING OUTCOME OF NINTH CIRCUIT APPEAL** and served the documents using the Court's Electronic CM/ECF Service which will send electronic notification of such filing to all registered counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 5, 2024 at San Diego, California.

        */s/ Dayna Dang*
        Dayna Dang, Paralegal
        dayna@jwhowardattorneys.com