Scott J. Street (SBN 258962)
**JW HOWARD│ATTORNEYS, LTD.**
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

John W. Howard (SBN 80200)
Michelle D. Volk (SBN 217151)
Peter C. Shelling (SBN 351159)
**JW HOWARD│ATTORNEYS, LTD.**
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 234-2842
Email: johnh@jwhowardattorneys.com
       michelle@jwhowardattorneys.com
       pshelling@jwhowardattorneys.com

Attorneys for Plaintiff,
ROBERT F. KENNEDY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. KENNEDY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, a Delaware corporation, and YOUTUBE, LLC, a Delaware corporation, <br><br> Defendants. | Case No. 3:23-cv-03880-TLT <br><br> [Assigned to the Hon. Trina Thompson] <br><br> **JOINT STATUS REPORT REGARDING NINTH CIRCUIT APPEAL** |

///

///

Pursuant to the order dated January 5, 2024, staying this case (ECF 70), the parties to this action provide the Court with the following status report regarding the Ninth Circuit's proceedings regarding the appeal of this Court's order denying Plaintiff Robert F. Kennedy, Jr.'s motion for a preliminary injunction (ECF 60).

The appeal is fully briefed and is set for oral argument before the Ninth Circuit in San Francisco on May 14, 2024. Defendants respectfully request that the Court vacate the May 21, 2024, hearing date for Defendants' Motion to Dismiss, set by the Court's January 8, 2024, order (ECF 71), and re-set the hearing after the Ninth Circuit issues its decision in the pending appeal. The Court has stayed this case "pending resolution from the Ninth Circuit." (ECF 70). In their joint submission to the Court in support of that stay (ECF 69), the Parties recognized that the Ninth Circuit's decision "could impact future proceedings in this Court, including this Court's decision on Defendants' motion to Dismiss" and concluded that "it would best serve the interests of justice and judicial efficiency and economy to vacate the January 16, 2024, hearing on Defendants' motion to dismiss and stay the proceedings in this Court until the Ninth Circuit decides Plaintiff's appeal of the preliminary injunction order." Defendants believe the same considerations still apply. If a continuance is granted, the parties would, in accordance with the Court's prior order, file a joint status report within 7 days of the Ninth Circuit's decision being issued.

///
///
///
///
///
///
///
///

Plaintiff takes no position on a continuance of the hearing on the motion to dismiss that was filed last fall and defers to the judgment of the Court about whether the hearing should proceed on May 21.

Respectfully submitted,

DATED: May 3, 2024          JW HOWARD/ATTORNEYS, LTD.

By: */s Scott J. Street*
Scott J. Street
Attorneys for Plaintiff
ROBERT F. KENNEDY, JR.

DATED: May 3, 2024          MUNGER TOLLES & OLSON LLP

By: */s Jonathan Blavin*
Jonathan Blavin
Attorneys for Defendants
GOOGLE LLC and YOUTUBE, LLC

# **CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On May 3, 2024, I electronically filed the **JOINT STATUS REPORT REGARDING NINTH CIRCUIT APPEAL** and served the documents using the Court's Electronic CM/ECF Service which will send electronic notification of such filing to all registered counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 3, 2024 at San Diego, California.

*/s/ Dayna Dang*
Dayna Dang, Paralegal
dayna@jwhowardattorneys.com