Scott J. Street (SBN 258962)
**JW HOWARD│ATTORNEYS, LTD.**
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

John W. Howard (SBN 80200)
Michelle D. Volk (SBN 217151)
Peter C. Shelling (SBN 351159)
**JW HOWARD│ATTORNEYS, LTD.**
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 234-2842
Email: johnh@jwhowardattorneys.com
       michelle@jwhowardattorneys.com
       pshelling@jwhowardattorneys.com

Attorneys for Plaintiff,
ROBERT F. KENNEDY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. KENNEDY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, a Delaware corporation, and YOUTUBE, LLC, a Delaware corporation, <br><br> Defendants. | Case No. 3:23-cv-03880-TLT <br><br> [Assigned to the Hon. Trina Thompson] <br><br> **JOINT STATUS REPORT REGARDING NINTH CIRCUIT APPEAL** |

///

///

Pursuant to the order dated May 7, 2024 (ECF 74), the parties to this action provide the Court with the following status report regarding the Ninth Circuit's proceedings regarding the appeal of this Court's order denying Plaintiff Robert F. Kennedy, Jr.'s motion for a preliminary injunction (ECF 60).

The appeal is fully briefed, was argued in the Ninth Circuit in San Francisco on May 14, 2024, and was taken under submission. No opinion has been issued yet.

Respectfully submitted,

DATED: June 3, 2024     JW HOWARD/ATTORNEYS, LTD.

By: */s Scott J. Street*
Scott J. Street
Attorneys for Plaintiff
ROBERT F. KENNEDY, JR.

DATED: June 3, 2024     MUNGER TOLLES & OLSON LLP

By: */s Jonathan Blavin*
Jonathan Blavin
Attorneys for Defendants
GOOGLE LLC and YOUTUBE, LLC

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On June 3, 2024, I electronically filed the **JOINT STATUS REPORT REGARDING NINTH CIRCUIT APPEAL** and served the documents using the Court's Electronic CM/ECF Service which will send electronic notification of such filing to all registered counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on June 3, 2024 at San Diego, California.

>*/s/ Dayna Dang*   _
>Dayna Dang, Paralegal
>dayna@jwhowardattorneys.com