UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. KENNEDY,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>        Defendants. | Case No. 23-cv-03880-TLT<br><br>**ORDER PURSUANT TO STIPULATION, ECF NO. 77, MODIFYING SCHEDULE**<br><br>Re: ECF No. 77 |

IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss the First Amended Complaint currently scheduled for July 30, 2024 is continued to October 22, 2024 at 2:00pm. The Court maintains discretion to re-set the motion to such other date as the Court deems convenient that is after the anticipated order from the Ninth Circuit.

The parties are further ORDERED to file a joint status report regarding the appellate proceeding every sixty (60) days and/or within seven (7) days of the Ninth Circuit's decision.

The Case Management Conference set for September 12, 2024 remains on calendar with the Joint Case Management Conference statement due by September 5, 2024. All other dates are maintained.

This Order resolves ECF No. 77.

IT IS SO ORDERED.

Dated: June 12, 2024

                                                        TRINA L. THOMPSON<br>
                                                        United States District Judge