JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
JULIANA M. YEE (State Bar No. 304564)
Juliana.Yee@mto.com
CARSON SCOTT (State Bar No. 339868)
Carson.Scott@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

HELEN E. WHITE (*pro hac vice*)
Helen.White@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, DC 20001
Telephone:     (202) 220-1100
Facsimile:     (202) 220-2300

Attorneys for Defendants
Google LLC and YouTube, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT F. KENNEDY, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC AND YOUTUBE, LLC,<br><br>Defendants. | Case No. 3:23-cv-03880<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN LIGHT OF THE SUPREME COURT'S RECENT DECISIONS IN *MURTHY V. MISSOURI* AND *MOODY V. NETCHOICE* [Local Rule 7-3(d)] |

Defendants' request for leave to file a short supplemental brief on the relevance of *Murthy v. Missouri*, 144 S. Ct. 1972 (2024), and *Moody v. NetChoice, LLC*, 144 S. Ct. 2383 (2024), is hereby **GRANTED**. Plaintiff may file a reply not to exceed 5 pages.

**IT IS SO ORDERED.**

DATED: July 16, 2024

_____
TRINA THOMPSON
UNITED STATES DISTRICT JUDGE