UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. KENNEDY,<br><br>  Plaintiff,<br><br>  v.<br><br>GOOGLE LLC, et al.,<br><br>  Defendants. | Case No. 23-cv-03880-TLT<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>ECF 50 |

On August 29, 2024, the Court found that the Motion could be decided without oral argument. See Local Rule 7(1)(b).

Having considered the parties' briefing on Defendants' motion to dismiss Plaintiff's First Amended Complaint, and having decided the matter on the papers , it is hereby ORDERED that Defendants' motion to dismiss is GRANTED and Plaintiff's First Amended Complaint is **DISMISSED with prejudice.**

The Clerk of the Court is ordered to terminate the matter and close the case.

This order resolves ECF. 50.

**IT IS SO ORDERED.**

Dated: August 30, 2024

_____
TRINA L. THOMPSON
United States District Judge