UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. KENNEDY,<br>　　　　　Plaintiff,<br>　　v.<br>GOOGLE LLC, et al.,<br>　　　　　Defendants. | Case No. 23-cv-03880-TLT<br><br>**JUDGMENT** |

　　For the reasons identified in the order for denial of the temporary restraining order, the preliminary injunction, and the ruling issued by the Ninth Circuit, judgment is hereby entered in favor of defendant and against plaintiff.

　　Accordingly, the Clerk of the Court is ordered to terminate the matter and close the case.

　　IT IS SO ORDERED.

Dated: September 12, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　TRINA L. THOMPSON
　　　　　　　　　　　　　　　　　　　　　United States District Judge