| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | SEP 17 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ROBERT F. KENNEDY, Jr.,

    Plaintiff - Appellant,

 v.

GOOGLE LLC, a Delaware corporation and YOUTUBE, LLC, a Delaware corporation,

    Defendants - Appellees.

No. 23-3411

D.C. No. 3:23-cv-03880-TLT

Northern District of California, San Francisco

MANDATE

The judgment of this Court, entered August 26, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT